# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1096**                    **September Term, 2022**

**EPA-08/11/2022 Order**

**Filed On: August 2, 2023** [2010754]

Cherokee Concerned Citizens,

       Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

       Respondents

## O R D E R

It is **ORDERED**, on the court's own motion, that the deadline for respondents to file the certified index to the record and produce the record to petitioner be suspended pending further order of the court.

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

BY:   /s/
       Catherine J. Lavender
       Deputy Clerk