IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**NOT YET SCHEDULED FOR ORAL ARGUMENT**

| | |
|---|---|
| CHEREKEE CONCERNED CITIZENS,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Respondents*. | No. 23-1096 |

**JOINT MOTION TO SUSPEND DISPOSITIVE MOTION BRIEFING SCHEDULE**

Petitioner Cherokee Concerned Citizens and Respondents United States Environmental Protection Agency and Michael Regan, Administrator (collectively, "EPA") move jointly to suspend the deadlines for filing and briefing any dispositive motions set in this Court's Order of May 26, 2023 (ECF. No. 2001082) pending the Court's resolution of the parties' Joint Motion to Enter Stipulated Protective Order Governing Protected Information (ECF No. 2010666) ("Motion to Enter Protective Order"). The parties further request that the Court order the parties to propose new deadlines for filing and briefing any dispositive motions within seven days of the Court's resolution of the pending Motion to Enter Protective Order.

Good cause exists for filing this motion. On May 19, 2023, the parties filed a joint motion requesting that the Court direct EPA to file the certified index to the administrative record by August 15, 2023, and transmit the record documents to Petitioner by the same date, pursuant to the terms of a proposed stipulated protective order that the parties were then in the process of developing. *See* Joint Mot. to Extend Deadlines and Set Dispositive Mot. Briefing Sch. (ECF No. 2000068). In that motion, the parties also proposed a schedule for briefing of any dispositive motions that would provide Petitioner time to review the administrative record before responding to any dispositive motion filed by EPA. *See id.* at 3. The Court granted that motion on May 26, 2023, ordering EPA to file the certified index to the administrative record and produce the record documents by August 15, 2023, and setting the following deadlines for filing and briefing any dispositive motions: (1) September 15, 2023, for filing any dispositive motion(s); (2) October 16, 2023, for responses; and (3) November 6, 2023, for replies. Order (ECF No. 2001082).

On August 2, 2023, the parties filed a Joint Motion to Enter Stipulated Protective Order Governing Protected Information (ECF No. 2010666). Also on August 2, 2023, the Court on its own motion suspended the August 15, 2023, deadline for EPA to file the certified index to the administrative record and transmit the record documents to Petitioner. Order (ECF No. 2010754).

The parties now request that the Court likewise suspend the existing dispositive motions deadlines and direct the parties to submit new proposed deadlines within seven days of the Court's resolution of the pending Motion to Enter Protective Order. This is necessary to provide Petitioner an opportunity to review the administrative record before responding to any dispositive motion filed by EPA, as contemplated in the parties' original scheduling proposal.

For the foregoing reasons, the parties respectfully request that this Court suspend the deadlines for filing and briefing any dispositive motions set in the Court's May 26, 2023, Order and direct the parties to submit new proposed deadlines within seven days of the Court's resolution of the Motion to Enter Protective Order.

DATED:  August 16, 2023            Respectfully submitted,

/s/Katherine K. O'Brien
KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

TOSH SAGAR
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
(202) 667-4500
tsagar@earthjustice.org

JONATHAN KALMUSS-KATZ
Earthjustice
48 Wall St., 19th Floor
New York, NY 10005
(212) 823-4989
jkalmusskatz@earthjustice.org

*Counsel for Petitioner*

/S/Redding C. Cates *(with permission)*
REDDING C. CATES
U.S. Department of Justice
Environment & Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(T) (202) 514-2617
Redding.Cates@usdoj.gov

*Counsel for Respondents*
*Environmental Protection Agency*
*and Michael S. Regan,*
*Administrator*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2)(A) and 32(a)(5) and (6) because it has been prepared in a 14-point proportionally spaced font and contains 470 words, excluding the parts of the motion exempted under Rule 32(a)(7)(B)(iii), according to the count of Microsoft Word.

/s/Katherine K. O'Brien
KATHERINE K. O'BRIEN