# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1096**  September Term, 2022

EPA-08/11/2022 Order

Filed On: August 23, 2023 [2013850]

Cherokee Concerned Citizens,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

## O R D E R

Upon consideration of the joint motion to suspend dispositive motion briefing schedule, it is

**ORDERED** that the motion be granted. The parties are directed to file proposed new deadlines for filing and briefing any dispositive motions in this case by August 29, 2023.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/
    Catherine J. Lavender
    Deputy Clerk