IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**NOT YET SCHEDULED FOR ORAL ARGUMENT**

| | |
|---|---|
| CHEROKEE CONCERNED CITIZENS,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Respondents*. | No. 23-1096 |

**JOINT MOTION TO ESTABLISH NEW DEADLINES
FOR DISPOSITIVE MOTIONS**

Pursuant to this Court's August 23, 2023, Order (ECF No. 2013850), Petitioner Cherokee Concerned Citizens and Respondents United States Environmental Protection Agency and Michael Regan, Administrator, jointly propose the following deadlines for filing and briefing any dispositive motions in this proceeding:

| | |
|---|---|
| Dispositive Motions: | October 12, 2023 |
| Responsive Briefs to Dispositive Motions: | November 14, 2023 |
| Reply Briefs to Dispositive Motions: | December 8, 2023 |

These proposed deadlines provide approximately the same amount of time for Petitioners to review the administrative record and for the parties to file their

dispositive motions, responses, and replies, if any, as provided by this Court's May 26, 2023, scheduling Order (ECF No. 2001082), while accommodating existing commitments of counsel.

Accordingly, the parties respectfully request that this Court enter a scheduling order adopting the deadlines proposed above.

DATED: August 29, 2023                    Respectfully submitted,

/s/ *Katherine K. O'Brien*
KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

TOSH SAGAR
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
(202) 667-4500
tsagar@earthjustice.org

JONATHAN KALMUSS-KATZ
Earthjustice
48 Wall St., 19th Floor
New York, NY 10005
(212) 823-4989
jkalmusskatz@earthjustice.org

*Counsel for Petitioner*

/s/ *Redding C. Cates*
REDDING C. CATES
U.S. Department of Justice

2

        Environment & Natural
        Resources Division
        Environmental Defense Section
        P.O. Box 7611
        Washington, D.C. 20044
        (T) (202) 514-2617
        Redding.Cates@usdoj.gov

        *Counsel for Respondents*
        *Environmental Protection Agency*
        *and Michael S. Regan,*
        *Administrator*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2)(A) and 32(a)(5) and (6) because it has been prepared in a 14-point proportionally spaced font and contains 138 words, excluding the parts of the motion exempted under Rule 32(a)(7)(B)(iii), according to the count of Microsoft Word.

/s/ *Katherine K. O'Brien*
KATHERINE K. O'BRIEN