# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1096**                                    **September Term, 2023**

EPA-08/11/2022 Order

Filed On: September 20, 2023 [2018107]

Cherokee Concerned Citizens,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

## O R D E R

Upon consideration of the joint motion to establish new deadlines for dispositive motions, it is

**ORDERED** that the following deadlines will now apply:

| | |
|---|---|
| Dispositive Motions, if any | October 12, 2023 |
| Responses to Dispositive Motions | November 14, 2023 |
| Replies to Responses | December 8, 2023 |

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

    BY:    /s/
                  Catherine J. Lavender
                  Deputy Clerk