No. 23-1096                      September Term, 2023

EPA-08/11/2022 Order

Filed On: February 21, 2024

Cherokee Concerned Citizens,

       Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

       Respondents

**BEFORE:**     Millett and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss, the opposition thereto, and the reply, it is

**ORDERED** that the motion to dismiss be referred to the merits panel to which this petition for review is assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference. While not otherwise limited, the parties are directed to address whether equitable tolling is a threshold issue that can be resolved prior to jurisdiction.

The Clerk is directed to enter a briefing schedule.

**Per Curiam**