# EARTHJUSTICE

March 1, 2024

<u>*Via CM/ECF*</u>

Mark Langer
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re:   Cherokee Concerned Citizens v. EPA et al., No. 23-1096

Dear Mr. Langer:

Please be advised that arguing counsel for petitioner Cherokee Concerned Citizens in case number 23-1096 will be unavailable to appear for oral argument on the following dates:

July 1–5, 2024
August 19–30, 2024

Thank you for your consideration.

Sincerely,

<u>/s/Katherine K. O'Brien</u>
Katherine K. O'Brien
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

*Counsel for Petitioner
Cherokee Concerned Citizens*