ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| CHEROKEE CONCERNED CITIZENS, | ) ) ) | |
| *Petitioner,* | ) ) ) | |
| v. | ) ) | No. 23-1096 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| *Respondents.* | ) ) | |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 27, Respondents the U.S. Environmental Protection Agency, et al., (EPA) respectfully move to extend the briefing schedule in this case, resetting the deadlines set in the Court's February 23, 2024, Order (Doc. No. 2042141) as follows:

| | |
|---|---|
| Petitioner's Opening Brief | May 10, 2024 |
| Respondents' Brief | July 10, 2024 |
| Petitioner's Reply Brief | August 16, 2024 |
| Deferred Appendix | August 30, 2024 |

Final Briefs                    September 13, 2024

Counsel for Petitioner Cherokee Concerned Citizens has represented that it consents to the extension of the briefing schedule proposed in this motion.

There are good grounds for the requested extension of the briefing schedule. The government will require at least 60 days to prepare and review its brief, and the above schedule allows that time as well as a commensurate period for Petitioner to prepare its brief. The proposed extension would not delay resolution of the case, which has not yet been calendared for oral argument.

For the foregoing reasons, this Court should grant this motion to modify the briefing schedule as set forth herein.

Dated: March 18, 2024    Respectfully submitted,

*/s/ Redding Cofer Cates*
REDDING COFER CATES
U.S. Department of Justice
Environment & Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2617
Redding.Cates@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 181 words, excluding those parts exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point, Century Schoolbook font.

/s/ *Redding Cofer Cates*
Redding Cofer Cates

DATED: March 18, 2024