IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**NOT YET SCHDUELED FOR ORAL ARGUMENT**

| | |
|---|---|
| CHEROKEE CONCERNED CITIZENS, *Petitioner*, v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., *Respondents*. | No. 23-1096 |

**UNOPPOSED MOTION TO EXTEND DEADLINES**

Pursuant to Fed. R. App. P. 27, Respondents United States Environmental Protection Agency and Michael Regan, Administrator (collectively "EPA") move to alter deadlines set in this Court's Order of March 19, 2024, (ECF. No. 2045691). EPA requests that the Court extend the deadline for filing Respondents' Brief for 60 days, until September 9, 2024, and that the Court likewise extend the remaining briefing deadlines as follows:

    Respondents' Brief        September 9, 2024

| | |
|---|---|
| Petitioner Reply Brief | October 16, 2024 |
| Deferred Appendix | November 6, 2024 |
| Final Briefs | November 20, 2024 |

Good cause exists for filing this motion. EPA is engaging in further administrative deliberations regarding the order challenged in this petition that may obviate the need for continuance of this litigation. This motion is filed in compliance with Circuit Rule 27 (h)(1). Counsel for Petitioner Cherokee Concerned Citizens has indicated that it does not oppose to the relief requested nor does it oppose the proposed briefing schedule depicted above. EPA respectfully requests that this Court alter the July 10, 2024, deadline for its brief and enter the above-mentioned briefing schedule.

Respectfully submitted,

Dated: June 6, 2023

*/s/ Redding Cofer Cates*
REDDING COFER CATES
U.S. Department of Justice
Environment & Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(T) (202) 514-2617
Redding.Cates@usdoj.gov

*Counsel for Respondents
Environmental Protection Agency
and Michael S. Regan,
Administrator*

# CERTIFICATE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 32(A)

I hereby certify that this brief complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font.

I further certify that this brief complies with the type-volume limitation of Fed. R. App. P. 32(g)(1) and 27(d)(2)(A) because it contains 177 words, excluding the parts of the brief exempted under Rule 32(a)(7)(B)(iii), according to the count of Microsoft Word.

<u>/s/ Redding Cates</u><br>Redding Cofer Cates