# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1096**  **September Term, 2023**

EPA-08/11/2022 Order

Filed On: August 29, 2024 [2072383]

Cherokee Concerned Citizens,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

## O R D E R

Upon consideration of respondents' unopposed motion for extension of the briefing deadlines, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondents' Brief | October 9, 2024 |
| Petitioner's Reply Brief | November 15, 2024 |
| Deferred Appendix | December 6, 2024 |
| Final Briefs | December 20, 2024 |

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk