# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-1096                                       September Term, 2024

EPA-08/11/2022 Order

Filed On: September 24, 2024 [2076399]

Cherokee Concerned Citizens,

      Petitioner

      v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

## **O R D E R**

    It is **ORDERED**, on the court's own motion, that the briefing schedule entered on August 29, 2024, be suspended pending further order of the court.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                        BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk