# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 23-1096                  September Term, 2024

EPA-08/11/2022 Order

Filed On: October 3, 2024 [2078074]

Cherokee Concerned Citizens,

        Petitioner

     v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

        Respondents

## **O R D E R**

Upon consideration of respondents' unopposed motion to extend deadline, it is

**ORDERED** that the motion be granted. Respondents' reply in support of their motion to remand is now due October 15, 2024.

FOR THE COURT:
Mark J. Langer, Clerk

BY:     /s/
Catherine J. Lavender
Deputy Clerk