# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-1096**                                        **September Term, 2024**

EPA-08/11/2022 Order

Filed On: December 4, 2024

Cherokee Concerned Citizens,

       Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

       Respondents

      **BEFORE:**    Wilkins, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for voluntary remand, the response thereto, and the reply; and the motion to extend briefing deadlines, it is

**ORDERED** that the motion for voluntary remand be granted. It is

**FURTHER ORDERED** that the motion to extend briefing deadlines be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**