No. 23-1096                          September Term, 2024

EPA-08/11/2022 Order

Filed On: January 29, 2025 [2097271]

Cherokee Concerned Citizens,

      Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

## M A N D A T E

In accordance with the order of December 4, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                         BY:     /s/
                                            Daniel J. Reidy
                                            Deputy Clerk

Link to the order filed December 4, 2024