IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**NOT YET SCHDUELED FOR ORAL ARGUMENT**

| | |
|---|---|
| CHEROKEE CONCERNED CITIZENS, <br><br> *Petitioner*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> *Respondents*. | No. 23-1096 |

**CONSENT MOTION TO EXTEND DEADLINE**

Pursuant to Fed. R. App. P. 27, Respondents United States Environmental Protection Agency and Lee Zeldin, Administrator (collectively "EPA") move to alter deadline set in this Court's Order of April 1, 2025, (ECF. No. 2108706). EPA requests that the Court extend the deadline for the parties to show cause why the sealed portions of the record should not be unsealed for a period 30 days, until June 2, 2025.

Good cause exists for filing this motion. EPA requires additional time to review the redacted sealed material in Petitioner's filings to determine whether applicable law and EPA regulations require any of

the material to remain under seal. Counsel for Petitioner Cherokee Concerned Citizens has indicated that it consents to the relief requested. This motion is filed in compliance with Circuit Rule 27 (h)(1). EPA respectfully requests that this Court alter the May 1, 2025, deadline for the parties to show cause to June 2, 2025.

Respectfully submitted,

Dated: April 25, 2025

/s/ *Redding Cofer Cates*
REDDING COFER CATES
U.S. Department of Justice
Environment & Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(T) (202) 514-2617
Redding.Cates@usdoj.gov

*Counsel for Respondents
Environmental Protection Agency
and Lee Zeldin, Administrator*

# CERTIFICATE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 32(A)

I hereby certify that this brief complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font.

I further certify that this brief complies with the type-volume limitation of Fed. R. App. P. 32(g)(1) and 27(d)(2)(A) because it contains 154 words, excluding the parts of the brief exempted under Rule 32(a)(7)(B)(iii), according to the count of Microsoft Word.

<u>*/s/ Redding Cates*</u>
Redding Cofer Cates