No. 23-1096 September Term, 2024

EPA-08/11/2022 Order

**Filed On:** May 1, 2025

Cherokee Concerned Citizens,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

    Respondents

**O R D E R**

Upon consideration of the consent motion for extension of time to respond to the order to show cause, it is

**ORDERED** that the motion be granted. Any response to the order to show cause is now due June 2, 2025.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk