IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**NOT YET SCHDUELED FOR ORAL ARGUMENT**

| | |
|---|---|
| CHEROKEE CONCERNED CITIZENS,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Respondents*. | No. 23-1096 |

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Pursuant to this Court's Orders of April 1, 2025 (ECF. No. 2108706), and May 1, 2025 (ECF No. 2113815), and Circuit Rule 47.1(f)(4), Petitioner Cherokee Concerned Citizens and Respondents United States Environmental Protection Agency and Lee Zeldin, Administrator, (collectively "the Parties") hereby respond to the Court's Order to Show Cause why the sealed portions of the record should not be unsealed.

On December 15, 2023, in accordance with the Protective Order entered by this Court on August 22, 2023 (ECF No. 2013651), Petitioner

filed its sealed Response in Opposition to the Respondents' motion to dismiss. On May 10, 2024, Petitioner filed its sealed Brief and Separate Statutory Addendum. On December 4, 2024, this Court granted Respondents' motion for voluntary remand of the case (ECF No. 2088003). The Mandate issued shortly thereafter on January 29, 2025 (ECF No. 2097271).

After a review of the sealed filings, the Parties agree that it is no longer necessary for the Court to maintain portions of these filings under seal and that Petitioner's Response in Opposition to the Respondents' motion to dismiss, Brief, and Separate Statutory Addendum may be unsealed.

Respectfully submitted,

Dated: June 2, 2025

*/s/ Redding Cofer Cates*
REDDING COFER CATES
U.S. Department of Justice
Environment & Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2617
Redding.Cates@usdoj.gov

*Counsel for Respondents
Environmental Protection Agency
and Lee Zeldin, Administrator*

/s/ w/permission
KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

TOSH SAGAR
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
(202) 667-4500
tsagar@earthjustice.org

JONATHON KALMUSS-KATZ
Earthjustice
48 Wall St., 19th Floor
New York, NY 10005
(212) 823-4989
jkalmusskatz@earthjustice.org

*Counsel for Petitioner*

# CERTIFICATE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 32(A)

I hereby certify that this brief complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font.

I further certify that this brief complies with the type-volume limitation of Fed. R. App. P. 32(g)(1) and 27(d)(2)(A) because it contains 185 words, excluding the parts of the brief exempted under Rule 32(a)(7)(B)(iii), according to the count of Microsoft Word.

*/s/ Redding Cofer Cates*
Redding Cofer Cates
