No. 23-1096             September Term, 2024

EPA-08/11/2022 Order

**Filed On:** June 3, 2025

Cherokee Concerned Citizens,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

    Respondents

## O R D E R

Upon consideration of the court's order to show cause filed April 1, 2025, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, pursuant to D.C. Cir. Rule 47.1(f), that the record in this case be unsealed, in accordance with the proposal set forth in the joint response to the order to show cause.

The Clerk is directed to unseal the records in this case.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                          BY:     /s/
                                    Daniel J. Reidy
                                    Deputy Clerk