**UNDER SEAL**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**NOT YET SCHEDULED FOR ORAL ARGUMENT**

CHEROKEE CONCERNED CITIZENS,

*Petitioner*,

v.

No. 23-1096

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

*Respondents*.

**PETITIONER'S RESPONSE IN OPPOSITION
TO RESPONDENTS' MOTION TO DISMISS**

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................ 1

STATUTORY BACKGROUND ......................................................................... 2

FACTUAL BACKGROUND .............................................................................. 3

ARGUMENT ..................................................................................................... 5

    I. EPA'S FAILURE TO PROVIDE PUBLIC NOTICE OF THE ORDER
       AND ITS EFFECTS IS FATAL TO ITS TIMELINESS ARGUMENT .... 5

       A. Neither the Passage of Two Weeks Following the Order's Signing
          nor EPA's Uploading it to ChemView Triggered the Limitations
          Period .................................................................................................. 6

       B. The Order Provides Inadequate Notice of its Effect on Residents
          Near Chevron's Pascagoula Refinery to Trigger the Limitations
          Period ................................................................................................ 11

    II. ASSUMING *ARGUENDO* THAT THE LIMITATIONS PERIOD
       COMMENCED MORE THAN SIXTY DAYS BEFORE CHEROKEE
       CONCERNED CITIZENS FILED SUIT, THEY ARE ENTITLED TO
       EQUITABLE TOLLING ....................................................................... 18

       A. TSCA's Statute of Limitations is Subject to Equitable Tolling ....... 19

       B. Tolling is Justified ......................................................................... 21

CONCLUSION ................................................................................................ 26

CERTIFICATE OF COMPLIANCE................................................................. 27

# TABLE OF AUTHORITIES

**Cases**

*Boechler, P.C. v. Comm'r of Internal Revenue*,
 596 U.S. 199 (2022) ................................................................. 19, 21

*Eagle-Picher Indus. v. EPA*,
 759 F.2d 905 (D.C. Cir. 1985) ........................................................11

*Gibbs v. Legrand*,
 767 F.3d 879 (9th Cir. 2014) ................................................... 24, 25

*Holland v. Florida*,
 560 U.S. 631 (2010) ................................................................. 22, 24

*JEM Broad. Co. v. FCC*,
 22 F.3d 320 (D.C. Cir. 1994) ........................................................6, 7

*Lattisaw v. Dist. of Columbia*,
 118 F. Supp. 3d 142 (D.D.C. 2015) ........................................... 22–23

*M.M.V. v. Garland*,
 1 F. 4th 1100 (D.C. Cir. 2021) ........................................................20

*Menominee Indian Tribe of Wis. v. United States*,
 764 F.3d 51 (D.C. Cir. 2014) ..................................................... 22, 23

*Myers v. Commissioner of Internal Revenue Service*,
 928 F.3d 1025 (D.C. Cir. 2019) ......................................................20

*Nat'l Air Transp. Ass'n v. McArtor*,
 866 F.2d 483 (D.C. Cir. 1989) ..................................... 9, 12, 15, 17

*Oviedo v. Wash. Metro. Area Transit Auth.*,
 948 F.3d 386 (D.C. Cir. 2020) ........................................................23

*Pace v. DiGuglielmo*,
544 U.S. 408 (2005)........................................................................22

*Pub. Citizen v. Mineta*,
343 F.3d 1159 (9th Cir. 2003) .........................................................6

*Pub. Citizen v. Nuclear Regul. Comm'n*,
901 F.2d 147 (D.C. Cir. 1990) ........................................6, 10, 11, 18

*RCA Glob. Commc'ns v. FCC*,
758 F.2d 722 (D.C. Cir. 1985) ........................... 5–6, 16, 17, 19

*Recreation Vehicle Indus. Ass'n v. EPA*,
653 F.2d 562 (D.C. Cir. 1981) ...................................... 6, 12, 17–18

*Robinson v. Dep't of Homeland Sec.*,
71 F.4th 51 (D.C. Cir. 2023) .................................................. 21, 22

*United States v. Wong*,
575 U.S. 402 (2015)................................................................ 20, 21

*Wilkins v. United States*,
143 S. Ct. 870 (2023)............................................................... 19, 20

*Young v. SEC*,
956 F.3d 650 (D.C. Cir. 2020) .........................................................23

**Statutes**

15 U.S.C. § 2604...........................................................................2

15 U.S.C. § 2604(e) .....................................................................20

15 U.S.C. § 2604(e)(1)(A) ..............................................................2

15 U.S.C. § 2618(a)(1)(A). ....................................... 3, 6, 19, 20, 21

**Federal Regulations**

40 C.F.R. § 23.5 ..................................................................................................7

**Federal Register**

Final Rule, Judicial Review Under EPA-Administered Statutes; Races to
the Courthouse, 50 Fed. Reg. 7,268 (Feb. 21, 1985).......................................7

Notice, Certain New Chemicals; Receipt and Status Information for June
2021, 86 Fed. Reg. 38,475 (July 21, 2021) ..............................................10–11

**INTRODUCTION**

This case challenges the order of Respondent U.S. Environmental Protection Agency ("EPA") authorizing Chevron to produce eighteen novel chemicals derived from plastic waste. EPA, *TSCA Section 5 Order for a New Chemical Substance* (att. to Petition for Review, Doc. 1994141) (the "Order"). In the Order, EPA found that Chevron's waste-derived chemicals threaten serious environmental harm and pose alarming health risks—including cancer risks more than 100,000 times greater than EPA's benchmark for "unreasonable" risks that require mitigation through regulatory controls. Yet EPA authorized the chemicals' production without developing any safeguards to limit exposure among people living near Chevron's production facility and without requiring Chevron to develop any information to fill data gaps EPA identified concerning the chemicals' full health risks.

More than six months after EPA signed the Order, the members of Petitioner Cherokee Concerned Citizens were notified of the Order's existence and the fact that it authorizes Chevron to produce and store these highly toxic chemicals approximately one mile from their homes—at Chevron's Pascagoula, Mississippi, refinery. That notification did not come from EPA—which never provided public notice of its Order—but rather from reporting by an investigative journalist.

EPA now claims its Order is immune from judicial review because no aggrieved party managed to ferret it out from EPA's online database within sixty days of when EPA's staff uploaded it. That argument is foreclosed by controlling precedent establishing EPA's obligation to provide reasonable public notice of its actions to trigger the statute of limitations and Cherokee Concerned Citizens' entitlement to equitable tolling of the limitations period. Accordingly, this Court should deny EPA's motion to dismiss.

## STATUTORY BACKGROUND

EPA issued the Order under section 5 of the Toxic Substances Control Act ("TSCA"), which requires EPA to evaluate new chemicals before they enter commerce and regulate them to prevent unreasonable risks to health and the environment. 15 U.S.C. § 2604. If EPA concludes—as it did here—that it lacks sufficient information to make a reasoned risk determination but the information EPA possesses indicates that the new chemicals may present unreasonable risk, EPA must issue an order under TSCA section 5(e) "prohibit[ing] or limit[ing] the manufacture, processing, distribution in commerce, use, or disposal of such substance . . . to the extent necessary to protect against an unreasonable risk of injury to health or the environment." *Id.* § 2604(e)(1)(A); *see* Doc. 1994141 at 14.

TSCA section 19(a)(1)(A) permits "any person" to petition this Court for judicial review of EPA's section 5(e) orders "not later than 60 days after the date on which . . . [the] order is issued." *Id.* § 2618(a)(1)(A).

## FACTUAL BACKGROUND

Cherokee Concerned Citizens is a volunteer-run non-profit organization established by residents of the Cherokee Forest neighborhood in Pascagoula, Mississippi. Decl. of Barbara Weckesser ¶¶ 1, 3. The group organized in 2013 to advocate for protection from the persistent toxic pollution its members experience from more than half a dozen industrial sites near their neighborhood, including the Chevron refinery located approximately one mile from their homes. *Id.* ¶ 3. These facilities release millions of pounds of toxic chemicals every year, including nearly half a million pounds of hazardous air pollutants. *Id.* ¶ 4. In addition to noxious odors and alarming noise from the facilities, Cherokee Forest residents experience acute and chronic health effects—including rashes, burning eyes, asthma, and cancer—that are associated with the toxic exposures they experience. *Id.* ¶¶ 5–9.

To inform their advocacy, Cherokee Concerned Citizens' members monitor pollution incidents that impact their neighborhood as well as permitting and other regulatory actions that affect operations at Chevron and other nearby industrial

facilities. *Id.* ¶¶ 10–12. Despite these ongoing efforts, Cherokee Concerned Citizens' members first learned of EPA's Order on February 23, 2023—more than six months after EPA signed it, Doc. 1994141 at 7—when ProPublica published an article describing the Order and its authorization for Chevron to produce chemicals derived from plastic waste at its Pascagoula refinery that EPA determined could cause cancer in up to one in four people exposed. Weckesser Decl. ¶¶ 14–16, Ex. 2.[1]

Alarmed that EPA had authorized new chemical production near their homes that threatens to add substantially to the existing toxic pollution burden, Cherokee Concerned Citizens' members investigated strategies for challenging EPA's Order, secured pro bono legal counsel, and filed their petition for review within forty-

---

[1] In its risk assessment supporting the Order, which EPA withheld from the public until June 2023, EPA found that fourteen of the eighteen chemicals it approved exceed EPA's health risk benchmarks. Decl. of Katherine K. O'Brien ¶¶ 4–5; EPA, *Integrated Risk Assessment for Chevron Waste Plastic Fuels* 76–83 ("Risk Assessment") (O'Brien Decl. Ex. 1); EPA, *Chevron Waste Plastics Risk Summary and Characterization* 10–11 ("Risk Characterization") (O'Brien Decl. Ex. 6) (summarizing risk benchmarks). EPA concluded that two of Chevron's chemicals pose cancer risks exceeding one-in-ten—a risk level that is more than 100,000 times greater than EPA's benchmark for unreasonable cancer risks to the general population. Risk Assessment 81–82; Risk Characterization 11.

seven days of when the Order and its impact on Pascagoula were first publicized. *Id.* ¶¶ 17–19.

## ARGUMENT

EPA's timeliness argument fails because EPA did not provide notice of the Order sufficient to trigger the statute of limitations more than sixty days before Cherokee Concerned Citizens filed suit. Even assuming for the sake of argument that EPA had done so, the Court should hold that the limitations period was equitably tolled until the Order's existence and impact on Pascagoula were first made reasonably ascertainable to the public on February 23, 2023.

## I. EPA'S FAILURE TO PROVIDE PUBLIC NOTICE OF THE ORDER AND ITS EFFECTS IS FATAL TO ITS TIMELINESS ARGUMENT

EPA's timeliness argument fails because EPA cannot identify any action it took more than sixty days before Cherokee Concerned Citizens filed suit that provided reasonable public notice of the Order's existence. Further, the Order itself provides inadequate notice of its effect on people living near Chevron's Pascagoula refinery to trigger the limitations period.

It is "self-evident[]" that the statute of limitations does not begin to run on challenges to agency action "until the agency has decided a question in a manner that reasonably puts aggrieved parties on notice of the [action's] content." *RCA*

*Glob. Commc'ns v. FCC*, 758 F.2d 722, 730 (D.C. Cir. 1985). Yet EPA ignores this principle, which has been affirmed repeatedly by this Court and others. *See, e.g., JEM Broad. Co. v. FCC*, 22 F.3d 320, 326 (D.C. Cir. 1994) (affirming that this Court will "recognize[] exceptions to the limitations period when agency action fails to put aggrieved parties on reasonable notice of the rule's content"); *Pub. Citizen v. Nuclear Regul. Comm'n*, 901 F.2d 147, 153 (D.C. Cir. 1990) ("Before any litigant reasonably can be expected to present a petition for review of an agency rule, he first must be put on fair notice that the rule in question is applicable to him.") (alteration omitted) (quoting *Recreation Vehicle Indus. Ass'n v. EPA*, 653 F.2d 562, 568 (D.C. Cir. 1981)); *Pub. Citizen v. Mineta*, 343 F.3d 1159, 1167 (9th Cir. 2003) ("[T]he public must be notified of regulations affecting the right of interested parties to seek judicial review before those rights may be implicated"). This precedent forecloses EPA's theories that the limitations period in TSCA section 19, 15 U.S.C. § 2618(a)(1)(A), began running either two weeks after the Order was signed or when EPA uploaded the Order to its "ChemView" database.

### A. Neither the Passage of Two Weeks Following the Order's Signing nor EPA's Uploading it to ChemView Triggered the Limitations Period

EPA does not articulate a firm position on when the statutory period for judicial review of its Order began. EPA first states that, by operation of its

6

regulation at 40 C.F.R. § 23.5, the Order "is deemed to have been issued" on September 8, 2022, two weeks after it was signed by EPA and Chevron. Resp'ts' Mot. to Dismiss 10–11 (Doc. 2026024) ("EPA Mot."). EPA rightly declines to argue that this triggered the limitations period, *see id.*, as the passive running of the clock for two weeks following EPA and Chevron's private exchange of signed copies of the Order provided no notice to aggrieved parties, let alone "reasonable notice," of the Order's existence or content, *JEM Broad.*, 22 F.3d at 326. Further, in promulgating the regulation it invokes, EPA explained that the regulation was not intended to "bar[] from obtaining review" someone who "has no notice of the action." Final Rule, Judicial Review Under EPA-Administered Statutes; Races to the Courthouse, 50 Fed. Reg. 7,268, 7,269 (Feb. 21, 1985) (explaining that claims of inadequate notice "can be raised in judicial proceedings if [they] arise[] in practice").

Accordingly, EPA is left to argue that the limitations period commenced on October 29, 2022, when—sixty-five days after EPA and Chevron had signed the Order—EPA staff uploaded it to an online database called ChemView.[2] EPA Mot.

---

[2] Contrary to the theories in EPA's motion, on August 12, 2022, EPA advised Chevron that the Order had already "issued" and would take effect when Chevron returned a signed copy to EPA. AR0014316–17.

11. This argument fails because EPA provided no notice when the Order became "publicly available on ChemView," Decl. of Jeffrey Santacroce ¶ 6 (Doc. 2026024), and EPA's theory that affected members of the public would have retrieved the Order in October 2022 by "monitoring EPA's publicly accessible website" with "reasonable diligence," EPA Mot. 16, is farfetched at best.

EPA fails to explain how members of the public would locate the Order by "monitoring" ChemView. *Id.* As explained in the accompanying declaration of Dr. Maria Doa, who led ChemView's development during her twenty-two-year career in EPA leadership, ChemView is an online database designed principally to help commercial chemical users make safer chemical choices, not to provide the general public with notice of EPA decisions or practicable access to new chemical information. Decl. of Maria Doa ¶¶ 7–8.

To access information from ChemView, one must use various search tools on the ChemView website. *See id.* ¶¶ 9, 12; ChemView, https://chemview.epa.gov/chemview/#.  EPA's motion ignores the serious limitations of ChemView's search functionality. *See* Doa Decl. ¶¶ 11–17. For example, users cannot search ChemView for EPA orders or other new chemical information by location. *Id.* ¶ 11. Accordingly, a user could not search ChemView

for TSCA section 5 orders authorizing new chemical production in Pascagoula, Mississippi; Jackson County, Mississippi; or relevant zip codes. *See id*. Moreover, although ChemView's "Advanced Search" tool purports to facilitate searches for TSCA section 5 orders by company name, conducting such a search for orders associated with Chevron's Pascagoula refinery returns *no results*. *Id.* ¶¶ 12–13, 18. Running the same search with company names containing the more general "Chevron" also yields *no results*. *Id.* ¶ 13.

Given that, it is unclear how EPA believes members of the public concerned about operations at Chevron's Pascagoula refinery would have obtained the Order in October 2022 by "monitoring" ChemView. EPA Mot. 16. Indeed, the fact that ChemView invites a search for TSCA section 5 orders pertaining to Chevron's Pascagoula Refinery that returns no results is affirmatively misleading, as it would give a person attempting to monitor for such orders false comfort that none exists. "An agency may not put up signs inducing" members of the public "to turn aside and then claim they had constructive notice of what they would have found at the end of the road." *Nat'l Air Transp. Ass'n v. McArtor*, 866 F.2d 483, 485 (D.C. Cir. 1989).

Even if EPA could concoct some search methodology that a person concerned about Chevron's Pascagoula refinery theoretically could have deployed to retrieve the Order from ChemView, EPA's unannounced uploading of the Order still would not trigger the statute of limitations under this Court's precedent. In *Public Citizen v. Nuclear Regulatory Commission*, this Court rejected as "border[ing] on the frivolous" the agency's argument that "mere placement of a decision in an agency's public files, without any other announcement, can start the clock running for review . . . ." 901 F.2d at 153. The Court affirmed that potential litigants "must be put on fair notice" of agency decisions "before [they] reasonably can be expected to present a petition for review," *id.* (quotation omitted), and held that "[p]otential petitioners cannot be expected to squirrel through the [agency's] public document room in search of papers that might reflect final agency action," *id.* As in *Public Citizen*, EPA's silent placement of the Order on ChemView, months after it was signed and "without any other announcement," cannot "start the clock running for review." *Id.*[3]

_____

[3] The fact that EPA published a notice in the Federal Register in July 2021 that it had received Chevron's new chemical applications does not change the result. *See* Notice, Certain New Chemicals; Receipt and Status Information for June 2021, 86 Fed. Reg. 38,475, 38,477 (July 21, 2021). That notice does not mention Pascagoula or ChemView. Instead, it directs readers seeking EPA's determinations on new

In sum, because EPA cannot point to any action more than sixty days before Cherokee Concerned Citizens filed suit that "put [them] on fair notice" of the Order, EPA's timeliness argument fails. *Id*. (quotation omitted).

**B. The Order Provides Inadequate Notice of its Effect on Residents Near Chevron's Pascagoula Refinery to Trigger the Limitations Period**

Even if EPA had announced the Order's availability in a manner that reasonably apprised aggrieved parties—which EPA did not—the Order itself provided "inadequate notice that the petitioner would be affected by the action" to trigger the limitations period. *Eagle-Picher Indus. v. EPA*, 759 F.2d 905, 911–12 (D.C. Cir. 1985).

First, contrary to EPA's assertion, Chevron's intent to manufacture the chemicals in Pascagoula was not "made public in the redacted version of the order" uploaded to ChemView, EPA Mot. 6–7—nor, for that matter, in the unredacted Order. The Order does not state that the chemicals will be produced in Pascagoula.

---

chemical applications to a different website that also does not mention Pascagoula or ChemView and does not contain the Order. *See id.* at 38,476, 38,477 (citing EPA, *Status of Pre-Manufacture Notices Reviewed Under Section 5 of the Toxic Substances Control Act (TSCA)*, https://www.epa.gov/reviewing-new-chemicals-under-toxic-substances-control-act-tsca/status-pre-manufacture-notices (last visited Dec. 7, 2023)).

*See* AR0001736–82. Instead, EPA acceded to Chevron's preference to withhold that information. *See* AR0014878 (Chevron email to EPA stating Chevron "would prefer to use the parent company name in our consent order rather than the site name").

Unable to point to where it identified the production facility in its Order, EPA relies on the fact that an employee from Chevron's Pascagoula refinery signed the Order. EPA Mot. 15; Doc. 1994141 at 7. But the fact that a Pascagoula-based employee signed the Order does not establish the production location, and this Court does not require aspiring petitioners to preserve their rights through surmise from ambiguous agency decisions. Instead, "when an agency leaves room for genuine and reasonable doubt as to the applicability of its orders or regulations, the statutory period for filing a petition [for] review is tolled until that doubt is eliminated." *Recreation Vehicle Indus. Ass'n*, 653 F.2d at 569; *see also McArtor*, 866 F.2d at 485 (holding agency failed to provide notice of action adequate to trigger limitations period even where a "thorough and alert reader" could have ascertained the action's scope and effect from the poorly structured decision document).

EPA's argument that Chevron's production facility was adequately identified in Chevron's new chemical applications—known as premanufacture notices, or "PMNs"—also fails. *See* EPA Mot. 7–8. "PMN Page 8" in EPA's PMN form requires the submitter to provide the name and address of "the site at which the operation will occur." *See*, *e.g.*, O'Brien Decl. Ex. 2 at 27. However, when Chevron submitted its PMNs, it claimed that its production site identity is "confidential business information," AR0001816, and EPA agreed to withhold that information from the public, AR0014319. Accordingly, in the first consolidated PMN covered by the Order, which includes Chevron's PMNs for chemicals P-21-0144–P-21-0147 and contains two copies of "PMN Page 8," the production site information is redacted and marked "Confidential"[4]:

---

[4] O'Brien Decl. Ex. 2 at 27, 33.


## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

### Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER

Mark (X) the "Confidential" box next to any item you claim as confidential

The information on pages 8 and 8a refer to consolidated chemical number(s):  [X] 1   [X] 2   [X] 3   [ ] 4   [ ] 5   [ ] 6

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

| 1. Operation description | | | | | Confidential |
|---|---|---|---|---|---|
| a. Identity -- Enter the identity of the site at which the operation will occur. | | | | | |
| Name | XXX | | | | |
| Site address (number and street) | XXX | | | | [X] |
| City | XXX | County | XXX | | |
| State | XXX | ZIP code | XXX | | |

If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. →    **XXX**    [X]

Mark (X) this box if the data continues on the next page.  [ ]

b. Type -- Mark (X)    Manufacturing [ ]    Processing [ ]    Use [ ]    [X]

c. Amount and Duration -- Complete 1 or 2 as appropriate   —   Confidential

| 1. Batch | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | [ ] |
|---|---|---|---|---|
| | | | | |

| 2. Continuous | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | [X] |
|---|---|---|---|---|
| | XXX | XXX | XXX | |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → [ ] | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

Thus, even a person who managed to obtain the Order and PMNs from ChemView would reasonably conclude that the production site identity was not disclosed in the PMNs.

Indeed, since Chevron claimed, and EPA agreed, that Chevron could withhold this information, Chevron's failure to redact it consistently in two of its five consolidated PMN submissions appears inadvertent. Regardless, it is absurd to argue that a person reviewing the PMNs should suspect that information redacted in both copies of "PMN Page 8" in the first consolidated PMN covered by the Order would be disclosed in subsequent copies of the same form.[5] *See McArtor*, 866 F.2d at 485 (holding agency may not put up "signs inducing [members of the public] to turn aside and then claim they had constructive notice of what they would have found at the end of the road"). More fundamentally, EPA cites no support for the proposition that a regulated party's apparently inadvertent, buried disclosure of its own supposedly confidential business information can provide

_____

[5] Chevron's facility identity also is redacted in two of the three copies of "PMN Page 8" in the consolidated PMN for chemicals P-21-0148–P-21-0150 and in all six copies of the form in the consolidated PMNs for chemicals P-21-0152–P-21-0154 and P-21-0159–P-21-0163. O'Brien Decl. Ex. 3 at 21, 35; *id*. Ex. 4 at 20, 27, 35; *id*. Ex. 5 at 28, 35, 42.

sufficient public notice of an EPA action's effects on aggrieved parties to trigger the limitations period.

Second, even assuming for the sake of argument that one could ascertain Chevron's intent to produce the chemicals in Pascagoula, the Order is "utterly opaque" regarding the risks that chemical-production activity poses to people living near Chevron's facility. *RCA Glob. Commc'ns*, 758 F.2d at 730. The Order states that Chevron's chemicals "may present an unreasonable risk of injury to health or the environment." Doc. 1994141 at 14. It does not state where those risks would occur, including whether people living near Chevron's refinery face unreasonable risk.[6]

Indeed, when EPA made its risk assessment supporting the Order publicly available—ten months after signing the Order—EPA simultaneously published a memo asserting that, in key respects, the Order does not mean what it says. *See generally* Risk Characterization, *supra* n.1. For example, EPA's memo asserts that

---

[6] In Appendix 2 to the Order, EPA summarizes its determinations concerning "Risk to Workers," "Risk to General Population," and "Risk to Consumers," Doc. 1994141 at 36–38, but does not explain what "General Population" refers to—*i.e.*, people living near Chevron's refinery where the chemicals will be produced and stored, people living near facilities where the chemicals will be used, or something else, *see id.* at 37–38.

what the Order characterizes as risks to the "general population" from "inhalation of stack air," Doc. 1994141 at 38, does not, as that term suggests, describe risks from breathing air pollution emitted from the Chevron refinery stacks. Instead, EPA's memo states that the Order's discussion of risks from "stack air" inhalation actually describes the risks from breathing *non-stack* emissions from mobile pollution sources such as airplanes that burn fuel made with Chevron's new chemicals. Risk Characterization 14–15. The memo further asserts that the Order's calculations of those "stack air" risks were incorrect, without providing revised risk calculations. *Id.* While EPA cannot rely on its post hoc memo to justify the Order, the memo belies EPA's claim that the Order reasonably apprised affected members of the public of the risks they face from the activities the Order authorizes, including people at risk from exposure to stack emissions and other air and water pollution associated with production of the new chemicals at Chevron's refinery.

This Court has held repeatedly that such misleading or confusing agency decision documents do not provide sufficient notice to trigger the period for judicial review. *E.g., Recreation Vehicle Indus. Ass'n*, 653 F.2d at 569; *McArtor*, 866 F.2d at 485; *RCA Glob. Commc'ns*, 758 F.2d at 730–31. "Otherwise the agency could promulgate a confusing regulation and, after expiration of the time for any

17

judicial contest, clarify it to the surprise and prejudice of a party whose opportunity for judicial review meanwhile has been extinguished." *Recreation Vehicle Indus. Ass'n*, 653 F.2d at 568.

"Although an agency has considerable latitude in determining the event that triggers commencement of the judicial review period, it must do so reasonably." *Public Citizen*, 901 F.2d at 153 (quotation and internal citation omitted). Because the Order does not disclose Chevron's intent to produce the waste-derived chemicals at its Pascagoula refinery and is at turns ambiguous and—according to EPA's post hoc memo—erroneous in characterizing the risks to people living near Chevron's refinery, it could not provide people impacted by the Order the notice required to trigger the limitations period. *See id.*

## II. ASSUMING *ARGUENDO* THAT THE LIMITATIONS PERIOD COMMENCED MORE THAN SIXTY DAYS BEFORE CHEROKEE CONCERNED CITIZENS FILED SUIT, THEY ARE ENTITLED TO EQUITABLE TOLLING

For the reasons described above, EPA cannot identify an event more than sixty days prior to Cherokee Concerned Citizens' petition for review that triggered TSCA's statute of limitations. Even assuming EPA could do so, the Court should hold that the statute of limitations was equitably tolled until the existence of EPA's Order and its effects were publicized by ProPublica on February 23, 2023.

## A. TSCA's Statute of Limitations is Subject to Equitable Tolling

The deadline in TSCA section 19(a)(1)(A), 15 U.S.C. § 2618(a)(1)(A), is subject to equitable tolling because it is a nonjurisdictional filing deadline and nothing in the provision indicates congressional intent to preclude tolling.

"[N]onjurisdictional limitations periods are presumptively subject to equitable tolling." *Boechler, P.C. v. Comm'r of Internal Revenue*, 596 U.S. 199, 209 (2022) (citation omitted). Courts may "treat a procedural requirement as jurisdictional only if Congress clearly states that it is." *Id.* at 203 (quotation omitted)).[7]

"Under this clear statement rule," the analysis of TSCA section 19(a)(1)(A) "is straightforward." *Wilkins v. United States*, 143 S. Ct. 870, 876 (2023). The Supreme Court "ha[s] made plain that most time bars are nonjurisdictional," and "[n]othing about [section 19(a)(1)(A)'s] text or context gives reason to depart from this beaten path." *Id.* at 876–77 (quotation omitted). Section 19(a)(1)(A) states that "any person may file a petition for judicial review" of an EPA order issued under

---

[7] *Boechler* precludes reasoning by analogy to prior Circuit decisions that held filing deadlines to be jurisdictional without engaging in a clear statement analysis. *See* 596 U.S. at 203, 208 (rejecting reliance on lower court decisions holding analogous filing deadline is jurisdictional); *cf. RCA Glob. Commc'ns*, 758 F.2d at 730 (stating without qualification that "statutory time limitations on judicial review of agency action are jurisdictional").

TSCA section 5(e), 15 U.S.C. § 2604(e), "not later than 60 days after . . . the date on which [the] order is issued," *id.* § 2618(a)(1)(A). This provision lacks a clear statement of congressional intent to make the time bar jurisdictional. To the contrary, it "'speaks only to a claim's timeliness,' and its 'mundane statute-of-limitations language say[s] only what every time bar, by definition, must: that after a certain time a claim is barred.'" *Wilkins*, 143 S. Ct. at 877 (quoting *United States v. Wong*, 575 U.S. 402, 410 (2015)).

That section 19(a)(1)(A) also includes the jurisdictional grant to the Court of Appeals does not change the outcome because "nothing conditions the jurisdictional grant on the limitations period." *Id.* (alterations omitted) (quoting *Wong*, 575 U.S. at 412). In *Myers v. Commissioner of Internal Revenue Service*, this Court held that a limitations period was not jurisdictional—although it appeared in the same sentence as the jurisdictional grant—because the statutory provision lacked language "linking" the two requirements. 928 F.3d 1025, 1034–35 (D.C. Cir. 2019). The same conclusion applies here, as the limitations period and jurisdictional grant are in different sentences and nothing links them. 15 U.S.C. § 2618(a)(1)(A); *cf. M.M.V. v. Garland*, 1 F.4th 1100, 1109–10 (D.C. Cir. 2021) (holding statutory provision that "twice conditions the relevant jurisdictional grant upon the associated limitations period . . . makes the time limit itself

jurisdictional") (quotations omitted). "[T]he Government must clear a high bar to establish that a statute of limitations is jurisdictional," *Wong*, 575 U.S. at 409, and EPA cannot do so here.

Further, nothing in section 19(a)(1)(A) rebuts the presumption that its deadline is subject to equitable tolling. Like the provision in *Boechler,* section 19(a)(1)(A), 15 U.S.C. § 2618(a)(1)(A), "does not expressly prohibit equitable tolling"; its deadline is directed at the petitioner, not the court; and it includes neither "detailed technical language" nor enumerated exceptions that imply tolling is precluded. 596 U.S. at 209–210 (quotation omitted). To the contrary, its succinct and commonplace language contains no signal that Congress intended to alter the "background principle" that tolling is available. *Id.* at 209.

**B. Tolling is Justified**

Equitable tolling addresses situations when, "due to circumstances external to the party's own conduct, it would be unconscionable to enforce the limitation period against the party and gross injustice would result." *Robinson v. Dep't of Homeland Sec.*, 71 F.4th 51, 58 (D.C. Cir. 2023) (quotation omitted). Equitable tolling is justified to permit the members of Cherokee Concerned Citizens to challenge EPA's unlawful authorization for chemical production that poses serious risks to the health of its members and their children and grandchildren. A contrary

conclusion would reward EPA's failure to provide public notice of its Order and its consequences for human health and the environment by immunizing that decision from judicial review.

To demonstrate their entitlement to equitable tolling, a party "must show '(1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way.'" *Id.* (quoting *Pace v. DiGuglielmo*, 544 U.S. 408, 418 (2005)). At the same time, "[t]he Supreme Court has emphasized that equitable tolling must be applied flexibly, case by case, without retreating to 'mechanical rules' or 'archaic rigidity.'" *Menominee Indian Tribe of Wis. v. United States*, 764 F.3d 51, 58 (D.C. Cir. 2014) (quoting *Holland v. Florida*, 560 U.S. 631, 649 (2010)).

Here, extraordinary circumstances precluded Cherokee Concerned Citizens' filing their petition for review before the February 23, 2023, ProPublica article publicized EPA's Order and its applicability to Chevron's Pascagoula refinery. As EPA acknowledges, Cherokee Concerned Citizens may establish "extraordinary circumstances" justifying tolling by demonstrating that, "despite all due diligence," they were "unable to obtain vital information bearing on the existence of [their] claim." EPA Mot. 16 (quoting *Lattisaw v. Dist. of Columbia*, 118 F. Supp. 3d 142,

158 (D.D.C. 2015)); *accord Oviedo v. Wash. Metro. Area Transit Auth.*, 948 F.3d 386, 393–94 (D.C. Cir. 2020). EPA's failure to provide public notice of the Order and the impracticability of discovering the Order's existence and effect prior to publication of the ProPublica article, as described *supra*, Point I, constitute "extraordinary circumstances" justifying tolling. EPA's actions are, by definition, "circumstances beyond [Cherokee Concerned Citizens'] control" and were not "a product of [Cherokee Concerned Citizens'] own misunderstanding of the law or tactical mistakes in litigation." *Young v. SEC*, 956 F.3d 650, 655 (D.C. Cir. 2020) (quoting *Menominee Tribe*, 764 F.3d at 58). As explained above, the Order's existence and effects on Cherokee Concerned Citizens' members were unknown and effectively undiscoverable to them before ProPublica's publication of investigative reporting explaining that "the cancer burden" from Chevron's chemical manufacturing "will disproportionately fall on people who have low incomes and are Black because of the population that lives within 3 miles of the refinery in Pascagoula, Mississippi" where the chemicals will be produced. Sharon Lerner, *This 'Climate-Friendly' Fuel Comes With An Astronomical Cancer Risk*, ProPublica (Feb. 23, 2023), https://www.propublica.org/article/chevron-pascagoula-pollution-future-cancer-risk (Weckesser Decl. Ex. 2). Indeed, Cherokee Concerned Citizens is not aware of any interested party besides Chevron who

identified the Order before ProPublica's reporting, and public statements by a U.S. Senator who "sound[ed] the alarm" about the Order's consequences only after publication of ProPublica's article indicate that other parties interested in Chevron's operations were in the dark about the Order until the article's publication.[8]

Further, Cherokee Concerned Citizens pursued their rights with reasonable diligence. "The diligence required for equitable tolling purposes is reasonable diligence, not maximum feasible diligence." *Holland*, 560 U.S. at 653 (quotations omitted). "Reasonable diligence does not require an overzealous or extreme pursuit of any and every avenue of relief. Rather, it requires the effort that a reasonable person might be expected to deliver under his or her particular circumstances." *Gibbs v. Legrand*, 767 F.3d 879, 890 (9th Cir. 2014) (quotations omitted).

Cherokee Concerned Citizens' efforts before and after learning of the Order satisfy this standard. Cherokee Concerned Citizens has no employees; its members—many of whom are elderly, suffer from serious health problems, and

---

[8] *See* Sen. Jeff Merkley, *Chairman Merkley Sounds the Alarm on EPA Program That Streamlined Cancer Causing Chemicals from Plastic Burning* (Apr. 5, 2023), https://www.merkley.senate.gov/chairman-merkley-sounds-the-alarm-on-epa-program-that-streamlined-cancer-causing-chemicals-from-plastic-burning/.

have substantial caretaking responsibilities—work together to track pollution events and regulatory developments to the best of their ability at the industrial facilities that impact their neighborhood. Weckesser Decl. ¶¶ 1, 8–13. Among other ongoing efforts, Cherokee Concerned Citizens' volunteer leadership reviews all regulatory notices from Mississippi's environmental agency, and members of the group "attend every public meeting that is announced by Chevron or [the Mississippi Department of Environmental Quality] concerning the Chevron refinery." *Id*. ¶¶ 10–13, 15. They also monitor media sources for information about the Chevron refinery, as evidenced by the fact that Cherokee Concerned Citizens' members located and shared the ProPublica article describing EPA's Order the day the article was published. *Id.* ¶ 14. After learning of EPA's Order, Cherokee Concerned Citizens' leadership promptly launched a search for pro bono counsel. *Id.* ¶¶ 18–19. Within two weeks of identifying potential counsel, they filed their petition for review. *Id.* ¶ 19. These efforts meet any reasonable standard for "reasonable diligence" under Cherokee Concerned Citizens' circumstances. *Gibbs*, 767 F.3d at 890.

EPA's contrary argument rests on the claim that, had Cherokee Concerned Citizens "exercised reasonable diligence in monitoring EPA's publicly accessible website, it would have obtained the pertinent information needed to file the instant

petition in October 2022." EPA Mot. 16. As explained *supra*, Point I, that claim is false and fails to grapple with the serious limitations of ChemView and the Order itself.

## CONCLUSION

For the foregoing reasons, this Court should deny EPA's motion to dismiss and consider the merits of Cherokee Concerned Citizens' challenge to the Order.

Respectfully submitted this 15th day of December, 2023.

/s/Katherine K. O'Brien
KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

JONATHAN KALMUSS-KATZ
Earthjustice
48 Wall St., 19th Floor
New York, NY 10005
(212) 823-4989
jkalmusskatz@earthjustice.org

*Counsel for Petitioner*

# CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the word limit of Fed. R.

App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by

Fed. R. App. P. 32(f), it contains 5,092 words. This document complies with the

typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared

in a proportionally spaced typeface using Microsoft Word version 2311 in 14-point

Times New Roman font.

/s/Katherine K. O'Brien
KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document and its attachments on this date with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit using the Court's Box.com File Repository transfer link found at

https://cadcuscourts.app.box.com/f/f5d55aebcb684b9b936d73981f8608d9. I further certify that I electronically served the foregoing document and its attachments on this date on counsel for Respondents using the Box.com link provided by Respondents' counsel.

DATED: December 15, 2023      /s/Katherine K. O'Brien
                                       KATHERINE K. O'BRIEN
                                       Earthjustice
                                       P.O. Box 2297
                                       South Portland, ME 04116
                                       (212) 284-8036
                                       kobrien@earthjustice.org

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**NOT YET SCHEDULED FOR ORAL ARGUMENT**

CHEROKEE CONCERNED CITIZENS,

    *Petitioner*,

      v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    *Respondents*.

No. 23-1096

**DECLARATION OF BARBARA WECKESSER**

I, Barbara Weckesser, declare and state as follows:

1.      I am co-founder, treasurer, and an active volunteer leader of Cherokee Concerned Citizens, a volunteer-run non-profit organization dedicated to protecting the health and well-being of residents of the Cherokee Forest neighborhood in Pascagoula, Mississippi. Before serving as Cherokee Concerned Citizens' treasurer, I served as the organization's president for eight years.

2.      I have lived in the Cherokee Forest neighborhood with my husband since 2010.

3.      Cherokee Concerned Citizens officially formed in 2013 to advocate for protections from the persistent toxic pollution that residents of our neighborhood experience from the more than half-dozen major industrial facilities nearby. These facilities include the Chevron refinery, which is located approximately one mile from my home; the Gulf LNG liquified natural gas terminal; Bollinger Shipbuilding (formerly VT Halter Marine & Offshore); the BP Enterprise gas processing plant; Destin Pipeline; the former First Chemical facility; and the Mississippi Phosphates Superfund site.

4.      I understand, from data published by the U.S. Environmental Protection Agency (EPA), that the industrial facilities near my home in Pascagoula release millions of pounds of toxic chemicals into the air, water, and land each year, including approximately half a million pounds of hazardous air pollutants.

5.    My neighbors and I feel the impact of this pollution every day. Because I am so close to the Chevron refinery and other industrial facilities, I smell chemical odors almost daily. These odors include smells of oil or gas, hydrocarbons (which smell like welding fumes), paint or lacquer smells, smells like burnt cooking, and sweet smells that I understand are likely emissions of the carcinogenic chemical benzene. I have also experienced odors that smell like burning plastic. These odors often permeate throughout the inside of my home.

6.    From my neighborhood, I see flares and plumes of dark black smoke approximately once every two months. We also experience noise from the facilities at all hours, including extremely loud siren-like sounds at least twice a month. Both the ongoing noise and the periodic sirens cause me great stress and anxiety, as I do not know which sounds indicate that something especially dangerous is happening nearby.

7.    I have noticed deposits on my home and car, and my neighbors' homes and cars, due to the industrial pollution, including deposits of calcium phosphorous, "black beauty" sand blast dust, and specks of oil and paint.

8.    As part of my work with Cherokee Concerned Citizens, I collect reports from my neighbors regarding acute health symptoms that they experience during toxic chemical release events that affect our neighborhood, including sinus problems, skin rashes, fatigue, burning eyes, headaches, and shortness of breath.

In 2023, I helped conduct a neighborhood survey on behalf of Cherokee Concerned Citizens to better understand the long-term health effects of the persistent industrial pollution in my community. Sixty-two percent of households surveyed reported that one or more household resident suffers from heart disease, stroke, or high blood pressure. Forty percent of households reported that one or more household resident suffers from respiratory diseases, and twelve percent reported that one or more household resident has cancer. Eighty-three percent of residents surveyed believe that the air in our neighborhood is not safe to breathe, and seventy-six percent believe that our tap water is not safe to drink. Presentation slides summarizing our survey results are attached to this declaration as **Exhibit 1**.

9.      Like so many of my neighbors, I suffer from health conditions that are associated with exposure to toxic chemical pollution. For example, in 2014, at age 68, I was diagnosed with adult-onset asthma. I had never experienced asthma symptoms before moving to my home in Pascagoula. I also suffer from chronic kidney disease. I have experienced chemical dermatitis (blisters on my face) as a result of spending time outside documenting or investigating industrial facility upsets and pollution. In 2014, I experienced two episodes of chemical pneumonia, which is caused by exposure to chemicals. Four nearby neighbors experienced chemical pneumonia at the same time.

10.     Because of the struggles that I and my neighbors experience with this persistent toxic pollution, I am very involved in the leadership and initiatives of Cherokee Concerned Citizens. This includes documenting and reporting noxious chemical odors, noise, and visible pollution from nearby industrial facilities and assisting neighbors in doing the same; monitoring and reviewing permitting and other regulatory actions that affect the industrial facilities in our area and the pollution they emit; attending public meetings hosted by Chevron and the Mississippi Department of Environmental Quality (MDEQ) to learn about and comment on permitting actions and other developments at Chevron and other nearby industrial facilities that impact our neighborhood; carrying out neighborhood surveys to understand the impacts of industrial pollution on residents' health and wellbeing; advocating to the city government for a buyout that would give residents a viable option for leaving the neighborhood to escape the pollution and health risks; collaborating with scientists to better understand and document the sources, nature, and health impacts of the toxic pollution harming our neighborhood; speaking with reporters on behalf of Cherokee Concerned Citizens; reviewing and approving comment letters from Cherokee Concerned Citizens to EPA and other authorities; and serving as the primary point of contact for our pro bono lawyers in this case.

11.     I also receive and maintain the organization's mail at my home. This includes a weekly packet that I receive from MDEQ with copies of all public announcements regarding MDEQ permitting actions in Mississippi—something we receive as a result of persistent advocacy to MDEQ to ensure that our organization has timely access to this information. I review these materials to determine if there are any public comment processes, public meetings, or other regulatory developments that concern the Chevron refinery or other polluting facilities that affect my neighborhood. I also receive by mail notices from Chevron about public meetings concerning its Pascagoula refinery.

12.     I or another member of Cherokee Concerned Citizens attend every public meeting that is announced by Chevron or MDEQ concerning the Chevron refinery.

13.     We do this despite the fact that many members of Cherokee Concerned Citizens are elderly, have serious health problems, and/or have major caretaking responsibilities for children, grandchildren, or other family members.

14.     I first learned about EPA's decision to allow Chevron to make highly toxic fuel chemicals from plastic waste at the refinery near my home on February 23, 2023. I received a text message from a neighbor with a link to a ProPublica article by Sharon Lerner called "This 'Climate-Friendly' Fuel Comes with an

Astronomical Cancer Risk," which was published online that day and describes EPA's decision. A copy of that article is attached to this declaration as **Exhibit 2.**

15.     To the best of my knowledge, there was no public notice of EPA's decision from EPA or Chevron at the time the decision was made or at any other point prior to the ProPublica article's publication. In contrast, we have received public notice of other federal regulatory processes and actions that affect the Chevron refinery, such as hazardous waste permitting actions under the Resource Conservation and Recovery Act (RCRA).

16.     Around the time I received the ProPublica article, I was in the process of conducting a neighborhood survey for Cherokee Concerned Citizens. As I went door-to-door throughout the neighborhood conducting the survey, I asked the neighbors I spoke to if they knew about Chevron planning to make fuels and other chemicals from plastic waste at the Pascagoula refinery but no one had heard anything about it before the ProPublica article came out. This did not surprise me because I typically learn about developments at Chevron and the other industrial facilities in the area first and share that information with others in the neighborhood.

17.     When I read about EPA's decision and the terrifying health risks associated with the fuel chemicals EPA is allowing Chevron to make in Pascagoula, I was extremely concerned. Given the unbearable pollution we

already experience in our neighborhood, we cannot take the additional pollution and health threats that would come with the new chemical production at Chevron that EPA approved.

18.     I shared the February 23, 2023, ProPublica article with Cherokee Concerned Citizens' current president, Jennifer Crosslin. We then connected with an attorney in private practice in the region who has previously assisted Cherokee Concerned Citizens to discuss the EPA decision. I knew that we would need to find pro bono legal assistance to help us understand the implications of EPA's decision and try to challenge it because Cherokee Concerned Citizens does not have the financial resources to pay attorneys.

19.     On March 28, 2023, the local attorney we contacted put us in touch with the lawyers from Earthjustice who are now representing Cherokee Concerned Citizens in this case pro bono. I worked with the Earthjustice attorneys to get our lawsuit prepared and filed as quickly as possible. We were able to file two weeks later, on April 11, 2023.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this _4TH_ day of December, 2023, in Pascagoula, Mississippi.

_Barbara Weckesser_
Barbara Weckesser

**Exhibit 1**



# Cherokee Concerned Citizens Buyout Interest Survey

## Results as of June 14, 2023

Meeting with City of Pascagoula
June 15, 2023

## Cherokee Concerned Citizens Buyout Interest Survey Results:
Overview

- The Buyout Interest survey was developed in partnership with Buy-In Community Planning, Cherokee Concerned Citizens, and other neighborhood residents.

- The survey covered the following information.
    - Perceptions about contamination and exposure
    - Health Impacts
    - Flood history and impacts
    - Interest in relocation support through a voluntary home buyout program

- Surveying began in March 5 and Ran through May 8

- The team collected 100 survey responses.

- Responses include landlords, renters, current residents, and people who own vacant parcels.

- A small number of households refused to participate.



*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Housing Satisfaction

The air in the subdivision is safe to breathe.

Answered: 92    Skipped: 8



When you moved into your home in Cherokee subdivision, were you notified about your proximity to industrial sources of toxic air pollution?

Answered: 92    Skipped: 8



The tap water in my home is clean enough to drink.

Answered: 92    Skipped: 8



I could not sell my home if I told potential buyers about its flood risk and toxic exposure.

Answered: 90    Skipped: 10



*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Housing Satisfaction



### I am satisfied with the home I currently live in.

Answered: 92   Skipped: 8



Strongly agree 13.04% (12)

Agree 23.91% (22)

Neither agree nor disagree 10.87% (10)

Disagree 13.04% (12)

Strongly disagree 39.13% (36)

### My home could resist damage from a storm or flooding.

Answered: 91   Skipped: 9



Strongly agree 8.79% (8)

Agree 7.69% (7)

Neither agree nor disagree 19.78% (18)

Disagree 16.48% (15)

Strongly disagree 47.25% (43)

### My current housing situation is stable and affordable.

Answered: 92   Skipped: 8



Strongly agree 22.83% (21)

Agree 19.57% (18)

Neither agree nor disagree 9.78% (9)

Disagree 9.78% (9)

Strongly disagree 38.04% (35)

### My home is a safe place for children or elderly people to live.

Answered: 92   Skipped: 8



Strongly agree 10.87% (10)

Agree 14.13% (13)

Neither agree nor disagree 6.52% (6)

Disagree 15.22% (14)

Strongly disagree 53.26% (49)

*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Perceptions of Moving



Have you ever considered moving to remove yourself from the toxic environment of Cherokee Subdivision?

Answered: 90    Skipped: 10



Other (please specify) 18.89% (17)

No, I have never considered moving. 12.22% (11)

Yes, but I have not wanted to or not been able to do so. 42.22% (38)

Yes, but I struggled to find a comparable home to buy or rent... 20.00% (18)

Yes, I have tried to sell my home, but could not get the value I was... 4.44% (4)

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Yes, but I have not wanted to or not been able to do so. | 42.22% | 38 |
| Yes, I have tried to sell my home, but did not get any offers. | 2.22% | 2 |
| Yes, I have tried to sell my home, but could not get the value I was seeking. | 4.44% | 4 |
| Yes, but I struggled to find a comparable home to buy or rent elsewhere. | 20.00% | 18 |
| No, I have never considered moving. | 12.22% | 11 |
| Other (please specify)    Responses | 18.89% | 17 |
| TOTAL | | 90 |

If you have considered moving before, what has kept you from moving?

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| None of the above | 7.78% | 7 |
| The value of my home is too low due to the toxic environment of the subdivision. | 47.78% | 43 |
| The value of my home is too low due to the age and deterioration of the building. | 4.44% | 4 |
| It would be challenging due to my age, health, mobility or other personal factors | 24.44% | 22 |
| It's too expensive to find similar housing. | 60.00% | 54 |
| It would be too time-consuming to try to move. | 0.00% | 0 |
| I want to stay close to the same grocery stores, clinics, schools, churches, etc. | 2.22% | 2 |
| I want to stay close to family and friends. | 4.44% | 4 |
| I want to stay close to my workplace/job. | 6.67% | 6 |
| I am not that concerned about pollution and its effect on my health or my household. | 1.11% | 1 |
| I will file a flood insurance claim if damaged in the future. | 0.00% | 0 |
| Other considerations (please specify)    Responses | 11.11% | 10 |
| Total Respondents: 90 | | |

*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Health



How many individuals living with a handicap, disability, or limited mobility? Skip to leave blank.

Answered: 39   Skipped: 61

**39% of HH**



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| 1 | 64.10% | 25 |
| 2 | 33.33% | 13 |
| 5 | 2.56% | 1 |
| TOTAL | | 39 |

How many individuals living with dementia and related health issues? Skip to leave blank.

Answered: 19   Skipped: 81

**19% of HH**



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| 1 | 78.95% | 15 |
| 2 | 10.53% | 2 |
| 3 | 5.26% | 1 |
| 5 | 5.26% | 1 |
| TOTAL | | 19 |

*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Additional Health Details



- **62% of households report heart disease, history of stroke, or high blood pressure.**
  - 49% have one person, 10% have 2 people, 3% have 3 people

- **40% of households** reported at least one person with a **respiratory disease such as asthma or bronchitis.** 14% reported two people.

- **39% of households** reported someone living with a **handicap, disability, or limited mobility**

- **24% of households** report someone with **diabetes**

- **19% of households** reported at least one person with **dementia**

- **12 households (12%) report at least one individual who has been diagnosed with cancer.**

- **11 households report at least one person who has had a miscarriage or pregnancy complications.**

- **9% of households** reported at least one person with a **learning disability** such as ASD or ADHD.

*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
Interest in a Buyout





Count of Are you interested in a buyout?

**TOTAL**

Are you interested in a buyout?

- I am interested in a buyout, but am not willing to commit at this time/need more info.
- No Response
- No, I am not interested in a buyout.
- Yes, I am ready to be bought out and move as soon as funding becomes available.
- (blank)

16%

6%

4%

74%

# 90%

of people surveyed said that they were either **immediately interested** in a buyout program or would like more information

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Interest in a Buyout





# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Interest in a Buyout



Is there anything you want us to share with government agencies regarding your concerns about a potential buyout of Cherokee Subdivision?



"I am concerned about my health and the health of my husband and grandkids who frequently visit me. I am lethargic most of the time, have head and scalp aches, allergies, sinus issues and high blood pressure just to name a few. The sooner the buyout happens perhaps I can began to feel normal again."

"Not everyone has the same financial situation as when they purchased their homes. The buy out would have to be enough to cover what is owed as well as setting families up for a housing they could afford in the same or more conforming situation. I'm worried those requirements will not be met and my children and I will have to live here due to financial difficulties/ responsibilities."

"Toxic environment keeps getting worse. Health issues worse. This is not a safe healthy place for anyone to live in."

*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Interest in a Buyout



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| The health and safety of myself and my family (i.e. away from flooding or pollution) | 84.44% | 76 |
| The amount of money that I'm offered for my property | 84.44% | 76 |
| Finding an affordable place to live | 66.67% | 60 |
| Having a home that is the same size and has similar features to my current home | 10.00% | 9 |
| None of the above | 3.33% | 3 |
| Distance from my job or school | 3.33% | 3 |
| Having a home or way to build wealth I can pass down to my children | 2.22% | 2 |
| Living in a place I am familiar with | 1.11% | 1 |
| Whether my home is increasing in value | 1.11% | 1 |
| Staying connected to my friends and family | 1.11% | 1 |
| Distance from other places in my current neighborhood that are important to me like parks, restaurants, or places of worship | 1.11% | 1 |
| Other considerations (please specify)                          Responses | 1.11% | 1 |
| Whether my home is decreasing in value | 0.00% | 0 |
| Staying connected to my current neighbors | 0.00% | 0 |
| Distance from my children's school | 0.00% | 0 |
| Total Respondents: 90 | | |

For people who were interested in a buyout, **the health and safety of their family was the most important consideration in deciding to move,** along with getting enough financial support to find another place to live.

*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Flood Impacts



In the next 12 MONTHS, how likely do you think it is that your home will be flooded?

Answered: 92    Skipped: 8



Extremely unlikely 3.26% (3)
Unlikely 3.26% (3)
Extremely likely 31.52% (29)
Neutral / Don't know 36.96% (34)
Likely 25.00% (23)

In the next 10 YEARS, how likely do you think it is that your home will be flooded?

Answered: 92    Skipped: 8



Extremely unlikely 1.09% (1)
Unlikely 1.09% (1)
Neutral / Don't know 21.74% (20)
Extremely likely 59.78% (55)
Likely 16.30% (15)

## How have you been affected by flooding?

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| None of the above | 46.74% | 43 |
| I or someone else in my household experienced stress, anxiety or emotional trauma. | 40.22% | 37 |
| We lost irreplaceable personal or familial treasures. | 40.22% | 37 |
| Our vehicle (e.g. car or boat) was lost or damaged. | 35.87% | 33 |
| We have had to live with mold or mildew in our home. | 31.52% | 29 |
| I or someone else in my household took on debt to repair our property. | 22.83% | 21 |
| I or someone else in my household experienced a bodily injury or became ill. | 8.70% | 8 |
| Other flood impacts (please describe) Responses | 6.52% | 6 |
| I or someone else in my household lost my job or ability to work. | 4.35% | 4 |
| We lost a pet, or had to give up a pet because we were unable to shelter it. | 3.26% | 3 |
| We lost a home that suited us better than our current home. | 2.17% | 2 |
| Someone in my household lost their life. | 0.00% | 0 |
| Total Respondents: 92 | | |

*Meeting with City of Pascagoula, June 15 2023*

# Cherokee Concerned Citizens Buyout Interest Survey Results:
## Next Steps



- Support from the city to contact remaining home owners and ensure everyone has an opportunity to speak up and express their opinion and desire for relocation support.

  - Share pollution results and ensure all households understand contamination risks
  - Ensure and communicate the voluntary nature of the program

- Identify resources for buyout implementation - Industry, Federal/State, or Local

  - Coordinate with industry to facilitate and pay for buyouts and/or contribute resources
  - Utilize available funding from Mississippi Emergency Management Agency to seek buyouts for those who want them using disaster relief funds.
  - Identify local funding sources

- Additional opportunities for partnership

  - NFWF National Coastal Resilience Fund proposal could help pay for additional studies, landscape restoration and creation of buffer zones to improve resilience for remaining households
  - Partnerships with other cities and regional coalitions to work on coastal resilience

# Exhibit 2

# This "Climate-Friendly" Fuel Comes With an Astronomical Cancer Risk

Almost half of products cleared so far under the new federal biofuels program are not in fact biofuels — and the EPA acknowledges that the plastic-based ones may present an "unreasonable risk" to human health or the environment.

Sharon Lerner    Feb. 23, 6 a.m. EST



Chevron's Pascagoula refinery in September 2021 Kathleen Flynn, special to ProPublica

*ProPublica is a nonprofit newsroom that investigates abuses of power. Sign up to receive [our biggest stories](#) as soon as they're published.*

The Environmental Protection Agency recently gave a Chevron refinery the green light to create fuel from discarded plastics as part of a "climate-friendly" initiative to boost alternatives to petroleum. But, according to agency records obtained by ProPublica and The Guardian, the production of one of the fuels could emit air pollution that is so toxic, 1 out of 4 people exposed to it over a lifetime could get cancer.

"That kind of risk is obscene," said Linda Birnbaum, former head of the National Institute of Environmental Health Sciences. "You can't let that get out."

That risk is 250,000 times greater than the level usually considered acceptable by the EPA division that approves new chemicals. Chevron hasn't started making this jet fuel yet, the EPA said. When the company does, the cancer burden will disproportionately fall on people who have low incomes and are Black because of the population that lives within 3 miles of the refinery in Pascagoula, Mississippi.

ProPublica and The Guardian asked Maria Doa, a scientist who worked at the EPA for 30 years, to review the document laying out the risk. Doa, who once ran the division that managed the risks posed by chemicals, was so alarmed by the cancer threat that she initially assumed it was a typographical error. "EPA should not allow these risks in Pascagoula or anywhere," said Doa, who now is the senior director of chemical policy at Environmental Defense Fund.

In response to questions from ProPublica and The Guardian, an EPA spokesperson wrote that the agency's lifetime cancer risk calculation is "a very conservative estimate with 'high uncertainty,'" meaning the government erred on the side of caution in calculating such a high risk.

Under federal law, the EPA can't approve new chemicals with

serious health or environmental risks unless it comes up with ways to minimize the dangers. And if the EPA is unsure, the law allows the agency to order lab testing that would clarify the potential health and environmental harms. In the case of these new plastic-based fuels, the agency didn't do either of those things. In approving the jet fuel, the EPA didn't require any lab tests, air monitoring or controls that would reduce the release of the cancer-causing pollutants or people's exposure to them.

In January 2022, the EPA announced the initiative to streamline the approval of petroleum alternatives in what a press release called "part of the Biden-Harris Administration's actions to confront the climate crisis." While the program cleared new fuels made from plants, it also signed off on fuels made from plastics even though they themselves are petroleum-based and contribute to the release of planet-warming greenhouse gases.

Although there's no mention of discarded plastics in the press release or on the EPA website's description of the program, an agency spokesperson told ProPublica and The Guardian that it allows them because the initiative also covers fuels made from waste. The spokesperson said that 16 of the 34 fuels the program approved so far are made from waste. She would not say how many of those are made from plastic and stated that such information was

confidential.

All of the waste-based fuels are the subject of consent orders, documents the EPA issues when it finds that new chemicals or mixtures may pose an "unreasonable risk" to human health or the environment. The documents specify those risks and the agency's instructions for mitigating them.

But the agency won't turn over these records or reveal information about the waste-based fuels, even their names and chemical structures. Without those basic details, it's nearly impossible to determine which of the thousands of consent orders on the EPA website apply to this program. In keeping this information secret, the EPA cited a legal provision that allows companies to claim as confidential any information that would give their competitors an advantage in the marketplace.

Nevertheless, ProPublica and The Guardian did obtain [one consent order] that covers a dozen Chevron fuels made from plastics that were reviewed under the program. Although the EPA had blacked out sections, including the chemicals' names, that document showed that the fuels that Chevron plans to make at its Pascagoula refinery present serious health risks, including developmental problems in children and cancer and harm to the nervous system, reproductive system, liver, kidney, blood and spleen.

Aside from the chemical that carries a 25% lifetime risk of cancer from smokestack emissions, another of the Chevron fuels ushered in through the program is expected to cause 1.2 cancers in 10,000 people — also far higher than the agency allows for the general population. The EPA division that screens new chemicals [typically limits cancer risk](#) from a single air pollutant to 1 case of cancer in a million people. The agency also calculated that air pollution from one of the fuels is expected to cause 7.1 cancers in every 1,000 workers — more than 70 times the level EPA's new chemicals division usually considers acceptable for workers.

In addition to the chemicals released through the creation of fuels from plastics, the people living near the Chevron refinery are exposed to an [array of other cancer-causing pollutants](#), as ProPublica reported in 2021. In that series, which [mapped excess cancer risk](#) from lifetime exposure to air pollution across the U.S., the highest chance was 1 cancer in 53 people, in Port Arthur, Texas.

The 1-in-4 lifetime cancer risk from breathing the emissions from the Chevron jet fuel is higher even than the lifetime risk of lung cancer for current smokers.

In an email, Chevron spokesperson Ross Allen wrote: "It is incorrect to say there is a 1-in-4 cancer risk from smokestack emissions. I urge you avoid suggesting otherwise." Asked to clarify what exactly was wrong, Allen

wrote that Chevron disagrees with ProPublica and The Guardian's "characterization of language in the EPA Consent Order." That document, signed by a Chevron manager at its refinery in Pascagoula, quantified the lifetime cancer risk from the inhalation of smokestack air as 2.5 cancers in 10 people, which can also be stated as 1 in 4.

In a subsequent phone call, Allen said: "We do take care of our communities, our workers and the environment generally. This is job one for Chevron."

In a [separate written statement](#), Chevron said it followed the EPA's process under the Toxic Substances Control Act: "The TSCA process is an important first step to identify risks and if EPA identifies unreasonable risk, it can limit or prohibit manufacture, processing or distribution in commerce during applicable review period."

The Chevron statement also said: "Other environmental regulations and permitting processes govern air, water and handling hazardous materials. Regulations under the Clean Water, Clean Air and Resource Conservation and Recovery Acts also apply and protect the environment and the health and safety of our communities and workers."

Similarly, the EPA said that other federal laws and requirements might reduce the risk posed by the pollution, including Occupational Safety and Health Administration's

regulations for worker protection, the Clean Water Act, the Clean Air Act and rules that apply to refineries.

But OSHA has warned the public not to rely on its [outdated chemical standards](). The refinery rule calls for air monitoring only for one pollutant: benzene. The Clean Water Act does not address air pollution. And the new fuels are not regulated under the Clean Air Act, which applies to a [specific list of pollutants](). Nor can states monitor for the carcinogenic new fuels without knowing their names and chemical structures.

We asked Scott Throwe, an air pollution specialist who worked at the EPA for 30 years, how existing regulations could protect people in this instance. Now an independent environmental consultant, Throwe said the existing testing and monitoring requirements for refineries couldn't capture the pollution from these new plastic-based fuels because the rules were written before these chemicals existed. There is a chance that equipment designed to limit the release of other pollutants may incidentally capture some of the emissions from the new fuels, he said. But there's no way to know whether that is happening.

Appendix 2: Basis for EPA's Determination

**Chemical Name:**
Specific: ████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

A redacted section of an EPA consent order covering plastic-derived fuels. The agency withheld basic information on the grounds that it is confidential business information.

Under federal law, companies have to apply to the EPA for permission to introduce new chemicals or mixtures. But manufacturers don't have to supply any data showing their products are safe. So the EPA usually relies on studies of similar chemicals to anticipate health effects. In this case, the EPA used a mixture of chemicals made from crude oil to gauge the risks posed by the new plastic-based fuels. Chevron told the EPA the chemical components of its new

fuel but didn't give the precise proportions. So the EPA had to make some assumptions, for instance that people absorb 100% of the pollution emitted.

Asked why it didn't require tests to clarify the risks, a spokesperson wrote that the "EPA does not believe these additional test results would change the risks identified nor the unreasonable risks finding."

In her three decades at the EPA, Doa had never seen a chemical with that high a cancer risk that the agency allowed to be released into a community without restrictions.

"The only requirement seems to be just to use the chemicals as fuel and have the workers wear gloves," she said.

While companies have made fuels from discarded plastics before, this EPA program gives them the same administrative break that renewable fuels receive: a dedicated EPA team that combines the usual six regulatory assessments into a single report.

The irony is that Congress created the Renewable Fuel Standard Program, which this initiative was meant to support, to reduce greenhouse gas emissions and boost the production of renewable fuels. Truly renewable energy sources can be regenerated in a short period of time, such as plants or algae. While there is significant debate about

whether ethanol, which is made from corn, and other plant-based renewable fuels are really better for the environment than fossil fuels, there is no question that plastics are not renewable and that their production and conversion into fuel releases climate-harming pollution.

Under the [EPA's Renewable Fuel Standard](#), biobased fuels must meet specific criteria related to their biological origin as well as the amount they reduce greenhouse gas emissions compared with petroleum-based fuels. But under this new approach, fuels made from waste don't have to meet those targets, the agency said.

In its written statement, Chevron said that "plastics are an essential part of modern life and plastic waste should not end up in unintended places in the environment. We are taking steps to address plastic waste and support a circular economy in which post-use plastic is recycled, reused or repurposed."

But environmentalists say such claims are just [greenwashing](#).

Whatever you call it, the creation of fuel from plastic is in some ways worse for the climate than simply making it directly from fossil fuels. Over 99% of all plastic is derived from fossil fuels, including coal, oil and gas. To produce fuel from plastics, additional fossil fuels are used to generate the

heat that converts them into petrochemicals that can be used as fuel.

"It adds an extra step," said Veena Singla, a senior scientist at NRDC. "They have to burn a lot of stuff to power the process that transforms the plastic."

Less than 6% of plastic waste is recycled in the U.S. Scientists estimate that more than a million tons of that unrecycled plastic ends up in the environment each year, killing marine mammals and polluting the world. Plastic does not fully decompose; instead it eventually breaks down into tiny bits, some of which wind up inside our bodies. As the public's awareness of the health and environmental harm grows, the plastics industry has found itself under increasing pressure to find a use for the waste.

The idea of creating fuel from plastic offers the comforting sense that plastics are sustainable. But the release of cancer-causing pollution is just one of several significant problems that have plagued attempts to convert discarded plastic into new things. One recent study by scientists from the Department of Energy found that the economic and environmental costs of turning old plastic into new using a process called pyrolysis were 10 to 100 times higher than those of making new plastics from fossil fuels. The lead author said similar issues plague the use of this process to create fuels from plastics.

Chevron buys oil that another company extracts from discarded plastics through pyrolysis. Though the parts of the consent order that aren't blacked out don't mention that this oil came from waste plastics, [a related EPA record](#) makes this clear. The cancer risks come from the pollution emitted from Chevron's smokestacks when the company turns that oil into fuel.

The EPA attributed its decision to embark on the streamlined program in part to its budget, which it says has been "essentially flat for the last six years." The EPA spokesperson said that the agency "has been working to streamline its new chemicals work wherever possible."

The New Chemicals Division, which houses the program, has been under particular pressure because updates to the chemicals law gave it additional responsibilities and faster timetables. That division of the agency is also the subject of an ongoing EPA Inspector General investigation into [whistleblowers' allegations of corruption and industry influence](#) over the chemical approval process.

Do You Live Near an Industrial Facility? Help Us Investigate.

If you live in or work near a hot spot, we'd like to hear from you. Fill out our form below.

**If you have a story to share or question to ask, we invite you to fill out our form.** [Submit A Tip](#) While specific tips are most helpful for future stories, we would also welcome general help and advice from subject-matter experts. Just include your contact information and some details about what you do.

If you wish for additional anonymity, please get in touch via one of these methods:

If you can't access our form, call or text our reporters at: **(347) 558-2844**

*Correction*

**Feb. 23, 2023:** *This story originally misstated how much plastic ends up in the oceans each year. It is millions of tons, not hundreds of millions of tons.*

*Correction*

**March 1, 2023:** *A corrected version of this story misstated what happens to U.S. unrecycled plastic. Scientists estimate that more than a million tons of it end up in the environment each year. It is not known precisely how much of this plastic from the U.S. winds up in the oceans.*

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
**NOT YET SCHEDULED FOR ORAL ARGUMENT**

CHEROKEE CONCERNED CITIZENS,

    *Petitioner*,

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    *Respondents*.

No. 23-1096

**DECLARATION OF MARIA J. DOA, Ph.D.**

I, Maria J. Doa, declare and state as follows:

1.      I am the Senior Director, Chemicals Policy at the Environmental Defense Fund. I hold a Bachelor of Science in chemistry and a Ph.D. in organic chemistry. Before joining Environmental Defense Fund, I worked at the U.S. Environmental Protection Agency (EPA), where for twenty-two years I held various leadership positions focused on regulation of toxic chemicals and management of scientific research and data. A copy of my CV is attached as **Exhibit 1**.

2.      The Environmental Defense Fund is a non-profit organization that works to protect the public from toxic chemicals, including new chemicals that are reviewed and approved under the Toxic Substances Control Act (TSCA). In my role at the Environmental Defense Fund, I use EPA's "ChemView" web portal database, https://chemview.epa.gov/chemview/#, for research on recently submitted new chemical premanufacture notices (PMNs), including the basis of EPA decisions on individual new chemicals and categories of chemicals, such as per- and polyfluoroalkyl substances (PFAS), and risk assessments EPA has conducted as part of its new chemical premanufacture notice reviews.

3.      Before joining the Environmental Defense Fund in November 2021, I held leadership positions at EPA, most recently as the director of the Science Policy Division in EPA's Office of Research and Development. The Science

Policy Division coordinates scientific advice on regulatory activities and coordinates science and technology issues, such as public access to data, across the agency.

4.     Before I joined the Office of Research and Development in 2018, I served for seven years as Director of the Chemical Control Division in the Office of Chemical Safety and Pollution Prevention. The Chemical Control Division was responsible for the development and implementation of regulations and programs for the testing, data development and collection, and risk management functions for most industrial, commercial, and consumer chemicals subject to TSCA, including new chemicals first coming on to the market.

5.     As part of my role as the Director of the Chemical Control Division, I led the new chemicals program, which evaluates the safety of and regulates new chemicals and significant new uses proposed for commercialization. This included managing the overall new chemicals review process, identifying ways to mitigate risks posed by these chemicals, issuing orders and rules under TSCA to mitigate the risks, and requiring testing or additional evaluation of significant uses.

6.     Soon after becoming the Director of the Chemical Control Division, I was asked to also lead the development and implementation of a new web portal database that would make certain chemical-specific regulatory information developed by EPA, as well as data collected from regulated parties under TSCA,

publicly available and accessible. This web portal database would become ChemView.

7.      ChemView, which launched in 2013, was intended to help users make more informed decisions about the chemicals they use. Per the direction for this project provided by James Jones, then the Assistant Administrator for EPA's Office of Chemical Safety and Pollution Prevention, the primary target audience for ChemView was the downstream commercial users of chemicals, specifically those much closer to the consumer, such as companies that make household detergents and other household cleaning supplies.

8.      ChemView was not designed to serve as a web application for notifying the general public of TSCA chemical data and related EPA decisions. Rather, ChemView was designed primarily to allow commercial chemical users to make safer chemical choices by providing them with access to information and tools to allow them to compare chemicals by type of use, category of chemical, certain EPA regulatory chemical actions, and health and environmental effects.

9.      ChemView's design reflects its original purpose.  In addition to providing the user with the ability to search by uses of the chemicals in the database, ChemView includes a search function for a regulatory requirement that

applies to some chemicals called significant new use notifications.[1] The requirement for a significant new use notification may be of interest to a formulator or other downstream user of a chemical. If a company intends to use a chemical in a particular way that EPA has determined is a significant new use for the chemical, *e.g.*, in a consumer product, the company will need to first submit a significant new use notice to EPA so that the agency can determine if that significant new use of the chemical may present an unreasonable risk.

10.    In contrast, ChemView is not currently designed to provide timely notice of EPA's actions to the general public. There is no notification function in ChemView that provides notice to users when EPA has added a new case or a new document to the data portal.

11.    There is also no ability to search for EPA actions or other documents by locality – state, city, county or zip code. As a result, a person trying to monitor EPA approvals for new chemical production in a specific community could not do so through location-based searches in ChemView.

---

[1] Under TSCA section 5(a) EPA can determine that a use of a chemical substance is a "significant new use." 15 U.S.C. § 2604(a). Once EPA determines that a use of a chemical substance is a significant new use, TSCA section 5(a) requires persons to submit a significant new use notice (SNUN) to EPA at least 90 days before they manufacture (including import) or process the chemical substance for that use. *See* EPA, *Actions Under TSCA Section 5, Significant New Use Rules (SNURs)*, https://www.epa.gov/reviewing-new-chemicals-under-toxic-substances-control-act-tsca/actions-under-tsca-section-5#SNURs (last visited Dec. 7, 2023).

12.     While the ability to search by company name was added as part of ChemView's "Advanced Search," running such a search often will not return all the information associated with a company or a specific facility because EPA does not systematically link a company name to the documents in ChemView.

13.     For example, when I selected the ChemView output option to search for "TSCA § 5 Orders" associated with the Chevron Pascagoula Refinery, which is identified in ChemView as "Chevron Products Co Pascagoula Refinery," ChemView returned no results, misleadingly indicating that EPA has not issued any TSCA section 5 Orders for operations at that facility. When I reran the search using output "TSCA § 5 Orders" and the more generic company/submitter name "Chevron," ChemView again returned no results.

14.     A ChemView user often will not be able to find individual facility-specific information about a premanufacture notice or a TSCA section 5 order. TSCA new chemical notices are company-specific submissions, rather than facility-specific submissions (although in some instances they are the same). The premanufacture notice requires that a submitter identify the submitter's company name and the "industrial sites controlled by the submitter."[2] The premanufacture notice and TSCA section 5 order are associated in ChemView with the name of the

---

[2] *See* EPA, *Sample Premanufacture Notification (PMN) Form* at 3, 10, https://www.epa.gov/reviewing-new-chemicals-under-toxic-substances-control-act-tsca/sample-premanufacture-notification (last visited Dec. 7, 2023).

company rather than the name of the industrial sites controlled by the submitter. In many instances, the company headquarters and the industrial site manufacturing the chemical are in different locations. Further, given the extensive confidential business information redactions in most premanufacture notices and consent orders, in most cases one cannot determine where a chemical is manufactured or by whom, or how much of it is released into the environment. In addition, premanufacture notices and TSCA section 5 orders rarely contain any information on the location of uses of a new chemical.

15.     I have found that EPA does not consistently post documents to ChemView in a timely manner. For example, in the October 24, 2023, Federal Register, EPA identified certain test data received for case number P-18-0304,[3] but this data was not available in ChemView when I searched for it on November 13, 2023.  This discrepancy is not unusual. When I searched for EPA decisions posted between August 17, 2023, to September 18, 2023, the results included not only consent orders with May–September 2023 effective dates but also three cases with March 2023 effective dates. These were posted five months after they were

---

[3] Notice, Certain New Chemicals; Receipt and Status of Information for Sept. 2023, 88 Fed. Reg. 73,013, 73,017 (Oct. 24, 2023).

signed.[4]  A user cannot be confident that searching by consent order posting date will identify all recently effective consent orders.

16.     For many chemicals, only some of the information is available. For example, the TSCA section 5 order for PMN number P-14-0712 is in ChemView. The consent order requires that the company submit quarterly testing to EPA for certain contaminant chemicals. EPA received some of this testing information on November 30, 2022[5] but it was not posted in ChemView for several months. It was posted in ChemView in February 2023 only after Environmental Defense Fund staff asked EPA for the data.

17.     Even when information is in ChemView, finding that information may not be straightforward. One can search for information on a specific chemical using either the chemical name or assigned chemical identifier. I have found that in some instances, an individual chemical may have two separate listings in ChemView, each under a different chemical identifier. One listing will identify a subset of information for the chemical and the other listing will identify a different

---

[4]  P-21-0074, Effective Date: March 28, 2023; P-22-0010, Effective Date: March 16, 2023; P-22-0054, Effective Date: March 17, 2023.
[5] Notice, Certain New Chemicals; Receipt and Status Information for Dec. 2022, 88 Fed. Reg 2,912, 2,915 (Jan. 18, 2023), https://www.govinfo.gov/content/pkg/FR-2023-01-18/pdf/2023-00859.pdf.

subset of information.[6] Thus, using ChemView can sometimes be a cumbersome activity that requires multiple search strategies to obtain information on a specific chemical.

18. The TSCA section 5 order at issue in this case illustrates the limitations of ChemView. It was posted to ChemView, without notice, months after it was signed. As explained above, even a user familiar with ChemView and the significance of TSCA section 5 orders could not identify the order by searching by location or by searching for Chevron or the Chevron Products Co Pascagoula Refinery. Further, even a user who was aware of the underlying PMNs would have received no notice of the order or its posting to ChemView, and would likely have to search for EPA decision documents based on their ChemView posting date over and over to have a chance of retrieving the order at issue given the lengthy and apparently arbitrary delay between decision date and the ChemView posting date. And if that user utilized ChemView's Advanced Search function to narrow the

---

[6] For example, there are two different listings for the same chemical: "Waste plastic, polyester, depolymd, with glycols, polymers with dicarboxylic acids (PROVISIONAL)." One is associated with the number P-18-0070 and the second with the number 200078. The first listing identifies a premanufacture notice, a notice of commencement, and a not likely to present unreasonable risk determination; the second listing identifies Significant New Use Rule information, TSCA section 12(b) Export Notification information and Chemical Data Reporting information.

date-based search results to documents related to Chevron or Chevron Products Co Pascagoula Refinery, ChemView would return no results.

19.　　In sum, ChemView is not currently designed or structured to be a means of providing timely notification to the public about decisions on new chemicals and providing them with practicable access to information about the new chemicals manufactured, processed and used in their communities. A community member would encounter significant obstacles if they were to try to use ChemView to track whether EPA had approved chemicals that would be produced or used in their community or region because: it is difficult to determine when specific information is posted to ChemView; the information on a new chemical may not be available under a single entry for the chemical; the available information on the new chemical may not have been posted to ChemView; a user cannot reliably search by company name or facility location and consistently obtain all relevant TSCA orders from ChemView; the available information may or may not indicate where the chemical is being produced or imported and much of the information on the new chemical, particularly processing and release information in the premanufacture notice, is heavily redacted; and premanufacture notices and TSCA section 5 orders rarely contain any information on the location of uses of a new chemical.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 8th day of December, 2023 in Washington, DC.

_____
Maria J. Doa, Ph.D.

**Exhibit 1**

# Maria J. Doa, Ph.D.
_____

*Summary*
- Extensive experience in the integration of science and public policy
- Effective communicator of complex interdisciplinary scientific issues at the national and international levels
- Focus on developing risk assessment and risk management practices that consider the impacts of chemicals wholistically
- Expertise in modern risk-management practices
- Experience working with international organizations

*Employment History*

**Environmental Defense Fund, Washington, DC**

**Senior Director, Chemical Policy**                                             November 2021 – Present

*I lead efforts to reduce exposures to toxic chemicals through health-protective implementation of the nation's primary chemical safety law – the Toxic Substances Control Act. My efforts focus on encouraging more robust, inclusive, and transparent decisions that consider the impacts chemicals can have throughout their lifecycle on communities, particularly those most at risk.*

**U.S. Environmental Protection Agency, Office of Research and Development, Washington, DC**

**Director, Science Policy Division**                                             October 2019 – October 2021

*I led the synthesis of the Office of Research and Development's scientific support for EPA regulatory activities and coordinate cross-EPA science and technology policy issues.*

*Accomplishments*
- Led the coordination and synthesis of the Office of Research and Development's scientific contributions to the development of more than 40 significant EPA regulations and regulatory-related scientific assessments.
- Developed metrics and an information system to evaluate the impact of the Office of Research and Development's contributions to the development of EPA regulations.
- Improved the cross-EPA coordination of science and technology policy issues, such as peer review, risk assessment guidelines, and reproducibility of information.

**Senior Science Advisor**                                             April 2018 – October 2019

*In this position, I led evaluations on the impact of EPA's Office of Research and Development's science on decision making at the national, regional, state, and local level.*

**U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics, Office of Chemical Safety and Pollution Prevention, Washington, DC**

**Director, Chemical Control Division**                                             May 2011 – April 2018

*In this position I developed and implemented incentive-based and regulatory risk management approaches to significantly reduce risks from industrial, commercial and consumer chemicals. Many actions involved complex scientific, technical and policy issues and were done under tight legislative deadlines.*

*Accomplishments*
- Increased access to, usability of, and transparency of scientific and regulatory information on more than 15,000 chemicals and nanomaterials through the development of ChemView, a modern Web-based information system available to industry, the public, and government.
- Improved EPA's approach on established chemicals through leadership on the prioritization of more than 1,000 candidate chemicals for risk evaluation.  The prioritization methodology I developed was subsequently included by Congress as a key component in the 2016 amendments to the Toxic Substances Control Act.
- Annually, completed pre-market regulatory evaluations for 1,000 chemicals.
- Successfully led the development of the first proposed regulations in 25 years to protect the public and workers from exposures to highly toxic chemicals.

- Improved the quality, timeliness and consistency of regulations on industrial, commercial and consumer chemicals by collaboratively leading cultural change, identifying critical solutions and empowering managers and staff resulting in the elimination of a backlog of 400 chemical cases within 2 years and timely completion of 100 chemical cases annually.

- Provided leadership at the international level representing the United States environmental policies to the Organization for Economic Cooperation and Development (OECD) Working Party on Manufactured Nanomaterials, chairing international expert meetings on nanomaterials, and leading bilateral negotiations on nanomaterials with Canada and the European Union.

**Director, National Program Chemicals Division**                    July 2003 – May 2011

*I led EPA's lead paint program, resulting in major progress toward eliminating lead poisoning in children; risk-reduction programs on polychlorinated biphenyls (PCB) and mercury; and the asbestos in schools program. This work required strong scientific and policy backgrounds and involved working with a wide range of international and domestic public, industry, and government stakeholders.*

*Accomplishments*

- Created a strong community of collaboration to coordinate scientific and regulatory activities with partners across EPA, the Federal Government (including the Centers for Disease Control and Prevention, the Consumer Products Safety Commission, the National Institute of Standards and Technology (NIST), the Department of Housing and Urban Development), with states, the Environmental Council of States (ECOS), the Quicksilver Caucus, industry, and environmental, public health and community public interest groups.

- Chaired the United Nations Environment Program – World Health Organization Global Alliance to Eliminate Lead in Paints and the United Nations Environment Program Global Mercury Partnership Mercury-Containing Products Partnership Area.

- Reduced children's exposure to lead paint from residential renovations by leading the development and implementation of regulatory renovation standards, through innovative collaborative outreach strategies, including with the Ad Council, and by the creation of a new grant program supporting local efforts to reduce lead poisoning. These lead poisoning prevention efforts have resulted in more than $1.5 billion in benefits.

**U.S. Environmental Protection Agency, Office of Environmental Information**

**Director, Toxics Release Inventory Program Division**                    October 1999 - July 2003

*I led the multi-media Toxics Release Inventory (TRI) Program - a key community right- to-know program about toxic chemicals.*

*Accomplishments*

- Created a modern data management approach to TRI data including development of intelligent reporting tools, annual receipt and processing of 100,000 plus submissions, quality control, and working with community and environmental groups on the use of the data

- Expanded TRI by completing hazard determinations for and adding to TRI more than 300 chemicals and 5 industry sectors, significantly increasing publicly available information on toxic chemical releases and industry's environmental performance.

- Chaired the OECD Task Force on Pollutant Release and Transfer Registers and represented the Agency in other international fora, including the North American Commission for Environmental Cooperation, and the Inter-Organization Programme for the Sound Management of Chemicals.

- Represented EPA in the United Nations Economic Commission for Europe negotiations on the development of a Pollutant Release and Transfer Register protocol under the Convention on Access to Information, Public Participation in Decision-making and Access to Justice in Environmental Matters.

*Education*

University of Pittsburgh, Pittsburgh, Pennsylvania; Ph.D., Organic Chemistry

University of Michigan, Ann Arbor, Michigan; B.S., Chemistry

CHEROKEE CONCERNED CITIZENS,

*Petitioner*,

v.

No. 23-1096

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

*Respondents*.

**DECLARATION OF KATHERINE K. O'BRIEN**

I, Katherine K. O'Brien, declare and state as follows:

1.      I am counsel of record for Petitioner Cherokee Concerned Citizens in the above-captioned matter.

2.      In September 2023, pursuant to the protective order entered by this Court in the above-captioned matter, counsel for Respondent U.S. Environmental Protection Agency ("EPA") transmitted to Petitioner's counsel redacted versions of certain documents in the administrative record for this matter in EPA's possession. *See* Protective Ord. Governing Protected Information § 7(b) (Doc. 2013651).

3.      In Petitioner's response in opposition to EPA's motion to dismiss, filed concurrently with this declaration, Petitioner cites the redacted versions of several record documents provided by EPA in lieu of the unredacted versions in the administrative record to minimize necessary redactions in Petitioner's response. All such documents are attached in their entirety as exhibits to this declaration in the form transmitted by EPA. Where EPA transmitted multiple versions of the same document, the most recent version (according to the version number provided by EPA) is provided and cited.

4.      Attached to this declaration as **Exhibit 1** is a true and accurate copy of EPA's redacted risk assessment supporting the Toxic Substances Control Act § 5(e) order challenged in this case as transmitted to Petitioner's counsel by EPA. EPA, Integrated Risk Assessment for Chevron Waste Plastic Fuels (undated).

5.     To the best of my knowledge, EPA first made the risk assessment available to the public on June 20, 2023, when EPA posted it to a public rulemaking docket on regulations.gov. *See* Supporting & Related Material, P-21-0144-0147, 0148-0150, 0152-0154, 055[-]058, 060-0163 Supporting Documents, Dkt. EPA-HQ-OPPT-2023-0245, https://www.regulations.gov/document/EPA-HQ-OPPT-2023-0245-0003 (last visited Dec. 6, 2023).

6.     Attached to this declaration as **Exhibit 2** is a true and accurate copy of the redacted consolidated premanufacture notice ("PMN") covering the new chemicals identified as P-21-0144, P-21-0145, P-21-0146, and P-21-0147 as transmitted to Petitioner's counsel by EPA.

7.     Attached to this declaration as **Exhibit 3** is a true and accurate copy of the redacted consolidated PMN covering the new chemicals identified as P-21-0148, P-21-0149, and P-21-0150 as transmitted to Petitioner's counsel by EPA.

8.     Attached to this declaration as **Exhibit 4** is a true and accurate copy of the redacted consolidated PMN covering the new chemicals identified as P-21-0152, P-21-0153, and P-21-0154 as transmitted to Petitioner's counsel by EPA.

9.     Attached to this declaration as **Exhibit 5** is a true and accurate copy of the redacted consolidated PMN covering the new chemicals identified as P-21-0159, P-21-0160, P-21-0161, P-21-0162, and P-21-0163 as transmitted to Petitioner's counsel by EPA.

10.     Petitioner's brief in opposition to EPA's motion to dismiss also cites EPA's redacted June 2023 *Chevron Waste Plastics Risk Summary and Characterization*, which discusses the risk assessment supporting the EPA order challenged in this case. A true and accurate copy of the *Chevron Waste Plastics Risk Summary and Characterization* document is attached to this declaration as **Exhibit 6.**

11.     To the best of my knowledge, EPA first made this document available to the public on June 20, 2023, when EPA posted it to a public rulemaking docket on regulations.gov. *See* Supporting & Related Material, P-21-0144-0147, 0148-0150, 0152-0154, 055[-]058, 060-0163 Supporting Documents, Dkt. EPA-HQ-OPPT-2023-0245, https://www.regulations.gov/document/EPA-HQ-OPPT-2023-0245-0003 (last visited Nov. 28, 2023).

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 8th day of December, 2023, in Cape Elizabeth, Maine.

/s/Katherine K. O'Brien

# Exhibit 1

EPA Sanitized





**United States
Environmental Protection Agency**

**Office of Chemical Safety
and Pollution Prevention**

## Integrated Risk Assessment for Chevron Waste Plastic Fuels

## (P-21-0144, 145, 146, 147, 148, 149, 150, 152, 153, 154, 155, 156, 157, 158, 160, 161, 162, and 163)

### Table of Contents

INTEGRATED RISK ASSESSMENT FOR CHEVRON WASTE PLASTIC FUELS............................................1

TABLE OF CONTENTS ............................................................................................................................1

LIST OF TABLES ....................................................................................................................................3

1    SUMMARY ....................................................................................................................................5

    1.1    Background ..............................................................................................................................5

TIER 1: EXPERIMENTALLY-DERIVED DATA ON THE NEW CHEMICAL SUBSTANCE. ..............................5

TIER 2: EXPERIMENTALLY-DERIVED DATA ON AN ANALOGOUS MIXTURE. ........................................5

    1.2    Chemistry ................................................................................................................................6
    1.3    Environmental Persistence and Bioaccumulation Potential.........................................................6
    1.4    Environmental and Human Health Hazards ................................................................................6
    1.5    Environmental Releases and Exposure ......................................................................................7
    1.6    Risk Conclusions .....................................................................................................................7
    1.7    Assumptions and Uncertainties ................................................................................................9
    1.8    Potentially Useful Information ................................................................................................10

2    CHEMISTRY ................................................................................................................................10

CHEMICAL COMPOSITION: ..................................................................................................................11

PHYSICAL/CHEMICAL PROPERTIES: .....................................................................................................18

    2.1    Use Information .....................................................................................................................20
    2.2    Identification of Available Information for Tiered Approach to Fate, Hazard, and Risk
    Evaluation ......................................................................................................................................20

3    ENVIRONMENTAL FATE AND TRANSPORT ...................................................................................21

4    ENVIRONMENTAL HAZARD AND CONCENTRATION-RESPONSE ASSESSMENT............................28

5    HUMAN HEALTH HAZARD AND DOSE-RESPONSE ASSESSMENT...................................................37

    5.1    Background to Human Health Hazard Assessment ....................................................................37
        5.1.1    Absorption .....................................................................................................................37
        5.1.2    Structural Alerts..............................................................................................................38
        5.1.3    Human Health Category (From US EPA 2010 document) ....................................................38
        5.1.4    OECD QSAR Toolbox .......................................................................................................38
        5.1.5    SDS Data.........................................................................................................................38
        5.1.6    Other Information............................................................................................................39

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

    5.1.7   Exposure Routes of Interest ............................................................... 39

  5.2   Human Health Hazard Information ............................................................ 39

  5.3   Human Health Dose-Response Information: Selected Points of Departure (POD) and Basis ... 42

**NON-CANCER: ............................................................................................... 42**

**CANCER: ....................................................................................................... 49**

  5.4   Human Health Hazard Language .............................................................. 55

**6   USE, RELEASE AND EXPOSURE ..................................................................... 55**

  6.1   Uses ...................................................................................................... 55

  6.2   Environmental Releases ......................................................................... 55

  6.3   Exposures ............................................................................................. 65

    6.3.1   Worker Exposure ........................................................................... 65

    6.3.2   General Population Exposure ......................................................... 72

    6.3.3   Consumer Exposure ....................................................................... 75

**7   ENVIRONMENTAL AND HUMAN HEALTH RISK ASSESSMENT .......................... 75**

  7.1   Environmental Risks ............................................................................... 75

  7.2   Human Health Risks ............................................................................... 77

    7.2.1   Worker Risks .................................................................................. 77

    7.2.2   General Population Risks ................................................................ 78

    7.2.3   Consumer Risks .............................................................................. 82

**8   ASSUMPTIONS AND UNCERTAINTIES ........................................................... 83**

**APPENDIX A: APPROACH USED TO EVALUATE FUEL-STREAM CHEMISTRIES (FROM RENEWABLE OR NON-RENEWABLE SOURCES) ......................................................................... 86**

**APPENDIX B: ENVIRONMENTAL FATE DATA ...................................................... 89**

**APPENDIX C: ENVIRONMENTAL HAZARD DATA ................................................ 104**

**APPENDIX D: THE TOXIC UNIT APPROACH USED IN TIER 3 ENVIRONMENTAL HAZARD ASSESSMENTS111**

**TOXIC UNIT METHODOLOGY ......................................................................... 112**

**STREAMLINING THE TU APPROACH ............................................................... 114**

**ASSUMPTIONS AND REQUIREMENTS OF THE TU APPROACH ........................... 114**

**APPLICATION OF TOXIC UNITS ...................................................................... 115**

**APPENDIX E: SUPPLEMENTARY INFORMATION TO THE ENVIRONMENTAL HAZARD ASSESSMENT .. 118**

**TABLE E-1. ECOTOXICITY ENDPOINTS FOR THE FUEL-STREAM NCSS WITH DETAILED CHEMICAL COMPOSITION ........................................................................................... 118**

**APPENDIX F: HUMAN HEALTH HAZARD DATA ................................................ 123**

**APPENDIX G: PETROLEUM CONSTITUENT PODS CONSIDERED FOR ASSESSMENT ............................ 186**

**APPENDIX H: EXPOSURE LIMIT CALCULATIONS .............................................. 199**

**NEW CHEMICAL EXPOSURE LIMIT (NCEL) FOR OCCUPATIONAL INHALATION EXPOSURES ............. 199**

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

FISH INGESTION EXPOSURE LIMIT (FIEL) FOR GENERAL POPULATION FISH INGESTION ................... 200

APPENDIX I: ACRONYMS AND ABBREVIATIONS................................................................................ 201

# List of Tables

Table 1. General Properties of PMN Substances and their Corresponding Petroleum Analogues.......... 12

Table 2. Percent Compositional Information for Petroleum Analogues .................................................... 15

Table 3. Physical/Chemical Properties of Waste-Plastic/Petroleum Mixtures and Petroleum-Only Analogues.................................................................................................................................. 19

Table 4. Environmental Fate Predictions for P-21-0144, P-21-0145, P-21-0146, P-21-0147 ................... 22

Table 5. Environmental Fate Predictions for P-21-0148, P-21-0149, P-21-0150, P-21-0152 ................... 23

Table 6. Environmental Fate Predictions for P-21-0153, P-21-0154, P-21-0155, P-21-0156, P-21-0157 24

Table 7. Environmental Fate Predictions for P-21-0158, P-21-0160, P-21-0161, P-21-0162, P-21-0163 25

Table 8. Summary of Ecotoxicity Endpoint Data (ppm) for Analogous Fuel Streams (Tier 2)................. 28

Table 9. Summarized Environmental Hazard Assessments for Fuel-Stream NCSs that Used Detailed Chemical Composition and the Toxic Unit Approach ....................................................... 31

Table 10. Summarized Environmental Hazard Assessments for the Fuel-Stream NCSs that Used the Toxic Unit Approach with Representative Constituents for Each Hydrocarbon Class or Subclass.................................................................................................................................. 33

Table 11. Hazard Rating and Associated COCs for NCSs Assessed with Tier 2 Analogous Fuel Streams . 36

Table 12. Hazard Rating and Associated COCs for NCSs Assessed with Tier 3 Composition Data and Toxic Units .................................................................................................................................. 37

Table 13. Qualitative Estimates of Absorption of New Chemical Substances based on Physical-Chemical Properties................................................................................................................................. 38

Table 14. Summary of Hazard Concerns for Waste Plastics (P-21-0144-0150, P-21-0152-0153)............ 40

Table 15. Summary of Tier 2 Analogous Mixtures and Tier 3 Worst-Case Constituents Used for Non-cancer PODs ........................................................................................................................... 43

Table 16. Non-Cancer Oral PODs for Analogous Mixtures (Tier 2) and Worst Case Constituents (Tier 3) ................................................................................................................................................. 46

Table 17. Non-cancer Inhalation PODs for Analogous Mixtures (Tier 2) and Worst Case Constituents (Tier 3).................................................................................................................................... 47

Table 18. Non-cancer Dermal PODs for Analogous Mixtures (Tier 2) ...................................................... 48

Table 19. Cancer Oral Slope Factors (OSFs) for Constituents (Tier 3) ...................................................... 49

Table 20. Cancer Inhalation Unit Risks (IURs) for Analogous Mixtures (Tier 2) and Constituents (Tier 3) ................................................................................................................................................. 50

Table 21. Summary of Tier 2 Analogous Mixtures and Tier 3 Constituents Used for Cancer PODs (P-21-0144 through P-21-0150)......................................................................................................... 52

Table 22. Environmental Release Sources for MFG........................................................................................ 56

Table 23. Environmental Release Summary for MFG.................................................................................... 56

Table 24. Environmental Release Sources for Processing 1: Blending ......................................................... 57

Table 25. Environmental Release Summary for Processing 1: Blending ...................................................... 58

Table 26. Environmental Release Sources for Processing 2: Loading at Bulk Terminals.......................... 59

Table 27. Environmental Release Summary for Processing 2: Loading at Bulk Terminals........................ 60

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

Table 28. Environmental Release Sources for Use: Fuel ........................................................... 62
Table 29. Environmental Release Summary for Use: Fuel............................................................ 63
Table 30. Environmental Release Sources for Use: Chemical Intermediate ............................... 64
Table 31. Environmental Release Summary for Use: Chemical Intermediate ....................... 64
Table 32. Worker Exposure Estimates for P-21-0144 through P-21-0150 .............................. 66
Table 33. Worker Exposure Estimates for P-21-0152................................................................ 68
Table 34. Worker Exposure Estimates for P-21-0155 through P-21-0158 ............................... 69
Table 35. Worker Exposure Estimates for P-21-0153, P-21-0154, and P-21-0160 through P-21-0163 ... 71
Table 36. Summary of General Population Exposure Estimates[a] ........................................... 73
Table 37. Summary of Consumer Dermal Exposure Estimates ................................................ 75
Table 38. Summary of Environmental Risks .............................................................................. 76
Table 39. Summary of Worker Risks.......................................................................................... 77
Table 40. Summary of General Population Non-Cancer Risks.................................................... 80
Table 41. Summary of General Population Cancer Risks............................................................ 81
Table 42. Summary of Consumer Risks from Dermal Exposure ............................................... 82

# 1   SUMMARY

## 1.1  Background

Chevron Corporation submitted premanufacture notices (PMN) for eighteen waste plastic fuel streams, P-21-0144 through 0150, P-21-0152 through, and P-21-0160 through 0163). These new chemical substances (NCSs) are complex mixtures. They are manufactured concurrently with petroleum streams and have identical composition; the only difference is that the feedstocks are waste plastic-based sources rather than petroleum-based sources. The intended uses are as fuels, fuel components, and chemical intermediates or refinery feedstocks.

This document provides a review by the New Chemicals Division (NCD) in the U.S. EPA Office of Pollution Prevention and Toxics (OPPT) of the chemistry, environmental fate, environmental release, hazard (environmental and human health), and exposure (occupational, general population, consumer and aquatic organisms) to assess the potential risk of the NCSs to human health and the environment.

In addition, NCD is using a tiered approach for information to evaluate renewable and other, non-petroleum-based sources used as a fuel blend under the Toxic Substances Control Act (TSCA). Consistent with EPA guidelines on mixture assessment, when data for the mixture of concern (Tier 1) or toxicologically similar/ analogous mixtures (Tier 2) are unavailable, the use of Tier 3 or Tier 4 is used. This hierarchical approach is summarized below and additional details can be found in Appendices A and D.

Tier 1: Experimentally-derived data on the new chemical substance.

Tier 2: Experimentally-derived data on an analogous mixture.

Considerations for whether an analogous mixture is appropriate include: carbon chain length; paraffinic, isoparaffinic, olefinic, naphthenic, and aromatic (PIONA) composition; and physical-chemical properties (*e.g.,* physical state, boiling point, melting point, vapor pressure).

Other considerations include whether there are available data on representative constituents and/or constituents that will be the primary drivers of human health or environmental hazards. Data from this tier may be combined with data from Tier 3 to ensure that the resulting assessment protects human health and the environment and is based on the most reliable data available.

Tier 3- Experimentally-derived data on the most prevalent and/or most toxic constituents of the new chemical substance (human health hazard and environmental fate).

Tier 3- Predicted (*in silico*) data on all constituents combineduing the Toxic Unit approach (environmental hazard). The Toxic Unit approach, which predicts ecotoxicity endpoints for a mixture by combining the toxic contributions from each constituent, is provided in Appendix D.

Tier 4- Predicted (*in silico*) data on most prevalent constituents if no experimentally-derived data are available. Predictive tools (*e.g.,* EPISuite) will be used to fill data gaps for physical-chemical and environmental fate properties and other tools (e.g., OECD QSAR Toolbox) will be used for human health hazard.

Tier 4- Use of the most toxic individual constituents,based on either experimental data an/or predictions (*i.e.,* ECOSAR) and conservative assumptions in a screening-level assessment when mixture characterization is inadequate for higher tiered assessment (environmental hazard).

## 1.2 Chemistry

Fuel streams such as these NCSs are comprised of dozens of different paraffinic (isoparaffinic), naphthenic, olefinic, and aromatic molecules (P[I]ONA), which makes determining their chemical makeup challenging. In addition, the composition of these substances is variable since the fuels are defined using physical properties such as boiling point rather than their precise chemical makeup. However, the composition of these substances can be estimated using gas chromatography techniques to measure their P(I)ONA profile, which describes the relative concentrations of the different types of hydrocarbon within a given fuel stream (some measurements do not distinguish between paraffinic and isoparaffinic hydrocarbons). Chevron has provided some compositional data for of the petroleum analogues, which can also be used as an approximation for the chemical makeup of the NCSs.

## 1.3 Environmental Persistence and Bioaccumulation Potential

Using the persistence (P) and bioaccumulation (B) rating system described in Section 3, NCD estimated that two of the 18 NCSs could have a limited persistence ("P1") potential (P-21-0162 and 0163). The remaining 16 are estimated to range from from limited to very persistent ("P1-P3") potential. Five of the 18 NCSs are estimated to have a  low potential for bioaccumulation ("B1") (P-21-0146, 0160, 0161, 0162 and 0163), three of the mixtures have a low to moderate potential for bioaccumulation ("B1-B2") (P-21-0147, 0148 and 0150), and the remaining 10 are estimated to have a range of from  low to high potential for bioaccumulation ("B1-B3") .

Overall, the new chemical substances have the potential to bioaccumulate and be persistent in the environment, such that repeated exposures may cause food-chain effects via accumulation in exposed organisms.

## 1.4 Environmental and Human Health Hazards

For environmental hazard, the eighteen waste plastic NCSs were assessed with a four-tier approach that incorporated whole fuel-stream and hydrocarbon constituent data. Nine of the NCSs, P-21-0145, P-21-0146, P-21-0147, P-21-0148, P-21-0149, P-21-0150, P-21-0155, P-21-0156, and P-21-0158, were evaluated using acceptable hazard data from four analogous fuel streams (Tier 2). The other nine used individual constituent hazard information and combined them  using the toxic unit approach, which predicts ecotoxicity endpoints for a mixture by combining the toxic contributions from each constituent. Seven NCSs (P-21-0147, P-21-0148, P-21-0150, P-21-0160, P-21-0161, P-21-0162, and P-21-0163) were classified as a moderate environmental hazard. Eleven NCSs (P-21-0144, P-21-0145, P-21-0146, P-21-0149, P-21-0152, P-21-0153, P-21-0154, P-21-0155, P-21-0156, P-21-0157, and P-21-0158) were classified as a high environmental hazard.

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

For human health hazard, , NCD identified skin and eye irritation; acute toxicity; systemic toxicity (neurotoxicity, body weight effects, and liver, kidney, blood, spleen, and other organ effects); reproductive and developmental toxicity; oral and inhalation portal of entry effects; genetic toxicity; and carcinogenicity as hazards of the NCSs based on Tier 2 analogous mixtures and Tier 3 constituents of the NCSs. EPA identified hydrocarbon pneumonia/ aspiration hazard based on the chemical composition (petroleum). The U.S. EPA assumes that respiratory tract irritation is possible when exposed to the NCSs. For the quantitative risk assessment, NCD used a combination of Tier 2 analogous stream information and Tier 3 worst-case constituent information, depending on the available information for the oral, inhalation and dermal routes of exposure.

## 1.5 Environmental Releases and Exposure

The NCSs are domestically manufactured and used as fuels, fuel components, and chemical intermediates/refinery feedstocks. Three main scenarios are assessed: manufacturing, processing and use. The activities assessed under these scenarios are specific to the individual NCSs, but may include:

- *Manufacturing:* NCD assessed environmental releases from volatilization. Inhalation exposure to workers was assessed for various activities throughout the refinery . Dermal exposure was assessed for workers sampling the liquid product and loading liquid product into tank trucks.
- *Processing:* NCD assessed releases from blending and loading at bulk terminals. Inhalation exposure to workers was assessed for the following activities: worker inhalation exposure, loading liquid product into tank trucks, tank standing/working losses, sampling liquid product, and fugitive emissions from the process. Dermal exposure was assessed for workers loading liquid product into tank trucks and unloading liquid raw material from tank trucks.
- *Use:* NCD assessed releases from fuel and chemical intermediate uses. Inhalation and dermal exposure to workers was assessed for unloading liquid raw materials from tank trucks.

Exposure to the general population was assessed for the following exposure pathways from manufacturing, processing and use releases to air, water and landfill: drinking water, fish ingestion, groundwater impacted by landfill leachate, and inhalation of stack/fugitive air. Exposure to consumers was assessed via dermal contact.

## 1.6 Risk Conclusions

There were no environmental risks to aquatic organisms from the manufacturing of the 18 NCSs as there were no expected releases to water. Environmental risks to aquatic organisms from acute exposures during processing were identified for P-21-0144, 0145, 0146, 0147, 0149, and 0150 because the estimated surface water concentrations exceeded the acute concentrations of concern. Environmental risks to aquatic organisms from acute exposures during use were identified for P-21-0155, 0156, 0157, and 0158 because the estimated surface water concentrations exceeded the acute concentrations of concern. Environmental risks to aquatic organisms from acute exposures during both processing and use were identified for P-21-0148 and 0152 because

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

the estimated surface water concentrations exceeded the acute concentrations of concern. Environmental risks to aquatic organisms from acute exposures were not identified for P-21-0153, 0154, 0160, 0161, 0162, or 0163 as there were no expected releases to water. Environmental risks to aquatic organisms from chronic exposure were not identified.

Human health risks for systemic effects were identified for worker inhalation exposures to P-21-0144, P-21-0146, P-21-0148, P-21-0152, P-21-0154, P-21-0155, P-21-0156, and P-21-0157. Risks were identified workers for systemic effects via dermal contact to P-21-0152, P-21-0153, P-21-0154, P-21-0155, and P-21-0156. For workers, cancer risk estimates from inhalation exposure ranged between 5.1E-08 and 7.1E-03. Hazards for irritation to the respiratory tract (all cases), skin (all cases except P-21-0152, P-21-0162, and P-21-0163), and eye (all except P-21-0154) via inhalation and dermal contact were also identified for workers. Risks for these endpoints were not quantified due to a lack of dose-response for these hazards.

For P-21-0144, 0148, 0149, 0150, 0152, and 0157, risks were identified for the general population (infants) for systemic and/or oral portal-of-entry effects via drinking water. Risks to adults for this exposure route were identified for P-21-0152. For P-21-0145, 0146, 0147, 0155, 0156, and 0158, risks were not identified for the general population for systemic and/or oral portal-of-entry effects via drinking water (adults or infants). For P-21-0153, 0154, 0160, 0161, 0162, and 0163, risks to the general population via drinking water were not evaluated because releases to surface water are not expected.

For P-21-0144, 0148, 0149, 0150, 0152, 0155, 0156, 0157, and 0158, risks were identified for the general population for systemic and/or oral portal-of-entry effects via fish ingestion. For P-21-0146 and 0147, risks were not identified for the general population for systemic and/or oral portal-of-entry effects via fish ingestion. For P-21-0153, 0154, 0160, 0161, 0162, and 0163, risks to the general population via fish ingestion were not evaluated because releases to surface water are not expected.

For P-21-0144, 0145, 0146, 0147, 0148, 0149, 0150, 0156, 0157, and 0158, risks were not identified for the general population for systemic and/or oral portal-of-entry effects via intake of groundwater impacted by landfill leachate. For P-21-0152, 0153, 0154, 0155, 0160, 0161, 0162, and 0163, risks to the general population via groundwater impacted by landfill leachate were not evaluated because releases to landfill were expected to be negligible (below modeling thresholds) or no releases are expected.

For P-21-0148, 0152, 0154, 0155, 0156, 0157 and 0158, risks were identified for the general population for systemic and/or inhalation portal-of-entry effects via fugitive air inhalation. For P-21-0144, 0145, 0146, 0147, 0149, 0150, 0160, 0161, 0162, and 0163, risks were not identified for the general population for systemic and/or inhalation portal-of-entry effects via fugitive air inhalation. For P-21-0153, there is insufficient information to assess hazard because of a lack of suitable Tier 2 mixtures or representative constituents with inhalation PODs. Therefore, EPA cannot make a risk determination for the general population exposed via fugitive air inhalation.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

For P-21-0149, 0152, 0155, 0156, 0157 and 0158, risks were identified for the general population for systemic and/or inhalation portal-of-entry effects via stack air inhalation. For the remaining cases, risks to the general population via stack air inhalation were not evaluated because no releases are expected

For the general population, cancer risk estimates for drinking water ranged between 1.3 E-10 (P-21-0146) and 1.7E-08 (P-21-0148). The cancer risk estimates for fish ingestion ranged between 7.8E-10 (P-21-0146) and 3.3E-05 (P-21-0158). The cancer risk estimates for consumption of groundwater impacted by landfill ranged between 2.7E-09 (P-21-0144) and 1.8E-07 (P-21-0148). The cancer risk estimates for inhalation of fugitive air ranged between 8.3E-8 (P-21-0144) and 1.2E-04 (P-21-0150). The cancer risk estimate for inhalation of stack air for P-21-0158 was 2.5E-01.

Consumer uses were identified for P-21-0144, 0145, 0146, 0147, 0148, 0149, 0150, 0155, 0156, 0157, and 0158. Consumer uses were not identified for the remaining cases. Non-cancer risks to consumers via dermal contact were identified for P-21-0155 and not identified for any of the remaining cases. Hazards for respiratory, dermal, and eye irritation via dermal contact were identified for consumers. Risks for these endpoints were not quantified due to a lack of dose-response for these hazards.

## 1.7 Assumptions and Uncertainties

Information submitted for the NCSs included only a few physical/chemical properties and general chemical composition information. The constituents of the new chemical substance mixtures were not reported. The lack of chemical constituent information and approximate weight fraction for each introduces uncertainties in the understanding of the chemical composition of the NCSs. Furthermore, the process used to manufacture the NCSs will likely result in mixtures of varying composition. This adds a level of uncertainty to predictions of toxicity based on mixture composition, or when reading across from another fuel stream of variable composition. In addition, as complex mixtures, there is uncertainty regarding the physical/chemical properties of the NCSs and only limited information was supplied by the submitter.

The assessments for environmental hazard and risk, and human health hazard and risk are based on available information for Tier 2 analogous mixtures and information on constituents (Tier 3). The assessment for environmental fate used a weight of evidence approach using information from Tiers 2, 3, and 4. In addition, potential degradation products of the new chemical substance were not evaluated because NCD does not have adequate information to predict degradation products. Information on analogous mixtures (Tier 2) may not adequately represent the new chemical substance, and information on individual constituents (Tier 3) will not reflect potential synergistic, antagonistic, or other interactions arising from the presence of multiple constituents within a mixture. Tier 4 information is based on prediction models and introduces more uncertainty into its use.

Where chemical-specific or site-specific information is not available, NCD used estimation methods and modeling approaches to estimate release and exposure, and applies engineering judgment where appropriate. There is some level of uncertainty associated with each method or model, including the use of surrogate monitoring data to assess inhalation exposure to truck drivers.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

For the consumer exposure estimates, dermal exposure estimates were developed. The lack of consumer inhalation modeling for gasoline dispensing introduces an uncertainty resulting in an underestimation of the total exposure to consumers.

For cancer inhalation risks for the general population, NCD used an average annual air concentration when calculating the lifetime average daily dose (LADD) estimate and assumed exposure to that concentration throughout the lifetime. The use of this assumption would overestimate risks to individuals who spend less than a lifetime at the affected location.

## 1.8 Potentially Useful Information

- Skin Irritation
- Eye Irritation
- Respiratory depression/irritation
- Hydrocarbon pneumonia/aspiration hazard
- Reproductive developmental toxicity
- Systemic toxicity
- Genetic toxicity
- Carcinogenicity
- Aquatic Toxicity
- Consumer inhalation exposures at gas stations

## 2 CHEMISTRY

The 18 fuel streams described in this report are complex UVCB[1] substances that are derived from waste-plastic (WP) feedstocks that are comprised of ████████████████████ ██████████████████████████████ These next-generation fuel streams are manufactured concurrently with their petroleum counterparts as inseparable mixtures which are then used as blending stocks for various fuels (*e.g.,* jet, diesel, gasoline, etc.), or as a chemical intermediate in their production. While ████% of the WP feedstock has been used to synthesize these substances on a pilot scale, Chevron plans to start producing these substances commercially using ██% of the WP feedstock and gradually increase the relative concentration of the WP feedstock to █%. Chevron expects to reach the max target (██%) in the next 10+ years.

The NCSs are often obtained by ████████████████████████████ ██████. Though they may have divergent downstream processing ████████████████████████ all the NCSs originate from ████████████ reaction pathways. These pathways are distinguished by the point in the refinement process where the ████████████████████████████ ████████████████. The NCSs are formed when ████████████████████████████ ████████████████████████████████████ Alternatively, some NCSs can be obtained ████████████████████████████████████████████. (Note: Information obtained from the "processing" document provided by Chevron)

---

[1] UVCB = unknown or variable composition, complex reaction products and biological materials

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**



Some of the steps in the refinement process utilize ████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
Therefore, compositional data and physical/chemical properties can only be obtained for the
WP/petroleum mixture and not the NCS alone.

**Chemical Composition:**
Fuel streams such as these NCSs are comprised of dozens of different paraffinic (isoparaffinic),
naphthenic, olefinic, and aromatic (P[I]ONA) molecules, which makes determining their chemical
makeup challenging. In addition, the composition of these substances is variable since the fuels are
defined using physical properties such as boiling point rather than their precise chemical makeup.
However, the composition of these substances can be estimated using gas chromatography techniques
to measure their P(I)ONA profile, which describes the relative concentrations of the different types of
hydrocarbon within a given fuel stream (some measurements do not distinguish between paraffinic
and isoparaffinic hydrocarbons).

Chevron claims that the WP-derived fuels are chemically equivalent to their petroleum analogues. In
order to establish this equivalency, they used a pilot plant to measure the P(I)ONA profiles of the
reaction products produced when the WP/petroleum feedstocks are treated using ███████████
███████████████████████████████████████ processes, see Figures 1 and 2, respectively.
The P(I)ONA profiles were measured after the reaction products were separated into various ranges via
███████████ (*e.g.,* gasoline, jet, diesel, etc.).(Note: ████████████████████████████
███████████████████████████████████████████████████████████████
██████████████████████)█████████████████████████████████████████

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**



**Table 1. General Properties of PMN Substances and their Corresponding Petroleum Analogues**



**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**



**Figure 1. Concentration effects of WP feedstocks on the composition of** ████████ **processed fuels**. Graphic representation of PIONA profile for ████████ and P(I)ONA profile for the gasoline, jet, and diesel cuts (b). Information provided by Chevron in attachment "PO_Chemical_Composition_2021-5-20" (Note: ████████████████████ )

Inspection of the data for ████████████ shows that, in general, there is no significant variation in the P(I)ONA profile for each range despite increasing amounts of WP feedstock (Figure 1). Although, increasing the concentration of WP feedstock to ██ % does impact the ████████████ ████ content relative to ████████████████. Given that there is very little variation overall, it is reasonable to conclude that the concentration of WP feedstock (up to ██ %) does not significantly change the composition of the ████████████ products. (Note: ████████████████████ )

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001166



**Figure 2. Concentration effects of WP feedstocks on the composition of (Fluid Catalytic Cracking) FCC processed fuels separated into gasoline, jet, and diesel cuts.** Information provided by Chevron in attachment "PO_Chemical_Composition_2021-5-20" (Note: Plastic Oil #2 and #3 are different WP feedstocks. No compositional or processing information was provided for these substances)

To test concentration effects on the ██████████, Chevron varied the relative concentration of petroleum and WP feedstocks such that ███% WP feedstock was used (Figure 2). For this study, multiple WP feedstocks were tested (Plastic oil #2, Plastic oil #3 in Figure 2). Like the results for the ██████████████████, very little variation in the P(I)ONA profiles was observed as the concentration of the waste plastic feedstock was increased to ███%. However, when ███% of the WP feedstock was used, variation did occur. Despite these differences, Chevron plans to use ████████% ████ feedstock when manufacturing these substances. The PONA profiles measured for the gas, jet, and diesel ranges do not show significant variation at ███% waste plastic feedstock was used, which suggests that the concentration of these PMN substances would not significantly change when ███% WP feedstock is used. This supports Chevron's claim.

Chevron has provided some compositional data for the petroleum analogues, which can also be used as an approximation for the chemical makeup of the NCSs. Initial characterization was done by measuring their P(I)ONA profiles (Table 2). Inspection of the data shows that it is consistent with the definitions contained in the chemical IDs associated with the petroleum analogues.

The composition of the petroleum analogues was further characterized by measuring or calculating the major components that comprise each hydrocarbon category (*i.e.,* paraffinic, isoparaffinic, olefinic, etc.). These substances were determined using four different techniques including ████████████████████

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**



In all cases, the data (not shown in this report, but submitted by Chevron[2]) showed a normal distribution of compounds by carbon number within a group type. For samples that were not available for measurement, this distribution behavior was used to estimate the most abundant compounds in the sample.

Comparing the applicable experimental conditions of these methods with the physical properties of the petroleum analogues, it is clear that multiple methods may be required to estimate their composition. However, Chevron has not specified which characterization method was used to determine the composition of the petroleum analogues. They also have not indicated what information was obtained using the distribution within a hydrocarbon category (*i.e.,* not directly measured). The percentages associated with the major components are relative to the entire PMN substance and not respective to the individual category (Table 2).

**Table 2. Percent Compositional Information for Petroleum Analogues**

| Case | Name | CASRN |
|------|------|-------|
| P-21-0144 | | |
| | Major Products: | |
| P-21-0145 | | |
| | Major Products: | |
| P-21-0146 | | |
| | Major Products: | |

---

[2] This raw data was never provided, but Chevron made this claim in the document "Analytical Methods for Composition Data Collection_2021-8-13"

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

| Case | Name | CASRN |
|------|------|-------|
| | | |
| P-21-0147 | | |
| Major Products: | | |
| P-21-0148 | | |
| Major Products: | | |
| P-21-0149 | | |
| Major Products: | | |
| P-21-0150 | | |
| Major Products: | | |
| P-21-0152 | | |
| Major Products: | | |
| P-21-0153 | | |
| Major Products: | | |
| P-21-0154 | | |

**Table 2. Percent Compositional Information for Petroleum Analogues**

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

| Table 2. Percent Compositional Information for ▮▮▮▮▮ Analogues | | |
|---|---|---|
| Case | Name | CASRN |
| | | |
| | Major Products: | |
| P-21-0155 | | |
| | Major Products: | |
| P-21-0156 | | |
| | Major Products: | |
| P-21-0157 | | |
| | Major Products: | |
| P-21-0158 | | |
| | Major Products: | |
| P-21-0160 | | |
| | Major Products: | |
| P-21-0161 | | |
| | Major Products: | |
| P-21-0162 | | |
| | Major Products: | |
| P-21-0163 | | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD



| Table 2. Percent Compositional Information for ▮▮▮▮▮▮ Analogues | | |
|---|---|---|
| Case | Name | CASRN |
| | ▮▮▮▮▮ | |
| Major Products: | | |

**Physical/Chemical Properties:**

The NCSs are produced concurrently with their petroleum analogues as an inseparable mixture and it is impossible to measure the physical/chemical properties of the WP-derived fuels by themselves. Therefore, the company provided information concerning the WP/petroleum mixture and petroleum analogues (Table 3). Data concerning the petroleum analogues was also augmented with values from a variety of different sources that are indicated in the table caption. Table 3 contains both measured and computed data. All liquid substances in Table 3 are soluble in hydrocarbon solvents. Some of the submitted vapor pressure data for the NCSs appear to be in error (see footnote "c" in Table 3) given the other physical characteristic provided in the definition of the PMN substance. These substances and the petroleum analogues are UVCB materials. Any measured data on any given substance is dependent upon the composition of the substance analyzed. Therefore, the values should be considered approximate and not absolute.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

**Table 3. Physical/Chemical Properties of Waste-Plastic/Petroleum Mixtures and Petroleum-Only Analogues**



[a] Taken from definition unless otherwise indicated; [b] data submitted with PMN and measured at 37.5 °C; [c] The submitted values do not make sense given the other physical properties; [d] Data submitted by company unless otherwise indicated; [e] Data submitted by company with no experimental details; [e] Data for this substance taken from Screening Level Hazard Characterization - Gasoline Blending Streams Category unless otherwise indicated; [f] Data for this substance taken from HPV Gasoline Blending Streams Hazard Characterization unless otherwise indicated; [g] Measured for high/low MW species; [h] Exp./Est.; [i] Taken from definition; [j] Data taken from the Chemistry Report for the Glyceridic-derived fuel streams submitted by Chevron; [k] Lubricating Oils Category documents found at the API HPV

██████████████████████

## 2.1 Use Information

The NCSs are intended to be used as fuels/fuel components and as chemical intermediates/refinery feedstocks. The NCSs are manufactured concurrently with petroleum mixtures and the submitter claims that they have identical compositions, with the only difference that the feedstocks for the NCSs are waste plastic-based sources rather than petroleum-based sources.

## 2.2 Identification of Available Information for Tiered Approach to Fate, Hazard, and Risk Evaluation

The submitter did not provide any experimentally derived hazard (including environmental fate) information on the NCSs. This would be Tier 1 information and be the most relevant to evaluate the hazard and fate properties of a mixture.

NCD used a combination of Tier 2, 3 and 4 information to assess the environmental fate and transport, hazard and risk evaluation for the NCSs. Tier 2 information is based on identifying and using information from a sufficiently similar or analogous mixture, which can be used to read-across to the new chemical substance. If an analogous mixture cannot be found, Tier 3 information is based on information available for constituents of the mixture. Tier 4 (the final Tier in the approach) uses modeled or estimated information based on constituents.

NCD used Tier 2 information for the following analogous mixtures based on structural similarity (carbon chain length and PIONA profile) and availability of relevant fate or hazard information for read across:
- 64741-41-9
- 64741-54-4
- 64741-55-5
- 64741-59-9
- 64741-62-4
- 64741-66-8
- 64741-68-0
- 64741-77-1
- 64741-78-2
- 64742-05-8
- 64742-47-8
- 64742-48-9
- 68334-30-5
- Commercial hexane (no CASRN)
- Isobutane/2-methylbutane mixture (50:50)
- Stoddard Solvent IIC (64742-88-7)
- White mineral oil (no CASRN)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

██████████████████████

Tier 3 information was used in both the environmental fate and environmental and human health hazard/risk evaluations, and when pertinent, it was used with Tier 2 information in a weight-of-the-evidence approach. Model estimations (Tier 4 information) were also used in the environmental fate assessment to evaluate persistence and bioaccumulation and in environmental hazard assessment.

# 3    ENVIRONMENTAL FATE AND TRANSPORT

Environmental fate is the determination of which environmental compartment(s) a chemical moves to, the expected residence time in the environmental compartment(s), and the known or expected removal and degradation processes. Environmental fate is an important factor in determining exposure and risk. U.S. EPA has a Persistent, Bioaccumulative and Toxicity (PBT) policy established in 1999 that uses a simple scoring system for persistence, bioaccumulation and toxicity. Persistence is important because chemicals that are not degraded in the environment will persist and may buildup in the environment, and thus increase potential for exposure. Persistence scores are, going from low to high persistence, identified as P1, P2, or P3. Bioaccumulation is important because substances that bioaccumulate in aquatic and/or terrestrial species pose the potential for elevated exposures to humans and other organisms via the food chain. Bioaccumulation scores are, going from low to high bioaccumulation, identified as B1, B2, or B3. The toxicity score (T) is usually only used when the P and B scores are both a value of 2 or 3; in which case the chronic toxicity (to environmental organisms or human health) is assigned a value as described in the 1999 policy.

The environmental fate assessment utilized a similar tiered approach as the environmental hazard and human health teams to evaluate environmental persistence and bioaccumulation potential. However, a conservative-based weight of evidence approach was also utilized for persistence.

NCD acknowledges that biodegradation is not the only fate endpoint used to evaluate persistence. Likewise, experimentally-derived data were not always available (Tiers 1, 2 and 3) on all of the fate endpoints, and, as a result, Tier 4 data (predicted data for the constituents) were also used to justify the ratings. The added weight of evidence approach was also utilized to ensure that the experimentally-derived constituent biodegradation data (Tier 3) were weighted higher than the experimentally-derived data on a sufficiently similar fuel mixture (Tier 2) if one or more of the individual constituents (Tier 3) did not show ready biodegradation. In other words, if the experimentally-derived constituent data (Tier 3) were more conservative than the experimentally-derived data on a sufficiently similar fuel mixture (Tier 2), those constituent data were weighted higher than Tier 2 data. Additionally, NCD relied on experimental and predicted bioaccumulation and bioconcentration data on the dominant constituents (Tiers 3 and 4) in the assessment of bioaccumulation potential because Tiers 1 and 2 contained no data to assess bioaccumulation potential.

NCD estimated that the NCSs could have limited persistence or be very persistent ("P1-P3") based on the aerobic and anaerobic biodegradation half-lives of the constituents (Tiers 3 and 4). NCD estimated that the NCSs could have limited persistence ("P1") or limited persistence to being very persistent ("P1-P3") and low potential for bioaccumulation ("B1"), low to moderate potential for bioaccumulation ("B1-B2"), or low to high potential for bioaccumulation ("B1-B3") depending on the data for the constituents. P-21-0162 and P-21-0163 received a P1 and B1, and P-21-0146, P-21-0160, and P-21-0161

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

received a P1-P3 and B1. P-21-0147, P-21-0148 and P-21-0150 received a P1-P3 and B1-B2. The remaining cases received a P1-P3 and B1-B3. Repeated exposures may cause food-chain effects via accumulation in exposed organisms.

| Table 4. Environmental Fate Predictions for P-21-0144, P-21-0145, P-21-0146, P-21-0147 | | | | |
|---|---|---|---|---|
| **Property** | **P-21-0144** | **P-21-0145** | **P-21-0146** | **P-21-0147** |
| POTW removal (%) | 90 to 99% via stripping, possible sorption and possible biodegradation | 90 to 99% via stripping, sorption and possible biodegradation | 90 to 99% via stripping, possible sorption and possible biodegradation | 90 to 99% via stripping, possible sorption and possible biodegradation |
| Volatilization/Stripping | Moderate to extensive based on high estimated vapor pressure and Henry's Law constants for constituents | Extensive based on high estimated vapor pressure and Henry's Law constants for constituents | Extensive based on high estimated vapor pressure and Henry's Law constants for constituents | Moderate to extensive based on high estimated vapor pressure and Henry's Law constants for constituents |
| Aerobic and anaerobic biodegradation half-lives | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents |
| Sorption to soils/sediments | Low to very strong based on estimated $K_{OC}$s and $K_{OW}$s for constituents | Moderate to very strong based on estimated $K_{OC}$s and $K_{OW}$s for constituents | Low to very strong based on estimated $K_{OC}$s and $K_{OW}$s for constituents | Low to very strong based on estimated $K_{OC}$s and $K_{OW}$s for constituents |
| Migration to groundwater | Negligible to rapid based on low to very strong sorption to soil and sediment | Negligible to moderate based on moderate to very strong sorption to soil and sediment | Negligible to rapid based on low to very strong sorption to soil and sediment | Negligible to rapid based on low to very strong sorption to soil and sediment |
| Atmospheric oxidation half-life | Moderate to rapid based on hydroxyl radical half-lives for constituents | Moderate to rapid based on hydroxyl radical half-lives for constituents | Slow to moderate based on hydroxyl radical half-lives for constituents | Slow to rapid based on hydroxyl radical half-lives for constituents |
| Bioconcentration factor | 56 estimated by linear regression from the log Kow for | 40 estimated by linear regression from the log Kow for | 29 estimated by linear regression from the log Kow for | 5 measured for |
| Bioaccumulation factor | 7,892 estimated by the Arnot-Gobas method (2003) for 2- | 33,260 estimated by the Arnot-Gobas method (2003) for 2,6- | 820 estimated by the Arnot-Gobas method (2003) for | 1,404 estimated by the Arnot-Gobas method (2003) for |
| PBT Potential | P1-P3 limited persistence to very | P1-P3 limited persistence to very | P1-P3 limited persistence to very | P1-P3 limited persistence to very persistent based |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

| Table 4. Environmental Fate Predictions for P-21-0144, P-21-0145, P-21-0146, P-21-0147 | | | |
|---|---|---|---|
| | persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. | persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. | persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1: low bioaccumulation potential based on BCFBAF model result < 1000. | on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B2: low to moderate bioaccumulation potential based on BCFBAF model result < 1000 and > 1000 to < 5000. |

| Table 5. Environmental Fate Predictions for P-21-0148, P-21-0149, P-21-0150, P-21-0152 | | | |
|---|---|---|---|
| **Property** | **P-21-0148** | **P-21-0149** | **P-21-0150** | **P-21-0152** |
| POTW removal (%) | 90 to 99% via stripping, possible sorption and possible biodegradation | 90 to 99% via stripping, possible sorption and possible biodegradation | 90 to 99% via stripping, possible sorption and possible biodegradation | 90 to 99% via stripping, sorption and possible biodegradation |
| Volatilization/ Stripping | Moderate to extensive based on moderate to high estimated vapor pressure and Henry's Law constants for constituents | Extensive based on high reported vapor pressure and Henry's Law constants for constituents | Moderate to extensive based on moderate to high estimated vapor pressure and Henry's Law constants for constituents | Low to extensive based on variable estimated vapor pressure and Henry's Law constants for constituents |
| Aerobic and anaerobic biodegradation half-lives | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents |
| Sorption to soils/sediments | Low to very strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents | Low to very strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents | Low to strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents | Very strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents |
| Migration to groundwater | Negligible to rapid based on low to very strong sorption to soil and sediments | Negligible to rapid based on low to very strong sorption to soil and sediment | Slow to rapid based on low to strong sorption to soil and sediment | Negligible based on very strong sorption to soil and sediment |
| Atmospheric oxidation half-life | Slow to rapid based on hydroxyl radical half-lives for constituents | Slow to rapid based on hydroxyl radical half-lives for constituents | Slow to moderate based on hydroxyl radical half-lives for constituents | Rapid based on hydroxyl radical half-lives for constituents |
| Bioconcentration factor | 2,200 measured for ████ | 5 measured for o- ████ | 12 estimated by linear regression from the log Kow for ████ | 3.2 estimated by linear regression from the log Kow for numerous constituents |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD
NR0001176

| Table 5. Environmental Fate Predictions for P-21-0148, P-21-0149, P-21-0150, P-21-0152 | | | | |
|---|---|---|---|---|
| Bioaccumulation factor | 1,023 estimated by the Arnot-Gobas method (2003) for ███ | 511,500 estimated by the Arnot-Gobas method (2003) for ███ | 2,014 estimated by the Arnot-Gobas method (2003) for ███ | 417,600 estimated by the Arnot-Gobas method (2003) for ███ |
| PBT Potential | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B2: low to moderate bioaccumulation potential based on BCFBAF model result < 1000 and > 1000 to < 5000. | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B2: low to moderate bioaccumulation potential based on BCFBAF model result < 1000 and > 1000 to < 5000. | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. |

| Table 6. Environmental Fate Predictions for P-21-0153, P-21-0154, P-21-0155, P-21-0156, P-21-0157 | | | | |
|---|---|---|---|---|
| **Property** | **P-21-0153** | **P-21-0154** | **P-21-0155** | **P-21-0156** | **P-21-0157** |
| POTW removal (%) | 90 to 99% via stripping, sorption and possible biodegradation | 90 to 99% via sorption, possible stripping and possible biodegradation | 90 to 99% via sorption, possible stripping and possible biodegradation | 90 to 99% via stripping, sorption and possible biodegradation | 90 to 99% via stripping, sorption and possible biodegradation |
| Volatilization/ Stripping | Moderate to extensive based on high estimated vapor pressure and Henry's Law constants for constituents | Low to extensive based on variable estimated vapor pressure and Henry's Law constants for constituents | Low to extensive based on variable estimated vapor pressure and Henry's Law constants for constituents | Moderate to extensive based on variable estimated vapor pressure and Henry's Law constants for constituents | Moderate to extensive based on variable estimated vapor pressure and Henry's Law constants for constituents |
| Aerobic and anaerobic biodegradation half-lives | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents |
| Sorption to soils/sediments | Strong to very strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents | Strong to very strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents | Moderate to very strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents | Moderate to very strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents | Strong to very strong based on estimated $K_{oc}$s and $K_{ow}$s for constituents |
| Migration to groundwater | Negligible to slow based on strong to | Negligible to slow based on strong to | Negligible to moderate based on | Negligible to moderate based | Negligible to slow based on strong to |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001177

████████████████████

| Table 6. Environmental Fate Predictions for P-21-0153, P-21-0154, P-21-0155, P-21-0156, P-21-0157 | | | | | |
|---|---|---|---|---|---|
| | very strong sorption to soil and sediments | very strong sorption to soil and sediment | moderate to very strong sorption to soil and sediment | on moderate to very strong sorption to soil and sediment | very strong sorption to soil and sediment |
| Atmospheric oxidation half-life | Rapid based on hydroxyl radical half-lives for constituents | Rapid based on hydroxyl radical half-lives for constituents | Moderate to rapid based on hydroxyl radical half-lives for constituents | Moderate to rapid based on hydroxyl radical half-lives for constituents | Slow to rapid based on hydroxyl radical half-lives for constituents |
| Bioconcentration factor | 3.2 estimated by linear regression from the log Kow for numerous constituents | 3.2 estimated by linear regression from the log Kow for ████ and reported data for anthracene | 41 measured for ████████ | 23 measured for ████████ | 5 measured from ████████ |
| Bioaccumulation factor | 10,990, 000 estimated by the Arnot-Gobas method (2003) for ████ | 808,300 estimated by the Arnot-Gobas method (2003) for ████ | 808,300 estimated by the Arnot-Gobas method (2003) for ████ | 808,300 estimated by the Arnot-Gobas method (2003) for ████ | 1,685,000 estimated by the Arnot-Gobas method (2003) for ████ |
| PBT Potential | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. | P1-P3 limited persistence to very persistent based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. |

| Table 7. Environmental Fate Predictions for P-21-0158, P-21-0160, P-21-0161, P-21-0162, P-21-0163 | | | | | |
|---|---|---|---|---|---|
| Property | P-21-0158 | P-21-0160 | P-21-0161 | P-21-0162 | P-21-0163 |
| POTW removal (%) | 90 to 99% via stripping, sorption and possible biodegradation | 90 to 99% via stripping, possible sorption and possible biodegradation | 90 to 99% via stripping, possible sorption and possible biodegradation | 90 to 99% via stripping, possible sorption and biodegradation | 90 to 99% via stripping, possible sorption and biodegradation |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD          NR0001178

| Table 7. Environmental Fate Predictions for P-21-0158, P-21-0160, P-21-0161, P-21-0162, P-21-0163 | | | | | |
|---|---|---|---|---|---|
| Volatilization/Stripping | Moderate to extensive based on moderate to high estimated vapor pressure and Henry's Law constants for constituents | Moderate to extensive based on high estimated vapor pressure and Henry's Law constants for constituents | Moderate to extensive based on high estimated vapor pressure and Henry's Law constants for constituents | Extensive based on high estimated vapor pressure and Henry's Law constants for constituents | Extensive based on high estimated vapor pressure and Henry's Law constants for constituents |
| Aerobic and anaerobic biodegradation half-lives | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months to greater than 6 months based on half-lives for constituents | Less than 2 months based on half-lives for constituents | Less than 2 months based on half-lives for constituents |
| Sorption to soils/sediments | Moderate to very strong based on estimated $K_{OC}$s and $K_{OW}$s for constituents | Low to moderate based on estimated $K_{OC}$s and $K_{OW}$s for constituents | Low to moderate based on estimated $K_{OC}$s and $K_{OW}$s for constituents | Low to strong based on estimated $K_{OC}$s and $K_{OW}$s for constituents | Low to moderate based on estimated $K_{OC}$s and $K_{OW}$s for constituents |
| Migration to groundwater | Negligible to moderate based on moderate to very strong sorption to soil and sediments | Moderate to rapid based on low to moderate sorption to soil and sediments | Moderate to rapid based on low to moderate sorption to soil and sediment | Negligible due to biodegradation | Negligible due to biodegradation |
| Atmospheric oxidation half-life | Moderate to rapid based on hydroxyl radical half-lives for constituents | Slow to rapid based on hydroxyl radical half-lives for constituents | Slow to rapid based on hydroxyl radical half-lives for constituents | Slow to moderate based on hydroxyl radical half-lives for constituents | Slow based on hydroxyl radical half-lives for constituents |
| Bioconcentration factor | 40 estimated by linear regression from the log Kow for ▮ | 7 estimated by linear regression from the log Kow for ▮ | 7 estimated by linear regression from the log Kow for ▮ | 29 estimated by linear regression from the log Kow for ▮ | 17 estimated by linear regression from the log Kow for ▮ |
| Bioaccumulation factor | 4,709,000 estimated by the Arnot-Gobas method (2003) for ▮ | 61 estimated by the Arnot-Gobas method (2003) for ▮ | 47 estimated by the Arnot-Gobas method (2003) for ▮ | 310 estimated by the Arnot-Gobas method (2003) for ▮ | 148 estimated by the Arnot-Gobas method (2003) for ▮ |
| PBT Potential | P1-P3 limited persistence to very persistent based on | P1-P3 limited persistence to very persistent | P1-P3 limited persistence to very persistent based on | P1 limited persistence based on the aerobic | P1 limited persistence based on the aerobic and |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD          NR0001179

| Table 7. Environmental Fate Predictions for P-21-0158, P-21-0160, P-21-0161, P-21-0162, P-21-0163 | | | | | |
|---|---|---|---|---|---|
| | the aerobic and anaerobic biodegradation half-lives of the constituents. B1-B3: low to high bioaccumulation potential based on BCFBAF model result < 1000 to > 5000. | based on the aerobic and anaerobic biodegradation half-lives of the constituents. B1: low bioaccumulatio n potential based on BCFBAF model result < 1000. | the aerobic and anaerobic biodegradation half-lives of the constituents. B1: low bioaccumulation potential based on BCFBAF model result < 1000. | biodegradation half-lives of the constituents. B1: low bioaccumulation potential based on BCFBAF model result < 1000. | anaerobic biodegradation half-lives of the constituents. B1: low bioaccumulation potential based on BCFBAF model result < 1000. |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001180

# 4 ENVIRONMENTAL HAZARD AND CONCENTRATION-RESPONSE ASSESSMENT

The waste-plastic derived fuel streams assessed in this report (P-21-0144, P-21-0145, P-21-0146, P-21-0147, P-21-0148, P-21-0149, P-21-0150, P-21-0152, P-21-0153, P-21-0154, P-21-0155, P-21-0156, P-21-0157, P-21-0158, P-21-0160, P-21-0161, P-21-0162, and P-21-0163) are chemical mixtures classified as UVCBs. Their environmental hazard assessment requires informed and flexible approaches to accommodate the limited data availability and inherent complexity (*e.g.,* interactive effects of the constituents) of these types of chemicals. Therefore, the environmental hazard assessments of the NCSs applied a four-tiered, hierarchical approach as described in Appendix A. Briefly, with a lack of data on the actual NCSs (Tier 1), in order to assign hazard and determine the acute and chronic concentrations of concern (COCs), this hazard approach relied on the availability of:

- experimentally-derived environmental hazard data on analogous fuel streams (Tier 2, Appendix B),
- predicted environmental hazard data from the hydrocarbon constituents and toxic units (Tier 3), or
- predicted environmental hazard data on the most toxic hydrocarbon constituents (Tier 4).

**Environmental Hazard Assessment for the Waste-Plastic Derived Fuel Streams**

Nine of the NCSs, P-21-0145, P-21-0146, P-21-0147, P-21-0148, P-21-0149, P-21-0150, P-21-0155, P-21-0156, and P-21-0158, were evaluated using acceptable hazard data from four analogous fuel streams (Tier 2) with CASRNs 64741-66-8[3], 64741-55-5[2], 64741-59-9[4], and 64741-77-1[3]. These fuel streams were considered analogous based on the sufficient similarity with the NCSs, as outlined in Appendix A. The acute and chronic ecotoxicity endpoints for fish, aquatic invertebrates, and algae for each of the four fuel stream analogues are listed in Table 8, with studies summarized in Appendix B.

| Table 8. Summary of Ecotoxicity Endpoint Data (ppm) for Analogous Fuel Streams (Tier 2) | | | | | |
|---|---|---|---|---|---|
| Endpoint | Source | CASRN: 64741-66-8 | CASRN: 64741-55-5 | CASRN: 64741-59-9 | CASRN: 64741-77-1 |
| Fish 96-h $LC_{50}$ | Experimentally-derived | **0.305** | 4.1 | >0.21 | >0.54 |
| Aquatic Invertebrate 48-h $EC_{50}$ | Experimentally-derived | 0.556 | **1.4** | 0.45 | 1 |
| Algae 96-h $EC_{50}$ | Experimentally-derived | 0.741 | 4.6 | **0.22** | **0.51** |
| Fish ChV | ACR 10 | **0.031** | 0.41 | **0.031***  | **0.031*** |
| Aquatic Invertebrate ChV | Experimentally-derived | 0.052 | **0.17** | 0.053 | >0.13** |
| Algae ChV | ACR 4 | 0.185 | 1.15 | 0.055 | 0.128 |

**Bold** indicates the endpoints used for acute and chronic COC determination

---

[3]U.S. Environmental Protection Agency Hazard Characterization Document: Screening-Level Hazard Characterization of Gasoline Blending Streams Category (December, 2011).
[4]The American Petroleum Institute (API) Petroleum HPV Testing Group: Gas Oils Category Analysis Document and Hazard Characterization (Consortium #1100997) submitted to the EPA (October, 2012).

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

ChV= chronic value as defined by the geometric mean of the lowest observed effect concentration (LOEC) and the no observed effect concentration (NOEC), unless an ACR was used
ACR= acute to chronic ratio
*ACRs are not applied to NOEC values from acute tests; most toxic endpoint of the 81 petroleum refinery streams in the gasoline blending streams category[1]
**Measured 21-day LOEC is >0.13 ppm

When Tier 2 information was not available, NCSs were assessed using the predicted toxicity of the individual constituents and the Toxic Unit (TU) approach. Fuel-stream mixtures are comprised of hydrocarbons, which are classified as neutral organic compounds that assert toxicity via non-polar narcosis. Because hydrocarbons share this common, additive toxic mode of action, the toxicity of fuel-stream mixtures is assumed to result from the additive contribution of each constituent (Capuzzo 1987, Di Toro and McGrath 2000, Barata et al. 2005, McGrath et al. 2005, Redman et al. 2012)[5]. The TU approach is a hazard index that characterizes mixture toxicity by combining the toxic contributions of the individual constituents (described in detail in Appendix D).

The application of TUs to the nine remaining fuel stream NCSs required detailed information describing the constituents of each submission. Four of the nine NCSs assessed with Tier 3 test data (P-21-0160, P-21-0161, P-21-0162, and P-21-0163) were submitted with ≥ 93% of the fuel stream hydrocarbon constituents identified, according to the Chemistry report (10-18-21). The toxicities of the identified constituents were characterized using modeled data from the Ecological Structure Activity Relationships (ECOSAR) Predictive Model (https://www.epa.gov/tsca- screening-tools/ecological-structure-activity-relationships-ecosar-predictive-model); specifically the QSAR for neutral organics. The full list of acute and chronic ecotoxicity endpoints for fish, aquatic invertebrates, and algae (for each constituent) can be found in Table E-1 (Appendix E). The TUs based on 1 ppm total fuel-stream concentration were used to estimate acute and chronic ecotoxicity endpoints for each NCS using the equations in Appendix D. Table 9 contains the summarized information for the most sensitive organism[6] used in the hazard assessment of these four NCSs (P-21-0160, P-21-0161, P-21-0162, and P-21-0163), while Table E-3 (Appendix E) provides the ecotoxicity endpoints for all taxa of interest.

Fuel-stream constituents were not identified to the chemical level for the remaining five NCSs (P-21-0144, P-21-0152, P-21-0153, P-21-0154, and P-21-0157); therefore, TUs were calculated using representative constituents for each class that were within the range of the physical properties of each NCS. The process for selecting these representative constituents is summarized in more detail in Appendix D. Briefly, the log $K_{OW}$ limits used to determine representative constituents were consistent with observed effects of neutral organic chemicals in additive mixtures; constituents with log $K_{OW} < 7.0$ were used for acute effects, while chronic effects used constituents with log $K_{OW} < 8.0$. The toxicities of the identified constituents within these limits, and within the properties of the specific fuel-stream (carbon range, PIONA class, etc.), were characterized using modeled data from ECOSAR. The most toxic constituents were selected as representatives for each PIONA class (or subclass) fraction that was indicated in the Chemistry report. Although this approach provided an inherently conservative

---

[5] Full citations for references are after Appendix D.
[6] Most sensitive organism is determined by the lowest COCs following downstream calculation and application of assessment factors for the neutral organics chemical class.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

Page **29** of **203**
NOT PART OF THE ADMINISTRATIVE RECORD                                    NR0001182

estimate of mixture toxicity, this worst-case scenario approach is necessary to avoid underestimating mixture effects when the identities of the constituents are unknown.

The acute and chronic ecotoxicity endpoints for fish, aquatic invertebrates, and algae for the representative constituents used in the hazard assessment of these five NCSs (P-21-0144, P-21-0152, P-21-0153, P-21-0153, and P-21-0154) are listed in Table E-2 (Appendix E). As before, the TUs were calculated for each fuel-stream NCS and used to estimate the acute and chronic ecotoxicity endpoints for all taxa of interest (Table E-3, Appendix E). Table 10 contains the summarized information for the most sensitive organism used in the hazard assessment of these five NCSs.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

**Table 9. Summarized Environmental Hazard Assessments for Fuel-Stream NCSs that Used Detailed Chemical Composition and the Toxic Unit Approach**

| NCS | Class[A]-stream fraction | Chemical name CASRN | Chemical fraction | Acute Toxicity | | | Chronic Toxicity | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Endpoint[B] (ppm) | TUs[C] at 1 ppm | TU Endpoint[D] (ppm) | Endpoint[B] (ppm) | TUs[C] at 1 ppm | TU Endpoint[D] (ppm) |
| P-21-0160 | | | | 14.82 | 0.00675 | | 1.56 | 0.0640 | |
| | | | | 17.13 | 0.02218 | | 1.77 | 0.2142 | |
| | | | | 8.06 | 0.00744 | | 0.95 | 0.0634 | |
| | | | | 18.73 | 0.02136 | | 1.91 | 0.2097 | |
| | | | | 10.36 | 0.00193 | | 1.17 | 0.0170 | |
| | | | | | 0.05966 | **16.76** | - | 0.5683 | **1.76** |
| P-21-0161 | | | | 14.82 | 0.01215 | | 1.56 | 0.1151 | |
| | | | | 17.13 | 0.03794 | | 1.77 | 0.3665 | |
| | | | | 8.06 | 0.00744 | | 0.95 | 0.0634 | |
| | | | | 18.73 | 0.00214 | | 1.91 | 0.0210 | |
| | | | | | 0.05966 | **16.76** | | 0.5660 | **1.77** |
| P-21-0162 | | | | 6.97 | 0.0330 | | 0.83 | 0.2757 | |
| | | | | 14.82 | 0.0121 | | 1.56 | 0.1151 | |
| | | | | 3.65 | 0.0795 | | 0.49 | 0.5965 | |
| | | | | 8.06 | 0.0335 | | 0.95 | 0.2852 | |
| | | | | | 0.1581 | **6.32** | | 1.2725 | **0.79** |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| NCS | Class[A]-stream fraction | Chemical name CASRN | Chemical fraction | Acute Toxicity | | | Chronic Toxicity | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Endpoint[B] (ppm) | TUs[C] at 1 ppm | TU Endpoint[D] (ppm) | Endpoint[B] (ppm) | TUs[C] at 1 ppm | TU Endpoint[D] (ppm) |
| P-21-0163 | ███ | ███ | ███ | 14.817746 | 0.03644 | | 1.56 | 0.3454 | |
| | | | | 6.971164 | 0.00717 | | 0.83 | 0.0599 | |
| | | | | 17.133465 | 0.01634 | | 1.77 | 0.1579 | |
| | | | | 8.060612 | 0.01117 | | 0.95 | 0.0951 | |
| | | | | | 0.07112 | **14.06** | | 0.6583 | **1.52** |

[A]Class refers to the PIONA class (P= paraffin, I= isoparaffin, O= olefins, N= naphthenic, A= aromatic);
[B]The endpoint for fish, aquatic invertebrate, or algae that resulted in the lowest COC following application of assessment factors;
[C] Toxic Units = (Chemical fraction * 1 ppm)/ endpoint;
[D] The predicted endpoint using the respective TUs (= 1/ total TU @ 1ppm)
**BOLD** indicates the predicted total fuel stream endpoint used for COC determination

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| NCS | Class[A] stream fraction | Subclass[B] stream fraction | Acute | | | | Chronic | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Chemical[C] CASRN/SMILES | Endpoint[D] (ppm) | TUs[E] at 1 ppm | TU Endpoint[F] (ppm) | Chemical[C] CASRN/SMILES | Endpoint[D] (ppm) | TUs[E] at 1 ppm | TU Endpoint[F] (ppm) |
| P-21-0144 | | | | 0.26 | 0.156 | | | 0.001 | 28.57 | |
| | | | | 0.29 | 0.612 | | | 0.004 | 45.56 | |
| | | | | 0.69 | 0.087 | | | 0.123 | 0.49 | |
| | | | | 0.36 | 0.333 | | | 0.002 | 59.73 | |
| | | | | 0.56 | 1.070 | | | 0.101 | 5.97 | |
| | | | | - | 2.257 | **0.443** | | - | 140.32 | **0.007** |
| P-21-0152 | | | No toxicity predicted; minimum log $K_{OW}$ > 7 | | | | No toxicity predicted; minimum log $K_{OW}$ > 8 | | | |
| | | | | 0.007 | 73.24 | | | 0.0002 | 2095.91 | |
| | | | | 0.015 | 27.31 | | | 0.0027 | 147.12 | |
| | | | | | 100.55 | **0.010** | | | 2243.02 | **0.0004** |
| P-21-0153 | | | No toxicity predicted; minimum log $K_{OW}$ > 7 | | | | No toxicity predicted; minimum log $K_{OW}$ > 8 | | | |
| | | | No toxicity contribution; minimum log $K_{OW}$ > 7 | | | | | 0.0002 | 1884.06 | |
| | | | | 0.020 | 7.50 | | | 0.0004 | 384.62 | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| NCS | Class[A] stream fraction | Subclass[B] stream fraction | Acute | | | | Chronic | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Chemical[C] CASRN/SMILES | Endpoint[D] (ppm) | TUs[E] at 1 ppm | TU Endpoint[F] (ppm) | Chemical CASRN/SMILES | Endpoint[D] (ppm) | TUs[E] at 1 ppm | TU Endpoint[F] (ppm) |
| | ██████ | ██████ | ██████ | 0.073 | 0.41 | | ██████ | 0.0004 | 81.43 | |
| | | | | 0.014 | 2.14 | | | 0.0002 | 150.0 | |
| | | | | | 10.05 | **0.099** | | | 2500.1 | **0.0004** |
| | | | | No toxicity predicted; minimum log $K_{OW}$ > 7 | | | | No toxicity predicted; minimum log $K_{OW}$ > 8 | | |
| | | | | 0.015 | 15.11 | | | 0.0002 | 1381.64 | |
| | | | | 0.092 | 1.30 | | | 0.0002 | 624.38 | |
| P-21-0154 | | | | 0.155 | 0.52 | | | 0.0004 | 220.69 | |
| | | | | 0.026 | 1.51 | | | 0.0004 | 108.57 | |
| | | | | 0.083 | 2.40 | | | 0.0002 | 1143.88 | |
| | | | | 0.308 | 0.32 | | | 0.0003 | 357.53 | |
| | | | | 0.809 | 0.04 | | | 0.0002 | 125.75 | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001187

| NCS | Class[A] stream fraction | Subclass[B] stream fraction | Acute | | | | Chronic | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Chemical[C] CASRN/SMILES | Endpoint[D] (ppm) | TUs[E] at 1 ppm | TU Endpoint[F] (ppm) | Chemical[C] CASRN/SMILES | Endpoint[D] (ppm) | TUs[E] at 1 ppm | TU Endpoint[F] (ppm) |
| | ■ | ■ | ■ | 0.289 | 0.07 | | ■ | 0.0069 | 2.90 | |
| | | | | | | 21.27 **0.047** | | | 3965.35 | **0.0003** |
| P-21-0157 | ■ | ■ | ■ | | No toxicity predicted; minimum log $K_{OW}$ > 7 | | ■ | 0.0002 | 986.66 | |
| | | | | 0.064 | 3.13 | | | 0.0008 | 241.42 | |
| | | | | 0.406 | 0.49 | | | 0.0004 | 511.24 | |
| | | | | 0.156 | 0.96 | | | 0.0004 | 413.79 | |
| | | | | 0.315 | 0.48 | | | 0.0002 | 861.93 | |
| | | | | 0.308 | 0.06 | | | 0.0003 | 62.18 | |
| | | | | | 5.12 | **0.195** | | | 3015.03 | **0.0003** |

[A] Class refers to the PIONA class (P= paraffin, I= isoparaffin, O= olefins, N= naphthenic, A= aromatic);
[B] The highest resolution constituent information listed in the chemistry report;
[C] The representative chemical with the highest toxicity in each subclass;
[D] The endpoint for fish, aquatic invertebrate, or algae that resulted in the lowest COC following application of assessment factors;
[E] Toxic Units = (Chemical fraction * 1 ppm )/ endpoint;
[F] The predicted endpoint using the respective TUs (= 1/ total TU @ 1ppm);

 ■ was used to represent the aromatics, because it was the most toxic listed, and only ■ % of aromatics were accounted for (none listed above ■ %)

**BOLD** indicates the predicted total fuel stream endpoint used for COC determination

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

The estimated ecotoxicity endpoints for the 18 fuel-stream mixtures included in this report are summarized in Table E-3 (Appendix E). Nine NCSs used Tier 2 analogous fuel streams (Table 11), and nine NCSs used Tier 3 constituent-based information and toxic units (Table 12) to assess acute and chronic environmental hazard. The lowest acute and chronic toxicity endpoints for each NCS were used to determine the environmental hazard and calculate the acute and chronic COCs. The lowest estimated acute toxicity endpoints for each NCS were all between 0.005 and 16.76 ppm, while chronic toxicity endpoints were all between 0.0003 and 1.77 ppm. As per established EPA/OPPT methods, the application of assessment factors of 4 (algae) or 5 (fish and aquatic invertebrates) to the acute toxicity values results in acute COCs between 0.002 ppm (2 ppb) and 3.352 ppm (3352 ppb). As per established EPA/OPPT methods, application of an assessment factor of 10 to chronic toxicity values (*i.e.,* ChV) results in chronic COCs between 0.00003 ppm (0.03 ppb) and 0.177 ppm (177 ppb). The acute and chronic aquatic toxicity endpoints indicate that the NCSs are expected to range from moderate to high environmental hazard.

**Table 11. Hazard Rating and Associated COCs for NCSs Assessed with Tier 2 Analogous Fuel Streams**

| NCS | Analogue[A] CASRN(s) | Acute | | | | Chronic | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | End-point[B] (ppm) | Hazard Rating[C] | AF | COC (ppb) | End-point[B] (ppm) | Hazard Rating[C] | AF | COC (ppb) |
| P-21-0147 P-21-0148 P-21-0150 | 64741-55-5 | 1.4 | 2 | 5 | 280 | 0.17 | 2 | 10 | 17 |
| P-21-0145 P-21-0146 P-21-0149 | 64741-66-8 | 0.305 | 3 | 5 | 61 | 0.031 | 3 | 10 | 3 |
| P-21-0158 | 64741-77-1 & 64741-66-8[D] | 0.510 | 3 | 4 | 128 | 0.031 | 3 | 10 | 3 |
| P-21-0155 P-21-0156 | 64741-59-9& 64741-66-8[D] | 0.220 | 3 | 4 | 55 | 0.031 | 3 | 10 | 3 |

[A]Refers to the fuel stream analogue (Tier 2) used for assessment
[B] The endpoint for fish, aquatic invertebrate, or algae that resulted in the lowest COC following application of assessment factors;
[C]Hazard Rating: 1 = Low, 2 = Moderate, 3 = High
[D]Most toxic endpoint (fish chronic value) of the 81 petroleum refinery streams in the gasoline blending streams category[7];
AF= Assessment Factor (acute fish and aquatic invertebrate =5, acute algae = 4, all chronic = 10);
COC= Concentration of Concern

---

[7]U.S. Environmental Protection Agency Hazard Characterization Document: Screening-Level Hazard Characterization of Gasoline Blending Streams Category (December, 2011).

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

**Table 12. Hazard Rating and Associated COCs for NCSs Assessed with Tier 3 Composition Data and Toxic Units**

| NCS | Stream % used for TUs[A] | Acute | | | | Chronic | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | End-point[B] (ppm) | Hazard Rating[C] | AF | COC (ppb) | End-point[B] (ppm) | Hazard Rating[C] | AF | COC (ppb) |
| P-21-0144 | 100% | 0.443 | 3 | 5 | 89 | 0.007 | 3 | 10 | 0.7 |
| P-21-0152 | 94% | 0.010 | 3 | 5 | 2 | 0.0004 | 3 | 10 | 0.04 |
| P-21-0153 | 97% | 0.099 | 3 | 5 | 20 | 0.0004 | 3 | 10 | 0.04 |
| P-21-0154 | 97% | 0.047 | 3 | 5 | 9 | 0.0003 | 3 | 10 | 0.03 |
| P-21-0157 | 95% | 0.195 | 3 | 5 | 39 | 0.0003 | 3 | 10 | 0.03 |
| P-21-0160 | 96% | 16.76 | 2 | 5 | 3352 | 1.76 | 2 | 10 | 176 |
| P-21-0161 | 93% | 16.76 | 2 | 5 | 3352 | 1.77 | 2 | 10 | 177 |
| P-21-0162 | 97% | 6.324 | 2 | 5 | 1265 | 0.79 | 2 | 10 | 79 |
| P-21-0163 | 96% | 14.06 | 2 | 5 | 2812 | 1.52 | 2 | 10 | 152 |

[A]The percent of the fuel stream NCS that was identified and used for toxic unit calculation
[B]The endpoint for fish, aquatic invertebrate, or algae that resulted in the lowest COC following application of assessment factors;
[C]Hazard Rating: 1 = Low, 2 = Moderate, 3 = High
AF= Assessment Factor (acute fish and aquatic invertebrate =5, acute algae = 4, all chronic = 10)
COC= Concentration of Concern

# 5  HUMAN HEALTH HAZARD AND DOSE-RESPONSE ASSESSMENT

## 5.1  Background to Human Health Hazard Assessment

US EPA considered available information on absorption, structural alerts and chemical categories, SDS data, and exposure routes to inform the human health hazard assessment of the NCSs.

### 5.1.1  Absorption

Absorption of the NCSs through the skin, gastrointestinal tract, and lungs was estimated based on physical/chemical properties (form, molecular weight, water solubility, log P partition coefficient, and vapor pressure). Table 13 shows the qualitative absorption estimates.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

| Table 13. Qualitative Estimates of Absorption of New Chemical Substances based on Physical-Chemical Properties | | | |
|---|---|---|---|
| **Case** | **Skin**[a] | **Gastrointestinal Tract** | **Lungs** |
| P-21-0144 | Good | Good | Poor |
| P-21-0145 | Moderate | Moderate | Poor |
| P-21-0146 | Moderate | Moderate | Poor |
| P-21-0147 | Good | Good | Poor |
| P-21-0148 | Moderate | Moderate | Poor |
| P-21-0149 | Moderate | Moderate | Poor |
| P-21-0150 | Moderate | Moderate | Poor |
| P-21-0152 | Moderate | Nil | Nil |
| P-21-0153 | Moderate | Nil | Nil |
| P-21-0154 | Moderate | Nil | Nil |
| P-21-0155 | Moderate | Moderate | Poor |
| P-21-0156 | Moderate | Moderate | Poor |
| P-21-0157 | Moderate | Moderate | Poor |
| P-21-0158 | Moderate | Moderate | Poor |
| P-21-0160 | Nil | Nil | Poor |
| P-21-0161 | Nil | Nil | Poor |
| P-21-0162 | Nil | Nil | Poor |
| P-21-0163 | Nil | Nil | Poor |

[a]Skin irritation is expected to increase dermal uptake for all cases with the exception of P-21-0160-0163, which are gases when neat.

### 5.1.2   Structural Alerts
Hydrocarbons

### 5.1.3   Human Health Category (From US EPA 2010 document)
Not applicable.

### 5.1.4   OECD QSAR Toolbox
The NCSs were not analyzed using the OECD QSAR Toolbox because they are complex mixtures and outside the domain of applicability of the software.

### 5.1.5   SDS Data
The submitted SDSs are for formulations containing the new chemical substance at ███ % weight of the mixture.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

### 5.1.6 Other Information

None

### 5.1.7 Exposure Routes of Interest

Exposure to the NCSs is expected to occur through all routes (inhalation, dermal, and ingestion) based on physical/chemical properties, environmental fate, and engineering assessments.

## 5.2 Human Health Hazard Information

Hazards of the NCSs were identified based on Tier 2 analogous mixtures and Tier 3 representative constituents (see Appendix A for description of Tiers) and based on physical/chemical properties and structure. For the NCSs, EPA identified the hazards shown in Table 14. Refer to Appendix F for the toxicological information supporting the evaluation of human health hazards.

**Table 14. Summary of Hazard Concerns for Waste Plastics (P-21-0144-0150, P-21-0152-0153)**

| Hazard Category | | P-21-0144 | P-21-0145 | P-21-0146 | P-21-0147 | P-21-0148 | P-21-0149 | P-21-0150 | P-21-0152 | P-21-0153 |
|---|---|---|---|---|---|---|---|---|---|---|
| Irritation | Eye | x | x | x | x | x | x | x | | x |
| | Skin | x | x | x | x | x | x | x | x | x |
| | Respiratory | x | x | x | x | x | x | x | x | x |
| Acute Toxicity | | x | x | x | x | x | x | | | |
| Developmental Toxicity | | x | x | x | x | x | x | x | x | x |
| Reproductive Toxicity | | x | | | x | x | | x | x | x |
| Systemic Toxicity | Neurotoxicity | x | x | x | x | x | x | x | x | |
| | Body weight | x | x | x | x | x | x | x | x | x |
| | Liver | x | x | x | x | x | | x | x | x |
| | Kidney | x | x | x | x | x | x | x | | x |
| | Blood | x | | x | x | x | x | x | x | x |
| | Spleen | x | x | x | | | | x | | x |
| | Other | lung | | lung | adrenal, thyroid | | | adrenal, thyroid | lung, thymus, | heart, pituitary, thymus, thyroid, para-thyroid |
| Portal of Entry | Oral | x | x | x | | | | x | | |
| | Inhalation | | | x | x | | | x | | |
| Aspiration Hazard | | x | x | x | x | x | x | x | x | x |
| Genetic Toxicity | | x | | x | x | x | | x | x | x |
| Carcinogenicity | | x | | x | x | x | | x | x | x |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

■■■■■■■■■

| Table 14 (Cont'd). Summary of Hazard Concerns for Waste Plastics (P-21-0154-0158, P-21-0160-0163) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hazard Category | | P-21-0154 | P-21-0155 | P-21-0156 | P-21-0157 | P-21-0158 | P-21-0160 | P-21-0161 | P-21-0162 | P-21-0163 |
| Irritation | Eye | | x | x | | x | x | x | x | x |
| | Skin | x | x | x | x | x | x | x | | |
| | Respiratory | x | x | x | x | x | x | x | x | x |
| Acute Toxicity | | | x | x | | | | | | |
| Developmental Toxicity | | x | x | x | x | | | | x | x |
| Reproductive Toxicity | | x | x | x | | x | | | | |
| Systemic Toxicity | Neurotoxicity | x | x | x | x | x | | | x | x |
| | Body weight | x | x | x | x | x | x | x | x | x |
| | Liver | x | x | x | x | x | | | x | x |
| | Kidney | x | x | x | x | x | x | x | x | x |
| | Blood | x | x | x | x | x | x | x | x | x |
| | Spleen | | x | x | | x | | | | |
| | Other | lung, thymus | adrenal, lung, thymus | adrenal, lung, thymus | lung, thymus | adrenal, lung | | | | |
| Portal of Entry | Oral | | x | x | | x | | | | |
| | Inhalation | x | x | x | x | x | x | x | x | x |
| Aspiration Hazard | | x | x | x | x | x | x | x | x | x |
| Genetic Toxicity | | x | x | x | x | x | | | | |
| Carcinogenicity | | x | x | x | x | x | x | x | x | x |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

## 5.3  Human Health Dose-Response Information: Selected Points of Departure (POD) and Basis

No human health hazard data were submitted for any of the 18 NCSs(Tier 1). NCD estimated the human health hazard of the NCSs based on estimated physical/chemical properties, by comparing it to compositionally analogous mixtures (Tier 2) for which there are information on human health hazard, using available human hazard information on representative constituents (Tier 3) of the new chemical substance, and other structural information.

The only composition information provided for each of the new chemical substance mixtures was the carbon range and the identification of a petroleum equivalent analogue for which carbon range and PIONA composition were available. Based on the carbon ranges of the NCSs and their petroleum equivalents, the PIONA composition of the petroleum equivalent, and available information on typical constituents of the petroleum equivalent (see Table 2), representative constituents of the NCS mixtures were identified for each PIONA class present in the mixture. Using a database of petroleum constituent PODs (see Appendix F), constituents of each PIONA class that are in the carbon range of the new chemical substance were identified. Hazards of the new chemical substance were identified based on information for the Tier 2 analogous mixtures and Tier 3 representative constituents.

For each exposure route, non-cancer risks of the new chemical substance were estimated using two approaches: 1) using the POD for the petroleum equivalent analogue (if available) or another analogous mixture; and 2) using the worst-case constituent[8] POD. These PODs provide complementary estimates of risk that are intended to address interaction effects of mixtures as well as data gaps in the endpoints evaluated in studies of mixtures. The combination of approaches is expected to be protective for hazards identified for the analogous mixtures and those identified for representative constituents of the new chemical substance. If no suitable analogous mixtures were identified for a specific exposure route, then the risks were based on the worst-case constituent. Similarly, for each exposure route, cancer risks were estimated using a POD for Tier 2 analogous mixture (if available) or the worst-case representative constituent (representative constituent with the highest cancer slope factor or inhalation unit risk).

**<u>Non-cancer:</u>**

Table 15 shows the Tier 2 analogous mixture(s) and Tier 3 worst-case constituents selected for each exposure route. Tables 16 through 18 show the non-cancer oral, inhalation, and dermal PODs for the analogous mixtures and worst-case constituents.

---

[8]The worst case constituent was the constituent with the lowest value obtained by dividing each POD (or its NOAEL-equivalent if the POD is a LOAEL) by the fraction represented by that PIONA class.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

| | Table 15. Summary of Tier 2 Analogous Mixtures and Tier 3 Worst-Case Constituents Used for Non-cancer PODs | | | | | | |
|---|---|---|---|---|---|---|---|
| Case number | P-21-0144 | P-21-0145 | P-21-0146 | P-21-0147 | P-21-0148 | P-21-0149 | P-21-0150 |
| Petroleum equivalent | 64741-54-4 | 64741-65-7 | 68527-27-5 | 64742-48-9 | 64741-55-5 | 64741-66-8 | 64742-49-0 |
| | Basis for Oral POD | | | | | | |
| Tier 2 Analogous Mixture | 64741-54-4* | 64741-66-8 | 64741-66-8 | 64742-48-9* | 64741-55-5* | 64741-66-8* | None identified |
| Tier 3 Worst-Case Constituent | 1,2,4-trimethyl benzene | n-nonane[a] | n-nonane | benzene | benzene | 2-methyl pentane | n-nonane |
| | Basis for Inhalation POD | | | | | | |
| Tier 2 Analogous Mixture | 64741-68-0 | 64741-66-8 | 64741-66-8 | 64741-41-9 | 64741-55-5* | 64741-66-8* | 64741-41-9 |
| Tier 3 Worst-Case Constituent | dicyclopenta diene | dicyclopenta diene[a] | 1-methyl naphthalene[b] | benzene | dicyclopenta diene | 2-methyl pentane | benzene |
| | Basis for Dermal POD | | | | | | |
| Tier 2 Analogous Mixture | 64741-68-0 | 64741-66-8 | 64741-66-8 | 64741-78-2 | 64741-55-5* | 64741-66-8* | 64741-78-2 |

*Indicates Tier 2 analogous mixture produced concurrently with the new chemical substance.
[a] The new chemical substance is expected to contain a nonzero percentage of one or more PIONA classes for which no representative constituent in the carbon range of the new chemical substance with a POD for the specified route was identified. Therefore, the worst-case for this route was selected using only the representative constituents identified for remaining classes and the corresponding percentages for these classes. In the absence of a representative constituent for one or more PIONA classes present in the new chemical substance, the selection of this representative constituent as the worst-case for this route is associated with additional uncertainty.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001196

| Table 15 (Cont'd). Summary of Tier 2 Analogous Mixtures and Tier 3 Worst-Case Constituents Used for Non-cancer PODs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case number | P-21-0152 | P-21-0153 | P-21-0154 | P-21-0155 | P-21-0156 | P-21-0157 | P-21-0158 |
| Petroleum equivalent | 64741-62-4 | 64741-76-0 | 64742-59-2 | 64741-59-9 | 64742-38-7 | 64742-46-7 | 64742-47-8 |
| *Basis for Oral POD* | | | | | | | |
| Tier 2 Analogous Mixture | None identified | White mineral oil | None identified | None identified | None identified | None identified | 64742-47-8* |
| Tier 3 Worst-Case Constituent | benzo[a] pyrene[a] | None identified | pyrene[a] | 1,2,4-trimethyl benzene | 1,2,4-trimethyl benzene | 2-methyl naphthalene[a] | 1,2,4-trimethyl benzene[a] |
| *Basis for Inhalation POD* | | | | | | | |
| Tier 2 Analogous Mixture | None identified | None identified | None identified | None identified | None identified | None identified | 64742-47-8* |
| Tier 3 Worst-Case Constituent | benzo[a] pyrene[a] | None identified | benzo[a] pyrene[a] | 1-methyl naphthalene | 1-methyl naphthalene | 1-methyl naphthalene[a] | 1-methyl naphthalene[a] |
| *Basis for Dermal POD* | | | | | | | |
| Tier 2 Analogous Mixture | 64741-62-4* | 64742-05-8 | 64741-62-4 | 64741-59-9* | 64741-59-9* | 68334-30-5 | None identified |

*Indicates Tier 2 analogous mixture produced concurrently with the new chemical substance.
[a] The new chemical substance is expected to contain a nonzero percentage of one or more PIONA classes for which no representative constituent in the carbon range of the new chemical substance with a POD for the specified route was identified. Therefore, the worst-case for this route was selected using only the representative constituents identified for remaining classes and the corresponding percentages for these classes. In the absence of a representative constituent for one or more PIONA classes present in the new chemical substance, the selection of this representative constituent as the worst-case for this route is associated with additional uncertainty.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001197

| Table 15 (Cont'd). Summary of Tier 2 Analogous Mixtures and Tier 3 Worst-Case Constituents Used for Non-cancer PODs | | | | |
|---|---|---|---|---|
| **Case number** | **P-21-0160** | **P-21-0161** | **P-21-0162** | **P-21-0163** |
| **Petroleum equivalent** | **68477-85-0** | **68783-64-2** | **68478-12-6** | **68478-32-0** |
| *Basis for Oral POD* | | | | |
| Tier 2 Analogous Mixture | None identified | None identified | None identified | None identified |
| Tier 3 Worst-Case Constituent | 1,3-pentadiene[a] | 1,3-pentadiene[a] | 2-methylpentane | 2-methylpentane |
| *Basis for Inhalation POD* | | | | |
| Tier 2 Analogous Mixture | isobutane/2-methylbutane mixture (50:50) | isobutane/2-methylbutane mixture (50:50) | Commercial hexane | Commercial hexane |
| Tier 3 Worst-Case Constituent | 2-methyl propene[a] | 2-methyl propene[a] | 2-methyl pentane | 2-methylpentane |
| *Basis for Dermal POD* | | | | |
| Tier 2 Analogous Mixture | None identified | None identified | None identified | None identified |

*Indicates Tier 2 analogous mixture produced concurrently with the new chemical substance.
[a] The new chemical substance is expected to contain a nonzero percentage of one or more PIONA classes for which no representative constituent in the carbon range of the new chemical substance with a POD for the specified route was identified. Therefore, the worst-case for this route was selected using only the representative constituents identified for remaining classes and the corresponding percentages for these classes. In the absence of a representative constituent for one or more PIONA classes present in the new chemical substance, the selection of this representative constituent as the worst-case for this route is associated with additional uncertainty.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001198

| Table 16. Non-Cancer Oral PODs for Analogous Mixtures (Tier 2) and Worst Case Constituents (Tier 3) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mixture or Constituent (CASRN) | Tier | POD Type | POD (mg/kg/day) | POD Exposure Frequency (d/wk) | Adjusted POD (mg/kg/day) | Benchmark Margin of Exposure | Endpoint |
| 64741-54-4 | 2 | LOAEL | 500 | 5 | 357 | 1000 | Decreased body weight |
| 64741-55-5 | 2 | NOAEL | 500 | 5 | 357 | 100 | Decreased body weight |
| 64741-66-8 | 2 | LOAEL | 500 | 5 | 357 | 1000 | Mortality |
| 64742-47-8 | 2 | LOAEL | 500 | 5 | 357 | 1000 | Blood, liver, and kidney |
| 64742-48-9 | 2 | NOAEL | 5000 | 7 | 5000 | 100 | None |
| White mineral oil (no CASRN) | 2 | NOAEL | 870 | 7 | 870 | 10 | None |
| 1,2,4-Trimethylbenzene (95-63-6) | 3 | BMDL | 3.5 | 7 | 3.5 | 100 | Neurotoxicity |
| 2-Methylpentane (107-83-5) | 3 | LOAEL | 1000 | 7 | 1000 | 1000 | Neurotoxicity |
| Benzene (71-43-2) | 3 | BMDL | 1.2 | 7 | 1.2 | 10 | Hematological/ immune |
| n-Nonane (111-84-2) | 3 | BMDL | 3.13 | 7 | 3.13 | 100 | Portal-of-entry (oral) |
| Pyrene (129-00-0) | 3 | NOAEL | 75 | 7 | 75 | 100 | Kidney |
| Benzo[a]pyrene (50-32-8) | 3 | BMDL | 0.092 | 7 | 0.092 | 100 | Neurodevelopmental |
| 2-Methylnaphthalene (91-57-6) | 3 | BMDL | 3.5 | 7 | 3.5 | 100 | Pulmonary alveolar proteinosis |
| 1,3-Pentadiene (504-60-9) | 3 | NOEL | 100 | 7 | 100 | 100 | Transient decrease in maternal food intake |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

■■■■■■■■■

| Analogous Mixture or Worst Case Constituent (CASRN) | Tier | POD Type | POD (mg/m3) | POD Exposure Time (hr/d) | POD Exposure Frequency (hr/d) | Adjusted POD (mg/m3) | Benchmark Margin of Exposure | Endpoint |
|---|---|---|---|---|---|---|---|---|
| 64741-41-9 | 2 | NOAEC | 2370 | 6 | 5 | 423 | 100 | Liver, thyroid, decreased body weight |
| 64741-55-5 | 2 | NOAEC | 2200 | 6 | 5 | 411 | 100 | Developmental toxicity |
| 64741-66-8 | 2 | NOAEC | 24,300 | 6 | 5 | 4339 | 100 | None |
| 64741-68-0 | 2 | NOAEC | 2810 | 6 | 5 | 502 | 100 | Mortality and lung toxicity |
| 64742-47-8 | 2 | NOAEC | 100 | 6 | 5 | 18 | 100 | None |
| isobutane/2-methylbutane mixture (50:50) | 2 | NOAEC | 13,500 | 6 | 5 | 2411 | 100 | None |
| Commercial hexane (no CASRN) | 2 | NOAEC | 877 | 22 | 7 | 804 | 100 | Decreased body weight and neurotoxicity |
| 1-Methylnaphthalene (90-12-0) | 3 | LOAEC | 3 | 6 | 5 | 0.54 | 1000 | Nasal lesions |
| 2-Methylpentane (107-83-5) | 3 | LOAEC | 5300 | 9 | 5 | 1420 | 1000 | Decreased body weight |
| Dicyclopentadiene (77-73-6) | 3 | NOAEC | 0.97 | 24 | 7 | 0.97 | 100 | Kidney |
| Benzene (71-43-2) | 3 | BMCL | 8.2 | 24 | 7 | 8.2 | 10 | Decreased lymphocyte count |
| Benzo[a]pyrene (50-32-8) | 3 | LOAEC | 0.025 | 4 | 7 | 0.0042 | 1000 | Decreased embryo/fetal survival |
| 2-methylpropene (115-11-7) | 3 | NOAEC | 4589 | 6 | 5 | 819 | 100 | Nasopharyngeal histopathology changes |

Table 17. Non-cancer Inhalation PODs for Analogous Mixtures (Tier 2) and Worst Case Constituents (Tier 3)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

| Table 18. Non-cancer Dermal PODs for Analogous Mixtures (Tier 2) | | | | | |
|---|---|---|---|---|---|
| Analogous Mixture (CASRN) | POD Type | POD (mg/kg/day) | POD Exposure Frequency (d/wk) | Benchmark Margin of Exposure | Endpoint |
| 64741-55-5 | NOAEL | 300 | 5 | 100 | No systemic effects |
| 64741-59-9 | NOAEL | 25 | 5 | 100 | Thymus |
| 64741-66-8 | NOAEL | 2000 | 3 | 100 | No systemic effects |
| 64741-68-0 | NOAEL | 797 | 5 | 100 | No systemic effects |
| 64741-78-2 | NOAEL | 375 | 5 | 100 | No systemic effects |
| 64742-05-8 | LOAEL | 5 | 5 | 1000 | Hematological/ Immune |
| 64741-62-4 | NOAEL | 0.05 | 7 | 100 | Developmental and maternal body weight |
| 68334-30-5 | NOAEL | 50 | 7 | 100 | Maternal body weight and vocalizations |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001201

██████████████████████

**Cancer:**

EPA identified oral slope factors for four aromatic constituents (benzene, benzo(a)pyrene, 1,1-biphenyl, and 1-methylnaphthalene). Table 19 shows the available oral cancer slope factors.

| Table 19. Cancer Oral Slope Factors (OSFs) for Constituents (Tier 3) | | | | | |
|---|---|---|---|---|---|
| Constituent (CASRN) | PIONA Class | Carbon Number | No. Aromatic Rings | OSF (per mg/kg/d) | Reference |
| Benzene (71-43-2) | A | C6 | 1 | 0.055 | IRIS |
| Benzo(a)pyrene (50-32-8) | A | C20 | 5 | 1 | IRIS |
| 1,1-Biphenyl (92-52-4) | A | C12 | 2 | 0.008 | IRIS |
| 1-Methylnaphthalene (90-12-0) | A | C11 | 2 | 0.029 | PPRTV |

For oral cancer risk assessment, there were no Tier 2 analogous mixtures with oral slope factors, so Tier 3 constituents were used where applicable. For P-21-0144, 0147, 0148, and 0150, benzene is expected to be present at low concentrations (██ to ██ of the mixture; see Table 2). For these cases, the benzene OSF was used to assess the oral cancer risk associated with the fraction of the mixture represented by benzene.

As shown in Table 2, P-21-0155, 0156, 0157, and 0158 are not expected to contain benzene, but are expected to contain other 1-ring and 2-ring aromatics (all cases) and 3-ring aromatics (P-21-0155). There are two oral slope factors for 2-ring aromatics and none for 3-ring aromatics (or for 1-ring aromatics other than benzene). The oral slope factor for 1-methylnaphthalene is higher and therefore more conservative, so it was chosen as the basis for oral cancer risk assessment for mixtures like P-21-0146, 0155, 0156, 0157, and 0158 that are expected to include 2-ring aromatics in the C11-12 carbon range. Therefore, for these cases, the oral slope factor for 1-methylnaphthalene was used to assess the cancer risk associated with the expected fraction of 2-ring aromatic compounds in the NCSs (██ to ██ see Table 2).

P-21-0146 is expected to contain up to ████████████ compounds. Based on the carbon range for this new chemical substance (C7-C12; see Table 1), it would not contain benzene (C6) but could contain 1-methylnaphthalene (C11); thus, the OSF for 1-methylnaphthalene was used to assess the cancer risk associated with the aromatic fraction.

P-21-0152 is not expected to contain ██████ but is expected to contain ██ ████ compounds and ████████ compounds. There are no oral slope factors for 3- or 4-ring aromatic compounds. However, EPA's (1993) Provisional Guidance for Quantitative Risk Assessment of Polycyclic Aromatic Hydrocarbons shows relative potency factors (RPFs) for two ███████████████████████████████████████████. No RPFs for 3-ring aromatics are available in the EPA (1993) document. The RPFs are combined with the slope factor or inhalation unit risk for benzo(a)pyrene (EPA 2017) to assess cancer risk. For P-21-0152, the RPF

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD         NR0001202

████████████████████

for benz(a)anthracene (the more conservative of the RPFs for 4-ring aromatics) was used with the oral slope factor for benzo(a)pyrene to assess cancer risk from oral exposure.

P-21-0154 is not expected to contain benzene but is expected to contain other 1-ring aromatics as well as 2-, 3-, and 4-ring aromatics. For this case, the OSF for 1-methylnaphthalene was used to assess cancer risk for the 2-ring aromatic fraction, and the OSF for benzo(a)pyrene was used with the RPF for benz(a)anthracene to assess cancer risk for the 4-ring aromatic fraction. No OSF is available for a representative 3-ring aromatic.

For the remaining cases (P-21-0145, 0148, 153, 0160, 0161, 0162, and 0133) oral cancer risk was not assessed due to the lack of Tier 2 analogous mixtures or Tier 3 constituents with quantitative cancer information.

EPA identified inhalation unit risks (IURs) for two petroleum mixtures (commercial hexane and Stoddard Solvent IIC) and two aromatic constituents (benzene and benzo(a)pyrene), as shown in Table 20.

| Table 20. Cancer Inhalation Unit Risks (IURs) for Analogous Mixtures (Tier 2) and Constituents (Tier 3) | | | | | |
|---|---|---|---|---|---|
| Analogous Mixture or Constituent (CASRN) | Tier | PIONA Class(es) | Carbon Number | IUR (per µg/m3) | Reference |
| Commercial hexane (no CASRN) | 2 | PIN | C6 | 2.00E-07 | PPRTV |
| Stoddard Solvent IIC (64742-88-7) | 2 | PIN | C10-C13 | 4.50E-06 | PPRTV |
| Benzene (71-43-2) | 3 | A | C6 | 7.80E-06 | IRIS |
| Benzo(a)pyrene (50-32-8) | 3 | A | C20 | 6.00E-04 | IRIS |

No quantitative estimates of cancer risk via dermal exposure were identified.

For inhalation cancer risk assessment, the IUR for commercial hexane or Stoddard Solvent IIC was used when one of these mixtures was identified as a Tier 2 analogue for the new chemical substance. For the following cases, inhalation cancer risks were evaluated using one of these mixtures: P-21-0147, 0150, and 0158. For the remaining cases, neither mixture was considered analogous. For P-21-0144 and 0148, benzene is expected to be present at low concentrations (█████ of the mixture; see Table 2). For these cases, the benzene IUR was used to assess the cancer risk associated with the fraction of the mixture represented by benzene.

P-21-0152 is not expected to contain benzene but is expected to contain ████████████ compounds and ████████████████ compounds. There are no inhalation unit risks for 3- or 4-ring aromatic compounds. Similar to the approach described above for oral cancer assessment of this new chemical substance, the RPF for benz(a)anthracene was used with the inhalation unit risk for benzo(a)pyrene to assess cancer risk from inhalation exposure to P-21-0152.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████████████

For the remaining cases (P-21-0145, 0146, 149, 0153, 0155, 0156, 0157, 0160, 0161, 0162, and 0163) inhalation cancer risk was not assessed due to the lack of Tier 2 analogous mixtures or Tier 3 constituents with quantitative cancer information.

Table 21 summarizes the Tier 2 analogous mixtures and Tier 3 constituents used to assess oral and inhalation cancer risk for each new chemical substance. In the absence of quantitative cancer information for dermal exposure, cancer risk associated with this exposure route was assessed qualitatively.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

■

**Table 21. Summary of Tier 2 Analogous Mixtures and Tier 3 Constituents Used for Cancer PODs (P-21-0144 through P-21-0150)**

| Case number | P-21-0144 | P-21-0145 | P-21-0146 | P-21-0147 | P-21-0148 | P-21-0149 | P-21-0150 |
|---|---|---|---|---|---|---|---|
| Petroleum equivalent | 64741-54-4 | 64741-65-7 | 68527-27-5 | 64742-48-9 | 64741-55-5 | 64741-66-8 | 64742-49-0 |
| *Basis for Oral Slope Factor* | | | | | | | |
| Tier 2 Analogous Mixture | None identified | None identified | None identified | None identified | None identified | None identified | None identified |
| Tier 3 Constituent | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| *Basis for Inhalation Unit Risk* | | | | | | | |
| Tier 2 Analogous Mixture | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Tier 3 Constituent | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

**Table 21 (Cont'd). Summary of Tier 2 Analogous Mixtures and Tier 3 Constituents Used for Cancer PODs (P-21-0152 through P-21-0157)**

| Case number | P-21-0152 | P-21-0153 | P-21-0154 | P-21-0155 | P-21-0156 | P-21-0157 |
|---|---|---|---|---|---|---|
| Petroleum equivalent | 64741-62-4 | 64741-76-0 | 64742-59-2 | 64741-59-9 | 64742-38-7 | 64742-46-7 |
| *Basis for Oral Slope Factor* | | | | | | |
| Tier 2 Analogous Mixture | None identified | None identified | None identified | None identified | None identified | None identified |
| Tier 3 | ■ | ■ | ■ | ■ | ■ | ■ |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001205

| Table 21 (Cont'd). Summary of Tier 2 Analogous Mixtures and Tier 3 Constituents Used for Cancer PODs (P-21-0152 through P-21-0157) | | | | | | |
|---|---|---|---|---|---|---|
| **Constituent** | | | | | | |
| *Basis for Inhalation Unit Risk* | | | | | | |
| **Tier 2 Analogous Mixture** | None identified | None identified | None identified | None identified | None identified | None identified |
| **Tier 3 Constituent** | | | | | | |

| Table 21 (Cont'd). Summary of Tier 2 Analogous Mixtures and Tier 3 Constituents Used for Cancer PODs (P-21-0158, P-21-0160 through P-21-0163) | | | | | |
|---|---|---|---|---|---|
| **Case number** | P-21-0158 | P-21-0160 | P-21-0161 | P-21-0162 | P-21-0163 |
| **Petroleum equivalent** | 64742-47-8 | 68477-85-0 | 68783-64-2 | 68478-12-6 | 68478-32-0 |
| *Basis for Oral Slope Factor* | | | | | |
| **Tier 2 Analogous** | None identified | None identified | None identified | None identified | None identified |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001206

| Table 21 (Cont'd). Summary of Tier 2 Analogous Mixtures and Tier 3 Constituents Used for Cancer PODs (P-21-0158, P-21-0160 through P-21-0163) | | | | | |
|---|---|---|---|---|---|
| **Mixture** | | | | | |
| **Tier 3 Constituent** | ███████████ | None identified | None identified | None identified | None identified |
| *Basis for Inhalation Unit Risk* | | | | | |
| **Tier 2 Analogous Mixture** | Stoddard Solvent IIC | None identified | None identified | None identified | None identified |
| **Tier 3 Constituent** | NA | None identified | None identified | None identified | None identified |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001207

## 5.4 Human Health Hazard Language

Acute Toxicity, Skin Irritation, Eye Irritation, Carcinogenicity, Genetic Toxicity, Reproductive Toxicity, Specific Target Organ Toxicity, Aspiration Hazard

# 6 Use, Release and Exposure

For this assessment, US EPA assessed occupational exposure and environmental releases using the 5/12/2016 version of ChemSTEER. Input to ChemSTEER tool includes information from: the submission, physical / chemical properties, and relevant past cases. The NCSs are chemical intermediates for fuel products or are used themselves in fuels.

## 6.1 Uses

This integrated report consists of new chemicals P21-0144, 145, 146, 147, 148, 149, 150, 152, 153, 154, 155, 156, 157, 158, 160, 161, 162, and 163. The intended uses are as follows:

- P21-0144 – 148, 150: Fuel component in gasoline.
- P21-0149: Component of aviation gasoline.
- P21-0152: Component in marine fuels.
- P21-0153, 154, and 160-163: Chemical intermediate / refinery feedstock.
- P21-0155, 157: Fuel in diesel.
- P21-0156, 158: Jet fuel.

## 6.2 Environmental Releases

Per the Engineering Reports dated 2-2-2022 through 2-4-2022, the following environmental releases were estimated using a combination of the methods noted below:

- Submitter estimates: Where information is available, environmental release estimates from the submitter were evaluated and utilized for the submitter site (manufacturing site).
- EPA/OPPT models: Release models in ChemSTEER are used to estimate releases from industrial/commercial activities. Note certain standard models have a vapor pressure threshold of 35 torr; where such models are used to estimate fugitive air releases, the model input is capped at 35 torr to prevent overestimation. This results in a high level of uncertainty in the estimate.
- Federal and state regulations including EPA's effluent limitation guidelines and pretreatment standards in 40 CFR Subpart A and the Spill Prevention, Control, and Countermeasure (SPCC) regulations.
- EPA AP-42 Emission Factors for the transportation and marketing of petroleum liquids (Chapter 5.2) and for organic liquid storage tanks (Chapter 7).

Tables 22 through 31 present details of the activity, release quantity, environmental media, and basis for the release estimates for the manufacturing, processing, and uses of the NCSs.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

**Table 22. Environmental Release Sources for MFG**

| Activity | Media of Release | Basis for Release Estimates | Applicable Cases |
|---|---|---|---|
| Sampling Liquid Product | Air (unknown if stack or fugitive) | EPA/OPPT Penetration Model (capped at 35 torr). EPA uses the vapor generation rate per the model and the submission-specified activity time of 0.25 hrs/day to estimate this release. | 144, 145, 146, 147, 148, 149, 150, 153, 154, 155, 156, 157, 158, 160, 161, 162, 163 |
| Fugitive Emissions from Process | Fugitive Air | User-defined Vapor Generation Rate Model. Submission estimates ███ kg/day of fugitive emissions released from process. Submission estimates associated exposure occurs over ███████ however, EPA assumes release occurs over ████████ because release is from fugitive emissions. | All |

**Table 23. Environmental Release Summary for MFG**

| Activity | Release Quantity (kg/site-day) | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 144 | 145 | 146 | 147 | 148 | 149 | 150 | 152 | 153 | 154 | 155 | 156 | 157 | 158 | 160 | 161 | 162 | 163 |
| | ███████████████████████████████████████████████████████████████████████████████████████████ |
| Sampling Liquid Product (over ███ days/yr) | 1.1 E-2 | 1.8 E-3 | 1.2 E-2 | 9.1 E-3 | 1.1 E-2 | 1.4 E-2 | 1.5 E-2 | n/a | 2.0 E-5 | 2.3 E-4 | 1.4 E-5 | 1.4 E-5 | 1.4 E-5 | 1.4 E-5 | 6.9 E-3 | 6.9 E-3 | 6.9 E-3 | 6.9 E-3 |
| Fugitive Emissions (over ███ days/yr) | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 |
| RELEASE TOTAL (kg/yr – all sites) | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.6 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 | 3.7 E+2 |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001209

████████████████████████████████████

**Table 24. Environmental Release Sources for Processing 1: Blending**

| Activity | Media of Release | Basis for Release Estimates | Applicable Cases |
|---|---|---|---|
| Fugitive Emissions from Process | Fugitive Air | User-defined Vapor Generation Rate Model. Submission estimates █ kg/day of fugitive emissions released from process. Submission estimates associated exposure occurs over ██████; however, EPA assumes release occurs over ████████ because release is from fugitive emissions. | 144, 145, 146, 147, 148, 149, 150, 152, 155, 156, 157, 158 |
| Tank emissions | Fugitive Air | User-Defined Loss Rate Model. The submitter's data indicates a ████████ of ██ kg VOC/tank-yr and a ████████████ of ████ kg VOC/tank-yr, and indicates the number of tanks that contain each NCS. EPA uses these values with the estimated concentration of NCS in vapor (calculated based on molecular weight, vapor pressure, concentration in the liquid, and surrogate chemical data) to estimate this release. This release is expected to be through vents on the tank roof. | 144, 145, 146, 147, 148, 149, 150, 155, 156, 157, 158 |
| Loading Liquid Product into Tank Trucks | Fugitive Air | User-Defined Loss Rate Model. EPA calculated loading losses using AP-42 Section 5.2 for the transportation and marketing of petroleum liquids, assuming a saturation factor of 1, a temperature of 77 degrees, and an estimated weight fraction of NCS in the vapor (calculated based on molecular weight, vapor pressure, concentration in the liquid, and surrogate chemical data). Submitter estimates a vapor recovery system with 99.999% efficiency, but regulations generally require the use of a vapor recovery system with at least 95% efficiency. Therefore, EPA assesses 95% capture and recovery (recycled) in vapor recovery system. | 155, 156, 157, 158 |
| | Other (recycled / recovered) | | |
| Cleaning Liquid Residuals from Tank Trucks Used to Transport the Raw Material | Water or Incineration or Landfill | EPA/OPPT Bulk Transport Residual Model, CEB standard 0.2% residual. Submission indicates cleaning is done by a third party with an estimated annual frequency and release to incineration or landfill, per regulations which restrict the disposal to wastewater. While the heel is collected and not usually disposed to water, there is a possibility for annual cleaning to water per EPA's effluent limitation guidelines and pretreatment standards in Subpart A of 40 CFR Part 442. Therefore, NEPA estimates the Central Tendency loss fraction (LF = ████████████████) to incineration, landfill or water and the rest to landfill or incineration ██████████████████. | 152 |
| | Incineration or Landfill | | |
| Equipment Cleaning Losses of Liquids from Multiple Vessels | Water or Incineration or Landfill | EPA/OPPT Multiple Process Vessel Residual Model, CEB standard 2% residual. API Standard 653 requires internal inspections of petroleum storage tanks at least every 10 years, at which time the tanks must be cleaned. EPA assumes annual cleaning using | 152 |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001210

| Activity | Media of Release | Basis for Release Estimates | Applicable Cases |
|---|---|---|---|
| | | the EPA/OPPT Multiple Process Vessel Residual Model. During cleaning, tanks are emptied with a vacuum hose and cleaned with pressurized water, which is also removed with a vacuum hose. SPCC regulations at 40 CFR Part 112 prevent the release of petroleum products to surface waters; therefore, any equipment cleaning wastewater would first undergo treatment before discharge. Therefore, this release is assessed to wastewater treatment, landfill, or incineration. | |

**Table 25. Environmental Release Summary for Processing 1: Blending**

| Activity | Release Quantity (kg/site-day) | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 144 | 145 | 146 | 147 | 148 | 149 | 150 | 152 | | | 155 | 156 | 157 | 158 | 160 | 161 | 162 | 163 |
| Fugitive Emissions (over ▆ days/yr) | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | | | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | 10.0 E-1 | | | | |
| Tank Emissions (over ▆ days/yr) | 1.1 E-1 | 6.2 E-4 | 1.2 E-2 | 8.8 E-2 | 2.7 E+0 | 1.3 E-1 | 3.0 E-1 | n/a | | | 7.3 E-4 | 1.3 E-4 | 1.5 E-3 | 3.6 E-4 | | | | |
| Loading Liquid Product into Tank Trucks (Air) (over ▆ days/yr) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 3.2 E-2 | 7.3 E-3 | 6.2 E-2 | 4.8 E-2 | n/a | n/a | n/a | n/a |
| Loading Liquid Product into Tank Trucks (Other) (over ▆ days/yr) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | | | | 6.1 E-1 | 1.4 E-1 | 1.2 E+0 | 9.2 E-1 | | | | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| Activity | Release Quantity (kg/site-day) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleaning Liquid Residuals from Tank Trucks (Water, Incineration, Land) ████ | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 2.7 E+2 | | n/a | n/a | n/a | n/a | | | |
| Cleaning Liquid Residuals from Tank Trucks (Incineration, Land ████ | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 5.1 E+2 | | n/a | n/a | n/a | n/a | | | |
| Equipment cleaning ████ | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 7.8 E+3 | | n/a | n/a | n/a | n/a | | | |
| RELEASE TOTAL (kg/yr – all sites) | 4.0 E+2 | 3.7 E+2 | 3.7 E+2 | 4.0 E+2 | 1.4 E+3 | 4.1 E+2 | 4.7 E+2 | 9.0 E+3 | | 6.0 E+2 | 4.2 E+2 | 8.2 E+2 | 7.2 E+2 | | | |

**Table 26. Environmental Release Sources for Processing 2: Loading at Bulk Terminals**

| Activity | Media of Release | Basis for Release Estimates | Applicable Cases |
|---|---|---|---|
| Equipment Cleaning Losses of Liquids from Multiple Vessels | Water or Incineration or Landfill | EPA/OPPT Multiple Process Vessel Residual Model, CEB standard 2% residual. API Standard 653 requires internal inspections of petroleum storage tanks at least every 10 years, at which time the tanks must be cleaned. EPA assumes annual cleaning using the EPA/OPPT Multiple Process Vessel Residual Model. During cleaning, tanks are emptied with a vacuum hose and cleaned with pressurized water, which is also removed with a vacuum hose. SPCC regulations at 40 CFR Part 112 prevent the release of petroleum products to surface waters; therefore, any equipment cleaning wastewater would first undergo treatment before discharge. Therefore, this release is assessed to wastewater treatment, landfill, or incineration. | 144, 145, 146, 147, 148, 149, 150 |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001212

| Activity | Media of Release | Basis for Release Estimates | Applicable Cases |
|---|---|---|---|
| | Fugitive Air | EPA/OPPT Mass Transfer Coefficient Model (capped at 35 torr). | |
| Loading Liquid Product into Tank Trucks | Fugitive Air | User-Defined Loss Rate Model. EPA calculated loading losses using AP-42 Section 5.2 for the transportation and marketing of petroleum liquids, assuming a saturation factor of 1, a temperature of 77 degrees, and an estimated weight fraction of NCS in the vapor (calculated based on molecular weight, vapor pressure, concentration in the liquid, and surrogate chemical data). Regulations generally require the use of a vapor recovery system with at least 95% efficiency. Therefore, EPA assesses 95% capture and recovery (recycled) in vapor recovery system. | 144, 145, 146, 147, 148, 149, 150 |
| | Other (recycled / recovered) | | |
| Tank Standing/ Working Losses | Fugitive Air | User-Defined Loss Rate Model. EPA expects there are emissions from fuel storage tanks at terminals. EPA estimates this release using AP-42 methodology, assuming 110 ft diameter/50 ft tall tanks (with _____ gal/yr throughput with _ turnovers), Key West FL (due to unknown terminal location for the region), internal floating roof tanks, and other default assumptions. EPA estimates the number of tanks/site using the NCS PV and concentration in gasoline. This release is expected to be through vents on the tank roof. | 144, 145, 146, 147, 148, 149, 150 |
| Sampling Liquid Product | Fugitive Air | EPA/OPPT Penetration Model (capped at 35 torr). | 144, 145, 146, 147, 148, 149, 150 |

**Table 27. Environmental Release Summary for Processing 2:** ▮▮▮▮▮▮▮

| Activity | Release Quantity (kg/site-day) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 144 | 145 | 146 | 147 | 148 | 149 | 150 | 152 | 153 | 154 | 155 | 156 | 157 | 158 | 160 | 161 | 162 | 163 |
| Equipment cleaning (Water, Incineration, Landfill) (over 1 | 1.2E+2 | 1.2E+2 | 2.4E+1 | 7.2E+1 | 1.0E+3 | 4.2E+2 | 7.2E+1 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD



| Activity | Release Quantity (kg/site-day) |
|---|---|
| day/yr) | |
| Equipment cleaning (Air) | |
| Loading Liquid Product into Tank Trucks (Air) (over ▮ days/yr) | |
| Loading Liquid Product into Tank Trucks (over ▮ days/yr) (Other) | |
| Tank Standing/ Working Losses (over ▮ days/yr) | |
| Sampling Liquid Product (over ▮ days/yr) | |
| RELEASE TOTAL (kg/yr – all | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001214

| Activity | Release Quantity (kg/site-day) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sites) | | | | | | | | | | | | | | | | | |

**Table 28. Environmental Release Sources for Use: Fuel**

| Activity | Media of Release | Basis | Applicable Cases |
|---|---|---|---|
| Cleaning Liquid Residuals from Tank Trucks Used to Transport the Raw Material | Water or Incineration or Landfill | EPA/OPPT Bulk Transport Residual Model, CEB standard 0.2% residual. Submission indicates cleaning is done by a third party with an estimated annual frequency and release to incineration or landfill, per regulations which restrict the disposal to wastewater. While the heel is collected and not usually disposed to water, there is a possibility for annual cleaning to water per EPA's effluent limitation guidelines and pretreatment standards in Subpart A of 40 CFR Part 442. Therefore, NEPA estimates the Central Tendency loss fraction (LF = ▮▮▮▮▮▮) to incineration, landfill or water and the rest to landfill or incineration (▮▮▮▮). | 144, 145, 146, 147, 148, 149, 150, 152, 155, 156, 157, 158 |
| | Incineration or Landfill | | |
| | Fugitive Air | EPA/OPPT Mass Transfer Coefficient Model (capped at 35 torr) | |
| Unloading Liquid Raw Material from Tank Trucks | Fugitive Air | User-Defined Loss Rate Model. EPA calculates loading losses using AP-42 Section 5.2 for gasoline service station operations and an estimated weight fraction of NCS in the vapor (calculated based on molecular weight, vapor pressure, concentration in the liquid, and surrogate chemical data). This approach assumes a mix of submerged filling, splash filling, and vapor balanced filling, with the addition of underground tank breathing and emptying. | 144, 145, 146, 147, 148, 149, 150, 152, 155, 156, 157, 158 |
| Incineration | Incineration | User-Defined Loss Rate Model. Fuel is combusted in engines. EPA assesses 100% release of the NCS and subtracts upstream losses to estimate the loss fraction for this release. This release only accounts for the industrial/commercial use portion of the NCS. | 144, 145, 146, 147, 148, 149, 150, 152, 155, 156, 157, 158 |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001215

**Table 29. Environmental Release Summary for Use: Fuel**

| Activity | Release Quantity (kg/site-day) | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 144 ███ sites) | 145 ███ sites) | 146 ███ sites) | 147 ███ sites) | 148 ███ | 149 ███ sites) | 150 ███ | 152 ███ sites) | 153 | 154 | 155 ███ sites) | 156 ███ | 157 ███ sites) | 158 ███ sites) | 160 | 161 | 162 | 163 | |
| Cleaning Liquid Residuals from Tank Trucks (Water, Incineration, Land) ███ day/yr) | | | | | | | | | | | | | | | | | | | |
| Cleaning Liquid Residuals from Tank Trucks (Incineration, Land) ███ day/yr) | | | | | | | | | | | | | | | | | | | |
| Cleaning Liquid Residuals from Tank Trucks (Air) ███ | | | | | | | | | | | | | | | | | | | |
| Unloading (over ███ day/yr) | | | | | | | | | | | | | | | | | | | |
| Incineration (over ███ day/yr) | | | | | | | | | | | | | | | | | | | |
| RELEASE TOTAL (kg/yr – all sites) | | | | | | | | | | | | | | | | | | | |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████████████

**Table 30. Environmental Release Sources for Use: Chemical Intermediate**

| Activity | Media of Release | Basis | Applicable Cases |
|---|---|---|---|
| Fugitive Emissions from Process | Fugitive Air | User-defined Vapor Generation Rate Model. Submission estimates ██ kg/day of fugitive emissions released from process. Submission estimates associated exposure occurs ██ hr/day; however, EPA assumes release occurs over 24 hr/day because release is from fugitive emissions. | 153, 154, 160, 161, 162, 163 |
| Tank Emissions | Fugitive Air | User-Defined Loss Rate Model. The submitter's data indicates a ████████ of ██ kg VOC/tank-yr and a ████████ of ██ kg VOC/tank-yr, and indicates the number of tanks that contain each NCS. EPA uses these values with the estimated concentration of NCS in vapor (calculated based on molecular weight, vapor pressure, concentration in the liquid, and surrogate chemical data) to estimate this release. This release is expected to be through vents on the tank roof. | 153, 154 |

**Table 31. Environmental Release Summary for Use: Chemical Intermediate**



| Activity | Release Quantity (kg/site-day) | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 144 | 145 | 146 | 147 | 148 | 149 | 150 | 152 | 153 | 154 | 155 | 156 | 157 | 158 | 160 | 161 | 162 | 163 |
| Fugitive Emissions (over ██ day/yr) | | | | | | | | | | | | | | | | | | |
| Tank Emissions (over ██ day/yr) | | | | | | | | | | | | | | | | | | |
| RELEASE TOTAL (kg/yr – all sites) | | | | | | | | | | | | | | | | | | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████████

## 6.3 Exposures

EPA estimated worker exposures using EPA/OPPT models in ChemSTEER and monitoring data, where available.

### 6.3.1 Worker Exposure

Per Engineering Reports dated 2/3/2022 and 2/4/2022

Worker exposure estimates are summarized in Tables 32 through 35.

**Table 32. Worker Exposure Estimates for P-21-0144 through P-21-0150**

| Scenario and Dose | P-21-0144 | P-21-0145 | P-21-0146 | P-21-0147 | P-21-0148 | P-21-0149 | P-21-0150 |
|---|---|---|---|---|---|---|---|
| *Inhalation* | | | | | | | |
| **MFG:** ▮▮▮▮▮ | | | | | | | |
| *Worker Inhalation Exposure (Scenario 1)* | | | | | | | |
| Exposure to Vapor (volatile) (Class II) | | | | | | | |
| Output 2 PDR (mg/day over ▮▮▮▮): | 1.80E+01 | 2.70E-01 | 2.60E+01 | 1.80E+01 | 6.20E+01 | 3.50E+00 | 6.00E+01 |
| Output 2 LADC (µg/m$^3$ over ▮▮▮▮): | 2.07E+02 | 3.13E+00 | 2.95E+02 | 2.07E+02 | 7.03E+02 | 4.03E+01 | 6.86E+02 |
| | | | | | | | |
| **PROC1: Blending** | | | | | | | |
| *Worker Inhalation Exposure (Scenario 2)* | | | | | | | |
| Exposure to Vapor (volatile) (Class II) | | | | | | | |
| Output 2 PDR (mg/day over ▮▮▮▮ | 5.70E-01 | 8.30E-03 | 1.60E-01 | 3.40E-01 | 1.90E+01 | 3.50E+00 | 1.30E+00 |
| Output 2 LADC (µg/m$^3$ over ▮▮▮▮): | 6.49E+00 | 9.47E-02 | 1.80E+00 | 3.84E+00 | 2.14E+02 | 4.03E+01 | 1.52E+01 |
| | | | | | | | |
| **PROC2: Loading at Bulk Terminals** | | | | | | | |
| *Loading Liquid Product into Tank Trucks (Scenario 3)* | | | | | | | |
| Exposure to Vapor (volatile) (Class II) | | | | | | | |
| Worst Case PDR (mg/day ▮▮▮ days/yr): | 3.90E+00 | 5.80E-02 | 1.10E+00 | 2.30E+00 | 1.30E+02 | 2.40E+01 | 9.10E+00 |
| Worst Case LADC (µg/m$^3$ ▮▮▮ days/yr): | 4.47E+01 | 6.56E-01 | 1.24E+01 | 2.65E+01 | 1.44E+03 | 2.76E+02 | 1.04E+02 |
| | | | | | | | |
| *Tank Standing/Working Losses (Scenario 4)* | | | | | | | |
| Exposure to Vapor (volatile) (Class II) | | | | | | | |
| Output 2 PDR (mg/day over ▮▮▮▮ | 2.80E-01 | 8.30E-03 | 1.70E-01 | 1.70E-01 | 9.10E+00 | 4.00E-01 | 6.60E-01 |
| Output 2 LADC (µg/m$^3$ over ▮▮▮▮ | 3.23E+00 | 9.46E-02 | 1.93E+00 | 1.91E+00 | 1.04E+02 | 4.59E+00 | 7.52E+00 |
| | | | | | | | |
| *Sampling Liquid Product (Scenario 5)* | | | | | | | |
| Exposure to Vapor (volatile) (Class II) | | | | | | | |

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Worst Case PDR (mg/day █████ days/yr): | 2.40E+00 | 4.00E-01 | 2.50E+00 | 2.00E+00 | 2.50E+00 | 3.00E+00 | 3.20E+00 |
| Worst Case LADC (µg/m³ █████ days/yr): | 2.72E+01 | 4.59E+00 | 2.88E+01 | 2.27E+01 | 2.84E+01 | 3.42E+01 | 3.69E+01 |

**USE: Fuel**

*Unloading Liquid Raw Material from Tank Trucks (Scenario 6)*

Exposure to Vapor (volatile) (Class II)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Worst Case PDR (mg/day █████ days/yr): | 3.60E+00 | 5.30E-02 | 9.90E-01 | 2.10E+00 | 1.20E+02 | 2.20E+01 | 8.30E+00 |
| Worst Case LADC (µg/m³ █████/yr): | 4.09E+01 | 6.05E-01 | 1.13E+01 | 2.42E+01 | 1.32E+03 | 2.52E+02 | 9.53E+01 |

### *Dermal*

**MFG:** ████████

*Sampling Liquid Product (Scenario 1)*

Exposure to Liquid at concentration

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| High End PDR: (mg/day █████) | 7.90E+01 | 3.90E+01 | 3.90E+01 | 7.90E+01 | 7.90E+01 | 3.90E+01 | 7.90E+01 |
| High End LADD (mg/kg-day █████ days/yr) | 3.50E-01 | 1.70E-01 | 1.70E-01 | 3.50E-01 | 3.50E-01 | 1.70E-01 | 3.50E-01 |

**PROC1: Blending**

Dermal exposure not expected from fugitive emissions.

**PROC2: Loading at Bulk Terminals**

*Loading Liquid Product into Tank Trucks (Scenario 2)*

Exposure to Liquid at concentration

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| High End PDR: (mg/day █████) | 4.90E+00 | 2.50E+00 | 4.50E-01 | 2.90E+00 | 4.20E+01 | 7.90E+01 | 2.90E+00 |
| High End LADD (mg/kg-day █████ days/yr) | 2.20E-02 | 1.10E-02 | 2.00E-03 | 1.30E-02 | 1.90E-01 | 3.50E-01 | 1.30E-02 |

**USE: Fuel**

*Unloading Liquid Raw Material from Tank Trucks (Scenario 3)*

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

[black bars]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Exposure to Liquid at concentration: | | | | | | | |
| High End PDR (mg/day ▆▆▆) | 3.90E+00 | 1.90E+00 | 3.50E-01 | 2.30E+00 | 3.30E+01 | 6.20E+01 | 2.30E+00 |
| High End LADD (mg/kg-day days/yr) | 1.70E-02 | 8.50E-03 | 1.50E-03 | 1.00E-02 | 1.50E-01 | 2.70E-01 | 1.00E-02 |

**Table 33. Worker Exposure Estimates for P-21-0152**

| | P-21-0152 |
|---|---|
| *Inhalation* | |
| **MFG:** ▆▆▆ | |
| *Worker Inhalation Exposure (Scenario 1)* | |
| Exposure to Vapor (volatile) (Class II) | |
| Output 2 PDR: (mg/day ▆▆▆▆) | 4.80E-06 |
| Output 2 LADC ( $\mu g/m^3$ ▆▆▆▆) | 5.47E-05 |
| | |
| **PROC: Blending** | |
| *Fugitive Emissions from Process (Scenario 2)* | |
| Exposure to Vapor (volatile) (Class II) | |
| Worst Case PDR (mg/day ▆▆▆▆) | 7.30E-01 |
| Worst Case (LADC): ( $\mu g/m^3$ ▆▆▆▆) | 8.32E+00 |
| | |
| **USE: Fuel** | |
| Negligible (VP < 0.001 torr) | |
| | |
| *Dermal* | |
| **MFG:** ▆▆▆ | |
| *Loading Liquid Product into Tank Trucks (scenario 1)* | |
| Exposure to Liquid at concentration: | |
| High End PDR (mg/day ▆▆▆) | 1.60E+02 |

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

NOT PART OF THE ADMINISTRATIVE RECORD



High End LADD (mg/kg-day ▮▮▮▮▮)  6.90E-01

**PROC: Blending**
*Unloading Liquid Raw Material from Tank Trucks (Scenario 2)*
Exposure to Liquid at concentration: ▮▮▮
High End PDR (mg/day ▮▮▮▮▮)  1.60E+02
High End LADD (mg/kg-day ▮▮▮▮)  6.90E-01

**USE: Fuel**
*Unloading Liquid Raw Material from Tank Trucks (Scenario 3)*
Exposure to Liquid at concentration: ▮▮▮
High End PDR (mg/day ▮▮▮▮)  1.60E+02
High End LADD (mg/kg-day ▮▮▮▮▮)  6.90E-01

| Table 34. Worker Exposure Estimates for P-21-0155 through P-21-0158 | | | | |
|---|---|---|---|---|
| | **P-21-0155** | **P-21-0156** | **P-21-0157** | **P-21-0158** |
| *Inhalation* | | | | |
| **MFG:** ▮▮▮ | | | | |
| *Worker Inhalation Exposure (Scenario 1)* | | | | |
| Exposure to Vapor (volatile) (Class II) | | | | |
| Output 2 PDR: (mg/day ▮▮▮▮▮) | 3.10E-02 | 1.30E-02 | 1.80E-02 | 5.00E-03 |
| Output 2 LADC (µg/m$^3$ ▮▮▮▮) | 3.54E-01 | 1.48E-01 | 2.05E-01 | 5.71E-02 |
| | | | | |
| **PROC: Blending** | | | | |
| *Worker Inhalation Exposure (Scenario 2)* | | | | |
| Exposure to Vapor (volatile) (Class II) | | | | |
| Output 2 PDR: (mg/day ▮▮▮▮) | 5.80E-03 | 7.70E-04 | 6.80E-03 | 2.00E-02 |
| Output 2 LADC (µg/m$^3$ ▮▮▮▮) | 6.64E-02 | 8.79E-03 | 7.75E-02 | 2.28E-02 |

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

*Loading Liquid product into Tank Trucks (Scenario 3)*
Exposure to Vapor (volatile) (Class II)
Worst Case PDR: (mg/day ████████ )          3.90E-03    1.20E-03    4.60E-03    3.30E-03
Worst Case LADC ($\mu g/m^3$)               4.45E-02    1.40E-02    5.25E-02    3.72E-02

**USE: Fuel**
*Unloading Liquid Raw Material from Tank Trucks (Scenario 4)*
Exposure to Vapor (volatile) (Class II)
Worst Case PDR: (mg/day ████████ )          3.60E-03    1.10E-03    4.20E-03    3.00E-03
Worst Case LADC ($\mu g/m^3$ ████████ )     4.11E-02    1.29E-02    4.79E-02    3.42E-02

---

### *Dermal*

**MFG:** ████████
*Sampling Liquid Product (Scenario 1)*
Exposure to Liquid at concentration          ████    ████    ████    ████
High End PDR: (mg/day ████████ )             7.90E+01    7.90E+01    4.70E+01    3.10E+01
High End LADD: (mg/kg-day ████████ )         3.50E-01    3.50E-01    2.10E-01    1.40E-01

**PROC: Blending**
*Loading Liquid Product into Tank Trucks (Scenario 2)*
Exposure to Liquid at concentration          ████    ████    ████    ████
High End PDR: (mg/day ████ )                 3.10E+01    9.90E+00    3.70E+01    2.60E+01
High End LADD: (mg/kg-day ████████ )         1.40E-01    4.30E-02    1.60E-01    1.10E-01

**USE: Fuel**
*Unloading Liquid Raw Material from Tank Trucks (Scenario 3)*
Exposure to Liquid at concentration          ████    ████    ████    ████
High End PDR: (mg/day ████████ )             2.50E+01    7.80E+00    2.90E+01    2.00E+01
High End LADD: (mg/kg-day ████████ )         1.10E-01    3.40E-02    1.30E-01    9.00E-02

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

**Table 35. Worker Exposure Estimates for P-21-0153, P-21-0154, and P-21-0160 through P-21-0163**

| | P-21-0153 | P-21-0154 | P-21-0160 | P-21-0161 | P-21-0162 | P-21-0163 |
|---|---|---|---|---|---|---|
| *Inhalation* | | | | | | |
| **MFG:** ██████ | | | | | | |
| *Worker Inhalation Exposure (Scenario 1)* | | | | | | |
| Exposure to Vapor (non-volatile) (Class II) | | | | | | |
| Output 2 PDR (mg/day ████████) | 8.30E-01 | 5.20E+01 | 1.60E+01 | 1.60E+01 | 1.60E+01 | 1.60E+01 |
| Output 2 LADC( $\mu g/m^3$ ████████) | 9.52E+00 | 5.90E+02 | 1.86E+02 | 1.86E+02 | 1.86E+02 | 1.86E+02 |
| | | | | | | |
| **USE: Chemical Intermediate** | | | | | | |
| *Worker Inhalation Exposure (Scenario 2)* | | | | | | |
| Exposure to Vapor (non-volatile) (Class II) | | | | | | |
| Output 2 PDR (mg/day ████████) | 8.30E-01 | 5.20E+01 | 1.60E+01 | 1.60E+01 | 1.60E+01 | 1.60E+01 |
| Output 2 LADC( $\mu g/m^3$ ████████) | 9.52E+00 | 5.90E+02 | 1.86E+02 | 1.86E+02 | 1.86E+02 | 1.86E+02 |
| *Dermal* | | | | | | |
| **MFG:** ██████ | | | | | | |
| *Sampling Liquid Product (Scenario 1)* | | | | | | |
| Exposure to Liquid at concentration | ████ | ████ | ████ | ████ | ████ | ████ |
| High End PDR:mg/day ████████ | 1.10E+00 | 7.90E+01 | 7.90E+01 | 7.90E+01 | 7.90E+01 | 7.90E+01 |
| High End LADD:mg/kg-day ██████ | | | | | | |
| ████ | 4.90E-03 | 3.50E-01 | 3.50E-01 | 3.50E-01 | 3.50E-01 | 3.50E-01 |
| | | | | | | |
| **USE: Chemical Intermediate** | | | | | | |
| Dermal exposure is not expected. | | | | | | . |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

████████████████████████

### 6.3.2 General Population Exposure

Per Exposure Reports dated 2/9/22, 2/11/22, 2/18/22, and 2/23/22

General population exposure estimates are summarized in Table 36.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

████████████████

**Table 36. Summary of General Population Exposure Estimates[a]**

| Exposure | Dose (mg/kg-day) | P-21-0144 | P-21-0145 | P-21-0146 | P-21-0147 | P-21-0148 | P-21-0149 | P-21-0150 |
|---|---|---|---|---|---|---|---|---|
| ***ORAL*** | | | | | | | | |
| Drinking water, Adult | ADR | 3.42E-2 | 3.42E-2 | 6.84E-3 | 2.05E-2 | 2.80E-1 | 1.20E-1 | 2.05E-2 |
| | LADD | 4.57E-6 | 4.57E-6 | 9.13E-7 | 2.74E-6 | 3.81E-5 | 1.60E-5 | 2.74E-6 |
| Drinking water, Infant | ADR | 3.42E-2 | 3.42E-2 | 6.84E-3 | 2.05E-2 | 2.80E-1 | 1.20E-1 | 2.05E-2 |
| Fish Ingestion | ADR | 8.34E+0 | 3.52E+1 | 1.70E-1 | 8.90E-1 | 1.94E+1 | 1.89E+3 | 1.28E+0 |
| | LADD | 2.60E-4 | 1.10E-3 | 5.40E-6 | 2.77E-5 | 6.04E-4 | 5.90E-2 | 3.98E-5 |
| Groundwater impacted by landfill leachate | ADD | 1.18E-4 | 9.27E-5 | NA | 7.06E-5 | 9.79E-4 | 4.11E-4 | 7.06E-5 |
| | LADD | 4.98E-5 | 3.93E-5 | NA | 2.99E-5 | 4.15E-4 | 1.74E-4 | 2.99E-5 |
| ***INHALATION*** | | | | | | | | |
| Fugitive Air | ADR | 8.40E-3 | 8.19E-4 | 4.57E-3 | 2.07E-3 | 7.81E-2 | 1.06E-2 | 1.16E-2 |
| | LADD | 9.38E-4 | 3.23E-4 | 5.78E-4 | 8.17E-4 | 3.03E-2 | 3.23E-4 | 2.27E-3 |
| | (µg/m3) | 1.06E+1 | 3.66E+0 | 6.55E+0 | 9.26E+0 | 3.43E+2 | 3.66E+0 | 2.57E+1 |
| Stack Air | ADR | | | | | | 3.09E+0 | |
| | LADD | No releases to stack air | No releases to stack air | No releases to stack air | No releases to stack air | No releases to stack air | 2.60E-1 | No releases to stack air |
| | (µg/m3) | | | | | | 3.37E+3 | |

| Exposure | Dose (mg/kg-day) | P-21-0152 | P-21-0153 | P-21-0154 | P-21-0155 | P-21-0156 | P-21-0157 | P-21-0158 |
|---|---|---|---|---|---|---|---|---|
| ***ORAL*** | | | | | | | | |
| Drinking water, Adult | ADR | 6.82E+0 | | | 4.84E-3 | 1.25E-3 | 9.40E-3 | 8.26E-3 |
| | LADD | 5.81E-4 | No releases to water | No releases to water | 6.47E-7 | 1.67E-7 | 1.26E-6 | 1.10E-6 |
| Drinking water, Infant | ADR | 6.82E+0 | | | 4.84E-3 | 1.25E-3 | 9.40E-3 | 8.26E-3 |
| Fish Ingestion | ADR | 5.62E+4 | No releases to water | No releases to water | 1.21E+2 | 3.13E+1 | 4.91E+2 | 1.20E+3 |
| | LADD | 1.75E+0 | | | 3.77E-3 | 9.76E-4 | 1.53E-2 | 3.75E-2 |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

## Table 36. Summary of General Population Exposure Estimates[a]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Groundwater impacted by landfill leachate | ADD | NA | No releases to landfill | No releases to landfill | No releases to landfill | 9.82E-6 | 3.26E-5 | 6.42E-5 |
| | LADD | NA | | | | 4.16E-6 | 1.38E-5 | 2.72E-5 |
| **INHALATION** | | | | | | | | |
| Fugitive Air | ADR | 3.84E-4 | 8.02E-4 | 1.30E-3 | 7.80E-4 | 7.70E-4 | 7.91E-4 | 7.86E-4 |
| | LADD | 1.51E-4 | 3.16E-4 | 5.14E-4 | 3.07E-4 | 3.04E-4 | 3.12E-4 | 3.10E-4 |
| | (µg/m3) | 1.71E+0 | 3.58E+0 | 5.83E+0 | 3.49E+0 | 3.44E+0 | 3.54E+0 | 3.51E+0 |
| Stack Air | ADR | 1.06E+1 | No releases to stack air | No releases to stack air | 2.71E+1 | 7.78E+0 | 5.19E+1 | 5.19E+1 |
| | LADD | 4.10E-1 | | | 2.29E+0 | 6.60E-1 | 4.37E+0 | 4.37E+0 |
| | (µg/m3) | 5.24E+3 | | | 2.96E+4 | 8.49E+3 | 5.65E+4 | 5.65E+4 |

| Exposure | Dose (mg/kg-day) | P-21-0160 | P-21-0161 | P-21-0162 | P-21-0163 |
|---|---|---|---|---|---|
| **ORAL** | | | | | |
| Drinking water | | No releases to water | | | |
| Fish Ingestion | | No releases to water | | | |
| Groundwater impacted by landfill leachate | | No releases to landfill | | | |
| **INHALATION** | | | | | |
| Fugitive Air | ADR | 7.68E-4 | 7.68E-4 | 7.68E-4 | 7.68E-4 |
| | LADD | 3.03E-4 | 3.03E-4 | 3.03E-4 | 3.03E-4 |
| | (µg/m3)[b] | 3.43E+0 | 3.43E+0 | 3.43E+0 | 3.43E+0 |
| Stack Air | | No releases to stack air | | | |

[a]The highest ADR or LADD was selected for use in risk calculations.
[b]The fugitive air concentration used in cancer risk calculations is the estimated annual average concentration. This value may overestimate exposures for individuals who may be exposed for a duration less than the average lifetime of 80 years.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

### 6.3.3 Consumer Exposure

Per Exposure Reports dated 2/9/22, 2/11/22, 2/18/22, and 2/23/22

#### 6.3.3.1 Dermal

Consumer exposures via dermal contact were identified for P-21-0144 through P-21-0150 and P-21-0155 through P-21-0158. Consumer uses were not identified for the remaining cases. Table 37 shows the dermal exposure estimates for consumers.

**Table 37. Summary of Consumer Dermal Exposure Estimates**

| Case | Scenario | New Chemical Substance weight fraction | ADR (mg/kg/day) | LADD (mg/kg/day) |
|------|----------|----------------------------------------|-----------------|------------------|
| P-21-0144 | CEM[1] Liquid fuels/motor oil | | 3.81E-1 | 3.91E-3 |
| P-21-0145 | CEM[1] Gasoline | | 3.81E-1 | 3.91E-3 |
| P-21-0146 | CEM[1] Gasoline | | 3.47E-2 | 3.55E-4 |
| P-21-0147 | CEM[2] Gasoline | | 2.25E-1 | 2.31E-3 |
| P-21-0148 | CEM[1] Gasoline | | 2.25E-1 | 2.31E-3 |
| P-21-0149 | CEM[1] Liquid fuels/motor oil | | 6.07E+0 | 6.21E-2 |
| P-21-0150 | CEM[1] Liquid fuels/motor oil | | 2.25E-1 | 2.31E-3 |
| P-21-0155 | CEM[1] Liquid fuels/motor oil | | 2.43E+0 | 2.49E-2 |
| P-21-0156 | CEM[1] Liquid fuels/motor oil | | 7.63E-1 | 7.81E-3 |
| P-21-0157 | CEM[1] Liquid fuels/motor oil | | 2.83E+0 | 2.89E-2 |
| P-21-0158 | CEM[1] Liquid fuels/motor oil | | 2.01E+0 | 2.06E-2 |
| P-21-0152, P-21-0153, P-21-0154, P-21-0160, P-21-0161, P-21-0162, P-21-0163: Consumer uses were not identified | | | | |

# 7 ENVIRONMENTAL AND HUMAN HEALTH RISK ASSESSMENT

## 7.1 Environmental Risks

Risks to the environment were evaluated by comparing estimated surface water concentrations (SWCs) with the acute and chronic concentrations of concern (COCs). When evaluating risks from chronic exposures, the number of the days of exceedance (SWC > chronic COC) is also considered in the risk assessment. As shown in Table 38 below, risks from acute exposures to the environment

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD          NR0001228

were identified for P-21-0144, 0145, 0146, 0147, 0149, 0150 (during processing); for P-21-0155, 0156, 0157, and 0158 (during use); and for P-21-0148 and 0152 (during processing and use). Risks from acute exposures to the environment were not identified for P-21-0153, 0154, 0160, 0161, 0162, or 0163 because there were no releases to water. Risks from chronic exposures to the environment were not identified due to the lack of chronic releases to water or lack of any releases to water.

| Table 38. Summary of Environmental Risks | | |
|---|---|---|
| Case | Acute Risks | Chronic Risks |
| P-21-0144 | **Risks identified**<br>(7Q10 SWC exceeded COC during processing) | Not identified<br>(no chronic releases to water) |
| P-21-0145 | **Risks identified**<br>(7Q10 SWC exceeded COC during processing) | Not identified<br>(no chronic releases to water) |
| P-21-0146 | **Risks identified**<br>(7Q10 SWC exceeded COC during processing) | Not identified<br>(no chronic releases to water) |
| P-21-0147 | **Risks identified**<br>(7Q10 SWC exceeded COC during processing) | Not identified<br>(no chronic releases to water) |
| P-21-0148 | **Risks identified**<br>(7Q10 SWC exceeded COC during processing and use) | Not identified<br>(no chronic releases to water) |
| P-21-0149 | **Risks identified**<br>(7Q10 SWC exceeded COC during processing) | Not identified<br>(no chronic releases to water) |
| P-21-0150 | **Risks identified**<br>(7Q10 SWC exceeded COC during processing) | Not identified<br>(no chronic releases to water) |
| P-21-0152 | **Risks identified**<br>(7Q10 SWC exceeded COC during processing and use) | Not identified<br>(no chronic releases to water) |
| P-21-0153 | Not identified<br>(no releases to water) | Not identified<br>(no releases to water) |
| P-21-0154 | Not identified<br>(no releases to water) | Not identified<br>(no releases to water) |
| P-21-0155 | **Risks identified**<br>(7Q10 SWC exceeded COC during use) | Not identified<br>(no chronic releases to water) |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

| Table 38. Summary of Environmental Risks | | |
|---|---|---|
| P-21-0156 | **Risks identified**<br>(7Q10 SWC exceeded COC during use) | Not identified<br>(no chronic releases to water) |
| P-21-0157 | **Risks identified**<br>(7Q10 SWC exceeded COC during use) | Not identified<br>(no chronic releases to water) |
| P-21-0158 | **Risks identified**<br>(7Q10 SWC exceeded COC during use) | Not identified<br>(no chronic releases to water) |
| P-21-0160 | Not identified<br>(no releases to water) | Not identified<br>(no releases to water) |
| P-21-0161 | Not identified<br>(no releases to water) | Not identified<br>(no releases to water) |
| P-21-0162 | Not identified<br>(no releases to water) | Not identified<br>(no releases to water) |
| P-21-0163 | Not identified<br>(no releases to water) | Not identified<br>(no releases to water) |

## 7.2 Human Health Risks

Risks to human health were evaluated using the PODs identified in Section 5.3 and exposure estimates reported in Section 6. Sections 7.2.1, 7.2.2, and 7.2.3 below summarize risk conclusions for workers, the general population, and consumers, respectively.

### 7.2.1 Worker Risks

Table 39 provides a summary of worker risk conclusions for each case. As the table shows, non-cancer risks were identified for inhalation exposures to P-21-0144, P-21-0146, P-21-0148, P-21-0152, P-21-0154, P-21-0155, P-21-0156, and P-21-0157. Non-cancer risks were identified for dermal exposures to P-21-0152, P-21-0153, P-21-0154, P-21-0155, and P-21-0156. Cancer risk estimates from inhalation exposure ranged between 1.9 E-09 and 3.1E-03. Cancer risk estimates from dermal exposure were not evaluated due to the lack of suitable POD for this exposure route.

| Table 39. Summary of Worker Risks | | | |
|---|---|---|---|
| | **Non-cancer Risks** | | **Cancer Risks** |
| Case | **Inhalation**<br>**(Tier 2 or 3)** | **Dermal**<br>**(Tier 2)** | **Inhalation**<br>**(Tier 2 or 3)** |
| P-21-0144 | **Risks identified**<br>(MFG: Scenario 1; PROC2: Scenario 2; USE: Scenario 6) | Not identified | 2.5E-08 to 1.6E-06 |
| P-21-0145 | Not identified | Not identified | POD not available |
| P-21-0146 | **Risks identified**<br>(MFG: Scenario 1; PROC2: | Not identified | POD not available |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| | | | |
|---|---|---|---|
| **Table 39. Summary of Worker Risks** | | | |
| | Scenario 5) | | |
| P-21-0147 | Not identified | Not identified | 8.6E-06 to 9.3E-04 |
| P-21-0148 | **Risks identified** (MFG: Scenario 1, PROC: Scenarios 2, 3, 4, and 5; USE: Scenario 6) | Not identified | 1.8E-06 to 9.0E-05 |
| P-21-0149 | Not identified | Not identified | POD not available |
| P-21-0150 | Not identified | Not identified | 3.3E-05 to 3.1E-03 |
| P-21-0152 | **Risks identified** (PROC: Scenario 2) | **Risks identified** (MFG: Scenario 1; PROC: Scenario 2; USE: Scenario 3) | 1.3E-09 to 2.0E-04 |
| P-21-0153 | POD not available | **Risks identified** (MFG: Scenario 1) | POD not available |
| P-21-0154 | **Risks identified** (MFG: Scenario 1; USE: Scenario 2) | **Risks identified** (MFG: Scenario 1) | 7.1E-04 |
| P-21-0155 | **Risks identified** (MFG: Scenario 1) | **Risks identified** (MFG: Scenario 1) | POD not available |
| P-21-0156 | **Risks identified** (MFG: Scenario 1) | **Risks identified** (MFG: Scenario 1) | POD not available |
| P-21-0157 | **Risks identified** (MFG: Scenario 1) | Not identified | POD not available |
| P-21-0158 | Not identified | POD not available | 1.5E-07 to 2.6E-07 |
| P-21-0160 | Not identified | POD not available | POD not available |
| P-21-0161 | Not identified | POD not available | POD not available |
| P-21-0162 | Not identified | POD not available | POD not available |
| P-21-0163 | Not identified | POD not available | POD not available |

Respiratory, dermal, and eye irritation hazards to workers via inhalation and dermal contact were identified based on constituents of the NCSs. Risks for these endpoints were not quantified due to a lack of dose-response for these hazards.

### 7.2.2 General Population Risks

Table 40 provides a summary of the non-cancer risks estimated for the general population.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD    NR0001231

For P-21-0144, 0148, 0149, 0150, 0152, and 0157, risks were identified for the general population (infants) for systemic and/or oral portal-of-entry effects via drinking water. Risks to adults for this exposure route were identified for P-21-0152. For P-21-0145, 0146, 0147, 0155, 0156, and 0158, risks were not identified for the general population for systemic and/or oral portal-of-entry effects via drinking water (adults or infants). For P-21-0153, 0154, 0160, 0161, 0162, and 0163, risks to the general population via drinking water were not evaluated because releases to surface water are not expected.

For P-21-0144, 0148, 0149, 0150, 0152, 0155, 0156, 0157, and 0158, risks were identified for the general population for systemic and/or oral portal-of-entry effects via fish ingestion. For P-21-0146 and 0147, risks were not identified for the general population for systemic and/or oral portal-of-entry effects via fish ingestion. For P-21-0153, 0154, 0160, 0161, 0162, and 0163, risks to the general population via fish ingestion were not evaluated because releases to surface water are not expected.

For P-21-0144, 0145, 0146, 0147, 0148, 0149, 0150, 0156, 0157, and 0158, risks were not identified for the general population for systemic and/or oral portal-of-entry effects via intake of groundwater impacted by landfill leachate. For P-21-0152, 0153, 0154, 0155, 0160, 0161, 0162, and 0163, risks to the general population via groundwater impacted by landfill leachate were not evaluated because releases to landfill were expected to be negligible (below modeling thresholds) or no releases are expected.

For P-21-0148, 0152, 0154, 0155, 0156, 0157 and 0158, risks were identified for the general population for systemic and/or inhalation portal-of-entry effects via fugitive air inhalation. For P-21-0144, 0145, 0146, 0147, 0149, 0150, 0160, 0161, 0162, and 0163, risks were not identified for the general population for systemic and/or inhalation portal-of-entry effects via fugitive air inhalation. For P-21-0153, there is insufficient information to assess hazard because of a lack of suitable Tier 2 mixtures or representative constituents with inhalation PODs. Therefore, EPA cannot make a risk determination for the general population exposed via fugitive air inhalation.

For P-21-0149, 0152, 0155, 0156, 0157 and 0158, risks were identified for the general population for systemic and/or inhalation portal-of-entry effects via stack air inhalation. For the remaining cases, risks to the general population via stack air inhalation were not evaluated because no releases are expected.

███████████████

| Table 40. Summary of General Population Non-Cancer Risks | | | | | | |
|---|---|---|---|---|---|---|
| Case | Drinking Water- Adult | Drinking Water- Infant | Fish Ingestion | Groundwater impacted by Landfill Leachate | Fugitive Air | Stack Air |
| P-21-0144 | Not identified | Risks identified | Risks identified | Not identified | Not identified | No releases expected |
| P-21-0145 | Not identified | Not identified | Risks identified | Not identified | Not identified | No releases expected |
| P-21-0146 | Not identified | Not identified | Not identified | Below modeling thresholds | Not identified | No releases expected |
| P-21-0147 | Not identified | Not identified | Not identified | Not identified | Not identified | No releases expected |
| P-21-0148 | Not identified | Risks identified | Risks identified | Not identified | Risks identified | No releases expected |
| P-21-0149 | Not identified | Risks identified | Risks identified | Not identified | Not identified | Risks identified |
| P-21-0150 | Not identified | Risks identified | Risks identified | Not identified | Not identified | No releases expected |
| P-21-0152 | Risks identified | Risks identified | Risks identified | Below modeling thresholds | Risks identified | Risks identified |
| P-21-0153 | No releases expected | | | | POD not available | No releases expected |
| P-21-0154 | No releases expected | | | | Risks identified | No releases expected |
| P-21-0155 | Not identified | Not identified | Risks identified | No releases expected | Risks identified | Risks identified |
| P-21-0156 | Not identified | Not identified | Risks identified | Not identified | Risks identified | Risks identified |
| P-21-0157 | Not identified | Risks identified | Risks identified | Not identified | Risks identified | Risks identified |
| P-21-0158 | Not identified | Not identified | Risks identified | Not identified | Risks identified | Risks identified |
| P-21-0160 | No releases expected | | | | Not identified | No releases expected |
| P-21-0161 | No releases expected | | | | Not identified | No releases expected |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD  NR0001233

| Table 40. Summary of General Population Non-Cancer Risks | | | |
|---|---|---|---|
| P-21-0162 | No releases expected | Not identified | No releases expected |
| P-21-0163 | No releases expected | Not identified | No releases expected |

Table 41 provides a summary of the cancer risks estimated for the general population. For the general population, cancer risk estimates for drinking water ranged between 1.3 E-10 (P-21-0146) and 2.3E-05 (P-21-0152). The cancer risk estimates for fish ingestion ranged between 2.7E-09 (P-21-0144) and 7.0E-02 (P-21-0152). The cancer risk estimates for consumption of groundwater impacted by landfill ranged between 2.7E-09 (P-21-0144) and 1.8E-07 (P-21-0148). The cancer risk estimates for inhalation of fugitive air ranged between 8.3E-8 (P-21-0144) and 1.2E-04 (P-21-0150). The exposure estimates for inhalation of stack air for P-21-0152 and P-21-0158 exceeded the PODs used for estimation of the IURs, so the IURs could not be used to estimate cancer risk. For these two cases, the cancer risks are estimated to be greater than 1E-01; which is extremely unlikely and reported here with high uncertainty.

| Table 41. Summary of General Population Cancer Risks | | | | | |
|---|---|---|---|---|---|
| | Oral (Tier 3) | | | | |
| Case | Drinking Water | Fish Ingestion | Groundwater Impacted by Landfill | Fugitive Air (Tier 2 or 3) | Stack Air (Tier 2 or 3) |
| P-21-0144 | 2.5E-10 | 1.4E-08 | 2.7E-09 | 8.3E-08 | No releases expected |
| P-21-0145 | POD not available | POD not available | POD not available | POD not available | No releases expected |
| P-21-0146 | 1.3E-10 | 7.8E-10 | Below modeling thresholds | POD not available | No releases expected |
| P-21-0147 | 1.1E-09 | 1.1E-08 | 1.2E-08 | 4.2E-05 | No releases expected |
| P-21-0148 | 1.7E-08 | 2.7E-07 | 1.8E-07 | 2.1E-05 | No releases expected |
| P-21-0149 | POD not available | POD not available | POD not available | POD not available | POD not available |
| P-21-0150 | 9.0E-10 | 1.3E-08 | 9.9E-09 | 1.2E-04 | No releases expected |
| P-21-0152 | 2.3E-05 | 7.0E-02 | Below modeling thresholds | 4.1E-05 | >1.0E-01 (High uncertainty) |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

| Table 41. Summary of General Population Cancer Risks | | | | | |
|---|---|---|---|---|---|
| P-21-0153 | No releases expected | | | POD not available | No releases expected |
| P-21-0154 | No releases expected | | | 7.0E-06 | No releases expected |
| P-21-0155 | 9.4E-09 | 5.5E-05 | No releases expected | POD not available | POD not available |
| P-21-0156 | 2.4E-10 | 1.4E-06 | 6.0E-09 | POD not available | POD not available |
| P-21-0157 | 1.8E-09 | 2.2E-05 | 2.0E-08 | POD not available | POD not available |
| P-21-0158 | 9.6E-10 | 3.3E-05 | 2.4E-08 | 1.6E-05 | >1.0E-01 (High uncertainty) |
| P-21-0160 | No releases expected | | | POD not available | No releases expected |
| P-21-0161 | No releases expected | | | POD not available | No releases expected |
| P-21-0162 | No releases expected | | | POD not available | No releases expected |
| P-21-0163 | No releases expected | | | POD not available | No releases expected |

Respiratory, dermal, and eye irritation hazards to the general population are not expected via drinking water ingestion, fish ingestion, groundwater impacted by landfill leachate, or fugitive or stack air releases due to dilution of the chemical substance in the media.

### 7.2.3 Consumer Risks

Consumer uses were identified for P-21-0144, 0145, 0146, 0147, 0148, 0149, 0150, 0155, 0156, 0157, and 0158. Consumer uses were not identified for the remaining cases. Table 42 provides a summary of consumer risks. Non-cancer risks to consumers via dermal contact were identified for P-21-0155 and not identified for any of the remaining cases. Cancer risks from dermal exposure were not quantified due to the lack of suitable POD for this exposure route.

| Table 42. Summary of Consumer Risks from Dermal Exposure | |
|---|---|
| Case | Non-cancer (Tier 2) |
| P-21-0144 | Not identified |
| P-21-0145 | Not identified |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001235

| Table 42. Summary of Consumer Risks from Dermal Exposure | |
|---|---|
| P-21-0146 | Not identified |
| P-21-0147 | Not identified |
| P-21-0148 | Not identified |
| P-21-0149 | Not identified |
| P-21-0150 | Not identified |
| P-21-0155 | **Risks identified** |
| P-21-0156 | Not identified |
| P-21-0157 | Not identified |
| P-21-0158 | POD not available |
| P-21-0152, P-21-0153, P-21-0154, P-21-0160, P-21-0161, P-21-0162, P-21-0163 | █████████████ |

Respiratory, dermal, and eye irritation hazards to consumers via dermal contact were identified based on constituents of the new chemical substance. Risks for these endpoints were not quantified due to a lack of dose-response for these hazards.

# 8   ASSUMPTIONS AND UNCERTAINTIES

Information submitted for the NCSs included names, definitions (including carbon ranges) and identification of the concurrently-produced ██████ streams. The information submitted did not include identification of chemical constituents and approximate weight fraction for each. Further, the processes used to manufacture the NCSs will likely result in mixtures of varying composition. As a result, EPA has low confidence in the chemical composition of the new chemical substance. This adds a level of uncertainty to predictions of toxicity based on mixture composition, or when reading across from another ██████ of variable composition (*i.e.,* an analogous mixture). In addition, as a complex mixture, there is uncertainty regarding the physical/chemical properties of the NCSs and only limited information was supplied by Chevron.

The assessments for environmental hazard and risk, and human health hazard and risk are based on available information for Tier 2 analogous mixtures, and information on constituents (Tier 3). The assessment for environmental fate used a weight of evidence approach using Tiers 2, 3 and 4 information. Information on analogous mixtures (Tier 2) may not adequately represent the new chemical substance, and information on individual constituents (Tier 3) will not reflect potential synergistic, antagonistic, or other interactions arising from the presence of multiple constituents within a mixture. Tier 4 information is based on prediction models and introduces more uncertainty into its use. In addition, for the human health hazard evaluation, physical chemical properties are often used to estimate absorption, and this does introduce uncertainty into that determination.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NCD considered identifying and assessing degradation products of the new chemical substance; however, NCD does not have adequate characterization of the NCSs to predict degradation products. There were some concerns regarding degradation of the NCSs resulting in more toxic constituents, but there is substantial uncertainty in predicting the nature and extent of toxic degradation products, because the composition of the NCSs is variable and its composition and fate in the environment will vary depending on local conditions. Potential degradation products and their toxic effects are a source of uncertainty in the assessment. This uncertainty in understanding the formation/identification of potential degradation products for the environmental fate analysis for such complex mixtures as the new chemical substance is challenging. Any potential method/model to better inform this would be useful.

EPA used modeling and estimation approaches to estimate environmental releases and worker exposures. Certain EPA/OPPT models have a vapor pressure threshold of 35 torr; where such models are used to estimate fugitive air releases and associated exposures, the model input is capped at 35 torr to prevent overestimation. This results in a high level of uncertainty in the estimate.

Where chemical-specific or site-specific information is not available, EPA used estimation methods and modeling approaches to estimate release and exposure, and applies engineering judgment where appropriate, There is some level of uncertainty associated with each method or model, including the use of surrogate monitoring data to assess inhalation exposure to truck drivers. Because of the high production volume and therefore high exposure estimates for the NCSs and their use, the uncertainty in the estimates may be reduced through targeted or focused monitoring efforts.

For the consumer exposure estimates, dermal exposure estimates were developed. The lack of consumer inhalation modeling for gasoline dispensing introduces an uncertainty resulting in an underestimation of the total exposure to consumers.

EPA assessed non-cancer oral and inhalation risks using both a Tier 2 mixture and a Tier 3 worst-case constituent where possible, to reduce the uncertainty in using either approach alone. However, as shown in Table 15, there are some cases that lacked a Tier 2 mixture with a POD for one or both routes, and some that lacked a Tier 3 worst-case constituent with a POD for one or both routes. Risk estimates for these cases are more uncertain.

Non-cancer oral PODs for three Tier 2 mixtures (CASRNs 64741-54-4, 64741-55-5, and 64741-66-8) were used to assess oral risks from the following cases: P-21-0144, 0145, 0146, 0148, and 0149. The study upon which the PODs were based (Halder et al. 1985) was focused on evaluating petroleum-induced nephropathy in male rats. The toxicological endpoints assessed were limited to mortality, clinical signs, body weight, gross necropsy, kidney weight, and kidney histopathology. The assessment of hazards based on PIONA class representative constituents, and the estimation of risks using the worst-case constituent serve to reduce the uncertainty associated with using PODs from this limited oral study.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

A 104-week dermal carcinogenicity study of CASRN 64741-55-5, the petroleum equivalent analogue of P-21-0148, showed positive findings in mice, suggesting that this mixture is carcinogenic by this exposure route. Similarly, the petroleum equivalent for P-21-0155 (CASRN 64741-59-9) and the petroleum equivalent for P-21-0152 (CASRN 64741-62-4) each have several positive dermal carcinogenicity studies in mice. Due to limitations in available dermal carcinogenicity data, cancer risks from dermal exposure to these NCSs were evaluated qualitatively.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

# Appendix A: Approach Used to Evaluate Fuel-Stream Chemistries (from Renewable or Non-Renewable Sources)

Risk assessment of chemical mixtures is complicated by the presence of constituents with differing properties and potential toxic effects as well as the potential for interactions among the constituents that can alter the environmental fate, environmental hazard, and/or human health hazard of the mixture relative to its individual constituents. US EPA (2000, 1986) provides guidance for hazard assessment of chemical mixtures which includes a hierarchy of data preferences. In the hierarchy, experimentally-derived test data on the mixture of interest (in this case the new chemical substance) are preferred over data on sufficiently similar mixtures, followed by data on individual constituents if the first two options are not available.

Given that a robust chemical characterization, an understanding about environmental fate, and scientifically-defensible environmental/human health hazard information on a new chemical substance will not be common for these types of chemicals (Tier 1), this risk assessment approach will focus on the Tier 2 – determination of a "sufficiently similar mixture." As discussed in EPA (2000), "…sufficiently similar mixture refers to a mixture that is *very close in composition to the mixture of concern*, *such that differences in their components and their proportions are small*…". The document further states that a determination of sufficient similarity "should be made on a case-by-case basis, considering not only the uncertainties associated with using data on a surrogate mixture, but also contrasting the inherent uncertainties if one were to use other approaches, such as component-based methods".

The New Chemicals Division (NCD) will follow this established EPA guidance in a "case-by-case" approach. In addition, NCD is not prepared to identify criteria for "closeness" of a surrogate (or analogous) mixture to determine sufficient similarity. Rather, NCD recognizes there is a spectrum of possible mixtures for any given new chemical substance. Thus, any mixture being considered is an analogous mixture and its use as a sufficiently similar mixture may be different depending on the risk assessment discipline (i.e., chemistry, environmental fate, hazard, engineering, or exposure).

As previously stated, EPA (1986, 2000) recommends three approaches to the quantitative risk assessment of chemical mixtures, and when data for the mixture of concern or toxicologically similar/ analogous mixtures are unavailable, the third approach, Tier 3, is to evaluate the individual constituents. The goal of a constituent-based quantitative mixture assessment is to approximate the toxicity of the whole mixture by accounting for the toxicity of the individual constituents. EPA's Office of Pesticide Programs (OPP) has developed guidelines for the cumulative risk assessment of pesticide mixtures (OPP 2002) that begins with the identification of a group of chemicals with a common mechanism of toxicity (OPP 1999) and assesses the combined impacts of these mixture constituents. Consistent with the Agency's approach to multi-chemical assessments (EPA 1986 and 2000) that involve chemicals that are similar and share a common mechanism of toxicity, this OPP framework recommends the use of dose addition for determining the combined hazard and risk of the mixture.

The process described in these documents results in a highly refined cumulative risk assessment but requires an extensive amount of resources and toxicology data. The level of refinement provided by this approach is not necessary or even feasible for all new chemical submissions that may lack

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

adequate characterization (OPP 2015), and the OPP guidance (2002) also notes that not all cumulative assessments need to be of the same depth and scope. In specific circumstances (described below), a screening-level assessment may be employed, which applies more conservative approaches and overestimates of toxicity than would be made using the 2002 OPP guidance.

For the risk assessment of NCSs that are based on either renewable sources (biofuels) or other petroleum replacement substances (other, non-renewable sources), NCD is implementing a tiered approach for the evaluation of chemistry, environmental fate, environmental hazard, and human health hazard data based on this hierarchy, as shown below. At each tier, the suitability and quality of the data under consideration are evaluated, and data from multiple tiers may be used in a weight of evidence approach to ensure that the resulting assessment characterizes risks to human health and the environment and is based on the most reliable data available.

**Multi-disciplinary Approach to Fuel-Stream Assessment**
This tiered approach allows for flexibility and may be different for each new chemical substance, based on the information submitted, as submitters may propose analogous mixtures or major constituents, as well as other information found and used by NCD for that particular risk assessment.

Tier 1: Experimentally-derived data on the new chemical substance.

 Tier 2: Experimentally-derived data on an analogous mixture.
 Considerations for whether an analogous mixture is appropriate for use in the risk assessment of a new chemical substance that is being developed to blend with or replace a petroleum-based fuel, regardless of its source (renewable or not) include:
 • Carbon chain length;
 • Paraffinic, isoparaffinic, olefinic, naphthenic, and aromatic (PIONA) composition
 • Physical-chemical properties (*e.g.,* physical state, boiling point, melting point, vapor pressure).

 Other considerations include whether there are available data on representative constituents and/or constituents that will be the primary drivers of human health or environmental hazards. Data from this tier may be combined with data from Tier 3 to ensure that the resulting assessment protects human health and the environment and is based on the most reliable data available.

 Consistent with EPA guidelines on mixture assessment, when data for the mixture of concern (Tier 1) or toxicologically similar/ analogous mixtures (Tier 2) are unavailable, the third approach is to evaluate the individual constituents.

Tier 3- Experimentally-derived data on the most prevalent and/or most toxic constituents of the new chemical substance (human health hazard and environmental fate).

Tier 3- Predicted (*in silico*) data on all constituents combined using the Toxic Unit approach (environmental hazard). The Toxic Unit approach, which predicts ecotoxicity endpoints for a mixture by combining the toxic contributions from each constituent, is provided in Appendix D.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

Tier 4- Predicted (*in silico*) data on most prevalent constituents if no experimentally-derived data are available. Predictive tools (*e.g.,* EPISuite) will be used to fill data gaps for physical-chemical and environmental fate properties and other tools (*e.g.,* OECD QSAR Toolbox) will be used for human health hazard. .

Tier 4-Use of the most toxic individual constituents, based on either experimental data an/or predictions (*i.e.,* ECOSAR) and conservative assumptions in a screening-level assessment when mixture characterization is inadequate for higher tiered assessment (environmental hazard).

**References for Appendix A**

1. U.S. Environmental Protection Agency 1986. "Guidelines for the Health Risk Assessment of Chemical Mixtures". Risk Assessment Forum, U.S. Environmental Protection Agency, Washington DC. EPA/630/R-98/002.
2. U.S. Environmental Protection Agency. 1999. "Guidance for Identifying Pesticide Chemicals and Other Substances That Have a Common Mechanism of Toxicity". Office of Pesticide Programs, Office of Prevention, Pesticides, and Toxic Substances, Washington, D.C.
3. U.S. Environmental Protection Agency. 2000. "Supplementary Guidance for Conducting Health Risk Assessment of Chemical Mixtures". Risk Assessment Forum, U.S. Environmental Protection Agency, Washington DC. EPA/630/R-00/002.
4. U.S. Environmental Protection Agency. 2002. "Guidance on Cumulative Risk Assessment of Pesticide Chemicals That Have a Common Mechanism of Toxicity". Office of Pesticide Programs, Washington, D.C
5. U.S. Environmental Protection Agency. 2015. "Pesticide Cumulative Risk Assessment: Framework for Screening Analysis Purpose". Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention, Washington, D.C.

# Appendix B: Environmental Fate Data

## B.1      Environmental Fate Determination

**Fate:** Environmental fate is the determination of which environmental compartment(s) a chemical moves to, the expected residence time in the environmental compartment(s) and removal and degradation processes. Environmental fate is an important factor in determining exposure and thus in determining whether a chemical may present an unreasonable risk. NCD estimated physical/chemical and fate properties of the NCSs using data submitted for analogues, data for constituents (████████████████████) and EPI (Estimation Program Interface) Suite™ (http://www.epa.gov/tsca-screening-tools/epi-suitetm-estimation-program-interface). NCD estimated that the NCSs could have a range of ratings based on submitted analogue data, measured data for the constituents (████████████████████) and EPI Suite™ data. The submitted analogue data differed for each new chemical substance because each new chemical substance was made of varying compositions. Measured data were also found for constituents of the NCSs and were based on compositional information. In addition, the constituents were run in EPISuite™. A table containing the constituents and the analogue(s) utilized in the assessments is included below. In wastewater treatment, the NCSs are expected to be removed with an efficiency of 90% to 99% due to sorption, biodegradation, and/or stripping depending on the substance. Removal of the NCSs by biodegradation ranged from negligible to high. Sorption of the NCSs to sludge is expected to range from low to strong and to soil and sediment be expected to range from low to very strong. Migration of the NCSs to groundwater is expected to range from negligible to rapid due to low to very strong sorption to soil and sediment, depending on the new chemical substance. Due to variable estimated vapor pressures and Henry's law constants, the NCSs are expected to have a range of negligible to extensive volatilization to air. Overall, these estimates indicate that the NCSs may have potential to volatilize to air depending on the new chemical substance and low potential to migrate to groundwater.

**Persistence[9]:** Persistence is relevant to whether a new chemical substance is likely to present an unreasonable risk because chemicals that are not degraded in the environment at rates that prevent substantial buildup in the environment, and thus increase potential for exposure, may present a risk if the substance presents a hazard to human health or the environment. NCD estimated degradation half-lives of the NCSs using data submitted for analogues, data for constituents (████████████████████) and EPI Suite™. NCD estimated that the new chemical substance's aerobic and anaerobic biodegradation half-lives ranged from < 2 months to > 6 months and atmospheric oxidation by hydroxyl radical (OH•) ranged from slow to rapid, depending on the new chemical substance.

---

[9] Persistence: A chemical substance is considered to have limited persistence if it has a half-life in water, soil or sediment of less than 2 months or there are equivalent or analogous data. A chemical substance is considered to be persistent if it has a half-life in water, soil or sediments of greater than 2 months but less than or equal to 6 months or if there are equivalent or analogous data. A chemical substance is considered to be very persistent if it has a half-life in water, soil or sediments of greater than 6 months or there are equivalent or analogous data. (64 FR 60194; November 4, 1999)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD



**Bioaccumulation**[10]: Bioaccumulation is relevant to whether a new chemical substance is likely to present an unreasonable risk because substances that bioaccumulate in aquatic and/or terrestrial species pose the potential for elevated exposures to humans and other organisms via food chains. NCD estimated the potential for the NCSs to bioaccumulate using data for analogue(s) (████████ ████████████) and EPI Suite™. NCD estimated that the NCSs may have low to high bioaccumulation potential based on BCFBAF model results <1000, > 1000 to < 5000, and > 5000 across structures in the mixture. Since the NCSs are mixtures of hydrocarbons, the most conservative values were utilized in the assessments.

---

[10] Bioaccumulation: A chemical substance is considered to have a low potential for bioaccumulation if there are bioconcentration factors (BCF) or bioaccumulation factors (BAF) of less than 1,000 or there are equivalent or analogous data. A chemical substance is considered to be bioaccumulative if there are BCFs or BAFs of 1,000 or greater and less than or equal to 5,000 or there are equivalent or analogous data. A chemical substance is considered to be very bioaccumulative if there are BCFs or BAFs of 5,000 or greater or there are equivalent or analogous data. (64 FR 60194; November 4 1999)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

| PMN | P-21-0144 | P-21-0145 | P-21-0146 | P-21-0147 |
|---|---|---|---|---|
| Property | Chemical Identity | | | |
| Name | ███ | | | |
| CASRN | ███ | | | |
| Carbon range | ███ | | | |
| Data Sources | Analogue Biodegradation Data | | | |
| Hazard Characterization[1] | Naphtha (petroleum), light alkylate, CASRN 64741-66-8; Naphtha (petroleum), heavy catalytic reformed, CASRN 64741- 63-5; Naphtha (petroleum), light catalytic cracked, CASRN 64741-55-5: CONCAWE Inherent (CO2 Headspace) 42-96%/28 days. | Naphtha (petroleum), light alkylate, CASRN 64741-66-8; Naphtha (petroleum), heavy catalytic reformed, CASRN 64741- 63-5; Naphtha (petroleum), light catalytic cracked, CASRN 64741-55-5: CONCAWE Inherent (CO2 Headspace) 42-96%/28 days. | Naphtha (petroleum), light alkylate, CASRN 64741-66-8; Naphtha (petroleum), heavy catalytic reformed, CASRN 64741- 63-5; Naphtha (petroleum), light catalytic cracked, CASRN 64741-55-5: CONCAWE Inherent (CO2 Headspace) 42-96%/28 days. | Naphtha (petroleum), light alkylate, CASRN 64741-66-8; Naphtha (petroleum), heavy catalytic reformed, CASRN 64741- 63-5; Naphtha (petroleum), light catalytic cracked, CASRN 64741-55-5: CONCAWE Inherent (CO2 Headspace) 42-96%/28 days. |
| J-Check/NITE[2] | m-xylene, CASRN 108-38-3: Japanese MITI test: 30% by O2 consumption, 100% by GC and O2, GC and TOC; 1,3,5-trimethyl-benzene, CASRN 108-67-8: Japanese MITI test: 0% by BOD and GC/28 days; 1-hexene, CASRN 592-41-6: Japanese MITI test: 83% by BOD, 94% by TOC, 91% by GC/14 days | n-nonane, CASRN 111-84-2: Japanese MITI test: 96% by BOD and GC/28 days; undecane, CASRN 1120-21-4: 118% by BOD and 100% by GC / 28 days. | 2,2,4-trimethylpentane, CASRN 540-84-1: Japanese MITI test: 0% by BOD, 3% by GC/28 days; n-pentane, CASRN 109-66-0: Japanese MITI test: 96% by BOD and 100% by GC after 28 days. | methylcyclohexane, CASRN 108-87-2: 0% by BOD after 28 days; BCF = 181-321 (8wk in Cyprinus caprio @ 10 & 100ppm) n-heptane, CASRN 142-82-5: 101% by BOD and 100% by GC after 28 days; cyclohexane, CASRN 110-82-7: Japanese MITI test: 0% by BOD, 8% by GC/28days; toluene, CASRN 108-88-3: 123% by BOD and 100% by GC/14 days; n-hexane, CASRN 110-54-3: 100% by BOD and 100% by GC after 28 days; 2-methylpentane, CASRN 107-83-5: Japanese MITI test: 93% by BOD, 94% by GC/28 days; xylene, CASRN 1330-20-7: OECD 301F: 90%, 94%, and 98% after 28 days; BCF 4.9 - 25.9; 1,3-dimethylbenzene, CASRN |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| PMN | P-21-0144 | P-21-0145 | P-21-0146 | P-21-0147 |
|---|---|---|---|---|
| | | | | **108-38-3:** 39% by O2 consumption, 100% by GC, and 100% by TOC at 14 days; 100% by O2 consumption (BOD) and GC at 28 day; **1,4-dimethylbenzene, CASRN 106-42-3:** 32% and 43% by O2 consumption, 87% and 100% by GC at 28 days; **benzene, CASRN 71-43-2:** 40% by BOD and 69% by GC at 14 days **ethylbenzene, CASRN 100-41-4:** 0% by BOD and HPLC at 28 days. |
| ECHA data[3] | **m-xylene, CASRN 108-38-3:** OECD 301F: 90-98%/28 days; **1,3,5-trimethyl-benzene, CASRN 108-67-8:** OECD 301F: 61%/28 days; **1-hexene, CASRN 592-41-6:** OECD 301C: 67-98% by BOD, 91-96% by TOC, and 87-94% by GC/28 days; **p-xylene, CASRN 106-42-3:** OECD 301F: 90%/28 days; | | **2-methylbutane, CASRN 78-78-4:** OECD 301F: 71.43% after 28 days **n-pentane, CASRN 109-66-0:** OECD 301F: 87%/28 days. | **methylcyclohexane, CASRN 108-87-2:** OECD 301D: 0%/28d (O2 consumption); BCF: 95-321 **110-82-7:** OECD 301F: 77%/28 days; **2-methylpentane, CASRN 107-83-5:** OECD 301C: 93% by BOD, 94% by GC/28 days; **n-octane, CASRN 111-65-9:** >60% after 20 days in equivalent to ready bideg test, BCF = 198.7; **xylene, CASRN 1330-20-7:** 39% by O2 consumption, 100% by GC and TOC @ 14 days; **1,2-dimethylbenzene, CASRN 95-47-6:** OECD 301F: 90%, 94%, and 98% after 28 days; BCF 4.9 - 25.9; **1,3-dimethylbenzene, CASRN 108-38-3:** OECD 301F: 90%, 94%, and 98% after 28 days; BCF 4.9 - 25.9; **1,4-dimethylbenzene, CASRN 106-42-3:** OECD 301F: 90%, 94%, and 98% after 28 days; BCF 4.9 - 25.9; **benzene, CASRN 71-43-2:** OECD 301F: 96% by BOD at 28 days; **ethylbenzene, CASRN 100-41-** |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| PMN | P-21-0144 | P-21-0145 | P-21-0146 | P-21-0147 |
|---|---|---|---|---|
| | | | | 4: OECD 310: 79% at 28 days. |
| HPV data[4] | Naphtha (petroleum), light straight-run, CASRN 64741-46-4: OECD 301F (Mano Resp): 77%/28 days. | Naphtha (petroleum), light straight-run, CASRN 64741-46-4: OECD 301F (Mano Resp): 77%/28 days. | Naphtha (petroleum), light straight-run, CASRN 64741-46-4: OECD 301F (Mano Resp): 77%/28 days | Naphtha (petroleum), light straight-run, CASRN 64741-46-4: OECD 301F (Mano Resp): 77%/28 days |
| Persistence[5] | P1-P3 (limited persistence to very persistent) | P1-P3 (limited persistence to very persistent) | P1-P3 (limited persistence to very persistent) | P1-P3 (limited persistence to very persistent) |
| Property | Bioaccumulation Potential | | | |
| Bioaccumulation factors[6] | 29-7,892 (estimated) | 29-7,892 (estimated) | 29-820 (estimated)<br><br>2,2,4-trimethylpentane, CASRN 540-84-1: BCF: 460-540 (J-Check) | 12-1404 (estimated)<br><br>methylcyclohexane, CASRN 108-87-2 BCF: 181-321 (J-Check); BCF: 95-321 (ECHA); n-octane, CASRN 111-65-9: BCF: 198.7 (ECHA); xylene, CASRN 1330-20-7: BCF: 4.9 - 25.9 (J-Check); 1,2-dimethylbenzene, CASRN 95-47-6: BCF: 4.9 - 25.9 (ECHA); 1,3-dimethylbenzene, CASRN 108-38-3: BCF: 4.9 - 25.9 (ECHA); 1,4-dimethylbenzene, CASRN 106-42-3: BCF: 4.9 - 25.9 (ECHA). |
| Bioaccumulation | B1-B3 (low to high) | B1-B3 (low to high) | B1 (low) | B1-B2 (low to moderate) |
| Comments | [1]US EPA Hazard Characterization 2011. Screening Level Hazard Characterization. Gasoline Blending Streams Category.<br>[2]J-Check/NITE 2021. https://nite.go.jp/chem/jcheck/search.action?request_locale=en<br>[3]ECHA 2021: https://echa.europa.eu/search-for-chemicals<br>[4]HPV 2012. High Production Volume (HPV) Chemical Challenge Program. Gas Oils Category Analysis Document and Hazard Characterization. Submitted to the US EPA by the American Petroleum Institute (API) Petroleum HPV Testing Group.<br>[5]Persistence was evaluated with a weight of evidence approach and included consideration of the BIOWIN model estimations from EPISuite[TM], the fugacity models for the respective chemical constituents, the measured data for the constituents, and the submitted analogue data.<br>[6]The bioaccumulation potential for the new chemical substances was based on both the bioconcentration (BCF) and bioaccumulation (BAF) model estimations from EPISuite[TM] and measured data for the constituents. | | | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| PMN | P-21-0148 | P-21-0149 | P-21-0150 | P-21-0152 |
|---|---|---|---|---|
| Property | Chemical Identity | | | |
| Name | | | | |
| CASRN | | | | |
| Carbon range | | | | |
| Data Sources | Analogue Biodegradation Data | | | |
| Hazard Characterization[1] | Naphtha (petroleum), light alkylate, CASRN 64741-66-8; Naphtha (petroleum), heavy catalytic reformed, CASRN 64741- 63-5; Naphtha (petroleum), light catalytic cracked, CASRN 64741-55-5: CONCAWE Inherent (CO2 Headspace) 42-96%/28 days. | Naphtha (petroleum), light alkylate, CASRN 64741-66-8; Naphtha (petroleum), heavy catalytic reformed, CASRN 64741- 63-5; Naphtha (petroleum), light catalytic cracked, CASRN 64741-55-5: CONCAWE Inherent (CO2 Headspace) 42-96%/28 days. | Naphtha (petroleum), light alkylate, CASRN 64741-66-8; Naphtha (petroleum), heavy catalytic reformed, CASRN 64741- 63-5; Naphtha (petroleum), light catalytic cracked, CASRN 64741-55-5: CONCAWE Inherent (CO2 Headspace) 42-96%/28 days | No data |
| J-Check/NITE[2] | pentane, CASRN 109-66-0: Japanese MITI Test: 96% by BOD and 100% by GC/28 days; m-xylene, CASRN 108-38-3: Japanese MITI test: 30% by O2 consumption, 100% by GC and O2, GC and TOC; cyclohexane, CASRN 110-82-7: Japanese MITI test: 0% by BOD, 8% by GC/28days; 1,2-dimethyl-cyclohexane, CASRN 583-57-3: OECD 301C: 0% by O2 consumption/28 days; toluene, CASRN 108-88-3: 123% by BOD and 100% by GC/14 days; 2-methylpentane, CASRN 107-83-5: Japanese MITI test: 93% by BOD, 94% by GC/28 days; ethylbenzene, CASRN 100-41-4: Japanese MITI test: 0% by BOD, 0% by | undecane, CASRN 1120-21-4: Japanese MITI Test: 118% by BOD and 100% by GC/28 days; methylcyclohexane, CASRN 108-87-2: Japanese MITI Test: 0% by BOD/28 days; dimethylcyclohexane, CASRN 583-57-3: OECD 301C 0% by O2 consumption and 2% by GC/28 days; decahydronaphthalene, CASRN 91-17-8: Japanese MITI test: 2% by BOD, 3% by GC and 5% by GC/28 days; trimethylbenzene, CASRN 108-67-8: 0% by BOD, 0% by GC/14 days; 1,2,4-trimethylbenzene, CASRN 95-63-6: 9% by BOD and 0% by GC/28 days; m-xylene, CASRN 108-38-3: Japanese MITI test: 30% by O2 consumption, 100% by | pentane, CASRN 109-66-0: Japanese MITI Test: 96% by BOD and 100% by GC/28 days; methylcyclohexane, CASRN 108-87-2: Japanese MITI Test: 0% by BOD/28 days; toluene, CASRN 108-88-3: Japanese MITI Test: 123% by BOD and 100% by GC/28 days; 2-methylpentane, CASRN 107-83-5: Japanese MITI Test: 93% by BOD, 94% by GC/28 days; hexane, CASRN 110-54-3: Japanese MITI Test: 100% by BOD and 100% by GC/28 days; heptane, CASRN 142-82-5: Japanese MITI Test: 101% by BOD and 100% by GC/28 days; benzene, CASRN 71-43-2: Japanese MITI test: 40% by BOD and 69% by GC/14 days; | No data |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

███████████████

| PMN | P-21-0148 | P-21-0149 | P-21-0150 | P-21-0152 |
|---|---|---|---|---|
| | HPLC | GC and O2, GC and TOC/28 days; **ethylbenzene, CASRN 100-41-1:** 0% by BOD and HPLC/ 28 days; **toluene, CASRN 108-88-3:** 123% by BOD and 100% by GC/28 days; **naphthalene, CASRN 91-20-3:** Japanese MITI test: 2% by BOD and 0% by GC/28 days | | |
| ECHA data[3] | **pentane, CASRN 109-66-0:** OECD 301F: 87%/28 days; **m-xylene, CASRN 108-38-3:** OECD 301F: 90-98%/28 days; **cyclohexane, CASRN 110-82-7:** OECD 301F: 77%/28 days; **2-methylpentane, CASRN 107-83-5:** OECD 301C: 93% by BOD, 94% by GC/28 days; **4-methyl-1-pentene, CASRN 691-37-2:** OECD 301C: 0-3% by BOD and GC after 28 days; **2-methylbutane, CASRN 78-78-4:** OECD 301F: 71.43%/28 days; **p-xylene, CASRN 106-42-3:** OECD 301F: 90%/28 days; **pentene, CASRN 25377-72-4:** OECD 301D: 3-10%/28 days; **2-methyl-2-butene, CASRN 513-35-9:** OECD 301F: 7%/28 days; **ethylbenzene, CASRN 100-41-4:** OECD 310: 70-80% by BOD/28 days | **methylcyclohexane, CASRN 108-87-2:** 0% by BOD after 28 days; **trimethylbenzene, CASRN 108-67-8:** OECD 301F: 61% after 28 days; **p-xylene, CASRN 106-42-3:** OECD 301F: 90% after 28 days; **m-xylene, CASRN 108-38-3:** OECD 301F: 90-98%/28 days; **o-xylene, CASRN 95-45-6:** OECD 301F: 90%, 94%, and 98% after 28 days | **pentane, CASRN 109-66-0:** OECD 301F: 87%/28 days; **methylcyclohexane, CASRN 108-88-3:** OECD 301D: 0%/28 days (O2 consumption); **2-methylpentane, CASRN 107-83-5:** OECD 301C: 93% by BOD, 94% by GC/28 days; **2-methylbutane, CASRN 78-78-4:** OECD 301F: 71.43%/28 days; **benzene, CASRN 71-43-2:** OECD 301F: 96% by BOD at 28 days | No data |
| HPV data[4] | **Naphtha (petroleum), light straight-run, CASRN 64741-46-4:** OECD 301F (Mano Resp): 77%/28 days. | **Naphtha (petroleum), light straight-run, CASRN 64741-46-4:** OECD 301F (Mano Resp): 77%/28 days | **Naphtha (petroleum), light straight-run, CASRN 64741-46-4:** OECD 301F (Mano Resp): 77%/28 days | Submitted data were not used in the assessment: **Gasoline blending streams (C4-12):** OECD 301F: 77%/28 days; **Kerosene (C9-C16):** OECD 301F: 58.6%/28 days; |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD NR0001248

| PMN | P-21-0148 | P-21-0149 | P-21-0150 | P-21-0152 |
|---|---|---|---|---|
| | | | | **Gas oils (C9-25):** OECD 301F: 60%/28 days; **Lubricating base oils (C15-50):** OECD 301F: 38%/28 days; **Aromatic extracts (C15-54):** OECD 301D: 0%; **Waxes and related materials (C20-50):** OECD 301F: 40%/28 days. |
| Persistence[5] | **P1-P3 (limited persistence to very persistent)** | **P1-P3 (limited persistence to very persistent)** | **P1-P3 (limited persistence to very persistent)** | **P1-P3 (limited persistence to very persistent)** |
| Property | Bioaccumulation Potential | | | |
| Bioaccumulation factors[6] | 29 (estimated)-2,200 (measured) | 5 (measured)-511,500 (estimated) | 12-2,014 (estimated) **methylcyclohexane, CASRN 108-88-3:** BCF: 95-321 (ECHA); **methylcyclohexane, CASRN 108-87-2:** BCF = 181-321 (J-Check); | 3.2-417,600 (estimated) |
| **Bioaccumulation** | **B1-B2 (low to moderate)** | **B1-B3 (low to high)** | **B1-B2 (low to moderate)** | **B1-B3 (low to high)** |
| Comments | [1]US EPA Hazard Characterization 2011. Screening Level Hazard Characterization. Gasoline Blending Streams Category. [2]J -Check/NITE 2021. https://nite.go.jp/chem/jcheck/search.action?request_locale=en [3]ECHA 2021: https://echa.europa.eu/search-for-chemicals [4]HPV 2012. High Production Volume (HPV) Chemical Challenge Program. Gas Oils Category Analysis Document and Hazard Characterization. Submitted to the US EPA by the American Petroleum Institute (API) Petroleum HPV Testing Group. [5]Persistence was evaluated with a weight of evidence approach and included consideration of the BIOWIN model estimations from EPISuite™, the fugacity models for the respective chemical constituents, the measured data for the constituents, and the submitted analogue data. [6]The bioaccumulation potential for the new chemical substances was based on both the bioconcentration (BCF) and bioaccumulation (BAF) model estimations from EPISuite™ and measured data for the constituents. | | | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| PMN | P-21-0153 | P-21-0154 | P-21-0155 | P-21-0156 |
|---|---|---|---|---|
| Property | Chemical Identity | | | |
| Name | | | | |
| CASRN | | | | |
| Carbon range | | | | |
| Data Sources | Analogue Biodegradation Data | | | |
| Hazard Characterization[1] | No data | No data | No data | No data |
| J-Check/NITE[2] | No data | **squalane, CASRN 111-01-3:** Japanese MITI Test: 36% by BOD and 51% by GC/28 days; **anthracene, CASRN 120-12-7:** Japanese MITI test: 1.9% by BOD, 3.6% by UVVIS and 0.5% by GC/28 days; **phenanthrene, CASRN 85-01-8:** Japanese MITI test: 54% by BOD, 78.9% by GC and 71.9% by UV-VIS/28 days | **pentadecane, CASRN 629-62-9:** Japanese MITI test: 54.8% by GC, 94.5% by BOD **decahydronapthalene, CASRN 91-17-8:** Japanese MITI test: 2% by BOD, 3% by GC and 5% by GC **1-methylnapthalene, CASRN 90-12-0:** Japanese MITI test: 2% by BOD, 0% by HPLC **anthracene, CASRN 120-12-7:** Japanese MITI test: 1.9% by BOD, 3.6% by UVVIS and 0.5% by GC/28 days | **trimethylbenzene, CASRN 108-67-8:** 0% by BOD, 0% by GC after 14 days; **1,2,4-trimethylbenzene, CASRN 95-63-6:** 9% by BOD and 0% by GC after 28 days; **4-tertbutyltoluene, CASRN 98-51-1:** Japanese MITI test: 52% by BOD, 80% by GC/28 days; **undecane, CASRN 1120-21-4:** 118% by BOD and 100% by GC/28 days; **naphthalene, CASRN 91-20-3:** Japanese MITI test: 2% by BOD and 0% by GC/28 days; **1-methylnaphthalene, CASRN 90-12-0:** Japanese MITI test: 2% by BOD, 0% by HPLC (J-Check); **acenaphthylene, CASRN 208-96-8:** 0% by BOD, 3% by GC/28 days; **acenaphthene, CASRN 83-32-9:** 0% by BOD, 3% by GC/28 days; **fluorene, CASRN 86-73-7:** 0% by BOD, 1% by GC/28 days |
| ECHA data[3] | No data | **squalane, CASRN 111-01-3:** OECD 301B: 64.7%/28 days; **anthracene, CASRN 120-12-7:** OECD 302C: 1.9% by O2 consumption, 3.6% by GC | **decahydronapthalene, CASRN 91-17-8:** OECD 301D (Closed Bottle test): 53%/28 days **anthracene, CASRN 120-12-7:** OECD 302C: 1.9% by O2 consumption, 3.6% by GC | **trimethylbenzene, CASRN 108-67-8:** OECD 301F: 61% after 28 days (ECHA); |
| HPV data[4] | Submitted data were not used in the assessment: | Submitted data were not used in the | **CASRN 64741-90-8 and diesel fuel samples):** ISO | **CASRN 64741-90-8 and diesel fuel samples):** ISO 14593: |

| PMN | P-21-0153 | P-21-0154 | P-21-0155 | P-21-0156 |
|---|---|---|---|---|
| | **Gasoline blending streams (C4-12):** OECD 301F: 77%/28d; **Kerosene (C9-C16):** OECD 301F: 58.6%/28d; **Gas oils (C9-C25):** OECD 301F: 60%/28d; **Lubricating base oils (C15-50):** OECD 301F: 38%/28d; **Aromatic extracts (C15-54):** OECD 301D: 0%; **Waxes and related materials (C20-50):** OECD 301F: 40%/28d. | assessment: **Gasoline blending streams (C4-12):** OECD 301F: 77%/28d; **Kerosene (C9-C16):** OECD 301F: 58.6%/28d; **Gas oils (C9-25):** OECD 301F: 60%/28d; **Lubricating base oils (C15-50):** OECD 301F: 38%/28d; **Aromatic extracts (C15-54):** OECD 301D: 0%; **Waxes and related materials (C20-50):** OECD 301F: 40%/28d. | 14593: 41%/28d; OECD 301F (Mano Resp): 60%/28d, NRB; OECD 301F (Mano Resp): 57.5%/28d; OECD 301B (Mod Sturm): 40%/28d; **CASRN 64741-59-9:** OECD 301F (Mano Resp): 56%/28d; **CASRN 64741-77-1:** OECD 301F (Mano Resp): 64%/28d, NRB. | 41%/28d; OECD 301F (Mano Resp): 60%/28d, NRB; OECD 301F (Mano Resp): 57.5%/28d; OECD 301B (Mod Sturm): 40%/28d; **CASRN 64741-59-9:** OECD 301F (Mano Resp): 56%/28d; **CASRN 64741-77-1:** OECD 301F (Mano Resp): 64%/28d, NRB. |
| **Persistence[5]** | **P1-P3 (Limited Persistence to Very Persistent)** | **P1-P3 (Limited Persistence to Very Persistent)** | **P1-P3 (Limited Persistence to Very Persistent)** | **P1-P3 (Limited Persistence to Very Persistent)** |
| Property | Bioaccumulation Potential | | | |
| Bioaccumulation factors[6] | 3.2-10,990,000 (estimated) | 3.2-808,300 (estimated)<br><br>**anthracene, CASRN 120-12-7:** BCF: 1660 (J-Check) | 41 (measured)-29,200 (estimated)<br><br>**pentadecane, CASRN 629-62-9:** BCF: 41.4 (J-Check); **decahydronapthalene, CASRN 91-17-8:** BCF: 3050 (J-Check); **1-methylnapthalene, CASRN 90-12-0:** BCF: 660 (J-Check); **anthracene, CASRN 120-12-7:** BCF: 1660 (J-Check) | 23 (measured)-808,300 (estimated)<br><br>**trimethylbenzene, CASRN 108-67-8:** BCF = 142-279 (10wk in cyprinus caprio @ 15 & 150ppm) (J-Check); **1,2,4-trimethylbenzene, CASRN 95-63-6:** BCF = 135-275 (8wk in cyprinus caprio @ 0.2 & 0.02 ppm) (J-Check); **naphthalene, CASRN 91-20-3:** BCF = 23-146 (J-Check); **1-methylnaphthalene, CASRN 90-12-0:** BCF = 360-810 (J-Check); **acenaphthylene, CASRN 208-96-8:** BCF = 225-545 (J-Check); **acenaphthene, CASRN 83-32-9:** BCF = 254-1270 (J-Check); **fluorene, CASRN 86-73-7:** 0% by BOD, 1% by GC/28 days; BCF = 219-830 (J-Check) |
| **Bioaccumulation** | B1-B3 (low to high) | B1-B3 (low to high) | B1-B3 (low to high) | B1-B3 (low to high) |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD  NR0001251

| PMN | P-21-0153 | P-21-0154 | P-21-0155 | P-21-0156 |
|-----|-----------|-----------|-----------|-----------|
| Comments | [1]US EPA Hazard Characterization 2011. Screening Level Hazard Characterization. Gasoline Blending Streams Category. [2]J -Check/NITE 2021. https://nite.go.jp/chem/jcheck/search.action?request_locale=en [3]ECHA 2021: https://echa.europa.eu/search-for-chemicals [4]HPV 2012. High Production Volume (HPV) Chemical Challenge Program. Gas Oils Category Analysis Document and Hazard Characterization. Submitted to the US EPA by the American Petroleum Institute (API) Petroleum HPV Testing Group. [5]Persistence was evaluated with a weight of evidence approach and included consideration of the BIOWIN model estimations from EPISuite[TM], the fugacity models for the respective chemical constituents, the measured data for the constituents, and the submitted analogue data. [6]The bioaccumulation potential for the new chemical substances was based on both the bioconcentration (BCF) and bioaccumulation (BAF) model estimations from EPISuite[TM] and measured data for the constituents. | | | |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

| PMN | P-21-0157 | P-21-0158 | P-21-0160 |
|---|---|---|---|
| Property | Chemical Identity | | |
| Name | | | |
| CASRN | | | |
| Carbon range | | | |
| Data Sources | Analogue Biodegradation Data | | |
| Hazard Characterization[1] | No data | No data | No data |
| J-Check/NITE[2] | **n-pentadecane, CASRN 629-62-9:** Japanese MITI test: 54.8% by BOD, 94.5% by GC/28 days; BCF = 6.8-41.4 (J-Check); **n-henicosane, CASRN 629-94-7:** Japanese MITI test: 89% by BOD, 72% by GC; **4-tertbutyltoluene, CASRN 98-51-1:** Japanese MITI test: 52% by BOD, 80% by GC/28 days; **1-methylnaphthalene, CASRN 90-12-0:** Japanese MITI test: 2% by BOD, 0% by HPLC; **acenaphthylene, CASRN 208-96-8:** 0% by BOD, 3% by GC/28 days; **acenaphthene, CASRN 83-32-9:** 0% by BOD, 3% by GC/28 days; **fluorene, CASRN 86-73-7:** 0% by BOD, 1% by GC/28 days | **undecane, CASRN 1120-21-4:** 118% by BOD and 100% by GC @ 28 days; **1-isopropyl-4-methylcyclohexane, CASRN 99-82-1:** 78% by BOD, 92% by TOC, 85% by GC at 28 days; **decalin, CASRN 91-17-8:** 2% by BOD, 3% by GC, 5% by GC at 28 days; **1,2,4-trimethylbenzene, CASRN 95-63-6:** 9% by BOD and 0% by GC at 14 days; **1,2,5-trimethylbenzene, CASRN 108-67-8:** 0% by BOD and 0% by GC at 14 days; **1,2,3-trimethylbenzene, CASRN 536-73-8:** 0% by BOD and 6% by GC at 14 days; **naphthalene, CASRN 91-20-3:** Japanese MITI test: 2% by BOD and 0% by GC/28 days; | **1-butene, CASRN 106-98-9:** OECD 107 Kow=2.30; 3% by BOD and 3% by GC at 28 days; **propylene, CASRN 115-07-1:** 1% by BOD, 0% by GC at 28 days |
| ECHA data[3] | **2,6,10-trimethyldodecane, CASRN 3891-98-3:** OECD 301B: 32.4%/28 days (ECHA) | **isopropylhexane, CASRN 696-29-7:** OECD 310: 1% at 28 days; **1-isopropyl-4-methylcyclohexane, CASRN 99-82-1:** 87% (BODIS TEST) at 28 days; **decalin, CASRN 91-17-8:** OECD 301D: 53% at 28 days; 301F: 0% at 28 days; 301C: 1-3% at 28 days; **isopropylbenzene, CASRN 98-82-8:** 70% by O2 consumption at 20 days; **1-methylnaphthalene, CASRN 90-12-0:** Japanese MITI test: 2% by BOD, 0% by HPLC; **biphenyl, CASRN 92-52-4:** 66% by BOD, 84% by GC, and 91% by UV-VIS at 14 days; | **propane, CASRN: 74-98-6:** Non GLP study: 100% at 16 days |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| PMN | P-21-0157 | P-21-0158 | P-21-0160 |
|---|---|---|---|
| | | **2,3-dimethylnaphthalene, CASRN 581-40-8:** 50% by BOD, 67% by GC at 28 days; **4-methylbiphenyl, CASRN 644-08-6:** 48% by BOD, 91% by GC, and 100% by UV-VIS at 14 days; **4-ethylbiphenyl, CASRN 5707-44-8:** OECD 301C: 50% by BOD, 77% by GC at 28 days. | |
| HPV data[4] | **CASRN 64741-90-8 and diesel fuel samples):** ISO 14593: 41%/28d; OECD 301F (Mano Resp): 60%/28d, NRB; OECD 301F (Mano Resp): 57.5%/28d; OECD 301B (Mod Sturm): 40%/28d; **CASRN 64741-59-9:** OECD 301F (Mano Resp): 56%/28d; **CASRN 64741-77-1:** OECD 301F (Mano Resp): 64%/28d, NRB. | **CASRN 64741-90-8 and diesel fuel samples):** ISO 14593: 41%/28d; OECD 301F (Mano Resp): 60%/28d, NRB; OECD 301F (Mano Resp): 57.5%/28d; OECD 301B (Mod Sturm): 40%/28d; **CASRN 64741-59-9:** OECD 301F (Mano Resp): 56%/28d; **CASRN 64741-77-1:** OECD 301F (Mano Resp): 64%/28d, NRB. | No data |
| Persistence[5] | **P1-P3 (limited persistence to very persistent)** | **P1-P3 (limited persistence to very persistent)** | **P1-P3 (limited persistence to very persistent)** |
| Property | Bioaccumulation Potential | | |
| Bioaccumulation factors[6] | 5 (measured)-1,685,000 (estimated) <br><br> **n-pentadecane, CASRN 629-62-9:** BCF = 6.8-41.4 (J-Check); **n-hexadecane, CASRN 544-76-3:** BCF = 5-47.9 (J-check); **1-methylnaphthalene, CASRN 90-12-0:** BCF = 360-810 (J-Check); **acenaphthylene, CASRN 208-96-8:** BCF = 225-545 (J-Check); **acenaphthene, CASRN 83-32-9:** BCF = 254-1270 (J-Check); **fluorene, CASRN 86-73-7:** BCF = 219-830 (J-Check) | 40 − 4,709,000 (estimated) <br><br> **decalin, CASRN 91-17-8:** 305C: BCF=839-2340 (J-Check); **1,2,4-trimethylbenzene, CASRN 95-63-6:** BCF = 74-275 (J-Check); **1,2,5-trimethylbenzene, CASRN 108-67-8:** BCF = 142-279 (J-Check); **1,2,3-trimethylbenzene, CASRN 536-73-8:** BCF = 163-210 (J-Check); **1,3-diethylbenzene, CASRN 141-93-5:** BCF = 350-483 (J-Check); **1,4-diethylbenzene, CASRN 105-05-5:** BCF = 546-598 (J-Check); **naphthalene, CASRN 91-20-3:** BCF = 23-146 (J-Check); **1-methylnaphthalene, CASRN 90-12-0:** BCF = 360-810 (J-Check); **4-ethylbiphenyl, CASRN 5707-44-8:** OECD 305: BCF = 180-1200 (J-Check); **1,4-diethylbenzene, CASRN 105-05-5:** 305C: BCF = 320-629 (ECHA). | 7-61 (estimated) |
| Bioaccumulation | **B1-B3 (low to high)** | **B1-B3 (low to high)** | **B1 (low)** |
| Comments | [1]US EPA Hazard Characterization 2011. Screening Level Hazard Characterization. Gasoline Blending Streams Category. | | |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD



| PMN | P-21-0157 | P-21-0158 | P-21-0160 |
|---|---|---|---|
| | [2]J-Check/NITE 2021. https://nite.go.jp/chem/jcheck/search.action?request_locale=en<br>[3]ECHA 2021: https://echa.europa.eu/search-for-chemicals<br><br>[5]Persistence was evaluated with a weight of evidence approach and included consideration of the BIOWIN model estimations from EPISuite™, the fugacity models for the respective chemical constituents, the measured data for the constituents, and the submitted analogue data.<br>[6]The bioaccumulation potential for the new chemical substances was based on both the bioconcentration (BCF) and bioaccumulation (BAF) model estimations from EPISuite™ and measured data for the constituents. | | |



| PMN | P-21-0161 | P-21-0162 | P-21-0163 |
|---|---|---|---|
| Property | Chemical Identity | | |
| Name | | | |
| CASRN | | | |
| Carbon range | | | |
| Data Sources | Analogue Biodegradation Data | | |
| Hazard Characterization[1] | No data | No data | No data |
| J-Check/NITE[2] | OECD 107 Kow=2.30; 3% by BOD and 3% by GC at 28 days; 1% by BOD, 0% by GC at 28 days | Japanese MITI test: 93% by BOD, 94% by GC after 28 days; 96% by BOD and 100% by GC after 28 days. | 96% by BOD and 100% by GC after 28 days. |
| ECHA data[3] | OECD 301F: 71.43% after 28 days; Non GLP study: 100% at 16 days | OECD 301C: 93% by BOD, 94% by GC after 28 days; **OECD 301F: 98%** by O2 consumption at 28 days; **OECD 301F: 98%** by O2 consumption at 28 days; | OECD 301F: 71.43% after 28 days; OECD 301F: 87%/28 days; Non GLP study: 100% at 16 days. |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

| PMN | P-21-0161 | P-21-0162 | P-21-0163 |
|---|---|---|---|
|  |  | ██████████<br>OECD 301F: 71.43% after 28 days;<br>████ █████ OECD 301F: 87%/28 days. |  |
| HPV data[4] | No data | No data | No data |
| Persistence[5] | P1-P3 (limited persistence to very persistent) | P1 (limited persistence) | P1 (limited persistence) |
| Property | Bioaccumulation Potential | | |
| Bioaccumulation factors[6] | 6-61 (estimated) | 29-310 (estimated) | 17-148 (estimated) |
| Bioaccumulation | B1 (low) | B1 (low) | B1 (low) |
| Comments | ████████████████████████████████████████████████████<br>[2] J -Check/NITE 2021. https://nite.go.jp/chem/jcheck/search.action?request_locale=en<br>[3] ECHA 2021: https://echa.europa.eu/search-for-chemicals<br>████████████████████████████████████████████████████<br><br>[5] Persistence was evaluated with a weight of evidence approach and included consideration of the BIOWIN model estimations from EPISuite™, the fugacity models for the respective chemical constituents, the measured data for the constituents, and the submitted analogue data.<br>[6] The bioaccumulation potential for the new chemical substances was based on both the bioconcentration (BCF) and bioaccumulation (BAF) model estimations from EPISuite™ and measured data for the constituents. | | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

# Appendix C: Environmental Hazard Data

## C.1    New Chemical Substance Data

There were no environmental hazard data submitted with the NCSs.

## C.2    Analogous Mixture/Metabolite/Constituent Data

Environmental hazard data were available for four Tier 2 analogous mixtures. The following robust summaries are from:

The U.S. Environmental Protection Agency Hazard Characterization Document: Screening-Level Hazard Characterization of Gasoline Blending Streams Category (December, 2011).

The American Petroleum Institute (API) Petroleum HPV Testing Group: Gas Oils Category Analysis Document and Hazard Characterization (Consortium #1100997) submitted to the EPA (October, 2012).

## C.2.1    Naphtha (petroleum), light alkylate (CASRN 64741-66-8). Paraffinic Naphthas

**Tier 2 Analogous Mixture**

*Acute Toxicity to Fish*
Fathead minnow (Pimephales promelas) were exposed to CASRN 64741-66-8 as WAFs in sealed test vessels under static renewal conditions for 96 hours. The loading rates were 0, 1.1, 5.2, 9.7, 19 and 74 mg/L and analytical measurements were made on the WAFs for components comprising ~ 68% of the test substance. Mortality was observed at ≥ 9.7 mg/L. Exposures occurred at a pH of 7.8 – 8.2, a dissolved oxygen concentration of 7.7 – 8.6 mg/L and a temperature of 21.2 °C.
96-h LL50 = 8.2 mg/L
**96-h LC50 = 0.305 mg/L**
**Chronic Value: 0.031 mg/L** (An acute to chronic ration (ACR) of 10 was applied to the acute fish endpoint.)

*Acute Toxicity to Aquatic Invertebrates*
Daphnia magna were exposed to CASRN 64741-66-8 as WAFs under static renewal conditions in sealed test vessels for 48 hours. The loading rates were 0, 9, 18, 35, 70 and 140 mg/L and analytical measurements were made on the WAFs for components comprising ~ 68% of the test substance. Treatment-related effects were observed at ≥ 35 mg/L. Exposures occurred at a pH of 8 – 8.2, a dissolved oxygen concentration of 8.0 – 8.5 and a temperature of 19.1 – 21 °C.
48-h EL50 = 32 mg/L
**48-h EC50 = 0.556 mg/L**

*Toxicity to Aquatic Plants*
Green algae (Pseudokirchneriella subcapitata) were exposed CASRN 64741-66-8 as WAFs under static conditions in sealed test vessels for 96 hours. The loading rates were 0, 18, 70, 146, 292 and 1157 mg/L and analytical measurements were made on the WAFs for components comprising ~ 68% of the test substance. Mean measured concentrations were 0, 0.11, 0.31, 0.50, 0.61 and 0.61 mg/L. Exposures occurred at a pH of 7.5 and a temperature of 22 – 26 °C. Growth was inhibited at concentrations ≥ 70 mg/L.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

96-h EL50 (biomass) = 45 mg/L
**96-h EC50 (biomass) = 0.741 mg/L**
**Chronic Value: 0.185 mg/L** (An acute to chronic ration (ACR) of 4 was applied to the acute algal endpoint.)

*Chronic Toxicity to Aquatic Invertebrates*
Daphnia magna were exposed CASRN 64741-66-8 as WAFs under static renewal conditions in sealed test vessels for 21 days. The loading rates were 0, 0.44, 1.0, 2.6, 6.4, 16 and 40 mg/L and analytical measurements were made on the WAFs for a subset of components of the test substance. Mean measured concentrations were 0.005, 0.010, 0.016, 0.032, 0.084, 0.23 and 0.46 mg/L. Effects on survival and reproduction were observed at 40 and ≥ 6.4 mg/L, respectively. Exposures occurred at a pH of 7.5 – 8.5, a dissolved oxygen concentration of 8.7 – 9.4 mg/L and a temperature of 19 – 21 °C.
 21-d EL50 (survival) > 40 mg/L
21-d EC50 (survival) > 0.46 mg/L
21-d NOEL (survival) = 16 mg/L
21-d NOEC (survival) = 0.23 mg/L
21-d EL50 (reproduction) = 10 mg/L
21-d EC50 (reproduction) = 0.14 mg/L
21-d NOEL (reproduction) = 2.6 mg/L
21-d NOEC (reproduction) = 0.032 mg/L
21-d LOEC (reproduction) = 0.084 mg/L
**Chronic Value (reproduction) = 0.052 mg/L**

### C.2.2 Naphtha (petroleum), light catalytic cracked (CASRN 64741-55-5) Olefinic Naphthas

**Tier 2 Analogous Mixture**

*Acute Toxicity to Fish*
Fathead minnows (*Pimephales promelas*) were exposed to CASRN 64741-55-5 as WAFs under static renewal conditions in sealed test vessels for 96 hours. The loading rates were 0 (control), 3, 7.4, 15, 37 and 74 mg/L and analytical measurements were made on the WAFs for components comprising ~ 13% of the test substance. Measured concentrations were not provided. Treatment-related mortality was observed at ≥ 37 mg/L. Exposures occurred at a pH of 7.6 – 8.2, a dissolved oxygen concentration of 5.2 – 8.6 mg/L and a temperature of 21.4 – 21.8 °C.
96-h $LL_{50}$ = 46 mg/L
**96-h $LC_{50}$ = 4.1 mg/L**
**Chronic Value: 0.41 mg/L** (An acute to chronic ration (ACR) of 10 was applied to the acute fish endpoint.)

*Acute Toxicity to Aquatic Invertebrates*
Water fleas (*Daphnia magna*) were exposed to CASRN 64741-55-5 as WAFs under static renewal conditions in sealed test vessels for 48 hours. The loading rates were 0 (control), 6.4, 13, 25, 51 and 102 mg/L and analytical measurements were made on the WAFs for components comprising ~ 13% of the test substance. Measured concentrations were not provided.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

████████████████████████████

Treatment-related effects were observed at 25 mg/L. Exposures occurred at a pH of 7.94 – 8.4, a dissolved oxygen concentration of 8.06 and a temperature of 19.1 – 20.2 °C.

48-h $EL_{50}$ = 18 mg/L

**48-h $EC_{50}$ = 1.4 mg/L**

*Toxicity to Aquatic Plants*

Green algae (*Pseudokirchneriella subcapitata*) were exposed to CASRN 64741-55-5 as WAFs under static conditions in sealed test vessels for 96 hours. The loading rates were 0 (control), 6.4, 13, 25, 51 and 102 mg/L and analytical measurements were made on the WAFs for components comprising ~ 13% of the test substance. Measured concentrations were not provided. Exposures occurred at an average pH of 7.5 and a temperature of 22 – 26 °C. Inhibition of growth was observed at ≥ 51 mg/L.

96-h $EL_{50}$ (biomass) = 64 mg/L

**96-h $EC_{50}$ (biomass) = 4.6 mg/L**

**Chronic Value: 1.15 mg/L** (An acute to chronic ration (ACR) of 4 was applied to the acute algal endpoint.)

*Chronic Toxicity to Aquatic Invertebrates*

Water fleas (*Daphnia magna*) were exposed to CASRN 64741-55-5 as WAFs under static renewal conditions in sealed test vessels for 21 days. The loading rates were 0 (control), 0.38, 0.99, 2.6, 6.4, 16 and 40 mg/L and analytical measurements were made on the WAFs for a subset of components of the test substance. Mean measured concentrations were 0.004 (control), 0.007, 0.022, 0.11, 0.27, 0.68 and 3.1 mg/L. Effects on survival and reproduction were observed at 3.1 and ≥ 0.27 mg/L, respectively. Exposures occurred at a pH of 7.2 – 8.2, a dissolved oxygen concentration of 8.4 – 9.1 mg/L and a temperature of 19 – 21 °C.

21-d $EL_{50}$ (survival) = 27 mg/L

21-d $EC_{50}$ (survival) = 1.9 mg/L

21-d NOEL (survival) = 16 mg/L

21-d NOEC (survival) = 0.68 mg/L

21-d LOEC (survival) = 3.1 mg/L

21-d $EL_{50}$ (reproduction) = 13 mg/L

21-d $EC_{50}$ (reproduction) = 0.55 mg/L

21-d NOEL (reproduction) = 2.6 mg/L

21-d NOEC (reproduction) = 0.11 mg/L

21-d LOEC (reproduction) = 0.27 mg/L

**Chronic Value (reproduction) = 0.17 mg/L**

### C.2.3    Distillates (petroleum), light catalytic cracked (CASRN 64741-59-9) Gas oil, light catalytic-cracked (CCGO)

**Tier 2 Analogous Mixture**

*Acute Toxicity to Fish*

Rainbow trout (*Onchorhynchus mykiss*) were exposed to CASRN 64741-59-9 as WAFs in sealed test vessels under static renewal conditions for 96 hours with 24-hour renewals. The loading rates of the limit test were 0 (control) and 0.30 mg/L. Analytical measurements were made on the WAFs throughout the test period to determine mean measured concentrations. The mean

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

concentrations in the control and 0.30 mg/L loadings were <0.004 and 0.21 mg/L respectively. No attempt was made to identify and quantify specific hydrocarbon components solubilized in the WAFs. No mortality or adverse effects were reported. Exposures occurred at a pH of 7.0 – 8.3, a dissolved oxygen concentration of 8.7 – 26 mg/L and a temperature of 14.5 – 17 °C. 96-h $LL_{50}$ > 0.30 mg/L

**96-h $LC_{50}$ > 0.21 mg/L**

**Chronic Value: 0.031 mg/L** (An acute to chronic ration (ACR) is not applied to NOEC values from acute tests most toxic endpoint of the 81 petroleum refinery streams in the gasoline blending streams category)

*Acute Toxicity to Aquatic Invertebrates*
Water fleas (*Daphnia magna*) were exposed to CASRN 64741-59-9 as WAFs under static conditions in sealed test vessels for 48 hours. Four replicates, each containing 5 organisms each, were used for each treatment level. The loading rates used in the test were 0 (control), 0.10, 0.26, 0.64, 1.6, and 4.0 mg/L. Analytical measurements were made on the WAFs throughout the test period to determine mean measured concentrations of <0.014 (control), 0.084, 0.22, 0.58, 1.4, and 3.2 mg/L, respectively. No attempt was made to identify and quantify specific hydrocarbon components solubilized in the WAFs. Percent immobilization at 48 hours in the control (<0.014 mg/L), 0.084, 0.22, 0.58, 1.4, and 3.2 mg/L treatments was 0, 0, 0, 75, 100, and 100%, respectively. Exposures occurred at a pH of 7.9 – 8.9, a dissolved oxygen concentration of 7.9 – 8.6 mg/L and a temperature of 19.3 – 20.7 °C. Water hardness was 178 mg/L as $CaCO_3$.
48-h $EL_{50}$ = 0.51 mg/L
**48-h $EC_{50}$ = 0.45 mg/L**

*Toxicity to Aquatic Plants*
Green algae (*Pseudokirchneriella subcapitata*) were exposed CASRN 64741-59-9 as WAFs under static conditions in sealed test vessels for 96 hours. Twelve replicates per treatment were assessed with loading rates of 0 (control), 0.10, 0.32, 1.02, 3.28 and 10.5 mg/L. Analytical measurements were made on the WAFs at the beginning of the test period to determine an initial measured concentrations of <0.014 (control), 0.07, 0.27, 0.93, 2.33, and 5.54 mg/L . No attempt was made to identify and quantify specific hydrocarbon components solubilized in the WAFs. Exposures occurred at a temperature of 23.2°C, with 4170-4345 lux continuous illumination, and a pH of 7.6 – 9.2.
96-h $EL_{50}$ (biomass) = 0.31 mg/L
96-h $EL_{50}$ (yield) = 0.31 mg/L
96-h $EL_{50}$ (growth rate) = 0.80 mg/L
**96-h $EC_{50}$ (biomass) = 0.22 mg/L**
96-h $EC_{50}$ (yield) = 0.25 mg/L
96-h $EC_{50}$ (growth rate) = 0.70 mg/L
**Chronic Value: 0.055 mg/L** (An acute to chronic ration (ACR) of 4 was applied to the acute algal endpoint.)

*Chronic Toxicity to Aquatic Invertebrates*
Water fleas (*Daphnia magna*) were exposed to CASRN 64741-59-9 as WAFs under static renewal conditions in sealed test vessels for 21 days. The loading rates were 0 (control), 0.05, 0.10, 0.18,

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

0.34, and 0.65 mg/L and analytical measurements were made on the WAFs throughout the test period to determine time-weighted average concentrations of measured hydrocarbons. Time-weighted average concentrations were ND (not detected; control), 0.038, 0.075, 0.14, 0.25, and 0.54 mg/L. Percent immobilization in the 0 (control), 0.038, 0.075, 0.14, 0.25, and 0.54 mg/L groups was 0%, 0%, 10%, 10%, 100%, and 100%, respectively. Sublethal effects included observations of small and lethargic daphnids in the 0.25, and 0.54 mg/L groups. Abnormal appearance (off-color, difficulty swimming) was noted for one adult daphnid in the 0.075 mg/L group from Days 16-20; the adult was then immobile on Day 21. Neonate immobilization was observed twice in the 0.14 mg/L group. Statistically significant differences in adult daphnid growth (length) and neonate production for all surviving treatment groups except the 0.038 mg/L group were present when compared to the control. Exposures occurred at a pH of 7.8-8.67, a dissolved oxygen concentration of 6.65-9.63 mg/L, and a temperature of 20.1-21.9 °C.

21-d $EL_{50}$ (survival) = 0.22 mg/L
21-d $EC_{50}$ (survival) = 0.17 mg/L
21-d NOEL (survival) = 0.18 mg/L
21-d NOEC (survival) = 0.14 mg/L
21-d LOEC (survival) = 0.25 mg/L
21-d $EL_{50}$ (reproduction) = 0.24 mg/L
21-d $EC_{50}$ (reproduction) = 0.18 mg/L
21-d NOEL (reproduction) = 0.05 mg/L
21-d NOEC (reproduction) = 0.038 mg/L
21-d LOEC (reproduction) = 0.075 mg/L
21-day NOEL (growth) = 0.05 mg/L
21-day NOEC (growth) = 0.038 mg/L
21-d LOEC (growth) = 0.075 mg/L
**Chronic Value (reproduction and growth) = 0.053 mg/L**

### C.2.4 Distillates (petroleum), light hydro- cracked (CASRN 64741-77-1) Gas oil, light hydro-cracked (HCGO)

**Tier 2 Analogous Mixture**

*Acute Toxicity to Fish*
Rainbow trout (*Onchorhynchus mykiss*) were exposed to CASRN 64741-77-1 as WAFs in sealed test vessels under static renewal conditions for 96 hours with 24-hour renewals. The loading rates of the limit test were 0 (control) and 2.6 mg/L. Analytical measurements were made on the WAFs throughout the test period to determine mean measured concentrations. The mean concentrations in the control and 2.6 mg/L loadings were <0.013 and 0.54 mg/L respectively. No attempt was made to identify or quantify specific hydrocarbon components solubilized in the WAFs. No mortality or adverse effects were reported. Exposures occurred at a pH of 7.0 – 8.3, a dissolved oxygen concentration of 8.7 – 23 mg/L and a temperature of 14.4 – 16.3 °C.

96-h $LL_{50}$ > 2.6 mg/L
**96-h $LC_{50}$ > 0.54 mg/L**
**Chronic Value: 0.031 mg/L** (An ACR is not applied to NOEC values from acute tests most toxic endpoint of the 81 petroleum refinery streams in the gasoline blending streams category)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████

*Acute Toxicity to Aquatic Invertebrates*

Water fleas (*Daphnia magna*) were exposed to CASRN 64741-77-1 as WAFs under static conditions in sealed test vessels for 48 hours. Four replicates, each containing 5 organisms each, were used for each treatment level. The loading rates used in the test were 0 (control), 0.10, 0.26, 0.64, 1.6, 4.0 and 10.0 mg/L. Analytical measurements were made on the WAFs throughout the test period to determine mean measured concentrations of <0.032 (control), 0.040, 0.080, 0.17, 0.37, 0.81, and 1.7 mg/L, respectively. No attempt was made to identify and quantify specific hydrocarbon components solubilized in the WAFs. No attempt was made to identify and quantify specific hydrocarbon components solubilized in the WAFs. Percent immobilization at 48 hours in the <0.032 (control), 0.040, 0.080, 0.17, 0.37, 0.81, and 1.7 mg/L treatments was 0, 0, 5, 10, 30, 30, and 75%, respectively. Other effects include 58% lethargy in the 0.080 mg/L treatment, and 100 % lethargy in all treatments ≥ 0.17 mg/L. Exposures occurred at a pH of 8.0 – 8.6, a dissolved oxygen concentration of 8.1 – 9.0 mg/L and a temperature of 19.4 – 20.8 °C. Water hardness was 178 mg/L as $CaCO_3$.

48-h $EL_{50}$ = 5.5 mg/L
**48-h $EC_{50}$ = 1.0 mg/L**

*Toxicity to Aquatic Plants*

Green algae (*Pseudokirchneriella subcapitata*) were exposed CASRN 64741-77-1 as WAFs under static conditions in sealed test vessels for 96 hours. Twelve replicates per treatment were assessed with loading rates of 0 (control), 0.10, 0.32, 1.02, 3.28 and 10.5 mg/L. Analytical measurements were made on the WAFs at the beginning of the test period to determine initial measured concentrations of <0.032 (control), 0.028, 0.087, 0.22, 0.54, and 1.65 mg/L, respectively. No attempt was made to identify and quantify specific hydrocarbon components solubilized in the WAFs. Exposures occurred at a temperature of 23.8°C, with 4231-4427 lux continuous illumination, and a pH of 7.7 – 9.4.

96-h $EL_{50}$ (biomass) = 3.0 mg/L
96-h $EL_{50}$ (yield) = 3.0 mg/L
96-h $EL_{50}$ (growth rate) = 5.3 mg/L
**96-h $EC_{50}$ (biomass) = 0.51 mg/L**
96-h $EC_{50}$ (yield) = 0.51 mg/L
96-h $EC_{50}$ (growth rate) = 0.85 mg/L
**Chronic Value: 0.128 mg/L (An ACR of 4 was applied to the acute algal endpoint.)**

*Chronic Toxicity to Aquatic Invertebrates*

Water fleas (*Daphnia magna*) were exposed to CASRN 64741-77-1 as WAFs under static renewal conditions in sealed test vessels for 21 days. The loading rates were 0 (control), 0.04, 0.08, 0.16, 0.32, and 0.64 mg/L and analytical measurements were made on the WAFs throughout the test period to determine time-weighted average concentrations of measured hydrocarbons. Time-weighted average concentrations were ND (not detected; control), 0.013, 0.021, 0.037, 0.072, and 0.13 mg/L. No immobilization or abnormal appearance was observed in the control or treatment groups throughout the study, with the exception of one adult daphnid in the 0.13 mg/L group which appeared small and/or off-color from Days 3-14 and then was considered normal until test termination. Neonate immobilization was observed once in the 0.021 mg/L group. No aborted eggs were observed in any group during the study. There were no statistically

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

significant differences on adult daphnid growth (length) and neonate production for all treatment groups when compared to the control. Exposures occurred at a pH of 7.51-8.49, a dissolved oxygen concentration of 6.15-9.47 mg/L and a temperature of 20.7-22.2 °C. This test is not acceptable, and EPA does not support the use of this study. The test concentrations were not high enough to produce similar effects observed in the acute test at similar concentrations.

21-d $EL_{50}$ (survival) = >0.64 mg/L

21-d $EC_{50}$ (survival) = >0.13 mg/L

21-d NOEL (survival) = 0.64 mg/L

21-d NOEC (survival) = 0.13 mg/L

21-d LOEC (survival) = >0.13 mg/L

21-d $EL_{50}$ (reproduction) = >0.64 mg/L

21-d $EC_{50}$ (reproduction) = >0.13 mg/L

21-d NOEL (reproduction) = 0.64 mg/L

21-d NOEC (reproduction) = 0.13 mg/L

21-d LOEC (reproduction) = >0.13 mg/L

21-day NOEL (growth) = 0.64 mg/L

21-day NOEC (growth) = 0.13 mg/L

21-d LOEC (growth) = >0.13 mg/L

**Chronic Value = >0.13 mg/L**, LOEC unavailable for calculation

# Appendix D: The Toxic Unit Approach Used in Tier 3 Environmental Hazard Assessments

The guidance EPA has developed to assess multi-chemical mixtures uses a tiered approach with data for the mixture of concern, data for analogous mixtures, and data for individual mixture constituents (EPA 1986 and 2000). The goal of the constituent-level approach is to evaluate the combined effects of the mixture, using the individual effects of each constituent. For chemical mixtures that are toxicologically similar and share a common toxic mode of action (EPA 1999 and 2002), dose addition is recommended by the Agency frameworks. Dose addition is the default approach in situations where each individual constituent may not reach a threshold to produce effects but may be of concern when combined in a mixture with other similar chemicals (EPA 2000). This is because constituents in a mixture may be limited by physical properties (*e.g.,* water solubility or log $K_{OW}$) and may not reach a level to be acutely toxic alone, but will additively contribute to the toxicity of the mixture (Di Toro and McGrath 2000; Mayer and Reichenberg, 2009). The biological basis for dose addition is the similarity of chemical constituents regarding toxicologic behavior, such as toxic mechanism, mode of action, or endpoint.

When hazard assessments are completed using constituent analysis and dose addition, the general procedure is to scale the doses of the components by their relative potency, then add the scaled doses together to result in the combined response. The Relative Potency Factor (RPF), Toxicity Equivalence Factor (TEF), and Health Index (HI) are three methods that utilize a scaling factor to account for differences in toxicologic potency, but differ in the required knowledge about toxic mechanism, and in the extent over which toxicologic similarity is assumed (EPA 2000 and 2002). Experimental test data is required in both RPF and TEF, and the scaling factors represent the toxicity relative to an index chemical. Mixture exposure is given by the sum of the scaled exposure levels, and effects are predicted relative to the effects of the index chemical. The HI method, which is most often used by the EPA, is more generally applicable and has fewer data requirements. The HI only requires similarity in target tissue (as is the case for baseline narcosis) and is determined for each constituent using scaling factors based on each component's respective toxicity. If the summed HI exceeds unity, the concern is the same as if an individual chemical exceeded its acceptable level by the same proportion.

Fuel-stream mixtures are comprised of hydrocarbons, which are classified as neutral organic chemicals that assert toxicity to environmental organisms via non-polar narcosis. Because hydrocarbons share this common, additive toxic mode of action (narcosis), the toxicity of fuel-stream mixtures is assumed to result from the additive contribution of each constituent (Capuzzo 1987, Di Toro and McGrath 2000, Barata *et al.* 2005, McGrath *et al.* 2005, Redman *et al.* 2012). Fuel-stream mixtures can be evaluated with a hazard index referred to as the Toxic Unit (TU) approach, which characterizes mixture toxicity by combining the toxic contributions of the individual constituents (Di Toro and McGrath 2000), and is the recommended method for comparisons of physically and chemically dispersed oil according to the National Academies of Sciences and Medicine (2020). In the TU approach, each fuel stream constituent (*i*) is assigned a toxic unit ($TU_i$), which is the ratio between the aqueous concentration of the constituent ($C_W$), and the corresponding effect concentration (i.e., $EC_{50}$ or $LC_{50}$) in the same medium (Equation 1).

$$1) \quad TU_i = \frac{C_W}{LC_{50}}$$

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

███████████████████

The TU approach relies on the assumption that the toxicity of a mixture is equal to the additive toxicity of the individual constituents, so the $TU_s$ for each constituent are summed to result in the total TU for the mixture ($TU_{mix}$) (Equation 2).

$$2)\quad TU_{mix} = \sum_i TU_i$$

When $LC_{50}$'s are used in the approach, and the combined TUs ($TU_{mix}$) for a chemical mixture at a certain concentration are equal to one, then that concentration is equal to the mixture $LC_{50}$ (Di Toro and McGrath 2000, McGrath and Di Toro 2009). The TU approach can be applied to a variety of toxicity endpoints (*e.g.,* acute aquatic invertebrate $EC_{50}$ or chronic values), provided there is consistency between the endpoints being used for each constituent. When the summed TU exceeds unity (=1), the effects of the mixture are equivalent to those observed when a single chemical exceeds its threshold by the same proportion.

**Toxic Unit Methodology**

The TU approach is often used to predict the toxicity of chemical mixtures with known concentrations in a laboratory setting and has been successfully used to compare toxicities of six gasoline blending streams (McGrath *et al.* 2005). TUs have also been used to assess groundwater contaminated by volatile hydrocarbons (Brack *et al.* 1998), and sediments contaminated with polycyclic aromatic hydrocarbons (Schwartz *et al.* 1995). In the regulatory setting for risk assessments, exposure concentrations are not considered during evaluation of environmental hazard, and the application of TUs to fuel-stream new chemicals therefore utilizes compositional information provided with each submission to determine appropriate constituents. When a detailed list of compositional information is provided, a TU can be directly calculated for each hydrocarbon in the mixture. When only PIONA[11] profiles are provided, the most toxic constituent within each PIONA class is selected as a worst-case scenario for that class (see "Assumptions and Requirements of the TU Approach"). In both situations, the result is a list of constituent hydrocarbons and their corresponding fraction of the fuel-stream mixture.

In order to estimate mixture toxicity using TUs, a linear relationship between the total mixture TUs and the corresponding mixture concentrations is established. Toxic units are calculated for each constituent listed in the mixture using Equation 1. This uses the most sensitive toxicity endpoint (from ECOSAR[12] predictions for fish, aquatic invertebrate, and algae) and the constituent's exposure concentration. To estimate the exposure concentration for each constituent, respective chemical (or PIONA class) fractions are multiplied by an estimated total aqueous concentration[13] (in this case, 1 ppm). The result is an estimated aqueous concentration for each constituent when the total fuel-

---

[11] PIONA= Hydrocarbon classes: Paraffins, Isoparaffins, Olefins, Naphthenic, and Aromatic

[12] ECOSAR V2.0 QSARs for neutral organics;

[13] The exposure concentrations used are arbitrary, as the goal is to determine the TUs for three concentrations, and perform a linear regression. However, the TUs at 1 ppm are also used to streamline the process, which is described in "Streamlining the TU Approach".

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

stream concentration is 1 ppm. Using Equations 1 and 2, a TU is calculated for each constituent, and summed to estimate the total TU for the fuel stream at 1 ppm.

The next step to estimate the fuel stream ecotoxicity endpoints (*e.g.,* $EC_{50}$, LC50, chronic value) is to calculate the TUs for two other selected total mixture concentrations (0.1 and 10 ppm) using the same method. This results in total TU estimates for two additional exposure concentrations, which facilitates the linear regression. An example set of TUs from this approach is listed in Table D-1; using the most sensitive test organism (algae) that was predicted from ECOSAR toxicity endpoints.

**Table D-1. The TUs for Individual Constituents within an Example Fuel Stream at Estimated Exposure Concentrations, Calculated Using the Acute Algal Endpoints for Each Chemical**

| Chemical | PIONA fraction | Algal $EC_{50}$ (ppm) | TUs[*] at each concentration | | |
|---|---|---|---|---|---|
| | | | 0.1 ppm | 1 ppm | 10 ppm |
| | | 12.405 | 0.001 | 0.008 | 0.081 |
| | | 13.946 | 0.003 | 0.027 | 0.272 |
| | | 7.914 | 0.001 | 0.008 | 0.076 |
| | | 14.882 | 0.003 | 0.027[**] | 0.269 |
| | | 9.639 | 0.000 | 0.002 | 0.021 |
| | | - | 0.007 | 0.0718 | 0.718 |

[*]TU= exp conc / $EC_{50}$
[**]TU= (0.4 * 1ppm)/ 14.882ppm

In order to estimate the total acute fuel-stream toxicity to the most sensitive species, the exposure concentration that resulted in 1 TU is calculated (TU = 1 at the E/$LC_{50}$). Using information from multiple exposure concentrations less than 100 mg/L (in this example: 0.1, 1, and 10 ppm, Table 1), a linear regression between the total concentration ($C_{mix}$) and corresponding mixture TUs can be produced (Equation 3). Equation 4 shows the result of this approach using data from Table 1. Since no exposure results in zero TUs, the *yint* is zero.

$$3) \quad TU_{mix} = m * C_{mix} + yint$$

$$4) \quad TU_{mix} = 0.0718 * C_{mix} + 0$$

The aqueous fuel-stream concentration predicted to result in the acute endpoint (algal $EC_{50}$) was determined by substituting TU = 1, and solving for $C_{mix}$:

$$5) \quad 1 = 0.0718 * C_{mix} + 0$$

$$6) \quad C_{mix} = \frac{1}{0.0718}$$

$$7) \quad C_{mix} = 13.93 \text{ ppm}$$

The estimated acute algal endpoint (the most sensitive species) for this example is 13.93 ppm.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

**Streamlining the TU Approach**

When the total mixture concentration ($C_{mix}$) is 1 ppm, the total TUs will be equal to the slope of the linear regression in Equation 3:

$$3) \quad TU_{mix} = m * C_{mix} + yint$$

$$TU_{mix} = m * 1 + 0$$

$$TU_{mix} = m$$

The total TUs for a 1 ppm aqueous exposure concentration (0.0718 in Table 1) can be used as the slope of the linear regression (Equation 3), circumventing the need for the calculation of TUs from multiple exposure concentrations:

$$3) \quad TU_{mix} = m * C_{mix} + yint$$

$$4) \quad TU_{mix} = 0.0718 * C_{mix}$$

Then, as before, $TU_{mix}$ of 1 is used to solve for $C_{mix}$, to determine the total mixture concentration resulting in the estimated acute algal endpoint.

$$5) \quad 1 = 0.0718 * C_{mix}$$

$$6) \quad C_{mix} = \frac{1}{0.0718}$$

$$7) \quad C_{mix} = 13.93 \text{ ppm}$$

**Assumptions and Requirements of the TU Approach**

There are inherent assumptions within the TU approach, which have been documented and discussed in great detail (Di Toro and McGrath 2000, Di Toro *et al.* 2000, McGrath *et al.* 2005, McGrath and Di Toro 2009, and Redman *et al.* 2012). Chiefly, this approach assumes individual fuel-stream constituents have a narcotic toxic mode of action, and that this narcosis is additive. Previous guidance on the hazard assessment of mixtures supports these assumptions, and suggests the use of additivity and the hazard index method when data is unavailable and mixtures are composed of chemicals acting via the same toxicological pathway (EPA 1986, 1999, 2000, and 2002). The TU approach is a hazard index that does not require any additional assumptions outside those discussed in these agency guidelines.

The prediction of mixture effects does rely on the linear relationship that has been established between TUs and total aqueous concentration. The linear relationship between TUs and aqueous concentrations is indicative of levels <100 ppm total concentration. There is uncertainty in this linear relationship beyond 100 ppm, but those concentrations are well above the water solubility limit of many fuel streams, which does not impact the use of TUs in this approach.

A principle requirement of the TU approach is the adequate identification of the fuel-stream constituents. In order to assign TUs for each hydrocarbon listed in the fuel stream, a detailed list of hydrocarbon constituents and their fraction of the mixture is needed. Constituent identities are often absent from the limited compositional data provided with submitted fuel-stream NCSs. When only limited compositional data are provided, each PIONA class or subclass (*e.g.,* 1-ring vs 2-ring aromatics) is assigned a representative constituent within the range of physical properties (*e.g.,* log $K_{OW}$ and water

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

NOT PART OF THE ADMINISTRATIVE RECORD

solubility) of the mixture. In order to determine this representative constituent for each class/subclass in the mixture, a database from the Conservation of Clean Air and Water in Europe (CONCAWE) was searched (obtained from Redman et al. 2014). This library consists of 1563 chemical compounds that are known to be present in hydrocarbon mixtures. The CONCAWE database is filtered for the properties of the mixture and the chemical class in question, and the constituent with the highest log $K_{OW}$ below the limits of acute or chronic effects is selected as a worst-case scenario for that class. These representative constituents are input into ECOSAR to obtain ecotoxicity endpoints for each class or subclass.

In ECOSAR, acute effects of *discrete* neutral organic chemicals are limited to chemicals with log $K_{OW}$ < 5.0 (or <6.4 for algae). *In silico* modeling (*i.e.,* ECOSAR) predicts toxicity endpoints based on a single chemical at 100% of the volume, and does not consider that the toxic contribution from each constituent occurs at a concentration far below the physical-chemical limits of the neutral organics ECOSAR chemical class. Additionally, chemicals with higher log $K_{OW}$'s have been documented to contribute to the toxicity of mixtures (Di Toro and McGrath 2000; Mayer and Reichenberg, 2009). The TU approach will consider acute effects from constituents with log $K_{OW}$ < 7.0 as contributors to additive toxicity, while chronic effects will continue to consider constituents with log $K_{OW}$ < 8.0. After filtering for hydrocarbons within these limits, chemicals with the highest log $K_{OW}$ were selected as representatives for the individual PIONA classes; "no effects at saturation" or "NES" were predicted for classes if all constituents were above the log $K_{OW}$ limits. Although this provided an inherently conservative estimate of mixture toxicity, the worst-case scenario approach is necessary to avoid underestimating effects when the identity of the constituents is unknown.

Lastly, the TU approach requires adequate characterization of the mixture to properly estimate toxicity. If compositional information is missing for much of the mixture, the TUs may be underestimated, and will fail to accurately depict the toxicity endpoints of the mixture. Additionally, if compositional information is lacking for a small fraction of the mixture, but that fraction is the most toxic, TUs will be underestimated. Therefore, when the submitted compositional information inadequately characterizes the fuel stream, TUs will not properly predict toxicity, and estimates should be based on the most toxic constituent listed (Tier 4: Screening Level Assessment). This is consistent with the previous method used in the environmental hazard assessment of fuel-stream NCSs.

**Application of Toxic Units**

The following steps are taken to assign environmental hazard to chemical mixtures being assessed with Tier 3.
1. Determine the list of constituents and their respective proportion of the mixture using one of two methods.
   a. Direct listing of constituents by submitter
   b. Representative constituents from PIONA profiles and physical properties with conservative assumptions when submission lacks details
2. Predict the ecotoxicity endpoints for each constituent, using ECOSAR's neutral organics chemical class.
3. For each ecotoxicity endpoint, calculate the TU for each constituent
   a. Use a 1 ppm total aqueous concentration

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

     b.  TU = (1 ppm * Constituent proportion) / Specific Endpoint

4. For each ecotoxicity endpoint, sum the total TUs calculated in Step 3 = $TU_{mix}$
5. Determine the mixture's threshold concentration for each ecotoxicity endpoint
     a.  1 / $TU_{mix}$ = mixture threshold concentration
6. Calculate the COCs for each ecotoxicity endpoint using appropriate assessment factors for neutral organics
     a.  Acute fish and acute aquatic invertebrate use AF = 5; acute algae uses AF = 4
     b.  Chronic values use AF = 10
7. Select the taxa (*e.g.*, fish, aquatic invertebrate, or algae) with the lowest COCs
     a.  Acute and chronic endpoints do not have to come from the same taxa

**References for Appendix D**

1. Barata, Carlos, Albert Calbet, Enric Saiz, Laura Ortiz, and Josep Maria Bayona. 2005. "Predicting single and mixture toxicity of petrogenic polycyclic aromatic hydrocarbons to the copepod Oithona davisae." *Environmental Toxicology and Chemistry* 24 (11):2992-2999. doi: 10.1897/05-189R.1.
2. Brack, W., Rottler, H., & Frank, H. (1998). Volatile fractions of landfill leachates and their effect on Chlamydomonas reinhardtii: In vivo chlorophyll a fluorescence. *Environmental Toxicology and Chemistry: An International Journal*, *17*(10), 1982-1991.
3. Capuzzo, Judith M. 1987. "Chapter 8: biological effects of petroleum hydrocarbons: Assessments from experimental results." In *Long-term Environmental Effects of Offshore Oil & Gas Development*, edited by D.F. Boesch and N.N. Rabalais, 343-410. New York: Elsevier.
4. Di Toro, Dominic M., and Joy A. McGrath. 2000. "Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. II. Mixtures and sediments." *Environmental Toxicology and Chemistry* 19 (8):1971-1982. doi: 10.1002/etc.5620190804.
5. Di Toro, Dominic M., Joy A. McGrath, and David J. Hansen. 2000. "Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. I. Water and tissue." *Environmental Toxicology and Chemistry* 19 (8):1951-1970. doi: 10.1002/etc.5620190803.
6. Mayer, P. and Reichenberg, F. (2006). "Can highly hydrophobic organic cubstances cause aquatic baseline toxicity and can they contribute to mixture toxicity?" *Environmental Toxicology and Chemistry* 25(10):2639-2644.
7. McGrath, Joy A, and Dominic M Di Toro. 2009. "Validation of the target lipid model for toxicity assessment of residual petroleum constituents: Monocyclic and polycyclic aromatic hydrocarbons." *Environmental Toxicology and Chemistry* 28 (6):1130-1148.
8. McGrath, Joy A., Thomas F. Parkerton, Ferdi L. Hellweger, and Dominic M. Di Toro. 2005. "Validation of the narcosis target lipid model for petroleum products: Gasoline as a case study." *Environmental Toxicology and Chemistry* 24 (9):2382-2394.
9. National Academies of Sciences, Engineering, and Medicine. 2020. *The Use of Dispersants in Marine Oil Spill Response*. Washington, DC: The National Academies Press.
10. Redman, Aaron D, Thomas F Parkerton, Joy A McGrath, and Dominic M Di Toro. 2012a. "PETROTOX: An aquatic toxicity model for petroleum substances." *Environmental Toxicology and Chemistry* 31 (11):2498-2506.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

11. Redman, A.D., Parkerton, T.F., Comber, M.H., Paumen, M.L., Eadsforth, C.V., Dmytrasz, B., King, D., Warren, C.S., den Haan, K. and Djemel, N. (2014), PETRORISK: A risk assessment framework for petroleum substances. *Integr Environ Assess Manag*, (10): 437-448.

12. Swartz, R. C., Schults, D. W., Ozretich, R. J., Lamberson, J. O., Cole, F. A., Ferraro, S. P., ... & Redmond, M. S. (1995). ΣPAH: A model to predict the toxicity of polynuclear aromatic hydrocarbon mixtures in field collected sediments. *Environmental Toxicology and Chemistry: An International Journal*, *14*(11), 1977-1987.

13. U.S. Environmental Protection Agency 1986. "Guidelines for the Health Risk Assessment of Chemical Mixtures". Risk Assessment Forum, U.S. Environmental Protection Agency, Washington DC. EPA/630/R-98/002.

14. U.S. Environmental Protection Agency. 1999. "Guidance for Identifying Pesticide Chemicals and Other Substances That Have a Common Mechanism of Toxicity". Office of Pesticide Programs, Office of Prevention, Pesticides, and Toxic Substances, Washington, D.C.

15. U.S. Environmental Protection Agency. 2000. "Supplementary Guidance for Conducting Health Risk Assessment of Chemical Mixtures." Risk Assessment Forum, U.S. Environmental Protection Agency, Washington DC. EPA/630/R-00/002.

16. U.S. Environmental Protection Agency. 2002. "Guidance on Cumulative Risk Assessment of Pesticide Chemicals That Have a Common Mechanism of Toxicity" Office of Pesticide Programs, Washington, D.C

17. U.S. Environmental Protection Agency. 2015. "Pesticide Cumulative Risk Assessment: Framework for Screening Analysis Purpose". Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention, Washington, D.C.

**Table E-1. Ecotoxicity Endpoints for the Fuel-Stream NCSs with Detailed Chemical Composition**

| NCS | Class[A] stream fraction | Chemical name CASRN | Chemical fraction (%) | ECOSAR predicted toxicity endpoints[B] (ppm) | | | | | |
|-----|------|------|------|------|------|------|------|------|------|
| | | | | Fish 96-h LC$_{50}$ | Aq Invert 48-h EC$_{50}$ | Algae 96-h EC$_{50}$ | Fish ChV[C] | Aq Invert ChV | Algae ChV |
| P-21-0160 | | | | 25.37 | **14.82** | 12.40 | 2.56 | **1.56** | 3.46 |
| | | | | 29.53 | **17.13** | 13.95 | 2.96 | **1.77** | 3.83 |
| | | | | 13.28 | **8.06** | 7.91 | 1.40 | **0.95** | 2.40 |
| | | | | 32.47 | **18.73** | 14.88 | 3.23 | **1.91** | 4.04 |
| | | | | 17.30 | **10.36** | 9.64 | 1.80 | **1.17** | 2.85 |
| P-21-0161 | | | | 25.37 | **14.82** | 12.40 | 2.56 | **1.56** | 3.46 |
| | | | | 29.53 | **17.13** | 13.95 | 2.96 | **1.77** | 3.83 |
| | | | | 13.28 | **8.06** | 7.91 | 1.40 | **0.95** | 2.40 |
| | | | | 32.47 | **18.73** | 14.88 | 3.23 | **1.91** | 4.04 |
| P-21-0162 | | | | 11.41 | **6.97** | 7.04 | 1.22 | **0.83** | 2.17 |
| | | | | 25.37 | **14.82** | 12.40 | 2.56 | **1.56** | 3.46 |
| | | | | 5.74 | **3.65** | 4.32 | 0.64 | **0.49** | 1.45 |
| | | | | 13.28 | **8.06** | 7.91 | 1.40 | **0.95** | 2.40 |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001271

| NCS | Class[A] stream fraction | Chemical name CASRN | Chemical fraction (%) | ECOSAR predicted toxicity endpoints[B] (ppm) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| P-21-0163 | | | | 25.37 | **14.82** | 12.40 | 2.56 | **1.56** | 3.46 |
| | | | | 11.41 | **6.97** | 7.04 | 1.22 | **0.83** | 2.17 |
| | | | | 29.53 | **17.13** | 13.95 | 2.96 | **1.77** | 3.83 |
| | | | | 13.28 | **8.06** | 7.91 | 1.40 | **0.95** | 2.40 |

[A]Class refers to the PIONA class (P= paraffin, I= isoparaffin, O= olefins, N= naphthenic, A= aromatic); [B]Endpoints estimated using neutral organics chemical class in ECOSAR (V2.0); [C]ChV = chronic value; **BOLD** indicates the endpoints most protective of the environment following application of assessment factors.

**Table E-2. Ecotoxicity Endpoints for the Fuel-Stream NCSs that Used the Toxic Unit Approach with Representative Constituents for Each Hydrocarbon Class or Subclass**

| NCS | Class[A] stream fraction | Subclass[B] stream fraction | Chemical[C] used for acute effects CASRN/SMILES | Acute toxicity endpoints[D] (ppm) | | | Chemical[C] used for chronic effects CASRN/SMILES | Chronic toxicity endpoints[D] (ppm) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fish 96-h LC$_{50}$ | Invert 48-h EC$_{50}$ | Algae 96-h EC$_{50}$ | | Fish ChV | Invert ChV | Algae ChV |
| P-21-0144 | | | | 0.350 | **0.256** | 0.548 | n-Tridecane 629-50-5 | **0.001** | 0.002 | 0.024 |
| | | | | 0.404 | **0.294** | 0.612 | 3-Methylundecane 1002-43-3 | **0.004** | 0.006 | 0.048 |
| | | | | 0.995 | **0.692** | 1.189 | Same-as acute | **0.123** | 0.118 | 0.488 |
| | | | | 0.500 | **0.360** | 0.718 | n-Octylcyclopentane 1795-20-6 | **0.002** | 0.003 | 0.030 |
| | | | | 0.789 | **0.561** | 1.057 | Same-as acute | **0.101** | 0.102 | 0.456 |
| P-21-0152 | | | | No toxicity predicted; minimum log K$_{OW}$ > 7 | | | Same-as acute* | No toxicity predicted; minimum log K$_{OW}$ > 8 | | |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001272

| NCS | Class[A] stream | Subclass[B] stream | Chemical[C] used for acute effects | Acute toxicity endpoints[D] (ppm) | | | Chemical[C] used for chronic effects CASRN/SMILES | Chronic toxicity endpoints[D] (ppm) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ██ | ██ | ██ | 0.008 | **0.007** | 0.034 | 2-Heptylphenanthrene c1cc2c3ccc(CCCCCCC)cc3ccc2cc1 | **0.0002** | 0.0006 | 0.0076 |
| | | | | 0.017 | **0.015** | 0.062 | Same-as acute | **0.0027** | 0.0046 | 0.0416 |
| P-21-0153 | | | | No toxicity predicted; minimum log $K_{OW}$ > 7 | | | Same-as acute* | No toxicity predicted; minimum log $K_{OW}$ > 8 | | |
| | | | | No toxicity contribution; minimum log $K_{OW}$ > 7 | | | 1-Methylnonylcyclohexane C1CCCC1C(C)CCCCCCCC | 0.0002 | **0.0004** | 0.0054 |
| | | | | 0.024 | **0.020** | 0.078 | Octamethyldecalin CC1C(C)C(C)C2C(C)C(C)C(C)C(C)C2C1C | 0.0004 | **0.0008** | 0.0100 |
| | | | | 0.092 | **0.073** | 0.219 | n-Propyl-hydro-Chrysene C1CCC2CCC3C4CCC(CCC)CC4CCC3C2C1 | 0.0004 | **0.0008** | 0.0104 |
| | | | | 0.016 | **0.014** | 0.057 | n-Dodecylbenzene 123-01-3 | 0.0002 | **0.0004** | 0.0060 |
| P-21-0154 | | | | No toxicity predicted; minimum log $K_{OW}$ > 7 | | | Same-as acute | No toxicity predicted; minimum log $K_{OW}$ > 8 | | |
| | | | | 0.017 | **0.015** | 0.058 | 1-Methylnonylcyclohexane C1CCCC1C(C)CCCCCCCC | **0.0002** | 0.0004 | 0.0054 |
| | | | | 0.118 | **0.092** | 0.256 | 2,4 dimethylhexyl-2-decalin C1CCC2CCC(CC(C)CC(C)CC)CC2C1 | **0.0002** | 0.0004 | 0.0063 |
| | | | | 0.203 | **0.155** | 0.395 | n-Pentyl-hydro-Phenanthrene C1CCC2CCC3CC(CCCCC)CCC3C2C1 | **0.0004** | 0.0008 | 0.0100 |
| | | | | 0.032 | **0.026** | 0.099 | n-Propyl-hydro-Chrysene C1CCC2CCC3C4CCC(CCC)CC4CCC3C2C1 | **0.0004** | 0.0008 | 0.0104 |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

| NCS | Class^A stream | Subclass^B stream | Chemical^C used for acute effects | Acute toxicity endpoints^D (ppm) | | | Chemical^C used for chronic effects CASRN/SMILES | Chronic toxicity endpoints^D (ppm) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0.106 | **0.083** | 0.235 | n-Dodecylbenzene 123-01-3 | **0.0002** | 0.0004 | 0.0059 |
| | | | | 0.4188 | **0.3083** | 0.6713 | 4-octylbiphenyl c1ccccc1c2ccc(CCCCCCCC)cc2 | **0.0003** | 0.0006 | 0.0084 |
| | | | | 1.1500 | **0.8090** | 1.4700 | 2-Heptylphenanthrene c1cc2c3ccc(CCCCCCC)cc3ccc2cc1 | **0.0002** | 0.0006 | 0.0076 |
| | | | | 0.3882 | **0.2889** | 0.6586 | Dimethylpyrene c1cc3cc(cc4ccc2c(c1ccc2C)c34)C | **0.0069** | 0.0100 | 0.0780 |
| P-21-0157 | | | | 0.0013 | **0.0012** | 0.0082 | 2,2,4,4,5,5,7,7-Octamethyloctane 5171-85-7 | **0.0002** | 0.0005 | 0.0070 |
| | | | | 0.0810 | **0.0640** | 0.1850 | n-Octylcyclohexane 1795-15-9 | **0.0008** | 0.0016 | 0.0166 |
| | | | | 0.5618 | **0.4061** | 0.8206 | Octamethyldecalin CC1C(C)C(C)C2C(C)C(C)C(C)C(C)C2C1C | **0.0004** | 0.0008 | 0.0105 |
| | | | | 0.2040 | **0.1560** | 0.3960 | n-Pentyl-hydro-Phenanthrene C1CCC2CCC3CC(CCCCC)CCC3C2C1 | **0.0004** | 0.0008 | 0.0100 |
| | | | | 0.4308 | **0.3147** | 0.6646 | n-Dodecylbenzene 123-01-3 | **0.0002** | 0.0004 | 0.0059 |
| | | | | 0.4181 | **0.3077** | 0.6703 | 1-Nonylnaphthalene 26438-26-6 | **0.0003** | 0.0007 | 0.0091 |

^A Class refers to the PIONA class (P= paraffin, I= isoparaffin, O= olefins, N= naphthenic, A= aromatic);

^B The highest resolution constituent information listed in the chemistry report;

^C The representative chemical with the highest toxicity in each subclass;

^D Endpoints estimated using neutral organics chemical class in ECOSAR (V2.0);

^E 1,4 dimethylindane was used to represent the 60% aromatics, because it was the most toxic aromatic listed (only 23/60% of aromatics were listed, with none listed above 9%);

ChV = chronic value;

**BOLD** indicates the endpoints most protective of the environment following application of assessment factors;

*= no effects are predicted because all chemicals within the properties of the NCS and subclass have logKows above the limit for acute (7) or chronic (8) effects

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001274

███████████████████

**Table E-3. Ecotoxicity Endpoints Estimated for Each Fuel-Stream Mixture from Analogous Fuel-Streams (Tier 2) or the Toxic Unit approach (Tier 3)**

| NCS | Tier | Acute | | | Chronic | | |
|---|---|---|---|---|---|---|---|
| | | Fish 96-h $LC_{50}$ | Invert 48-h $EC_{50}$ | Algae 96-h $EC_{50}$ | Fish ChV | Invert ChV | Algae ChV |
| P-21-0144 | 3 | 0.617 | **0.443** | 0.868 | **0.007** | 0.011 | 0.092 |
| P-21-0145 | 2 | **0.305** | 0.556 | 0.741 | **0.031** | 0.052 | 0.185 |
| P-21-0146 | 2 | **0.305** | 0.556 | 0.741 | **0.031** | 0.052 | 0.185 |
| P-21-0147 | 2 | 4.1 | **1.4** | 4.6 | 0.41 | **0.17** | 1.15 |
| P-21-0148 | 2 | 4.1 | **1.4** | 4.6 | 0.41 | **0.17** | 1.15 |
| P-21-0149 | 2 | **0.305** | 0.556 | 0.741 | **0.031** | 0.052 | 0.185 |
| P-21-0150 | 2 | 4.1 | **1.4** | 4.6 | 0.41 | **0.17** | 1.15 |
| P-21-0152 | 3 | 0.011 | **0.010** | 0.047 | **0.0004** | 0.001 | 0.013 |
| P-21-0153 | 3 | 0.118 | **0.099** | 0.387 | **0.0004** | 0.001 | 0.013 |
| P-21-0154 | 3 | 0.056 | **0.047** | 0.169 | **0.0003** | 0.001 | 0.008 |
| P-21-0155 | 2 | >0.21 | 0.45 | **0.22** | **0.031** | 0.053 | 0.055 |
| P-21-0156 | 2 | >0.21 | 0.45 | **0.22** | **0.031** | 0.053 | 0.055 |
| P-21-0157 | 3 | 0.253 | **0.195** | 0.510 | **0.0003** | 0.001 | 0.009 |
| P-21-0158 | 2 | >0.54 | 1 | **0.51** | **0.031** | >0.13 | 0.128 |
| P-21-0160 | 3 | 28.73 | **16.76*** | 13.92 | 2.90 | **1.76** | 3.86 |
| P-21-0161 | 3 | 28.69 | **16.76*** | 14.01 | 2.90 | **1.77** | 3.90 |
| P-21-0162 | 3 | 10.20 | **6.324** | 6.748 | 1.11 | **0.79** | 2.13 |
| P-21-0163 | 3 | 23.85 | **14.06*** | 12.18 | 2.44 | **1.52** | 3.45 |

*Resulted in a lower COC than algae, due to application of assessment factors;
**BOLD** indicates the endpoints that were used in the hazard assessment

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████████████

# Appendix F: Human Health Hazard Data

## F.1 New Chemical Substance Data

There was no human health hazard information submitted with the NCSs.

## F.2 Analogous Mixture/Metabolite/Constituent Data

For many of the dose/concentration values reported in the summaries, an "adjusted value" is also reported. These values were used to compare PODs. Only robust summaries for the analogous mixtures/constituents used as PODs or used to identify hazards are provided here; other information is identified with citations.

### F.2.1 Naptha (petroleum), heavy straight-run, CASRN 64741-41-9
Structure not available
**Tier 2 Analogous Mixture**

**ChemView Database:**

- [Test Guideline Not Specified]: Combined Repeated Dose with Repro/Dev Toxicity Screening in rats. Sprague-Dawley rats (12/sex/group) were exposed to the test substance as a vapor via whole body exposure at measured concentrations of 0, 0.46, 2.37 or 13.4 mg/L for 30-54 days (14 days prior to mating, up to 14 days during mating, and during gestation up to GD 19) for 6 hrs/day. Pups were observed until LD4. No effects on the following: parental mortality, clinical chemistry, hematology, or neurobehavioral parameters, number of corpora lutea, implantation sites, post-implantation losses, number of pups born, love born index, viability index, sex ratio, clinical observations of pups, pup body weight or body weight gain.
  - In all doses, hyaline droplet accumulation in males.
  - At 2.37 mg/L: increased kidney weights (unsp.) in males.
  - At 13.4 mg/L: stained, wet fur, significant decreased in body weight, weight gain, and food intake in females, increased liver weights and hepatocellular hypertrophy, increased kidney weights (unsp.) in females, minimal hypertrophy of thyroid follicular epithelium.
  - Parental systemic NOAEL = 2.37 mg/L and LOAEC = 13.4 mg/L based on signs of liver toxicity and minimal hypertrophy of thyroid follicular epithelium. Maternal NOAEC = 2.37 mg/L (593 mg/m$^3$ adjusted for continuous exposure) and LOAEC = 13.4 mg/L based on reduced body weight, body weight gain and food consumption and minimal hypertrophy of thyroid follicular epithelium. Developmental and Repro NOAEC = 13.4 mg/L based on no effects observed at the highest dose tested.

### F.2.2 Naptha (petroleum), heavy catalytic cracked, CASRN 64741-54-4
No structure available
**Tier 2 Analogous Mixture**

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

**ECHA Database:**

- Test Guideline Not Specified: 28-day oral toxicity study in male Fischer 344 rats via gavage. Four naphtha streams (light catalytic cracked naphtha, CASRN 64741-55-5; light catalytic reformed naphtha, CASRN 64741-63-5; heavy catalytic cracked naphtha, CASRN 64741-54-4; and light alkylate naphtha, CASRN 64741-66-8) and fifteen pure hydrocarbons were tested at doses of 500 or 2000 mg/kg/day for 5 days/week for 4 weeks. The concurrent negative control group was administered saline at 2000 mg/kg/day and a concurrent positive control group was administered an unleaded gasoline sample at 500 or 2000 mg/kg/day. Naphtha treatments were administered neat (no vehicle). Rats were observed twice daily for mortality and clinical signs and all animals found dead or moribund were subjected to gross necropsy. Body weights were assessed only prior to dosing on Day 1 and at scheduled sacrifice. At the conclusion of the exposure period, kidneys were weighed and fixed and histopathological examinations were limited to grading severity of three specific kidney histopathological observations: (1) foci of regenerative epithelium in the renal cortex; (2) foci of intratubular cast formation located between the inner and outer stripe of the renal medulla; and (3) hyaline droplet accumulation within the epithelial cells of the proximal convoluted tubules. The severity scores of these three kidney observations were manipulated to produce a "nephropathy score" for each individual animal. All tissues other than the kidney were discarded after gross necropsy and not assessed for histopathology. It was reported that lethargy was the primary clinical sign of toxicity in this study. Portal-of-entry effects of the stomach (including erythema, erosion of the gastric mucosa, raised discolored foci on the gastric epithelial lining, and ulceration) were observed upon gross necropsy and appeared to be generally dose-related. Kidney and liver lesions observed upon gross necropsy included discoloration and mottling, which were postulated by the study authors to be due to post-mortem changes, as the changes were mainly observed in animals with unscheduled deaths. The observations of lethargy and stomach, kidney, and liver gross necropsy findings were reported as summarized findings for the entire study; it was not reported which test substances and at which doses these findings were observed. It is not possible to determine which test substances at which doses resulted in lethargy and the stomach, kidney, and liver gross necropsy findings based on the data provided. For animals treated with heavy catalytic cracked naphtha, no mortality occurred in either group, body weights were significantly decreased relative to control at ≥ 500 mg/kg/day, nephropathy scores were significantly increased at ≥ 500 mg/kg/day, and kidney weights were not affected in either group. The kidney histopathological findings were stated by the study authors to be indicative of alpha-2u-nephropathy and therefore specific to male rats and not relevant to humans. For heavy catalytic cracked naphtha (CASRN 64741-54-4), a LOAEL of 500 mg/kg/day was established based on decreased body weights; a NOAEL was not established.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**



**Tier 2 Analogous Mixture**

**8(e) Database:**

- Test Guideline Not Specified (Acute inhalation toxicity): no deaths at 19.8 mg/L; ataxia, extension of hindlimbs during walking

**EPA Hazard Characterization, Gasoline Blending Streams, 2011**
**Data for Naphtha (petroleum), light catalytic cracked (CASRN 64741-55-5)**
Acute Toxicity:

- Paraffins: 30.6% (v/v), Olefins: 45.6%, Naphthenes: 10.4%, Aromatics: 13.1%
  Test Guideline Not Specified: Acute oral toxicity: Sprague-Dawley rats (5/sex/dose) were administered naphtha (petroleum), light catalytic cracked (API 83-20) via gavage at 5000 mg/kg-bw and observed for 14 days following dosing. No mortalities occurred. LD50 > 5000 mg/kg

- Paraffins: 30.6% (v/v), Olefins: 45.6%, Naphthenes: 10.4%, Aromatics: 13.1%
  Test Guideline Not Specified: Acute dermal toxicity: New Zealand White rabbits (4/sex/dose) were administered naphtha (petroleum), light catalytic cracked (API 83-20) via the dermal route at 2000 or 3000 mg/kg-bw under occluded conditions for 24 hours and observed for 14 days following dosing. Mortality occurred in one male and one female in the 2000 mg/kg-bw dose level, but no mortalities occurred in the 3000 mg/kg-bw dose level. LD50 > 3000 mg/kg

- Paraffins: 30.6% (v/v), Olefins: 45.6%, Naphthenes: 10.4%, Aromatics: 13.1%
  Test Guideline Not Specified: Acute inhalation toxicity: Sprague-Dawley rats (5/sex/dose) were exposed whole-body to naphtha (petroleum), light catalytic cracked (API 83-20) at a nominal concentration of 5 mg/L for 4 hours and observed for 14 days following exposure. The mean measured concentration was 5.3 mg/L. No mortalities occurred. LC50 > 5.3 mg/L

Repeated-Dose Toxicity:

- Paraffins: 43.6% (w/w), Olefins: 22.7%, Naphthenes: 9.7%, Aromatics: 24.0%
  Test Guideline Not Specified: Repeated dose toxicity: Sprague-Dawley rats (15/sex/dose) were administered naphtha (petroleum), light catalytic cracked (MEHSL CRU #84152) via the dermal route at 0, 30, 125 or 300 mg/kg-bw/day under open conditions, 5 days/week for 90 days. There were no treatment-related effects on mortality, body weight, hematologic parameters or any indication of systemic toxicity at any dose level. No organs were directly affected as determined by serum chemistry, clinical

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

observations, organ weights, gross necropsy or microscopic evaluation of organ structures. There were no differences seen in sperm morphology. Moderate erythema and slight edema was observed in males at all dose groups. Histopathological examination revealed mild to moderate epidermal hyperplasia, mild inflammation of the superficial dermis and ulceration in all dose groups. NOAEL = 300 mg/kg-bw/day (based on no systemic effects observed at the highest dose tested)

- Paraffins: 37.7% (v/v), Olefins: 53.7%, Naphthenes: 4.3%, Aromatics: 4.4%
  Test Guideline Not Specified: Repeated dose toxicity: Sprague-Dawley rats (16/sex/dose) were exposed whole-body to a distillate of naphtha (petroleum), light catalytic cracked distillate (LCCN-D) as a vapor at nominal concentrations of 0, 2.3, 7.7 and 23.4 mg/L, 6 hours/day, 5 days/week for 15 weeks and observed for 4 weeks after the exposure ended. Mean measured concentrations were within 0.8% of nominal concentrations. Endpoints included clinical signs, body weight, food consumption, hematology, clinical chemistry, organ weights, histopathology, neurobehavior and ophthalmoscopy. Body weight gain was lower in females at 23.4 mg/L. During the recovery period, the high-dose males and females exhibited greater food consumption than controls. Decreases in hematocrit and hemoglobin concentration were observed in males at 23.4 mg/L. Reductions in mean corpuscular hemoglobin concentration were observed in males at 7.7 mg/L and in females at 23.4 mg/L. Increases were observed in absolute kidney weight (males only), relative kidney weight (females only) and relative liver weight (both sexes) at 23.4 mg/L. Elevated relative kidney weights were observed in males at $\geq 7.7$ mg/L. A dose-related increase in nasal mucosa hyperplasia, indicative of exposure to a mild irritant, was observed (dose spread not reported). An increase in hyaline droplet accumulation was observed in treated males at all doses (protein measurement unspecified but assumed). [14] Renal inflammation and tubular dilatation were observed in males at $\geq 7.7$ mg/L. No other treatment-related effects were observed.
  LOAEC (males) = 7.7 mg/L/day (increases in relative kidney weight, renal inflammation and tubular dilatation); NOAEC (males) = 2.3 mg/L/day
  LOAEC (females) = 23.4 mg/L/day (based on reductions in mean corpuscular hemoglobin concentration); NOAEC (females) = 7.7 mg/L/day

- Paraffins: 33.2% (v/v), Olefins: 40.0%, Naphthenes: 10.1%, Aromatics: 16.8%
  Test Guideline Not Specified: Repeated dose toxicity: CD-1 mice (10/sex/dose) were exposed whole-body to naphtha (petroleum), light catalytic cracked (LCCN) as a vapor at nominal concentrations of 0, 0.5, 2 and 8 mg/L, 6 hours/day, 5 days/week for 13 weeks.

---

[14] This is the text from footnote #9 from the Hazard Characterization (HC): "The presence of nephropathy in association with the hyaline droplet accumulation in male rats suggests that the nephropathy in the males may be occurring by an alpha2u-globulin-mediated mechanism, which appears to be unique to male rats and the response is probably not relevant to humans for purposes of risk assessment. EPA's Risk Assessment Forum has outlined the key events and the data that are necessary to demonstrate this mode of action (Alpha2u-Globulin: Association with Chemically Induced Renal Toxicity and Neoplasia in the Rat, EPA/625/3-91/019F"]. One of the key events, alpha2u-globulin accumulation, has not been demonstrated. Therefore, the nephropathy is assumed to be relevant to human health and it is concluded that a NOAEL for nephropathy in male rats was not established."

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

Mean measured concentrations were 0, 0.53, 2.06 and 7.69 mg/L. Endpoints included clinical signs, body weight, hematology, clinical chemistry, organ weights and histopathology. No treatment-related effects were observed.
NOAEC = 7.69 mg/L/day (based on no effects observed at the highest concentration tested)

- Paraffins: 33.2% (v/v), Olefins: 40.0%, Naphthenes: 10.1%, Aromatics: 16.8%
Test Guideline Not Specified: Repeated dose toxicity: Sprague-Dawley rats (10/sex/dose) were exposed whole-body to naphtha (petroleum), light catalytic cracked (LCCN) as a vapor at nominal concentrations of 0.5, 2 and 8 mg/L, 6 hours/day, 5 days/week for 13 weeks. Sham controls were included, but no specific details regarding the sham controls were located in the robust summary for this study. Mean measured concentrations were 0.53, 2.06 and 7.69 mg/L. Endpoints included clinical signs, body weight, hematology, clinical chemistry, organ weights and histopathology. Lesions on the skin in the scrotal area were observed in four male rats in the high-dose group. Uterine weights were less than untreated controls at all exposure levels, but not less than the sham controls, and the difference was not dose-related. The number of sperm per gram of cauda epididymis was lower at 7.69 mg/L, compared to the sham controls, but not the untreated controls. No other effects were observed. The decreases in sperm number compared to sham controls were not considered to be treatment-related given the lack of effects on sperm number compared with untreated concurrent controls.
NOAEC = 7.69 mg/L/day (based on no effects at the highest concentration tested)

- Paraffins: 42.8% (v/v), Olefins: 36.5%, Naphthenes: 10.2%, Aromatics: 10.2%
Test Guideline Not Specified: Repeated dose toxicity: Sprague-Dawley rats (20/sex/dose) were exposed whole-body to naphtha (petroleum), light catalytic cracked (API 81-03) as a vapor at 0, 5.5, 9.5 and 16.4 mg/L, 6 hours/day, 5 days/week for 13 weeks. Endpoints included clinical signs, body weight, hematology, clinical chemistry, urinalysis, organ weights and histopathology. No mortalities were observed. Exposure-related redness with "red material" around the nose was observed at 16.4 mg/L. Body weights of males at 16.4 mg/L were lower than those of controls. Increased kidney weights (relative or absolute unspecified) were observed in treated males at all dose levels (dose-response not indicated), accompanied by histopathological changes in the renal tubules consistent with light hydrocarbon-induced nephropathy (male-rat specific). Liver weights (relative or absolute unspecified) were increased in males at ≥ 9.5 mg/L and in females at 16.4 mg/L, accompanied by centrilobular hepatocellular hypertrophy, which was compatible with non-specific hepatic enzyme induction.
LOAEC (males) = 9.5 mg/L/day (based on increased liver weights and centrilobular hepatocellular hypertrophy); NOAEC (males) = 5.5 mg/L/day
LOAEC (females) = 16.4 mg/L/day (based on increased liver weights and centrilobular hepatocellular hypertrophy); NOAEC (females) = 9.5 mg/L/day

Reproductive Toxicity:
- Paraffins: 37.7% (v/v), Olefins: 53.7%, Naphthenes: 4.3%, Aromatics: 4.4%

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

Test Guideline Not Specified: Repeated-dose/Reproductive/Developmental toxicity: In a combined reproductive/developmental toxicity screening test, Sprague-Dawley rats (10/sex/dose) were exposed whole-body to a distillate of naphtha (petroleum), light catalytic cracked (LCCN-D) at nominal concentrations of 0, 750, 2500 or 7500 ppm (~ 0, 2.4, 7.9 and 23.8 mg/L) as a vapor, 6 hours/day, 7 days/week for 30 – 47 days, starting 14 days prior to mating and extending through gestation day 19. Dams and their litters were sacrificed on postpartum day 4. Mean measured concentrations were 0, 752, 2512 and 7518 ppm (0, 2.4, 8.0 and 23.9 mg/L). No treatment-related mortalities were observed. Red staining of the snout was observed at concentrations ≥ 8.0 mg/L. At 23.9 mg/L, organ weight changes included increases in absolute and relative kidney weights and relative liver weights in males and increases in absolute and relative spleen weights in females. Hyaline droplet formation and dilatation of tubules in the cortico-medullary junction were observed in males at 23.9 mg/L.[15] There were no effects on parental body weight, food consumption, histology (including testes, epididymides and ovaries), fertility index, live birth index, number of litters, numbers of live and dead pups, number of implantation sites, pup viability, sex ratio and pup body weight. NOAEC (reproductive toxicity) ~ 23.9 mg/L/day (based on no effects observed at the highest concentration tested)

- Paraffins: 33.2% (v/v), Olefins: 40.0%, Naphthenes: 10.1%, Aromatics: 16.8%
  Test Guideline Not Specified: Repeated-dose toxicity: In the repeated-dose inhalation study in described previously, Sprague-Dawley rats exposed to naphtha (petroleum), light catalytic cracked (LCCN) as a vapor at a measured concentration of 7.69 mg/L for 13 weeks had a lower number of sperm per gram of cauda epididymis compared to the sham controls, but not the untreated controls.

Developmental Toxicity:

- Paraffins: 37.7% (v/v), Olefins: 53.7%, Naphthenes: 4.3%, Aromatics: 4.4%
  Test Guideline Not Specified: Repeated-dose/Reproductive/Developmental toxicity: In the combined reproductive/developmental inhalation toxicity screening test in Sprague-Dawley rats exposed to a distillate of naphtha (petroleum), light catalytic cracked (LCCN-D) described previously, no effects were observed on live birth index, number of litters, numbers of live and dead pups, number of implantation sites, pup survival, sex ratio, pup body weight and body weight change. No abnormalities were observed in pups. NOAEC (maternal and developmental toxicity) ~ 23.9 mg/L/day (based on no effects observed at the highest concentration tested)
- Paraffins: 33.2% (v/v), Olefins: 40.0%, Naphthenes: 10.1%, Aromatics: 16.8%

---

[15] This is footnote 17 from the HC: Nephropathy seen in male rats may be occurring by an alpha 2u-globulin-mediated mechanism (which is male rat-specific and not considered relevant to humans). EPA's Risk Assessment Forum has outlined key events and data that are necessary to demonstrate this mode of action (Alpha 2u-Globulin: Association with Chemically Induced Renal Toxicity and Neoplasia in the Rat, EPA/625/3-91/019F).

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

Test Guideline Not Specified: Developmental toxicity: In a prenatal developmental toxicity test, pregnant female Sprague-Dawley rats (15/dose) were exposed to naphtha (petroleum), light catalytic cracked (LCCN) as a vapor at nominal concentrations of 0, 2 or 8 mg/L, 6 hours/day from gestation days 0 – 19. Mean measured concentrations were 0, 2.2 and 7.7 mg/L. There were no treatment-related clinical abnormalities or differences in body weight in the maternal generation. There was an increase in the number of resorptions at 7.7 mg/L compared to controls; however, this did not appear to affect any fertility parameters. There were no treatment-related effects on the number of implantation sites, preimplantation losses, numbers of live and dead fetuses per litter, number of corpora lutea, sex ratio, fetal weight, crown-rump length and incidence of visceral and skeletal abnormalities. NOAEC (maternal toxicity) = 7.7 mg/L/day (based on no effects observed at the hdt); NOAEC (developmental toxicity) = 2.2 mg/L/day; LOAEC (developmental toxicity) = 7.7 mg/L/day (based on an increase in the number of resorptions)

Genotoxicity:
- Paraffins: 30.6% (v/v), Olefins: 45.6%, Naphthenes: 10.4%, Aromatics: 13.1%
  Test Guideline Not Specified: Genotoxicity: Mouse lymphoma cells were exposed to naphtha (petroleum), light catalytic cracked (API 83-20) in ethanol at concentrations of 50 – 800 nL/mL without metabolic activation and 25 – 500 nL/mL with activation. Positive control and negative controls responded appropriately. Cytotoxicity was observed at 175 nL/mL. Naphtha (petroleum), light catalytic cracked (API 83-20) did not cause an increase in mutation frequency. Naphtha (petroleum), light catalytic cracked was not mutagenic in this assay.
- Paraffins: 42.8% (v/v), Olefins: 36.5%, Naphthenes: 10.2%, Aromatics: 10.2%
  Test Guideline Not Specified: Genotoxicity: Mouse lymphoma cells were exposed to naphtha (petroleum), light catalytic cracked (API 81-03) at unspecified concentrations with and without metabolic activation. Naphtha (petroleum), light catalytic cracked (API 81-03) was not mutagenic with or without activation. No other details were provided. Naphtha (petroleum), light catalytic cracked was not mutagenic in this assay.
- Paraffins: 34.6% (v/v), Olefins: 29.2%, Naphthenes: 14.5%, Aromatics: 21.1%
  Test Guideline Not Specified: Genotoxicity: Mouse lymphoma cells were exposed to naphtha (petroleum), light catalytic cracked (API 81-04) at unspecified concentrations with and without metabolic activation. Naphtha (petroleum), light catalytic cracked (API 81-04) was not mutagenic without activation, but the results were equivocal with activation. No other details were provided. Naphtha (petroleum), light catalytic cracked was equivocal for the induction of mutations in this assay.
- Paraffins: 42.8% (v/v), Olefins: 36.5%, Naphthenes: 10.2%, Aromatics: 10.2%
  Test Guideline Not Specified: Genotoxicity: In a sister chromatid exchange assay, CHO cells were exposed to naphtha (petroleum), light catalytic cracked (API 81-03) at concentrations of 0.05 – 0.3 μL/mL without metabolic activation and 0.03 – 0.2 μL/mL with metabolic activation. A small, but significant (p < 0.05) increase in the frequency of

sister chromatid exchange was observed at two intermediate dose levels in the presence of metabolic activation. No increase in sister chromatid exchange frequency was observed without activation. Positive and negative controls responded appropriately. Naphtha (petroleum), light catalytic cracked was equivocal for the induction of sister chromatid exchange in this assay.

- Paraffins: 42.8% (v/v), Olefins: 36.5%, Naphthenes: 10.2%, Aromatics: 10.2%
  Test Guideline Not Specified: Genotoxicity: In a sister chromatid exchange assay, B6C3F1 mice (5/sex/dose) were administered naphtha (petroleum), light catalytic cracked (APR 81-03) in corn oil at concentrations of 0, 200, 1200 or 2400 mg/kg-bw via intraperitoneal injection. Positive and negative controls responded appropriately. A statistically significant (p < 0.05) increase in the frequency of sister chromatid exchange was observed at all dose levels. Naphtha (petroleum), light catalytic cracked induced sister chromatid exchange in this assay.

- Paraffins: 34.6% (v/v), Olefins: 29.2%, Naphthenes: 14.5%, Aromatics: 21.1%
  Test Guideline Not Specified: Genotoxicity: In a bone marrow chromosomal aberration assay, Sprague-Dawley rats (15/sex/dose) were administered naphtha (petroleum), light catalytic cracked (API 81-04) in corn oil at concentrations of 0, 0.3, 1 or 3 g/kg-bw via intraperitoneal injection and sacrificed up to 48 hours later. Positive and negative controls responded appropriately. There were no treatment-related increases in chromosomal aberrations. Naphtha (petroleum), light catalytic cracked did not induce chromosomal aberrations in this assay.

Skin Irritation:

- Paraffins: 30.6% (v/v), Olefins: 45.6%, Naphthenes: 10.4%, Aromatics: 13.1%
  Test Guideline Not Specified: Skin irritation: Six rabbits (strain and sex not specified) were administered 0.5 mL of naphtha (petroleum), light catalytic cracked (API 83-20) to intact or abraded skin under occluded conditions for 24 hours and observed for 14 days following dosing. Edema and erythema were observed on both intact and abraded skin. The primary dermal irritation score was 3.7. Naphtha (petroleum), light catalytic cracked was moderately irritating to rabbit skin in this study.

- Paraffins: 33.2% (v/v), Olefins: 40.0%, Naphthenes: 10.1%, Aromatics: 16.8%
  Test Guideline Not Specified: Skin irritation: In the prenatal developmental toxicity test in Sprague-Dawley rats described previously, administration of naphtha (petroleum), light catalytic cracked (LCCN) via the dermal route at 0, 30, 125 or 500 mg/kg-bw resulted in slight to moderate dermal irritation, including erythema, edema, scabbing, flaking and eschar. Naphtha (petroleum), light catalytic cracked was moderately irritating to rat skin in this study.

Eye Irritation:

- Paraffins: 30.6% (v/v), Olefins: 45.6%, Naphthenes: 10.4%, Aromatics: 13.1%
  Test Guideline Not Specified: Eye irritation: Rabbits (9/dose; strain and sex not specified) were administered 0.1 mL of naphtha (petroleum), light catalytic cracked (API 83-20) to

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

one eye; the other eye served as a control. After 20 – 30 seconds, the treated eyes of three rabbits were rinsed with water for 1 minute. Animals were observed for 7 days after treatment. After 1 hour, primary eye irritation scores were 1.0 and 3.3 for unwashed and washed eyes, respectively. An irritation score of zero was recorded at all other times. Naphtha (petroleum), light catalytic cracked was not irritating to rabbit eyes in this study.

Skin Sensitization:
- Paraffins: 30.6% (v/v), Olefins: 45.6%, Naphthenes: 10.4%, Aromatics: 13.1%
  Test Guideline Not Specified: Skin Sensitization: Guinea pigs (10/sex, strain not specified) were administered 0.4 mL of naphtha (petroleum), light catalytic cracked (API 83-20) to shorn skin under occluded conditions for 6 hours once per week for 3 weeks. After a 2-week resting period, a challenge dose of 0.4 mL of 25% test substance in paraffin oil was applied to a previously untreated site, and animals were observed for 48 hours following treatment. No skin reactions were observed following application of the challenge dose. Naphtha (petroleum), light catalytic cracked was not sensitizing to guinea pig skin in this study.

Carcinogenicity:
- Paraffins: 42.8% (v/v), Olefins: 36.5%, Naphthenes: 10.2%, Aromatics: 10.2%
  Test Guideline Not Specified: Carcinogenicity: C3H/HeJ mice (50 males) were administered 0.05 mL of naphtha (petroleum), light catalytic cracked (API 81-03) via the dermal route 2 times/week to clipped skin for 139 weeks. An increased incidence of malignant dermal neoplasms was observed in exposed mice, relative to control mice. Dermal neoplasms included squamous cell carcinomas and fibrosarcomas. The study authors concluded that naphtha (petroleum), light catalytic cracked (API 81-03) was a weak dermal carcinogen. Naphtha (petroleum), light catalytic cracked was carcinogenic to mice in this study.

Neurotoxicity:
- Paraffins: 37.7% (v/v), Olefins: 53.7%, Naphthenes: 4.3%, Aromatics: 4.4%
  Test Guideline Not Specified: Repeated-dose toxicity: In the repeated-dose inhalation study described previously, Sprague-Dawley rats exposed to a distillate of naphtha (petroleum), light catalytic cracked (LCCN-D) as a vapor were subjected to neurobehavioral measurements, including motor activity and functional operational battery tests. No treatment-related effects were observed on neurobehavior. Naphtha (petroleum), light catalytic cracked was not neurotoxic to rats in this study.

**Halder et al. 1985:**
Repeated-dose Toxicity:
- Test Guideline Not Specified: 28-day oral toxicity study in male Fischer 344 rats via gavage. Four naphtha streams (light catalytic cracked naphtha, CASRN 64741-55-5; light catalytic reformed naphtha, CASRN 64741-63-5; heavy catalytic cracked naphtha, CASRN

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

64741-54-4; and light alkylate naphtha, CASRN 64741-66-8) and fifteen pure hydrocarbons were tested at doses of 500 or 2000 mg/kg/day for 5 days/week for 4 weeks. The concurrent negative control group was administered saline at 2000 mg/kg/day and a concurrent positive control group was administered an unleaded gasoline sample at 500 or 2000 mg/kg/day. Naphtha treatments were administered neat (no vehicle). Rats were observed twice daily for mortality and clinical signs and all animals found dead or moribund were subjected to gross necropsy. Body weights were assessed only prior to dosing on Day 1 and at scheduled sacrifice. At the conclusion of the exposure period, kidneys were weighed and fixed and histopathological examinations were limited to grading severity of three specific kidney histopathological observations: (1) foci of regenerative epithelium in the renal cortex; (2) foci of intratubular cast formation located between the inner and outer stripe of the renal medulla; and (3) hyaline droplet accumulation within the epithelial cells of the proximal convoluted tubules. The severity scores of these three kidney observations were manipulated to produce a "nephropathy score" for each individual animal. All tissues other than the kidney were discarded after gross necropsy and not assessed for histopathology. It was reported that lethargy was the primary clinical sign of toxicity in this study. Portal-of-entry effects of the stomach (including erythema, erosion of the gastric mucosa, raised discolored foci on the gastric epithelial lining, and ulceration) were observed upon gross necropsy and appeared to be generally dose-related. Kidney and liver lesions observed upon gross necropsy included discoloration and mottling, which were postulated by the study authors to be due to post-mortem changes, as the changes were mainly observed in animals with unscheduled deaths. The observations of lethargy and stomach, kidney, and liver gross necropsy findings were reported as summarized findings for the entire study; it was not reported which test substances and at which doses these findings were observed. It is not possible to determine which test substances at which doses resulted in lethargy and the stomach, kidney, and liver gross necropsy findings based on the data provided. For animals treated with light catalytic cracked naphtha, no mortality occurred in either group, body weights were significantly decreased relative to control at 2000 mg/kg/day, nephropathy scores were significantly increased relative to control at ≥ 500 mg/kg/day, and kidney weights were not affected in either group. The kidney histopathological findings were stated by the study authors to be indicative of alpha-2u-nephropathy and therefore specific to male rats and not relevant to humans. For light catalytic cracked naphtha (CASRN 64741-55-5), a LOEL of 500 mg/kg/day was established based on kidney effects and a NOAEL of 500 mg/kg/day was established based on decreased body weights at 2000 mg/kg/day.

### F.2.4    Distillates (petroleum), light catalytic cracked, CASRN 64741-59-9

Structure not available
**Tier 2 Analogous Mixture**

- Developmental toxicity study in rats (test guideline not specified): A light cycle oil [LCO, CAS RN 64741-59-9, Sample # 08281, 49.1% DMSO extractable PAC, 79.8% aromatic hydrocarbons],was applied to the shaved backs of presumed pregnant rats at dose levels of 0, 25, 50, 125, 250 and 500 mg/kg/day from GD0 – 19 (Mobil, 1988b, Study # 50511). At 1000mg/kg day, animals were treated either from GD0-6 or GD6-15 due to severe irritation observed at the onset of treatment. Gestation day 15 was chosen because it is the last day of treatment in standard EPA/FDA teratology studies of that time period. All animals were sacrificed on GD20. In the dams, erythema and flaking of the skin were observed in all gas oil exposed groups. Skin effects were observed in all but the 25 mg/kg group. At doses greater than 25 mg/kg there was a decrease in maternal body weight and body weight gain compared to the controls, with an accompanying reduction in food consumption. There were no treatment-related findings at necropsy. Blood levels of triglycerides were increased in a dose-related manner in the 250, 500 and 1000 mg/kg groups. Fetal body weights were reduced in the 500 and 1000 mg/kg groups, with only the reduction in the 1000 mg/kg group being statistical significant. Resorptions were also increased in the 1000mg/kg GD6-15 group. There were no significant increases in resorptions at 500mg/kg or lower doses and there were similarly no soft tissue variations and malformations, or skeletal malformations in any of the dose groups. As identified by the investigators, maternal LOAEL = 50mg/kg based on decreased body weight, although statistical significance only occurred at the 250 mg/kg/day level and greater; NOAEL = 25mg/kg. Developmental LOAEL = 500mg/kg; NOAEL = 250mg/kg.

**ECHA Database:**
- Comparable to OECD 401: LD50 (male rat) = 4660 mg/kg-bw; LD50 (female rat) = 3200 mg/kg-bw; hypoactivity; diarrhoea; yellow or brown-stained anal, genital and abdominal areas; hair loss on abdomen; ataxia; red-stained nose and mouth; prostration; lacrimation; hypothermic to touch; and death (ECHA)
- Comparable to OECD 401: LD50 (male rat) = 4290 mg/kg-bw; LD50 (female rat) = 2700 mg/kg-bw; oral discharge, nasal discharge, abnormal respiration and tools, ataxia, and lethargy (ECHA)
- Comparable to OECD 401: LD50 (female rat) < 5000 mg/kg-bw; oral discharge, nasal discharge, ocular discharge, abnormal respiration, tremors, ataxia, lethargy, moribundity, cold to the touch, abnormal stools, stained coat, and/or alopecia (ECHAComparable to OECD 401: LD50 (rat) = 6790 - 7180 mg/kg-bw; hypoactivity, diarrhoea, yellow-stained urogenital/abdominal area, hair loss on anal region/abdomen/hind legs, ataxia, red-stained nose and mouth, prostration, lacrimation, catalepsy, dyspnoea, possible respiratory congestion, hypothermic to touch, inflamed anal region and death (ECHA)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████████████

- Comparable to OECD 403: LC50 (rat) = 4.65 mg/L; coat abnormalities (oily/wetness), crust around nose at 2 to 4 days post-exposure, skin abnormalities (scabs/flaky), hair loss, urine stain on coat, decreased activity/mobility, and eye abnormalities ([ECHA])TGNS: LC50 (rat) = 5400 mg/m3; red crusting of eyes ([ECHA])
- Comparable to OECD 403: LC50 (rat) > 4.98 mg/L; lethargy, wet coats, ocular discharge ([ECHA])
- Comparable to OECD 403: LC50 (rat) > 3.19 mg/L; oral, nasal, and/or ocular discharge, labored breathing, lethargy, alopecia, and stained coat ([ECHA])
- Comparable to OECD 402: LD50 (rabbit) > 2000 mg/kg; dermal irritation ([ECHA])
- Comparable to OECD 434: LD50 (rabbit) > 2000 mg/kg; abnormal stools, erythema, oedema, eschar, dry skin, whitish-yellow blanching and/or fissuring ([ECHA])
- Comparable to OECD 434: LD50 (rabbit) > 2000 mg/kg; abnormal stools ([ECHA])
- Comparable to OECD 404: Irritating in rabbits ([ECHA])
- Comparable to OECD 405: Not irritating in rabbits ([ECHA])
- EPA OTS 798.4500: Not irritating in rabbits ([ECHA])
- Comparable to OECD 406: Not sensitizing in guinea pigs ([ECHA])
- Comparable to OECD 476: Positive in mouse lymphoma L5178Y cells with activation; negative without activation ([ECHA])
- Comparable to OECD 479: Ambiguous in CHO cells with and without activation ([ECHA])
- OECD 475: Negative in rats via intraperitoneal route ([ECHA])
- Comparable to OECD 475: Negative in rats via intraperitoneal route ([ECHA])
- Comparable to OECD 411: Subchronic Dermal Toxicity: 90-Day Study in Rats at Doses of 0, 8, 25, 125, and 500 and 1,250 mg/kg/day. After 2 weeks of exposure rats dosed at 1250mg/kg/day were terminated due to poor growth and appearance. NOAEL (males) = 25 mg/kg-bw/day based on thymus effects. Decreased body weights and thymus, kidney, adrenal, and liver effects were noted at higher doses. ([ECHA]).
- Comparable to OECD 410: Repeated Dose Dermal Toxicity: 21/28-Day Study in Rabbits at Doses of 0, 250, 500, and 1000 mg/kg. NOAEL = 500 mg/kg-bw/day based on body weight; serum alkaline phosphatase activity was also decreased by approximately 50-60% in animals treated at 2000 mg/kg body weight/day[16] ([ECHA]).
- Comparable to OECD 410: Repeated Dose Dermal Toxicity: 21/28-Day Study in Rabbits at Doses of 0, 250, 500, and 1000 mg/kg. Systemic NOAEL = 1000 mg/kg-bw/day based on bone marrow granulopoesis and reduced alkaline phosphatase at 2000 mg/kg. LOAEL (dermal irritation) = ca. 250 mg/kg-bw/day based on dermal irritation at all doses ([ECHA]).

---

[16] Note that the apparent error in identifying the serum activity decrease at a dose not reported as being used (2000 mg/kg) is present also at the source (ECHA summary). The full study report was not identifiable to check on this (data source listed as a 1985 unnamed study report).

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

- OECD 411; EPA OPPTS 870.3250; EPA OTS 798.2250: Subchronic Dermal Toxicity: 90-Day Study in Rats at Doses of 0, 100, 450, or 750 mg/kg-bw/day. LOAEL = 100 mg/kg-bw/day based on hematological effects ([ECHA](#)).
- Dermal developmental toxicity study in rats at doses of 0, 50, 333, or 1000 mg/kg/day once daily on GDs 0-20. NOEL (maternal toxicity) = 50 mg/kg-bw/day based on increased incidence of vaginal discharge, decreased body weights, body weight changes, food consumption changes. NOEL (developmental toxicity) = 50 mg/kg-bw/day based on decreased pup body weights and decreased pup survival ([ECHA](#)).
- OECD 414; EPA OPPTS 870.3700: Dermal prenatal Developmental Toxicity Study in rats at doses of 0, 100, 450, and 750 mg/kg/day. NOAEL (maternal toxicity) = 100 mg/kg/day based on adverse clinical findings, reductions in food consumption and corresponding lower mean body weight gains or losses, and lower thymus weights (absolute and relative to brain weight). NOAEL (developmental toxicity) = 100 mg/kg/day based on increased post-implantation loss with corresponding decreased mean numbers and litter proportions of viable fetuses, as well as lower mean fetal weights and reduced fetal skeletal ossification ([ECHA](#)).
- Comparable to OECD 414: Dermal Prenatal Developmental Toxicity Study in Rats at Doses of 0, 25, 50, 125, 250, 500 and 1000 mg/kg from GD 0-19. NOAEL (maternal toxicity) = 25 mg/kg/day based on skin effects, decreased body weight and bw gain. NOAEL (developmental toxicity) = 500 mg/kg/day based on reduced fetal body weights, increased resorptions ([ECHA](#)).
- Comparable to OECD 451: Dermal carcinogenicity study in male mice at doses of 0, 28.5%, 50%, or 100% for 104 weeks. Carcinogenic based on tumor formation at 28.5% ([ECHA](#)).
- Comparable to OECD 451: Dermal carcinogenicity study in male mice at doses of 0 and 25 uL for lifetime. Weakly carcinogenic in mice ([ECHA](#)).
- Comparable to OECD 451: Dermal carcinogenicity study in male mice at doses of 0 and 50 uL for 2 years. Carcinogenic in mice ([ECHA](#)).

### F.2.5    Syntower bottoms, 64741-62-4

**Structure Not Available**
**Tier 2 Analogous Mixture**

**ECHA Database:**
- [Non-Guideline Study, comparable to OECD 401](#): LD50 (rat) = 4320 (females) - 5270 (males); hypoactivity, ataxia, prostration, diarrhea, hair loss and eye opacity
- [Test Guideline Not Specified](#): TDLo (rat)=7600 mg/kg bw; nasal/ocular discharge, abnormal stools, tremors, stained coat and/or lethargy
- [Non-Guideline Study, comparable to EU Method B.1](#): LD50 (rat) =5230 (males) to 5820 (females); nasal/ocular discharge, abnormal stools, tremors, stained coat and/or lethargy

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

- [Non-Guideline Study, comparable to EU Method B.1](#): LD50 (rat)~ 5000 mg/kg bw; nasal discharge, ocular discharge, ataxia, abnormal stools, stained coat and lethargy
- [Non-Guideline Study, comparable to EPA OTS 798.1150](#): LC50 (rat) (4hr) = 4100 mg/m3; labored breathing, nasal discharge and discolored fur
- [Non-Guideline Study, comparable to EPA OTS 798.1150](#): LC50 (rat) (4hr) ≥3600 mg/m3; respiratory distress, brown material on fur
- [Non-Guideline Study, comparable to EPA OTS 798.1150](#): LC50 (rat) (4hr) ≥320 mg/m3
- [Non-Guideline Study, comparable to OECD 434](#): LD50 (rabbit)
  - 2000 mg/kg bw
- [Non-Guideline Study, comparable to EU Method B.3](#): LD50 (rabbit) > 2000 mg/kg bw; erythema and oedema
- [Non-Guideline Study, comparable to EU Method B.3](#): LD50 (rabbit) > 2000 mg/kg bw; labored breathing, tarry stools, nasal discharge and incoordination
- [Test Guideline Not Specified](#): Moderately irritating in rabbits; occluded
- [Non-Guideline Study, comparable to EU Method B.4](#): Moderately irritating in rabbits; occluded
- [Non-Guideline Study, comparable to EU Method B.5](#): Not irritating to rabbit
- [Non-Guideline Study, comparable to EU Method B.5](#): Not irritating to rabbit
- [Non-Guideline Study, comparable to EU Method B.6](#): Not sensitizing in guinea pig
- [Non-Guideline Study](#): API procedure/Buehler Test. Not sensitizing; guinea pigs
- [Non-Guideline Study](#): Buehler Method: Not sensitizing in guinea pig
- [Non-Guideline Study, comparable to OECD 471](#): Positive in Salmonella with and without metabolic activation
- [Non-Guideline Study, comparable to OECD 476](#): Negative in CHO cells with and without metabolic activation
- [Non-Guideline Study, comparable to OCED 476](#): Positive in L5178Y TK+/- cells with and without metabolic activation
- [Non-Guideline Study, comparable to OCED 471](#): Positive in Salmonella with activation
- [Non-Guideline Study, comparable to OCED 471](#): Positive in Salmonella with activation
- [Non-Guideline Study, comparable to OCED 471](#): Positive in Salmonella with activation
- [Non-Guideline Study, comparable to EU Method B.21](#): Negative in BALB/3T3 cell transformation assay with and without activation
- [Non-Guideline Study, comparable to OECD 479](#): Positive in CHO cells with metabolic activation; weakly positive without
- [Modified Ames Test according to ASTM E1687-10](#): Negative in Salmonella with metabolic activation
- [Non-Guideline Study, comparable to EPA OTS 798.5915](#): In Vivo Sister Chromatid Exchange Assay.- Positive in mice via IP injection
- [Non-Guideline Study, comparable to EU Method B.3](#): Unscheduled DNA Synthesis (UDS) Test with Mammalian Liver Cells In Vivo. Positive in rats via oral gavage

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

- Non-Guideline Study, comparable to EU Method B.12: In Vivo Mammalian Erythrocyte Micronucleus Test. Negative in mice via IP injection
- Non-Guideline Study, comparable to OECD 475: Not clastogenic in rat bone marrow via oral gavage
- Non-Guideline Study, comparable to EU Method B.12: Negative in mice via oral gavage
- EPA OTS 798.4900: Prenatal Developmental Toxicity Study. Sprague-Dawley rats (24 females/dose) had the test substance applied to the skin at concentrations of 0, 0.05, 1, 10, 50, and 250 mg/kg-bw/day for 6hr/d, from GD 0 to GD 19. No maternal deaths, clinical signs, abortions, premature deliveries or irritation observed. Significantly decreased maternal body weight, body weight gain, and food consumption with dose relation. No necropsy findings. Red vaginal discharge and dose-related decrease in gravid uterine weight observed in treated animals at 1 mg/kg/day and higher. Increased number of dead and resorbed fetuses in the 1, 10, and 50 mg/kg/day groups. Decreased fetal bodyweights. Increased incidence of delayed development for soft tissue but no other gross external malformations. Reduction in the extent of ossification of caudal vertebrae, metacarpals, and phalanges at 1, 10, and 50 mg/kg/day. NOAEL for maternal and developmental toxicity = 0.05 mg/kg-bw/day.
- Non-Guideline Study, comparable to OECD 414: Sprague-Dawley rats had the test substance applied to the skin at doses of 0, 4, 8, 30 or 125 mg/kg-bw/day (n=11, 12, 14, 13, or 12 resp.) on GD 0-19. Maternal NOAEL = 4 mg/kg-bw/day based on decreased net body weight gain and the occurrence of vaginal discharge. Developmental NOAEL = 4 mg/kg/day based on decreased live litter size.
- Test Guideline Not Specified: Developmental Toxicity Study. Sprague-Dawley rats (10 females/dose) had the test substance applied to the skin at doses of 0, 4, 8, 30, 125 and 250 mg/Kg/day on GD 0 - 19. Maternal and developmental NOAEL= 8 mg/kg/day based on toxicity at higher doses (vaginal bleeding, a decrease in body weight gain, a reduction in food consumption, and effects on serum chemistry, indicative of liver toxicity; reduced pup size, enlarged brain ventricles, displaced esophagus and anomalous heart development).
- Non-Guideline Study, comparable to OECD 414: Sprague-Dawley rats (12 females/dose) had the test substance applied to the skin at doses of 0, 0.05, 10 or 50 mg/kg-bw/d, for 6 hr/d, on GD 0-20. Maternal NOAEL = 10 mg/kg-bw/day based on decreased body weight/body weight gain, decreased food intake and the occurrence of vaginal bleeding and discharge. Developmental NOAEL = 10 mg/kg/day based on a reduction in total and live litter size, an increased proportion of dead pups and decreased litter weight.
- Non-Guideline Study, comparable to OECD 451: Lifetime Carcinogenicity Study. C3H/HeJ mice (50 males/group) had the test substance in toluene applied to the skin at concentrations of 0, 0.1, 1.0, or 10% twice weekly. Dermal carcinogen in mice
- Test Guideline Not Specified: 25-week Tumor Initiation and Promotion Study. CD-1 mice (30 males/group) had the test substance (in toluene and acetone) applied to the skin at a concentration of 0 or 1% 2x/week for 25 weeks. Tumor initiating activity was observed but the test substance was not a tumor promoter in mice.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

- Non-Guideline Study, comparable to OECD 451: Lifetime Carcinogenicity Study C3H mice (40-50 males/group) had the test substance in white oil applied to the skin at concentrations of 0 or 1-50% three times weekly. Dermal carcinogen in mice; ECHA established a carcinogenicity LOAEL of 5%
- EPA OTS 798.4900: Prenatal Developmental Toxicity Study. Sprague-Dawley rats (24 females/dose) had the test substance in acetone applied to the skin at doses of 0, 1, 10, 50 or 250 mg/kg bw/d, for 6 hr/d on GD 0-19. There were no treatment related deaths or skin irritation. Red vaginal exudate was observed at 50 (60%) and 250 (79%) mg/kg/day. In the 250 mg/kg/day group, 25% of animals appeared emaciated. Decreased body weight gain was observed in treated animals (-28%, -32%, -70% and -88% in 1, 10, 50 and 250 mg/kg/d groups, respectively). Correlating decreased in food consumption were observed (-11%, -14%, -19% or -30%, respectively). Corrected maternal body weight was significantly decreased (-6%, -8%, -16%, -26%, respectively). Corrected maternal body weight gain was significantly decreased (30-70%). There were no gross findings. Gravid uterine weight was significantly decreased in all treated groups and a dose relation was observed (-40%, -64%, -89%, -96%, respectively). NO changes to corpora lutea or implantation sites were observed. A dose-related increase in resorptions (largely early resorptions) was observed at all doses (35-100%). Complete litter loss was significantly increased at 50 and 250 mg/kg/day (83-100% of dams). Live litter sizes were reduced in a dose related manner (14.3, 9.3, 4.9 or 0.9 pups/litter). Fetal body weights were significantly less than controls (14-25%). No increase in fetal malformations was observed. Increased fetal variations were observed. Maternal NOAEL = 1 mg/kg/day based on decreased net body weight/net body weight gain and a reduction in food intake. Developmental NOAEL <1 mg/Kg bw/day based on embryo lethality, decreased fetal body weight, increased resorptions, decreased litter size and retardation of soft tissue and skeletal development.

**ChemIDPlus Database:**
- Test Guideline Not Specified: LD50(rat)= 4300mg/kg; somnolence, hypermotility, diarrhea
- Test Guideline Not Specified: LD (rabbit) >2000 mg/kg

**ChemView Database (NOTE: Some of the studies below may be duplicates of those listed above under ECHA):**
- Test Guideline Not Specified: Moderate irritation in rabbits
- Test Guideline Not Specified: 13-week dermal toxicity study in rats. Albino rats had the test substance applied to the skin at doses of 0, 0.001, 0.05, 0.1, and 0.5 ml/kg/day for 13-weeks, 5 days/ week, 6hr/day [assuming a density of ~1, that would be equal to 0, 1, 50, 100 and 500 mg/kg/d] . The test site was occluded after application of the test substance. In the 0.5 ml/kg/day group, nine animals died or were sacrificed in moribund condition. One male in the 0.05 ml/kg/day group was found dead but this was presumed to be due to injuries sustained from wrapping. In the 0.5 ml/kg/day group,

clinical signs such as cold to touch, paleness, lethargy, pale eyes, ears, nose and feet, labored breathing, ataxia, gasping and tremors were observed. Lethargy observed at 0.001 ml/kg/day was considered to be related to dehydration. Yellow anogenital staining in treated groups was determined to be incidental based on the low incidence (n=5, highest incidence days 2-4). Very slight dermal irritation was observed sporadically in treated animals without a dose relationship; therefore, it was not considered related to the test substance. Decreased body weights were observed in 0.5 ml/kg/day females (significant, dose-dependent). Decreased food consumption at this dose was observed, however, this was not considered treatment related due to the lack of clear trends in other groups. Hematology changes (decreased RBC parameters, decreased platelet count, and cellular depletion of the bone marrow were observed in treated groups). No treatment related gross findings were observed. Hyperkeratosis was observed in females at 0.1 and 0.5 ml/kg/day. Acanthosis and epidermal crusting were observed in males at 0.5 ml/kg/day. Decreased terminal body weights were observed in the 0.5 ml/kg/day group. Liver toxicity including hepatic congestion, necrosis, vacuolar change, and alteration in liver blood chemistry was observed at 0.001 ml/kg/day and higher. Thymic atrophy and chronic inflammation of the thymus was observed at 0.001 mg/kg/day and higher. Increased lung weights were also observed at 0.05 ml/kg/day and higher. Dermal irritation NOEL = 0.10 ml/kg/day in males and 0.05 ml/kg/day in females. Systemic NOEL (males) = 0.001 ml/kg/day, NOEL (females) = 0.01 ml/kg/day and LOEL= 0.05 ml/kg/day (~53 mg/kg/day) based on liver toxicity, thymic effects, and increased lung weight.

- Test Guideline Not Specified: Developmental toxicity study in rats. Sprague-Dawley rats (10 dams/group) had the test substance applied to the skin at doses of 0, 4, 8, 30, 125, and 250, mg/kg bw/day on GD0-19. In maternal animals, dose related decreases in body weight and food consumption, increases in relative liver weight, vaginal bleeding, atrophy of the thymus (250 mg/kg/day only), abnormal serum chemistry, and decreased litter sizes (mean litter size of 4.8 at 30 mg/kg/day, only 2 fetuses in the 125 mg/kg/day group) were observed as low as 8 mg/kg/day. Increased in utero death of embryo/fetuses were observed (resorptions (%) = 100% at 250 mg/kg/day, 97% at 125 mg/kg/day, and 70% at 30 mg/kg/day). Decreased fetal body weight/crown-rump length was observed at 8mg/kg/day and higher. Dose related external anomalies were observed at 8, 30, and 125 mg/kg/day including: cleft palate, micrognathia, kinked tail, edema. Visceral anomalies observed included enlarged ventricles of the brain, displacement of the esophagus from a left-sided position to a right-sided position, and anomalous development of the heart. Maternal and Developmental NOAEL =4 mg/kg/day.

- Test Guideline Not Specified: Developmental toxicity study in rats. Sprague-Dawley female rats (11-14/group) had the test substance applied to the skin at doses of 0, 0.05, 10, or 250 mg/kg/day beginning one week prior to mating, through mating, and up to GD20. In maternal animals, increased incidence of vaginal discharge was observed at 250 mg/kg/day. Decreased body weight, body weight change and food consumption

were observed at 10 and 250 mg/kg/day. Thymus size was decreased at 250 mg/kg/day. No females in the 250 mg/kg/day group delivered litters. No other treatment related effects were observed. Maternal NOAEL = 0.05 mg/kg/day and Developmental NOAEL = 10 mg/kg/day.

- Test Guideline Not Specified: Developmental toxicity study in rats. Rats (Crl:SD) had the test substance applied to the skin at doses of 0, 1, 50, or 250 mg/kg/day on GD 0-2, 3-5, 6-8, 9-11, 12-14, 15-17, or 18-19. Increased resorptions were observed in dams dosed on GD6-8 in the high-dose group (3.8 vs 1.1 controls) and mid-dose group (2.0 vs 1.1). Increased resorptions were also observed in dams treated on GD9-11 at the high dose (2.7 v 1.1). A decrease in litter size at the high dose group was observed on dosing days 3-5 and 6-8, the former was attributed to increased preimplantation loss. Decreased body weights and food consumption were observed in dams in all treated groups. No treatment related changes on gross fetal examinations were observed. NOAEL = 1 mg/kg/day based on increased number of resorptions.

- Test Guideline Not Specified: Developmental toxicity study in rats. Sprague-Dawley rats had the test substance applied to the skin at doses of 0, 50, or 250 mg/kg/day on GD 5-11. Reduced body weights and body weight gain were observed in dams at 250 mg/kg/day. Changes in maternal organ weights were also observed. Increased resorptions and subsequent reduced live litters were observed. A statistically significant decrease in ovarian corpora lutea was observed at 250 mg/kg/day which was suggested to be evidence of early pre-implantation loss or reflective of the increased resorption rate given there were no changes among groups in preimplantation loss or number of implants/litter. No significant differences in external fetal malformations or variations were observed.

### F.2.6    Naphtha (petroleum), light alkylate, CASRN 64741-66-8



**Tier 2 Analogous Mixture**

**EPA Hazard Characterization, Gasoline Blending Streams, 2011**
**Data for Naphtha (petroleum), light alkylate (CASRN 64741-66-8):**
Acute Toxicity:

- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0%

    Test Guideline Not Specified: Acute oral toxicity: Sprague-Dawley rats (5/sex/dose) were administered naphtha (petroleum), light alkylate (API 83-19) via an unspecified oral route at 5000 and 7000 mg/kg-bw and observed for 14 days following dosing. Mortality was observed in one female at 5000 mg/kg-bw. LD50 > 7000 mg/kg

- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0%

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████

Test Guideline Not Specified: Acute inhalation toxicity: Sprague-Dawley rats (5/sex/dose) were exposed whole-body to naphtha (petroleum), light alkylate (API 83-19) as a vapor at a nominal concentration of 5.04 mg/L for 4 hours and observed for 14 days following exposure. The mean measured concentration was 6.31 mg/L. No mortalities occurred. LC50 > 6.31 mg/L

- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0%
  Test Guideline Not Specified: Acute dermal toxicity: New Zealand White rabbits (4/sex/dose) were administered naphtha (petroleum), light alkylate (API 83-19) via the dermal route at 2000 mg/kg-bw on either abraded or intact skin under occluded conditions for 24 hours and observed for 14 days following dosing. No mortalities occurred. LD50 > 2000 mg/kg

Repeated-Dose Toxicity:

- **NOAEC= 24,300 mg/m$^3$,** no effects observed at the highest concentration tested.
  Paraffins: 99.97% (v/v), Olefins: 0.03%, Naphthenes: 0%, Aromatics: 0%

  Test Guideline Not Specified: Repeated-dose toxicity: Sprague-Dawley rats (12/sex/dose) were exposed whole-body to naphtha (petroleum), light alkylate distillate (LAN-D) as a vapor at mean measured concentrations of 0, 2.5, 8.2 and 24.3 mg/L, 6 hours/day, 5 days/week for 13 weeks and observed for 4 weeks after the exposure ended. Endpoints included clinical signs, body weight, food consumption, hematology, clinical chemistry, organ weights, histopathology, neurobehavior and ophthalmoscopy. No mortality was observed. Absolute and relative kidney weights were increased in the males at all dose levels; this correlated with the occurrence of hyaline droplets in the proximal convoluted tubules.[17] Increased absolute and relative liver weights were observed in the high-dose males and females; there were no pathological findings associated with this increase and differences disappeared after the recovery period. No other treatment-related effects were observed. NOAEC = 24.3 mg/L/day (based on no effects observed at the highest concentration tested)

Reproductive Toxicity:

- NOAEC = 25,000 mg/m$^3$, no effects observed at the highest concentration tested).
  Paraffins: 99.97% (v/v), Olefins: 0.03%, Naphthenes: 0%, Aromatics: 0% Test Guideline Not Specified: Repeated-dose/Reproductive/Developmental toxicity: In a combined reproductive/developmental toxicity screening test, Sprague-Dawley rats (10/sex/dose) were exposed whole-body to naphtha (petroleum), light alkylate (LAN-D) at nominal concentrations of 0, 5, 12.5 or 25 mg/L as a vapor, 6 hours/day for 7 – 8 weeks,

---

[17] This is footnote 6 from the EPA 2011 Hazard Characterization: "Nephropathy seen in male rats may be occurring by an alpha 2μ-globulin-mediated mechanism (which is male rat-specific and not considered relevant to humans). EPA's Risk Assessment Forum has outlined key events and data that are necessary to demonstrate this mode of action (Alpha 2μ-Globulin: Association with Chemically Induced Renal Toxicity and Neoplasia in the Rat, EPA/625/3-91/019F)."]

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

including 2 weeks prior to mating, during mating and gestation, and up to postpartum day 4. Exposure of females was suspended on gestation day 19. Measured concentrations were between 96 and 104% of nominal concentrations. No treatment-related mortalities were observed. There were no effects on parental body weights, food consumption, organ weights, number of pregnant females, number of animals delivering, number of corpora lutea, number of implantation sites, number of pups born, live born index, viability index, sex ratio, clinical observations of pups and pup body weights. NOAEC (reproductive toxicity) = 25 mg/L/day (based on no effects observed at the highest concentration tested)

Developmental Toxicity:
- Paraffins: 99.97% (v/v), Olefins: 0.03%, Naphthenes: 0%, Aromatics: 0%
  Test Guideline Not Specified: In the combined reproductive/developmental inhalation toxicity screening test in Sprague-Dawley rats described previously, no effects were observed on the number of corpora lutea, number of implantation sites, number of pups born, live born index, viability index, sex ratio, clinical observations of pups, pup body weights and body weight gain. No treatment-related effects were observed on the incidence of visceral and skeletal abnormalities in pups on day 4 postpartum. NOAEC (maternal and developmental toxicity) = 25 mg/L/day (based on no effects observed at the highest concentration tested)

Genotoxicity:
- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0%
  Test Guideline Not Specified: Genotoxicity: Mouse lymphoma L5178Y TK+/- cells were exposed to naphtha (petroleum), light alkylate (API 83-19) in acetone at concentrations of 0.005 – 0.08 µg/mL without metabolic activation or 0.00004 – 0.8 µg/mL with metabolic activation. Positive and negative controls responded appropriately. Complete toxicity was observed at 0.05 µg/mL without activation and 0.5 µg/mL with activation. Naphtha (petroleum), light alkylate (API 83-19) did not cause an increase in mutation frequency. Naphtha (petroleum), light alkylate was not mutagenic in this assay.

- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0%
  Test Guideline Not Specified: Genotoxicity: In a bone marrow chromosomal aberration assay, Sprague-Dawley rats (15/sex/dose) were administered naphtha (petroleum), light alkylate (API 83-19) in corn oil at concentrations of 0, 0.3, 1.0 or 3.0 g/kg-bw via intraperitoneal injection and sacrificed up to 48 hours later. Positive and negative controls responded appropriately. There were no treatment-related increases in chromosomal aberrations.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

Skin Irritation:
- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0%

   Test Guideline Not Specified: Skin irritation: Six rabbits (strain and sex not specified) were administered 0.5 mL of naphtha (petroleum), light alkylate (API 83-19) to intact or abraded skin under occluded conditions for 24 hours and observed for 14 days following dosing. Erythema and edema were observed on both intact and abraded skin. The primary dermal irritation index was 3.9. Naphtha (petroleum), light alkylate was **moderately irritating** to rabbit skin in this study.

Eye Irritation:
- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0%

   Test Guideline Not Specified: Eye irritation: Rabbits (9/dose; strain and sex not specified) were administered 0.1 mL of naphtha (petroleum), light alkylate (API 83-19) to one eye; the other eye served as a control. After 20 – 30 seconds, the treated eyes of three rabbits were rinsed with water for 1 minute. Animals were observed for 7 days after treatment. No corneal or iridial irritation was observed. Naphtha (petroleum), light alkylate was not irritating to rabbit eyes in this study.

Skin Sensitization:
- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0%

   Test Guideline Not Specified: Skin sensitization: Guinea pigs (10/sex, strain not specified) were administered 0.4 mL of 50% naphtha (petroleum), light alkylate (API 83-19) in paraffin oil to shorn skin under occluded conditions for 6 hours once per week for 3 weeks. After a 2-week resting period, a challenge dose of 0.4 mL of 25% test substance in paraffin oil was applied to a previously untreated site, and animals were observed for 48 hours following treatment. A very slight erythema was observed in one animal after the challenge dose; the remaining treatment animals exhibited no response. A similar response was observed in control animals. Naphtha (petroleum), light alkylate was not sensitizing to guinea pig skin in this study.

Carcinogenicity:
- Paraffins: 99.4% (v/v), Olefins: 0%, Naphthenes: 0.6%, Aromatics: 0.1%

   Test Guideline Not Specified: Carcinogenicity: C3H/HeJ mice (50 males) were administered 0.05 mL of naphtha (petroleum), light alkylate (API 83-19) via the dermal route 2 times/week to clipped skin for 104 weeks. No effects were observed on the incidence of tumors. Naphtha (petroleum), light alkylate was not carcinogenic to mice in this study.

Neurotoxicity:
- Paraffins: 99.97% (v/v), Olefins: 0.03%, Naphthenes: 0%, Aromatics: 0%

   Test Guideline Not Specified: Neurotoxicity. In the repeated-dose inhalation study described previously, Sprague-Dawley rats exposed to naphtha (petroleum), light

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

alkylate distillate (LAN-D) as a vapor were subjected to neurobehavioral measurements, including motor activity and functional observational battery tests. No treatment-related effects were observed on neurobehavior. Naphtha (petroleum), light alkylate was not neurotoxic to rats in this study.

**ECHA Database:**

<u>Repeated-Dose Toxicity:</u>

- **LOAEL for systemic toxicity: 500 mg/kg/day.** Test Guideline Not Specified: 28-day oral toxicity study in male Fischer 344 rats via gavage. Four naphtha streams (light catalytic cracked naphtha, CASRN 64741-55-5; light catalytic reformed naphtha, CASRN 64741-63-5; heavy catalytic cracked naphtha, CASRN 64741-54-4; and light alkylate naphtha, CASRN 64741-66-8) and fifteen pure hydrocarbons were tested at doses of 500 or 2000 mg/kg/day for 5 days/week for 4 weeks. The concurrent negative control group was administered saline at 2000 mg/kg/day and a concurrent positive control group was administered an unleaded gasoline sample at 500 or 2000 mg/kg/day. Naphtha treatments were administered neat (no vehicle). Rats were observed twice daily for mortality and clinical signs and all animals found dead or moribund were subjected to gross necropsy. Body weights were assessed only prior to dosing on Day 1 and at scheduled sacrifice. At the conclusion of the exposure period, kidneys were weighed and fixed and histopathological examinations were limited to grading severity of three specific kidney histopathological observations: (1) foci of regenerative epithelium in the renal cortex; (2) foci of intratubular cast formation located between the inner and outer stripe of the renal medulla; and (3) hyaline droplet accumulation within the epithelial cells of the proximal convoluted tubules. The severity scores of these three kidney observations were manipulated to produce a "nephropathy score" for each individual animal. All tissues other than the kidney were discarded after gross necropsy and not assessed for histopathology. It was reported that lethargy was the primary clinical sign of toxicity in this study. Portal-of-entry effects of the stomach (including erythema, erosion of the gastric mucosa, raised discolored foci on the gastric epithelial lining, and ulceration) were observed upon gross necropsy and appeared to be generally dose-related. Kidney and liver lesions observed upon gross necropsy included discoloration and mottling, which were postulated by the study authors to be due to post-mortem changes, as the changes were mainly observed in animals with unscheduled deaths. The observations of lethargy and stomach, kidney, and liver gross necropsy findings were reported as summarized findings for the entire study; it was not reported which test substances and at which doses these findings were observed. It is not possible to determine which test substances at which doses resulted in lethargy and the stomach, kidney, and liver gross necropsy findings based on the data provided. For animals treated with light alkylate naphtha, mortality was 10% at 500 mg/kg/day and 20% at 2000 mg/kg/day, body weights were significantly decreased relative to control at 2000

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

mg/kg/day, nephropathy scores were significantly increased ≥ 500 mg/kg/day, and kidney weights were unaffected. It was stated that animals deaths in low-dose test groups prior to Day 14 (unclear if this applies to the light alkylate naphtha-treated animals) were either due to toxicity of the test substance or from gavage error; based on this description, it is unclear whether the death in the light alkylate naphtha-treated group at 500 mg/kg/day was treatment-related. The kidney histopathological findings were stated by the study authors to be indicative of alpha-2u-nephropathy and therefore specific to male rats and not relevant to humans. For light alkylate naphtha (CASRN 64741-66-8), a LOAEL of 500 mg/kg/day was established based on mortality; a NOAEL was not established. (ECHA)

- **NOEL for systemic toxicity: 2000 mg/kg/day. NOEL for dermal irritation <200 mg/kg/day.** Non-guideline study but comparable to OECD 410: Repeated Dose Dermal Toxicity: 28-Day Study in Rabbits at doses of 0, 200, 1000, or 2000 mg/kg for 4 weeks. The test substance was dermally applied to New Zealand White rabbits (5/sex/dose) at doses of 0, 200, 1000, or 2000 mg/kg for 6 hours for 3 times/week for 4 weeks. Cage side observations and detailed clinical observations occurred twice daily. Signs of dermal irritation were recorded, and body weights were measured. Blood was collected prior to the study at termination for hematology and clinical chemistry. Gross and histopathological examinations were conducted. There were no mortalities. Four high dose females appeared thin and the effect was considered treatment related. Moderate to severe dermal irritation was observed in the mid and high dose groups and was dose-dependent. Significantly lower mean body weight gains were observed compared to controls (dose group not specified). Dry, scaly, rough, fissured, reddened, crusted and/or thickened skin were observed at the treated sites. Proliferative and inflammatory changes of the skin were observed in all high dose animals. Increased granulopoiesis of the bone marrow was also observed in the high dose group. A NOEL of < 200 mg/kg/day was established for dermal irritation. A NOEL of 2000 mg/kg/day was established for systemic toxicity based on no adverse effects. (ECHA)

### F.2.7    Naphtha, petroleum, heavy catalytic reformed, CASRN 64741-68-0



**Tier 2 Analogous Mixture**

**8(e) Database:**
- Acute inhalation toxicity: LC50 (rats) = 31.1 mg/L (males), 23.9 mg/L (females); coma, ataxia.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

- Repeated dose inhalation toxicity: 15/20 rats died at a dose of 10 mg/L (administered 6 hrs/day for 3 weeks); salivation, lacrimation, coma, ataxia, decreased motor activity, decreased breathing rate, focal/multifocal congestion, edema, and interstitial pneumonia for the lungs, corneal ulceration and/or necrosis.

**ECHA Database**

- [Test Guideline Not Specified](#): 21-day repeated dose inhalation toxicity study in rats. Sprague-Dawley rats (10/sex/dose) were exposed to the test substance as vapor at concentrations of 0 (chamber air), 0 (animal room), 1.03, 2.81, or 10.20 mg/L (~0, 1030, 2810, or 10,200 mg/m3; ~0, 215, 587, 2132 ppm) for 6 hours/day, 5 days/week, for 21 days. Animals were sacrificed following the exposure period, and general toxicity and kidney effects were evaluated, with the results focusing on kidney effects. Mortalities occurred in the highest dose group (number not specified) and were attributed to pulmonary toxicity (interstitial pneumonitis and pulmonary edema). There were no adverse renal effects. No additional results reported. A NOAEC of 2810 mg/m$^3$ and a LOAEC of 10200 mg/m$^3$ were established based on pulmonary toxicity deaths at the highest dose. A NOAEC of 10200 mg/m3 was established for renal toxicity based on a lack of adverse effects at the highest dose tested. (HPVIS)

**EPA Hazard Characterization, Gasoline Blending Streams, 2011**
**Data for Naphtha (petroleum), heavy catalytic reformed (CASRN 64741-68-0)**
Repeated-Dose Toxicity:

- Paraffins: 33.6% (v/v), Olefins: 1.3%, Naphthenes: 3.3%, Aromatics: 58.1%
Test Guideline Not Specified: Repeated-dose toxicity: Sprague-Dawley rats (10/sex/dose) were administered naphtha (petroleum), heavy catalytic reformed (F-184) via the dermal route at 0, 0.05, 0.25 or 1.0 mL/kg-bw (~ 0, 40, 199 or 797 mg/kg-bw) under occluded conditions, 6 hours/day, 5 days/week for 28 days. Endpoints included clinical signs, body weights, organ weights, hematology, clinical chemistry and histopathology. No study-related mortalities occurred. Slight to moderate dermal irritation, as evidenced by grossly visible lesions and by microscopic histopathological changes in the skin, was observed at a dose of 797 mg/kg-bw/day. Slight dermal irritation was noted at a dose of 199 mg/kg-bw/day and very slight dermal irritation was noted at a dose of 40 mg/kg-bw/day. No treatment-related effects were observed in any other parameters. NOAEL ~ 797 mg/kg-bw/day (based on no systemic effects at the highest dose tested).

Genotoxicity:

- Paraffins: 9.4% (v/v), Olefins: <0.1%, Naphthenes: 0.1%, Aromatics: 89.8%
Test Guideline Not Specified: Genotoxicity: Mouse lymphoma L5178Y TK+/- cells were exposed to naphtha (petroleum), heavy catalytic reformed (API 83-06) in ethanol at concentrations of 18 – 75 nL/mL without metabolic activation and 67 and 220 nL/mL with activation. Both positive and negative controls responded appropriately. An increase in mutation frequency was observed at high concentrations both with and

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

without activation. The response was judged to be equivocal because the growth of cultures was below 10% without activation and the positive response was not reproducible with activation. Naphtha (petroleum), heavy catalytic reformed was equivocal for the induction of mutations in this assay.

- Paraffins: 9.4% (v/v), Olefins: <0.1%, Naphthenes: 0.1%, Aromatics: 89.8%
  Test Guideline Not Specified: Genotoxicity: Mouse lymphoma L5178Y TK+/- cells were exposed to naphtha (petroleum), heavy catalytic reformed (API 83-06) at unspecified concentrations with and without activation. Naphtha (petroleum), heavy catalytic reformed (API 83-06) was mutagenic with activation only. No other details were provided. Naphtha (petroleum), heavy catalytic reformed was mutagenic in this assay.

Skin Irritation:

- Paraffins: 33.6% (v/v), Olefins: 1.3%, Naphthenes: 3.3%, Aromatics: 58.1%
  Test Guideline Not Specified: Repeated-dose toxicity: In the dermal repeated-dose study in Sprague-Dawley rats described previously, administration of naphtha (petroleum), heavy catalytic reformed (F-184) at a dose of 1.0 mL/kg-bw/day resulted in slight to moderate dermal irritation, as evidenced by grossly visible lesions and by microscopic histopathological changes in the skin. Slight dermal irritation was noted at a dose of 0.25 mL/kg-bw/day and very slight dermal irritation was noted at a dose of 0.05 mL/kg-bw/day. Naphtha (petroleum), heavy catalytic reformed was moderately irritating to rat skin in this study.

Carcinogenicity:

- Paraffins: 9.4% (v/v), Olefins: < 0.1%, Naphthenes: 0.1%, Aromatics: 89.8%
  Test Guideline Not Specified: Carcinogenicity: C3H/HeJ mice (50 males) were administered 0.05 mL of naphtha (petroleum), heavy catalytic reformed (API 83-06) via the dermal route 2 times/week to clipped skin for 104 weeks. No effects were observed on the incidence of tumors. Naphtha (petroleum), heavy catalytic reformed was not carcinogenic to mice in this study.

### F.2.8    Naphtha (petroleum), heavy hydrocracked, CASRN 64741-78-2



**Tier 2 Analogous Mixture**

**ECHA Database**

- [NGS; comparable to OECD 410](#): Repeated Dose Dermal Toxicity: 28-Day Study in Rats. The test substance was administered to male and female Sprague-Dawley rats (10/sex/dose) at doses of 0, 7.5, 37.5, or 375 mg/kg-bw, 6 hours/day, 5 days/week, for 4

weeks. Control animals were sham-exposed. Very slight to moderate dermal irritation was noted during the study at the first dose site. Slight dermal irritation was observed at the second dose site. No animals died or were sacrificed moribund during the observation period. No test article-related differences noted between dose and sham group body weights. No significant differences were noted between the sham control and treated group values in any of the hematology parameters tested. No significant differences were noted between the sham control and treated group values in any of the clinical chemistry parameters tested. No significant differences in organ weights noted between the does and sham groups. Treatment-related findings noted in the skin of animals from the mid- and high-dose groups at the time of necropsy included dried skin and eschar. There was an increased incidence of these findings in the high dose group when compared to mid-dose group. Non-dermal findings included enlarged cervical lymph nodes in a male of the sham control group, an adhesion on the cerebrum of a female from the sham control group and a cyst on an ovary of a female from the 0.05 ml/kg does group. Since the non-dermal findings occurred in low incidence and only in the sham control and low dose groups, they are not considered to be treatment-related. Histopathology findings indicate that the application of this article induced mild epidermal irritation at the high dose site. The NOEL for dermal irritation was 7.5 mg/kg-bw/day. The NOEL for systemic effects was > 375 mg/kg-bw/day [ECHA]

### F.2.9    Extracts (petroleum), light paraffinic distillate solvent, CASRN 64742-05-8

Structure not available

**Tier 2 Analogous Mixture**

**Health Canada** Screening Assessment Petroleum Sector Stream Approach for Distillate Aromatic Extracts (2017):

- OECD 411: 90-day dermal study in rats. The test substance was dermally applied to Sprague-Dawley rats (20/sex/dose) at doses of 0, 5, 50, or 150 mg/kg/day for 6 hours/day, 5 days/week for 90 days. There were no treatment-related effects on clinical toxicity, dermal effects, food consumption, or ophthalmic, macroscopic, or microscopic findings. Decreased body weight gains were observed in the high dose females, which resulted in slightly lower body weight (8.1%) compared to controls at week 12. Decreased red blood cell counts, hemoglobin, hematocrit, activated partial thromboplastin time, white blood cell counts, lymphocytes, eosinophils, platelet counts and increased red cell distribution widths and hemoglobin distribution widths were observed in the mid and high dose groups. Increased absolute reticulocyte counts were observed in high dose males and increased mean reticulocyte percentage was observed in high dose females. Decreased eosinophil counts were observed in low dose females. Increased cholesterol, sorbitol dehydrogenase, blood urea nitrogen, alanine aminotransferase and triglycerides levels were observed in the mid and high dose groups. There were effects on spleen, liver, thymus, pituitary, heart, and thyroid/parathyroid weights in the mid and high dose groups (effect not specified if change was an increase or decrease). LOAEL = 5 mg/kg-bw/day based on lower eosinophil counts in females.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

████████████████████

### F.2.10    Distillates, petroleum, hydrotreated light, CASRN 64742-47-8



**Tier 2 Analogous Mixture**

[OECD SIAP](#):
- OECD 401: LD50 (rats) > 5000-15800 mg/kg
- OECD 402: LD50 (rats or rabbits) > 2000 mg/kg
- TGNS: Not irritating – minimally irritating in rabbits
- TGNS: Not irritating – minimally irritating in rabbits
- TGNS: Not sensitizing in humans
- OECD 471: Negative with and without metabolic activation
- OECD 473: Negative with and without metabolic activation

**ECHA Database:**
- [Comparable to OECD 413](#): 13 week repeated dose inhalation toxicity study in rats. Whole body concentrations of 0.02, 0.048, and 0.10 mg/L for 6 hrs/day, 5 days/wk, for 13 weeks. NOAEL ≥ 0.1 mg/L in males based on a lack of adverse treatment related effects at the highest dose tested.

**8e Database:**
- ████████████████
- The test material was administered ora1ly, by gavage, to groups of 10 male and 10 female rats 7 days per week for 13 weeks followed by a 4 week recovery period. The doses used were 0 (control), 500, 2500 or 5000 mg/kg/d. There were daily observations for mortality and signs of toxicity; weekly body weight and feed consumption measurements and complete necropsy observations at the conclusion of the study. Additional measurements included hematology and serum chemistry at the conclusion of the dosing interval and at the end of the recovery period. At necropsy the principal organs were removed and weighed. Histopathological observations were made of 40 tissues and organs from all animals in the control and high-dose group with target organs evaluated in the other test groups.

Clinical Observations:
The majority of the animals in the control, low- and mid-dose groups displayed no observable abnormalities during the test period. In the high-dose group, there was a dramatic increase in the incidence of swollen anus, anogenital staining, emaciation, and

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

alopecia. During the recovery period, the incidence of abnormal signs decreased over time with an increase in the number of animals exhibiting no observable abnormalities.

Mean Body Weight:

Mean body weights of the high-dose male rats were significantly less than control (p≤0.05) at Day 42 and until study termination (p≤0.01). The mean body weights of the mid-dose male rats were also less (p≤ 0.05) on Day 77 until study termination. The mean body weights of the female rats were significantly less than control (p≤0.05) at the mid-dose on Day 91 and at the high-dose on Days 77 and 91. Both the mid and high-dose female rats were significantly lighter (p≤0.01) at study termination. Associated with these body weight changes were significant decreases in feed consumption at the mid- and high-dose for both male and female rats.

Hematologic Parameters:

Platelet count was significantly elevated in the low-dose males (p≤0.05) and the mid- and high-dose males (p≤ 0.01). Other hematologic parameters in males which differed from controls were found only in the mid-dose: hematocrit (p≤ 0.01), hemoglobin (p ≤ 0.01), mean corpuscular volume (p ≤ 0.05), and mean corpuscular hemoglobin (p ≤ 0.05). In females, the only hematologic parameter which significantly differed from controls was the platelet count in the high-dose (p≤ 0.01). After the recovery period, there were no significant differences in the hematologic parameters in any of the dose groups as compared to the control group.

Serum Chemistry:

In male rats, serum glucose was significantly decreased at all doses. At the mid- and high-doses, urea nitrogen, alanine aminotransferase and cholesterol were significantly increased, and at the high dose total bilirubin and gamma-glutamyl transferase were significantly elevated. In female rats at the mid- and high-dose, serum glucose and chloride were significantly decreased and cholesterol was increased. After the recovery period, there were no differences between male and female test groups and the corresponding controls.

Organ Weights: The following statistically significant organ weight changes were noted. In males, absolute and relative kidney weights and absolute liver weights were increased at all dose levels. In females, relative kidney weights and absolute liver weights were increased at all dose levels. Relative liver weights were increased in males and females at both the mid- and high-doses. Absolute and relative adrenal weights were increased in males at the high-dose and in females at the mid- and high-dose levels. Additionally, testes weights were increased at the high-dose.

Histopathology:

Treatment-related microscopic changes were observed in the kidneys of male rats at all dose levels of the aliphatic hydrocarbon, the liver of male and females at all dose levels, and the stomach and/or anus of males and females at 2500 and 5000 mg/ kg . Histopathologic examination of the kidneys of male rats showed changes typical of

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

hyaline droplet nephropathy, with essentially no difference in the incidence and/or severity of the lesions among the exposed groups. These renal changes consisted of accumulation of hyaline droplets in the cytoplasm of the proximal convoluted tubules, dilatation and granular cast formations in the medullary tubules and increased basophilia of cortical tubules. These affected basophilic cortical tubules showed changes consistent with both degeneration and regeneration. By the end of the recovery period, there was no evidence of hyaline droplets in the cortical tubules, but there were dilated tubules with granular casts in the medulla of 4/ 8 male rats. There was no difference in the incidence of cortical basophilic tubules between the control and the treated groups. No significant histopathologic changes were observed in any of the female rats. The treatment -related effect in the liver of both male and female rats consisted of hepatocellular hypertrophy, predominantly in the centrilobular areas. The incidence and intensity of this centrilobular hepatocellular hypertrophy generally occurred in a dose-related manner. This hepatocellular hypertrophy completely disappeared after the recovery period. Histopathologic examination of the stomach showed a thickening of the non-glandular mucosa due to hyperplasia and hyperkeratosis of the squamous epithelium, the incidence and severity of which occurred in a dose -dependent manner. Other associated gastric changes seen at a low incidence in a few of the affected rats included edema and inflammatory cell infiltrations in the submucosa and focal necrosis of the superficial glandular mucosa. After the recovery period, the three female rats showed no residual changes, but 3/8 male rats still had a minimal to slight hyperplasia and hyperkeratosis of the mucosa of the non-glandular area of the stomach (the incidence and severity was decreased).

At necropsy, the anus of most of the male and female rats of the high-dose was described as being swollen. Microscopically, the skin and mucosa around the anus of these rats was thickened due to hyperplasia and hyperkeratosis. Also, there were areas of necrosis, neutrophilic inflammatory cell infiltrations and pustular formations in the superficial mucosa and epidermis of the anus and skin around the anus. These changes were not seen after the recovery period.

Study Author's Conclusions:

The findings of importance are failure to gain weight and an associated decrease in feed consumption: reduction in certain blood values, changes in serum chemistry and increased organ weights. The histopathology was largely confirmatory of the other observations. Mechanistically, we believe there are two simultaneous events occurring. There is the well-known male rat nephropathy associated with aliphatic hydrocarbons. From the organ weight and pathology data, the effect is less severe than with other hydrocarbons. The second effect appears to be the direct result of high-dose intubation of a locally irritating substance. We believe the aliphatic hydrocarbon at the doses employed produced irritation of the gastrointestinal tract. They led to decreased food consumption and resultant reduction in blood components, serum chemistry and enzyme changes and the reversible liver enlargement. The platelet changes and adrenal enlargement could also be a part of this picture. This type of study has not been done

before and the high gavage doses (up to 5000 mg/ kg body weight/ day) are outside our prior experience.

### F.2.11 Naphtha (petroleum), hydrotreated heavy C9-C11 alkanes/cycloalkanes, CASRN 64742-48-9

**Structure Not Available**

**Tier 2 Analogous Mixture – Data presented below are taken from the listed databases and represent experiments on similar mixtures that were considered appropriate for CASRN 64742-48-9 by the OECD category document for C9-14 aliphatics with less than 2% aromatics and the ECHA dossier for CASRN 64742-48-9**

**OECD SIDS/ECHA:**

- According to or similar to OECD 401: LD50 (rats) > 5.0 g/kg
- According to or similar to OECD 402: LD50 (rabbits or rats) > 2.0 g/kg
- Test Guideline Not Specified: Minimal to slight irritation in rabbits
- Test Guideline Not Specified: Minimal to slight irritation in rabbits
- OECD 471: Negative in S. typhimurium with and without activation
- OECD 408: 90-day repeated oral toxicity test in Sprague-Dawley rats. The study included a 28-day recovery period for rats exposed to the highest dose of 5000 mg/kg/day. NOAEL = 5000 mg/kg/day (highest concentration tested). No additional information provided.
- OECD 413: 90-day inhalation toxicity study in Sprague-Dawley rats. Doses not reported. NOAEC= 5220 mg/m3 (900 ppm), (highest concentration tested). No additional information provided.
- OECD 412: 28-day inhalation toxicity study in Rhesus monkeys. Doses not reported. NOAEC = 4200 mg/m3 (615 ppm), (highest concentration tested). No additional information provided.
- Test Guideline Not Specified: 3-day inhalation test in rats. "Rats were exposed to Hydrocarbons, C9-C11, cyclics, <2% aromatics (CASRN 64742-48-9) test atmosphere for 8 hours/day for 3 consecutive days at 0 (air), 1000 mg/m3 (170ppm), 2500 mg/m3 (430ppm), 5000 mg/m3 (860ppm). All rats were checked for health and viability at least once daily. Body weight was recorded during randomization on days of testing. Results of the behavioral tests indicated only minimal effects of exposure to a C10 cycloparaffinic solvent on neurobehavioral measures at the highest dose tested (5000 mg/m3) including gait abnormalities and psychomotor slowing. Short-term high level exposure to Hydrocarbons, C 9-C11, cyclics, <2% aromatics induced mild and non-persistent neurobehavioral effects on functional observations and measures of learned performance. Minimal effects were observed during or after 3 consecutive 8 hour exposures to Hydrocarbons, C 9-C11, cyclics, <2% aromatics at an exposure level of 5000 mg/m3. Exposure to 1000 or 2500 mg/m3 on a group basis did not induce exposure-related neurobehavioral effects. The effects are consistent with narcosis and the NOAEC = 2500 mg/m3."

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

████████████████████████

- Non-Guideline Study; comparable to OECD 414: "The test material was administered to pregnant female Sprague-Dawley rats by inhalation exposure to vapor concentrations of 0, 300 or 900 ppm (5220 mg/m3), 6 hours/day during gestation days 6 to 15 to assess developmental toxicity. Included in this study was a negative control (chamber exposed) group and a positive control group that was treated via gastric intubation on gestational days 6 -15 with 400mg/kg/day of acetylsalicylic acid. All surviving females were sacrificed on Day 21 of gestation and fetuses were examined for external, soft tissue and skeletal malformations. Maternal Effects. Animals treated with 900 ppm exhibited a slight increase in excessive lacrimation during the treatment and post-treatment periods. This same group also exhibited an increased incidence of brown flakes in the fur covering the head area during the treatment period. Premature delivery of the litter on Day 21 of gestation prior to maternal sacrifice was observed in one negative control female, and two test material treated females. There were no remarkable gross postmortem changes in the treated adult females. All other physical observations occurred with similar frequencies in all groups and were considered to represent common observations noted in rats in the laboratory environment. Positive control animals demonstrated maternal toxicity. Embryotoxic / Teratogenic effects. All fetal survival, size and sex data for groups treated with test material were comparable to negative control data. Slight delays or variation in the normal ossification process were observed in treated animals. However, such variations are common as the time of normal ossification can vary and were comparable to the variation observed in the control animals. The incidence of fetuses with external malformations and incidences of litters containing malformed fetuses in the groups treated with test material were considered comparable to the control data. No significant difference in the incidence of visceral malformations was observed in the treated groups. The incidence of fetuses with soft tissue malformation in groups treated with test material was comparable to the negative control. Positive control animals demonstrated developmental toxicity. Pregnancy rate, mortality, body weight gain and gross postmortem observations were unaffected by treatment. Hydrocarbons, C9-C11, normal paraffins, isoalkanes, cyclics, < 2% aromatics treatment at either dose level had no effect on reproductive endpoints, fetal size, sex distribution, ossification variation, or fetal examination endpoints. Thus, there was no evidence of maternal or fetal toxicity at either exposure level of Hydrocarbons, C9-C11, normal, isoalkanes, cyclics, < 2% aromatics tested. Based on these results, both the maternal and developmental NOAELs were greater than or equal to 900 ppm (5220 mg/m3)."

**HPVIS Database:**
- Non-Guideline Study: LD50 (rat) > 6000 mg/kg; perianal soiling, dry material around mouth, soft feces
- Non-Guideline Study: LC50 (rat) > 8500 mg/m3; nasal and ocular discharges, CNS effects, (hyperexcitablility, twitching, circling)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

████████████████████

**ChemView Database:**
- [Test Guideline Not Specified](): LC50 (rats) = 184 - 319 ppm (1.1 - 1.9 mg/L); mortalities in first 3 days post-exposure
- [Test Guideline Not Specified](): LC50 (rat) = 279 ppm; ataxia, increased respiration, labored breathing and lethargy
- [Test Guideline Not Specified](): LC50 (rat) <500 ppm; all animals died at lowest concentration decreased activity, rapid respiration, labored breathing

### F.2.12    Fuels, diesel, CASRN 68334-30-5

**Structure Not Available**
**Tier 2 Analogous Mixture**
**ECHA Database:**
- Non-Guideline Study, comparable to OECD 420: oral LD50 (rats) = 21 mL/kg oily urine stains and diarrhea, hair loss, irritation, redness, sores
- TGNS: LC50 (4-hr, rats) > 6000 mg/m3
- Non-Guideline Study, comparable to OECD 404: Irritating in rabbits
- Non-Guideline Study, comparable to OECD 405: Not irritating in rabbits
- Non-Guideline Study, comparable to OECD 406: Not sensitizing in guinea pigs
- Non-Guideline Study, comparable to OECD 476: Negative in mouse lymphoma L5178Y cells with and without metabolic activation
- TGNS: Modified Ames Test. Negative in Salmonella with activation (
- Non-Guideline Study, comparable to OECD 471: Negative in Salmonella with and without metabolic activation
- Non-Guideline Study, comparable to OECD 475: Positive in rats via IP route
- Non-Guideline Study, comparable to OECD 471: Negative in Salmonella with and without metabolic activation
- Non-Guideline Study, comparable to OECD 413: 90 -day inhalation toxicity study in rats. Sprague-Dawley rats (number per group not specified) were exposed to the test substance as an aerosol at nominal concentrations of 0.25, 0.75, or 1.50 mg/L (analytical of 0.35, 0.88, 1.71 mg/L) via whole body inhalation twice a week for 13 weeks. Sham control (n=24) and untreated controls (n=12) were included. Systemic NOAEC > 1.71 mg/L based on no adverse effects at the highest dose tested. Local NOAEC = 0.88 mg/L based on increased relative lung weights.
- Test Guideline Not Specified: Repeated dose study in rats. Sprague-Dawley rats (4/sex/group, 8 in sham control) were exposed to the test substance as an aerosol (percent of fuel in the vapor phase was 15-20%) via whole body inhalation for 2 or 6 hours, once, twice, or three times per week for a total of 9 exposures. No POD established. Body weight loss, mortality, and lung effects (increased pulmonary free cell number, lung weight, and decreased lung volume)
- Test Guideline Not Specified: Repeated dose study in mice. CD-1 mice (10/sex/group) were exposed to the test substance as a vapor at concentrations of 0, 0.204, 0.135, or 0.065 mg/L for 8 hrs/day, for 5 consecutive days (nose-only). No POD. Dose dependent

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

changes in neurobehavioral examinations (square-box activity test, rota rod test, and hot plate test).

- OECD 411, OTS 870.3250, and OTS 798.2250: 90-day dermal study in rats. Sprague-Dawley rats (10/sex/group) had the test substance in mineral oil applied to the skin at doses of 0, 100, 300, or 600 mg/kg/day for 6 hrs/day, 5 days/wk for 13 weeks. There were no mortalities or clinical signs. Very slight to moderate erythema, very slight to slight edema, and/or scabbing were observed at the test site in treated animals; however, findings were also observed in vehicle control groups and were determined to be unrelated to treatment. No treatment related body weight changes or effects on food consumption observed. No ophthalmological findings, hematology findings, or clinical biochemistry findings. No changes to organ weights, gross findings, or histopathology findings. Mononuclear infiltrates in treated, untreated, and inguinal skin observed which were considered unrelated to treatment based on the lack of systemic microscopic findings and because findings were observed in controls as well. NOAEL = 600 mg/kg/day based on no adverse effects at the highest dose tested.

- Non-Guideline Study, comparable to OECD 410: 3-week dermal study in rabbits. New Zealand White rabbits (10/sex/group) had the neat test substance applied to the dorsal skin at concentrations of 0.2, 0.67, or 2 g/kg for 5 days/week for 3 weeks. Controls were untreated. Two female rabbits in the high-dose group died. One male in the high-dose group was sacrificed in moribund condition. Hair loss, hyperirritability, hindlimb paresis, and decreased motor activity were observed. Body weights at high-dose significantly lower at weeks 1-3, at mid-dose at weeks 2 and 3, and at low-dose at week 3. Cumulative body weight gain was significantly lower for all 3 weeks for the low-dose and mid-dose groups. Increased SGOT, globulin, and potassium and a significant decrease in albumin/globulin ratio observed for the high-dose group. Albumin and alkaline phosphatase levels were significantly decreased in the high-dose group. Alkaline phosphatase significantly decreased in the mid-dose group. Increased glucose levels in the mid- and high-dose groups relative to sham controls, and in the chloride levels of the high-dose group. Increased WBC counts in the mid-and high-dose groups. Significantly decreased erythrocyte levels in high-dose group. Hemoglobin levels were decreased at the mid- and high-dose compared to controls. Changes observed in differential leukocyte values (not specified). No POD established.

- Non-Guideline Study, comparable to OECD 410: 3-week dermal study in rabbits. New Zealand White rabbits (6-8/sex/group) had the neat test substance applied to the dorsal skin under occlusive conditions at concentrations of 0, 4, or 8 ml/kg/day. Animals were treated daily for 5 consecutive days followed by 2 days of rest and an additional 5 days of treatment. Mortality was observed at 8ml/kg/day (67%). Progressive deterioration at the test site was observed at both doses with skin becoming necrotic, appearing thickened, cracked or bloody. Test sites became odiferous and green. Body weight loss was observed in both treated groups. Necropsy revealed skin lesions, congested kidneys, and mottled livers of friable consistency at 4 ml/kg/day. At 8 ml/kg/day, anorexia, hemorrhagic mesenteric lymph nodes, abnormal kidneys and livers, friable

livers, and skin lesions were observed. Histopathology revealed slight to severe cutaneous lesions and multifocal necrosis (moderate to severe) in 2 animals at 8 ml/kg/day. Skin acanthosis, acute and chronic inflammation, crusting, congestion, dermal oedema, multifocal epidermal microabscesses, hyperkeratosis, epidermal necrolysis, and parakeratosis observed in both test groups. No POD selected.

- Non-Guideline Study, comparable to OECD 414: Prenatal inhalation developmental study in rats. Sprague-Dawley rats (20 dams/group) were exposed to the test substance as a vapor via whole body inhalation at concentrations of 0 (sham), 101.8, or 401.5 ppm for 6 hrs/day, on GD6-15. Maternal and Developmental NOAEC of 401.5 ppm (2110 mg/m3) based on no adverse effects.

- OECD 414 and OPPTS 870.3700: Prenatal dermal developmental study in rats. Sprague-Dawley rats (25 females/group) had the test substance in mineral oil applied to the skin at doses of 0 (sham and vehicle), 100, 300, or 600 mg/kg/day for 6 hrs/day on GD 0-19. No mortalities. Hair loss and colored material in the urogenital and ventral abdominal areas observed but unrelated to treatment based on similar frequencies across all groups; most likely a result of inability to groom. No changes to body weights, body weight gain, or gravid uterine weights. No effects on food consumption, behavior, organ weights, gross or histopathology findings. Three females in the 300 mg/kg/day group were nongravid (3 in sham control, 4 in vehicle control). No significant treatment related effects were observed on developmental parameters including pup body weights, number of live offspring, sex ratio, postnatal survival, litter size and weight, and external, skeletal, or visceral malformations. Maternal and Developmental NOAEL = 600 mg/kg/day.

### F.2.13   Isobutane/2-methylbutane mixture (50:50 wt%), CASRN Not Available



**Tier 3 Representative Isoparaffin**

[OECD SIDS](#) **for Isopentane:**

- Test Guideline Not Specified: 90-day repeated dose inhalation toxicity study in rats. Fischer 344 rats (number/sex not specified) were exposed to 50/50 wt% 2-methylbutane/isobutane at a concentration of 0, 1000, or 4500 ppm (~ 3 and 13.5 mg/L) for 90 days, 5 days/week, 6 hours/day. Statistically significant increase in kidney pathology scores of males at 1000 ppm, however, control scores were considered to be unusually low, no significant findings in other groups. NOAEL = 4500 ppm (~13,500 mg/m3); NOAECadj = 2411 mg/m$^3$.

Structure not available
**Tier 2 Analogous Mixture**

**U.S. EPA 2009 PPRTV:**

Repeated-Dose Toxicity:

- **NOAECadj = 804 mg/m$^3$**, NOAEL =877 mg/m$^3$ and LOAEL=3510 mg/m$^3$, neuropathology, muscle atrophy, body weight reductions, and increased severity of chronic nephritis in male rats. Test substance consisted of n-hexane (50%), methylcyclopentane (~15%), 3-methylpentane (~15%), and 2-methylpentane (~15%) (rat inhalation 6 month study used to derive subchronic p-RfC (IRDC 1992a,b as cited in US EPA 2009 PPRTV).

- **LOAECadj = 564 mg/m$^3$** (lowest dose tested), nasal and laryngeal lesions. The test substance consisted of 51.5% *n*-hexane, 16% methylcyclopentane, 16.1% 3-methylpentane, 12.9% 2-methylpentane, 3.3% cyclohexane, and trace amounts of other hydrocarbons (rat inhalation 2-year study used to derive chronic p-RfC, Biodynamics 1993a and Daughtrey et al. 1999 as cited in USEPA 2009 PPRTV).

Developmental Toxicity:

- Developmental NOAEL = 3000 ppm and LOAEL = 9000 ppm based on skeletal variations (bilateral bone islands at the first lumbar arch, unossified intermediate phalanges). Test guideline not specified. Developmental toxicity study in mice. (PPRTV)

- Developmental NOAEC = 3000 ppm, LOAEL = 9000 ppm based on reduced body weights in F1 after PND 14 and F2 after PND 7. Two-generation reproductive/developmental study in rats (PPRTV)

Carcinogenicity:

- Screening-level provisional inhalation unit risk of 2E-4 per mg/m$^3$, based on combined incidence of pituitary adenomas and adenocarcinomas in female mice in 2 year inhalation study. In this study, 50 animals/sex/group were exposed 6 hours/day, 5 days/week, to a commercial hexane preparation at targeted inhalation concentrations of 0, 900, 3,000, or 9,000 ppm for 2 years. The test substance consisted of 51.5% *n*-hexane, 16% methylcyclopentane, 16.1% 3-methylpentane, 12.9% 2-methylpentane, 3.3% cyclohexane, and trace amounts of other hydrocarbons. When benign and malignant tumors were combined, the incidence reached statistical significance in the high-concentration group. There was also an increased incidence of pituitary adenomas and adenocarcinomas in exposed females. For these tumors there was a significantly elevated incidence at each exposure concentration. The inhalation unit risk is based on the combined incidence of pituitary adenomas and adenocarcinomas in female mice. (Biodynamics 1993b and Daughtrey et al. 1999 as cited in EPA 2009 PPRTV).

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

Structure not available
**Tier 2 Analogous Mixture**

**PPRTV for Midrange Aliphatic Hydrocarbon Streams (2009)**

- NTP Protocol: Chronic inhalation carcinogenicity assay in F344 rats and B6C3F1 mice. Test material characterized as C10-13 n-paraffins, isoparaffins, and cycloparaffins with < 1.0% aromatics. 50 animals/sex/species were exposed to vapor concentrations of 0, 138 (male rats only), 550, 1100, or 2200 (male and female mice and female rats only) mg/m$^3$ for 6 hours/day, 5 days/week for 2 years. Cage-side observations were completely twice daily. Body weights and clinical signs of toxicity were recorded weekly through the first month, monthly until Week 89, and biweekly thereafter. Organ weights were not recorded at sacrifice. Comprehensive histopathological examinations were completed at sacrifice. Evaluation of the role of α$_{2u}$-globulin nephropathy was conducted.

- Rats: In rats, survival was significantly decreased in males at 138 and 1100 mg/m$^3$ and in females at 2200 mg/m$^3$. No treatment-related body weight changes or clinical signs were observed in rats. Male rats exhibited renal papillary mineralization at all concentrations and renal tubular hyperplasia and transitional epithelial hyperplasia of the renal pelvis at 550 and 1100 mg/m$^3$. Kidney effects were attributed to α$_{2u}$-globulin nephropathy; however, a mode-of-action analysis was not conducted and the endpoint is considered relevant to human health. Increased incidence of adrenal medullary hyperplasia in males at 550 mg/m$^3$ was considered adverse but insufficient information was available to determine whether the effect is a preneoplastic lesion, partially due to high background incidence in controls. Concentration-related increased incidence of adrenal pheochromocytomas was observed in males at 550 and 1100 mg/m$^3$. The NOAEC was 138 mg/m$^3$ and the LOAEC was 550 mg/m$^3$ based on adrenal medullary hyperplasia in male rats. "Some evidence of carcinogenic activity" was observed in males rats based on adrenal pheochromocytomas.

  Mice: In mice, survival was not affected by treatment. No treatment-related changes in body weights in males or clinical signs in males or females were observed. Mean body weights of exposed female mice at all concentrations were increased by 6-12% relative to controls. Increased incidence of basophilic and eosinophilic foci in the liver was observed in male mice at 1100 mg/m$^3$ and significantly increased incidence of eosinophilic foci in the liver was observed in female mice at 2200 mg/m$^3$. Significantly increased incidence of hepatocellular adenomas was observed in female mice; however, as incidence of liver tumors in this strain of mouse is affected by body weight, it was concluded that the increase in liver tumors was primarily due to the increased body weight in the exposed females. The NOAEC was 1100 mg/m$^3$ and the LOAEC was 2200 mg/m$^3$ based on eosinophilic foci in the liver in female mice. "Equivocal evidence of carcinogenicity" was observed in female mice based on hepatocellular adenomas.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD
NR0001311

██████████████

### F.2.16  White mineral oils, CASRN Not Available

Structure Not Available

**Tier 2 Analogous Mixture**

**PPRTV for White Mineral Oils (2009):**

- Test Guideline Not Specified: White mineral oil has long been safely used for the treatment of constipation. A maintenance dose of 1–3 mL/kg-day (~870–2600 mg/kg-day) was recommended by the North American Society for Pediatric Gastroenterology, Hepatology and Nutrition (NASPGHN, 2006) or treatment of constipation in children >1 year of age. EPA (2009) selected the lower end of the therapeutic range (870 mg/kg-day) as a NOAEL for use in deriving a subchronic p-RfD of 30 mg/kg/day.

### F.2.17  1,1-Biphenyl, CASRN 92-52-4



**Analogue**
**8(e) Database**

- Test Guideline Not Specified (Acute oral toxicity): LD50 (rat) = 2140 mg/kg-bw
- Test Guideline Not Specified (Dermal irritation): severe skin irritant
- Test Guideline Not Specified (Eye irritation): Mild eye irritant
- Test Guideline Not Specified (Repeated dose toxicity): Groups of 26 male and 26 female young adult rats were fed control or biphenyl-containing diets supplying 0, 300, 1000, and 2800 ppm biphenyl ( ~25, 75, and 215 mg biphenyl/kg/day, respectively, the nominal doses) for approximately ten weeks prior to breeding, and continuing through breeding (two weeks). An additional satellite group of P1 females (4/dose) was included primarily for assessments of kidney function in adult non-pregnant females during the pre-breeding period. The satellite female group was given biphenyl-containing diets concurrent with the P1 animals during pre-breeding. Satellite females were removed from study/terminated at the end of the pre-breeding period. After breeding, P1 males continued on the test diets for an additional 5-7 weeks (15-17 weeks total exposure). After breeding, P1 females continued on the test diets through gestation and lactation (16-18 weeks total exposure). F1 offspring were divided into Cohorts 1A, 1B, 2A, 2B and 3 at weaning (postnatal day (PND 21) as follows Cohort 1 A (22-24/sex/dose, 1 pup/sex/litter) were used to evaluate reproductive/endocrine toxicity to PND 90. Cohort 1 B (22-24/sex/dose, 1 pup/sex/litter) was used to generate a second generation of offspring. Cohort 1 B males and females had a total postnatal exposure of approximately 19 and 17 weeks, respectively. Cohort 2A (11-12/sex/dose, 1 pup/sex/litter) were used for developmental neurotoxicity assessments to PND 78. Cohort 2B (10/sex/dose, 1 pup/litter) were used to assess neuropathology on PND 22. Cohort 3 (10/sex/dose, 1 pup/litter) were used for developmental

immunotoxicity to PND 56. Summary of effect Nominal dose levels (mg/kg/day) were achieved across both P1 and F1 generations; however, during some study intervals (e.g., PND 35-56), F1 offspring had greater biphenyl intake per kg body weight than P1 males and pre-breeding females. F1 offspring diets, which were adjusted to one-half normal concentrations from PND 21-35, returned to full concentration diets on PND 35; however, offspring continued to eat more diet/kg body weight, resulting in higher dose levels than the adults. Systemic toxicity was assessed across life stages. In the parental generation, high-dose biphenyl caused slight decreases in body weights and body weight gains, corresponding to decreased feed consumption in males and females throughout pre-breeding and continuing post-breeding for males and through the first week of gestation and then in the lactation period for P1 females. By PND 7, there was a treatment-related decrease in high-dose male and female F1 pup weights (6.8-8.2%) compared to the control group. This period of lactation (LD 0-7) corresponded with the period of highest test material intake by the P1 dams. In addition, the effects on pup weight were consistent with the lower maternal body weights on LD 1 (4.5%), 4 (5.2%), and 7 (6.4%) and sustained decreases in maternal feed consumption during the first week of lactation, which potentially lowered the ability of the dams to maintain offspring body weights. In the offspring Cohorts 1 A, 1 B, 2A and 3, body weights, body weight gains and feed consumption were decreased in the high dose group throughout the majority of the exposure period between PND 42 and the respective cohort termination. In Cohort 1 B P2 females, body weights were decreased throughout gestation by = 6.7% relative to controls with a corresponding decrease in GD 0-7 body weight gain of 17% and a slight decrease in feed consumption compared to controls. Cohort 1 B P2 lactation body weights, body weight gains and feed consumption were decreased during the first week of lactation, which subsequently increased during the last two weeks of lactation. There were no treatment-related effects on F2 pup body weights at < 2800 ppm biphenyl during lactation. Although high-dose pup body weights on PND 7 were decreased relative to controls in the F1 generation, the pup body weight effect was not reproduced in the F2 generation. There were no treatment-related changes in any of the hematology or clinical chemistry parameters in males or females at any dose level across the two generations. Urinalysis of non-pregnant satellite group females given 2800 ppm revealed the presence of treatment-related smooth ovoid crystals of various sizes (10-40 microns) and shapes in the urinary sediment. In Cohort 1 A females and Cohort 1 B P2 males given 2800 ppm, there was a treatment-related increase in urine volume and decrease in Specific gravity. Urinary sediments from Cohort 1 A males and females, and Cohort 1 B P2 males given 2800 ppm had treatment-related presence of amorphous phosphate crystals. Cohort 1 B P2 males and P2 females given 2800 ppm had treatment-related, higher severity of hematuria (blood in the urine) compared to controls. This biphenyl extended one-generation study identified kidney, urinary bladder and liver as target organs for biphenyl-induced toxicity.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████████████

Treatment-related organ weight changes were confined to the liver and kidney in the P2 generation. Cohort 1 B P2 males and females given 2800 ppm had treatment related higher absolute and relative liver weights and Cohort 1 B P2 females given 2800 ppm had higher absolute and relative kidney weights compared to the control. With the exception of treatment-related gross findings of calculi in the urinary bladder and thickened bladder wall in 2 of 19 Cohort 1 B P2 males given 2800 ppm, there were no other gross pathological observations in any of the organs examined in males or females at any dose level across the two generations. Within the 2800 ppm group across the two generations, a small proportion of males had treatment related histopathological changes largely confined to the papilla, renal pelvic epithelium and/or the collecting ducts. Salient treatment-related changes include focal or multifocal hyperplasia of epithelium. Within the 2800 ppm group across the two generations, a small proportion of males had treatment-related histopathological changes largely confined to the papilla, renal pelvic epithelium and/or the collecting ducts. Salient treatment-related changes include local or multifocal hyperplasia of epithelium of the papilla and/or the renal pelvic epithelium, multifocal epithelial hyperplasia and hypertrophy of the collecting ducts, and multifocal subacute to chronic inflammation of the papilla and/or pelvic epithelium. The severity of most of these changes were very slight or slight or occasionally moderate. Other less frequent treatment-related changes variably noted between P1, Cohort 1 A and P2 males given 2800 ppm included slight multifocal necrosis of the collecting duct epithelium, slight local edema at the tip of the papilla, slight local ulceration of the papilla, and slight hemorrhage in the renal pelvis. A few of the high-dose males, particularly in the Cohort 1 A and P2 generations had treatment-related presence of an eosinophilic to red, fine granular to aggregated precipitated material in the renal pelvis admixed with red blood cells consistent with calculi likely urinary precipitates of the test material and/or its metabolites. The treatment-related changes in the kidney of males given 2800 ppm are consistent with chronic irritant effects of these urinary precipitates or calculi on the collecting ducts, renal pelvis and papilla. P1 females given 1000 or 2800 ppm had treatment related very slight or slight degeneration of tubules largely confined to the outer stripe of the outer medulla. The change was characterized by very slightly dilated tubular lumens at multiple loci, lined by epithelial cells that variably contained fine cytoplasmic vacuoles and were very slightly reduced in cell height (attenuated) compared to the controls. The lumens of these tubules often contained increased amounts of eosinophilic homogeneous or globular material compared to the controls. In addition, Cohort 1 A and P2 females given 2800 ppm had treatment-related increased incidence and severity of medullary tubular mineralization. Other treatment-related histopathologic changes noted in a small proportion of 2800 ppm P2 females included slight focal or multifocal hyperplasia of papillary epithelium and slight multifocal hyperplasia and hypertrophy of the epithelium of the collecting ducts in the papilla. The urinary bladder of P1, Cohort 1 A and P2 males and females

given 2800 ppm had treatment-related, very slight or slight simple diffuse urothelial hyperplasia and a very slight multifocal subacute to chronic inflammation in the lamina propria underlying the urothelial lining of the bladder. The hyperplasia was characterized by uniform thickening of the urothelium (simple hyperplasia). These changes were consistent with chronic irritant effects on the urothelial lining of the bladder by urinary precipitates or calculi related to the test material. In the liver, P1 and Cohort 1 A males given 1000 or 2800 ppm, and P1 and Cohort 1 A females given 2800 ppm had very slight hypertrophy of centrilobular/midzonal hepatocytes with increased cytoplasmic eosinophilia. In the second generation, P2 males and females given 1000 or 2800 ppm had a very slight or slight treatment-related centrilobular/midzonal hypertrophy with increased cytoplasmic eosinophilia. The hepatocyte hypertrophy with increased cytoplasmic eosinophilia was interpreted to be a non-adverse adaptive change as a response to the continued ingestion of biphenyl.

- Females were dosed daily for two weeks prior to breeding, through breeding (up to two weeks), gestation (three weeks), lactation (three weeks) and until necropsy on post-partum days 22-24. The males were dosed for two weeks prior to breeding, through breeding (up to two weeks), and until necropsy (test day 36). Dietary administration of 5500 ppm biphenyl to Crl:CD(SD) rats resulted in treatment-related decreases in body weight and/or body weight gains in males and females throughout the study, including premating, gestation and lactation phases in the females. Decreases in gestation body weight gains reached 19.5% on GD 14-21 and 13% throughout gestation (GD 0-21). Lactation body weights were decreased from the onset of lactation, reaching a 14.5% decrease on LD 7, but body weights gradually increased thereafter to levels similar to controls on LD 21. At 2750 ppm, premating body weights in dams were decreased when treatment was initiated, but returned to values similar to control dams thereafter. At both 2750 and 5500 ppm biphenyl, decreases in body weights/gains corresponded with decreases in feed consumption. There were no treatment-related effects on body weights in the 1375 ppm group. High-dose pups had treatment-related decreases in body weights on PND 7, which corresponded with maximum decreases in lactation body weight and feed consumption in maternal animals; body weights in these pups were similar to controls by PND 21. Pup body weights in the 2750 ppm group showed a similar pattern of effect to high-dose pups with maximal decreases in pup body weight on PND 7 and recovery throughout the remainder of the lactation period. Pup body weights were not affected in the 1375 ppm group. Absolute and relative liver weights were increased in males and females given 2750 or 5500 ppm biphenyl. Relative kidney weights also were increased in high-dose males and females, as well as males in the 2750 ppm group. Histopathologically, biphenyl treatment at 2750 and 5500 ppm resulted in very slight-to-slight hypertrophy of midzonal/centrilobular hepatocytes with increased eosinophilia in both males and females. Kidneys in high-dose males and females exhibited multiple histopathological changes, including

dilatation of the tubules, necrosis of the tubular epithelium and papilla with regenerative hyperplasia, hyperplasia of the pelvic epithelium, and interstitial inflammation. Most of these findings were graded very slight-to-slight. Treatment-related kidney findings at 2750 ppm generally included some of the same changes seen in high-dose animals (e.g., tubular dilatation, inflammation, and hyperplasia), but generally at a lesser severity and lower incidence. These kidney histopathological findings were consistent with possible biphenyl-induced crystalluria (precipitation of parent biphenyl or its metabolite in the urine filtrate), possibly causing a partial obstruction to urine outflow. In addition, females at all dose levels had very slight-to-slight bilateral tubular degeneration localized to the outer stripe of the outer medulla, a finding that was not seen in males. The significance of this finding is unclear

**Genotox**

- Test Guideline Not Specified (Gene mutation): Negative in Salmonella with and without activation
- Test Guideline Not Specified (Gene mutation): Positive with activation and negative without activation in mouse lymphoma
- Test Guideline Not Specified (Sister chromatid exchanges): positive in vitro in mammalian nonhuman with dose response
- Test Guideline Not Specified (Unscheduled DNA synthesis): Negative in human fibroblast and rat primary hepatocytes in vitro

**RTECS**

- Test Guideline Not Specified (Acute intravenous toxicity): LD50 (mouse) 56 mg/kg-bw
- Test Guideline Not Specified (Acute oral toxicity): LD50 (mouse) = 1900 mg/kg-bw. Clinical signs include somnolence (general depressed activity)
- Test Guideline Not Specified (Acute oral toxicity): LD50 (rat) 2140 mg/kg-bw. Clinical signs include somnolence (general depressed activity), muscle weakness.
- Test Guideline Not Specified (Acute oral toxicity): LD50 (rabbit) 2400 mg/kg-bw
- Test Guideline Not Specified (Acute dermal toxicity): LD50 (rabbit) > 5010 mg/kg-bw

**TSCATS**

- Test Guideline Not Specified (Acute oral toxicity): LD50 (rat) = 3.28 g/kg-bw.
- Test Guideline Not Specified (Acute oral toxicity): LD50 (rat) = 2.400 g/kg-bw. Clinical signs observed include reduced appetite and activity, increasing weakness, ocular discharge, collapse and death.
- Test Guideline Not Specified (Acute oral toxicity): LD50 (rat) > 3.98 g/kg-bw.
- Test Guideline Not Specified (Acute inhalation toxicity): LD50 (rat) = 2.18 g/kg-bw. Clinical observations included sluggishness, prostration, and narcosis.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

- Test Guideline Not Specified (Acute dermal toxicity): LD50 (rabbit) = 2.50 g/kg-bw
- Test Guideline Not Specified (Acute dermal toxicity): LD50 (rabbit) > 5.010 g/kg-bw. Clinical signs included reduced appetite and activity, increasing weakness, collapse and death.
- Test Guideline Not Specified (Acute dermal toxicity): No mortalities observed in rabbits at 2.0 or 3.98 g/kg-bw
- Test Guideline Not Specified (Ames test): Negative in Salmonella with and without activation
- Test Guideline Not Specified (Unscheduled DNA Synthesis assay): No significant increase in unscheduled DNA synthesis in rat hepatocytes

### EPA IRIS (2013)

Non-cancer:

Critical oral study selected by EPA IRIS:

- Test guideline not specified: 2-year dietary study in rats: $BMDL_{10HED}$ = 13.9 mg/kg/d based on renal papillary mineralization in male rats. Umeda et al. (2002) exposed F344 rats (50/sex/group) to biphenyl in the diet for 2 years at concentrations of 0, 500, 1,500, or 4,500 ppm (corresponding to doses of 36.4, 110, and 378 mg/kg-day, respectively, for males, and 42.7, 128, and 438 mg/kg-day, respectively, for females). Mean body weights of 4,500 ppm male and female rats were lower than those of controls throughout most of the study period and were approximately 20% lower than respective controls at terminal sacrifice. There was no statistically significant effect on mean body weights of 500 or 1,500 ppm males or females. Survival of low- and mid-dose male and female rats was reported not to differ statistically significantly from controls.

  The study authors reported that 3/50 of the 4,500 ppm female rats died after 13–26 weeks of biphenyl exposure and attributed the deaths to marked mineralization of the kidneys and heart. However, they also indicated that survival of this group was not adversely affected thereafter. Significantly decreased survival was noted only for the group of 4,500 ppm male rats, 19/50 of which died prior to terminal sacrifice. The first death occurred around treatment week 36; this rat exhibited urinary bladder calculi. Survival data for the other groups were not provided. Evidence of hematuria (blood in the urine) was first noted in 4,500 ppm male rats around week 40 and was observed in a total of 32/50 of the 4,500 ppm males during the remainder of the treatment period; 14 of these rats appeared anemic. Hematuria and bladder tumors were considered as primary causes of death among the 4,500 ppm males (n = 19) that died prior to terminal sacrifice.

  Urinalysis performed during the final treatment week revealed statistically significantly increased urinary pH in the 31 remaining 4,500 ppm male rats (pH of 7.97 versus 7.66 for controls; $p < 0.05$), with occult blood noted in the urine of 23 of

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

these males. Urine samples in 10/37 surviving 4,500 ppm females tested positive for occult blood. Relative kidney weights of 1,500 and 4,500 ppm males and females and absolute kidney weights of 4,500 ppm males were statistically significantly increased (actual data were not reported).

Gross pathologic examinations at premature death or terminal sacrifice revealed the presence of calculi in the bladder of 43/50 of the 4,500 ppm males and 8/50 of the 4,500 ppm females, but not in the other dose groups. It was noted that 30/32 of the 4,500 ppm male rats with hematuria also exhibited kidney or urinary bladder calculi.

Histopathological lesions of the ureter, kidney, and urinary bladder associated with biphenyl exposure were reported in male and female rats. The incidences of transitional cell hyperplasia and dilatation in the ureter were increased in the 4,500-ppm rats compared to controls. In the renal pelvis, incidences of hyperplasia and mineralization showed dose-related increases in males and females; the incidence of desquamation and calculi were increased primarily in male rats. Other treatment-related lesions in the kidney of male and female rats included mineralization of the corticomedullary junction and mineralization of the papilla; treatment-related increases in the incidence of papillary necrosis, infarct, and hemosiderin deposition in the kidney occurred predominantly in exposed females. In the urinary bladder, nonneoplastic lesions were found predominantly in male rats, and included transitional cell hyperplasia, squamous cell metaplasia and hyperplasia, inflammatory polyps, and calculi. An increased incidence of tumors associated with biphenyl administration was limited to tumors of the urinary bladder in male rats (see Section II.A).

In summary, this study identified a NOAEL of 500 ppm (42.7 mg/kg-day) and a lowest-observed-adverse-effect level (LOAEL) of 1,500 ppm (128 mg/kg-day) for nonneoplastic kidney lesions (simple transitional cell hyperplasia in the renal pelvis and hemosiderin deposits) in female F344 rats exposed to biphenyl in the diet for 2 years.

EPA calculated a $BMDL_{10HED}$ = 13.9 mg/kg-day based on renal papillary mineralization in male F344 rats in the 2-year dietary study (Umeda et al. 2002).

*Conversion Factors and Assumptions — Rats in the principal study were exposed continuously via diet; therefore, no adjustment for intermittent dosing was required. $BMDL_{10}$/HED = 95% lower confidence limit on the maximum likelihood estimate of the dose corresponding to a 10% extra risk, and expressed as a human equivalent dose (HED) using BW3/4 scaling (U.S. EPA, 2011).

Inhalation: No critical study was selected by EPA IRIS:

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

- No inhalation RfC was derived due to the lack of inhalation studies of biphenyl toxicity following chronic exposure and studies involving subchronic exposure that were inadequate for RfC derivation. Repeated exposure of mice to biphenyl vapors for 13 weeks resulted in high incidences of pneumonia and tracheal hyperplasia, and high incidences of congestion and edema in the lungs, liver, and kidney (Sun, 1977); however, study limitations and lack of supporting data preclude the use of this study for deriving an RfC for biphenyl. Study limitations include highly variable biphenyl exposure concentrations during the first half of the study, high mortality after 46 exposures in one group of biphenyl-exposed mice due to an overheating event and cannibalization that necessitated the use of replacement animals, and limitations in the reporting of histopathological findings.

Cancer:

- Under EPA's Guidelines for Carcinogen Risk Assessment (U.S. EPA, 2005a), the database for biphenyl provides "suggestive evidence of carcinogenic potential" based on increased incidence of urinary bladder tumors (transitional cell papillomas and carcinomas) in male F344 rats (Umeda et al., 2002) and liver tumors (hepatocellular adenomas and carcinomas) in female BDF1 mice (Umeda et al., 2005) exposed to biphenyl in the diet for 104 weeks, as well as information on mode of carcinogenic action. The carcinogenic potential of biphenyl in humans has not been investigated.

Based on a 2-year dietary study in BDF1 mice (Umeda et al. 2005), EPA derived a cancer oral slope factor= $8.2 \times 10^{-3}$ (mg/kg-day)$^{-1}$ based on liver tumors (adenomas or carcinomas) in females.

### F.2.18    1,2,4-Trimethylbenzene, CASRN 95-63-6



**Tier 3 Representative Aromatic**

[IRIS Toxicological Review of Trimethylbenzenes (2016)](#):

- Test Guideline Not Specified: 3-month subchronic inhalation toxicity study in rats. Rats (unspecified strain and number) were exposed to the test substance at concentrations of 0, 25, 100, or 250 ppm (0, 123, 491, 1227 mg/m$^3$) for 6 hrs/day, 5 days/week, for 3 months. No body weight effects or clinical signs of toxicity. Decrease in pain-sensitivity in concentration-related manner. At 1227 mg/m$^3$, significantly increased failure in rotarod performance test (40% failure) after 8 or 13 weeks. After recovery, failure was not significant but still increased (30%) and decrease in pain sensitivity was no longer

significantly different compared to controls. NOAEL = 123 mg/m$^3$ and LOAEL = 491 mg/m$_3$ based on significantly decreased pain sensitivity; BMCL = 25.1 mg/m$^3$ and BMDL = 3.5 mg/kg/day after route-to-route extrapolation. (Korsak and Rydzynski 1996)

### F.2.19    1,3-Pentadiene, CASRN 504-60-9



**Tier 3 Representative Olefin**

[OECD SIDS](#)**:**
- OECD 401: LD50 (rat) < 5000 mg/kg
- OECD 403: LC50 (rats) > 20917 ppm (58.2 mg/L)
- OECD 403: LC50 (mice) > 20917 ppm (58.2 mg/L)
- OECD 402: LD50 (rabbit) > 3.2 g/kg
- Test Guideline Not Specified: Moderately irritating to rabbit skin
- OECD 471: Negative in S. typhimurium with and without activation
- OECD 474: Negative in mice via inhalation up to 300 ppm (0.834 mg/L)
- OECD 474: Negative in rats via inhalation up to 7000 ppm (19.5 mg/L)
- Test Guideline Not Specified: Subchronic oral study in rats. Rats (strain, sex, and number) were administered the test substance (dose and duration not provided). There was no evidence of neurotoxicity. No additional information provided.
- Test Guideline Not Specified: 2-day inhalation study in mice (dose selection study for micronucleus study). Mice (2/sex) were exposed to target concentrations of 0, 100, 500 and 2000 ppm (equivalent to 0, 0.278, 1.39 and 5.56 mg/L) 6 hours/day for 2 days. All mice died in the 500 and 2000 ppm groups. All mice survived in the 100 ppm group. No additional information is provided.
- OECD 422: Sprague Dawley rats (number not specified) were administered the test substance at doses of 30, 100, and 1000 mg/kg/day prior to mating, during mating, and post-mating. There were transient decreases in food consumption at 1000 mg/kg/day. There were no systemic effects observed based on gross and microscopic evaluations of organs. There was no evidence of reproductive toxicity. NOEL (maternal animals) = 100 mg/kg/day. NOEL = 1000 mg/kg/day (highest dose tested) for P and F1 generations. No additional information provided.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

**Tier 3 Representative Aromatic**

**PPRTV** (2008)

- Test Guideline Not Specified: 13-week pilot dietary study in mice. B6C3F1 mice (10/sex/group) were administered the test substance in the diet at concentrations of 0, 0.0163, 0.049, 0.147, 0.44, or 1.33% for 13 weeks. In the 0.44 and 1.33% groups, mice exhibited growth retardation that was attributed to refusal to eat. No histopathological changes were observed (the extent of histopathological assessment was not described). No POD selected.

- TGNS: 81-week repeated dose chronic toxicity and carcinogenicity study in rats. B6C3F1 mice (50/sex/group) were administered the test substance in the diet at concentrations of 0, 0.075, or 0.15% (~71.6 and 140.2 mg/kg/day) for 81 weeks. Males had significantly (6-8%) increased absolute and relative brain and heart weights. In females, significantly decreased (17%) absolute and relative salivary gland weight, increased (7%) absolute heart weight, and decreased (35%) absolute and relative thymus weights were observed; thymus weight changes were related to the development of lymphoma in treated females. No changes were supported by any histopathological changes and statistics were restricted to simple t-tests; therefore, these findings were discounted for defining the LOAEL. Significant increased incidences of pulmonary alveolar proteinosis (PAP) were observed in treated mice (control – 8.2% in males, 10% in females). This was characterized as an accumulation of phospholipids in the alveolar lumens and appeared grossly as white protuberant nodules and histologically as visible filling of alveolar lumens with cholesterol crystals, foamy cells, and an amorphous acidophilic material. Alveolar walls and epithelial cells were generally intact; no evidence of prominent edema, alveolitis, lipidosis, or fibrosis. Significantly increased incidences of lung adenoma and combined adenoma or adenocarcinoma in males. A dose-related increased in elevated monocyte concentrations was observed, possibly as a response to the PAP. LOAEL = 71.6 mg/kg/day and PPRTV chronic screening value RfD = 7E-3 mg/kg/day (UF=1000) based on significantly increased incidences of pulmonary alveolar proteinosis. **PPRTV Oral Slope Factor** = 2.9E-2 (mg/kg-day)$^{-1}$. **ATSDR Oral MRL** = 0.07 mg/kg-day based on a LOAEL of 71.6 mg/kg-day for pulmonary alveolar proteinosis in female mice. **ATSDR CEL** = 71.6 mg/kg/day based on increased incidence of lung adenomas in males. (Murata et al. 1993)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

**Published Literature**

- Test Guideline Not Specified: 13-week repeated dose inhalation toxicity study in F344 rats (10/sex/group) at concentrations of 0, 0.52, 4.08, or 30.83 ppm (corresponding to 0, 3.0, 23.7, or 179.3 mg/m$^3$) for 6 hr/day, 5 days/week. No adverse effects on body weights were observed. In males and females at the high concentration, prothrombin time was significantly increased. In males at the high concentration, APTT was significantly increased, serum ALT was significantly decreased, and serum albumin and sodium were significantly increased. These changes in hematological parameters were considered not to be adverse due to the small magnitude of change and no evidence of hemorrhage or coagulopathy. Bronchoalveolar lavage cell differentials and levels of LDH were not affected. Organ weights were not affected. Concentration-dependent mucous cell hyperplasia of the nasopharyngeal tissues was observed in males of all treatment groups and in females of the mid- and high-concentration groups. Transitional cell hyperplasia of the nasopharyngeal tissue was noted for males of the mid- and high-concentration groups. LOAEC = 0.52 ppm (3.0 mg/m$^3$) based on portal-of-entry (inhalation) effects. (Kim et al. 2020 Toxicol Res 36:13)

### F.2.21   2-Methylnaphthalene, CASRN 91-57-6



**Tier 3 Representative Aromatic**

OECD SIDS:

- Test Guideline Not Specified: LD50 (rats) = 4050 mg/kg; shaggy fur, hunchbacked posture, pallor of the extremities, increased lacrimation, muscle tremors, diarrhea, lethargy and ataxia
- Test Guideline Not Specified: RD50 (rats/mice) = 67 mg/m$^3$
- OECD 402: LD50 (rats) > 2000 mg/kg
- OECD 473: Negative in Chinese hamster lung cells with and without metabolic activation
- Test Guideline Not Specified: Negative for Chromosomal aberrations and sister-chromatid exchange with and without metabolic activation
- Test Guideline Not Specified: 81-week dietary study in mice. B6C3F1 mice (10/sex/group) were administered the test substance (97%) in the diet at concentrations of 0, 0.075, or 0.15% for 81 weeks. SIDS states no carcinogenic potential; however, significantly increased incidence of total lung adenomas plus adenocarcinomas but not tumors observed. Incidences for lung adenomas or carcinomas in males were 2/49, 10/49, and 6/49. In females 5/50, 4/49, and 6/48. IRIS, ATSDR state inadequate information for carcinogenicity evaluation.

PPRTV:

- Test Guideline Not Specified: 81-week dietary study in mice. B6C3F1 mice (10/sex/group) were administered the test substance (97%) in the diet at concentrations of 0, 0.075, or 0.15% for 81 weeks. Systemic LOAEL = 0.075% (equivalent to 54.3 in

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

males and 50.3 in females) based on significant decreases in body weight in males and increased incidence of pulmonary alveolar proteinosis in both sexes. Reproductive NOAEL = 0.15% (equivalent to 113.8 in males and 107.6 in females) based on no reproductive effects at the highest dose tested. **Selected for Oral RfD in IRIS: RfD = 4E-3 mg/kg/day derived from BMDL$_{05}$ of 3.5 mg/kg/day and UF of 1000. PPRTV selected this value as the Subchronic p-RfD. ATSDR derived chronic oral MRL of 0.04 mg/kg/day using a UF of 100**

- Test Guideline Not Specified: 13-week Subchronic toxicity study in mice. B6C3F1 mice (10/sex/group) were administered the test substance in the diet at concentrations of 0, 0.0163, 0.049, 0.147, 0.44, or 1.33% for 13 weeks. Estimated doses were: 0, 29.4, 88.4, 265, 794, or 2400 mg/kg-day for males and 0, 31.8, 95.6, 287, 859, or 2600 mg/kg-day for females. NOAEL = 2500 mg/kg/day for both sexes. The growth retardation and reduced food consumption observed were considered non-adverse due to a lack of accompanying effects.

NTP**:**
- NTP Protocol: Ames Assay. Negative in Salmonella with and without metabolic activation

### F.2.22    2-Methylpentane, CASRN 107-83-5



**Tier 3 Representative Isoparaffin**

**ECHA Database and published literature:**

Repeated-Dose Toxicity:
- **LOAEL$_{adj}$ = 1000 mg/kg/day** (only dose tested), reduced mixed nerve conduction velocities. Non-guideline study. Male Wistar rats (5–7/group) were administered 2-methylpentane by gavage in olive oil daily for 8 weeks. The exposure regimen consisted of administration of 0.4 mL solvent and 0.6 mL olive oil for the first 4 weeks, 0.6 mL solvent and 0.4 mL olive oil for a subsequent 2 weeks and 1.2 mL solvent and 0.8 mL olive oil for the final 2 weeks, for a time-weighted average dose of 1000 mg/kg/day. Body weight was measured every 2 weeks. Peripheral nerve activity was measured at the start of the experiment and every 2 weeks until termination. Histopathology examinations were not made. There was no change among the groups in the rates of body-weight gain throughout the experiment (Ono et al., 1981). There were slight but statistically significant (p<0.05) reductions in distal and proximal mixed nerve conduction velocities of animals receiving 2-methylpentane. (Ono et al. 1981. Int Arch Occup Environ Health 48:289; ECHA)
- **LOAECadj = 1420 mg/m$^3$**, decreased body weight gain. Non-guideline study. 14-week inhalation study in male Sprague-Dawley rats (number not reported) at a concentration of 1500 ppm (5300 mg/m$^3$) for 9 hrs/day, 5 days/week for 14 weeks. Endpoints were limited to body weight and neurotoxicity (neuromuscular function

and nerve histology).LOEL < 1500 ppm (5300 mg/m$^3$) based on decreased body weight gain. LOAECadj = 1420 mg/m$^3$. ([ECHA](); Frontali et al. 1981. Clin Toxicol 18(12):1357).

### F.2.23   2-Methylpropene, CASRN 115-11-7



**Tier 3 Representative Olefin**

[OECD SIDS]():

- Test Guideline Not Specified: LC50 (2-hr)(mice) = 180000 ppm (415 mg/L)
- Test Guideline Not Specified: LC50 (4-hr)(rats) = 270,000 ppm (620 mg/L)
- Test Guideline Not Specified: Ames Assay. Negative in Salmonella and E. coli with and without metabolic activation
- Test Guideline Not Specified: Cell Transformation Assay. Negative in vitro
- Test Guideline Not Specified: Mouse Lymphoma Assay. Negative in L5178Y cells with and without metabolic activation
- Test Guideline Not Specified: Micronucleus Assay. Negative in mice
- Test Guideline Not Specified: 28-day repeated dose study in rats. Sprague-Dawley rats (5/sex/group) were administered the test substance via oral gavage at doses of 1.5, 15, or 150 mg/kg/day. No mortalities. There were no changes to body weight or food consumption. Decreased white blood cell counts in the high-dose group observed (44% females, 11% males) but were within historical ranges. Slight, non-significant increases in BUN in males and blood glucose in females were observed but these were determined to be within the normal range of variation for this strain. NOAEL = 150 mg/kg/day based on no toxicologically significant effects at the highest dose tested.
- Test Guideline Not Specified: 13-week repeated dose study in rats. Sprague-Dawley rats (10/sex/group) were exposed via inhalation to the test substance at concentrations of 0, 250, 1000, or 8000 ppm (0.57, 2.29, 18.4 mg/L) for 6 hrs/day, 5 days/week, for 13 weeks. Increased urinary ketone bodies observed although this was of unknown significance. There were no histopathology findings. NOAEL = 8000 ppm (18.4 mg/L).
- NTP Protocol: 14-week repeated dose study in rats. F344/N rats (10/sex/group) were exposed to the test substance via inhalation at concentrations of 0, 500, 1000, 2000, 4000, 8000 ppm (1.14, 2.29, 4.59, 9.18, 18.4 mg/L) for 6 hrs/day, 5 days/week, for 14 weeks. No mortalities. No treatment related body weight changes, clinical signs, effects on hematology, or clinical chemistry findings. No effects on reproductive organs. Minimal nasal effects (hypertrophy of goblet cells in the nasopharyngeal duct) observed at 500 ppm and higher in both sexes. Increased liver weights in females at 1000 ppm and higher, however no concentration related changes observed. Increased kidney weights in males at 4000 ppm and higher; however, these effects did not exceed 10%.

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

NOT PART OF THE ADMINISTRATIVE RECORD

Significant increase in left epididymis weights and significant decrease in epididymal sperm motility in the 8000 ppm group. No significant differences in testes weights compared to controls. Time spent in estrus increased with a decrease in time spent in diestrus in treated females. No effects on reproductive organs. NOAEL = 8000 ppm (18.4 mg/L).

- NTP Protocol: 14-week repeated dose study in mice. B6C3F1 mice (10/sex/group) were exposed to the test substance via inhalation at concentrations of 0, 500, 1000, 2000, 4000, 8000 ppm (1.14, 2.29, 4.59, 9.18, 18.4 mg/L) for 6 hrs/day, 5 days/week, for 14 weeks. No mortalities. No treatment related body weight changes, clinical signs, effects on hematology, or clinical chemistry findings. No effects on reproductive organs. Increased kidney weights were observed in males in the 8000 ppm group and in females at 500 ppm and higher. Findings were not exposure concentration related. No histopathology findings observed. No effects on reproductive parameters or organs. NOAEL = 8000 ppm (18.4 mg/L).

- OECD 414: Prenatal Developmental study in rats. Wistar rats (24 mated females/group) were exposed to the test substance via inhalation (whole-body exposure) at target concentrations of 0, 500, 2000, or 8000 ppm (~1140, 4590, and 18400 mg/m3) for 6 hrs/day on GD 5-21. No maternal effects observed. No effects on the number, growth, or survival of fetuses in utero. No effect on fetal development. Major skeletal defects such as cleft sternal cartilage and xiphoid cartilage were observed in 3 (2), 5 (5), 5 (3), and 3 (3) fetuses (litters) in the control, 500, 2000, and 8000 ppm groups. Cleft sternebrae incidences were small and not dose related. No effects on the percentage of fetuses with minor external/visceral defects. Statistical, significant increase in the percentage and proportion of fetuses with external/visceral variants in the 8000 ppm group. This was due to the increased incidence of fetuses with the umbilical artery positioned on the left side of the bladder. Because this finding is variable in the strain (8.1-18.2% historical control) it was considered to be a chance finding and unrelated to treatment. Therefore, there were no adverse effects on fetuses. NOAEC = 18.4 mg/L based on no adverse effects at the highest dose tested.

- NTP Protocol: 105-week carcinogenicity study in rats. F344/N rats (50/sex/group) were exposed to the test substance via inhalation at concentrations of 0, 500, 2000, or 8000 ppm (1.14, 4.59, 18.4 mg/L) for 6 hrs/day, 5 days/week, for 105 weeks. Survival and mean body weights were comparable to controls. No clinical findings were observed. Increased incidence of thyroid gland follicular cell carcinoma in 8000 ppm male rats; however, no incidence of hyperplasia or adenoma were observed in males and no proliferative lesions were observed in these tissues in females. Minimal nasal effects (hyaline degeneration of the olfactory epithelium) observed at 500 ppm and higher in both sexes. These findings were considered to be a nonspecific adaptive response to inhalation of an irritating material. No nasal neoplasms were observed. Increased kidney weights were observed in males in the 8000 ppm group and in females at 500 ppm and higher. NOAEL = 2000 ppm (4.59 mg/L). Based on the incidence of follicular cell

carcinoma of the thyroid gland, there was some evidence of carcinogenic activity in male rats. There was no evidence of carcinogenicity in female rats.

- NTP Protocol: 105-week carcinogenicity study in mice. B6C3F1 mice (50/sex/group) were exposed to the test substance via inhalation at concentrations of 0, 500, 2000, or 8000 ppm (1.14, 4.59, 18.4 mg/L) for 6 hrs/day, 5 days/week, for 105 weeks. Survival and mean body weights were comparable to controls; however, slightly decreased body weight was observed in females at 2000 ppm and higher. No clinical findings were observed. Minimal nasal effects (hyaline degeneration of the olfactory epithelium) observed at 500 ppm and higher in both sexes and increased in incidence with exposure levels. Effects in males were significant. No nasal neoplasms were observed. Increased kidney weights were observed in males in the 8000 ppm group and in females at 500 ppm and higher. There was no evidence of carcinogenicity in mice.

**NTP**

- NTP Protocol: Micronucleus Assay. Negative in mice
- NTP Protocol: Ames Assay. Negative in Salmonella with and without metabolic activation

### F.2.24   Benzene, CASRN 71-43-2



**Tier 3 Representative Aromatic**

**EPA IRIS Toxicological Review of Benzene (Non-cancer Effects) (2002):**

- Test Guideline Not Specified: Male Charles River CD-1 mice (5/group, 6-7 weeks of age) were exposed to 0, 31, 166, or 790 mg/L (0, 8, 40, or 180 mg/kg/day) benzene in drinking water for 28 days (Hsieh et al. 1988b). The treatment had no adverse effects with respect to mortality, clinical signs, body weight change, liver weight, or gross necropsy. A dose-related decrease in relative spleen weight was observed, significant at the high-exposure level. In one test, spleen cellularity was reported to be significantly decreased at all exposure levels, and in a separate test only at the high-exposure level. Although relative thymus weights were decreased at all exposure levels, the values were not statistically significantly different from control values. Dose-related hematological effects (erythrocytopenia, leukocytopenia, lymphocytopenia, increased MCV) were observed at all exposure levels. The authors indicated that the increased MCV and decreased HCT and numbers of RBCs were indicative of severe macrocytic anemia. Biphasic responses were observed in immunological tests, including mitogen-stimulated splenic lymphocyte proliferation; mixed splenic lymphocyte culture response to allogenic yeast artificial chromosome [YAC]-1 cells; cytotoxic splenic T lymphocyte response to allogenic YAC-1 cells with a significantly increased response at the low-exposure level; and significantly decreased responses at the mid- and/or high-exposure level. Using several methods to determine primary antibody response to SRBC, significantly decreased responsiveness was observed at the mid- and/or high-exposure levels. This response was either significantly increased or not different from controls in

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

mice at the low-exposure level. This study identified a LOAEL of 8 mg/kg/day (the lowest dose tested) for hematologic and immunological effects in male mice exposed to benzene in drinking water for 30 days. No NOAEL was established. BMD modeling yielded a BMD of 2.2 mg/kg/day and a BMDL of 1.4 mg/kg/day.

- Test Guideline Not Specified: Female B6C3F1 mice (12/group, 6-7 weeks of age) were exposed to benzene in drinking water (containing emulphor to increase solubility of benzene) at levels of 0, 50, 1000, or 2000 mg/L (0, 12, 195, or 350 mg/kg/day, as calculated by the authors) for 30 days (White et al., 1984). Body weight was significantly decreased at the high-exposure level. A dose-related decrease in absolute and relative spleen weight was observed. In one test, spleen cellularity was reported to be significantly decreased at all exposure levels. Dose-related leukopenia and lymphocytopenia were observed. A dose-related decrease in eosinophils was observed. At the high-exposure level, significant decreases in levels of erythrocytes and hemoglobin were observed. No exposure-related effects were observed for levels of BUN, serum creatinine, SGOT, or SGPT, indicators of renal and hepatic damage. Dose-related changes were observed in immunological tests on spleen cells and in assays of bone marrow; decreases were observed with respect to IgM antibody forming cells/spleen in response to SRBC, lymphocyte proliferation response to the T cell mitogen Con A and the B cell mitogen LPS, number of T lymphocytes, and femoral GM-CFU; and an increase was observed in bone marrow cell DNA synthesis. These effects were not significant at 12 mg/kg/day but were dose-related. Of all the immunological indices tested, only one endpoint (stimulation index for lymphocyte proliferation of spleen cells in response to medium containing 05 μg/mL Con A) was significantly decreased at 12 mg/kg/day. The number of B lymphocytes was not affected, but the investigators commented that the number of B lymphocytes in the controls was lower than for historical controls for their laboratory. This study identifies a NOAEL of 12 mg/kg/day and a LOAEL of 195 mg/kg/day for hematologic effects in mice exposed to benzene in drinking water for 30 days and a LOAEL of 12 mg/kg/day for immunological effects. BMD modeling yielded a BMD of 11.6 mg/kg/day and a BMDL of 5.3 mg/kg/day.

- Test Guideline Not Specified: Occupational exposure. In a cross-sectional study, 44 workers (21 females, 23 males) were exposed to benzene for an average of 6.3 years (range: 0.7-16 years) at a median 8-hr TWA concentration of 31 ppm (99 mg/m$^3$). Exposed workers were subdivided into 2 groups of 22 – those exposed to greater than 99 mg/m$^3$ and those exposed to less than 99 mg/m$^3$. For the low and high exposure groups, the median 8-hr TWA concentration was 13.6 ppm (43.4 mg/m$^3$) and 91.9 ppm (294 mg/m$^3$), respectively. There were significant decreases in absolute lymphocyte count (ALC), WBC count, RBC count, hematocrit, and platelets and a significant increase in MCV in the high exposure group compared to controls, with ALC being the most sensitive endpoint and the only change at the 13.6 (43.4 mg/m$^3$) level; therefore, the LOAEC was 43.4 mg/m$^3$. BMD modeling of the ALC data yielded a BMCL$_{ADJ}$ of 8.2 mg/m$^3$. A BMDL of 1.2 mg/kg/day was derived using route-to-route extrapolation. An RfD of 4.0E-3 mg/kg/day was calculated (Rothman et al. 1996a).

**EPA IRIS Chemical Assessment Summary for Benzene (2000):**
- Known human carcinogen for all routes of exposure (Category A)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

- Oral slope factor: 1.5E-2 to 5.5E-2 per (mg/kg)/day
- Drinking water unit risk: 4.4E-7 to 1.6E-6 per (µg/L)
- Inhalation unit risk: 2.2E-6 to 7.8E-6 per µg/m$^3$

  Infante et al. (1977b), in a retrospective cohort mortality study, examined the leukemogenic effects of benzene exposure in 748 white male workers exposed at least 1 day while employed in the manufacture of rubber products. Exposure occurred from 1940 to 1949 and vital status was obtained through 1975. A statistically significant increased risk of leukemia (7 observed, 1.48 expected; p < .002) was found by comparison of observed leukemia deaths in this cohort with those expected based upon general U.S. population death rates. The risk of leukemia was said by the authors to be potentially understated since follow-up was only 75% complete. According to the authors, there was no evidence of solvent exposure other than benzene. No effort was made to evaluate individual exposures to benzene for the purpose of doing a dose-response analysis. The main criticism of this study, as well as its later updates, is the small size of the cohort.

- In an extension and elaboration of the analysis done by Infante et al. (1977b), Rinsky et al. (1981) reported seven deaths from leukemia in this same cohort after achieving a 98% vital status ascertainment through June 1975. Forty additional deaths from all causes were reported, but no new leukemia deaths. Again, the risk of death from leukemia was statistically significant (standardized mortality ratio [SMR] was 560 based upon 7 leukemia deaths, p < .001). Some 437 members of the cohort were exposed for less than 1 year. Those who received 5 or more years of exposure exhibited an SMR of 2100, based upon 5 leukemia deaths versus 0.25 expected (p < .01). All seven leukemia cases were of the myelogenous or monocytic cell type. Four additional deaths from leukemia were also noted but could not be added to the total because they did not fit the criteria for inclusion. The authors tried to reconstruct past exposure to benzene at the two locations of this company and found that in some areas of the plants airborne benzene concentrations occasionally rose to several hundred parts per million, but most often employee 8-hour time-weighted averages (TWA) fell within the limits considered permissible at the time of exposure. No dose-response analysis was attempted.

- In an updated version of the Rinsky et al. (1981) study, the same authors examined a somewhat expanded cohort of 1165 non-salaried white men employed in the rubber hydrochloride department for at least 1 day through December 1965 and followed to December 31, 1981 (Rinsky et al., 1987). Follow-up was 98.6% complete. Again, a statistically significant excess risk of leukemia was found for the total cohort (9 observed, 2.7 expected; p < 0.05). For the first time, individual measurements of cumulative exposure in terms of ppm-years were generated for all members of the cohort utilizing the historical air-sampling data discussed above or interpolating estimates based on the existing data. SMRs for leukemia ranged from a non-significant 109 (2 observed, 1.83 expected) at cumulative exposures under 40 ppm-years to a statistically significant SMR of 2339 (5 observed, 0.21 expected; p < .05) at 200 ppm-years or more of exposure. The authors found significantly elevated risks of leukemia at cumulative exposures less than the then equivalent current standard for occupational exposure, which was 10 ppm over a 40-year working lifetime.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

██████████████████

- The Rinsky et al. (1981, 1987) study analyses, based upon the original cohort of Pliofilm rubber workers studied by Infante et al. (1977b), were selected by the Agency as the critical study for dose-response analysis and for the quantitative estimation of cancer risk to humans. The Rinsky et al. (1981, 1987) analyses show ample power, latency, reasonably good estimates of exposure to benzene except prior to 1946, few confounders, and a wide range of exposure to benzene from low levels to high levels. Limitations include the small cohort size, reporting only nine leukemia deaths with no estimates of risk according to cell type. There remain questions about the estimation of personal exposure to benzene, especially prior to 1946 when no measurements of airborne benzene were made. And finally, at levels less than 200 ppm-years it is not possible to determine leukemia risk in this cohort because of lack of sensitivity of the data at low levels.

### F.2.25    Benzo(a)pyrene, CASRN 50-32-8



**Tier 3 Representative Aromatic**
IRIS:

- Test Guideline Not Specified: Subchronic oral toxicity study in rats. Rats were treated with the test substance via oral gavage for 35 days. No other details provided. Immunological RfD = $2\times10^{-3}$ mg/kg-d based on decreased thymus weight and serum IgM. (De Jon et al. 1999 and Kroese et al. 2001)
- Test Guideline Not Specified: Neurodevelopmental gavage study in rats. Rats were treated with the test substance via oral gavage on PND 5-11. No other details provided. Developmental RfD = $3\times10^{-4}$ mg/kg-d based on neurobehavioral changes. (Chen et al. 2012. Principal study for Oral RfD)
- Test Guideline Not Specified: Subchronic reproductive toxicity study in rats. Rats were treated with the test substance via oral gavage for 60 days. No other details provided. Reproductive RfD = $4\times10^{-4}$ based on decreased ovarian follicles and ovary weight observed. (Xu et al. 2010)
- Test Guideline Not Specified: Developmental inhalation study in rats. Rats were exposed to the test substance via inhalation on GD 11-20. Decreased embryo/fetal survival (i.e., increased resorptions) was observed. No other details provided. LOAEL = 25 $\mu$g/m$^3$ based on decreased embryo/fetal survival. Developmental RfC = $2\times10^{-6}$ based on decreased embryo/fetal survival. (Archibong et al. 2002, Selected for derivation of RfC)
- Test Guideline Not Specified: Premating study in rats. Rats were exposed to the test substance via inhalation for 14 days. No other details provided. RfC = $3\times10^{-6}$ mg/m3 based on reduced ovulation rate and ovary weight. (Archibong et al. 2012)
- Carcinogenic in humans.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

■■■■■■■■■■■■■■■

- Test Guideline Not Specified: Carcinogenicity bioassay in mice. B6C3F1 mice were administered the test substance via the oral route. No other details provided. OSF = 1 mg/m$^3$ based on tumor response in the alimentary tract (forestomach, esophagus, tongue, and larynx). (Beland and Culp, 1998)
- Test Guideline Not Specified: Carcinogenicity bioassay in hamsters. Male Syrian Golden hamsters were exposed via inhalation to benzo[a]pyrene condensed onto sodium chloride particles for 130 weeks. No other details provided. IUR = 6 x 10$^{-4}$ per ug/m3 based on the occurrence of upper respiratory and upper digestive tract (forestomach) tumors in males. Calculated from a BMCL$_{10}$ of 0.16 mg/m$^3$. (Thyssen et al., 1981.)

### F.2.26   Dicyclopentadiene, CASRN 77-73-6



**Tier 3 Representative Olefin**

**Health Canada (2019) Draft Screening Assessment for Dicyclopentadiene (Excerpted):**
"A NOAEL from an oral study was used to characterize the risk for per event dermal exposure to DCPD, as there was no dermal toxicity study. There are 13-week inhalation studies with DCPD available, which are considered a more appropriate route of exposure for comparison with inhalation exposure scenarios. In addition, the oral study was not used for the per event inhalation scenarios because effects in the kidneys (hyaline droplets, basophilic change of the tubular epithelium, increased absolute and relative kidney weights) and adrenal gland effects (an increase of fatty droplets in the fascicular zone) observed after 44 days exposure with 20 mg/kg bw/day DCPD by gavage (equivalent to 64.5 mg/m$^3$ 6) in male rats (MHW 1997) were either not observed (adrenal effects, some of the kidney effects) at the 2-week interim sacrifice in the 13-week inhalation study in rats or were reversible (hyaline droplet formation) at higher doses (up to 275 mg/m$^3$) in the 13-week inhalation study in rats (Dodd et al. 1982 in OECD 2002a). As such, use of this oral study is considered overly conservative for comparison to the inhalation exposure scenario."

"A combined repeated-dose and reproductive/developmental toxicity screening test was conducted in SD rats (MHW 1997 in OECD 2002a). Test animals were administered 0, 4, 20, or 100 mg/kg bw/day DCPD in olive oil (10/sex/dose) by gavage for 44 days in males and from 14 days prior to mating to day 4 of lactation (approximately 38 days) for females. At 4 mg/kg bw/day and above, an increase in hyaline droplets in the tubular epithelium of the kidney was observed in all males (MHW 1997). At 20 mg/kg bw/day and above there were other kidney effects (basophilic change of the tubular epithelium, increased absolute and relative kidney weights) and adrenal gland effects (an increase of fatty droplets in the fascicular zone) in males. At 100 mg/kg bw/day, there were also liver effects in males (single cell necrosis, increased absolute and relative liver weights, clinical chemistry changes) and

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

effects in the adrenal glands (increase of fatty droplets in the fascicular zone) in a female. In addition, two females in the 100 mg/kg bw/day group died prior to pregnancy (necropsy indicated lung congestion, adrenal gland enlargement, thymic bleeding and gastric mucosal surface bleeding). At 100 mg/kg bw/day, two dams lost all neonates within two days (OECD 2002a). It was unclear whether this was due to a lack of nursing and/or matricide (MHW 1997, OECD 2002a, ECHA c2007-2019). This resulted in a decreased pup viability index on postnatal day (PND) 4 at 100 mg/kg bw/day. Pups in the 100 mg/kg bw/day group also had lower body weights (PNDs 0 and 4) and body weight gains (PND 0 to 4) relative to control pups (MHW 1997, ECHA c2007-2019). The OECD (2002a) reported no observed effect levels (NOELs) for males/females of 4/20 mg/kg bw/day [repeated-dose toxicity], 100/20 mg/kg bw/day [reproductive toxicity], and 100 mg/kg bw/day [offspring toxicity]. In this assessment the parental no observed adverse effect level (NOAEL) for males was considered to be 4 mg/kg bw/day based on the kidney and adrenal gland effects in males at the lowest adverse effect level (LOAEL) of 20 mg/kg bw/day."

EPA PPRTV (2014):

Oral Study used for POD derivation in PPRTV:

One-generation reproductive study in minks. PPRTV summary: Aulerich et al. (1979) is selected as the principal study for the derivation of the subchronic and chronic p-RfDs. This report is not peer-reviewed but was evaluated by IRIS for the assessment of DIMP (U.S. EPA, 1993). In this one-generation reproductive study, 30 (6 males and 24 females per dose group), 3-month old, dark variety minks were administered 0-, 100-, 200-, 400-, or 800-ppm (estimated as 0, 23.6, 42.4, 85.0, or 169.9 mg/kg-day for combined male and female minks by the study authors through measured food consumption and body-weight data; see Table B.16) DCPD (purity >99%) in the diet for 12 months, equivalent to one reproductive season. The life span of a mink in captivity has been estimated to be up to 8 years (Basu, 2013); therefore, this 12-month reproductive study represents a chronic exposure duration for the F0 animals as the treatment with DCPD occurred for greater than 10% of the total mink life span. Mortality and other signs of toxic stress were recorded throughout the duration of the experiment, although the frequency was not recorded. Body weight and feed consumption were measured every 2 weeks, with the exception of the gestation period. Blood samples (for packed cell volume and hemoglobin) and blood smears (for differential leukocyte counts) were collected prior to the study initiation, at 3-month intervals through the study, and at the conclusion of the study. All parameters were evaluated utilizing analysis of variance and Dunnett's t-test. The authors did not report GLP compliance status.

Mating began on March 1, 1978, and continued for approximately 20 days, during which females were introduced into the males' cages every fourth day for up to an hour (or until a positive mating confirmation was made). Whenever possible, mating pairs in the same treatment group were used. After successful breeding, the females were transferred to individual cages with a nest box and provided with shredded wood, used for both insulation and nesting material during whelping. During whelping (April 20–May 15), the nest boxes

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

were checked daily for evidence of kits; when found, newborn kits were sexed, and both mother and kit were weighed at whelping and when kits were 1 month of age. Gestation length, litter size, sex ratio, kit mortality, increase in kit biomass during lactation, and changes in the weight of the lactating female were recorded. At study termination, all minks were weighed, blood samples collected via cardiac puncture, and the animals sacrificed. The following whole organs were removed during necropsy, weighed, and evaluated for pathomorphological changes: brain, liver, kidneys, spleen, gonads, lungs, heart, and adrenal glands as well as portions of the intestine, stomach, skeletal muscle, adipose tissue, and integument.

Chronic ingestion of DCPD in the diet of minks at concentrations up to 169.9 mg/kg-day for 12 months did not result in treatment-related mortality in any of the groups (Aulerich et al., 1979). Changes in body weight showed no dose-related trend, although in a few instances, animals in the highest exposure group (169.9 mg/kg-day) were reported to have reduced body weights compared to the control animals; however, when analyzed as a change in body-weight percentage over the course of compound administration, these changes were not apparent (see Table B.17). Feed consumption in the high dose group was initially reduced compared to controls but was reported as greater than controls by study termination (although this change was not reported as statistically significant). Changes in hematological values (including packed cell volume, hemoglobin, and differential leukocyte counts) were equally inconsistent and not found to be dose dependent.

No treatment-related effects on reproductive performance were reported in male or female minks following exposure to DCPD. Whelping rates, gestation length, fecundity, kit weight at birth, and secondary sex ratios were also unaffected. Although kit mortality was not altered by DCPD, the absolute weight of kits during lactation was statistically significantly depressed at Week 4 for animals in the 42.4-, 85.0-, or 169.9-mg/kg-day treatment groups (see Table B.18). The study authors hypothesized that the reduced absolute weight was attributable to either a toxicological effect on the kits through direct ingestion of the chemical in milk or indirectly through a perturbation in maternal metabolism, which affected lactation. When the organs were evaluated following study termination, the only statistically significant changes reported between the treatment and control samples were a reduction in spleen weight in the 85.0-mg/kg-day group (2.4 ± 0.16 vs. 3.3 ± 0.29 g, respectively) and a reduction in the weight of the testes in the 169.9-mg/kg-day group (1.1 ± 0.1 vs. 1.8 ± 0.1 g, respectively; see Table B.19). Although a reduction in spleen weight was reported at 85.0 mg/kg-day, this effect was not observed in the highest dose group, and therefore, the study authors explained the reduction as occurring from chance variation or sampling error. Likewise, the study authors explained the reduction in testes weight observed in the high dose group as the normal seasonal reduction that occurs in this species.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

The study authors concluded that chronic ingestion of DCPD in the diet of minks had no adverse effect on growth, survival, or reproductive performance. However, the absolute weight of neonates from lactating dams fed 42.4-, 85.0-, or 169.9 mg/kg day DCPD was statistically decreased in a dose-dependent manner compared to that of neonates for dams in the control or low-dose group. Spleen weight was reduced at 85.0 mg/kg-day, and testes weight was reduced at 169.9 mg/kg-day, respectively, but the study authors did not consider these reductions to be treatment related. No NOAEL or LOAEL was reported in the study, but based on reductions in the kit weight following 4 weeks of nursing at the three highest concentrations, a LOAEL of 42.4 mg/kg-day and a NOAEL of 23.6 mg/kg-day are identified.

Key Inhalation Study:

- 90-day inhalation study in rats. PPRTV summary: Exxon (1980) is selected as the principal study for the derivation of the screening subchronic and chronic p-RfCs. In a non-peer-reviewed subchronic-duration (90-day) inhalation study performed by Exxon (1980) and reported in Dodd et al. (1982), Fischer 344 (F344) rats (51 male and 51 female rats per exposure concentration) were exposed to target concentrations of 0-, 1-, 5-, or 50-ppm in air; actual air concentrations were 0-, 1.0-, 5.1-, or 51.0-ppm DCPD (purity 95%) for 6 hours/day, 5 days/week, for 13 weeks. The corresponding HECs are calculated as 0, 0.97, 4.9, and 49 mg/m$^3$. Nine animals/sex/concentration were sacrificed at Weeks 3, 7, 14, 18, and 27 of the study, with Weeks 18 and 27 corresponding to Weeks 4 and 13 postexposure. These sacrifice periods were identified as Groups A, B, C, D, and E, respectively, throughout the remainder of the study report.

  All animals were weighed the morning before the first exposure (reference weight), and this value was subtracted from each subsequent weight measurement to obtain the change in body weight throughout the course of the experiment. Body-weight measurements were taken weekly for the first 4 weeks and then every 2 weeks for the remainder of the exposure. The animals' weights were collected again prior to sacrifice. Mean food (see Table B.20) and water consumption (see Table B.21) were measured during urine collection periods and standardized to 24-hour rates (Group B rats only), allowing comparisons to be made between measurement periods for each exposure group. Each animal also underwent an ophthalmologic examination (prior to sacrifice interval). Other tests included blood chemistry (prior to sacrifice interval), histopathology of kidneys and urinary bladder following necropsy, and electron microscopy of kidney tissue at the sacrifice intervals at Weeks 14 and 17. Additionally, upon sacrifice, a necropsy of the animal was performed, and the following organs removed and weighed: kidney (left and right, weighed individually), lung, liver, and testes (males). The study authors did not report GLP compliance status.

  One male rat died accidently following the 16th exposure (reason not reported); no other rat mortality was observed in the study. Observation of the rats during the 6-hour

exposure period indicated normal appearance of all rats. Several conditions recorded in the exposure groups were also recorded in the control group including urogenital area wetness (females), lacrimation, and alopecia (males). However, during the recovery period, these observations were recorded only in exposed rats, not in control rats. No statistically significant changes in body weight occurred in either the control or exposed rats throughout the study duration. Changes in food consumption results were observed in male and female rats; however, the differences were not related to the DCPD concentration or the number of exposures. A decrease in food consumption was reported at 92 days postexposure in all DCPD exposure groups and was accompanied by a depression in body weight at the 4.9-mg/m$^3$ concentration level. However, the biological significance of these findings was not assessed by the study authors.

Although concentration-related differences were observed with respect to blood analysis, they were not found to be biologically significant. The following differences were observed: hematology (e.g., depression in red blood cells of male rats at the highest exposure concentration), serum chemistry (e.g., an increase in serum calcium and a decrease in alanine aminotransferase in males exposed to 4.9 and 49 mg/m$^3$ DCPD), and the ophthalmologic examination (mild conjunctivitis with lacrimation in the eyes of male rats at both 4.9 and 49 mg/m$^3$ in Group B; a nonreactive dilated pupil was observed in one control [Group C] and one 49-mg/m$^3$ female rat [Group D]; and two female rats exposed to 0.97 and one to 4.9 mg/m$^3$ developed conjunctivitis with lacrimation in Group E).

The urinalysis results showed that the majority of male rats exposed to 49 mg/m$^3$ and many of the rats exposed to 4.9 mg/m$^3$ DCPD had a decrease in urine specific gravity and osmolality, which was concentration dependent and related to the number of DCPD exposures and the concentration of DCPD (see Table B.22). Analysis of the urinary sediment content in male rats showed evidence of toxic renal damage, with epithelial cells and epithelial cell casts being found in rats from 8 completed exposures and after as much as 29 days of recovery (see Table B.22). The presence of the epithelial cells and casts was reported as dependent on the DCPD concentration. Trends in urinary excretion rates were also reported, including a statistically significant decrease in calcium and sodium and an increase in potassium in the latter part of the exposure regimen (in the 49-mg/m$^3$ group; a similar trend was observed in the 4.9-mg/m$^3$ group, although the values were not statistically significant). It is important to note that these findings were solely identified in males, as no abnormal urinary findings were reported in female rats.

The results of the gross necropsy showed an increased incidence of tubular hyperplasia and a reticular pattern in the kidneys of males exposed to 49-mg/m$^3$ DCPD. A similar reticular pattern, accompanied by a generalized color change of the kidney, was observed in Group A male rats exposed to 4.9 and 49 mg/m$^3$ DCPD at an earlier sacrifice

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

period. The study authors reported no statistically significant differences in the gross lesions between exposed and control groups and that these effects were reversible and no longer apparent at the end of the exposure regimen or at recovery sacrifice. Organ weights followed a similar pattern, with a statistically significant increase in relative liver weights in male rats exposed to the highest concentration of DCPD (Groups A, B, and C). However, the increases at 49 mg/m$^3$ were not greater than 10% over controls (9.9, 4.8, and 6.9 in the A, B, and C groups, respectively). Although male rats exposed to 0.97 mg/m$^3$ also exhibited increased absolute liver weights, the body weights of the animals exposed to 0.97 mg/m$^3$ were greater than the body weights of control animals, so changes in relative liver weight were minimal. A statistically significant increase in both relative and absolute kidney weight for the left and/or right kidney was also found in male rats from Groups A, B, and C exposed to 49 mg/m$^3$ when compared to controls. However, these differences were not consistently greater than 10% for all three groups, were reversible [not observed by postexposure Day 29 (see Table B.23)]. Group E female rats exposed to 0.97- and 49-mg/m$^3$ DCPD had a statistically significant decrease in the relative weight of the left kidney only. Due to these decreases being slight and not observed in the right kidney, Exxon (1980) and Dodd (1982) attributed the observation to body-weight gain throughout the course of the experiment. No other instances of organ-weight differences were reported among DCPD-exposed female rats.

Exxon (1980) and Dodd (1982) hypothesized that the kidney lesions, which progressively worsened throughout the exposure and recovery phase of the study, were due to chronic glomerulonephrosis, a common syndrome in F344 rats. This syndrome occurs in conjunction with advancing age in both male and female rats. However, the presence of epithelial cells and casts, regenerative epithelium (tubular hyperplasia), and dilation of the tubule in the kidneys, coupled with the most severe effects being observed in male species, could be indicative of an alpha 2u-globulin pathway. Although staining for hyaline droplets was not reported by Exxon (1980) or Dodd (1982), Bevan et al. (1992) used data from Exxon (1980) to examine hyaline droplets and quantify severity indices. The histological examination of the kidneys from rats exposed to 4.9 and 49 mg/m$^3$ by Bevan et al. (1992) showed the formation of hyaline droplets in the proximal convoluted tubules at a much greater level than the control rats (see Table B.24). The formation of these droplets was concentration dependent in nature and later confirmed through electron microscopy. By Week 13 of exposure, male rats exposed to 49 mg/m$^3$ DCPD developed tubular proteinosis, which persisted after the recovery period. Similar results were observed in the regenerative epithelium, which increased in severity throughout the exposure (see Table B.25) and lessened only minimally throughout the recovery. No liver or kidney changes were observed or reported in female rats. A study by Hamamura et al. (2006), which performed immunohistochemical analysis, suggests that hyaline droplets forming in male rats following DCPD exposure are composed of alpha 2u-globulin. However, the Hamamura et al. (2006) study was short term, exposed animals only through the oral route, and utilized a small sample size. Additionally, the subchronic-duration oral rat study by Hart (1976) utilized a larger sample size and higher

████████████████████████

DCPD concentrations than Hamamura et al. (2006) but did not report any kidney effects. Taken together, these data suggest that the relevance of the rat kidney lesions observed in the Exxon (1980) study to humans cannot be discounted. Hence, the increased formation of hyaline droplets in the kidneys of male rats is considered the critical effect, with a LOAEL of 4.9 mg/m$^3$ and a NOAEL of 0.97 mg/m$^3$. No biologically significant toxicity was observed in female rats at any concentration tested (NOAEL of 49 mg/m$^3$, the highest concentration tested).

### F.2.27    n-Nonane, CASRN 111-84-2



**Tier 3 Representative Paraffin**

OECD SIDS

- NON-GUIDELINE STUDY, comparable to OECD 403: LC50 (rat)(4-hr) = 17000 mg/m$^3$ (3200 ppm)
- NON-GUIDELINE STUDY, comparable to OECD 403: LC50 (rat)(8-hr) = 23,733 mg/m$^3$ (4467 ppm)
- Test Guideline Not Specified: Moderately irritating in rats; scored by Draize method
- NON-GUIDELINE STUDY, comparable to OECD 471: Ames Assay. Negative in Salmonella with and without metabolic activation
- NON-GUIDELINE STUDY, comparable to OECD 408: 90-day oral toxicity study in rats and mice. Female Fischer 344 rats (10/group) and male C57Cl/6 mice (10/group) were administered the test substance via oral gavage at doses of 0, 100, 1000, or 5000 mg/kg/day for 7 days/week, 90 days. SIDS reported NOAEL = 100 mg/kg/day and LOAEL = 1000 mg/kg/day based on histopathological lesions (hyperplasia and hyperkeratosis with mild inflammation and multifocal minimal to mild necrosis in the alimentary tract; suppurative inflammation of nasal turbinates; in rats only, pulmonary effects consistent with aspiration of foreign material).
- NON-GUIDELINE STUDY, comparable to OECD 413: Subchronic inhalation toxicity study in rats. Male Albino Harlan-Wistar rats (25/group) were exposed to the test substance (purity=98.4%) via whole body inhalation at concentrations of 0, 1888, 3095, or 8393 mg/m$^3$ (~360, 590, 1600 ppm) for 6 hours/day, 5 days/week, over 13 weeks for a total of 63 exposures. NOAEC = 3095 mg/m$^3$ and LOAEC = 8393 mg/m$^3$ (590 ppm) based on weight changes and clinical signs (salivation, mild loss of coordination, fine tremors, lacrimation) at the high-dose.

PPRTV (EPA 2009g)

- Non-guideline study, comparable to OECD 403: LC50 (rat)(4-hr) = 17000 mg/m$^3$ (3200 ppm)
- Non-guideline study, comparable to OECD 403: LC50 (rat)(8-hr) = 23,733 mg/m$^3$ (4467 ppm)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

████████████████████████

- Non-guideline study, comparable to OECD 471: Ames Assay. Negative in Salmonella with and without metabolic activation
- Non-guideline study, comparable to OECD 408: 90-day oral toxicity study in rats and mice. Female Fischer 344 rats (10/group) and male C57Cl/6 mice (10/group) were administered the test substance via oral gavage at doses of 0, 100, 1000, or 5000 mg/kg/day for 7 days/week, 90 days. PRTV reported LOAEL = 100 mg/kg/day based on the lesions observed in the forestomach of rats and mice at all doses. No NOAEL.
- Test guideline not specified: 7-day range finding study in rats and mice. Female Fischer 344 rats (5/group) and male C57Cl/6 mice (5/group) were administered the neat test substance via oral gavage at doses of 0, 700, 1800, or 3600 mg/kg/day for 7 days. NO POD established. Neurobehavioral tests were inconclusive. Increased liver weights in mice ≥1800 mg/kg/day and increased spleen weights at 3600 mg/kg/day. In rats, decreased body weights at 3600 mg/kg/day.
- Non-guideline study, comparable to OECD 413: Subchronic inhalation toxicity study in rats. Male Albino Harlan-Wistar rats (25/group) were exposed to the test substance (purity=98.4%) via whole body inhalation at concentrations of 0, 1888, 3095, or 8393 mg/m$^3$ (~360, 590, 1600 ppm) for 6 hours/day, 5 days/week, over 13 weeks for a total of 63 exposures. NOAEC = 3095 mg/m$^3$ and LOAEC = 8393 mg/m$^3$ (590 ppm) based on weight changes and clinical signs (salivation, mild loss of coordination, fine tremors, lacrimation) at the high-dose.
- Test guideline not specified: Short-term repeated dose study in rats. Female Harlan-Wistar rats (10/group) were exposed to the test substance at a concentration of 12000 mg/m$^3$ for 2 consecutive days. No POD. Within 3-hrs, poor coordination, tremors, and clonic spasms observed.
- Test guideline not specified: Short-term repeated dose study in rats. Female Harlan-Wistar rats (10/group) were exposed to the test substance at a concentration of 10000 mg/m$^3$ for 6 hours/day, 3 consecutive days. After a period of rest (one weekend), rats were exposed for an additional 4 days. No POD. Minor coordination loss, mild tremors, ad slight irritation of the eyes and extremities observed.

NTP

- NTP Protocol: Ames Test. Negative in Salmonella with and without metabolic activation

### F.2.28   Pyrene, CASRN 129-00-0



**Tier 3 Representative Aromatic**

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

████████████████████████████

**PPRTV for Pyrene (2007)**

- Test Guideline Not Specified: 13-week oral gavage study in CD-1 mice (20/sex/dose) at doses of 0, 75, 125, or 250 mg/kg/day in corn oil. NOAEL = 75 mg/kg/day and LOAEL = 125 mg/kg/day based on nephropathy (multiple foci of renal tubular regeneration, interstitial lymphocytic infiltrates, foci of interstitial fibrosis) and decreased kidney weights. IRIS RfD = 0.25 mg/kg/day or 3E-2 mg/kg/day

**Table G-1. Petroleum Constituent Inhalation PODs Considered for Assessment of Waste Plastics**

| Name | CASRN | # of Carbons | PIONA Class | POD type | Adjusted POD (mg/m$^3$) | Study Type | Hazard Endpoint | Reference |
|---|---|---|---|---|---|---|---|---|
| Benzo[a]pyrene | 50-32-8 | 20 | A | LOAEC | 0.0042 | Inhalation | Decreased embryo/fetal survival | Archibong et al. (2002) as cited in EPA (2017) |
| 1-Methyl naphthalene | 90-12-0 | 11 | A | LOAEC | 0.54 | 13 week rat inhalation study | Mucous cell hyperplasia in nasopharyngeal tissues of males | Kim et al. (2020) |
| 2-Methyl naphthalene | 91-57-6 | 11 | A | NOAEC | 0.36 | 4 week inhalation study in rats | Histopathology changes in lungs (mononuclear cell infiltration, proteolysis, increased goblet cell numbers) and liver (bile duct hyperplasia) | Świercz et al. (2011) |
| Dicyclopenta diene | 77-73-6 | 10 | O | NOAEC | 0.97 | Subchronic rat inhalation study | Increased hyaline droplets in proximal convoluted tubules in male rat kidneys | Exxon Chemical Company (1980); Dodd et al. (1982); Bevan et al. (1992) as cited in EPA (2014) |
| Benzene | 71-43-2 | 6 | A | BMCL$_{1SD}$ | 8.2 | Subchronic occupational study | Decreased lymphocyte count | Rothman et al. (1996) as cited in EPA (2003a) IRIS and EPA (2009a) |
| 1,2,4-Trimethyl benzene | 95-63-6 | 9 | A | BMCL | 25.1 | Subchronic rat inhalation neurotoxicity study | Decreased pain sensitivity in rats exposed to 1,2,4-TMB | Korsak and Rydzynski (1996) as cited in EPA (2016a) |
| 1,1-Biphenyl | 92-52-4 | 12 | A | BMCL$_{10}$ | 32.8 | Inhalation | Congestion and edema in the liver and kidneys | Cannon Laboratories Inc. (1977) as cited in EPA (2011a) |
| n-Nonane | 111-84-2 | 9 | P | NOAEC | 554 | Subchronic rat inhalation study | Consistent suppression of weight gain and clinical signs at 8,400 mg/m3 | Carpenter et al. (1978) as cited in OECD (2010a) |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

**Table G-1. Petroleum Constituent Inhalation PODs Considered for Assessment of Waste Plastics**

| Name | CASRN | # of Carbons | PIONA Class | POD type | Adjusted POD ($mg/m^3$) | Study Type | Hazard Endpoint | Reference |
|------|-------|--------------|-------------|----------|-------------------------|------------|-----------------|-----------|
| 2-Methyl propene | 115-11-7 | 4 | O | NOAEC | 819 | Combined Chronic Toxicity/Carcinogenicity Study | Hyaline degeneration of olfactory epithelium and hypertrophy of goblet cells lining the nasopharyngeal duct | NTP (1998) as cited in OECD (2004b) |
| 2-Methyl pentane | 107-83-5 | 6 | I | **LOAEC** | 1420 | Subchronic rat inhalation neurotoxicity study | Decreased body weight gain; No effects on hindlimb spread or tibial nerve histology | Frontali et al. (1981) |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

**Table G-2. Petroleum Constituent Oral PODs Considered for Assessment of Waste Plastics**

| Chemical Name | CASRN | # of Carbons | PIONA Class | POD type | Adjusted POD (mg/kg/day) | Study Type | Hazard Endpoint | Reference |
|---|---|---|---|---|---|---|---|---|
| Benzo[a]pyrene | 50-32-8 | 20 | A | $BMDL_{1SD}$ | 0.092 | Neurodevelopmental study in rats | Neurobehavioral changes | Chen et al. (2012) as cited in EPA (2017) |
| Benzene | 71-43-2 | 6 | A | BMDL | 1.2 | RTR extrapolation | Decreased lymphocyte count | Rothman et al. (1996) as cited in EPA (2003a) and EPA (2009a) |
| n-nonane | 111-84-2 | 9 | P | BMDL | 3.13 | 90 day mouse study | Proliferative forestomach lesions | Dodd et al. (2003) as cited in EPA (2009g) |
| 1,2,4-Trimethyl benzene | 95-63-6 | 9 | A | $BMDL_{HED}$ | 3.5 | RTR via PBPK | Decreased pain sensitivity in rats exposed to 1,2,4-TMB | Korsak and Rydzynski (1996) as cited in U.S. EPA (2016a) |
| 2-Methyl naphthalene | 91-57-6 | 11 | A | $BMDL_{05}$ | 3.5 | 81 week diet study in mice | Pulmonary alveolar proteinosis | Murata et al. (1997) as cited in EPA (2007a) |
| Dicyclopentadiene | 77-73-6 | 10 | O | NOAEL | 4 | Oral combined repeat dose and developmental/ reproductive screening | Kidney and adrenal effects in males | MHW (1997a) as cited in Health Canada (2019) |
| 1-Methyl naphthalene | 90-12-0 | 11 | A | LOAEL | 71.6 | 81 week diet study in mice | Pulmonary alveolar proteinosis | Murata et al. (1993) as cited in EPA (2008a) |
| 1,1-Biphenyl | 92-52-4 | 12 | A | $BMDL_{05}$ | 9.59 | Developmental toxicity study | Fetal skeletal anomalies | Khera et al. (1979) as cited in EPA (2011a) |
| 1-Methyl naphthalene | 90-12-0 | 11 | A | NOAEL | 50 | Oral combined repeat dose and developmental/ reproductive screening | Increased liver weight in males and females; increased kidney weight in males | METI (2009) |
| 1,1-Biphenyl | 92-52-4 | 12 | A | $BMDL_{10}$ | 58 | 2 year diet study | Renal papillary mineralization in male rats | Umeda et al. (2002) as cited in U.S. EPA (2013) |
| Pyrene | 129-00-0 | 16 | A | NOAEL | 75 | 90-day oral mouse study | Nephropathy and decreased kidney weights | EPA (1989a) as cited in EPA (1990a) and EPA (2007b) |
| 2-Methyl | 107-83-5 | 6 | I | LOAEL | 1000 | 4-8 week rat oral | Slightly decreased distal | Ono et al. (1981) |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

**Table G-2. Petroleum Constituent Oral PODs Considered for Assessment of Waste Plastics**

| Chemical Name | CASRN | # of Carbons | PIONA Class | POD type | Adjusted POD (mg/kg/ day) | Study Type | Hazard Endpoint | Reference |
|---|---|---|---|---|---|---|---|---|
| pentane | | | | | | neurotoxicity study | and proximal mixed nerve conduction velocity | |
| 1,3-Pentadiene | 504-60-9 | 5 | O | NOEL | 100 | Oral combined repeat dose and developmental/ reproductive screening | Transient decrease in food consumption in maternal animals at 1000 mg/kg/day; no adverse reproductive/development al effects at highest dose on P or F1 generations | Exxon Biochemical Sciences, Inc. (1992) as cited in OECD (1994) |
| 2-Methyl propene | 115-11-7 | 4 | O | NOAEL | 148.6 | 28-Day Repeated Dose Oral Toxicity in Rodents | No adverse effects | Hazleton (1986) as cited in OECD (2004b) |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

**References for Appendix G**

1. Andrew, F.D., R.L. Buschbom, W.C. Cannon, et al. (1981). Teratologic assessment of ethylbenzene and 2- ethoxyethanol. Battelle Pacific Northwest Laboratory, Richland, WA. PB 83- 208074, 108; as cited in EPA (1991)

2. Archibong, AE; Inyang, F; Ramesh, A; Greenwood, M; Nayyar, T; Kopsombut, P; Hood, DB; Nyanda, AM. (2002). Alteration of pregnancy related hormones and fetal survival in F-344 rats exposed by inhalation to benzo(a)pyrene. Reprod Toxicol 16: 801-808; as cited in EPA (2017).

3. ATSDR (Agency for Toxic Substances and Disease Registry). (2005). Toxicological Profile for Naphthalene, 1-Methylnaphthalene, and 2-Methylnaphthalene. U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. August 2005.

4. BCL (Battelle's Columbus Laboratories) (1980). Unpublished subchronic toxicity study: naphthalene (C52904), Fischer 344 rats. Report to U.S. Department of Health and Human Services, National Toxicology Program, Research Triangle Park, NC, by Battelle's Columbus Laboratories, Columbus, OH, under subcontract no. 76-34-106002. As cited in EPA (1998).

5. Bevan, C; Snellings, WM; Dodd, DE; et al. (1992). Subchronic toxicity study of dicyclopentadiene vapor in rats. Toxicol Ind Health 8(6):353–367; as cited in EPA (2014)

6. Cannon Laboratories Inc. (1977) 90-day inhalation toxicity study of biphenyl (99 + % purity) in CD1 mice. Cannon Laboratories, Inc., Reading, PA. 061475. As cited in EPA (2011).

7. Carpenter C, Geary D Jr, Myers R, et al. (1978). Petroleum hydrocarbon toxicity studies XVII. Animal response to n-nonane vapor. Tox. Appl. Pharmacol. 44, 53-61; as cited in OECD (2010a)

8. Chen, C; Tang, Y; Jiang, X; Qi, Y; Cheng, S; Qiu, C; Peng, B; Tu, B. (2012). Early postnatal benzo(a)pyrene exposure in Sprague-Dawley rats causes persistent neurobehavioral impairments that emerge postnatally and continue into adolescence and adulthood. Toxicol Sci 125: 248-261. As cited in EPA (2017).

9. Chung YH, Shin S-H, Han JH, and Lee Y-H. (2016). Subacute inhalation toxicity of 3-methylpentane. Toxicol Res. 32(3):245-250.

10. Cushman, JR, JC Norris, DE Dodd, et al. (1995). Subchronic inhalation toxicity assessment of cumene in Fischer 344 rats. J. Am. Coll. Toxicol. 14(2): 129-147; as cited in EPA (1997)

11. Daniel, E.M. (1995). Combined Repeated Dose Toxicity Study/Reproduction/ Developmental Toxicity Screening Test in Rats with 1-Tetradecene, Springborn Laboratories, Inc., Spencerville, Ohio. Chemical Manufacturers Association, Alpha Olefins Panel, sponsor. As cited in OECD (2000).

12. Dodd, DE; Longo, LC; and Eisler, DL. (1982) Ninety-day vapor inhalation study on rats and mice. Bushy Run Research Center, Export, PA; report 44–520. Created for Exxon Chemical Company, East Millston, NJ; as cited in EPA (2014)

13. Dodd, D.R., Wolfe, R.E., Pollard, D.L., et al. (2003). 90-day oral toxicity study on *n*-nonane in female Fisher 344 rats and male C57BL/6 mice. United States Air Force Research Laboratory, AFRL-HE-WP-TR-2002-0137; as cited in EPA (2009g).

14. Dotti A, Dubach-Powell, JR, Biederman K, and Weber K. (1994). 4-Week Oral Toxicity (gavage) Study with 1-Hexene in the Rat. RCC Project 332695. As cited in OECD (2000).

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

15. DSM, Beek, the Netherlands (1986). Sponsor, Civo Institutes TNO, Report No. V86.408/251091. Subchronic (90-day) Oral Toxicity Study with Octene-1 in Rats. H.P. Til et al. authors, Sept. 1986, Project No. B 85-1091. As cited in OECD (2000).

16. DuPont HLR. (1997a) Reproductive and fertility effects with cyclohexane inhalation multigeneration reproduction study in rats, with cover letter dated 4/18/97. Submitted by Chemical Manufacturers Association, Cyclohexane Panel; E.I. du Pont de Nemours and Company, Haskell Laboratory for Toxicology and Industrial Medicine to U.S. EPA under TSCA Section 4. U.S. EPA Document No. 44640. Fiche No. OTS0558881; as cited in EPA (2003c) and EPA (2010a).

17. EPA (1988). Mouse Oral Subchronic Toxicity of Fluorene. Study conducted by Toxicity Research Laboratories, Muskegon, MI for the U.S. EPA Office of Solid Waste, Washington DC. As cited in EPA (1990c) and EPA (2012b).

18. EPA (1989a). Mouse Oral Subchronic Toxicity of Pyrene. Study conducted by Toxicity Research Laboratories, Muskegon, MI for the U.S. EPA Office of Solid Waste, Washington DC. As cited in EPA (1990b) and EPA (2007b).

19. EPA (1989b). Mouse Oral Subchronic Toxicity of Fluoranthene. Study conducted by Toxicity Research Laboratories, Muskegon, MI for the U.S. EPA Office of Solid Waste, Washington DC. As cited in EPA (1990b) and EPA (2012b).

20. EPA (1989c). Mouse Oral Subchronic Toxicity of Acenaphthene. Study conducted by Toxicity Research Laboratories, Muskegon, MI for the U.S. EPA Office of Solid Waste, Washington DC. As cited in EPA (1990d) and EPA (2011b)

21. EPA (1990a) Integrated Risk Information System Summary for Pyrene. File first on-line 09/01/1990. Accessed 9/27/2021.

22. EPA (1990b) Integrated Risk Information System Summary for Fluoranthene. File first on-line 09/01/1990. Accessed 9/27/2021.

23. EPA (1990c) Integrated Risk Information System Summary for Fluorene. File first on-line 11/01/1990. Accessed 9/27/2021.

24. EPA (1990d) Integrated Risk Information System Summary for Acenaphthene. File first on-line 11/01/1990. Accessed 9/27/2021.

25. EPA (1990e) Integrated Risk Information System Summary for Anthracene. File first on-line 9/01/1990. Accessed 9/27/2021.

26. EPA (1991). Integrated Risk Information System Summary for Ethylbenzene. File first on-line 01/31/1987. Accessed 9/27/2021.

27. EPA (1997). Toxicological Review of Cumene [Isopropylbenzene](CAS No. 98-82-8) in Support of Summary Information on the Integrated Risk Information System. U.S. Environmental Protection Agency, Washington DC. June 1997.

28. EPA (1998). Toxicological Review of Naphthalene (CAS No. 91-20-3). In Support of Summary Information on the Integrated Risk Information System. U.S. Environmental Protection Agency, Washington DC. August 1998

29. EPA (2003a). Toxicological Review of Benzene (Noncancer Effects) (CAS No. 71-43-2). In Support of Summary Information on the Integrated Risk Information System. U.S. Environmental Protection Agency, Washington DC. April 2003.

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

30. EPA (2003b). Toxicological Review of Xylenes (CAS No. 1330-20-7). In Support of Summary Information on the Integrated Risk Information System. U.S. Environmental Protection Agency, Washington DC. January 2003.

31. EPA (2003c). Toxicological Review of Cyclohexane (CAS No. 110-82-7) in Support of Summary Information on the Integrated Risk Information System. U.S. Environmental Protection Agency, Washington DC. August 2003.

32. EPA (2005a). Toxicological Review of Toluene (CAS No. 108-88-3). In Support of Summary Information on the Integrated Risk Information System. U.S. Environmental Protection Agency, Washington DC. September 2005.

33. EPA (2005b). Toxicological Review of n-Hexane (CAS No. 110-54-3). In Support of Summary Information on the Integrated Risk Information System. U.S. Environmental Protection Agency, Washington DC. November 2005.

34. EPA (2007a). Provisional Peer-Reviewed Toxicity Values for 2-Methylnaphthalene (CASRN 91-57-6). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 18, 2007.

35. EPA (2007b). Provisional Peer-Reviewed Toxicity Values for Pyrene (CASRN 129-00-0). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 5, 2007.

36. EPA (2008a). Provisional Peer-Reviewed Toxicity Values for 1-Methylnaphthalene (CASRN 90-12-0). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. January 10, 2008

37. EPA (2008b). Provisional Peer-Reviewed Toxicity Values for Tetramethylcyclohexane (CASRN 30501-43-0). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. May 20, 2008

38. EPA (2009a). Provisional Peer-Reviewed Toxicity Values for Benzene (CASRN 71-43-2). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 29, 2009

39. EPA (2009b). Provisional Peer-Reviewed Toxicity Values for Xylenes (CASRN 1330-20-7)). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 30, 2009

40. EPA (2009c). Provisional Peer-Reviewed Toxicity Values for Toluene (CASRN 108-88-3). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 29, 2009

41. EPA (2009d). Provisional Peer-Reviewed Toxicity Values for n-Hexane (CASRN 110-54-3). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National

Center for Environmental Assessment, Office of Research and Development. September 30, 2009

42. EPA (2009e). Provisional Peer-Reviewed Toxicity Values for Ethylbenzene (CASRN 100-41-4). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 10, 2009

43. EPA (2009f). Provisional Peer-Reviewed Toxicity Values for n-Pentane (CASRN 109-66-0). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 17, 2009

44. EPA (2009g). Provisional Peer-Reviewed Toxicity Values for n-Nonane (CASRN 111-84-2). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 28, 2009

45. EPA (2009h). Provisional Peer-Reviewed Toxicity Values for Methylcyclopentane (CASRN 96-37-7). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 15, 2009

46. EPA (2009i). Provisional Peer-Reviewed Toxicity Values for n-Decane (CASRN 124-18-5). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 17, 2009

47. EPA (2009j). Provisional Peer-Reviewed Toxicity Values for Anthracene (CASRN 120-12-7). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. June 15, 2009

48. EPA (2010a). Provisional Peer-Reviewed Toxicity Values for Cyclohexane (CASRN 110-82-7). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 29, 2010.

49. EPA (2010b). Provisional Peer-Reviewed Toxicity Values for n-Butylbenzene (CASRN 104-51-8). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 13, 2010.

50. EPA (2011a). Provisional Peer-Reviewed Toxicity Values for 1,1-Biphenyl (CASRN 92-52-4). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. April 4, 2011.

51. EPA (2011b). Provisional Peer-Reviewed Toxicity Values for Acenaphthene (CASRN 83-32-9). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. April 6, 2011.

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

52. EPA (2012a). Provisional Peer-Reviewed Toxicity Values for Cyclohexene (CASRN 110-83-8). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. December 4, 2012.

53. EPA (2012b). Provisional Peer-Reviewed Toxicity Values for Fluoranthene (CASRN 206-44-0). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. December 27, 2012

54. EPA (2013). Toxicological Review of Biphenyl (CASRN 92-52-4). U.S. Environmental Protection Agency, Integrated Risk Information System, National Center for Environmental Assessment, Office of Research and Development, Washington DC. August, 2013

55. EPA (2014). Provisional Peer-Reviewed Toxicity Values for Dicyclopentadiene (CASRN 77-73-6). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. January 8, 2014.

56. EPA (2015). Provisional Peer-Reviewed Toxicity Values for 2,4,4-Trimethylpentene (CASRN 25167-70-8). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 24, 2015.

57. EPA (2016a). Toxicological Review of Trimethylbenzenes (CASRNs. 25551-13-7, 95-63-6, 526-73-8, and 108-67-8). U.S. Environmental Protection Agency, Integrated Risk Information System, National Center for Environmental Assessment, Office of Research and Development, Washington DC. September 2016.

58. EPA (2016b). Provisional Peer-Reviewed Toxicity Values for n-Heptane (CASRN 142-82-5). U.S. Environmental Protection Agency, Superfund Health Risk Technical Support Center, National Center for Environmental Assessment, Office of Research and Development. September 8, 2016

59. EPA (2017). Toxicological Review of Benzo(a)pyrene (CASRN 50-32-8). U.S. Environmental Protection Agency, Integrated Risk Information System, National Center for Environmental Assessment, Office of Research and Development, Washington DC. January, 2017

60. Exxon Biochemical Sciences, Inc., 92 MRL 90, (1992), as cited in OECD (1994).

61. Exxon Chemical Company (1980). Letter from Exxon Chemical Company to USEPA submitting information on dicyclopentadiene preliminary results. Exxon Chemical Company, Houston, TX, NTIS No. OTS-0204864, Report No. 8HEQ09800364; as cited in EPA (2014)

62. Frontali N, Amantini MC, Spagnoli A, et al. (1981). Experimental Neurotoxicity and Urinary Metabolites of the C5-C7 Aliphatic Hydrocarbons Used as Glue Solvents in Shoe Manufacture. Clin Toxicol 18(12):1357-1367.

63. Gagnaire F, B. Marignac, and J. De Ceaurrez. (1990). Diethylbenzene-induced sensorimotor neuropathy in rats. J. Appl. Toxicol. 10(2):105-112.

64. Gagnaire F, M.N. Becker, and J. De Ceaurriz. (1992) Alteration of brainstem auditory evoked portentials in diethylbenzene and diacetylbenzene-treated rats J. Appl. Toxicol. 12(5):343-350.

65. Gagnaire, F., C. Langlais, S. Grossmann et al. (2007). Ototoxicity in rats exposed to ethylbenzene and to two technical xylene vapours for 13 weeks. Arch. Toxicol. 81(2):127–143; as cited in EPA (2009e)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

66. Halder C.A., C.E. Holdsworth, B.Y. Cockrell, and V.J. Piccirillo. (1985). Hydrocarbon nephropathy in male rats: Identification of the nephrotoxic components of unleaded gasoline. Toxicol. Ind. Health 1(3):67-87
67. Hardin, B.D., G.P. Bond, M.R. Sikov et al. (1981). Testing of selected workplace chemicals for teratogenic potential. Scand. J. Work Environ. Health. 7(Suppl 4):66–75; as cited in EPA (1991)
68. Hazleton (1986). Isobutylene: 4 Week Oral (Gavage) Toxicity Study in the Rat. Hazleton Laboratories Europe, Ltd., Report No. 4372-13/21. As cited in OECD (2004b).
69. Health Canada (2019). Draft screening assessment 4,7-Methano-1-H-indene, 3a,4,7,7a-tetrahydro- (Dicyclopentadiene). Chemical Abstracts Service Registry Number 77-73-6. Environment and Climate Change Canada, Health Canada. December 2019.
70. Huang, J., K. Kato, E. Shibata et al. (1989). Effects of chronic n-hexane exposure on nervous system-specific and muscle-specific proteins. Arch. Toxicol. 63:381–385; as cited in EPA (2005b) and EPA (2009d)
71. Huls AG (1995). A 28-day subacute oral toxicity study (gavage) of tetrahydronaphthalin in the rat. Report No. SA-94/0099 (unpublished). As cited in OECD (2004a).
72. Huntingdon (2003). 1-Butene: A combined repeated exposure toxicity, reproduction and neurotoxicity screening in rats via whole body inhalation exposures. Huntingdon Life Sciences Report No. 02-4224; as cited in OECD (2004c,d)
73. Huntingdon Life Sciences. (1997). 2,4,4-trimethyl pentene: Reproductive developmental toxicity screening test by oral gavage administration to CD Rats. (96/SOC009/1097). Suffolk, England. As cited in EPA (2015).
74. Izumi, H., Kimura, E., Ota, T., and Shimazu, S. (2005). A two-generation reproductive toxicity study of n-butylbenzene in rats. The Journal of Toxicological Sciences, 30 (Special Issue): 21–38. As cited in EPA (2010b).
75. Johannsen, F.R. and G.J. Levinskas. (1987). Acute and subchronic toxicity of tetramethylcyclohexanes. J. Appl. Toxicol. 7(4):245-248. As cited in EPA (2008b).
76. Khera, KS; Whalen, C; Angers, G; et al. (1979) Assessment of the teratogenic potential of piperonyl butoxide, biphenyl, and phosalone in the rat. Toxicol Appl Pharmacol 47(2):353–358. As cited in EPA (2011a).
77. Kim, A; Park, M; Yoon, T.K., et al. (2011). Maternal exposure to benzo(b)fluoranthene disturbs reproductive performance in male offspring mice. Toxicology Letters 203:54-61.
78. Kim, Y-S; Lee, M-J; Seo, D-S et al. (2020). Thirteen-week inhalation toxicity study of 1-methylnaphthalene in F344 rats. Toxicol. Res. 36:13-20.
79. Korsak, Z., J.A. Sokal and R. Gómy. (1992). Toxic effects of combined exposure to toluene and m-xylene in animals. III. Subchronic inhalation study. Pol. J. Occup. Med. Environ. Health. 5(1):27–33; as cited in EPA (2003b) and EPA (2009b)
80. Korsak, Z; Rydzyński, K. (1996). Neurotoxic effects of acute and subchronic inhalation exposure to trimethylbenzene isomers (pseudocumene, mesitylene, hemimellitene) in rats. Int J Occup Med Environ Health 9: 341-349; as cited in U.S. EPA (2016a)
81. Kreckmann, KH; Baldwin, JK; Roberts, LG; Staab, RJ; Kelly, DP; Saik, JE. (2000) Inhalation developmental toxicity and reproduction studies with cyclohexane. Drug Chem Toxicol 23(4): 555–573; as cited in EPA (2003c) and EPA (2010a)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

82. McKee, R., E. Frank, J. Heath et al. (1998). Toxicology of n-pentane (CAS No. 109-66-0). J. Appl. Toxicol. 18:431–442; as cited in EPA (2009f)

83. McKee RH, Herron D, Saperstein M, et al. (2014). The toxicological properties of petroleum gases. Int J Toxicol 33(S1): 28S-51S.

84. Mellert, W., K. Deckardt, W. Kaufmann et al. 2007. Ethylbenzene: 4- and 13-week rat oral toxicity. Arch. Toxicol. 81:361–370. As cited in EPA (2009e).

85. METI (Ministry of Economy, Trade, and Industry). (2009). 1-Methylnaphthalene: [Combined repeat dose and reproductive/developmental toxicity screening test of 1-methylnaphthalene by oral administration in rats] (study in Japanese). Japanese Ministry of Economy, Trade, and Industry. Shiga Research Institure. National Institute of Technology and Evaluation. Available online at www.nite.go.jp/chem/jcheck

86. MHLW (Ministry of Health, Labour and Welfare). (2001a,b) Combined repeat dose and reproductive/developmental toxicity screening test of cyclohexene in rats. Tokyo: Ministry of Health, Labour and Welfare. As cited in EPA (2012).

87. MHLW (Ministry of Health, Labour, and Welfare). (2003a,b,c,d). Results summary of carcinogenicity studies of inhaled cyclohexene. Tokyo: Ministry of Health, Labour, and Welfare. Available online at http://www.mhlw.go.jp/shingi/2005/02/s0204-6f.html. (Japanese); as cited in EPA (2012a).

88. MHW (Ministry of Health and Welfare [Japan]). (1995). Twenty-eight-day Repeat Dose Oral Toxicity Test of Triisobutylene in Rats. As cited in OECD (2012c)

89. MHW (Ministry of Health and Welfare [Japan]). (1997a). Combined Repeat Dose and Reproductive/Developmental Toxicity Screening Test of Dicyclopentadiene by Oral Administration in Rats. As cited in Health Canada (2019).

90. MHW, Japan (1997b) [Full citation not available], as cited in OECD (1998)

91. Murata, Y., A. Denda, H. Maruyama et al. (1997). Chronic toxicity and carcinogenicity studies of 2-methylnaphthalene in B6C3F1 mice. Fund. Appl. Toxicol. 36:90-93. As cited in EPA (2007a)

92. Murata, Y., A. Denda, H. Maruyama and Y. Konishi. 1993. Chronic toxicity and carcinogenicity studies of 1-methylnaphthalene in B6C3F1 mice. Fund. Appl. Toxicol. 21:44-51. As cited in EPA (2008a)

93. NTP (National Toxicology Program). (1986). NTP technical report on the toxicology and carcinogenesis of xylenes (mixed) (60% m-xylene, 13.6% p-xylene, 17.0% ethylbenzene, and 9.1% o-xylene) in F344/N rats and B6C3F1 mice (gavage studies). Research Triangle Park, NC. NTP TR 327, NIH Publ. No. 86-2583. As cited in EPA (2003b).

94. NTP (National Toxicology Program). (1990). Toxicology and carcinogenesis studies of toluene (CAS No. 108-88-3) in F344/N rats and B5C3F1 mice (inhalation studies). Public Health Service, U.S. Department of Health and Human Services; NTP TR-371. Research Triangle Park, NC. As cited in EPA (2005a) and EPA (2009c).

95. NTP (U.S. National Toxicology Program) (1991). Developmental toxicity of naphthalene (CAS No. 91-20-3) administered by gavage to Sprague-Dawley (CD) rats on gestational days 6 through 15. Final study report and appendix. National Toxicology Program, National Institute of Environmental Health Sciences, U.S. Department of Health and Human Services, Public Health

Service, National Institutes of Health, Research Triangle Park, NC. TER91006. As cited in ATSDR (2005).

96. NTP (U.S. National Toxicology Program) (1992a) Toxicology and carcinogenesis studies of naphthalene (CAS no. 91-20-3) in B6C3F1 mice (inhalation studies). U.S. Department of Health and Human Services, National Institutes of Health, Rockville, MD. Technical report series no. 410. NIH pub. no. 92-3141; as cited in U.S. EPA (1998)

97. NTP (U.S. National Toxicology Program) (1997b). 13-Week subchronic inhalation toxicity study of tetralin - mice (Abstract and selected tables). Report "151; 13-Wk SC Tet/M" (unpublished); as cited in OECD (2004a)

98. NTP (U.S. National Toxicology Program) (1998). Technical report on the toxicology and carcinogenesis studies of isobutene (CAS NO. 115-11-7) in F344/N rats and B6C3F1 mice (inhalation studies); as cited in OECD (2004b)

99. NTP (U.S. National Toxicology Program) (2011). Toxicology and Carcinogenesis Studies of Tetralin (CAS No 119-64-2) in F344/N rats and B6C3F1 Mice and a Toxicology Study of Tetralin in Male NBR rats (Inhalation studies). National Toxicology Program, Research Triangle Park NC. April 2011.

100. OECD (1994). SIDS Dossier for 1,3-Pentadiene (CASRN 504-60-9).

101. OECD (1998). SIDS Initial Assessment Profile for (1-Methylethenyl)benzene (CASRN 98-83-9).

102. OECD (2000). SIDS Initial Assessment Report: Alfa Olefins. UNEP Publications.

103. OECD (2004a). SIDS Initial Assessment Report for SIAM 18: 1,2,3,4-Tetrahydronaphthalene (CAS No. 119-64-2) UNEP Publications.

104. OECD (2004b). SIDS Dossier for 2-Methylpropene LOAT (CASRN 115-11-7)

105. OECD (2004c). SIDS Dossier for But-1-ene LOAT (CASRN 106-98-9)

106. OECD (2004d). SIDS Dossier for Butene LOAT (CASRN 25167-67-3)

107. OECD (2007). SIDS Initial Assessment Profile for Diethylbenzene, mixed isomers. April, 2007.

108. OECD (2010a). SIDS Initial Assessment Report for SIAM 30: C7-C9 Aliphatic Hydrocarbon Solvents Category UNEP Publications.

109. OECD (2010b). SIDS Initial Assessment Profile for SIAM 30: n-Undecane, CASRN 1120-21-4. UNEP Publications.

110. OECD (2012a). SIDS Initial Assessment Profile for 3a,4,7,7a-Tetrahydroindene (CASRN 3048-65-5).

111. OECD (2012b). SIDS Initial Assessment Profile for C9-C14 Aliphatic [≤ 2% aromatic] Hydrocarbon Solvents Category. October, 2012.

112. OECD (2012c,d,e). SIDS Dossier, SIDS Initial Targeting Assessment Report, and SIDS Initial Targeted Assessment Profile for Triisobutylene

113. OECD (Undated). SIDS Initial Assessment Profile for C5 Aliphatic Hydrocarbon Solvents Category.

114. Ono Y, Takeuchi Y, and Hisanaga N. (1981). A comparative study on the toxicity of n-hexane and its isomers on the peripheral nerve. Int. Arch. Occup. Environ. Health 48:289-294.

115. Rothman, N., G.L. Li, M. Dosemeci et al. (1996). Hematotoxicity among Chinese workers heavily exposed to benzene. Am. J. Ind. Med. 29:236-246; as cited in EPA (2003a) and EPA (2009a)

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

116. Sasol NA (1995) Initial submission: Combined repeated dose toxicity study w/the reproductive/ developmental toxicity screening test in rats by oral route, with cover letter dated 121801. TSCATS Section 8E. OTS0574257. As cited in EPA (2009i)

117. Shell Development Company (1984). 90-Day Vapor Inhalation Study in Rats with NEODENE 6 Alpha Olefin, WTP-207, July 1984 (unpublished report); as cited in OECD (2000)

118. Simonsen, L; Lund, SP. (1995). Four weeks inhalation exposure to n-heptane causes loss of auditory sensitivity in rats. Basic Clin Pharmacol Toxicol 76: 41-46. http://dx.doi.org/10.1111/j.1600-0773.1995.tb00100.x; as cited in EPA (2016b)

119. Sung JH, Choi B-G, Kim HY, et al. (2010). Acute and subchronic inhalation toxicity of n-octane in rats. Safety Health Work 1:192-200.

120. Świercz R; Wąsowicz, W; Stetkiewicz, J et al. (2011). 4-Week inhalation toxicity of 2-methylnaphthalene in experimental animals. Int. J. Occup. Med. And Environ. Health 24(4):399-408.

121. Treon J, Crutchfield W Jr and Kitzmiller K (1943). The physiological response of animals to cyclohexane, methylcyclohexane, and certain derivatives of these compounds. II Inhalation. J. Indust. Hygiene Toxicol. 25(8), 323-346; as cited in OECD (2010)

122. Umeda, Y; Arito; H; Kano; H; Ohnishi, M; Matsumoto, M; Nagano, K; Yamamoto, S; Matsushima, T. (2002). Two-year study of carcinogenicity and chronic toxicity of biphenyl in rats. J Occup Health 44: 176-183. As cited in EPA (2013).

123. Wolf M.A., V.K. Rowe, D.D. McCollister et al. (1956). Toxicological studies of certain alkylated benzenes and benzene. Arch. Ind. Health 14:387-398. As cited in EPA (2009e) and EPA (1997).

124. Wolfe, G.W. (1988). Subchronic toxicity study in rats with m-xylene. Report by Hazleton Laboratories America, Inc. Sponsored by Dynamac Corporation, Rockville, MD. Project No. 2399-108. As cited in EPA (2009b).

125. Wolfe, G. (1989). Subchronic toxicity in mice with anthracene. Final Report. Hazelton Laboratories America, Inc. Prepared for the Office of Solid Waste. As cited in EPA (1990e) and EPA (2009j)

# Appendix H: Exposure Limit Calculations

### New Chemical Exposure Limit (NCEL) for Occupational Inhalation Exposures

| Case | POD Basis (Tier) | POD | Blood:Air Partition Coefficient ratio (animal/ human) | POD Exposure duration (hours/day) | POD Exposure Frequency (days/week) | Uncertainty Factor | NCEL, 8 h Time-weighted Average (mg/m3) |
|---|---|---|---|---|---|---|---|
| P-21-0144 | Tier 3 | 0.97 | 1 | 24 | 7 | 100 | 0.021 |
| P-21-0146 | Tier 3 | 3 | 1 | 6 | 5 | 1000 | 0.00117 |
| P-21-0148 | Tier 2 (POD 1) | 2200 | 1 | 6 | 7 | 100 | 12 |
| | Tier 2 (POD 2) | 2300 | 1 | 6 | 5 | 100 | 9.0 |
| | Tier 3 | 0.97 | 1 | 24 | 7 | 100 | 0.021 |
| P-21-0152 | Tier 3 | 0.025 | 1 | 4 | 7 | 1000 | 0.0000091 |
| P-21-0154 | Tier 3 | 0.025 | 1 | 4 | 7 | 1000 | 0.0000091 |

### Drinking Water Equivalent Level (DWEL$_{TSCA}$) for General Population Oral Exposures via Drinking Water

| Case | POD Basis | POD | Benchmark MOE | Adult DWEL mg/l (ppm) | Infant DWEL mg/l (ppm) |
|---|---|---|---|---|---|
| P-21-0144 | Tier 3 | 3.5 | 100 | 1 | 0.23 |
| P-21-0148 | Tier 2 (POD 1) | 500 | 100 | 132 | 33 |
| | Tier 2 (POD 2) | 500 | 1000 | 13 | 3.3 |
| | Tier 3 | 1.2 | 10 | 3 | 0.79 |
| P-21-0149 | Tier 2 | 500 | 1000 | 13 | 3 |
| P-21-0150 | Tier 3 | 3.13 | 100 | 0.83 | 0.21 |
| P-21-0152 | Tier 3 | 0.092 | 100 | 0.02 | 0.01 |
| P-21-0157 | Tier 3 | 3.5 | 100 | 0.92 | 0.23 |

[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]

NOT PART OF THE ADMINISTRATIVE RECORD

NR0001352

**Fish Ingestion Exposure Limit (FIEL) for General Population Fish Ingestion**

| Case | POD Basis | POD | Benchmark MOE | % of PMN | BCF | FIEL (ppb) |
|------|-----------|-----|---------------|----------|-----|------------|
| P-21-0144 | Tier 2 | 500 | 1000 | 100 | 7892 | 20 |
| | Tier 3 | 3.5 | 100 | 60 | 7892 | 2.1 |
| P-21-0145 | Tier 2 | 500 | 1000 | 100 | 33,260 | 4.3 |
| | Tier 3 | 3.13 | 100 | 3 | 33,260 | 8.99 |
| P-21-0148 | Tier 2 (POD 1) | 500 | 100 | 100 | 1023 | 1400 |
| | Tier 2 (POD 2) | 500 | 1000 | 100 | 1023 | 140 |
| | Tier 3 | 1.2 | 10 | 22 | 1023 | 150 |
| P-21-0149 | Tier 2 | 500 | 1000 | 100 | 1213 | 120 |
| | Tier 3 | 1000 | 1000 | 44.52 | 1213 | 530 |
| P-21-0150 | Tier 3 | 3.13 | 100 | 100 | 2014 | 4.5 |
| | Tier 3 | 3.13 | 100 | 11 | 2014 | 40 |
| P-21-0152 | Tier 3 | 0.092 | 100 | 100 | 3.2 | 82.44 |
| | Tier 3 | 0.092 | 100 | 93 | 3.2 | 88.64 |
| P-21-0155 | Tier 3 | 3.5 | 100 | 100 | 808,000 | 0.0124 |
| | Tier 3 | 3.5 | 100 | 77 | 808,000 | 0.016 |
| P-21-0156 | Tier 3 | 3.5 | 100 | 100 | 808,000 | 0.012 |
| | Tier 3 | 3.5 | 100 | 60 | 808,000 | 0.021 |
| P-21-0157 | Tier 3 | 3.5 | 100 | 100 | 1,690,000 | 0.00594 |
| | Tier 3 | 3.5 | 100 | 21 | 1,690,000 | 0.0283 |
| P-21-0158 | Tier 2 | 500 | 1000 | 100 | 4,710,000 | 0.0304 |
| | Tier 3 | 305 | 100 | 9 | 4,710,000 | 0.0237 |

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

# Appendix I: Acronyms and Abbreviations

A = aromatics

ACR = acute:chronic ratio

ADD = average daily dose

ADR = acute dose rate

AEGL = Acute Exposure Guideline Level

ALD = Approximate Lethal Dose

API = American Petroleum Institute

ATSDR = Agency for Toxic Substances and Disease Registry

BAF = bioaccumulation factor

BCF = bioconcentration factor

Benchmark MOE = benchmark margin of exposure typically considered to be an acceptable amount of exposure and not constitute a risk

BMCL = benchmark concentration lower confidence limit

$BMCL_{1SD}$ = benchmark concentration lower confidence limit using 1 standard deviation from control mean as benchmark response

BMDL = benchmark dose lower confidence limit

$BMDL_{1SD}$ = benchmark dose lower confidence limit using 1 standard deviation from control mean as benchmark response

BP = boiling point

bw = body weight

C = carbon number

CASRN = chemical abstracts service registry number

CHL = Chinese hamster lung

CHO = Chinese hamster ovary

ChV = chronic value

CNS = central nervous system

COC = concentration of concern

d = day

Da = Daltons

DNA = Deoxyribonucleic acid

DW = drinking water

DWEL = drinking water equivalent level

$EC_{50}$ = effective concentration for 50% of population

ECHA = European Chemicals Agency

EPI = EPI (Estimation Program Interface) Suite™

EU = European Union

F1 = first generation

F2 = second generation

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

FIEL = fish ingestion exposure limit

GC = gas chromatography

GD = gestation day

GHS = Globally Harmonized System

GI = gastrointestinal

h = hour

HC = US EPA Hazard Characterization

I = isoparaffins

i.p. = intraperitoneal

IRIS = Integrated Risk Information System

IUR = inhalation cancer unit risk

LADD = lifetime average daily dose

LAN-D = naphtha (petroleum), light alkylate distillate

$LC_{100}$ = lethal concentration for 100% of population

$LC_{50}$ = lethal concentration for 50% of population

LD = lactation day

$LD_{50}$ = lethal dose for 50% of population

$LOAEC_{adj}$ = lowest observed adverse effect concentration adjusted for continuous-equivalent exposure (24 hours/day, 7 days/week)

LOAEL = lowest observed adverse effect level

$LOAEL_{adj}$ = lowest observed adverse effect level adjusted for continuous-equivalent exposure (24 hours/day, 7 days/week)

LOEC = lowest observed effect concentration

LOEL = lowest observed effect level

$LOEL_{adj}$ = lowest observed effect level adjusted for continuous-equivalent exposure (24 hours/day, 7 days/week)

Log $K_{ow}$ = log octanol-water partition coefficient

Log P = log partition coefficient

MOE = margin of exposure

MP = melting point

MSDS (or SDS) = material safety data sheet

MW = molecular weight

N = Naphthenics

NCEL = New Chemical Exposure Limit

NCS = new chemical substance

NOAEC = no observed adverse effect concentration

$NOAEC_{adj}$ = no observed adverse effect concentration adjusted for continuous-equivalent exposure (24 hours/day, 7 days/week)

NOAEL = no observed adverse effect level

$NOAEL_{adj}$= lowest observed adverse effect level adjusted for continuous-equivalent exposure (24 hours/day, 7 days/week)

[**P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163**]

NOT PART OF THE ADMINISTRATIVE RECORD

NOEC = no observed effect concentration

NOEL = no observed effect level

$NOEL_{adj}$ = no observed effect level adjusted for continuous-equivalent exposure (24 hours/day, 7 days/week)

NTP = National Toxicology Program

O = olefins

OECD = Organisation for Economic Co-operation and Development

OPPTS = Office of Prevention, Pesticides and Toxic Substances

OSF = oral cancer slope factor

P = paraffins

PC = partition coefficient

PDD = permissible daily dose

PDR = potential dose rate

PIONA or P(I)ONA =Paraffin, Isoparaffin, Olefin, Naphthene, Aromatic

PMN = pre-manufacture notice

PND = postnatal day

POD = point of departure

PPRTV = Provisional Peer-Reviewed Toxicity Value

p-RfC = provisional reference concentration

p-RfD = provisional reference dose

QSAR = quantitative structure-activity relationship

$RD_{50}$ = concentration leading to 50% depression in respiratory rate

RfC = reference concentration

RfD = reference dose

SD = Sprague-Dawley

s-H2O = water solubility

SIDS = Screening Information Data Set

TSCA = Toxic Substances Control Act

TWA = time weighted average

v/v = volume:volume ratio

VP = vapor pressure

wk = week

Wt % = weight:weight ratio

**[P-21-0144 through 0150, P-21-0152 through 0158, and P-21-0160 through 0163]**

NOT PART OF THE ADMINISTRATIVE RECORD

# Exhibit 2

SANITIZED SUBMISSION

# Cover Letter

XXX

NOT PART OF THE ADMINISTRATIVE RECORD

Form Approved. O.M.B. No. 2070-0012. Approval Expires 12/31/2022

| U.S. ENVIRONMENTAL PROTECTION AGENCY | AGENCY USE ONLY |
|---|---|



| EPA | PREMANUFACTURE NOTICE | Date of receipt: | 07/19/2021 |
|---|---|---|---|
| | **FOR NEW CHEMICAL SUBSTANCES** | | |

| When completed, send this form to: | If sending by Courier<br>Office of Pollution Prevention and Toxics<br>Document Control Office (7407M)<br>US EPA, 1201 Constitution Ave NW<br>WASHINGTON, D.C. 20460<br>Contact Numbers: 202-564-8930/8940 | If sending by US Mail:<br>Office of Pollution Prevention and Toxics<br>Document Control Office (7407M)<br>US EPA, 1200 Pennsylvania Ave NW<br>WASHINGTON, D.C. 20460 | **Submission Report Number** |
|---|---|---|---|
| **Total Number of Pages** | | **TS Number** | |
| 47 | | PO0121 | |

**GENERAL INSTRUCTIONS**

- You must provide all information requested in this form to the extent that it is known to or reasonably ascertainable by you. Make reasonable estimates if you do not have actual data.
- Before you complete this form, you should read the "Instructions Manual for Premanufacture Notification" (the Instructions Manual is available from the Toxic Substances Control Act (TSCA) Information Service by calling 202-554-1404, or faxing 202-554-5603).
- If a fee has been remitted for this notice (40 CFR 700.45), indicate in the boxes above the TS fee identification number you may have generated. Remember, your fee ID number must also appear on your corresponding fee remittance. For mailing address information see the Help instructions in the e-PMN tool.

## Part I – GENERAL INFORMATION

You must provide the currently correct Chemical Abstracts (CA) Name of the new chemical substance, even if you claim the identity as confidential. You may authorize another person to submit chemical identity information for you, but your submission will not be complete and the review will not begin until EPA receives this information. A letter in support of your submission should reference your TS fee identification number. For all Section 5 Notice submissions (paper or electronic) you must submit an original notice including all test data; if you claimed any information as confidential, an original sanitized copy must also be submitted.

## Part II – HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

If there are several manufacture, processing, or use operations to be described in Part II, sections A and B of this notice, reproduce the sections as needed.

## Part III – LIST OF ATTACHMENTS

For paper submissions, attach additional sheets if there is not enough space to answer a question fully. Label each continuation sheet with the corresponding section heading. In Part III, list these attachments, any test data or other data and any optional information included in the notice.

## OPTIONAL INFORMATION

You may include any information that you want EPA to consider in evaluating the new substance. On page 11 of this form, space has been provided for you to describe pollution prevention and recycling information you may have regarding the new substance. "Binding" boxes are included throughout this form for you to indicate your willingness to be bound to certain statements you make in this section, such as use, production volume, protective equipment . . . The intention is to reduce delays that normally accompany the development of consent orders or Significant New Use Rules. Checking a "binding" box in a PMN does not by itself prohibit the submitter from later deviating from the information (except chemical identity) reported in the form; however, in the case of exemption applications (such as TMEA, LVE, LOREX) certain information provided in such notifications is binding on the submitter when the Agency approves the exemption application, especially if the production volume "binding" box is chosen in a LVE.

## CONFIDENTIALITY CLAIMS

You may claim any information in this notice as confidential. To assert a claim on the form, mark (X) the confidential box next to the information that you claim as confidential. To assert a claim in an attachment, circle or bracket the information you claim as confidential. If you claim information in the notices as confidential, you must also provide a sanitized version of the notice, (including attachments). For additional instructions on claiming information as confidential, read the Instructions Manual.

## TEST DATA AND OTHER DATA

You are required to submit all test data in your possession or control and to provide a description of all other data known to or reasonably ascertainable by you, if these data are related to the health and environmental effects on the manufacture, processing, distribution in commerce, use, or disposal of the new chemical substance. Standard literature citations may be submitted for data in the open scientific literature. Complete test data (written in English), not summaries of data, must be submitted if they do not appear in the open literature. You should clearly identify whether test data is on the substance or on an analog. Also, the chemical composition of the tested material should be characterized. Following are examples of test data and other data. Data should be submitted according to the requirements of §720.50 of the Premanufacture Notification Rule (40 CFR 720).

**Test Data (Check Below any included in this notice)**

| | | | |
|---|---|---|---|
| ☐ | Environmental fate data | ☒ | Other Data |
| ☐ | Health effects data | ☐ | Risk Assessments |
| ☐ | Environmental effects data | ☐ | Structure/activity relationships |
| ☐ | Physical/Chemical Properties (A physical and chemical properties worksheet is located on the last page of this form.) | | |
| ☐ | Test data not in the possession or control of the submitter | | |

**TYPE OF NOTICE (Check Only One)**

☒ **PMN** (Premanufacture Notice)

☐ **SNUN** (Significant New Use Notice)

☐ **TMEA** (Test Marketing Exemption Application)

☐ **LVE** (Low Volume Exemption) @ 40 CFR 723.50(c)(1)

☐ **LOREX** (Low Release/Low Exposure Exemption) @ 40 CFR 723.50(c)(2)

☐ **LVE** Modification

☐ **LOREX** Modification

☐ **Mock Submission**

☐ Mark (X) if pending Letter of Support

Y   IS THIS A CONSOLIDATED PMN (Y/N)?

4   # of chemicals or polymers (Prenotice Communication # required, enter # on p. 3).

☒ Mark (X) if any information in this notice is claimed as confidential.

| EPA Form 7710-25 (12-19) | Replaces previous editions of EPA Form 7710-25 |
|---|---|



The public reporting and recordkeeping burden for this collection of information is estimated to average 93 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed EPA Form 7710-25 to this address.

## CERTIFICATION -- A printed copy of this signature page, with original signature, must be submitted with CD or paper submission.

I hereby certify to the best of my knowledge and belief that all information entered on this form is complete and accurate. I further certify that, pursuant to 15 U.S.C. § 2613(c), for all claims for protection for any confidential information made with this submission, all information submitted to substantiate such claims is true and correct, and that it is true and correct that the person submitting the claim has:

(i)  taken reasonable measures to protect the confidentiality of the information;

(ii)  determined that the information is not required to be disclosed or otherwise made available to the public under any  other Federal law

(iii) a reasonable basis to conclude that disclosure of the information is likely to cause substantial harm to the competitive position of the person; and

(iv) a reasonable basis to believe that the information is not readily discoverable through reverse engineering.

  Any knowing and willful misrepresentation is subject to criminal penalty pursuant to 18 U.S.C. § 1001.

**Additional Certification Statements:**

If you are submitting a PMN, SNUN, LoREX, LVE, or TMEA, check the following Fees Certification statement that applies:

☐  The Company named in Part I, Section A is a "small business concern" as defined under 40 CFR 700.43 and will remit the fee as specified in 40 CFR 700.45(c).

☒  The Company named in Part I, Section A will remit the fee as specified in 40 CFR 700.45(c).

☐  This joint submission includes at least one Company which is a "small business concern" and at least one Company which is not a "small business concern," as defined under 40 CFR 700.43. The fee will be remitted with the joint submission. Any remaining balance due for this joint submission is to be paid by the secondary submitter(s).

☐  The company named in Part I, Section A is submitting a sustainable futures TME. The company has graduated from EPA's Sustainable Futures program and is therefore exempt from fees for this sustainable futures TME.

If you are submitting a **Low Volume Exemption (LVE)** application in accordance with 40 CFR 723.50(c)(1) or a **Low Release and Low Exposure Exemption (LoRex)** application in accordance with 40 CFR 723.50(c)(2), check the following certification statements:

☐  The manufacturer submitting this notice intends to manufacture or import the new chemical substance for commercial purposes, other than in small quantities solely for research and development, under the terms of 40 CFR 723.50.

☐  The manufacturer is familiar with the terms of this section and will comply with those terms; and

☐  The new chemical substance for which the notice is submitted meets all applicable exemption conditions.

☐  If this application is for an LVE in accordance with 40 CFR 723.50(c)(1), the manufacturer intends to commence manufacture of the exempted substance for commercial purposes within 1 year of the date of the expiration of the 30 day review period.

| | | | | Confidential |
|---|---|---|---|---|
| Signature and title of Authorized Official (Original Signature Required) | *ES/Matthew P Cook* | Date | 07/19/2021 | ☐ |





| Part I -- GENERAL INFORMATION |
|---|

**Section A – SUBMITTER IDENTIFICATION**

Mark (X) the "Confidential" box next to any subsection you claim as confidential

| **1a.** | **Person Submitting Notice (in U.S.)** | | Confidential |
|---|---|---|---|
| Name of Authorized Official | (first) Matthew | (last) Cook | |
| Position | Not Applicable | | |
| Company | CHEVRON | | ☐ |
| Mailing Address (number & street) | PO BOX 1300 | | |
| City | PASCAGOULA | State MS | Postal Code 39568 | |
| email | mattcook@chevron.com | | |

| **b.** | **Agent (if Applicable)** | | Confidential |
|---|---|---|---|
| Name of Authorized Official | (first) | (last) | |
| Position | | | |
| Company | | | ☐ |
| Mailing Address (number & street) | | | |
| City | | State | Postal Code | |
| e-mail | | Telephone (include area code) | |

| **c.** | **Joint Submitter (if applicable)** | | Confidential |
|---|---|---|---|
| If you are submitting this notice as part of a joint submission, mark (X) | ☐ | |
| Name of Authorized Official | (first) | (last) | |
| Position | | | |
| Company | | | ☐ |
| Mailing Address (number & street) | | | |
| City | | State | Postal Code | |
| e-mail | | Telephone (include area code) | |

| **2.** | **Technical Contact (in U.S.)** | | Confidential |
|---|---|---|---|
| Name of Authorized Official | (first) Hye-Kyung | (last) Timken | |
| Position | Principal Scientist | | |
| Company | Chevron USA | | ☐ |
| Mailing Address (number & street) | 100 Chevron Way | | |
| City | Richmond | State CA | Postal Code 94802 | |
| e-mail | Htimken@chevron.com | Telephone (include area code) 5102421939 | |

| **3.** | If you have had a prenotice communication (PC) concerning this notice and EPA assigned a PC Number to the notice, enter the number. | XXX | Mark (X) if none ☐ | Confidential [X] |
|---|---|---|---|---|
| **4.** | If you previously submitted an exemption application for the chemical substance covered by this notice, enter the exemption number assigned by EPA. If you previously submitted a PMN for this substance enter the PMN number assigned by EPA (i.e. withdrawn or incomplete). | | Mark (X) if none [X] | Confidential ☐ |
| **5.** | If you have submitted a notice of Bona fide intent to manufacture or import for the chemical substance covered by this notice, enter the notice number assigned by EPA. | | Mark (X) if none [X] | Confidential ☐ |

| **6.** | **Type of Notice – Mark (X)** |
|---|---|

| 1. | Manufacture Only [X] | 2. | Import Only ☐ | 3. | Both ☐ |
|---|---|---|---|---|---|
| | Binding Option ☐ | | Binding Option ☐ | | |

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25



| **Part I – GENERAL INFORMATION -- Continued** | |
|---|---|
| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet.  [ ]

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a. Class of substance - Mark (X) | [ ] | [ ] | [X] |

b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions).   [X]

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) [X] | IES Order Number | 465568 | **Method 2** (Other Source) [ ] |
|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 2 IES order_sanitized.pdf | [X] |
|---|---|---|

| d. Molecular formula | XXX | [X] |
|---|---|---|

e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained.   [X]

See Attachment (Sanitized Document: 1 sanitized document 1.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | [ ] |
|---|---|---|



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.　　　　　　　　　　　　　[X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process.　　　　　　　　　　　　　[X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 11 process sanitized 1.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate).　　　　　　　　　　　　　[X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|

EPA Form 7710-25 (12-19)　　　　　　　　　　　　　　　　　　　Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD　　　　　　　　NR0000074


## Part I -- GENERAL INFORMATION -- Continued

### Section B -- CHEMICAL IDENTITY INFORMATION -- Continued

3. Impurities
   - (a) - Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   - (b) - Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confidential |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Mark (X) this box if the data continues on the next page. ☐

Enter Attachment filename for Part I, Section B, 3. ☐

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX  [X]

Enter Attachment filename for Part I, Section B, 4. ☐

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX  [X]

Enter Attachment filename for Part I, Section B, 5. ☐

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Naphtha, heavy catalytic cracked,

Enter Attachment filename for Part I, Section B, 6.

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confidential |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Mark (X) this box if the data continues on the next page. ☐




| Part I – GENERAL INFORMATION -- Continued |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right.  Identify the name, company, and address of that person in a continuation sheet. ☐

1.  Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual)

| | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a.  Class of substance - Mark (X) | ☐ | ☒ | |

b.  Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions).  ☒

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c.  Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ | |
|---|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 3 IES Order Result_sanitize... | ☒ |
|---|---|---|

| d.  Molecular formula | XXX | ☒ |
|---|---|---|

e.  For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained.  ☒

See Attachment (Sanitized Document: 4 sanitized document_5.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1) List the immediate precursor substance names with their respective CAS Registry Numbers. ☐

Waste plastics, pyrolyzed, depolymd., C11-33-branched, cyclic and linear fraction - 2052271-50-6, Waste plastics, pyrolyzed, C9-20 fraction - 2055370-08-4, Waste plastics, pyrolyzed, depolymd., C7-26-branched, cyclic and linear fraction - 2068009-57-2

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | ☐ |
|---|---|---|

e. (2) Describe the nature of the reaction or process. ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 12 process sanitized 5.pdf | ☒ |
|---|---|---|

e. (3) Indicate the range of composition and the typical composition (where appropriate). ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | ☐ |
|---|---|---|



| **Part I -- GENERAL INFORMATION -- Continued** |
|---|

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

3.  Impurities
    (a) -  Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
    (b) -  Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. |  | ☐ |
|---|---|---|

4.  Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.

XXX

[X]

| Enter Attachment filename for Part I, Section B, 4. |  | ☐ |
|---|---|---|

5.  Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.

XXX

[X]

| Enter Attachment filename for Part I, Section B, 5. |  | ☐ |
|---|---|---|

6.  Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Naphtha, heavy alkylate,

| Enter Attachment filename for Part I, Section B, 6. |  |  |
|---|---|---|

7.  Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct  (1) | CAS Registry Number (2) | Confi-dential |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|





| **Part I – GENERAL INFORMATION -- Continued** |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

| If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right.  Identify the name, company, and address of that person in a continuation sheet. | ☐ | |
|---|---|---|

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a.  Class of substance - Mark (X) | ☐ | ☐ | ☒ |

| b.  Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). | CBI ☒ |
|---|---|

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c.  Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |
|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 5 IES Order_sanitized_10.pdf | ☒ |
|---|---|---|

| d.  Molecular formula | XXX | ☒ |
|---|---|---|

| e.  For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | ☒ |
|---|---|

See Attachment (Sanitized Document: 6 sanitized document_10.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000079




| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 13 process sanitized 10.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate).  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|


## Part I -- GENERAL INFORMATION -- Continued

### Section B -- CHEMICAL IDENTITY INFORMATION -- Continued

3. Impurities
   - (a) - Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   - (b) - Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confidential |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Mark (X) this box if the data continues on the next page. ☐

| Enter Attachment filename for Part I, Section B, 3. | | ☐ |
|---|---|---|

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX
☒

| Enter Attachment filename for Part I, Section B, 4. | | ☐ |
|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX
☒

| Enter Attachment filename for Part I, Section B, 5. | | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Naphtha, full range alkylate, butane-contg.,

| Enter Attachment filename for Part I, Section B, 6. | | |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confidential |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Mark (X) this box if the data continues on the next page. ☐


| Part I – GENERAL INFORMATION -- Continued | | |
|---|---|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

| If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. | ☐ | |
|---|---|---|

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a. Class of substance - Mark (X) | ☐ | ☐ | ☒ |

| b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). | ☒ |
|---|---|

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |
|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 7 IES Order_sanitized_14.pdf | ☒ |
|---|---|---|

| d. Molecular formula | XXX | ☒ |
|---|---|---|

| e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | ☒ |
|---|---|

See Attachment (Sanitized Document: 8 sanitized document_114.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)                                    Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD                    NR0000082



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers. [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process. [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 14 process sanitized 14.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate). [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|

EPA Form 7710-25 (12-19)                                    Replaces previous editions of EPA Form 7710-25


| **Part I -- GENERAL INFORMATION -- Continued** |
|---|
| **Section B -- CHEMICAL IDENTITY INFORMATION -- Continued** |

3. Impurities
   (a) - Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) - Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. | | ☐ |
|---|---|---|

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX                                                                                                        ☒

| Enter Attachment filename for Part I, Section B, 4. | | ☐ |
|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX                                                                                                        ☒

| Enter Attachment filename for Part I, Section B, 5. | | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Naphtha, hydrotreated heavy,

| Enter Attachment filename for Part I, Section B, 6. | | |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confi-dential |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|



| Part I -- GENERAL INFORMATION – Continued |
|---|

## Section B -- CHEMICAL IDENTITY INFORMATION -- Continued

| | Confidential |
|---|---|
| 2. Polymers (For a definition of polymer, see the Instructions Manual.) | |
| a.  Indicate the number-average weight of the lowest molecular weight composition of the polymer you intend to manufacture. Indicate maximum weight percent of low molecular weight species (not including residual monomers, reactants, or solvents) below 500 and below 1,000 absolute molecular weight of that composition. | ☐ |

Describe the methods of measurement or the basis for your estimates:

**GPC** ☐    **Other** (Specify Below) ☐

Specify Other:

| (i) lowest number average molecular weight: | (ii) maximum weight % below 500 molecular weight: | (iii) maximum weight % below 1000 molecular weight: |
|---|---|---|
| | | |

| Enter Attachment filename for Part I, Section B, 2. a. | ☐ |
|---|---|

b. You must make separate confidentiality claims for monomer or other reactant identity, composition information, and residual information. Mark (X) the "Confidential" box next to any item you claim as confidential
  (1)  -  Provide the specific chemical name and CAS Registry Number (if a number exists) of each monomer or other reactant used in the manufacture of the polymer.
  (2)  -  Mark (X) this column if entry in column (1) is confidential.
  (3)  -  Indicate the typical weight percent of each monomer or other reactant in the polymer.
  (4)  -  Choose "yes" from drop down menu if you want a monomer or other reactant used at two weight percent or less to be listed as part of the polymer description on the TSCA Chemical Substance Inventory.
  (5)  -  Mark (X) this column if entries in columns (3) and (4) are confidential.
  (6)  -  Indicate the maximum weight percent of each monomer or other reactant that may be present as a residual in the polymer as manufactured for commercial purposes.
  (7)  -  Mark (X) this column if entry in column (6) is confidential.

| Monomer or other reactant specific chemical name (1) | CBI (2) | Typical composition (3) | Include in identity (4) | CBI (5) | Max residual (6) | CBI (7) |
|---|---|---|---|---|---|---|
| | | | | | | |
| CAS Registry Number (1) | | | | | | |
| | | | | | | |
| CAS Registry Number (1) | | | | | | |
| | | | | | | |
| CAS Registry Number (1) | | | | | | |
| | | | | | | |
| CAS Registry Number (1) | | | | | | |
| | | | | | | |
| CAS Registry Number (1) | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

EPA Form 7710-25 (12-19)    Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD    NR0000085



PMN2021P5AX4

# PMN Page 5a

| c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice (check one). | | | | | CBI |
|---|---|---|---|---|---|
| **Method 1** (CAS Inventory Expert Service - a copy of the identification report obtained from CAS Inventory Expert Service must be submitted as an attachment to this notice) | ☐ | IES Order Number | | **Method 2** (other source) ☐ | |
| Enter Attachment filename for Part I, Section B, 2. c. | | | | | ☐ |

| d. The currently correct Chemical Abstracts (CA) name for the polymer that is consistent with TSCA Inventory listings for similar polymers. | ☐ |
|---|---|
| | |
| CAS Registry Number (if a number already exists for the substance) | |

| e. Provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | ☐ |
|---|---|
| | |
| Enter Attachment filename for Part I, Section B, 2. e. | ☐ |

PMN2021P7

SANITIZED SUBMISSION

PMN Page 7

# Part I -- GENERAL INFORMATION -- Continued

## Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

**The information on this page refers to consolidated chemical number(s):** [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

1. **Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | [X] | [ ] |

Enter Attachment filename for Part I, Section C, 1. CBI [ ]

2. **Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.
   a. (1) --Describe each intended category of use of the new chemical substance by function and application.
   (2) --Mark (X) this column if entry column (1) is confidential business information (CBI).
   (3) --Indicate your willingness to have the information provided in column (1) binding.
   (4) --Estimate the percent of total production for the first three years devoted to each category of use.
   (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).
   (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.
   (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).
   (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.
   (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (**1**) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (**2**) | Binding Option Mark (X) (**3**) | Production % (**4**) | CBI (**5**) | % in Formulation (**6**) | CBI (**7**) | % of substance expected per use (**8**) | | | | | CBI (**9**) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site-limited | Consumer* | Industrial | Commercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

Mark (X) this box if the data continues on the next page. [X]

b. Generic use description — If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

Gasoline

Enter Attachment filename for Part I, Section C, 2. b. CBI [ ]

3. **Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include. — Binding Option Mark (X)

Mark (X) this box if you attach hazard information. [X] [ ]

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

Page 19

NOT PART OF THE ADMINISTRATIVE RECORD NR0000087



SANITIZED SUBMISSION

## Continuation Sheet

| **ID** | | **Field** | Part I, Section C, 2.a. Additional Consumer Use Text |
|---|---|---|---|

Category of Use: XXX : Gasoline
Attachments:
XXX


## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): ☐ 1 ☒ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1.  Production volume** -- Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr)<br>(100% new chemical substance basis) | Maximum 12-month production (kg/yr)<br>(100% new chemical substance basis) | Confidential | Binding Option<br>Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI | ☐ |
|---|---|---|

**2.  Use Information** -- You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

    a.  (1) --Describe each intended category of use of the new chemical substance by function and application.
        (2) --Mark (X) this column if entry in column (1) is confidential business information (CBI).
        (3) --Indicate your willingness to have the information provided in column (1) binding.
        (4) --Estimate the percent of total production for the first three years devoted to each category of use.
        (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).
        (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.
        (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).
        (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.
        (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (**1**)<br>(by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI<br>(**2**) | Binding Option Mark (X)<br>(**3**) | Prod uction %<br>(**4**) | CBI<br>(**5**) | % in Form-ulation<br>(**6**) | CBI<br>(**7**) | % of substance expected per use (**8**) | | | | | CBI<br>(**9**) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site-limited | Con-sumer* | Industrial | Com-mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

    * If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☒ |
|---|---|

    b.  Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

Gasoline

| Enter Attachment filename for Part I, Section C, 2. b. | CBI | ☐ |
|---|---|---|

**3.  Hazard Information** -- Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | ☒ | ☐ |
|---|---|---|



# Continuation Sheet

| **ID** | | **Field** | Part I, Section C, 2.a. Additional Consumer Use Text |
|---|---|---|---|

Category of Use: XXX : Gasoline
Attachments:
XXX


## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume** -- Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI ☐ |
|---|---|

**2. Use Information** -- You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

  a.  (1) --Describe each intended category of use of the new chemical substance by function and application.
      (2) --Mark (X) this column if entry (1) is confidential business information (CBI).
      (3) --Indicate your willingness to have the information provided in column (1) binding.
      (4) --Estimate the percent of total production for the first three years devoted to each category of use.
      (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).
      (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.
      (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).
      (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.
      (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Production % (4) | CBI (5) | % in Formulation (6) | CBI (7) | % of substance expected per use (8) | | | | | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site-limited | Con-sumer* | Industrial | Com-mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☒ |
|---|---|

  b.  Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

gasoline

| Enter Attachment filename for Part I, Section C, 2. b. | CBI ☐ |
|---|---|

**3. Hazard Information** -- Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | ☒ | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)                                    Replaces previous editions of EPA Form 7710-25
Page 23
NOT PART OF THE ADMINISTRATIVE RECORD        NR0000091

SANITIZED SUBMISSION



# Continuation Sheet

| **ID** | | **Field** | Part I, Section C, 2.a. Additional Consumer Use Text |
|---|---|---|---|

Category of Use: XXX : gasoline
Attachments:
XXX



## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI | ☐ |
|---|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

    a.  (1) --Describe each intended category of use of the new chemical substance by function and application.

        (2) --Mark (X) this column if entry column (1) is confidential business information (CBI).

        (3) --Indicate your willingness to have the information provided in column (1) binding.

        (4) --Estimate the percent of total production for the first three years devoted to each category of use.

        (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).

        (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.

        (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).

        (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.

        (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Production % (4) | CBI (5) | % in Formulation (6) | CBI (7) | % of substance expected per use (8) | | | | | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site-limited | Con-sumer* | Industrial | Com-mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☒ |
|---|---|

    b.  Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

Gasoline

| Enter Attachment filename for Part I, Section C, 2. b. | CBI | ☐ |
|---|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X) ☐

| Mark (X) this box if you attach hazard information. | ☒ |
|---|---|



SANITIZED SUBMISSION

# Continuation Sheet

| **ID** | | **Field** | Part I, Section C, 2.a. Additional Consumer Use Text |
|---|---|---|---|

Category of Use: XXX : Gasoline
Attachments:
XXX


PMN2021P8

## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s): [X] 1 [X] 2 [X] 3 [X] 4 [ ] 5 [ ] 6

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
   a. Identity -- Enter the identity of the site at which the operation will occur.

| | | | | Confi-dential |
|---|---|---|---|---|
| Name | XXX | | | |
| Site address (number and street) | XXX | | | [X] |
| City | XXX | County | XXX | |
| State | XXX | ZIP code | XXX | |

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | [X] |
|---|---|---|
| Mark (X) this box if the data continues on the next page. | [ ] | |

| b. Type -- Mark (X) | Manufacturing [ ] | Processing [ ] | Use [ ] | [X] |
|---|---|---|---|---|

c. Amount and Duration -- Complete 1 or 2 as appropriate          Confi-dential

| | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | |
|---|---|---|---|---|
| 1. Batch | | | | [ ] |

| | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | |
|---|---|---|---|---|
| 2. Continuous | XXX | XXX | XXX | [X] |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → [ ] | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

Diagram of the major unit operation steps.

Confidential ☐

Enter Attachment filename for Part II, Section A, 1. d. ☐


| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
|---|

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued |
|---|

The information on pages 9 and 9a refer to consolidated chemical number(s):  [X] **1**  [X] **2**  [X] **3**  [X] **4**  [ ] **5**  [ ] **6**

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

    (1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
    (2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
    (3) -- Describe any protective equipment and engineering controls used to protect workers.
    (4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
    (5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
    (7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
    (8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
    (9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
    (10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
    (12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration | | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Hrs/Day (10) | Days/Yr (11) | |
| Sampling | | See continuation page. id: <P9SA2(3)C1R1> | | liquid, 7 | | | 1 | | 0.25 | 250 | |
| Miscellaneous Activities Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C1R2> | | liquid/vapor, 7 | | | 2 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |



SANITIZED SUBMISSION

## Continuation Sheet

| **ID** | P9SA2(3)C1R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a task-dependent

basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas.

In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD                NR0000098



PMN2021P9-2

# Continuation Sheet

| **ID** | P9SA2(3)C1R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a taskdependent

basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas.

In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD                    NR0000099



**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).

(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).

(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).

(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.

(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).

(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).

(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| XXX | XXX | XXX | X | XXX | XXX | | XXX | X |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

| **(7)** Mark (X) the destination(s) of releases to water. | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway--provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | ☐ |


## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s): [X] 1 [X] 2 [X] 3 [X] 4 [ ] 5 [ ] 6

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
   a. Identity -- Enter the identity of the site at which the operation will occur.

Confidential

| Name | XXX | | |
|---|---|---|---|
| Site address (number and street) | XXX | | |
| City | XXX | County | XXX |
| State | XXX | ZIP code | XXX |

Site address box confidential: [X]

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | [X] |
|---|---|---|

Mark (X) this box if the data continues on the next page. [ ]

b. Type -- Mark (X)      Manufacturing [ ]      Processing [ ]      Use [ ]      [X]

c. Amount and Duration -- Complete 1 or 2 as appropriate

Confidential

| | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year |
|---|---|---|---|
| 1. Batch | | | |

Confidential: [ ]

| | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year |
|---|---|---|---|
| 2. Continuous | XXX | XXX | XXX |

Confidential: [X]

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → [ ] | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

| Diagram of the major unit operation steps. | Confidential |
|---|---|
| | ☐ |

| Enter Attachment filename for Part II, Section A, 1. d. | ☐ |
|---|---|


| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
|---|
| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued |

The information on pages 9 and 9a refer to consolidated chemical number(s): [X] 1  [X] 2  [X] 3  [X] 4  [ ] 5  [ ] 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

(1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
(2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
(3) -- Describe any protective equipment and engineering controls used to protect workers.
(4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
(5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
(7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
(8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
(9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
(10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
(12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration Hrs/Day (10) | Maximum Duration Days/Yr (11) | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miscellaneous Activities Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C2R1> | | liquid/vapor, 7 | | | 1 | | 1 | 250 | |
| Loading into Tank Trucks | | See continuation page. id: <P9SA2(3)C2R2> | | liquid, 7 | | | 1 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |



# Continuation Sheet

| **ID** | P9SA2(3)C2R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a taskdependent

basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above



SANITIZED SUBMISSION

PMN2021P9X1-2

# Continuation Sheet

| **ID** | P9SA2(3)C2R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |
|---|---|---|---|

Hard Piped Connections. Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task-dependent basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above


**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).

(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).

(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).

(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.

(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).

(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).

(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| XXX | XXX | XXX | X | XXX | XXX | | XXX | X |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

| **(7)** Mark (X) the destination(s) of releases to water. | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | ☐ |



| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE – Continued | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Section B -- INDUSTRIAL SITES CONTROLLED BY OTHERS**

| The information on pages 10 and 10a refer to consolidated chemical number(s): | X | 1 | X | 2 | X | 3 | X | 4 | | 5 | | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Complete section B for typical processing or use operations involving the new chemical substance at sites you do not control. Importers do not have to complete this section for operations outside the U.S.; however, you must report any processing or use activities after import. See the Instructions Manual. *Complete a separate section B for each type of processing, or use operation involving the new chemical substance.* If the same operation is performed at more than one site describe the typical operation common to these sites. Identify additional sites on a continuation sheet.

**1(a).   Operation Description** -- To claim information in this section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

    (1) --   Diagram the major unit operation steps and chemical conversions, including interim storage and transport containers (specify - e.g. 5 gallon pails, 55 gallon drums, rail cars, tank trucks, etc). On the diagram, identify by letter and briefly describe each worker activity.

    (2) --   Either in the diagram or in the text field 1(b) below, provide the identity, the approximate weight (by kg/day or kg/batch, on an 100% new chemical substance basis), and entry point of all feedstocks (including reactants, solvents and catalysts, etc) and all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch).

    (3) --   Either in the diagram or in the text field 1(b) below, identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance.

    (4) --   Please enter the # of sites (remember to identify the locations of these sites on a continuation sheet):

| | **Number of Sites** | 100 | Confidential | |
|---|---|---|---|---|

**1(b).** (Optional) This space is for a text description to clarify the diagram above.          Confidential   [X]

   XXX

| Enter Attachment filename for Part II, Section B on the bottom of page 10a. | | |
|---|---|---|



## Continuation Sheet

| **ID** | P10SB1(a)(4)1 | **Field** | Part II, Section B, 1(a)(4). Operation Site Locations |
|---|---|---|---|

No sites identified. Operation Alias: Use

NOT PART OF THE ADMINISTRATIVE RECORD



**2. Worker Exposure/Environmental Release**

(1) -- From the diagram above, provide the letter for each worker activity. Complete 2-8 for each worker activity described.

(2) -- Estimate the number of workers exposed for all sites combined.

(4) -- Estimate the typical duration of exposure per worker in (a) hours per day and (b) days per year.

(6) -- Describe physical form of exposure and % new chemical substance (if in mixture), and any protective equipment and engineering controls, if any, used to protect workers.

(7) -- Estimate the percent of the new substance as formulated when packaged or used as a final product.

(9) -- From the process diagram above, enter the number of each release point. Complete 9-13 for each release point identified.

(10) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology to the environment (in kg/day or kg/batch).

(12) -- Describe media of release i.e. stack air, fugitive air (optional-see Instructions Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify) and control technology, if any, that will be used to limit the release of the new substance to the environment.

(14) -- Identify byproducts which may result from the operation.

(3), (5), (8), (11), (13) and (15) -- Mark (X) this column if any of the proceeding entries are confidential business information (CBI).

| Letter of Activity | # of Workers Exposed | CBI | Duration of Exposure | | CBI | Protective Equip./Engineering Controls/Physical Form | % new substance | % in Formulation | CBI |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4a) | (4b) | (5) | (6) | (6) | (7) | (8) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Release Number | Amount of New Substance Released | | CBI | Media of Release & Control Technology | CBI |
|---|---|---|---|---|---|
| (9) | (10a) | (10b) | (11) | (12) | (13) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

| **(14)** Byproducts: | | **(15) CBI** ☐ |
|---|---|---|
| Enter Attachment filename for Part II, Section B. | | ☐ |


## OPTIONAL POLLUTION PREVENTION INFORMATION

To claim information in the following section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

In this section you may provide information not reported elsewhere in this form regarding your efforts to reduce or minimize potential risks associated with activities surrounding manufacturing, processing, use and disposal of the PMN substance. Please include new information pertinent to pollution prevention, including source reduction, recycling activities and safer processes or products available due to the new chemical substance. Source reduction includes the reduction in the amount or toxicity of chemical wastes by technological modification, process and procedure modification, product reformulation, and/or raw materials substitution. Recycling refers to the reclamation of useful chemical components from wastes that would otherwise be treated or released as air emissions or water discharges, or land disposal. Quantitative or qualitative descriptions of pollution prevention, source reduction and recycling should emphasize potential risk reduction in addition to compliance with existing regulatory requirements. The EPA is interested in the information to assess <u>overall net</u> reductions in toxicity or environmental releases and exposures, not the shifting of risks to other media (e.g., air to water) or nonenvironmental areas (e.g., occupational or consumer exposure). To the extent known, information about the technology being replaced will assist EPA in its relative risk determination.  In addition, information on the relative cost or performance characteristics of the PMN substance to potential alternatives may be provided.

Describe the expected net benefits, such as
    (1) an overall reduction in risk to human health or the environment;
    (2) a reduction in the generation of waste materials through recycling, source reduction or other means;
    (3) a reduction in the use of hazardous starting materials, reagents, or feedstocks;
    (4) a reduction in potential toxicity, human exposure and/or environmental release; or
    (5) the extent to which the new chemical substance may be a substitute for an existing substance that poses a greater overall risk to human
       health or the environment.

**Information provided in this section will be taken into consideration during the review of this substance. See PMN Instructions Manual and Pollution Prevention Guidance manual for guidance and examples.**

XXX

Enter Attachment filename for Pollution Prevention Page 11.

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000110


| # | Attachment Name | Attachment Filename | Number of Pages | Associated PMN Section Number | CBI |
|---|---|---|---|---|---|
| 1 | Safety Data Sheet for NCS 1 (Cat Cracked Naptha, Heavy) | NCS1_39457_OSHA_SDS_Pyoil V2[1].pdf | 10 | Hazard Information Section (NCS 1) | |
| 2 | NCS 1 representative structure and description. | sanitized document 1.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 1) | |
| 3 | IES CAS order document | IES order_sanitized.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 1) | |
| 4 | Process and Composition diagram | process sanitized 1.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 1) | |
| 5 | Safety Data Sheet for NCS 5 | NCS5_6100_OSHA_SDS_Pyoilv 2[1].pdf | 8 | Hazard Information Section (NCS 5) | |
| 6 | NCS 5 chemical description | sanitized document_5.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 5) | |
| 7 | IES CAS order form | IES Order Result_sanitized_5.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 5) | |
| 8 | Process and composition diagram | process sanitized 5.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 5) | |
| 9 | Safety Data Sheet for NCS 10 | NCS10_54987_OSHA_SDS_Pyo ilv2[1].pdf | 10 | Hazard Information Section (NCS 10) | |
| 10 | NCS 10 chemical description | sanitized document_10.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 10) | |
| 11 | IES CAS order form | IES Order_sanitized_10.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 10) | |
| 12 | Process and Composition diagram | process sanitized 10.pdf | 11 | B.1.e.2. Nature of Reaction (NCS | |
| 13 | Safety Data Sheet for NCS 14 | NCS14_54987_OSHA_SDS_Pyo ilv2.pdf | 10 | Hazard Information Section (NCS 14) | |
| 14 | NCS 14 chemical description | sanitized document_114.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 14) | |
| 15 | IES CAS Order form | IES Order_sanitized_14.pdf | 20 | Class 1 or 2 Substances ID Method | |
| 16 | Process and Composition diagram | process sanitized 14.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 14) | |
| 17 | Additional Chemical composition information | PO SANITIZED DOCUMENT.pdf | 5 | Additional Attachments | |
| 18 | Gasoline Blending Streams Category Assessment | 2008_aug21_gasoline_catanalys s_final_category_assess_doc.pdf | 88 | Additional Attachments | |
| | | | | | |
| | | | | | |
| | | | | | |

# Part III -- LIST OF ATTACHMENTS

Attach continuation sheets for sections of the form, test data and other data (including physical/chemical properties and structure/activity information), and optional information after this page. Clearly identify the attachment and the section of the form to which it relates, if appropriate. Number consecutively the pages of any paper attachments. In the Number of Pages column below, enter the inclusive page numbers of each attachment for paper submissions or enter the total number of pages for each attachment for electronic submissions. Electronic attachments can be identified by filename.
Mark (X) the "Confidential" box next to any attachment name or filename you claim as confidential. Read the Instructions Manual for guidance on how to claim any information in an attachment as confidential. You must include with the sanitized copy of the notice form a sanitized version of any attachment in which you claim information as confidential.

Mark (X) this box if the data continues on the next page. ☐

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25


## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):** [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) | | | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | [ ] | | [ ] | [ ] | [ ] | | |
| Vapor Pressure @ Temperature | 37.8 | °C | [X] | 4447 | | Torr | Measured | |
| Density/relative density | | [X] | | 0.62-0.88 | | g/cm3 | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C | [ ] | | | g/L | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 25 | °C | [X] | 1-2 | | g/L | Measured | |
| Melting Temperature | | | [ ] | | | °C | | |
| Boiling / Sublimation temperature @ | | Torr | [ ] | | | °C | | |
| Spectra | | | [ ] | | | | | |
| Dissociation constant | | | [ ] | | | | | |
| Octanol / water partition coefficient | | | [ ] | | | | | |
| Henry's Law constant | | | [ ] | | | | | |
| Volatilization from water | | | [ ] | | | | | |
| Volatilization from soil | | | [ ] | | | | | |
| pH@ concentration | | | [ ] | | | | | |
| Flammability | | | [ ] | | | | | |
| Explodability | | | [ ] | | | | | |
| Adsorption / Coefficient | | | [ ] | | | | | |
| Particle Size Distribution | | | [ ] | | | | | |
| Other – Specify | | | [ ] | | | | | |


## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):**   1  |  X   2  |  3  |  4  |  5  |  6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) (solid) | Value (c) (liquid) | Value (c) (gas) | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 37.8 | **°C** | ☒ | 4447 | | **Torr** | Measured | |
| Density/relative density | | | ☒ | 0.62 to 0.88 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
|     @ Temperature | | **°C** | ☐ | | | **g/L** | | |
|     Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 20 | **°C** | ☒ | 0.001 to 2 | | **g/L** | Measured | |
| Melting Temperature | | | ☐ | | | **°C** | | |
| Boiling / Sublimation temperature @ | | **Torr** | ☐ | | | **°C** | | |
| Spectra | | | ☐ | | | | | |
| Dissociation constant | | | ☐ | | | | | |
| Octanol / water partition coefficient | | | ☐ | | | | | |
| Henry's Law constant | | | ☐ | | | | | |
| Volatilization from water | | | ☐ | | | | | |
| Volatilization from soil | | | ☐ | | | | | |
| pH@ concentration | | | ☐ | | | | | |
| Flammability | | | ☐ | | | | | |
| Explodability | | | ☐ | | | | | |
| Adsorption / Coefficient | | | ☐ | | | | | |
| Particle Size Distribution | | | ☐ | | | | | |
| Other – Specify | | | ☐ | | | | | |


# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):** 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 ☐ 6 ☐

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property<br>(a) | Unit | Mark X if Provided | Attachment Number<br>(b) | Value (c) | | | Measured or Estimate<br>(M or E) | CBI Mark (X)<br>(d) |
|---|---|---|---|---|---|---|---|---|
| | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 37.8 | °C ☒ | | 4447 | | **Torr** | Measured | |
| Density/relative density | | ☒ | | 0.62 to 0.88 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C ☐ | | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 20 | °C ☒ | | 0.001 to 2 | | **g/L** | Measured | |
| Melting Temperature | | ☐ | | | | °C | | |
| Boiling / Sublimation temperature @ | | **Torr** ☐ | | | | °C | | |
| Spectra | | ☐ | | | | | | |
| Dissociation constant | | ☐ | | | | | | |
| Octanol / water partition coefficient | | ☐ | | | | | | |
| Henry's Law constant | | ☐ | | | | | | |
| Volatilization from water | | ☐ | | | | | | |
| Volatilization from soil | | ☐ | | | | | | |
| pH@ concentration | | ☐ | | | | | | |
| Flammability | | ☐ | | | | | | |
| Explodability | | ☐ | | | | | | |
| Adsorption / Coefficient | | ☐ | | | | | | |
| Particle Size Distribution | | ☐ | | | | | | |
| Other – Specify | | ☐ | | | | | | |


# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

The information on this page refers to chemical number(s): | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☒ | 5 ☐ | 6 ☐

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | | Unit | Mark X if Provided | Attachment Number (b) | Value (c) | | | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 37.8 | °C | ☒ | | 4447 | | Torr | Measured | |
| Density/relative density | | | ☒ | | 0.62 to 0.88 | | g/cm3 | Measured | |
| Solubility | | | | | | | | | |
| @ Temperature | | °C | ☐ | | | | g/L | | |
| Solvent | | | | | | | | | |
| Solubility in Water @ Temperature | 20 | °C | ☒ | | 0.001 to 2 | | g/L | Measured | |
| Melting Temperature | | | ☐ | | | | °C | | |
| Boiling / Sublimation temperature @ | | Torr | ☐ | | | | °C | | |
| Spectra | | | ☐ | | | | | | |
| Dissociation constant | | | ☐ | | | | | | |
| Octanol / water partition coefficient | | | ☐ | | | | | | |
| Henry's Law constant | | | ☐ | | | | | | |
| Volatilization from water | | | ☐ | | | | | | |
| Volatilization from soil | | | ☐ | | | | | | |
| pH@ concentration | | | ☐ | | | | | | |
| Flammability | | | ☐ | | | | | | |
| Explodability | | | ☐ | | | | | | |
| Adsorption / Coefficient | | | ☐ | | | | | | |
| Particle Size Distribution | | | ☐ | | | | | | |
| Other – Specify | | | ☐ | | | | | | |

NOT PART OF THE ADMINISTRATIVE RECORD
NR0000115

# Exhibit 3

# Cover Letter

XXX



Form Approved. O.M.B. No. 2070-0012. Approval Expires 12/31/2022

| U.S. ENVIRONMENTAL PROTECTION AGENCY | AGENCY USE ONLY |
|---|---|


**EPA**

**PREMANUFACTURE NOTICE**

**FOR NEW CHEMICAL SUBSTANCES**

Date of receipt: 07/22/2021

| When completed, send this form to: | If sending by Courier: Office of Pollution Prevention and Toxics Document Control Office (7407M) US EPA, 1201 Constitution Ave NW WASHINGTON, D.C. 20460 Contact Numbers: 202-564-8930/8940 | If sending by US Mail: Office of Pollution Prevention and Toxics Document Control Office (7407M) US EPA, 1200 Pennsylvania Ave NW WASHINGTON, D.C. 20460 | **Submission Report Number** |
|---|---|---|---|

| Total Number of Pages | TS Number |
|---|---|
| 52 | PO0221 |

**GENERAL INSTRUCTIONS**

- You must provide all information requested in this form to the extent that it is known to or reasonably ascertainable by you. Make reasonable estimates if you do not have actual data.
- Before you complete this form, you should read the "Instructions Manual for Premanufacture Notification" (the Instructions Manual is available from the Toxic Substances Control Act (TSCA) Information Service by calling 202-554-1404, or faxing 202-554-5603).
- If a fee has been remitted for this notice (40 CFR 700.45), indicate in the boxes above the TS fee identification number you have generated. Remember, your fee ID number must also appear on your corresponding fee remittance. For mailing address information see the Help Instructions in the e-PMN tool.

## Part I – GENERAL INFORMATION

You must provide the currently correct Chemical Abstracts (CA) Name of the new chemical substance, even if you claim the identity as confidential. You may authorize another person to submit chemical identity information for you, but your submission will not be complete and the review will not begin until EPA receives this information. A letter in support of your submission should reference your TS fee identification number. For all Section 5 Notice submissions (paper or electronic) you must submit an original notice including all test data; if you claimed any information as confidential, an original sanitized copy must also be submitted.

## Part II – HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

If there are several manufacture, processing, or use operations to be described in Part II, sections A and B of this notice, reproduce the sections as needed.

## Part III – LIST OF ATTACHMENTS

For paper submissions, attach additional sheets if there is not enough space to answer a question fully. Label each continuation sheet with the corresponding section heading. In Part III, list these attachments, any test data or other data and any optional information included in the notice.

## OPTIONAL INFORMATION

You may include any information that you want EPA to consider in evaluating the new substance. On page 11 of this form, space has been provided for you to describe pollution prevention and recycling information you may have regarding the new substance. "Binding" boxes are included throughout this form for you to indicate your willingness to be bound to certain statements you make in this section, such as use, production volume, protective equipment . . . The intention is to reduce delays that normally accompany the development of consent orders or Significant New Use Rules. Checking a "binding" box in a PMN does not by itself prohibit the submitter from later deviating from the information (except chemical identity) reported in the form; however, in the case of exemption applications (such as TMEA, LVE, LOREX) certain information provided in such notifications is binding on the submitter when the Agency approves the exemption application, especially if the production volume "binding" box is chosen in a LVE.

## CONFIDENTIALITY CLAIMS

You may claim any information in this notice as confidential. To assert a claim on the form, mark (X) the confidential box next to the information that you claim as confidential. To assert a claim in an attachment, circle or bracket the information you claim as confidential. If you claim information in the notices as confidential, you must also provide a sanitized version of the notice, (including attachments). For additional instructions on claiming information as confidential, read the Instructions Manual.

## TEST DATA AND OTHER DATA

You are required to submit all test data in your possession or control and to provide a description of all other data known to or reasonably ascertainable by you, if these data are related to the health and environmental effects on the manufacture, processing, distribution in commerce, use, or disposal of the new chemical substance. Standard literature citations may be submitted for data in the open scientific literature. Complete test data (written in English), not summaries of data, must be submitted if they do not appear in the open literature. You should clearly identify whether test data is on the substance or on an analog. Also, the chemical composition of the tested material should be characterized. Following are examples of test data and other data. Data should be submitted according to the requirements of §720.50 of the Premanufacture Notification Rule (40 CFR 720).

**Test Data (Check Below any included in this notice)**

| | | | |
|---|---|---|---|
| ☐ | Environmental fate data | ☒ | Other Data |
| ☐ | Health effects data | ☐ | Risk Assessments |
| ☐ | Environmental effects data | ☐ | Structure/activity relationships |
| ☐ | Physical/Chemical Properties (A physical and chemical properties worksheet is located on the last page of this form.) | | |
| ☐ | Test data not in the possession or control of the submitter | | |

**TYPE OF NOTICE (Check Only One)**

| | |
|---|---|
| ☒ | **PMN** (Premanufacture Notice) |
| ☐ | **SNUN** (Significant New Use Notice) |
| ☐ | **TMEA** (Test Marketing Exemption Application) |
| ☐ | **LVE** (Low Volume Exemption) @ 40 CFR 723.50(c)(1) |
| ☐ | **LOREX** (Low Release/Low Exposure Exemption) @ 40 CFR 723.50(c)(2) |
| ☐ | **LVE** Modification |
| ☐ | **LOREX** Modification |
| ☐ | **Mock Submission** |
| ☐ | Mark (X) if pending Letter of Support |
| Y | IS THIS A CONSOLIDATED PMN (Y/N)? |
| 3 | # of chemicals or polymers (Prenotice Communication # required, enter # on p. 3). |
| ☒ | Mark (X) if any information in this notice is claimed as confidential. |

EPA Form 7710-25 (12-19)                                    Replaces previous editions of EPA Form 7710-25



PMN2021P2

## PMN Page 2

The public reporting and recordkeeping burden for this collection of information is estimated to average 93 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed EPA Form 7710-25 to this address.

## CERTIFICATION -- A printed copy of this signature page, with original signature, must be submitted with CD or paper submission.

I hereby certify to the best of my knowledge and belief that all information entered on this form is complete and accurate. I further certify that, pursuant to 15 U.S.C. § 2613(c), for all claims for protection for any confidential information made with this submission, all information submitted to substantiate such claims is true and correct, and that it is true and correct that the person submitting the claim has:
(i)  taken reasonable measures to protect the confidentiality of the information;
(ii)  determined that the information is not required to be disclosed or otherwise made available to the public under any  other Federal law
(iii) a reasonable basis to conclude that disclosure of the information is likely to cause substantial harm to the competitive position of the person; and
(iv) a reasonable basis to believe that the information is not readily discoverable through reverse engineering.

  Any knowing and willful misrepresentation is subject to criminal penalty pursuant to 18 U.S.C. § 1001.

**Additional Certification Statements:**

If you are submitting a PMN, SNUN, LoREX, LVE, or TMEA, check the following Fees Certification statement that applies:

| | |
|---|---|
| ☐ | The Company named in Part I, Section A is a "small business concern" as defined under 40 CFR 700.43 and will remit the fee as specified in 40 CFR 700.45(c). |
| ☒ | The Company named in Part I, Section A will remit the fee as specified in 40 CFR 700.45(c). |
| ☐ | This joint submission includes at least one Company which is a "small business concern" and at least one Company which is not a "small business concern," as defined under 40 CFR 700.43. The fee will be remitted with the joint submission. Any remaining balance due for this joint submission is to be paid by the secondary submitter(s). |
| ☐ | The company named in Part I, Section A is submitting a sustainable futures TME. The company has graduated from EPA's Sustainable Futures program and is therefore exempt from fees for this sustainable futures TME. |

If you are submitting a **Low Volume Exemption (LVE)** application in accordance with 40 CFR 723.50(c)(1) or a **Low Release and Low Exposure Exemption (LoRex)** application in accordance with 40 CFR 723.50(c)(2), check the following certification statements:

| | |
|---|---|
| ☐ | The manufacturer submitting this notice intends to manufacture or import the new chemical substance for commercial purposes, other than in small quantities solely for research and development, under the terms of 40 CFR 723.50. |
| ☐ | The manufacturer is familiar with the terms of this section and will comply with those terms; and |
| ☐ | The new chemical substance for which the notice is submitted meets all applicable exemption conditions. |
| ☐ | If this application is for an LVE in accordance with 40 CFR 723.50(c)(1), the manufacturer intends to commence manufacture of the exempted substance for commercial purposes within 1 year of the date of the expiration of the 30 day review period. |

| | | | | Confidential |
|---|---|---|---|---|
| Signature and title of Authorized Official (Original Signature Required) | *ES/Matthew P Cook* | Date | 07/22/2021 | ☐ |


# PMN Page 3



## Part I -- GENERAL INFORMATION

### Section A – SUBMITTER IDENTIFICATION

Mark (X) the "Confidential" box next to any subsection you claim as confidential

**1a. Person Submitting Notice (in U.S.)** — Confidential

| Name of Authorized Official | (first) Matthew | (last) Cook |
|---|---|---|
| Position | Not Applicable | |
| Company | CHEVRON | |
| Mailing Address (number & street) | PO BOX 1300 | |

| City | State | Postal Code |
|---|---|---|
| PASCAGOULA | MS | 39568 |

email: mattcook@chevron.com

Confidential ☐

**b. Agent (if Applicable)** — Confidential

| Name of Authorized Official | (first) | (last) |
|---|---|---|
| Position | | |
| Company | | |
| Mailing Address (number & street) | | |

| City | State | Postal Code |
|---|---|---|
| | | |

e-mail: | Telephone (include area code):

Confidential ☐

**c. Joint Submitter (if applicable)** — Confidential

If you are submitting this notice as part of a joint submission, mark (X) ☐

| Name of Authorized Official | (first) | (last) |
|---|---|---|
| Position | | |
| Company | | |
| Mailing Address (number & street) | | |

| City | State | Postal Code |
|---|---|---|
| | | |

e-mail: | Telephone (include area code):

Confidential ☐

**2. Technical Contact (in U.S.)** — Confidential

| Name of Authorized Official | (first) Hye-Kyung | (last) Timken |
|---|---|---|
| Position | Principal Scientist | |
| Company | Chevron USA | |
| Mailing Address (number & street) | 100 Chevron Way, 10-1226 | |

| City | State | Postal Code |
|---|---|---|
| Richmond | CA | 94801 |

e-mail: Htimken@chevron.com | Telephone (include area code): 5102421939

Confidential ☐

| 3. | If you have had a prenotice communication (PC) concerning this notice and EPA assigned a PC Number to the notice, enter the number. | XXX | Mark (X) if none ☐ | Confidential [X] |
|---|---|---|---|---|

| 4. | If you previously submitted an exemption application for the chemical substance covered by this notice, enter the exemption number assigned by EPA. If you previously submitted a PMN for this substance enter the PMN number assigned by EPA (i.e. withdrawn or incomplete). | Mark (X) if none [X] | Confidential ☐ |
|---|---|---|---|

| 5. | If you have submitted a notice of Bona fide intent to manufacture or import for the chemical substance covered by this notice, enter the notice number assigned by EPA. | Mark (X) if none [X] | Confidential ☐ |
|---|---|---|---|

**6. Type of Notice – Mark (X)**

| 1. | Manufacture Only [X] | 2. | Import Only ☐ | 3. | Both ☐ |
|---|---|---|---|---|---|
| | Binding Option ☐ | | Binding Option ☐ | | |

EPA Form 7710-25 (12-19)  Replaces previous editions of EPA Form 7710-25




| **Part I – GENERAL INFORMATION -- Continued** |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

| Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|

| Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items. |
|---|

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right.  Identify the name, company, and address of that person in a continuation sheet. ☐

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a.  Class of substance - Mark (X) | ☐ | ☐ | ☒ |

| b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). | CBI ☒ |
|---|---|

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c.  Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |
|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 1 IES order_sanitized_5.pdf | ☒ |
|---|---|---|

| d.  Molecular formula | XXX | ☒ |
|---|---|---|

e.  For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. ☒

See Attachment (Sanitized Document: 2 sanitized document 5.pdf)
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000286



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

| e. (1) List the immediate precursor substance names with their respective CAS Registry Numbers. | [X] |
|---|---|
| XXX | |

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

| e. (2) Describe the nature of the reaction or process. | [X] |
|---|---|
| XXX | |

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 8 process sanitized 2.pdf | [X] |
|---|---|---|

| e. (3) Indicate the range of composition and the typical composition (where appropriate). | [X] |
|---|---|
| XXX | |

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|


PMN2021P6



**PMN Page 6**

| Part I -- GENERAL INFORMATION -- Continued |
|---|

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

3. Impurities
   (a) -   Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) -   Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confidential |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. | | ☐ |
|---|---|---|

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX

   ☒

| Enter Attachment filename for Part I, Section B, 4. | | ☐ |
|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX

   ☒

| Enter Attachment filename for Part I, Section B, 5. | | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Naphtha, light catalytic cracked,

| Enter Attachment filename for Part I, Section B, 6. | | |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct  (1) | CAS Registry Number (2) | Confidential |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

EPA Form 7710-25 (12-19)               Replaces previous editions of EPA Form 7710-25
Page 7
NOT PART OF THE ADMINISTRATIVE RECORD        NR0000288

| **Part I – GENERAL INFORMATION -- Continued** |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. ☐

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a. Class of substance - Mark (X) | ☐ | ☐ | ☒ |

b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions).    ☒

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) ☒ | IES Order Number | 465568 | **Method 2** (Other Source) ☐ |
|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 3 IES Order_sanitized_6.pdf | ☒ |
|---|---|---|

| d. Molecular formula | XXX | ☒ |
|---|---|---|

e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained.    ☒

See Attachment (Sanitized Document: 4 sanitized docu_6.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|



PMN2021P4AX1

# PMN Page 4a

| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

| e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers. | [X] |
|---|---|
| XXX | |

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

| e. (2)  Describe the nature of the reaction or process. | [X] |
|---|---|
| XXX | |

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 9 process sanitized 6.pdf | [X] |
|---|---|---|

| e. (3)  Indicate the range of composition and the typical composition (where appropriate). | [X] |
|---|---|
| XXX | |

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|



| **Part I -- GENERAL INFORMATION -- Continued** |
|---|

| **Section B -- CHEMICAL IDENTITY INFORMATION -- Continued** |
|---|

3. Impurities
   (a) -   Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) -   Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. |  | ☐ |
|---|---|---|

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX
                                                                                  [X]

| Enter Attachment filename for Part I, Section B, 4. |  | ☐ |
|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX
                                                                                  [X]

| Enter Attachment filename for Part I, Section B, 5. |  | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Naphtha, light alkylate,

| Enter Attachment filename for Part I, Section B, 6. |  |  |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct  (1) | CAS Registry Number (2) | Confi-dential |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|




| Part I – GENERAL INFORMATION -- Continued |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

| Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|

| Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items. |
|---|

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. ☐

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | | Class 1 | Class 2 | CBI |
|---|---|---|---|---|
| a. Class of substance - Mark (X) | | ☐ | ☐ | ☒ |

| b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). | ☒ |
|---|---|

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

| c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one). |
|---|

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |
|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 5 IES Order_sanitized_15.pdf | ☒ |
|---|---|---|

| d. Molecular formula | XXX | ☒ |
|---|---|---|

| e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | ☒ |
|---|---|

See Attachment (Sanitized Document: 6 sanitized docu_15.pdf )

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|




| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers. ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | ☐ |
|---|---|---|

e. (2)  Describe the nature of the reaction or process. ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 10 process sanitized 15.pdf | ☒ |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate). ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | ☐ |
|---|---|---|


| Part I -- GENERAL INFORMATION -- Continued |
|---|

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

3. Impurities
   (a) -  Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) -  Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confidential |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. |  | ☐ |
|---|---|---|

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX
                                                                           [X]

| Enter Attachment filename for Part I, Section B, 4. |  | ☐ |
|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX
                                                                           [X]

| Enter Attachment filename for Part I, Section B, 5. |  | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Naphtha, hydrotreated light,

| Enter Attachment filename for Part I, Section B, 6. |  |  |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confidential |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|

EPA Form 7710-25 (12-19)                               Replaces previous editions of EPA Form 7710-25
Page 13
NOT PART OF THE ADMINISTRATIVE RECORD          NR0000294



| Part I -- GENERAL INFORMATION – Continued |
|---|

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

| 2. Polymers (For a definition of polymer, see the Instructions Manual.) | Confidential |
|---|---|
| a.  Indicate the number-average weight of the lowest molecular weight composition of the polymer you intend to manufacture. Indicate maximum weight percent of low molecular weight species (not including residual monomers, reactants, or solvents) below 500 and below 1,000 absolute molecular weight of that composition. | ☐ |

Describe the methods of measurement or the basis for your estimates:

**GPC** ☐     **Other** (Specify Below) ☐

Specify Other:

| (i) lowest number average molecular weight: | (ii) maximum weight % below 500 molecular weight: | (iii) maximum weight % below 1000 molecular weight: |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 2. a. | ☐ |
|---|---|

b. You must make separate confidentiality claims for monomer or other reactant identity, composition information, and residual information. Mark (X) the "Confidential" box next to any item you claim as confidential
 (1) -  Provide the specific chemical name and CAS Registry Number (if a number exists) of each monomer or other reactant used in the manufacture of the polymer.
 (2) -  Mark (X) this column if entry in column (1) is confidential.
 (3) -  Indicate the typical weight percent of each monomer or other reactant in the polymer.
 (4) -  Choose "yes" from drop down menu if you want a monomer or other reactant used at two weight percent or less to be listed as part of the polymer description on the TSCA Chemical Substance Inventory.
 (5) -  Mark (X) this column if entries in columns (3) and (4) are confidential.
 (6) -  Indicate the maximum weight percent of each monomer or other reactant that may be present as a residual in the polymer as manufactured for commercial purposes.
 (7) -  Mark (X) this column if entry in column (6) is confidential.

| Monomer or other reactant specific chemical name (**1**) | CBI (**2**) | Typical composition (**3**) | Include in identity (**4**) | CBI (**5**) | Max residual (**6**) | CBI (**7**) |
|---|---|---|---|---|---|---|
| CAS Registry Number (**1**) | | | | | | |
| CAS Registry Number (**1**) | | | | | | |
| CAS Registry Number (**1**) | | | | | | |
| CAS Registry Number (**1**) | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|


PMN2021P5AX3

## PMN Page 5a

| | CBI |
|---|---|
| c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice (check one). | |

| **Method 1** (CAS Inventory Expert Service - a copy of the identification report obtained from CAS Inventory Expert Service must be submitted as an attachment to this notice) ☐ | IES Order Number | | **Method 2** (other source) ☐ | |
|---|---|---|---|---|

Enter Attachment filename for Part I, Section B, 2. c. | ☐

d. The currently correct Chemical Abstracts (CA) name for the polymer that is consistent with TSCA Inventory listings for similar polymers. ☐

CAS Registry Number (if a number already exists for the substance) | |

e. Provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. ☐

Enter Attachment filename for Part I, Section B, 2. e. | ☐


## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | [X] | [ ] |

| Enter Attachment filename for Part I, Section C, 1. | CBI | [ ] |
|---|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

    a.   (1) --Describe each intended category of use of the new chemical substance by function and application.

        (2) --Mark (X) this column if entry (1) is confidential business information (CBI).

        (3) --Indicate your willingness to have the information provided in column (1) binding.

        (4) --Estimate the percent of total production for the first three years devoted to each category of use.

        (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).

        (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.

        (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).

        (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.

        (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Production % (4) | CBI (5) | % in Form-ulation (6) | CBI (7) | % of substance expected per use (8) | | | | | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site-limited | Con-sumer* | Industrial | Com-mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

    * If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | [X] |
|---|---|

    b.   Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

Gasoline

| Enter Attachment filename for Part I, Section C, 2. b. | CBI | [ ] |
|---|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X) [ ]

| Mark (X) this box if you attach hazard information. | [X] |
|---|---|



SANITIZED SUBMISSION

# Continuation Sheet

| **ID** | | **Field** | Part I, Section C, 2.a. Additional Consumer Use Text |
|--------|---|-----------|------------------------------------------------------|

Category of Use: XXX : Gasoline
Attachments:



| Part I -- GENERAL INFORMATION -- Continued |
|---|

**Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:**

The information on this page refers to consolidated chemical number(s): ☐ 1  ☒ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI ☐ |
|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

   a.  (1) --Describe each intended category of use of the new chemical substance by function and application.
      (2) --Mark (X) this column if entry column (1) is confidential business information (CBI).
      (3) --Indicate your willingness to have the information provided in column (1) binding.
      (4) --Estimate the percent of total production for the first three years devoted to each category of use.
      (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).
      (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.
      (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).
      (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.
      (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Production % (4) | CBI (5) | % in Formulation (6) | CBI (7) | Site-limited | Consumer* | Industrial | Commercial | Binding Option | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | |  | % of substance expected per use (8) | | | | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

   b.  Generic use description     If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

Aviation gasoline

| Enter Attachment filename for Part I, Section C, 2. b. | CBI ☐ |
|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | ☒ | ☐ |
|---|---|---|


## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s):  [ ] 1  [ ] 2  [X] 3  [ ] 4  [ ] 5  [ ] 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | [X] | [ ] |

| Enter Attachment filename for Part I, Section C, 1. | CBI [ ] |
|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

    a.  (1) --Describe each intended category of use of the new chemical substance by function and application.

        (2) --Mark (X) this column if entry in column (1) is confidential business information (CBI).

        (3) --Indicate your willingness to have the information provided in column (1) binding.

        (4) --Estimate the percent of total production for the first three years devoted to each category of use.

        (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).

        (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.

        (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).

        (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.

        (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Prod uction % (4) | CBI (5) | % in Form- ulation (6) | CBI (7) | % of substance expected per use (8) | | | | | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site-limited | Con-sumer* | Industrial | Com-mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | [X] |
|---|---|

    b.  Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

Gasoline

| Enter Attachment filename for Part I, Section C, 2. b. | CBI [ ] |
|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | [X] | [ ] |
|---|---|---|


# Continuation Sheet

| **ID** | | **Field** | Part I, Section C, 2.a. Additional Consumer Use Text |
|---|---|---|---|

Category of Use: XXX : Gasoline
Attachments:
XXX


## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s):

| | X | 1 | X | 2 | X | 3 | | 4 | | 5 | | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
   a. Identity -- Enter the identity of the site at which the operation will occur.

|  | | Confi-dential |
|---|---|---|
| Name | XXX | |
| Site address (number and street) | XXX | [X] |
| City | XXX | County | XXX | |
| State | XXX | ZIP code | XXX | |

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | [X] |
|---|---|---|
| Mark (X) this box if the data continues on the next page. | ☐ | |

| b. Type -- Mark (X) | Manufacturing ☐ | Processing ☐ | Use ☐ | [X] |
|---|---|---|---|---|

c. Amount and Duration -- Complete 1 or 2 as appropriate | | | | Confi-dential

| 1. Batch | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | ☐ |
|---|---|---|---|---|
| | | | | |

| 2. Continuous | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | [X] |
|---|---|---|---|---|
| | XXX | XXX | XXX | |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → ☐ | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).

(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).

(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

**PMN Page 8a**

SANITIZED SUBMISSION

| Diagram of the major unit operation steps. | Confidential |
| --- | --- |
| | ☐ |

| Enter Attachment filename for Part II, Section A, 1. d. | ☐ |
| --- | --- |

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000303



PMN2021P9

**PMN Page 9**

**Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued**

**Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued**

The information on pages 9 and 9a refer to consolidated chemical number(s):  [X] 1   [X] 2   [X] 3   [ ] 4   [ ] 5   [ ] 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

    (1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
    (2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
    (3) -- Describe any protective equipment and engineering controls used to protect workers.
    (4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
    (5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
    (7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
    (8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
    (9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
    (10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
    (12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration Hrs/Day (10) | Days/Yr (11) | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sampling | | See continuation page. id: <P9SA2(3)C1R1> | | liquid, 7 | | | 1 | | 0.25 | 250 | |
| Miscellaneous Activities Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C1R2> | | liquid, 7 | | | 1 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| | |
|---|---|
| Mark (X) this box if the data continues on the next page. | [ ] |
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |



SANITIZED SUBMISSION

# Continuation Sheet

| **ID** | P9SA2(3)C1R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a taskdependent
basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas.
In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000305


# Continuation Sheet

| **ID** | P9SA2(3)C1R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a taskdependent

basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas.

In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.



PMN2021P9A

# PMN Page 9a

**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).
(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).
(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).
(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.
(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).
(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).
(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| Fugitive Air | < 1 | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C1R1> | | < 1 kg | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Mark (X) this box if the data continues on the next page. | | | | | | | ☐ | |

| **(7)** Mark (X) the destination(s) of releases to water. | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | ☐ |



SANITIZED SUBMISSION

# Continuation Sheet

| **ID** | P9ASA3(5a)C1R1 | **Field** | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |
|---|---|---|---|

There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service. No release to surface waters of these NCS are expected and all releases are expected to be below established regulatory limits for the existing petroleum stream analogs, which make up most of the mixed product streams.



| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE | |
|---|---|
| **Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER** | Mark (X) the "Confidential" box next to any item you claim as confidential |

The information on pages 8 and 8a refer to consolidated chemical number(s):

| 1 | X 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
   a. Identity -- Enter the identity of the site at which the operation will occur.                                                    Confidential

| Name | CHEVRON PRODUCTS CO PASCAGOULA REFINERY | | |
|---|---|---|---|
| Site address (number and street) | 250 INDUSTRIAL ROAD | | |
| City | PASCAGOULA | County | JACKSON |
| State | MS | ZIP code | 39581-3201 |

If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments.  →     **1**     ☐

Mark (X) this box if the data continues on the next page.  ☐

b. Type --
Mark (X)    Manufacturing ☐    Processing ☐    Use ☐    **Confidential** ☒

c. Amount and Duration -- Complete 1 or 2 as appropriate    Confidential

| 1. Batch | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | ☐ |
|---|---|---|---|---|

| 2. Continuous | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | ☒ |
|---|---|---|---|---|
| | XXX | XXX | XXX | |

d. Process description    Mark (X) to indicate your willingness to have your process description binding. → ☐

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

☒

XXX

| Diagram of the major unit operation steps. | Confidential |
| --- | --- |
| | ☐ |

| Enter Attachment filename for Part II, Section A, 1. d. | ☐ |



**PMN Page 9**

| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
|---|
| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued |

The information on pages 9 and 9a refer to consolidated chemical number(s):  ☐ **1**  ☒ **2**  ☐ **3**  ☐ **4**  ☐ **5**  ☐ **6**

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

(1)  --  Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
(2)  --  Mark (X) this column if entry in column (1) is confidential business information (CBI).
(3)  --  Describe any protective equipment and engineering controls used to protect workers.
(4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
(5)  --  Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
(7)  --  Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
(8)  --  Estimate the maximum number of workers involved in each activity for all sites combined.
(9)  --  Mark (X) this column if entry in column (8) is confidential business information (CBI).
(10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
(12)  --  Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration | | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Hrs/Day (10) | Days/Yr (11) | |
| Miscellaneous Activities Releases Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C2R1> | | liquid, 3.5 | | | 1 | | 0.25 | 250 | |
| Loading into Tank Trucks | | See continuation page. id: <P9SA2(3)C2R2> | | liquid, 3.5 | | | 1 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | ☐ |


SANITIZED SUBMISSION

# Continuation Sheet

| **ID** | P9SA2(3)C2R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a taskdependent
basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas.
In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.


# Continuation Sheet

| **ID** | P9SA2(3)C2R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |

Hard Piped Connections. Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task-dependent basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above



PMN2021P9AX1

SANITIZED SUBMISSION

# PMN Page 9a

**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).
(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).
(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).
(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.
(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).
(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).
(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| Fugitive Air | <1 | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C2R1> | | < 1 kg | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Mark (X) this box if the data continues on the next page. ☐

| **(7) Mark (X) the destination(s) of releases to water.** | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | xxx | xxx | ☒ |
| ☐ | Navigable waterway--provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | ☐ |

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

Page 33

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000314




## Continuation Sheet

| **ID** | P9ASA3(5a)C2R1 | **Field** | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |
|---|---|---|---|

There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service. No release to surface waters of these NCS are expected and all releases are expected to be below established regulatory limits for the existing petroleum stream analogs, which make up most of the mixed product streams.


## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s): [X] 1 [ ] 2 [X] 3 [ ] 4 [ ] 5 [ ] 6

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
    a. Identity -- Enter the identity of the site at which the operation will occur.

| | | Confidential |
|---|---|---|
| Name | XXX | |
| Site address (number and street) | XXX | [X] |
| City | XXX | County | XXX | |
| State | XXX | ZIP code | XXX | |

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | [X] |
|---|---|---|
| Mark (X) this box if the data continues on the next page. | [ ] | |

| b. Type -- Mark (X) | Manufacturing [ ] | Processing [ ] | Use [ ] | [X] |
|---|---|---|---|---|

c. Amount and Duration -- Complete 1 or 2 as appropriate       Confidential

| | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | |
|---|---|---|---|---|
| 1. Batch | | | | [ ] |

| | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | |
|---|---|---|---|---|
| 2. Continuous | XXX | XXX | XXX | [X] |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → [ ] | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

**PMN Page 8a**

SANITIZED SUBMISSION

| Diagram of the major unit operation steps. | Confidential |
|---|---|
| | ☐ |

| Enter Attachment filename for Part II, Section A, 1. d. | ☐ |
|---|---|

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000317



PMN2021P9X2

SANITIZED SUBMISSION

| **Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued** |
|---|

| **Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued** |
|---|

The information on pages 9 and 9a refer to consolidated chemical number(s):   [X] 1   [ ] 2   [X] 3   [ ] 4   [ ] 5   [ ] 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

(1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
(2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
(3) -- Describe any protective equipment and engineering controls used to protect workers.
(4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
(5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
(7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
(8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
(9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
(10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
(12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration Hrs/Day (10) | Days/Yr (11) | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miscellaneous Activities Releases Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C3R1> | | liquid, 7 | | | 1 | | 0.25 | 250 | |
| Loading into Tank Trucks | | See continuation page. id: <P9SA2(3)C3R2> | | liquid, 7 | | | 1 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |

SANITIZED SUBMISSION



PMN2021P9X2-1

# Continuation Sheet

| **ID** | P9SA2(3)C3R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a taskdependent
basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas.
In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD                    NR0000319



PMN2021P9X2-2

# Continuation Sheet

| **ID** | P9SA2(3)C3R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |
|---|---|---|---|

Hard Piped Connections. Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task-dependent basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above



PMN2021P9AX2

**PMN Page 9a**

SANITIZED SUBMISSION

**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).
(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).
(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).
(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.
(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).
(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).
(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| Fugitive Air | < 1 | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C3R1> | | < 1 kg | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

| **(7)** Mark (X) the destination(s) of releases to water. | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | ☐ |

EPA Form 7710-25 (12-19)                     Replaces previous editions of EPA Form 7710-25

Page 40
NOT PART OF THE ADMINISTRATIVE RECORD                     NR0000321


## Continuation Sheet

| **ID** | P9ASA3(5a)C3R1 | **Field** | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |

There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service. No release to surface waters of these NCS are expected and all releases are expected to be below established regulatory limits for the existing petroleum stream analogs, which make up most of the mixed product streams.


| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE – Continued**

**Section B -- INDUSTRIAL SITES CONTROLLED BY OTHERS**

The information on pages 10 and 10a refer to consolidated chemical number(s): [X] **1** [ ] **2** [X] **3** [ ] **4** [ ] **5** [ ] **6**

Complete section B for typical processing or use operations involving the new chemical substance at sites you do not control. Importers do not have to complete this section for operations outside the U.S.; however, you must report any processing or use activities after import. See the Instructions Manual. *Complete a separate section B for each type of processing, or use operation involving the new chemical substance.* If the same operation is performed at more than one site describe the typical operation common to these sites. Identify additional sites on a continuation sheet.

**1(a).** **Operation Description** -- To claim information in this section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

    (1) -- Diagram the major unit operation steps and chemical conversions, including interim storage and transport containers (specify - e.g. 5 gallon pails, 55 gallon drums, rail cars, tank trucks, etc). On the diagram, identify by letter and briefly describe each worker activity.

    (2) -- Either in the diagram or in the text field 1(b) below, provide the identity, the approximate weight (by kg/day or kg/batch, on an 100% new chemical substance basis), and entry point of all feedstocks (including reactants, solvents and catalysts, etc) and all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch).

    (3) -- Either in the diagram or in the text field 1(b) below, identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance.

    (4) -- Please enter the # of sites (remember to identify the locations of these sites on a continuation sheet):

| | **Number of Sites** | 100 | Confidential | [ ] |
|---|---|---|---|---|

**1(b).** (Optional) This space is for a text description to clarify the diagram above.      Confidential [X]

    XXX

| Enter Attachment filename for Part II, Section B on the bottom of page 10a. | | [ ] |
|---|---|---|



PMN2021P10-1

# Continuation Sheet

| **ID** | P10SB1(a)(4)1 | **Field** | Part II, Section B, 1(a)(4). Operation Site Locations |
|---|---|---|---|

No sites identified. Operation Alias: Use_gasoline



PMN2021P10A

## PMN Page 10a

SANITIZED SUBMISSION

**2. Worker Exposure/Environmental Release**

   (1)  --  From the diagram above, provide the letter for each worker activity. Complete 2-8 for each worker activity described.

   (2)  --  Estimate the number of workers exposed for all sites combined.

   (4)  --  Estimate the typical duration of exposure per worker in (a) hours per day and (b) days per year.

   (6)  --  Describe physical form of exposure and % new chemical substance (if in mixture), and any protective equipment and engineering controls, if any, used to protect workers.

   (7)  --  Estimate the percent of the new substance as formulated when packaged or used as a final product.

   (9)  --  From the process diagram above, enter the number of each release point. Complete 9-13 for each release point identified.

 (10)  --  Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology to the environment (in kg/day or kg/batch).

 (12)  --  Describe media of release i.e. stack air, fugitive air (optional-see Instructions Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify) and control technology, if any, that will be used to limit the release of the new substance to the environment.

 (14)  --  Identify byproducts which may result from the operation.

          (3), (5), (8), (11), (13) and (15) -- Mark (X) this column if any of the proceeding entries are confidential business information (CBI).

| Letter of Activity | # of Workers Exposed | CBI | Duration of Exposure | | CBI | Protective Equip./Engineering Controls/Physical Form | % new substance | % in Formulation | CBI |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4a) | (4b) | (5) | (6) | (6) | (7) | (8) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Release Number | Amount of New Substance Released | | CBI | Media of Release & Control Technology | CBI |
|---|---|---|---|---|---|
| (9) | (10a) | (10b) | (11) | (12) | (13) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| Mark (X) this box if the data continues on the next page. | ☐ | |
| **(14)** Byproducts: | **(15) CBI** | ☐ |
| Enter Attachment filename for Part II, Section B. | | ☐ |

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000325


| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE – Continued |
|---|

**Section B -- INDUSTRIAL SITES CONTROLLED BY OTHERS**

The information on pages 10 and 10a refer to consolidated chemical number(s): ☐ 1 ☒ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6

Complete section B for typical processing or use operations involving the new chemical substance at sites you do not control. Importers do not have to complete this section for operations outside the U.S.; however, you must report any processing or use activities after import. See the Instructions Manual. *Complete a separate section B for each type of processing, or use operation involving the new chemical substance.* If the same operation is performed at more than one site describe the typical operation common to these sites. Identify additional sites on a continuation sheet.

**1(a).  Operation Description** -- To claim information in this section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

(1) -- Diagram the major unit operation steps and chemical conversions, including interim storage and transport containers (specify - e.g. 5 gallon pails, 55 gallon drums, rail cars, tank trucks, etc). On the diagram, identify by letter and briefly describe each worker activity.

(2) -- Either in the diagram or in the text field 1(b) below, provide the identity, the approximate weight (by kg/day or kg/batch, on an 100% new chemical substance basis), and entry point of all feedstocks (including reactants, solvents and catalysts, etc) and all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch).

(3) -- Either in the diagram or in the text field 1(b) below, identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance.

(4) -- Please enter the # of sites (remember to identify the locations of these sites on a continuation sheet):

| | **Number of Sites** | 100 | Confidential ☐ |
|---|---|---|---|

**1(b).** (Optional) This space is for a text description to clarify the diagram above.                    Confidential ☒

XXX

| Enter Attachment filename for Part II, Section B on the bottom of page 10a. | | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)                                                    Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD                                    NR0000326


PMN2021P10X1-1

# Continuation Sheet

| **ID** | P10SB1(a)(4)2 | **Field** | Part II, Section B, 1(a)(4). Operation Site Locations |
|---|---|---|---|

No sites identified. Operation Alias: Use_Avgas



**PMN Page 10a**

**2. Worker Exposure/Environmental Release**

(1) -- From the diagram above, provide the letter for each worker activity. Complete 2-8 for each worker activity described.

(2) -- Estimate the number of workers exposed for all sites combined.

(4) -- Estimate the typical duration of exposure per worker in (a) hours per day and (b) days per year.

(6) -- Describe physical form of exposure and % new chemical substance (if in mixture), and any protective equipment and engineering controls, if any, used to protect workers.

(7) -- Estimate the percent of the new substance as formulated when packaged or used as a final product.

(9) -- From the process diagram above, enter the number of each release point. Complete 9-13 for each release point identified.

(10) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology to the environment (in kg/day or kg/batch).

(12) -- Describe media of release i.e. stack air, fugitive air (optional-see Instructions Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify) and control technology, if any, that will be used to limit the release of the new substance to the environment.

(14) -- Identify byproducts which may result from the operation.

    (3), (5), (8), (11), (13) and (15) -- Mark (X) this column if any of the proceeding entries are confidential business information (CBI).

| Letter of Activity | # of Workers Exposed | CBI | Duration of Exposure | | CBI | Protective Equip./Engineering Controls/Physical Form | % new substance | % in Formulation | CBI |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4a) | (4b) | (5) | (6) | (6) | (7) | (8) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Release Number | Amount of New Substance Released | | CBI | Media of Release & Control Technology | CBI |
|---|---|---|---|---|---|
| (9) | (10a) | (10b) | (11) | (12) | (13) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|
| **(14)** Byproducts: | **(15) CBI** | ☐ |
| Enter Attachment filename for Part II, Section B. | | ☐ |

NOT PART OF THE ADMINISTRATIVE RECORD


# OPTIONAL POLLUTION PREVENTION INFORMATION

To claim information in the following section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

In this section you may provide information not reported elsewhere in this form regarding your efforts to reduce or minimize potential risks associated with activities surrounding manufacturing, processing, use and disposal of the PMN substance. Please include new information pertinent to pollution prevention, including source reduction, recycling activities and safer processes or products available due to the new chemical substance. Source reduction includes the reduction in the amount or toxicity of chemical wastes by technological modification, process and procedure modification, product reformulation, and/or raw materials substitution. Recycling refers to the reclamation of useful chemical components from wastes that would otherwise be treated or released as air emissions or water discharges, or land disposal. Quantitative or qualitative descriptions of pollution prevention, source reduction and recycling should emphasize potential risk reduction in addition to compliance with existing regulatory requirements. The EPA is interested in the information to assess <u>overall net</u> reductions in toxicity or environmental releases and exposures, not the shifting of risks to other media (e.g., air to water) or nonenvironmental areas (e.g., occupational or consumer exposure). To the extent known, information about the technology being replaced will assist EPA in its relative risk determination. In addition, information on the relative cost or performance characteristics of the PMN substance to potential alternatives may be provided.

Describe the expected net benefits, such as
    (1) an overall reduction in risk to human health or the environment;
    (2) a reduction in the generation of waste materials through recycling, source reduction or other means;
    (3) a reduction in the use of hazardous starting materials, reagents, or feedstocks;
    (4) a reduction in potential toxicity, human exposure and/or environmental release; or
    (5) the extent to which the new chemical substance may be a substitute for an existing substance that poses a greater overall risk to human
        health or the environment.

**Information provided in this section will be taken into consideration during the review of this substance. See PMN Instructions Manual and Pollution Prevention Guidance manual for guidance and examples.**

XXX

| Enter Attachment filename for Pollution Prevention Page 11. | |
|---|---|

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25



## Part III -- LIST OF ATTACHMENTS

Attach continuation sheets for sections of the form, test data and other data (including physical/chemical properties and structure/activity information), and optional information after this page. Clearly identify the attachment and the section of the form to which it relates, if appropriate. Number consecutively the pages of any paper attachments. In the Number of Pages column below, enter the inclusive page numbers of each attachment for paper submissions or enter the total number of pages for each attachment for electronic submissions. Electronic attachments can be identified by filename.

Mark (X) the "Confidential" box next to any attachment name or filename you claim as confidential. Read the Instructions Manual for guidance on how to claim any information in an attachment as confidential. You must include with the sanitized copy of the notice form a sanitized version of any attachment in which you claim information as confidential.

| # | Attachment Name | Attachment Filename | Number of Pages | Associated PMN Section Number | CBI |
|---|---|---|---|---|---|
| 1 | Revised Safety Data Sheet | NCS2_38817_OSHA_GHS_SDS _Pyoilv2[1].pdf | 12 | Hazard Information Section (NCS 2) | |
| 2 | NCS 2 chemical description | sanitized document 5.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 2) | |
| 3 | IES CAS order document | IES order_sanitized_5.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 2) | |
| 4 | Process and composition diagram | process sanitized 2.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 2) | |
| 5 | revised safety data sheet. | NCS6_4433_OSHA_SDS_Englis h_Pyoilv2[1].pdf | 9 | Hazard Information Section (NCS 6) | |
| 6 | NCS 6 chemical description | sanitized docu_6.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 6) | |
| 7 | IES CAS order form | IES Order_sanitized_6.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 6) | |
| 8 | Process and Composition diagram | process sanitized 6.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 6) | |
| 9 | revised safety data sheet | NCS15_54987_OSHA_SDS_Pyo ilv2[1].pdf | 10 | Hazard Information Section (NCS 15) | |
| 10 | NCS 15 chemical description | sanitized docu_15.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 15) | |
| 11 | IES CAS order form | IES Order_sanitized_15.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 15) | |
| 12 | Process and composition diagram | process sanitized 15.pdf | 11 | B.1.e.2. Nature of Reaction (NCS | |
| 13 | additional chemical composition information | PO SANITIZED DOCUMENT.pdf | 5 | Additional Attachments | |
| 14 | Category Assessment document for fuel (gasoline) | 2008_aug21_gasoline_catanalys s_final_category_assess_doc.pdf | 88 | Additional Attachments | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Mark (X) this box if the data continues on the next page. ☐

EPA Form 7710-25 (12-19)  Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD  NR0000330


## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):** [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) | | | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | [ ] | | [ ] | [ ] | [ ] | | |
| Vapor Pressure @ Temperature | 37.8 | **°C** | [X] | 3 to 180 | | **Torr** | Measured | |
| Density/relative density | | | [X] | 0.62-0.88 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | **°C** | [ ] | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 20 | **°C** | [X] | 0.001-2 | | **g/L** | Measured | |
| Melting Temperature | | | [ ] | | | **°C** | | |
| Boiling / Sublimation temperature @ | | **Torr** | [ ] | | | **°C** | | |
| Spectra | | | [ ] | | | | | |
| Dissociation constant | | | [ ] | | | | | |
| Octanol / water partition coefficient | | | [ ] | | | | | |
| Henry's Law constant | | | [ ] | | | | | |
| Volatilization from water | | | [ ] | | | | | |
| Volatilization from soil | | | [ ] | | | | | |
| pH@ concentration | | | [ ] | | | | | |
| Flammability | | | [ ] | | | | | |
| Explodability | | | [ ] | | | | | |
| Adsorption / Coefficient | | | [ ] | | | | | |
| Particle Size Distribution | | | [ ] | | | | | |
| Other – Specify | | | [ ] | | | | | |


## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

The information on this page refers to chemical number(s): ☐1 ☒2 ☐3 ☐4 ☐5 ☐6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in ___). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) | | | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 37.8 | °C | ☒ | 3 to 180 | | **Torr** | Measured | |
| Density/relative density | | | ☒ | 0.62 to 0.88 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C | ☐ | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 20 | °C | ☒ | 0.001 to 2 | | **g/L** | Measured | |
| Melting Temperature | | | ☐ | | | **°C** | | |
| Boiling / Sublimation temperature @ | | **Torr** | ☐ | | | **°C** | | |
| Spectra | | | ☐ | | | | | |
| Dissociation constant | | | ☐ | | | | | |
| Octanol / water partition coefficient | | | ☐ | | | | | |
| Henry's Law constant | | | ☐ | | | | | |
| Volatilization from water | | | ☐ | | | | | |
| Volatilization from soil | | | ☐ | | | | | |
| pH@ concentration | | | ☐ | | | | | |
| Flammability | | | ☐ | | | | | |
| Explodability | | | ☐ | | | | | |
| Adsorption / Coefficient | | | ☐ | | | | | |
| Particle Size Distribution | | | ☐ | | | | | |
| Other – Specify | | | ☐ | | | | | |



# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):**  ☐ 1  ☐ 2  ☒ 3  ☐ 4  ☐ 5  ☐ 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) | | | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 37.8 | °C | ☒ | 3 to 180 | | Torr | Measured | |
| Density/relative density | | | ☒ | 0.62 to 0.88 | | g/cm3 | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C | ☐ | | | g/L | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 20 | °C | ☒ | 0.001 to 2 | | g/L | Measured | |
| Melting Temperature | | | ☐ | | | °C | | |
| Boiling / Sublimation temperature @ | | Torr | ☐ | | | °C | | |
| Spectra | | | ☐ | | | | | |
| Dissociation constant | | | ☐ | | | | | |
| Octanol / water partition coefficient | | | ☐ | | | | | |
| Henry's Law constant | | | ☐ | | | | | |
| Volatilization from water | | | ☐ | | | | | |
| Volatilization from soil | | | ☐ | | | | | |
| pH@ concentration | | | ☐ | | | | | |
| Flammability | | | ☐ | | | | | |
| Explodability | | | ☐ | | | | | |
| Adsorption / Coefficient | | | ☐ | | | | | |
| Particle Size Distribution | | | ☐ | | | | | |
| Other – Specify | | | ☐ | | | | | |

**Exhibit 4**

# Cover Letter

XXX

NOT PART OF THE ADMINISTRATIVE RECORD

Form Approved. O.M.B. No. 2070-0012. Approval Expires 12/31/2022

| **U.S. ENVIRONMENTAL PROTECTION AGENCY** | **AGENCY USE ONLY** |
|---|---|



### EPA

**PREMANUFACTURE NOTICE**

**FOR NEW CHEMICAL SUBSTANCES**

| Date of receipt: | 07/22/2021 |
|---|---|

| When completed, send this form to: | **If sending by Courier:** Office of Pollution Prevention and Toxics Document Control Office (7407M) US EPA, 1201 Constitution Ave NW WASHINGTON, D.C. 20460 Contact Numbers: 202-564-8930/8940 | **If sending by US Mail:** Office of Pollution Prevention and Toxics Document Control Office (7407M) US EPA, 1200 Pennsylvania Ave NW WASHINGTON, D.C. 20460 | **Submission Report Number** |
|---|---|---|---|

| **Total Number of Pages** | **TS Number** |
|---|---|
| 48 | PO0421 |

**GENERAL INSTRUCTIONS**

- You must provide all information requested in this form to the extent that it is known to or reasonably ascertainable by you. Make reasonable estimates if you do not have actual data.
- Before you complete this form, you should read the "Instructions Manual for Premanufacture Notification" (the Instructions Manual is available from the Toxic Substances Control Act (TSCA) Information Service by calling 202-554-1404, or faxing 202-554-5603).
- If a fee has been remitted for this notice (40 CFR 700.45), indicate in the boxes above the TS fee identification number you have generated. Remember, your fee ID number must also appear on your corresponding fee remittance. For mailing address information see the Help Instructions in the e-PMN tool.

### Part I – GENERAL INFORMATION

You must provide the currently correct Chemical Abstracts (CA) Name of the new chemical substance, even if you claim the identity as confidential. You may authorize another person to submit chemical identity information for you, but your submission will not be complete and the review will not begin until EPA receives this information. A letter in support of your submission should reference your TS fee identification number. For all Section 5 Notice submissions (paper or electronic) you must submit an original notice including all test data; if you claimed any information as confidential, an original sanitized copy must also be submitted.

### Part II – HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

If there are several manufacture, processing, or use operations to be described in Part II, sections A and B of this notice, reproduce the sections as needed.

### Part III – LIST OF ATTACHMENTS

For paper submissions, attach additional sheets if there is not enough space to answer a question fully. Label each continuation sheet with the corresponding section heading. In Part III, list these attachments, any test data or other data and any optional information included in the notice.

### OPTIONAL INFORMATION

You may include any information that you want EPA to consider in evaluating the new substance. On page 11 of this form, space has been provided for you to describe pollution prevention and recycling information you may have regarding the new substance. "Binding" boxes are included throughout this form for you to indicate your willingness to be bound to certain statements you make in this section, such as use, production volume, protective equipment . . . The intention is to reduce delays that normally accompany the development of consent orders or Significant New Use Rules. Checking a "binding" box in a PMN does not by itself prohibit the submitter from later deviating from the information (except chemical identity) reported in the form; however, in the case of exemption applications (such as TMEA, LVE, LOREX) certain information provided in such notifications is binding on the submitter when the Agency approves the exemption application, especially if the production volume "binding" box is chosen in a LVE.

### CONFIDENTIALITY CLAIMS

You may claim any information in this notice as confidential. To assert a claim on the form, mark (X) the confidential box next to the information that you claim as confidential. To assert a claim in an attachment, circle or bracket the information you claim as confidential. If you claim any information in the notices as confidential, you must also provide a sanitized version of the notice, (including attachments). For additional instructions on claiming information as confidential, read the Instructions Manual.

### TEST DATA AND OTHER DATA

You are required to submit all test data in your possession or control and to provide a description of all other data known to or reasonably ascertainable by you, if these data are related to the health and environmental effects on the manufacture, processing, distribution in commerce, use, or disposal of the new chemical substance. Standard literature citations may be submitted for data in the open scientific literature. Complete test data (written in English), not summaries of data, must be submitted if they do not appear in the open literature. You should clearly identify whether test data is on the substance or on an analog. Also, the chemical composition of the tested material should be characterized. Following are examples of test data and other data. Data should be submitted according to the requirements of §720.50 of the Premanufacture Notification Rule (40 CFR 720).

**Test Data (Check Below any included in this notice)**

| | | | |
|---|---|---|---|
| ☐ | Environmental fate data | ☒ | Other Data |
| ☐ | Health effects data | ☐ | Risk Assessments |
| ☐ | Environmental effects data | ☐ | Structure/activity relationships |
| ☐ | Physical/Chemical Properties (A physical and chemical properties worksheet is located on the last page of this form.) | | |
| ☐ | Test data not in the possession or control of the submitter | | |

**TYPE OF NOTICE (Check Only One)**

| | |
|---|---|
| ☒ | **PMN** (Premanufacture Notice) |
| ☐ | **SNUN** (Significant New Use Notice) |
| ☐ | **TMEA** (Test Marketing Exemption Application) |
| ☐ | **LVE** (Low Volume Exemption) @ 40 CFR 723.50(c)(1) |
| ☐ | **LOREX** (Low Release/Low Exposure Exemption) @ 40 CFR 723.50(c)(2) |
| ☐ | **LVE** Modification |
| ☐ | **LOREX** Modification |
| ☐ | **Mock Submission** |
| ☐ | Mark (X) if pending Letter of Support |
| Y | IS THIS A CONSOLIDATED PMN (Y/N)? |
| 3 | # of chemicals or polymers (Prenotice Communication # required, enter # on p. 3). |
| ☒ | Mark (X) if any information in this notice is claimed as confidential. |


The public reporting and recordkeeping burden for this collection of information is estimated to average 93 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed EPA Form 7710-25 to this address.

## CERTIFICATION -- A printed copy of this signature page, with original signature, must be submitted with CD or paper submission.

I hereby certify to the best of my knowledge and belief that all information entered on this form is complete and accurate. I further certify that, pursuant to 15 U.S.C. § 2613(c), for all claims for protection for any confidential information made with this submission, all information submitted to substantiate such claims is true and correct, and that it is true and correct that the person submitting the claim has:

(i)   taken reasonable measures to protect the confidentiality of the information;

(ii)  determined that the information is not required to be disclosed or otherwise made available to the public under any other Federal law

(iii) a reasonable basis to conclude that disclosure of the information is likely to cause substantial harm to the competitive position of the person; and

(iv) a reasonable basis to believe that the information is not readily discoverable through reverse engineering.

  Any knowing and willful misrepresentation is subject to criminal penalty pursuant to 18 U.S.C. § 1001.

**Additional Certification Statements:**

If you are submitting a PMN, SNUN, LoREX, LVE, or TMEA, check the following Fees Certification statement that applies:

| | |
|---|---|
| ☐ | The Company named in Part I, Section A is a "small business concern" as defined under 40 CFR 700.43 and will remit the fee as specified in 40 CFR 700.45(c). |
| ☒ | The Company named in Part I, Section A will remit the fee as specified in 40 CFR 700.45(c). |
| ☐ | This joint submission includes at least one Company which is a "small business concern" and at least one Company which is not a "small business concern," as defined under 40 CFR 700.43. The fee will be remitted with the joint submission. Any remaining balance due for this joint submission is to be paid by the secondary submitter(s). |
| ☐ | The company named in Part I, Section A is submitting a sustainable futures TME. The company has graduated from EPA's Sustainable Futures program and is therefore exempt from fees for this sustainable futures TME. |

If you are submitting a **Low Volume Exemption (LVE)** application in accordance with 40 CFR 723.50(c)(1) or a **Low Release and Low Exposure Exemption (LoRex)** application in accordance with 40 CFR 723.50(c)(2), check the following certification statements:

| | |
|---|---|
| ☐ | The manufacturer submitting this notice intends to manufacture or import the new chemical substance for commercial purposes, other than in small quantities solely for research and development, under the terms of 40 CFR 723.50. |
| ☐ | The manufacturer is familiar with the terms of this section and will comply with those terms; and |
| ☐ | The new chemical substance for which the notice is submitted meets all applicable exemption conditions. |
| ☐ | If this application is for an LVE in accordance with 40 CFR 723.50(c)(1), the manufacturer intends to commence manufacture of the exempted substance for commercial purposes within 1 year of the date of the expiration of the 30 day review period. |

| | | | | Confidential |
|---|---|---|---|---|
| Signature and title of Authorized Official (Original Signature Required) | *ES/Matthew P Cook* | Date | 07/22/2021 | ☐ |


| Part I -- GENERAL INFORMATION |
|---|

**Section A – SUBMITTER IDENTIFICATION**

Mark (X) the "Confidential" box next to any subsection you claim as confidential

| **1a.** | **Person Submitting Notice (in U.S.)** | | | Confidential |
|---|---|---|---|---|
| Name of Authorized Official | (first) Matthew | (last) Cook | | |
| Position | Not Applicable | | | |
| Company | CHEVRON | | | ☐ |
| Mailing Address (number & street) | PO BOX 1300 | | | |
| City | PASCAGOULA | State | MS | Postal Code | 39568 | |
| email | mattcook@chevron.com | | | |

| **b.** | **Agent (if Applicable)** | | | Confidential |
|---|---|---|---|---|
| Name of Authorized Official | (first) | (last) | | |
| Position | | | | |
| Company | | | | ☐ |
| Mailing Address (number & street) | | | | |
| City | | State | Postal Code | | |
| e-mail | | Telephone (include area code) | | |

| **c.** | **Joint Submitter (if applicable)** | | | Confidential |
|---|---|---|---|---|
| If you are submitting this notice as part of a joint submission, mark (X) | | | ☐ | |
| Name of Authorized Official | (first) | (last) | | |
| Position | | | | |
| Company | | | | ☐ |
| Mailing Address (number & street) | | | | |
| City | | State | Postal Code | | |
| e-mail | | Telephone (include area code) | | |

| **2.** | **Technical Contact (in U.S.)** | | | Confidential |
|---|---|---|---|---|
| Name of Authorized Official | (first) Hye-Kyung | (last) Timken | | |
| Position | Principal Scientist | | | |
| Company | Chevron USA | | | ☐ |
| Mailing Address (number & street) | 100 Chevron Way, 10-1226 | | | |
| City | Richmond | State | CA | Postal Code | 94801 | |
| e-mail | Htimken@chevron.com | Telephone (include area code) | 5102421939 | |

| **3.** | If you have had a prenotice communication (PC) concerning this notice and EPA assigned a PC Number to the notice, enter the number. | XXX | Mark (X) if none ☐ | Confidential ☒ |
|---|---|---|---|---|
| **4.** | If you previously submitted an exemption application for the chemical substance covered by this notice, enter the exemption number assigned by EPA. If you previously submitted a PMN for this substance enter the PMN number assigned by EPA (i.e. withdrawn or incomplete). | | Mark (X) if none ☒ | Confidential ☐ |
| **5.** | If you have submitted a notice of Bona fide intent to manufacture or import for the chemical substance covered by this notice, enter the notice number assigned by EPA. | | Mark (X) if none ☒ | Confidential ☐ |

| **6.** | **Type of Notice – Mark (X)** | | |
|---|---|---|---|
| 1. | Manufacture Only ☒ <br> Binding Option ☐ | 2. Import Only ☐ <br> Binding Option ☐ | 3. Both ☐ |



# Continuation Sheet

| **ID** | P3SB1bC2 | **Field** | Part I, Section A, 2 |
|---|---|---|---|

First Name: Pearl
Last Name: Moy
Position: Toxicologist
Company Name: Chevron USA
Address: 6001 Bollinger Canyon Road
City: San Ramon
State: CA
Postal Code: 94583
Country: US
Email: Pearl.Moy@chevron.com
Telephone: 5103631007
CBI: N


| **Part I – GENERAL INFORMATION -- Continued** |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. ☐

|  | | Class 1 | Class 2 | CBI |
|---|---|---|---|---|
| 1. | Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | | | |
| a. | Class of substance - Mark (X) | ☐ | ☐ | X |

| b. | Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). | X |
|---|---|---|

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | X | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |
|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 1 IES ORDER_sanitized_12.pdf | X |
|---|---|---|

| d. | Molecular formula | XXX | X |
|---|---|---|---|

| e. | For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | X |
|---|---|---|

See Attachment (Sanitized Document: 2 sanitized document_12.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|



PMN2021P4A

## PMN Page 4a

| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers. [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process. [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 7 process sanitized 4.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate). [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|




| **Part I -- GENERAL INFORMATION -- Continued** |
|---|

| **Section B -- CHEMICAL IDENTITY INFORMATION -- Continued** |
|---|

3. Impurities
    (a) -   Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
    (b) -   Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. | | ☐ |
|---|---|---|

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX
                                               **X**

| Enter Attachment filename for Part I, Section B, 4. | | ☐ |
|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX
                                               **X**

| Enter Attachment filename for Part I, Section B, 5. | | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Clarified oils, catalytic cracked,

| Enter Attachment filename for Part I, Section B, 6. | | |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confi-dential |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

EPA Form 7710-25 (12-19)
                                           Replaces previous editions of EPA Form 7710-25




| Part I – GENERAL INFORMATION -- Continued |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. ☐

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a. Class of substance - Mark (X) | ☐ | ☐ | ☒ |

b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). ☒

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |
|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 5 IES Order_sanitized_16.pdf | ☒ |
|---|---|---|

| d. Molecular formula | XXX | ☒ |
|---|---|---|

e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. ☒

See Attachment (Sanitized Document: 6 sanitized docu_16.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)        Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD      NR0000491



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 8 process sanitized 16.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate).  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|


| Part I -- GENERAL INFORMATION -- Continued |
|---|

| Section B -- CHEMICAL IDENTITY INFORMATION -- Continued |
|---|

3. Impurities
   (a) -  Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) -  Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Mark (X) this box if the data continues on the next page. | ☐ |  |  |
| Enter Attachment filename for Part I, Section B, 3. |  |  | ☐ |

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX

☒

| Enter Attachment filename for Part I, Section B, 4. | | | ☐ |
|---|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX

☒

| Enter Attachment filename for Part I, Section B, 5. | | | ☐ |
|---|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Distillates, hydroteated heavy,

| Enter Attachment filename for Part I, Section B, 6. | | | |
|---|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confi-dential |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Mark (X) this box if the data continues on the next page. | ☐ |  |

NOT PART OF THE ADMINISTRATIVE RECORD
NR0000493


| **Part I – GENERAL INFORMATION -- Continued** |

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

| If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. | ☐ | |

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | **CBI** |
| a. Class of substance - Mark (X) | ☐ | ☐ | ☒ |

| b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). | | | ☒ |

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 3 IES Order_sanitized_19.pdf | ☒ |

| d. Molecular formula | XXX | ☒ |

| e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | ☒ |

See Attachment (Sanitized Document: 4 sanitized docu_19.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.  ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | ☐ |

e. (2)  Describe the nature of the reaction or process.  ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 9 process sanitized 19.pdf | ☒ |

e. (3)  Indicate the range of composition and the typical composition (where appropriate).  ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | ☐ |


**Part I -- GENERAL INFORMATION -- Continued**

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

3.  Impurities
    (a) -  Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
    (b) -  Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Mark (X) this box if the data continues on the next page. ☐

| Enter Attachment filename for Part I, Section B, 3. | | ☐ |
|---|---|---|

4.  Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX

☒

| Enter Attachment filename for Part I, Section B, 4. | | ☐ |
|---|---|---|

5.  Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX

☒

| Enter Attachment filename for Part I, Section B, 5. | | ☐ |
|---|---|---|

6.  Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Gas Oils hydrotreated vacuum,

| Enter Attachment filename for Part I, Section B, 6. | | |
|---|---|---|

7.  Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance.  Provide the CAS Registry Number if available.

| Byproduct  (1) | CAS Registry Number (2) | Confi-dential |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Mark (X) this box if the data continues on the next page. ☐


PMN2021P5X3

SANITIZED SUBMISSION

right header image



SANITIZED SUBMISSION

| Part I -- GENERAL INFORMATION – Continued |
|---|

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

| 2. Polymers (For a definition of polymer, see the Instructions Manual.) | Confidential |
|---|---|
| a. Indicate the number-average weight of the lowest molecular weight composition of the polymer you intend to manufacture. Indicate maximum weight percent of low molecular weight species (not including residual monomers, reactants, or solvents) below 500 and below 1,000 absolute molecular weight of that composition. | ☐ |

Describe the methods of measurement or the basis for your estimates:

**GPC** ☐    **Other** (Specify Below) ☐

Specify Other:

| (i) lowest number average molecular weight: | (ii) maximum weight % below 500 molecular weight: | (iii) maximum weight % below 1000 molecular weight: |
|---|---|---|
| | | |

| Enter Attachment filename for Part I, Section B, 2. a. | ☐ |
|---|---|

b. You must make separate confidentiality claims for monomer or other reactant identity, composition information, and residual information. Mark (X) the "Confidential" box next to any item you claim as confidential

(1) - Provide the specific chemical name and CAS Registry Number (if a number exists) of each monomer or other reactant used in the manufacture of the polymer.
(2) - Mark (X) this column if entry in column (1) is confidential.
(3) - Indicate the typical weight percent of each monomer or other reactant in the polymer.
(4) - Choose "yes" from drop down menu if you want a monomer or other reactant used at two weight percent or less to be listed as part of the polymer description on the TSCA Chemical Substance Inventory.
(5) - Mark (X) this column if entries in columns (3) and (4) are confidential.
(6) - Indicate the maximum weight percent of each monomer or other reactant that may be present as a residual in the polymer as manufactured for commercial purposes.
(7) - Mark (X) this column if entry in column (6) is confidential.

| Monomer or other reactant specific chemical name (1) | CBI (2) | Typical composition (3) | Include in identity (4) | CBI (5) | Max residual (6) | CBI (7) |
|---|---|---|---|---|---|---|
| CAS Registry Number (1) | | | | | | |
| CAS Registry Number (1) | | | | | | |
| CAS Registry Number (1) | | | | | | |
| CAS Registry Number (1) | | | | | | |
| CAS Registry Number (1) | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

EPA Form 7710-25 (12-19)      Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD      NR0000497



PMN2021P5AX3

**PMN Page 5a**

| c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice (check one). | | | | | **CBI** |
|---|---|---|---|---|---|
| **Method 1** (CAS Inventory Expert Service - a copy of the identification report obtained from CAS Inventory Expert Service must be submitted as an attachment to this notice) | ☐ | IES Order Number | | **Method 2** (other source) ☐ | |
| Enter Attachment filename for Part I, Section B, 2. c. | | | | | ☐ |

| d. The currently correct Chemical Abstracts (CA) name for the polymer that is consistent with TSCA Inventory listings for similar polymers. | ☐ |
|---|---|
| | |
| CAS Registry Number (if a number already exists for the substance) | |

| e. Provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | ☐ |
|---|---|
| | |
| Enter Attachment filename for Part I, Section B, 2. e. | ☐ |


## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume** -- Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | [X] | [ ] |

| Enter Attachment filename for Part I, Section C, 1. | CBI [ ] |
|---|---|

**2. Use Information** -- You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

  a. (1) --Describe each intended category of use of the new chemical substance by function and application.
  (2) --Mark (X) this column if entry (1) is confidential business information (CBI).
  (3) --Indicate your willingness to have the information provided in column (1) binding.
  (4) --Estimate the percent of total production for the first three years devoted to each category of use.
  (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).
  (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.
  (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).
  (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.
  (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Prod uction % (4) | CBI (5) | % in Form- ulation (6) | CBI (7) | % of substance expected per use (8) | | | | | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site- limited | Con- sumer* | Industrial | Com- mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|

  b. Generic use description     If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

Marine fuel

| Enter Attachment filename for Part I, Section C, 2. b. | CBI [ ] |
|---|---|

**3. Hazard Information** -- Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | [X] | [ ] |
|---|---|---|

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25


## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): ☐ 1  ☒ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI | ☐ |
|---|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

  a. (1) --Describe each intended category of use of the new chemical substance by function and application.
  (2) --Mark (X) this column if entry in column (1) is confidential business information (CBI).
  (3) --Indicate your willingness to have the information provided in column (1) binding.
  (4) --Estimate the percent of total production for the first three years devoted to each category of use.
  (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).
  (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.
  (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).
  (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.
  (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Prod uction % (4) | CBI (5) | % in Form- ulation (6) | CBI (7) | % of substance expected per use (8) | | | | | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site- limited | Con- sumer* | Industrial | Com- mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

  b. Generic use description — If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

Chemical intermediate

| Enter Attachment filename for Part I, Section C, 2. b. | CBI | ☐ |
|---|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X) ☐

| Mark (X) this box if you attach hazard information. | ☒ | ☐ |
|---|---|---|



## Part I -- GENERAL INFORMATION -- Continued

**Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:**

The information on this page refers to consolidated chemical number(s): ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI ☐ |
|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

   a.  (1) --Describe each intended category of use of the new chemical substance by function and application.

      (2) --Mark (X) this column if entry (1) is confidential business information (CBI).

      (3) --Indicate your willingness to have the information provided in column (1) binding.

      (4) --Estimate the percent of total production for the first three years devoted to each category of use.

      (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).

      (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.

      (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).

      (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.

      (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Prod uction % (4) | CBI (5) | % in Form- ulation (6) | CBI (7) | % of substance expected per use (8) | | | | | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site-limited | Con-sumer* | Industrial | Com-mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

    * If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

   b.  Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

chemical intermediate

| Enter Attachment filename for Part I, Section C, 2. b. | CBI ☐ |
|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include. | Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | ☒ | ☐ |
|---|---|---|



## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s):  [X] 1  [X] 2  [X] 3  [ ] 4  [ ] 5  [ ] 6

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
   a. Identity -- Enter the identity of the site at which the operation will occur.

| | | Confidential |
|---|---|---|
| Name | XXX | |
| Site address (number and street) | XXX | [X] |
| City | XXX | County | XXX | |
| State | XXX | ZIP code | XXX | |

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | [X] |
|---|---|---|

Mark (X) this box if the data continues on the next page.  [ ]

b. Type -- Mark (X)    Manufacturing [ ]    Processing [ ]    Use [ ]    [X]

c. Amount and Duration -- Complete 1 or 2 as appropriate    Confidential

| 1. Batch | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | [ ] |
|---|---|---|---|---|
| 2. Continuous | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | [X] |
| | XXX | XXX | XXX | |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → [ ] | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

PMN2021P8A

**PMN Page 8a**

| Diagram of the major unit operation steps. | Confidential |
|---|---|
| | ☐ |

| Enter Attachment filename for Part II, Section A, 1. d. | ☐ |
|---|---|



| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
|---|

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued |
|---|

The information on pages 9 and 9a refer to consolidated chemical number(s):  [X] 1  [X] 2  [X] 3  [ ] 4  [ ] 5  [ ] 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

  (1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
  (2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
  (3) -- Describe any protective equipment and engineering controls used to protect workers.
  (4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
  (5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
  (7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
  (8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
  (9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
  (10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
  (12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration | | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Hrs/Day (10) | Days/Yr (11) | |
| Sampling | | See continuation page. id: <P9SA2(3)C1R1> | | liquid, 7 | | | 1 | | 0.25 | 250 | |
| Miscellaneous Activities Releases Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C1R2> | | liquid, 7 | | | 2 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |



PMN2021P9-1

# Continuation Sheet

| **ID** | P9SA2(3)C1R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

The streams are periodically sampled during manufacture. The sampling is from a closed-loop system to minimize losses of vapor during sampling. Exposure to workers is expected to be limited based on the existing controls and measures. Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a task-dependent basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.

SANITIZED SUBMISSION



PMN2021P9-2

# Continuation Sheet

| **ID** | P9SA2(3)C1R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task dependent basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors; these sensors are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review (Exposure A). All workers exposures will be held below established limits for the existing petroleum stream analogs to these NCS, which make up a majority of the mixed product streams.



**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).

(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).

(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).

(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.

(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).

(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).

(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| Fugitive Air | < 1 | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C1R1> | | < 1 kg | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Mark (X) this box if the data continues on the next page. | | | | | | | ☐ | |

| (7) Mark (X) the destination(s) of releases to water. | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | ☐ |


PMN2021P9A-1

## Continuation Sheet

| **ID** | P9ASA3(5a)C1R1 | **Field** | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |

There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service. No release to surface waters of these NCS are expected and all releases are expected to be below established regulatory limits for the existing petroleum stream analogs, which make up most of the mixed product streams.


## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s): [X] 1   [ ] 2   [ ] 3   [ ] 4   [ ] 5   [ ] 6

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
    a. Identity -- Enter the identity of the site at which the operation will occur.

Confi-dential

| Name | XXX | |
|---|---|---|
| Site address (number and street) | XXX | |
| City | XXX | County | XXX |
| State | XXX | ZIP code | XXX |

Confidential: [X]

If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. →    XXX    [X]

Mark (X) this box if the data continues on the next page. [ ]

b. Type -- Mark (X)    Manufacturing [ ]    Processing [ ]    Use [ ]    [X]

c. Amount and Duration -- Complete 1 or 2 as appropriate    Confi-dential

| 1. Batch | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | [ ] |
|---|---|---|---|---|
| | | | | |

| 2. Continuous | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | [X] |
|---|---|---|---|---|
| | XXX | XXX | XXX | |

d. Process description    Mark (X) to indicate your willingness to have your process description binding. → [ ]

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

| Diagram of the major unit operation steps. | Confidential |
|---|---|
|  | ☐ |

| Enter Attachment filename for Part II, Section A, 1. d. | ☐ |
|---|---|


| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
|---|
| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued |

The information on pages 9 and 9a refer to consolidated chemical number(s): [X] 1  [ ] 2  [ ] 3  [ ] 4  [ ] 5  [ ] 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

    (1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
    (2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
    (3) -- Describe any protective equipment and engineering controls used to protect workers.
    (4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
    (5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
    (7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
    (8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
    (9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
    (10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
    (12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration | | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Hrs/Day (10) | Days/Yr (11) | |
| Miscellaneous Activities Releases Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C2R1> | | liquid, 7 | | | 1 | | 1 | 250 | |
| Loading into Tank Trucks | | See continuation page. id: <P9SA2(3)C2R2> | | liquid, 7 | | | 1 | | 1 | 250 | |
| Unloading from Tank Trucks | | See continuation page. id: <P9SA2(3)C2R3> | | liquid, 7 | | | 1 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |



# Continuation Sheet

| **ID** | P9SA2(3)C2R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task dependent
basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above



# Continuation Sheet

| **ID** | P9SA2(3)C2R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |
|---|---|---|---|

Hard Piped Connections. Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task-dependent basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.


# Continuation Sheet

| **ID** | P9SA2(3)C2R3 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 3 |
|---|---|---|---|

Hard Piped Connections. Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task-dependent basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above



**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).

(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).

(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).

(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.

(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).

(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).

(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| Fugitive Air | < 1 | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C2R1> | | < 1 kg | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

| **(7) Mark (X) the destination(s) of releases to water.** | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | ☐ |

EPA Form 7710-25 (12-19)    Replaces previous editions of EPA Form 7710-25



# Continuation Sheet

| **ID** | P9ASA3(5a)C2R1 | **Field** | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |
|---|---|---|---|

The facility is a closed system, with all distillation columns and other potential fugitive stack release points vented to flares. There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service.


## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s): 1 ☐  2 ☒  3 ☒  4 ☐  5 ☐  6 ☐

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
   a. Identity -- Enter the identity of the site at which the operation will occur.

Confi-dential

| Name | XXX | | | |
|---|---|---|---|---|
| Site address (number and street) | XXX | | | ☒ |
| City | XXX | County | XXX | |
| State | XXX | ZIP code | XXX | |

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | ☒ |
|---|---|---|
| Mark (X) this box if the data continues on the next page. | ☐ | |

| b. Type -- Mark (X) | Manufacturing ☐ | Processing ☐ | Use ☐ | ☒ |
|---|---|---|---|---|

c. Amount and Duration -- Complete 1 or 2 as appropriate

Confi-dential

| 1. Batch | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | ☐ |
|---|---|---|---|---|
| 2. Continuous | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | ☒ |
| | XXX | XXX | XXX | |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → ☐ | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).

(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).

(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

☒

XXX

**PMN Page 8a**

Diagram of the major unit operation steps.

Confidential ☐

Enter Attachment filename for Part II, Section A, 1. d.　☐

NOT PART OF THE ADMINISTRATIVE RECORD　　　　　NR0000518



PMN2021P9X2

| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
|---|

**Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued**

The information on pages 9 and 9a refer to consolidated chemical number(s): ☐ 1  ☒ 2  ☒ 3  ☐ 4  ☐ 5  ☐ 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

   (1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
   (2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
   (3) -- Describe any protective equipment and engineering controls used to protect workers.
   (4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
   (5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
   (7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
   (8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
   (9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
   (10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
   (12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration Hrs/Day (10) | Days/Yr (11) | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miscellaneous Activities Releases Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C3R1> | | liquid, 7 | | | 1 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | ☐ |



PMN2021P9X2-1

# Continuation Sheet

| **ID** | P9SA2(3)C3R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task dependent
basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above



**PMN Page 9a**

**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).

(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).

(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).

(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.

(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).

(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).

(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| Fugitive Air | < 1 | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C3R1> | | < 1 kg | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

| **(7)** Mark (X) the destination(s) of releases to water. | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| | Enter Attachment filename for Part II, Section A. | | ☐ |

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000521



PMN2021P9AX2-1

## Continuation Sheet

| **ID** | P9ASA3(5a)C3R1 | **Field** | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |

The facility is a closed system, with all distillation columns and other potential fugitive stack release points vented to flares. There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service.


**Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE – Continued**

### Section B -- INDUSTRIAL SITES CONTROLLED BY OTHERS

The information on pages 10 and 10a refer to consolidated chemical number(s): | [X] 1 | [ ] 2 | [ ] 3 | [ ] 4 | [ ] 5 | [ ] 6

Complete section B for typical processing or use operations involving the new chemical substance at sites you do not control. Importers do not have to complete this section for operations outside the U.S.; however, you must report any processing or use activities after import. See the Instructions Manual. *Complete a separate section B for each type of processing, or use operation involving the new chemical substance.* If the same operation is performed at more than one site describe the typical operation common to these sites. Identify additional sites on a continuation sheet.

**1(a). Operation Description** -- To claim information in this section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

- (1) -- Diagram the major unit operation steps and chemical conversions, including interim storage and transport containers (specify - e.g. 5 gallon pails, 55 gallon drums, rail cars, tank trucks, etc). On the diagram, identify by letter and briefly describe each worker activity.
- (2) -- Either in the diagram or in the text field 1(b) below, provide the identity, the approximate weight (by kg/day or kg/batch, on an 100% new chemical substance basis), and entry point of all feedstocks (including reactants, solvents and catalysts, etc) and all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch).
- (3) -- Either in the diagram or in the text field 1(b) below, identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance.
- (4) -- Please enter the # of sites (remember to identify the locations of these sites on a continuation sheet):

| | **Number of Sites** | 100 | Confidential [ ] |
|---|---|---|---|

**1(b).** (Optional) This space is for a text description to clarify the diagram above.    Confidential [X]

XXX

| Enter Attachment filename for Part II, Section B on the bottom of page 10a. | | [ ] |
|---|---|---|


PMN2021P10-1

# Continuation Sheet

| **ID** | P10SB1(a)(4)1 | **Field** | Part II, Section B, 1(a)(4). Operation Site Locations |
|---|---|---|---|

No sites identified. Operation Alias: Use of Marine fuel


**2. Worker Exposure/Environmental Release**

(1) -- From the diagram above, provide the letter for each worker activity. Complete 2-8 for each worker activity described.

(2) -- Estimate the number of workers exposed for all sites combined.

(4) -- Estimate the typical duration of exposure per worker in (a) hours per day and (b) days per year.

(6) -- Describe physical form of exposure and % new chemical substance (if in mixture), and any protective equipment and engineering controls, if any, used to protect workers.

(7) -- Estimate the percent of the new substance as formulated when packaged or used as a final product.

(9) -- From the process diagram above, enter the number of each release point. Complete 9-13 for each release point identified.

(10) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology to the environment (in kg/day or kg/batch).

(12) -- Describe media of release i.e. stack air, fugitive air (optional-see Instructions Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify) and control technology, if any, that will be used to limit the release of the new substance to the environment.

(14) -- Identify byproducts which may result from the operation.

(3), (5), (8), (11), (13) and (15) -- Mark (X) this column if any of the proceeding entries are confidential business information (CBI).

| Letter of Activity | # of Workers Exposed | CBI | Duration of Exposure | | CBI | Protective Equip./Engineering Controls/Physical Form | % new substance | % in Formulation | CBI |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4a) | (4b) | (5) | (6) | (6) | (7) | (8) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Release Number | Amount of New Substance Released | | CBI | Media of Release & Control Technology | CBI |
|---|---|---|---|---|---|
| (9) | (10a) | (10b) | (11) | (12) | (13) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Mark (X) this box if the data continues on the next page. ☐

| **(14)** Byproducts: | **(15) CBI** ☐ |
|---|---|
| Enter Attachment filename for Part II, Section B. | ☐ |



## OPTIONAL POLLUTION PREVENTION INFORMATION

To claim information in the following section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

In this section you may provide information not reported elsewhere in this form regarding your efforts to reduce or minimize potential risks associated with activities surrounding manufacturing, processing, use and disposal of the PMN substance. Please include new information pertinent to pollution prevention, including source reduction, recycling activities and safer processes or products available due to the new chemical substance. Source reduction includes the reduction in the amount or toxicity of chemical wastes by technological modification, process and procedure modification, product reformulation, and/or raw materials substitution. Recycling refers to the reclamation of useful chemical components from wastes that would otherwise be treated or released as air emissions or water discharges, or land disposal. Quantitative or qualitative descriptions of pollution prevention, source reduction and recycling should emphasize potential risk reduction in addition to compliance with existing regulatory requirements. The EPA is interested in the information to assess <u>overall net</u> reductions in toxicity or environmental releases and exposures, not the shifting of risks to other media (e.g., air to water) or nonenvironmental areas (e.g., occupational or consumer exposure). To the extent known, information about the technology being replaced will assist EPA in its relative risk determination. In addition, information on the relative cost or performance characteristics of the PMN substance to potential alternatives may be provided.

Describe the expected net benefits, such as
    (1) an overall reduction in risk to human health or the environment;
    (2) a reduction in the generation of waste materials through recycling, source reduction or other means;
    (3) a reduction in the use of hazardous starting materials, reagents, or feedstocks;
    (4) a reduction in potential toxicity, human exposure and/or environmental release; or
    (5) the extent to which the new chemical substance may be a substitute for an existing substance that poses a greater overall risk to human
        health or the environment.

**Information provided in this section will be taken into consideration during the review of this substance. See PMN Instructions Manual and Pollution Prevention Guidance manual for guidance and examples.**

XXX

Enter Attachment filename for Pollution Prevention Page 11.

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25



## Part III -- LIST OF ATTACHMENTS

Attach continuation sheets for sections of the form, test data and other data (including physical/chemical properties and structure/activity information), and optional information after this page. Clearly identify the attachment and the section of the form to which it relates, if appropriate. Number consecutively the pages of any paper attachments. In the Number of Pages column below, enter the inclusive page numbers of each attachment for paper submissions or enter the total number of pages for each attachment for electronic submissions. Electronic attachments can be identified by filename.

Mark (X) the "Confidential" box next to any attachment name or filename you claim as confidential. Read the Instructions Manual for guidance on how to claim any information in an attachment as confidential. You must include with the sanitized copy of the notice form a sanitized version of any attachment in which you claim information as confidential.

| # | Attachment Name | Attachment Filename | Number of Pages | Associated PMN Section Number | CBI |
|---|---|---|---|---|---|
| 1 | Revised Safety Data Sheet | NCS4_2825_OSHA_SDS_Pyoilv2[1].pdf | 9 | Hazard Information Section (NCS4) | |
| 2 | NCS 4 chemical description | sanitized document_12.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS4) | |
| 3 | IES CAS Order form | IES ORDER_sanitized_12.pdf | 20 | Class 1 or 2 Substances ID Method (NCS4) | |
| 4 | Process and composition diagram | process sanitized 4.pdf | 11 | B.1.e.2. Nature of Reaction (NCS4) | |
| 5 | Revised Safety Data Sheet. | NCS16_8281b_OSHA_SDS_Pyoilv2[1].pdf | 8 | Hazard Information Section (NCS 16) | |
| 6 | NCS 16 chemical description | sanitized docu_16.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 16) | |
| 7 | IES CAS order form | IES Order_sanitized_16.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 16) | |
| 8 | Process and Composition diagram | process sanitized 16.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 16) | |
| 9 | Revised safety data sheet | NCS19_8281a_OSHA_SDS_Pyoilv2[1].pdf | 8 | Hazard Information Section (NCS 19) | |
| 10 | NCS 19 chemical description | sanitized docu_19.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 19) | |
| 11 | IES CAS order form | IES Order_sanitized_19.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 19) | |
| 12 | Process and composition diagram | process sanitized 19.pdf | 11 | B.1.e.2. Nature of Reaction (NCS | |
| 13 | Category Assessment document for Marine Fuel | CAD_HeavyFuelOil.pdf | 138 | Additional Attachments | |
| 14 | Additional chemical composition information | PO SANITIZED DOCUMENT.pdf | 5 | Additional Attachments | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Mark (X) this box if the data continues on the next page. | |
|---|---|


## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):** [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) (solid) | (liquid) | (gas) | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| Physical state of neat substance | | [ ] | | | | | | |
| Vapor Pressure @ Temperature | 20 | °C | [X] | 0.75 | | **Torr** | Measured | |
| Density/relative density | | [X] | | 0.81-0.97 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C | [ ] | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 20 | °C | [X] | 0.001-2 | | **g/L** | Measured | |
| Melting Temperature | | | [ ] | | | **°C** | | |
| Boiling / Sublimation temperature @ | | **Torr** | [ ] | | | **°C** | | |
| Spectra | | [ ] | | | | | | |
| Dissociation constant | | [ ] | | | | | | |
| Octanol / water partition coefficient | | [ ] | | | | | | |
| Henry's Law constant | | [ ] | | | | | | |
| Volatilization from water | | [ ] | | | | | | |
| Volatilization from soil | | [ ] | | | | | | |
| pH@ concentration | | [ ] | | | | | | |
| Flammability | | [ ] | | | | | | |
| Explodability | | [ ] | | | | | | |
| Adsorption / Coefficient | | [ ] | | | | | | |
| Particle Size Distribution | | [ ] | | | | | | |
| Other – Specify | | [ ] | | | | | | |



PMN2021P13X1

SANITIZED SUBMISSION

# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

The information on this page refers to chemical number(s):  1  [X] 2  3  4  5  6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) | | | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 20 | °C [X] | | 0.75 | | Torr | Measured | |
| Density/relative density | | [X] | | 0.81 - 0.97 | | g/cm3 | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C | ☐ | | | g/L | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 20 | °C [X] | | 0.001 - 2 | | g/L | Measured | |
| Melting Temperature | | ☐ | | | | °C | | |
| Boiling / Sublimation temperature @ | | Torr ☐ | | | | °C | | |
| Spectra | | ☐ | | | | | | |
| Dissociation constant | | ☐ | | | | | | |
| Octanol / water partition coefficient | | ☐ | | | | | | |
| Henry's Law constant | | ☐ | | | | | | |
| Volatilization from water | | ☐ | | | | | | |
| Volatilization from soil | | ☐ | | | | | | |
| pH@ concentration | | ☐ | | | | | | |
| Flammability | | ☐ | | | | | | |
| Explodability | | ☐ | | | | | | |
| Adsorption / Coefficient | | ☐ | | | | | | |
| Particle Size Distribution | | ☐ | | | | | | |
| Other – Specify | | ☐ | | | | | | |


# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

The information on this page refers to chemical number(s): ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐ 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) | | | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 20 | °C | ☒ | 0.75 | | Torr | Measured | |
| Density/relative density | | | ☒ | 0.81 - 0.97 | | g/cm3 | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C | ☐ | | | g/L | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 20 | °C | ☒ | 0.81 - 0.97 | | g/L | Measured | |
| Melting Temperature | | | ☐ | | | °C | | |
| Boiling / Sublimation temperature @ | | Torr | ☐ | | | °C | | |
| Spectra | | | ☐ | | | | | |
| Dissociation constant | | | ☐ | | | | | |
| Octanol / water partition coefficient | | | ☐ | | | | | |
| Henry's Law constant | | | ☐ | | | | | |
| Volatilization from water | | | ☐ | | | | | |
| Volatilization from soil | | | ☐ | | | | | |
| pH@ concentration | | | ☐ | | | | | |
| Flammability | | | ☐ | | | | | |
| Explodability | | | ☐ | | | | | |
| Adsorption / Coefficient | | | ☐ | | | | | |
| Particle Size Distribution | | | ☐ | | | | | |
| Other – Specify | | | ☐ | | | | | |

NOT PART OF THE ADMINISTRATIVE RECORD
NR0000530

# Exhibit 5

SANITIZED SUBMISSION

# Cover Letter

XXX

NOT PART OF THE ADMINISTRATIVE RECORD
NR0000887



Form Approved. O.M.B. No. 2070-0012. Approval Expires 12/31/2022

| U.S. ENVIRONMENTAL PROTECTION AGENCY | AGENCY USE ONLY |
|---|---|


**EPA**

### PREMANUFACTURE NOTICE

**FOR NEW CHEMICAL SUBSTANCES**

| Date of receipt: | 07/22/2021 |
|---|---|

| When completed, send this form to: | **If sending by Courier:** Office of Pollution Prevention and Toxics Document Control Office (7407M) US EPA, 1201 Constitution Ave NW WASHINGTON, D.C. 20460 Contact Numbers: 202-564-8930/8940 | **If sending by US Mail:** Office of Pollution Prevention and Toxics Document Control Office (7407M) US EPA, 1200 Pennsylvania Ave NW WASHINGTON, D.C. 20460 | **Submission Report Number** |
|---|---|---|---|

| Total Number of Pages | TS Number |
|---|---|
| 59 | PO0521 |

**GENERAL INSTRUCTIONS**

- You must provide all information requested in this form to the extent that it is known to or reasonably ascertainable by you. Make reasonable estimates if you do not have actual data.
- Before you complete this form, you should read the "Instructions Manual for Premanufacture Notification" (the Instructions Manual is available from the Toxic Substances Control Act (TSCA) Information Service by calling 202-554-1404, or faxing 202-554-5603).
- If a fee has been remitted for this notice (40 CFR 700.45), indicate in the boxes above the TS fee identification number you have generated. Remember, your fee ID number must also appear on your corresponding fee remittance. For mailing address information see the Help instructions in the e-PMN tool.

## Part I – GENERAL INFORMATION

You must provide the currently correct Chemical Abstracts (CA) Name of the new chemical substance, even if you claim the identity as confidential. You may authorize another person to submit chemical identity information for you, but your submission will not be complete and the review will not begin until EPA receives this information. A letter in support of your submission should reference your TS fee identification number. For all Section 5 Notice submissions (paper or electronic) you must submit an original notice including all test data; if you claimed any information as confidential, an original sanitized copy must also be submitted.

## Part II – HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

If there are several manufacture, processing, or use operations to be described in Part II, sections A and B of this notice, reproduce the sections as needed.

## Part III – LIST OF ATTACHMENTS

For paper submissions, attach additional sheets if there is not enough space to answer a question fully. Label each continuation sheet with the corresponding section heading. In Part III, list these attachments, any test data or other data and any optional information included in the notice.

## OPTIONAL INFORMATION

You may include any information that you want EPA to consider in evaluating the new substance. On page 11 of this form, space has been provided for you to describe pollution prevention and recycling information you may have regarding the new substance. "Binding" boxes are included throughout this form for you to indicate your willingness to be bound to certain statements you make in this section, such as use, production volume, protective equipment . . . The intention is to reduce delays that normally accompany the development of consent orders or Significant New Use Rules. Checking a "binding" box in a PMN does not by itself prohibit the submitter from later deviating from the information (except chemical identity) reported in the form; however, in the case of exemption applications (such as TMEA, LVE, LOREX) certain information provided in such notifications is binding on the submitter when the Agency approves the exemption application, especially if the production volume "binding" box is chosen in a LVE.

## CONFIDENTIALITY CLAIMS

You may claim any information in this notice as confidential. To assert a claim on the form, mark (X) the confidential box next to the information that you claim as confidential. To assert a claim in an attachment, circle or bracket the information you claim as confidential. If you claim information in the notices as confidential, (including attachments,) you must also provide a sanitized version of the notice. For additional instructions on claiming information as confidential, read the Instructions Manual.

## TEST DATA AND OTHER DATA

You are required to submit all test data in your possession or control and to provide a description of all other data known to or reasonably ascertainable by you, if these data are related to the health and environmental effects on the manufacture, processing, distribution in commerce, use, or disposal of the new chemical substance. Standard literature citations may be submitted for data in the open scientific literature. Complete test data (written in English), not summaries of data, must be submitted if they do not appear in the open literature. You should clearly identify whether test data is on the substance or on an analog. Also, the chemical composition of the tested material should be characterized. Following are examples of test data and other data. Data should be submitted according to the requirements of §720.50 of the Premanufacture Notification Rule (40 CFR 720).

**Test Data (Check Below any included in this notice)**

| | | | |
|---|---|---|---|
| ☐ | Environmental fate data | ☒ | Other Data |
| ☐ | Health effects data | ☐ | Risk Assessments |
| ☐ | Environmental effects data | ☐ | Structure/activity relationships |
| ☐ | Physical/Chemical Properties (A physical and chemical properties worksheet is located on the last page of this form.) | | |
| ☐ | Test data not in the possession or control of the submitter | | |

**TYPE OF NOTICE (Check Only One)**

| | |
|---|---|
| ☒ | **PMN** (Premanufacture Notice) |
| ☐ | **SNUN** (Significant New Use Notice) |
| ☐ | **TMEA** (Test Marketing Exemption Application) |
| ☐ | **LVE** (Low Volume Exemption) @ 40 CFR 723.50(c)(1) |
| ☐ | **LOREX** (Low Release/Low Exposure Exemption) @ 40 CFR 723.50(c)(2) |
| ☐ | **LVE** Modification |
| ☐ | **LOREX** Modification |
| ☐ | **Mock Submission** |
| ☐ | Mark (X) if pending Letter of Support |
| Y | IS THIS A CONSOLIDATED PMN (Y/N)? |
| 5 | # of chemicals or polymers (Prenotice Communication # required, enter # on p. 3). |
| ☒ | Mark (X) if any information in this notice is claimed as confidential. |


The public reporting and recordkeeping burden for this collection of information is estimated to average 93 hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed EPA Form 7710-25 to this address.

## CERTIFICATION -- A printed copy of this signature page, with original signature, must be submitted with CD or paper submission.

I hereby certify to the best of my knowledge and belief that all information entered on this form is complete and accurate. I further certify that, pursuant to 15 U.S.C. § 2613(c), for all claims for protection for any confidential information made with this submission, all information submitted to substantiate such claims is true and correct, and that it is true and correct that the person submitting the claim has:
(i)  taken reasonable measures to protect the confidentiality of the information;
(ii)  determined that the information is not required to be disclosed or otherwise made available to the public under any  other Federal law
(iii) a reasonable basis to conclude that disclosure of the information is likely to cause substantial harm to the competitive position of the person; and
(iv) a reasonable basis to believe that the information is not readily discoverable through reverse engineering.

 Any knowing and willful misrepresentation is subject to criminal penalty pursuant to 18 U.S.C. § 1001.

**Additional Certification Statements:**

If you are submitting a PMN, SNUN, LoREX, LVE, or TMEA, check the following Fees Certification statement that applies:

| | |
|---|---|
| ☐ | The Company named in Part I, Section A is a "small business concern" as defined under 40 CFR 700.43 and will remit the fee as specified in 40 CFR 700.45(c). |
| ☒ | The Company named in Part I, Section A will remit the fee as specified in 40 CFR 700.45(c). |
| ☐ | This joint submission includes at least one Company which is a "small business concern" and at least one Company which is not a "small business concern," as defined under 40 CFR 700.43. The fee will be remitted with the joint submission. Any remaining balance due for this joint submission is to be paid by the secondary submitter(s). |
| ☐ | The company named in Part I, Section A is submitting a sustainable futures TME. The company has graduated from EPA's Sustainable Futures program and is therefore exempt from fees for this sustainable futures TME. |

If you are submitting a **Low Volume Exemption (LVE)** application in accordance with 40 CFR 723.50(c)(1) or a **Low Release and Low Exposure Exemption (LoRex)** application in accordance with 40 CFR 723.50(c)(2), check the following certification statements:

| | |
|---|---|
| ☐ | The manufacturer submitting this notice intends to manufacture or import the new chemical substance for commercial purposes, other than in small quantities solely for research and development, under the terms of 40 CFR 723.50. |
| ☐ | The manufacturer is familiar with the terms of this section and will comply with those terms; and |
| ☐ | The new chemical substance for which the notice is submitted meets all applicable exemption conditions. |
| ☐ | If this application is for an LVE in accordance with 40 CFR 723.50(c)(1), the manufacturer intends to commence manufacture of the exempted substance for commercial purposes within 1 year of the date of the expiration of the 30 day review period. |

| | | | | Confidential |
|---|---|---|---|---|
| Signature and title of Authorized Official (Original Signature Required) | *ES/Matthew P Cook* | Date | 07/22/2021 | ☐ |


### Part I -- GENERAL INFORMATION

## Section A – SUBMITTER IDENTIFICATION

Mark (X) the "Confidential" box next to any subsection you claim as confidential

| **1a.** | **Person Submitting Notice (in U.S.)** | | | | Confidential |
|---|---|---|---|---|---|
| Name of Authorized Official | (first) Matthew | | (last) Cook | | |
| Position | Not Applicable | | | | |
| Company | CHEVRON | | | | ☐ |
| Mailing Address (number & street) | PO BOX 1300 | | | | |
| City | PASCAGOULA | State | MS | Postal Code | 39568 | |
| email | mattcook@chevron.com | | | | |

| **b.** | **Agent (if Applicable)** | | | | Confidential |
|---|---|---|---|---|---|
| Name of Authorized Official | (first) | | (last) | | |
| Position | | | | | |
| Company | | | | | ☐ |
| Mailing Address (number & street) | | | | | |
| City | | State | | Postal Code | | |
| e-mail | | Telephone (include area code) | | | |

| **c.** | **Joint Submitter (if applicable)** | | | | Confidential |
|---|---|---|---|---|---|
| If you are submitting this notice as part of a joint submission, mark (X) | | | | ☐ | |
| Name of Authorized Official | (first) | | (last) | | |
| Position | | | | | |
| Company | | | | | ☐ |
| Mailing Address (number & street) | | | | | |
| City | | State | | Postal Code | | |
| e-mail | | Telephone (include area code) | | | |

| **2.** | **Technical Contact (in U.S.)** | | | | Confidential |
|---|---|---|---|---|---|
| Name of Authorized Official | (first) Hye-Kyung | | (last) Timken | | |
| Position | Principal Scientist | | | | |
| Company | Chevron USA | | | | ☐ |
| Mailing Address (number & street) | 100 Chevron Way, 10-1226 | | | | |
| City | Richmond | State | CA | Postal Code | 94801 | |
| e-mail | | Telephone (include area code) | | 5102421939 | |

| **3.** | If you have had a prenotice communication (PC) concerning this notice and EPA assigned a PC Number to the notice, enter the number. | XXX | Mark (X) if none ☐ | Confidential ☒ |
|---|---|---|---|---|
| **4.** | If you previously submitted an exemption application for the chemical substance covered by this notice, enter the exemption number assigned by EPA. If you previously submitted a PMN for this substance enter the PMN number assigned by EPA (i.e. withdrawn or dropped). | | Mark (X) if none ☒ | Confidential ☐ |
| **5.** | If you have submitted a notice of Bona fide intent to manufacture or import for the chemical substance covered by this notice, enter the notice number assigned by EPA. | | Mark (X) if none ☒ | Confidential ☐ |

| **6.** | **Type of Notice – Mark (X)** | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | Manufacture Only | ☒ | 2. | Import Only | ☐ | 3. | Both ☐ |
| | Binding Option | ☐ | | Binding Option | ☐ | | |



## Continuation Sheet

| **ID** | P3SB1bC2 | **Field** | Part I, Section A, 2 |
|---|---|---|---|

First Name: Pearl
Last Name: Moy
Position: Toxicologist
Company Name: Chevron USA
Address: 6001 Bollinger Canyon Road
City: San Ramon
State: CA
Postal Code: 94583
Country: US
Email: Pearl.Moy@chevron.com
Telephone: 5103631007
CBI: N



PMN2021P4

# PMN Page 4

## Part I – GENERAL INFORMATION -- Continued

| Section B – CHEMICAL IDENTITY INFORMATION: | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. ☐

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a. Class of substance - Mark (X) | ☐ | ☐ | ☒ |

b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions).　CBI ☒

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |
|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 1 IES order_sanitized_15.pdf | ☒ |

| d. Molecular formula | XXX | ☒ |

e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained.　☒

See Attachment (Sanitized Document: 2 sanitized document_15.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.   [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process.   [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 11 Process_sanitized 8.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate).   [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|



| **Part I -- GENERAL INFORMATION -- Continued** |
|---|

| **Section B -- CHEMICAL IDENTITY INFORMATION -- Continued** |
|---|

3. Impurities
   (a) -   Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) -   Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. |  | ☐ |
|---|---|---|

| 4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.<br>XXX | ☒ |
|---|---|

| Enter Attachment filename for Part I, Section B, 4. |  | ☐ |
|---|---|---|

| 5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.<br>XXX | ☒ |
|---|---|

| Enter Attachment filename for Part I, Section B, 5. |  | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Gases, C3-C4,

| Enter Attachment filename for Part I, Section B, 6. |  |  |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct  (1) | CAS Registry Number (2) | Confi-dential |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|



| Part I – GENERAL INFORMATION -- Continued |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. ☐

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a. Class of substance - Mark (X) | ☐ | ☐ | ☒ |

b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). **CBI: ☒**

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) ☒ | IES Order Number | 465568 | **Method 2** (Other Source) ☐ | |
|---|---|---|---|---|
| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 3 IES Order_sanitized_9.pdf | | | ☒ |

| d. Molecular formula | XXX | ☒ |
|---|---|---|

e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. **☒**

See Attachment (Sanitized Document: 4 sanitized docu_9.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|




| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 12 process sanitized 9.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate).  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|

EPA Form 7710-25 (12-19)                                      Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD                                      NR0000896




| **Part I -- GENERAL INFORMATION -- Continued** |
|---|

| **Section B -- CHEMICAL IDENTITY INFORMATION -- Continued** |
|---|

3.  Impurities
    (a) - Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
    (b) - Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confidential |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|
| Enter Attachment filename for Part I, Section B, 3. | | ☐ |

4.  Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX

☒

| Enter Attachment filename for Part I, Section B, 4. | | ☐ |
|---|---|---|

5.  Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX

☒

| Enter Attachment filename for Part I, Section B, 5. | | ☐ |
|---|---|---|

6.  Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Gases, C4-rich,

| Enter Attachment filename for Part I, Section B, 6. | | |
|---|---|---|

7.  Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confidential |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

## Part I – GENERAL INFORMATION -- Continued

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |

Mark (X) the "Confidential" box next to any item you claim as confidential

Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items.

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. ☐

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a. Class of substance - Mark (X) | ☐ | ☐ | ☒ |

b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or a CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). ☒

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |

c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) | ☒ | IES Order Number | 465568 | **Method 2** (Other Source) | ☐ |

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 5 IES Order_sanitized_11.pdf | ☒ |

| d. Molecular formula | XXX | ☒ |

e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. ☒

See Attachment (Sanitized Document: 6 sanitized docu_11.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000898


# PMN Page 4a



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 13 process sanitized 11.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate).  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|


| **Part I -- GENERAL INFORMATION -- Continued** |
|---|

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

3. Impurities
   (a) -   Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) -   Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. |  | ☐ |
|---|---|---|

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX

☒

| Enter Attachment filename for Part I, Section B, 4. |  | ☐ |
|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX

☒

| Enter Attachment filename for Part I, Section B, 5. |  | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Gases, catalytic cracking,

| Enter Attachment filename for Part I, Section B, 6. |  |  |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance.  Provide the CAS Registry Number if available.

| Byproduct  (1) | CAS Registry Number (2) | Confi-dential |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Mark (X) this box if the data continues on the next page. | ☐ |  |
|---|---|---|



| **Part I – GENERAL INFORMATION -- Continued** |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

| Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|

| Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items. |
|---|

If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right.  Identify the name, company, and address of that person in a continuation sheet. ☐

| 1.  Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a.  Class of substance - Mark (X) | ☐ | ☐ | ☒ |

| b.  Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). | CBI ☒ |
|---|---|

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

c.  Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one).

| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) ☒ | IES Order Number | 465568 | **Method 2** (Other Source) ☐ |
|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 7 IES Order_sanitized_12.pdf | ☒ |
|---|---|---|

| d.  Molecular formula | XXX | ☒ |
|---|---|---|

| e.  For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | ☒ |
|---|---|

See Attachment (Sanitized Document: 8 sanitized docu_12.pdf
)

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.  ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | ☐ |
|---|---|---|

e. (2)  Describe the nature of the reaction or process.  ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 14 process sanitized 12.pdf | ☒ |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate).  ☒

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | ☐ |
|---|---|---|



| **Part I -- GENERAL INFORMATION -- Continued** |
|---|

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

3. Impurities
   (a) -   Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) -   Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confidential |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

| Enter Attachment filename for Part I, Section B, 3. | | ☐ |
|---|---|---|

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX        ☒

| Enter Attachment filename for Part I, Section B, 4. | | ☐ |
|---|---|---|

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX        ☒

| Enter Attachment filename for Part I, Section B, 5. | | ☐ |
|---|---|---|

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Residues, butane splitter bottoms,

| Enter Attachment filename for Part I, Section B, 6. | | |
|---|---|---|

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confidential |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|

EPA Form 7710-25 (12-19)                               Replaces previous editions of EPA Form 7710-25




| Part I – GENERAL INFORMATION -- Continued |
|---|

| **Section B – CHEMICAL IDENTITY INFORMATION:** | You must provide a currently correct Chemical Abstracts (CA) name of the substance based on current CA index nomenclature rules and conventions. |
|---|---|

| Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|

| Complete either item 1 (Class 1 or 2 substances) or 2 (Polymers) as appropriate. Complete all other items. |
|---|

| If another person will submit chemical identity information for you (for either Item 1 or 2), mark (X) the box at the right. Identify the name, company, and address of that person in a continuation sheet. | ☐ | |
|---|---|---|

| 1. Class 1 or 2 chemical substances (for definitions of class 1 and class 2 substances, see the Instructions Manual) | Class 1 | Class 2 | CBI |
|---|---|---|---|
| a. Class of substance - Mark (X) | ☐ | ☐ | X |

| b. Chemical name (Currently correct Chemical Abstracts (CA) Name that is consistent with TSCA Inventory listings for similar substances. For Class 1 substances a CA Index Name must be provided. For Class 2 substances either a CA Index Name or CA Preferred Name must be provided, which ever is appropriate based on current CA index nomenclature rules and conventions). | X |
|---|---|

XXX

| CAS Registry Number (if a number already exists for the substance) | XXX | |
|---|---|---|

| c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice: (check one). |
|---|
| **Method 1** (CAS Inventory Expert Service - a copy of the Identification report obtained from the CAS Inventory Expert Services must be submitted as an attachment to this notice) [X] | IES Order Number | 465568 | **Method 2** (Other Source) ☐ |

| Enter Attachment filename for Part I, Section B, 1. c. | Sanitized Document: 9 IES Order_sanitized_13.pdf | X |
|---|---|---|

| d. Molecular formula | XXX | X |
|---|---|---|

| e. For a class 1 substance, provide a complete and correct chemical structure diagram. For a class 2 substance, provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | X |
|---|---|

See Attachment (Sanitized Document: 10 sanitized docu_13.pdf )

| Enter Attachment filename for Part I, Section B, 1. e. | | ☐ |
|---|---|---|



| For a class 2 substance - (1) List the immediate precursor substances with their respective CAS Registry Numbers. (2) Describe the nature of the reaction or process. (3) Indicate the range of composition and the typical composition (where appropriate). | Confidential |
|---|---|

e. (1)  List the immediate precursor substance names with their respective CAS Registry Numbers.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (1) | | [ ] |
|---|---|---|

e. (2)  Describe the nature of the reaction or process.  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (2) | Sanitized Document: 15 process sanitized 13.pdf | [X] |
|---|---|---|

e. (3)  Indicate the range of composition and the typical composition (where appropriate).  [X]

XXX

| Enter Attachment filename for Part I, Section B, 1. e. (3) | | [ ] |
|---|---|---|

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000905



| Part I -- GENERAL INFORMATION -- Continued |
| --- |

**Section B -- CHEMICAL IDENTITY INFORMATION -- Continued**

3. Impurities
   (a) - Identify each impurity that may be reasonably anticipated to be present in the chemical substance as manufactured for commercial purpose. Provide the CAS Registry Number if available. If there are unidentified impurities, enter "unidentified."
   (b) - Estimate the maximum weight % of each impurity. If there are unidentified impurities, estimate their total weight %.

| Impurity (a) | CAS Registry Number (a) | Maximum Percent % (b) | Confi-dential |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Mark (X) this box if the data continues on the next page. | ☐ |  |  |
| Enter Attachment filename for Part I, Section B, 3. |  |  | ☐ |

4. Synonyms - Enter any chemical synonyms for the new chemical identified in subsection 1 or 2.
XXX                                                                                                                                    ☒

| Enter Attachment filename for Part I, Section B, 4. |  |  | ☐ |
| --- | --- | --- | --- |

5. Trade identification - List trade names for the new chemical substance identified in subsection 1 or 2.
XXX                                                                                                                                    ☒

| Enter Attachment filename for Part I, Section B, 5. |  |  | ☐ |
| --- | --- | --- | --- |

6. Generic chemical name - If you claim chemical identify as confidential, you must provide a generic name for your substance that reveals the specific chemical identity of the new chemical substance to the maximum extent possible. Refer to the TSCA Chemical Substance Inventory, 1985 Edition, Appendix B for guidance on developing generic names.

Tail gas, saturate gas plant mixed stream, C4-rich,

| Enter Attachment filename for Part I, Section B, 6. |  |  |  |
| --- | --- | --- | --- |

7. Byproducts - Describe any byproducts resulting from the manufacture, processing, use, or disposal of the new chemical substance. Provide the CAS Registry Number if available.

| Byproduct (1) | CAS Registry Number (2) | Confi-dential |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Mark (X) this box if the data continues on the next page. | ☐ |  |



# PMN Page 5

## Part I -- GENERAL INFORMATION – Continued

### Section B -- CHEMICAL IDENTITY INFORMATION -- Continued

2. Polymers (For a definition of polymer, see the Instructions Manual.)

| | Confidential |
|---|---|

a.  Indicate the number-average weight of the lowest molecular weight composition of the polymer you intend to manufacture. Indicate maximum weight percent of low molecular weight species (not including residual monomers, reactants, or solvents) below 500 and below 1,000 absolute molecular weight of that composition. ☐

Describe the methods of measurement or the basis for your estimates:

**GPC** ☐     **Other** (Specify Below) ☐

Specify Other:

| (i) lowest number average molecular weight: | (ii) maximum weight % below 500 molecular weight: | (iii) maximum weight % below 1000 molecular weight: |
|---|---|---|

Enter Attachment filename for Part I, Section B, 2. a. ☐

b. You must make separate confidentiality claims for monomer or other reactant identity, composition information, and residual information. Mark (X) the "Confidential" box next to any item you claim as confidential

(1) - Provide the specific chemical name and CAS Registry Number (if a number exists) of each monomer or other reactant used in the manufacture of the polymer.
(2) - Mark (X) this column if entry in column (1) is confidential.
(3) - Indicate the typical weight percent of each monomer or other reactant in the polymer.
(4) - Choose "yes" from drop down menu if you want a monomer or other reactant used at two weight percent or less to be listed as part of the polymer description on the TSCA Chemical Substance Inventory.
(5) - Mark (X) this column if entries in columns (3) and (4) are confidential.
(6) - Indicate the maximum weight percent of each monomer or other reactant that may be present as a residual in the polymer as manufactured for commercial purposes.
(7) - Mark (X) this column if entry in column (6) is confidential.

| Monomer or other reactant specific chemical name (1) | CBI (2) | Typical composition (3) | Include in identity (4) | CBI (5) | Max residual (6) | CBI (7) |
|---|---|---|---|---|---|---|
| | | | | | | |
| CAS Registry Number (1) | | | | | | |
| | | | | | | |
| CAS Registry Number (1) | | | | | | |
| | | | | | | |
| CAS Registry Number (1) | | | | | | |
| | | | | | | |
| CAS Registry Number (1) | | | | | | |
| | | | | | | |
| CAS Registry Number (1) | | | | | | |

Mark (X) this box if the data continues on the next page. ☐

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25



PMN2021P5AX5

# PMN Page 5a

| | CBI |
|---|---|
| c. Please identify which method you used to develop or obtain the specified chemical identity information reported in this notice (check one). | |

| **Method 1** (CAS Inventory Expert Service - a copy of the identification report obtained from CAS Inventory Expert Service must be submitted as an attachment to this notice) | ☐ | IES Order Number | | **Method 2** (other source) | ☐ | |
|---|---|---|---|---|---|---|

| Enter Attachment filename for Part I, Section B, 2. c. | ☐ |
|---|---|

| d. The currently correct Chemical Abstracts (CA) name for the polymer that is consistent with TSCA Inventory listings for similar polymers. | ☐ |
|---|---|

| CAS Registry Number (if a number already exists for the substance) | | |
|---|---|---|

| e. Provide a correct representative or partial chemical structure diagram, as complete as can be known, if one can be reasonably ascertained. | ☐ |
|---|---|

| Enter Attachment filename for Part I, Section B, 2. e. | ☐ |
|---|---|



## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | [X] | [ ] |

| Enter Attachment filename for Part I, Section C, 1. | CBI | [ ] |
|---|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

    a.   (1) --Describe each intended category of use of the new chemical substance by function and application.

          (2) --Mark (X) this column if entry (1) is confidential business information (CBI).

          (3) --Indicate your willingness to have the information provided in column (1) binding.

          (4) --Estimate the percent of total production for the first three years devoted to each category of use.

          (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).

          (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.

          (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).

          (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.

          (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (**1**) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (**2**) | Binding Option Mark (X) (**3**) | Prod uction % (**4**) | CBI (**5**) | % in Form- ulation (**6**) | CBI (**7**) | % of substance expected per use (**8**) | | | | | CBI (**9**) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site- limited | Con- sumer* | Industrial | Com- mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|

    b.   Generic use description     If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

chemical intermediate

| Enter Attachment filename for Part I, Section C, 2. b. | CBI | [ ] |
|---|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | [X] | [ ] |
|---|---|---|



PMN2021P7

**PMN Page 7**

## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s):  ☐ 1  ☒ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1.  Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr)<br>(100% new chemical substance basis) | Maximum 12-month production (kg/yr)<br>(100% new chemical substance basis) | Confidential | Binding Option<br>Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI | ☐ |
|---|---|---|

**2.  Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

    a.   (1) --Describe each intended category of use of the new chemical substance by function and application.
        (2) --Mark (X) this column if entry (1) is confidential business information (CBI).
        (3) --Indicate your willingness to have the information provided in column (1) binding.
        (4) --Estimate the percent of total production for the first three years devoted to each category of use.
        (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).
        (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.
        (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).
        (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.
        (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1)<br>(by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI<br>(2) | Binding Option Mark (X)<br>(3) | Prod uction %<br>(4) | CBI<br>(5) | % in Form-ulation<br>(6) | CBI<br>(7) | Site-limited | Con-sumer* | Industrial | Com-mercial | Binding Option | CBI<br>(9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | % of substance expected per use (8) | | | | | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

    * If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

    b.   Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

chemical intermediate

| Enter Attachment filename for Part I, Section C, 2. b. | CBI | ☐ |
|---|---|---|

**3.  Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handling, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | ☒ | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)        Replaces previous editions of EPA Form 7710-25
Page 24
NOT PART OF THE ADMINISTRATIVE RECORD    NR0000910



PMN2021P7



## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | | CBI | ☐ |
|---|---|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

    a.  (1) --Describe each intended category of use of the new chemical substance by function and application.

        (2) --Mark (X) this column if entry column (1) is confidential business information (CBI).

        (3) --Indicate your willingness to have the information provided in column (1) binding.

        (4) --Estimate the percent of total production for the first three years devoted to each category of use.

        (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).

        (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.

        (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).

        (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.

        (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (2) | Binding Option Mark (X) (3) | Production % (4) | CBI (5) | % in Formulation (6) | CBI (7) | % of substance expected per use (8) | | | | | CBI (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site-limited | Con-sumer* | Industrial | Com-mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

    b.  Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

chemical intermediate

| Enter Attachment filename for Part I, Section C, 2. b. | | CBI | ☐ |
|---|---|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X) ☐

| Mark (X) this box if you attach hazard information. | ☒ |
|---|---|

EPA Form 7710-25 (12-19)        Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD    NR0000911




## Part I -- GENERAL INFORMATION -- Continued

### Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume --** Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr)<br>(100% new chemical substance basis) | Maximum 12-month production (kg/yr)<br>(100% new chemical substance basis) | Confidential | Binding Option<br>Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI ☐ |
|---|---|

**2. Use Information --** You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

　a.　(1) --Describe each intended category of use of the new chemical substance by function and application.

　　　(2) --Mark (X) this column if entry (1) is confidential business information (CBI).

　　　(3) --Indicate your willingness to have the information provided in column (1) binding.

　　　(4) --Estimate the percent of total production for the first three years devoted to each category of use.

　　　(5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).

　　　(6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.

　　　(7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).

　　　(8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.

　　　(9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (1)<br>(by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI<br>(2) | Binding Option Mark (X)<br>(3) | Prod uction %<br>(4) | CBI<br>(5) | % in Form- ulation<br>(6) | CBI<br>(7) | % of substance expected per use (8) | | | | | CBI<br>(9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site- limited | Con- sumer* | Industrial | Com- mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

　* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

　b.　Generic use description　　If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

chemical intermediate

| Enter Attachment filename for Part I, Section C, 2. b. | CBI | ☐ |
|---|---|---|

**3. Hazard Information --** Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | ☒ | ☐ |
|---|---|---|

EPA Form 7710-25 (12-19)　　　　　　　　　　　Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD　　　　　　NR0000912





**Part I -- GENERAL INFORMATION -- Continued**

## Section C -- PRODUCTION, IMPORT, AND USE INFORMATION:

The information on this page refers to consolidated chemical number(s): ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☒ 5  ☐ 6

Mark (X) the "Confidential" box next to any item you claim as confidential.

**1. Production volume** -- Estimate the **maximum** production volume during the first 12 months of production. Also estimate the maximum production volume for any consecutive 12-month period during the first three years of production. Estimates should be on 100% new chemical substance basis. For a Low Volume Exemption application, if you choose to have your notice reviewed at a lower production volume than 10,000 kg/yr, specify the volume and mark (x) in the binding box. If granted, you are bound to this volume.

| Maximum first 12-month production (kg/yr) (100% new chemical substance basis) | Maximum 12-month production (kg/yr) (100% new chemical substance basis) | Confidential | Binding Option Mark (X) |
|---|---|---|---|
| XXX | XXX | ☒ | ☐ |

| Enter Attachment filename for Part I, Section C, 1. | CBI ☐ |
|---|---|

**2. Use Information** -- You must make separate confidentiality claims for the description of the category of use, the percent of production volume devoted to each category, the formulation of the new substance, and other use information. Mark (X) the "Confidential" Box next to any item you claim as confidential.

   a.  (1) --Describe each intended category of use of the new chemical substance by function and application.

        (2) --Mark (X) this column if entry (1) is confidential business information (CBI).

        (3) --Indicate your willingness to have the information provided in column (1) binding.

        (4) --Estimate the percent of total production for the first three years devoted to each category of use.

        (5) --Mark (X) this column if entry in column (4) is confidential business information (CBI).

        (6) --Estimate the percent of the new substance as formulated in mixtures, suspensions, emulsions, solutions, or gels as manufactured for commercial purposes at sites under your control associated with each category of use.

        (7) --Mark (X) this column if entry in column (6) is confidential business information (CBI).

        (8) --Indicate % of product volume expected for the listed "use" sectors. Mark more than one box if appropriate. Mark (X) to indicate your willingness to have the use type provided in (8) binding.

        (9) --Mark (X) this column if entry(ies) in column (8) is (are) confidential business information (CBI).

| Category of use (**1**) (by function and application i.e. a dispersive dye for finishing polyester fibers) | CBI (**2**) | Binding Option Mark (X) (**3**) | Prod uction % (**4**) | CBI (**5**) | % in Form- ulation (**6**) | CBI (**7**) | % of substance expected per use (**8**) | | | | | CBI (**9**) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Site- limited | Con- sumer* | Industrial | Com- mercial | Binding Option | |
| XXX | X | | XXX | X | XXX | X | XXX | XXX | XXX | XXX | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

* If you have identified a "consumer" use, please provide on a continuation sheet a detailed description of the use(s) of this chemical substance in consumer products. In addition include estimates of the concentration of the new chemical substance as expected in consumer products and describe the chemical reactions by which this substance loses its identity in the consumer product.

| Mark (X) this box if the data continues on the next page. | ☐ |
|---|---|

   b.  Generic use description    If you claim any category of use description in subsection 2a as confidential, enter a generic description of that category. Read the Instruction Manual for examples of generic use descriptions.

chemical intermediate

| Enter Attachment filename for Part I, Section C, 2. b. | CBI ☐ |
|---|---|

**3. Hazard Information** -- Include in the notice a copy of reasonable facsimile of any hazard warning statement, label, material safety data sheet, or other information which will be provided to any person who is reasonably likely to be exposed to this substance regarding protective equipment or practices for the safe handing, transport, use, or disposal of the new substance. List in part III hazard information you include.

Binding Option Mark (X)

| Mark (X) this box if you attach hazard information. | ☒ | ☐ |
|---|---|---|


## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s): [X] 1 [X] 2 [X] 3 [X] 4 [X] 5 [ ] 6

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
   a. Identity -- Enter the identity of the site at which the operation will occur.

Confi-dential

| Name | XXX | | | |
|---|---|---|---|---|
| Site address (number and street) | XXX | | | [X] |
| City | XXX | County | XXX | |
| State | XXX | ZIP code | XXX | |

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | [X] |
|---|---|---|
| Mark (X) this box if the data continues on the next page. | [ ] | |

| b. Type -- Mark (X) | Manufacturing [ ] | Processing [ ] | Use [ ] | [X] |
|---|---|---|---|---|

c. Amount and Duration -- Complete 1 or 2 as appropriate

Confi-dential

| 1. Batch | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | [ ] |
|---|---|---|---|---|
| 2. Continuous | Maximum kg/day (100% new chemical substance)<br>XXX | Hours/day<br>XXX | Days/year<br>XXX | [X] |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → [ ] | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

Diagram of the major unit operation steps.

Confidential ☐

Enter Attachment filename for Part II, Section A, 1. d. ☐



PMN2021P9

SANITIZED SUBMISSION

# PMN Page 9

| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
|---|
| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued |

The information on pages 9 and 9a refer to consolidated chemical number(s): [X] 1 [X] 2 [X] 3 [X] 4 [X] 5 [ ] 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

    (1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
    (2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
    (3) -- Describe any protective equipment and engineering controls used to protect workers.
    (4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
    (5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
    (7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
    (8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
    (9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
    (10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
    (12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration Hrs/Day (10) | Days/Yr (11) | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sampling | | See continuation page. id: <P9SA2(3)C1R1> | | liquid, 7 | | | 1 | | 0.25 | 250 | |
| Miscellaneous Activities Releases Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C1R2> | | liquid, 7 | | | 2 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

Page 30
NOT PART OF THE ADMINISTRATIVE RECORD

NR0000916



SANITIZED SUBMISSION

## Continuation Sheet

| ID | P9SA2(3)C1R1 | Field | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a task dependent
basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas.
In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.


PMN2021P9-2

# Continuation Sheet

| **ID** | P9SA2(3)C1R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site will also use PPE and respiratory protection to control exposure as needed on a taskdependent

basis. Workers and contractors will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors in defined process areas.

In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.



**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).
(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).
(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).
(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.
(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).
(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).
(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number (1) | Amount of New Substance Released (2a) | (2b) | CBI (3) | Medium of release e.g. Stack air (4) | Control technology and efficiency (you may wish to optionally attach efficiency data) (5a) | Binding Mark (X) | (5b) | CBI (6) |
|---|---|---|---|---|---|---|---|---|
| Fugitive Air | < 1 | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C1R1> | | < 1 kg | |

Mark (X) this box if the data continues on the next page. ☐

| **(7) Mark (X) the destination(s) of releases to water.** | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | ☐ |



# Continuation Sheet

| **ID** | P9ASA3(5a)C1R1 | **Field** | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |
|---|---|---|---|

There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service. No release to surface waters of these NCS are expected and all releases are expected to be below established regulatory limits for the existing petroleum stream analogs, which make up most of the mixed product streams.


## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| **Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER** | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s): [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
    a. Identity -- Enter the identity of the site at which the operation will occur.

| | | Confi-dential |
|---|---|---|
| Name | XXX | |
| Site address (number and street) | XXX | [X] |
| City | XXX | County | XXX | |
| State | XXX | ZIP code | XXX | |

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | [X] |
|---|---|---|
| Mark (X) this box if the data continues on the next page. | [ ] | |

| b. Type -- Mark (X) | Manufacturing [ ] | Processing [ ] | Use [ ] | [X] |
|---|---|---|---|---|

c. Amount and Duration -- Complete 1 or 2 as appropriate | Confi-dential

| | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | |
|---|---|---|---|---|
| 1. Batch | | | | [ ] |

| | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | |
|---|---|---|---|---|
| 2. Continuous | XXX | XXX | XXX | [X] |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → [ ] | |
|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

[X]

XXX

SANITIZED SUBMISSION

**PMN Page 8a**

| Diagram of the major unit operation steps. | Confidential |
|---|---|
| | ☐ |

| Enter Attachment filename for Part II, Section A, 1. d. | ☐ |
|---|---|

NOT PART OF THE ADMINISTRATIVE RECORD


| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
| :-- |
| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued |

The information on pages 9 and 9a refer to consolidated chemical number(s): [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

(1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
(2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
(3) -- Describe any protective equipment and engineering controls used to protect workers.
(4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
(5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
(7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
(8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
(9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
(10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
(12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration | | CBI (12) |
| | | | | | | | | | Hrs/Day (10) | Days/Yr (11) | |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| Miscellaneous Activities Releases Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C2R1> | | liquid, 7 | | | 1 | | 1 | 250 | |
| Loading into Tank Trucks | | See continuation page. id: <P9SA2(3)C2R2> | | liquid, 7 | | | 1 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | [ ] |
| :-- | :-- |
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |



# Continuation Sheet

| ID | P9SA2(3)C2R1 | Field | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a taskdependent

basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, $H_2S$, and $O_2$ sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.

SANITIZED SUBMISSION



PMN2021P9X1-2

# Continuation Sheet

| **ID** | P9SA2(3)C2R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |

Hard Piped Connections. Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task-dependent basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000925


**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).

(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).

(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).

(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.

(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).

(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).

(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| Fugitive Air | < 1 kg | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C2R1> | | < 1 kg | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Mark (X) this box if the data continues on the next page. | | | | | | | ☐ | |

| **(7) Mark (X) the destination(s) of releases to water.** | | | NPDES# | CBI |
|---|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| Enter Attachment filename for Part II, Section A. | | | | ☐ |



# Continuation Sheet

| ID | P9ASA3(5a)C2R1 | Field | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |
|---|---|---|---|

The facility is a closed system, with all distillation columns and other potential fugitive stack release points vented to flares. There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service.

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD



PMN2021P8X2

SANITIZED SUBMISSION

## Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER | Mark (X) the "Confidential" box next to any item you claim as confidential |
|---|---|

The information on pages 8 and 8a refer to consolidated chemical number(s): 1 ☐  2 ☒  3 ☒  4 ☒  5 ☐  6 ☐

Complete section A for each type of manufacture, processing, or use operation involving the new chemical substance at industrial sites you control. Importers do not have to complete this section for operations outside the U.S.; however, you may still have reporting requirements if there are further industrial processing or use operations after import. You must describe these operations. See instructions manual

1. Operation description
   a. Identity -- Enter the identity of the site at which the operation will occur.

|  |  |  | Confi-dential |
|---|---|---|---|
| Name | XXX | | |
| Site address (number and street) | XXX | | ☒ |
| City | XXX | County | XXX |
| State | XXX | ZIP code | XXX |

| If the same operation will occur at more than one site, enter the number of sites. Identify the additional sites on a continuation sheet, and if any of the sites have significantly different production rates or operations, include all the information requested in this section for those sites as attachments. → | XXX | ☒ |
|---|---|---|
| Mark (X) this box if the data continues on the next page. | ☐ | |

| b. Type -- Mark (X) | Manufacturing ☐ | Processing ☐ | Use ☐ | ☒ |
|---|---|---|---|---|

c. Amount and Duration -- Complete 1 or 2 as appropriate

Confidential

| 1. Batch | Maximum kg/batch (100% new chemical substance) | Hours/batch | Batches/year | |
|---|---|---|---|---|
| | | | | ☐ |

| 2. Continuous | Maximum kg/day (100% new chemical substance) | Hours/day | Days/year | |
|---|---|---|---|---|
| | XXX | XXX | XXX | ☒ |

| d. Process description | Mark (X) to indicate your willingness to have your process description binding. → | ☐ | |
|---|---|---|---|

(1) Diagram the major unit operation steps and chemical conversions. Include interim storage and transport containers (specify- e.g. 5 gallon pails, 55 gallon drum, rail car, tank truck, etc.).
(2) Provide the identity, the approximate weight (by kg/day or kg/batch on a 100% new chemical substance basis), and entry point of all starting materials and feedstocks (including reactants, solvents, catalysts, etc.), and of all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch.).
(3) Identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance. If releasing to two media at the same step, assign a second release number for the second medium.

☒

XXX

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000928

Diagram of the major unit operation steps.

| Confidential |
| --- |
| ☐ |

| Enter Attachment filename for Part II, Section A, 1. d. | | ☐ |
| --- | --- | --- |


| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE -- Continued |
|---|

| Section A -- INDUSTRIAL SITES CONTROLLED BY THE SUBMITTER -- Continued |
|---|

The information on pages 9 and 9a refer to consolidated chemical number(s):  1 [X] 2 [X] 3 [X] 4 [X] 5 [ ] 6

**2. Occupational Exposure --** You must make separate confidentiality claims for the description of worker activity, physical form of the new chemical substance, number of workers exposed, and duration of activity. Mark (X) the "Confidential" box next to any item you claim as confidential.

(1) -- Describe the activities (i.e. bag dumping, tote filling, unloading drums, sampling, cleaning, etc.) in which workers may be exposed to the substance.
(2) -- Mark (X) this column if entry in column (1) is confidential business information (CBI).
(3) -- Describe any protective equipment and engineering controls used to protect workers.
(4) and (6) -- Indicate your willingness to have the information provided in column (3) or (5) binding.
(5) -- Indicate the physical form(s) of the new chemical substance (e.g., solid: crystal, granule, powder, or dust) and % new chemical substance (if part of a mixture) at the time of exposure.
(7) -- Mark (X) this column if entries in columns (3) and (5) are confidential business information (CBI).
(8) -- Estimate the maximum number of workers involved in each activity for all sites combined.
(9) -- Mark (X) this column if entry in column (8) is confidential business information (CBI).
(10) and (11) -- Estimate the maximum duration of the activity for any worker in hours per day and days per year.
(12) -- Mark (X) this column if entries in columns (10) and (11) are confidential business information (CBI).

| Worker activity (i.e., bag dumping, filling drums) (1) | CBI (2) | Protective Equipment/ Engineering Controls (3) | Binding Option Mark (X) (4) | Physical form(s) & % new substance (5) | Binding Option Mark (X) (6) | CBI (7) | # of Workers Exposed (8) | CBI (9) | Maximum Duration | | CBI (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Hrs/Day (10) | Days/Yr (11) | |
| Miscellaneous Activities Releases Related to Liquid Processing | | See continuation page. id: <P9SA2(3)C3R1> | | liquid, 7 | | | 1 | | 1 | 250 | |
| Loading into Tank Trucks | | See continuation page. id: <P9SA2(3)C3R2> | | liquid, 7 | | | 1 | | 1 | 250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Mark (X) this box if the data continues on the next page. | [ ] |
|---|---|
| Enter Attachment filename for Part II, Section A on the bottom of page 9a. | [ ] |


# Continuation Sheet

| **ID** | P9SA2(3)C3R1 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 1 |
|---|---|---|---|

Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a taskdependent

basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.


# Continuation Sheet

| **ID** | P9SA2(3)C3R2 | **Field** | Part II, Section A, 2.(3) Prot. Equipment, etc., Row 2 |

Hard Piped Connections. Worker exposures are controlled with a variety of methods in line with the hierarchy of controls. Engineering controls include closed-system draining, decontamination processes, closed-loop sampling, flares, and hard piping. Administrative controls include development and use of work procedures, safe work permitting, and worker training. Site also may use PPE and respiratory protection to control exposure as needed on a task-dependent basis. Workers will be wearing 4 gas monitors equipped with CO, LEL, H2S, and O2 sensors which are worn by employees and contractors in defined process areas. In addition, dependent on task and exposure potential, workers will be wearing required appropriate PPE, which include: Chemically resistant coveralls, hard hat, earplugs, safety glasses or goggles, gloves, a plant radio, and respiratory protection as determined by HSE review. In addition, fugitive releases and exposure are monitored in accordance with EPA Method 21 as noted above.

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25

NOT PART OF THE ADMINISTRATIVE RECORD

NR0000932



PMN2021P9AX2

# PMN Page 9a

**3. Environmental Release and Disposal** -- You must make separate confidentiality claims for the release number and the amount of the new chemical substance released and other release and disposal information. Mark (X) the "Confidential" box next to each item you claim as confidential.

(1) -- Enter the number of each release point identified in the process description, part II, section A, subsection 1d(3).

(2) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology (in kg/day or kg/batch).

(3) -- Mark (X) this column if entries in columns (1) and (2) are confidential business information (CBI).

(4) -- Identify the media (stack air, fugitive air (optional-see Instruction Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify)) to which the new substance will be released from that release point.

(5) -- a. Describe control technology, if any, and control efficiency that will be used to limit the release of the new substance to the environment. For releases disposed of on land, characterize the disposal method and state whether it is approved for disposal of RCRA hazardous waste. On a continuation sheet, for each site describe any additional disposal methods that will be used and whether the waste is subject to secondary or tertiary on-site treatment. b. Estimate the amount released to the environment after control technology (in kg/day).

(6) -- Mark (X) this column if entries in columns (4) and (5) are confidential business information (CBI).

(7) -- Identify the destination(s) of releases to water. Please supply NPDES (National Pollutant Discharge Elimination System) numbers for direct discharges or NPDES numbers of the POTW (Publicly Owned Treatment Works). Mark (X) if the POTW name or NPDES # is confidential business information (CBI).

| Release Number | Amount of New Substance Released | | CBI | Medium of release e.g. Stack air | Control technology and efficiency (you may wish to optionally attach efficiency data) | | | CBI |
|---|---|---|---|---|---|---|---|---|
| (1) | (2a) | (2b) | (3) | (4) | (5a) | Binding Mark (X) | (5b) | (6) |
| Fugitive Air | < 1 | | | Fugitive Air | See continuation page. id: <P9ASA3(5a)C3R1> | | < 1 kg | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Mark (X) this box if the data continues on the next page. | | | | | | | ☐ | |

| (7) Mark (X) the destination(s) of releases to water. | | NPDES# | CBI |
|---|---|---|---|
| ☒ | POTW--provide name(s) | XXX | XXX | ☒ |
| ☐ | Navigable waterway-- provide name(s) | | | ☐ |
| ☐ | Other--Specify | | | ☐ |
| | Enter Attachment filename for Part II, Section A. | | ☐ |



## Continuation Sheet

| **ID** | P9ASA3(5a)C3R1 | **Field** | Part II, Section A, B.(5a) Control Technology & Efficiency, Row 1 |
|--------|----------------|-----------|------------------------------------------------------------------|

The facility is a closed system, with all distillation columns and other potential fugitive stack release points vented to flares. There is monitoring in accordance with the EPA Method 21, as required by Federal and Local Regulatory LDAR requirements. Method 21 utilizes a portable organic portable vapor analyzer to check components (valves, pumps, threaded connectors, etc.) for potential leaks. All accessible components subject to LDAR regulations are monitored at least quarterly. A leak is detected when the analyzer reads 500 ppm or more VOC coming from the component. Identified leaks are required to be repaired within a specified timeframe (5 to 15 days) depending on the magnitude of the measured leak. A process is in place to ensure that all components subject to inspection are evaluated, identified, and scheduled for inspection when they are put into service.


| Part II-- HUMAN EXPOSURE AND ENVIRONMENTAL RELEASE – Continued |
|---|

**Section B -- INDUSTRIAL SITES CONTROLLED BY OTHERS**

The information on pages 10 and 10a refer to consolidated chemical number(s): ☒ **1** ☐ **2** ☐ **3** ☐ **4** ☐ **5** ☐ **6**

Complete section B for typical processing or use operations involving the new chemical substance at sites you do not control. Importers do not have to complete this section for operations outside the U.S.; however, you must report any processing or use activities after import. See the Instructions Manual. *Complete a separate section B for each type of processing, or use operation involving the new chemical substance.* If the same operation is performed at more than one site describe the typical operation common to these sites. Identify additional sites on a continuation sheet.

**1(a).  Operation Description** -- To claim information in this section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

  (1) --  Diagram the major unit operation steps and chemical conversions, including interim storage and transport containers (specify - e.g. 5 gallon pails, 55 gallon drums, rail cars, tank trucks, etc). On the diagram, identify by letter and briefly describe each worker activity.

  (2) --  Either in the diagram or in the text field 1(b) below, provide the identity, the approximate weight (by kg/day or kg/batch, on an 100% new chemical substance basis), and entry point of all feedstocks (including reactants, solvents and catalysts, etc) and all products, recycle streams, and wastes. Include cleaning chemicals (note frequency if not used daily or per batch).

  (3) --  Either in the diagram or in the text field 1(b) below, identify by number the points of release, including small or intermittent releases, to the environment of the new chemical substance.

  (4) --  Please enter the # of sites (remember to identify the locations of these sites on a continuation sheet):

| | **Number of Sites** | 100 | Confidential | ☐ |
|---|---|---|---|---|

**1(b).** (Optional) This space is for a text description to clarify the diagram above.          Confidential  ☒

  XXX

| Enter Attachment filename for Part II, Section B on the bottom of page 10a. | | ☐ |
|---|---|---|



PMN2021P10-1

# Continuation Sheet

| **ID** | P10SB1(a)(4)1 | **Field** | Part II, Section B, 1(a)(4). Operation Site Locations |

No sites identified. Operation Alias: Use



**2. Worker Exposure/Environmental Release**

   (1) -- From the diagram above, provide the letter for each worker activity. Complete 2-8 for each worker activity described.

   (2) -- Estimate the number of workers exposed for all sites combined.

   (4) -- Estimate the typical duration of exposure per worker in (a) hours per day and (b) days per year.

   (6) -- Describe physical form of exposure and % new chemical substance (if in mixture), and any protective equipment and engineering controls, if any, used to protect workers.

   (7) -- Estimate the percent of the new substance as formulated when packaged or used as a final product.

   (9) -- From the process diagram above, enter the number of each release point. Complete 9-13 for each release point identified.

   (10) -- Estimate the amount of the new substance released (a) directly to the environment or (b) into control technology to the environment (in kg/day or kg/batch).

   (12) -- Describe media of release i.e. stack air, fugitive air (optional-see Instructions Manual), surface water, on-site or off-site land or incineration, POTW, or other (specify) and control technology, if any, that will be used to limit the release of the new substance to the environment.

   (14) -- Identify byproducts which may result from the operation.

        (3), (5), (8), (11), (13) and (15) -- Mark (X) this column if any of the proceeding entries are confidential business information (CBI).

| Letter of Activity | # of Workers Exposed | CBI | Duration of Exposure | | CBI | Protective Equip./Engineering Controls/Physical Form | % new substance | % in Formulation | CBI |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4a) | (4b) | (5) | (6) | (6) | (7) | (8) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Release Number | Amount of New Substance Released | | CBI | Media of Release & Control Technology | CBI |
|---|---|---|---|---|---|
| (9) | (10a) | (10b) | (11) | (12) | (13) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Mark (X) this box if the data continues on the next page. | ☐ | |
|---|---|---|
| **(14)** Byproducts: | **(15) CBI** | ☐ |
| Enter Attachment filename for Part II, Section B. | | ☐ |


# OPTIONAL POLLUTION PREVENTION INFORMATION

To claim information in the following section as confidential, bracket (e.g. {}) the specific information that you claim as confidential.

In this section you may provide information not reported elsewhere in this form regarding your efforts to reduce or minimize potential risks associated with activities surrounding manufacturing, processing, use and disposal of the PMN substance. Please include new information pertinent to pollution prevention, including source reduction, recycling activities and safer processes or products available due to the new chemical substance. Source reduction includes the reduction in the amount or toxicity of chemical wastes by technological modification, process and procedure modification, product reformulation, and/or raw materials substitution. Recycling refers to the reclamation of useful chemical components from wastes that would otherwise be treated or released as air emissions or water discharges, or land disposal. Quantitative or qualitative descriptions of pollution prevention, source reduction and recycling should emphasize potential risk reduction in addition to compliance with existing regulatory requirements. The EPA is interested in the information to assess <u>overall net</u> reductions in toxicity or environmental releases and exposures, not the shifting of risks to other media (e.g., air to water) or nonenvironmental areas (e.g., occupational or consumer exposure). To the extent known, information about the technology being replaced will assist EPA in its relative risk determination.  In addition, information on the relative cost or performance characteristics of the PMN substance to potential alternatives may be provided.

Describe the expected net benefits, such as
   (1) an overall reduction in risk to human health or the environment;
   (2) a reduction in the generation of waste materials through recycling, source reduction or other means;
   (3) a reduction in the use of hazardous starting materials, reagents, or feedstocks;
   (4) a reduction in potential toxicity, human exposure and/or environmental release; or
   (5) the extent to which the new chemical substance may be a substitute for an existing substance that poses a greater overall risk to human
      health or the environment.

**Information provided in this section will be taken into consideration during the review of this substance. See PMN Instructions Manual and Pollution Prevention Guidance manual for guidance and examples.**

XXX

| Enter Attachment filename for Pollution Prevention Page 11. | | |
|---|---|---|

EPA Form 7710-25 (12-19)

Replaces previous editions of EPA Form 7710-25



## Part III -- LIST OF ATTACHMENTS

Attach continuation sheets for sections of the form, test data and other data (including physical/chemical properties and structure/activity information), and optional information after this page. Clearly identify the attachment and the section of the form to which it relates, if appropriate. Number consecutively the pages of any paper attachments. In the Number of Pages column below, enter the inclusive page numbers of each attachment for paper submissions or enter the total number of pages for each attachment for electronic submissions. Electronic attachments can be identified by filename.

Mark (X) the "Confidential" box next to any attachment name or filename you claim as confidential. Read the Instructions Manual for guidance on how to claim any information in an attachment as confidential. You must include with the sanitized copy of the notice form a sanitized version of any attachment in which you claim information as confidential.

| # | Attachment Name | Attachment Filename | Number of Pages | Associated PMN Section Number | CBI |
|---|---|---|---|---|---|
| 1 | submitting revised safety data sheet without CBI | NCS8_2799A_OSHA_GHS_SDS_Pyoilv2[1].pdf | 8 | Hazard Information Section (NCS 8) | |
| 2 | NCS 8 chemical description | sanitized document_15.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 8) | |
| 3 | IES CAS order form | IES order_sanitized_15.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 8) | |
| 4 | Process & Composition Diagram | Process_sanitized 8.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 8) | |
| 5 | submitting revised safety data sheet without CBI | NCS9_4012A_OSHA_GHS_SDS_Pyoilv2[1].pdf | 9 | Hazard Information Section (NCS 9) | |
| 6 | NCS 9 chemical description | sanitized docu_9.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 9) | |
| 7 | IES CAS order form | IES Order_sanitized_9.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 9) | |
| 8 | Process and composition diagram | process sanitized 9.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 9) | |
| 9 | submitting revised safety data sheets | NCS11_2799B_OSHA_GHS_SDS_Pyoilv2[1].pdf | 8 | Hazard Information Section (NCS 11) | |
| 10 | NCS 11 chemical description | sanitized docu_11.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 11) | |
| 11 | IES CAS order form | IES Order_sanitized_11.pdf | 20 | Class 1 or 2 Substances ID Method (NCS 11) | |
| 12 | Process and Composition Diagram | process sanitized 11.pdf | 11 | B.1.e.2. Nature of Reaction (NCS | |
| 13 | submitting revised safety data sheet | NCS12_54987A_OSHA_SDS_Pyoilv2[1].pdf | 8 | Hazard Information Section (NCS 12) | |
| 14 | NCS 12 chemical description | sanitized docu_12.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 12) | |
| 15 | IES CAS order form | IES Order_sanitized_12.pdf | 20 | Class 1 or 2 Substances ID Method | |
| 16 | Process and Composition diagram | process sanitized 12.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 12) | |
| 17 | submitting revised safety data sheet | NCS13_2799C_OSHA_GHS_SDS_Pyoilv2[1].pdf | 8 | Hazard Information Section (NCS 13) | |
| 18 | NCS 13 chemical description | sanitized docu_13.pdf | 1 | Class 1 or 2 Substances Chemical Structure Diagram (NCS 13) | |
| 19 | IES CAS order form | IES Order_sanitized_13.pdf | 20 | Class 1 or 2 Substances ID Method | |
| 20 | Process and Composition diagram | process sanitized 13.pdf | 11 | B.1.e.2. Nature of Reaction (NCS 13) | |
| 21 | Additional chemical composition information | PO SANITIZED DOCUMENT.pdf | 5 | Additional Attachments | |

Mark (X) this box if the data continues on the next page.  [X]

EPA Form 7710-25 (12-19)                                      Replaces previous editions of EPA Form 7710-25

## Part III -- LIST OF ATTACHMENTS

Attach continuation sheets for sections of the form, test data and other data (including physical/chemical properties and structure/activity information), and optional information after this page. Clearly identify the attachment and the section of the form to which it relates, if appropriate. Number consecutively the pages of any paper attachments. In the Number of Pages column below, enter the inclusive page numbers of each attachment for paper submissions or enter the total number of pages for each attachment for electronic submissions. Electronic attachments can be identified by filename.
Mark (X) the "Confidential" box next to any attachment name or filename you claim as confidential. Read the Instructions Manual for guidance on how to claim any information in an attachment as confidential. You must include with the sanitized copy of the notice form a sanitized version of any attachment in which you claim information as confidential.

| # | Attachment Name | Attachment Filename | Number of Pages | Associated PMN Section Number | CBI |
|---|---|---|---|---|---|
| 22 | Category assessment document for petroleum gases | CAD_PGas.pdf | 145 | Additional Attachments | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Mark (X) this box if the data continues on the next page. | |
|---|---|


# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):** [X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) (solid) | (liquid) | (gas) | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| Physical state of neat substance | | [ ] | | [ ] | [ ] | [ ] | | |
| Vapor Pressure @ Temperature | 20 | °C | [X] | | 3097 | **Torr** | Measured | |
| Density/relative density | | | [X] | | 0.42-0.59 | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C | [ ] | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 25 | °C | [X] | | 0.0244 - 0.0604 | **g/L** | Measured | |
| Melting Temperature | | | [ ] | | | **°C** | | |
| Boiling / Sublimation temperature @ | | **Torr** | [ ] | | | **°C** | | |
| Spectra | | | [ ] | | | | | |
| Dissociation constant | | | [ ] | | | | | |
| Octanol / water partition coefficient | | | [ ] | | | | | |
| Henry's Law constant | | | [ ] | | | | | |
| Volatilization from water | | | [ ] | | | | | |
| Volatilization from soil | | | [ ] | | | | | |
| pH@ concentration | | | [ ] | | | | | |
| Flammability | | | [ ] | | | | | |
| Explodability | | | [ ] | | | | | |
| Adsorption / Coefficient | | | [ ] | | | | | |
| Particle Size Distribution | | | [ ] | | | | | |
| Other – Specify | | | [ ] | | | | | |

NOT PART OF THE ADMINISTRATIVE RECORD
NR0000941


# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

| The information on this page refers to chemical number(s): | 1 | X 2 | 3 | 4 | 5 | 6 |

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) (solid) | (liquid) | (gas) | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 20 | **°C** ☒ | | 3097 | | **Torr** | Measured | |
| Density/relative density | | ☒ | | 04228 - 0.589 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | **°C** ☐ | | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 25 | **°C** ☒ | | .0244 - 0.0604 | | **g/L** | Measured | |
| Melting Temperature | | ☐ | | | | **°C** | | |
| Boiling / Sublimation temperature @ | | **Torr** ☐ | | | | **°C** | | |
| Spectra | | ☐ | | | | | | |
| Dissociation constant | | ☐ | | | | | | |
| Octanol / water partition coefficient | | ☐ | | | | | | |
| Henry's Law constant | | ☐ | | | | | | |
| Volatilization from water | | ☐ | | | | | | |
| Volatilization from soil | | ☐ | | | | | | |
| pH@ concentration | | ☐ | | | | | | |
| Flammability | | ☐ | | | | | | |
| Explodability | | ☐ | | | | | | |
| Adsorption / Coefficient | | ☐ | | | | | | |
| Particle Size Distribution | | ☐ | | | | | | |
| Other – Specify | | ☐ | | | | | | |


# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):** ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐ 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) (solid) | (liquid) | (gas) | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 20 °C | ☒ | | 3097 | | **Torr** | Measured | |
| Density/relative density | | ☒ | | 0.4228 - 0.589 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | °C | ☐ | | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 25 °C | ☒ | | 0.0244 - 0.0604 | | **g/L** | Measured | |
| Melting Temperature | | ☐ | | | | **°C** | | |
| Boiling / Sublimation temperature @ | **Torr** | ☐ | | | | **°C** | | |
| Spectra | | ☐ | | | | | | |
| Dissociation constant | | ☐ | | | | | | |
| Octanol / water partition coefficient | | ☐ | | | | | | |
| Henry's Law constant | | ☐ | | | | | | |
| Volatilization from water | | ☐ | | | | | | |
| Volatilization from soil | | ☐ | | | | | | |
| pH@ concentration | | ☐ | | | | | | |
| Flammability | | ☐ | | | | | | |
| Explodability | | ☐ | | | | | | |
| Adsorption / Coefficient | | ☐ | | | | | | |
| Particle Size Distribution | | ☐ | | | | | | |
| Other – Specify | | ☐ | | | | | | |



PMN2021P13X3

# PMN Page 13

## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):** ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 ☐ 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) (solid) | (liquid) | (gas) | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 20 | **°C** ☒ | | 3097 | | **Torr** | Measured | |
| Density/relative density | | ☒ | | 0.4228 - 0.589 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | **°C** ☐ | | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 25 | **°C** ☒ | | 0.0244 - 0.0604 | | **g/L** | Measured | |
| Melting Temperature | | ☐ | | | | **°C** | | |
| Boiling / Sublimation temperature @ | | **Torr** ☐ | | | | **°C** | | |
| Spectra | | ☐ | | | | | | |
| Dissociation constant | | ☐ | | | | | | |
| Octanol / water partition coefficient | | ☐ | | | | | | |
| Henry's Law constant | | ☐ | | | | | | |
| Volatilization from water | | ☐ | | | | | | |
| Volatilization from soil | | ☐ | | | | | | |
| pH@ concentration | | ☐ | | | | | | |
| Flammability | | ☐ | | | | | | |
| Explodability | | ☐ | | | | | | |
| Adsorption / Coefficient | | ☐ | | | | | | |
| Particle Size Distribution | | ☐ | | | | | | |
| Other – Specify | | ☐ | | | | | | |


## PHYSICAL AND CHEMICAL PROPERTIES WORKSHEET

**The information on this page refers to chemical number(s):** ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☒ 5 ☐ 6

To assist EPA's review of physical and chemical properties data, please complete the following worksheet for data you provide and include it in the notice. Identify the property measured, the value of the property, the units in which the property is measured (as necessary), and whether or not the property is claimed as confidential. Give the attachment number (found on page 12) in column (b). The physical state of the neat substance should be provided. These measured properties should be for the neat (100% pure) chemical substance. Properties that are measured for mixtures or formulations should be so noted (% PMN substance in __). You are not required to submit this worksheet; however, EPA strongly recommends that you do so, as it will simplify the review and ensure that confidential information is properly protected. You should submit this worksheet as a supplement to your submission of test data. This worksheet is not a substitute for submission of test data.

| Property (a) | Unit | Mark X if Provided | Attachment Number (b) | Value (c) | | | Measured or Estimate (M or E) | CBI Mark (X) (d) |
|---|---|---|---|---|---|---|---|---|
| | | | | (solid) | (liquid) | (gas) | | |
| Physical state of neat substance | | ☐ | | ☐ | ☐ | ☐ | | |
| Vapor Pressure @ Temperature | 20 | °C ☒ | | 3097 | | **Torr** | Measured | |
| Density/relative density | | ☒ | | 0.4228 - 0.589 | | **g/cm3** | Measured | |
| Solubility | | | | | | | | |
| @ Temperature | | °C | ☐ | | | **g/L** | | |
| Solvent | | | | | | | | |
| Solubility in Water @ Temperature | 25 | °C | ☒ | 0.0244 - 0.0604 | | **g/L** | Measured | |
| Melting Temperature | | | ☐ | | | **°C** | | |
| Boiling / Sublimation temperature @ | | **Torr** | ☐ | | | **°C** | | |
| Spectra | | | ☐ | | | | | |
| Dissociation constant | | | ☐ | | | | | |
| Octanol / water partition coefficient | | | ☐ | | | | | |
| Henry's Law constant | | | ☐ | | | | | |
| Volatilization from water | | | ☐ | | | | | |
| Volatilization from soil | | | ☐ | | | | | |
| pH@ concentration | | | ☐ | | | | | |
| Flammability | | | ☐ | | | | | |
| Explodability | | | ☐ | | | | | |
| Adsorption / Coefficient | | | ☐ | | | | | |
| Particle Size Distribution | | | ☐ | | | | | |
| Other – Specify | | | ☐ | | | | | |

NOT PART OF THE ADMINISTRATIVE RECORD
NR0000945

**Exhibit 6**

## Executive Summary

The TSCA New Chemicals Program has a short time period (up to 90 days as mandated by law) to review the safety of a new chemical substance and make a determination on whether to allow the new chemical substance to enter commerce, often with very limited experimental test data on the human health and ecological effects of the new chemical substance. To address these challenges, the program uses screening-level methods and conservative assumptions that allow EPA to quickly determine whether the potential human health and environmental risks posed by the new chemical substance are of concern or may be of concern. The screening-level approach is applied to all components of the risk assessment: chemistry, human health and environmental hazard, environmental fate, environmental release, and exposure to the general population, consumers, occupational workers, and environmental organisms. These approaches are designed to provide a conservative estimate of risk, and in some instances due to a lack of information or other factors, can over-estimate risk. When EPA finds that there are no risks of concern using these methods, EPA has high confidence in that conclusion. In those cases where EPA fins, using these approaches, that a new chemical substance may have or does have risks of concern, these risk estimates that are likely to be higher than what actually occurs in the real world..

In 2022, EPA performed a TSCA new chemical risk assessment on 18 separate premanufacture notices (PMNs) for chemical substances intended to be used as alternative fuel sources. The purpose of this document is to provide additional information to further describe the risk assessment approach and risk estimates presented in EPA's 2022 integrated risk assessment[1]. The integrated risk assessment describes how each of the 18 PMN substances is made by blending a small amount of plastic-derived feedstock (raw materials used to produce another product in an industrial process) with a large amount of petroleum-based feedstock in a refinery. Even though these new fuels have similar chemical composition as existing petroleum fuels, they are nonetheless "new chemicals" under TSCA and still must go through the new chemicals review process. This risk summary and characterization document provides some background, and explains the assessment approach and results. As part of this, key assumptions, strengths, uncertainties, and limitations are highlighted. For the risk assessment, EPA evaluated risks to workers, consumers and the general population, including risk to people who live close to facilities with chemical releases (i.e., "fenceline" communities).

Each of these 18 PMN substances is a complex mixture comprised of different ratios of paraffinic, isoparaffinic, naphthenic, olefinic, and aromatic (PIONA) molecules. The new chemical submissions provided the EPA with measured PIONA profile information for each new chemical substance. The measured PIONA profiles do not show significant variation from that of a traditional petroleum fuel stream. Additionally, these 18 new chemical substances are

---

[1] U.S. EPA. 2022. *Integrated Risk Assessment for Chevron Waste Plastic Fuels*
*(P-21-0144, 145, 146, 147, 148, 149, 150, 152, 153, 154, 155, 156, 157, 158, 160, 161, 162, and 163)*

expected to follow the typical lifecycle of petroleum-based fuels. EPA uses a suite of models[2] and conservative assumptions to estimate environmental release and exposure to ensure the assessment is protective of human health and the environment.

EPA also uses the PIONA profile in its human health and environmental hazard assessment. EPA has a tiered approach for identifying the appropriate hazard value(s) for use in risk assessment. This tiered approach begins with having toxicity data on the actual PMN substance as the preferred choice. This information was not available for these 18 PMN substances. The next tier involves EPA identifying appropriate petroleum analogs that have a similar PIONA profile and for which toxicity information exists. In this case, EPA identified "Stoddard solvent" as an appropriate petroleum analog for some of the 18 PMN substances. The decision to use "Stoddard solvent" as the analog was a conservative, health protective assumption that was made because EPA lacked information on the PMN substances. Again, due to a lack of accurate information on the specific composition of the PMN substances, EPA assumed that the PMN mixture is 100% Stoddard solvent. As a last tier, EPA used hazard information on individual constituents in the PIONA profiles for the remaining PMNs.

For exposure assessment, EPA develops conservative exposure scenarios which are designed to provide conservative estimates of exposure; this allows EPA to have high confidence – when it finds no risks of concern – that this is in fact the case. In some instances, due to a lack of information on which to based exposure estimates, the conservative assumptions can lead to an over-estimate of risk. For one of the PMN substances in this integrated risk assessment (a jet fuel), the Agency divided the total projected future annual production volume of the new jet fuel by the total number of locations expected to receive the fuel, and then assumed each location could be an end-use location (e.g., airport) and that all the fuel would be burned there. The scenario that was modeled effectively presumed that every plane at the airport was idling on a runway burning an entire tank's fuel without ever taking off, that the components of the fuel that contribute to c risk are not fully combusted and are present in the exhaust, and that residents living nearby (in a fenceline community) would continuously breathe the exhaust each day over many years in their lifetime.

When coupled together, the conservative assumptions for both the hazard and exposure assessments for the 2022 integrated risk assessment for the 18 PMN substances led to an overestimate of risk. For example, as described in Section 5.4 of the 2022 integrated risk assessment, the assessment resulted in an estimated extra cancer risk of 1 in 4 for people exposed 100 meters (i.e., at the "fenceline") from the end-use (combustion) of one of the PMN substances (a jet fuel). However, this exposure scenario, as described above, is not one that would realistically ever be expected to occur.

Given the short time-frame for new chemical reviews and the similarities in the PIONA profiles to traditional fuels, instead of using additional resources to develop a refined and more accurate estimate of the human health risks posed by these 18 PMN substances, EPA

---

[2] https://www.epa.gov/tsca-screening-tools/using-predictive-methods-assess-exposure-and-fate-under-tsca

determined that the similarities in the PIONA profiles supported the assumption that worker and fenceline community risk from these PMN substances are similar to those of existing petroleum fuels and applied appropriate risk mitigation measures to protect both human health and the environment. Specifically, EPA's consent order required the company to comply with existing regulations under the Clean Air Act, OSHA, DOT, and Coast Guards as well as anything else that was applicable to the manufacture, transportation, storage, dispensing, use and disposal of these new fuels (see Docket # EPA-HQ-OPPT-2023-0245 in regulations.gov for copies of the final consent order for these 18 PMNs).

## Table of Contents

EXECUTIVE SUMMARY ................................................................................................................. 1

1      INTRODUCTION .................................................................................................... 5

2      PIONA COMPOSITION:  EPA'S CONCLUSION ....................................................... 6

3      HAZARD ASSESSMENT SUMMARY ....................................................................... 6

    3.1    Human Health Hazard, Non-Cancer ............................................................... 7

    3.1    Human Health Hazard, Cancer ...................................................................... 8

    3.2    Environmental Hazard ................................................................................... 8

4      EXPOSURE ASSESSMENT SUMMARY .................................................................... 9

5      RISK (METHODS AND RESULTS) ......................................................................... 10

    5.1    Workers:  Non-Cancer Risk Summary ......................................................... 11

    5.2    Workers:  Cancer Risk Summary ................................................................. 12

    5.3    General Population: Non-Cancer and Cancer Risk Summary from Drinking Water and Fish Ingestion.............................................................................................................. 13

    5.4    General Population: Non-Cancer and Cancer Risk Summary from Inhalation Exposure ...................................................................................................................... 14

    5.5    Consumer Risk Summary............................................................................. 16

    5.6    Risk to the Environment.............................................................................. 16

6      SUMMARY........................................................................................................... 16

# 1   Introduction

The global energy sector has been shifting away from petroleum fuel sources over the past few decades. Domestically, one example of such a shift is the use of corn-based ethanol in transportation fuel, as most vehicles today run on gasoline containing 10% ethanol. Other innovations and process changes have also been developed to replace a portion of petroleum-based fuels with fuels derived from alternative sources.

One example innovation is the blending of petroleum-based feedstock[3] with bio- or waste-derived feedstock at the refinery to make a new fuel. Ethanol is a single chemical substance already on the TSCA chemical inventory.  In contrast, these new fuels are often complex hydrocarbon mixtures designed to mimic the mixture normally found in the petroleum stream and are typically not listed on the TSCA chemical inventory. Therefore, they are considered new chemicals under TSCA and are subject to the new chemicals review process.

Under TSCA, EPA's review process for all new chemical substances examines the lifecycle of a chemical, including manufacturing, processing, distribution, use, and disposal. EPA applies a conservative, screening level risk assessment approach to determine if the new chemical substance poses risk to humans and the environment.  As part of this approach, EPA typically makes multiple conservative assumptions for hazard and exposure to ensure protection of human health and the environment.

In January 2022, EPA announced an effort to standardize the review of certain new chemicals intended to be used as transportation fuels due to the growing number of premanufacture notices (PMNs)[4] submitted to EPA from companies who want to make transportation fuels by blending bio- or waste-derived feedstock with petroleum-based feedstock.  In 2022, EPA developed a single risk assessment[5] that provides the evaluation of 18 PMNs using the standardized approach to evaluate risks to workers, consumers and the general population (including risk from "fenceline" exposures), as well as risks to environmental organisms. That risk assessment has been the subject of significant inquiry from the public and stakeholders. The purpose of this document is to provide additional information to describe the risk assessment approach and risk estimates presented in the 2022 integrated risk assessment[6] and summarizes the key assumptions, strengths, uncertainties, and limitations. This document provides summary and characterization information; technical details of EPA's assessment methodology and assumptions are found in the complete integrated risk assessment[7].  This document is organized as follows:

---

[3] Feedstock - raw materials used to produce another product in an industrial process
[4] Since the announcement, EPA has received approximately 40 such notices.
[5] https://www.epa.gov/reviewing-new-chemicals-under-toxic-substances-control-act-tsca/integrated-approach-biofuel
[6] U.S. EPA. 2022. *Integrated Risk Assessment for Chevron Waste Plastic Fuels*
*(P-21-0144, 145, 146, 147, 148, 149, 150, 152, 153, 154, 155, 156, 157, 158, 160, 161, 162, and 163)*
[7] *Ibid*

- Section 2 describes the PIONA composition/conclusion.
- Section 3 presents an overview of EPA's hazard assessment approach.
- Section 4 presents an overview of EPA's exposure assessment approach.
- Section 5 characterizes the risk estimates, as well as key strengths and uncertainties.
- Section 6 provides a summary of the conclusions.

## 2  PIONA Composition:  EPA's Conclusion

As detailed in Section 2 of the 2022 integrated risk assessment, each of these 18 PMN substances is a complex mixture comprised of different ratios of paraffinic, isoparaffinic, naphthenic, olefinic, and aromatic (PIONA) molecules[8]. The new chemical submissions provided the EPA with measured PIONA profile information for each new chemical substance. The measured PIONA profiles do not show significant variation from that of a traditional petroleum fuel stream[9].

EPA uses the PIONA profile in its human health and environmental hazard assessment. EPA has a tiered approach for identifying the appropriate hazard value(s) for use in risk assessment. This tiered approach, detailed in Appendix A of the integrated risk assessment, begins with having toxicity data with the PMN substances as the preferred choice. This information was not available for these 18 PMN substances. The next tier involves use of petroleum analog with a similar PIONA profile, which was done for some of the 18 PMN substances. As a last conservative tier, hazard information on individual constituents for the appropriate PIONA profile was used for the remaining PMN substances where higher tier data were not available.

## 3  Hazard Assessment Summary

EPA's hazard assessment for these chemical mixtures follows the Agency guidance (US EPA 1986 and 2000)[10] which includes a hierarchy of data preferences. In the hierarchy,

---

[8] Fuel streams such as these are comprised of dozens of different paraffinic (isoparaffinic), naphthenic, olefinic, and aromatic (P[I]ONA) molecules, which makes determining their chemical makeup challenging. PIONA profiles are commonly used in the petroleum industry to characterize petroleum streams. The composition of these substances is variable since the fuels are defined using physical properties such as boiling point rather than their precise chemical makeup.

[9] The submitter claims that the PMN substances are chemically equivalent to their petroleum analogues. In order to establish this equivalency, they used a pilot plant to measure the P(I)ONA profiles for three conditions: a final stream with ████████ alternative fuel streams.  Results showed that, in general, there is no significant variation in the P(I)ONA profile for each range despite increasing amounts of alternative fuel streams. Given that there is very little variation overall, it is reasonable to conclude that the concentration of alternative fuel stream (████████ does not significantly change the hydrocarbon composition of the final fuel stream.

[10]  U.S. Environmental Protection Agency 1986. "Guidelines for the Health Risk Assessment of Chemical Mixtures". Risk Assessment Forum, U.S. Environmental Protection Agency, Washington DC. EPA/630/R-98/002.

  U.S. Environmental Protection Agency. 2000. "Supplementary Guidance for Conducting Health Risk Assessment of Chemical Mixtures". Risk Assessment Forum, U.S. Environmental Protection Agency, Washington DC. EPA/630/R-00/002.

experimentally-derived test data on the mixture of interest, in this case each of the 18 PMN substances, are preferred (Tier 1) over data on sufficiently similar (i.e., analogous) mixtures (Tier 2), followed by data on individual constituents (Tier 3), if the first two options are not available. As part of this analysis, EPA considers which exposure routes (i.e., dermal, inhalation, oral), hazards (e.g., cancer and/or non-cancer) and pathways (e.g., water, environmental receptors) are appropriate for a particularly PMN.

There are no data on the specific mixture of interest for the 18 PMN substances (Tier 1) in this assessment and so PIONA profile information was used to determine the appropriate analogue (Tier 2) or constituent (Tier 3) to be used as noted in Section 2 above.

When data from analogous mixtures are not available, EPA considers whether there are available data on representative constituents. In some instances, data from Tier 2 was compared with data from Tier 3 and the more conservative value was chosen to ensure that the resulting assessment protects human health and the environment and is based on the most reliable data available.

Details can be found in the full risk assessment as follows:

- General methodology (Appendix A);
- Environmental Hazard (Sections 4 and Appendices D and E;
- Human Health (Section 5 and Appendices F and G); and
- Uncertainties (throughout, with summary in Section 8).

## 3.1  Human Health Hazard, Non-Cancer

No human health hazard data were submitted for any of the 18 PMNs.  Hazards for each new chemical substance were identified based on information for the Tier 2 analogous mixtures and Tier 3 representative constituents.  The submitter provided PIONA profile information for each of the new chemical substance mixtures.  Based on this information, the analog mixture toxicity data were used for some of the 18 PMNs.

Constituents were identified based on either documented presence in the PMN substance or as a representative of the PIONA class for that specific PMN mixture. Using a database of petroleum constituent points of departure (PODs) (see Appendix F in the risk assessment), constituents of each PIONA class that are in the carbon range of the new chemical substance were identified

For each exposure route, non-cancer risks of the new chemical substance were estimated using one of two approaches: 1) using the POD for the appropriate analogous mixture if available; or

using the worst-case constituent[11] POD. If no suitable analogous mixtures were identified for a specific exposure route, then the risks were based on the worst-case constituent.

For non-cancer endpoints, Tier 2 analogous mixtures were identified as follows:

- Data available as a basis for an oral POD = 8/18 PMNs
- Data available as a basis for an inhalation POD = 12/18 PMNs
- Data available as a basis for a dermal POD = 12/18 PMNs

For non-cancer endpoints, Tier 3 worst-case constituents were identified as follows:

- Data available as a basis for an oral POD = 17/18 PMNs
- Data available as a basis for an inhalation POD = 17/18 PMNs

Thus, for non-cancer endpoints, if appropriate PODs were available with Tier 2 data (i.e., analogous mixtures) or Tier 3 data (i.e., constituents), the more conservative of the two (i.e, worst-case) was used to estimate non-cancer risk. If only Tier 2 or Tier 3 data were available, that POD was used. Occasionally, there was no POD information available for a particular PMN case or exposure pathway/receptor and so non-cancer risk was not estimated.

## 3.1  Human Health Hazard, Cancer

For cancer endpoints, the same approach used to identify analogous mixtures/constituents for non-cancer endpoints was used (i.e., based on PIONA profile). However, there were much less cancer data available and so there were only four hazard values from oral exposure studies (called oral cancer slope factors) identified.  These cancer slope factors are for benzene, benzo[a]pyrene, 1,1-biphenyl and 1-methylnaphthalene.

For the inhalation exposure pathways, there were four hazard values available [called inhalation unit risk (IURs)]; two on individual constituents (benzene and benzo[a]pyrene) and two for analogous mixtures (commercial hexane and Stoddard solvent). For benzo(a)pyrene (Tier 3, constituent) a relative potency factor adjustment was made to estimate potency of polyaromatic hydrocarbons (PAHs) with four rings instead of five.

If there were no appropriate cancer data, an estimate of cancer risk was not calculated.

## 3.2  Environmental Hazard

EPA estimated acute and chronic ecotoxicity endpoints for fish, aquatic invertebrates, and algae with the 18 new chemical substances using available information for analogous mixtures (Tier

---

[11]The worst case constituent was the constituent with the lowest value obtained by dividing each POD (or its NOAEL-equivalent if the POD is a LOAEL) by the fraction represented by that PIONA class.

2) and information on individual constituents (Tier 3). These environmental endpoints are described in Section 4 of the Integrated Risk Assessment. The lowest acute and chronic toxicity endpoints for each new chemical substance were used to determine the environmental hazard and calculate the acute and chronic concentrations of concern (COCs). As per established EPA/OPPT methods, the application of assessment factors of 4 (algae) or 5 (fish and aquatic invertebrates) to the acute toxicity values results in acute COCs between 0.002 ppm (2 ppb) and 3.352 ppm (3352 ppb). As per established EPA/OPPT methods, application of an assessment factor of 10 to chronic toxicity values (*i.e.,* ChV) results in chronic COCs between 0.00003 ppm (0.03 ppb) and 0.177 ppm (177 ppb). The acute and chronic aquatic toxicity endpoints indicate that the 18 PMN substances are expected to range from moderate to high environmental hazard. Further details are described in Section 4 of the Integrated Risk Assessment.

## 4   Exposure Assessment Summary

EPA evaluated environmental and human exposure to each chemical from its entire lifecycle (see Figure 1). After these chemicals are manufactured at the refinery, they are typically shipped to bulk terminals for further blending, storage, and distribution. The actual fuel distribution chain is complex and EPA does not have specific information on every lifecycle step downstream from the refinery. The lifecycle step also varies for each chemical and for each type of fuel.



Figure 1 – Schematic of Alternative Fuel Source Lifecycle

For the exposure assessment, EPA assumed each chemical is manufactured, processed, and used at the maximum future projected production volume. EPA's assessment relied on a combination of submitter data (including worker exposure monitoring data), EPA models, and conservative assumptions. EPA uses the following models in to estimate environmental releases and exposures[12]:

- ChemSTEER (Chemical Screening Tool for Exposures and Environmental Releases). Used to estimate releases to the environment from manufacture/distribution. Also used to estimate occupational exposures.

---

[12] Ibid, footnote 2.

- IIOAC (Integrated Indoor-Outdoor Air Calculator). Used to estimate releases to air for exposure to the general population.
- E-FAST (Exposure and Fate Assessment Screening Tool). Used to estimate exposures to the general population and environmental organisms.
- CEM (Consumer Exposure Module). Used to estimate consumer exposures.

The assumptions and uncertainties vary by exposure scenario (both lifecycle stage and human receptor). Details of EPA's exposure assessment methodology and modeling approaches are described in Section 6.3 of the Final Integrated Risk Assessment. In general, EPA's approach is expected to represent a high-end estimate of human and environmental exposure.

For each chemical, EPA evaluated exposure to worker via dermal and/or inhalation routes. Dermal exposures are estimated using the EPA/OPPT model for handling of liquids, and is intended to represent a conservative exposure scenario. The inhalation worker exposure estimates were based on personal breathing zone monitoring data from three literature studies that evaluated truck driver exposure to gasoline and/or total hydrocarbons during loading/unloading activities at fuel service stations after installation of vapor recovery system. EPA used the maximum exposure value from these studies to represent a conservative exposure scenario.

The cancer risk calculation assumes workers are exposed at the maximum 8-hr TWA concentration identified from the refinery monitoring data (as described previously), and that the same workers are continuously exposed at this level for 250 days per year over 40 working years in their lifetime. In other words, this assumes the workers handle the new chemical substance daily, perform activities with similar level of exposure to the new chemical substance, and work at the same refinery for their entire career.

EPA also evaluated exposure to the general population via the oral (from drinking water and fish ingestion) and inhalation (exposure to ambient air at the fenceline – 100 meters from facilities/activities) routes, and consumers via the dermal route.

# 5 Risk (methods and results)

EPA integrated available human health and environmental hazard data with relevant pathways of exposure to estimate risk to workers, the general population, consumers, and the environment. For each exposure pathway, EPA only reported risk for the lifecycle step that has the highest level of exposure to determine whether there is unreasonable risk to each human or environmental receptor through each pathway. The following section characterizes the risk assessment results; including some context around uncertainty. Additional risk estimates are presented in Section 7 of the Final Integrated Risk Assessment.

EPA used a margin of exposure (MOE) approach estimate non-cancer risk. MOE is calculated by dividing the POD value by the exposure concentration. Risk is identified for a given exposure

pathway if the calculated MOE is less than the benchmark MOE (which varies by POD), and vice versa.

EPA calculated cancer risk by multiplying the cancer slope factor by the chronic exposure concentration, assuming the human receptors are continuously exposed over their lifetime. EPA uses $1x10^{-4}$ (one in 10,000) as the benchmark for determining cancer risk to workers and $1x10^{-6}$ (one in a million) as benchmark for determining risk to consumers and the general population[13].

An overall summary of the risk landscape (some details provided below, full details in the risk assessment):

| Number of 18 PMNs Where Risk Was Identified (By Endpoint and Lifecycle Stage) | | | | |
|---|---|---|---|---|
| Human Health Receptor | Endpoint | Lifecycle Stage[1] | | |
| | | Manufacturing | Processing | Use |
| Worker | Non-Cancer | 9 | 4 | 4 |
| | Cancer | 3 | 3 | 3 |
| General Population | Non-Cancer | 6 | 10 | 8 |
| | Cancer | 3 | 2 | 9 |
| Consumer (Dermal Pathway only) | Non-Cancer | Not applicable Consumer exposures are relevant only for the use lifecycle stage | | 1 |
| | Cancer | | | Not calculated (no appropriate hazard value) |

[1]Includes all exposure routes (oral, dermal, inhalation). See narrative below for details. There are some cases with risk for more than one exposure route and more than one lifecycle stage.

## 5.1 Workers: Non-Cancer Risk Summary

For workers, non-cancer risks were identified via the inhalation pathway for 8 of the 18 PMNs. For seven of the 18 cases (P-21-0144, 146, 148 and 154-157), non-cancer inhalation risks were identified for workers at the refinery (manufacturing lifecycle stage of the new chemical substance). The risk estimates were based on exposure monitoring data for workers that perform various activities at the refinery. EPA used the maximum 8-hr time weighted average

---

[13] The Office of Air calculates "allowable "emissions for National Emissions Standards for Hazardous Air Pollutants (NESHAP). In their 2015 *Final Residual Risk Assessment for the Petroleum Refining Source Sector* (available at regulations.gov, EPA-HQ-OAR-2010-0682-0800), Appendix 9 provides the methodology and details for allowing emissons of maximum individual cancer risks of from 90 in 1 million to 100 in 1 million; or 9 in 100,000 and 1 in 10,000, respectively. d

(TWA) exposure value among the monitoring data and assumed all workers were potentially exposed at this concentration.

For four of the 18 cases (P-21-0144, 146 148, and 152), there were non-cancer inhalation risk estimated for workers from handling of the new chemical substance at the processing (bulk terminals) lifecycle stage. The highest exposures and risks were found during loading of liquid fuel products into tank trucks. For three of the 18 cases (P-21-0144, 148 and 154), there was also non-cancer inhalation risk estimated for workers at the end-use facilities (the last lifecycle stage).

For the worker inhalation exposure pathways, the hazard values were mostly from Tier 3 (individual constituents – some examples are dicyclopentadiene, 1-methyl naphthalene) POD values and they were adjusted to estimate the content of that constituent in the PMN substance. For example, if the constituent was believed to be approximately 6% of the PMN substance, the MOE calculation was adjusted accordingly.

Non-cancer risk to workers were also identified via the dermal pathway for five (P-21-0152-0156) of the cases; at the manufacturing/refinery lifecycle stage for all five and also for the processing (blending) and end-use lifecycle stages for one (P-21-0152) of the five casesThe hazard POD values for the dermal pathway were based on Tier 2 (analogous mixture) data.

## 5.2 Workers: Cancer Risk Summary

Cancer risks to workers via the inhalation pathway were identified for four (P-21-0147, 150, 152, 154) of the 18 cases. The highest cancer risk to worker was observed for P-21-0150 and was 3.1 in 1,000.

EPA believes this estimate and methodology represents a conservative, high-end estimate for the chronic exposure scenario.

Three of the four cancer estimates were at the manufacturing lifecycle stage and end use lifecycle stage (P-21-0147, 150, 154) and three were at one of the processing lifecycle stages (P-21-0147, 150, 152). For two (P-21-0147, 150) of the cases where cancer risk estimates exceeded 1 in 10,000 for workers for the manufacturing lifecycle stage, both also had excess cancer risk at a processing lifecycle stage and at the end use lifecycle stage.

As noted above, only four inhalation cancer hazard values (inhalation unit risk, or IURs) were identified – two with analogous mixtures and two with constituents. In two of the four cases Stoddard solvent (Tier 2, analogous mixture) was used and for the other two benzo(a)pyrene (Tier 3, constituent) was used with a relative potency factor adjustment to estimate potency of PAHs with four rings instead of five. For the cases with benzo(a)pyrene, it was assumed that approximately half (for one case) or, less than 5% (for the second case) of the PMN substance was assumed to contain that constituent. The highest cancer risk estimate case used Stoddard solvent mixture, and the PMN substance was assumed to be 100% Stoddard solvent. Adjusting

the amount of analogue/constituent in the PMN substance affects the risk estimate. For the constituent adjustments, the risk estimate is reasonable given the knowledge of the chemical composition. However, use of 100% Stoddard Solvent to represent the PMN substance is expected to be an overestimation of the risk.

## 5.3 General Population: Non-Cancer and Cancer Risk Summary from Drinking Water and Fish Ingestion

For 10 of the cases (P-21-0144, 145, 148-150, 152, 155-158), non-cancer risks above 1 in a million were estimated for the general population for systemic and/or oral portal-of-entry effects via either drinking water (adult or infant) or fish ingestion. None of the 10 cases were associated with the <u>manufacturing lifecycle stage</u>, six were associated with risk from the <u>processing lifecycle stage</u> and four were associated with <u>the end use lifecycle stage</u>. The hazard POD values came from both analogous mixtures and individual constituents. Again, the fraction of the PMN substance containing the constituent was adjusted based on the available information.

EPA predicted levels of the new chemical substance in surface water at the point of release and did not incorporate downstream environmental fate and transport of the chemical. Where site-specific flow data were not available, EPA modeled the concentration using water stream flows of a representative industry sector in the E-FAST database, which generally resulted in a more conservative estimate of water stream concentration. EPA used the 30Q5 water stream flow to estimate acute drinking water and fish ingestion exposures. EPA used the highest bioconcentration and bioaccumulation factors to calculate fish ingestion exposures. These assumptions result in conservative, high-end exposure estimates.

Cancer risk estimates above 1 in million were also identified for the general population via the oral route (either from drinking water, fish ingestion, or both) for five cases (P-21-0152, 155-158). As presented in Section 7.2.2 of the Integrated Risk Assessment, P-21-0152 showed the highest cancer risk estimates for drinking water and fish ingestion, both exceeding the one in a million benchmark for the general population. These estimates are based on potential water releases from cleaning of tank truck and bulk fuel storage tank from a single unknown fuel blending facility <u>(the processing and end use lifecycle stages)</u>. For the oral cancer hazard slope factor, all three cases used a single constituent (either benzo(a)pyrene with a relative potency factor adjustment to estimate potency of PAHs with four rings instead of five or 1-methylnaphthalene). The highest cancer risk estimate used benzo(a)pyrene with the constituent content in the PMN substance adjusted accordingly.

EPA used the following conservative assumptions when estimating cancer risk for this pathway:

- EPA made conservative assumptions on the environmental release media and release frequency. While the Effluent Limitation Guidelines and Pretreatment Standards at 40 CFR Part 442, Subpart A requires an effective heel management program for

transportation equipment, there is some potential for cleaning residuals to be sent to a wastewater treatment plant in addition to other means of waste disposal (e.g., incineration or landfill). In addition, EPA assumed that bulk fuel storage tanks would be inspected and cleaned once per year with the cleaning residuals potentially released to wastewater treatment, incineration or landfill. EPA assumed both releases occur at the same location. In practice, tank trucks are typically cleaned by a third party, and that bulk storage tanks are typically cleaned at a lesser frequency (note API standard requires internal inspection of petroleum storage tanks once every 10 years). EPA did not assume direct discharge of these sources as existing SPCC regulations would also prevent direct discharge of petroleum products to surface water.

- EPA determined the bioaccumulation potential for the new chemical substance by evaluating all constituents within the PMN substance (a mixture) and identifying the constituent with the highest BCF/BAF value. For the case with the highest cancer risk for the general population via the oral mentioned earlier in this section (P-21-0152), EPA used 1-phenyl-5-hexylnapththalene to inform the bioaccumulation potential; this constituent is part of the three ring aromatics group of chemicals that make up on average ▮▮▮▮▮▮▮ of the total PMN mixture.
- EPA modeled chronic drinking water and fish ingestion exposure using a conservative default exposure duration value of 33 years, which represents the number of years a person may drink contaminated water or eat contaminated fish, respectively.

## 5.4 General Population: Non-Cancer and Cancer Risk Summary from Inhalation Exposure

For eight (P-21-0148, 149, 152, 154-158) of the 18 cases, non-cancer risks were identified for the general population for systemic and/or inhalation portal-of-entry effects via either fugitive air or stack air inhalation. Depending on the case, these risks were associated with various lifecycle stages of the PMN substance. Seven included <u>end use lifecycle stages, five included processing,</u> and six also included the <u>manufacturing lifecycle stage.</u> Where there are multiple release sources from a given lifecycle stage, as a screening-level approach, EPA modeled all releases as coming from a single stack, all fugitive air releases as coming from a single release source, and assumed that human exposure occurs at the fenceline (100 meters away from the source). EPA expects these assumptions would result in conservative risk estimates.

*The estimates (listed in the "stack" column in Section 7.2.2 of the Integrated Risk Assessment) represent inhalation risks associated with combustion of fuels during end-use which were modeled using a stack emission scenario as an approximation because EPA does not have an appropriate exposure scenario/model to estimate this use. The modeled scenario does not represent a realistic exposure scenario and there is a high level of uncertainty associated with these estimates due to the methodology and assumptions used in the assessment:*

- EPA assumed more than ▮▮▮▮▮▮▮▮ (all) of the new chemical substance (for P-21-0152 and ▮▮▮▮▮▮▮ for P-21-0158) in fuel products are distributed to and used at 100 sites, an estimate provided in the submission. These "use sites" likely represent fuel distribution/dispensing facilities (e.g., gasoline stations, airports) rather than the actual end-use location (e.g., gasoline and jet engines), which are mobile sources. However, the modeled scenario assumes all fuels would be burned at these sites.

- EPA modeled the air concentration of the PMN substance at the fenceline (100 meters away) using the same modeling parameters as stack incineration. The modeling assumption for stack incineration is based on combustion of the PMN substance in a municipal incinerator operating at temperatures below 1800 degrees F. This approach does not reflect actual fuel combustion in engines, which occurs at a higher temperature and does not reflect the mobile nature of the end use combustion.

- The modeling also uses Destruction and Removal Efficiency (DRE) associated with stack incineration. The DRE range was 0% to 99.9% for constituents of P-21-0152 and 0158; however, the DRE used in the assessments was 0% based on the presence of polycyclic aromatic compounds. The modeling does not further adjust the DRE value based on actual polycyclic aromatics content. For P-21-0158, the polycyclic aromatics content is 9 percent in the PMN substance. These DRE values may not accurately reflect breakdown of these compounds in gasoline and diesel engines, and the presence of emission controls such as catalytic converter installed on cars.

- The modeling approach assumes a "stationary" emission source and does not reflect the true nature of a mobile source emission scenario. As an example for P-21-0158, the modeled scenario effectively assumes that ▮▮▮▮▮▮▮▮ of the new chemical substance are burned at ▮▮ locations (likely airports), that every plane at the airport was idling at the same time on a runway burning an entire tank's fuel without ever taking off, that components of the fuel that contribute to cancer risk are not fully combusted and are present in the exhaust, and that residents living nearby would continuously breathe the exhaust each day at a distance of 100 meters over many years in their lifetime.

- The modeled exposure estimates for these cases exceeded the PODs used for estimation of the IURs, so the IURs could not be used to accurately estimate cancer risk.

For five of the eight cases, Tier 3 constituent hazard POD values were used (two were used: benzo(a)pyrene [for two cases; ranges of constituent content in the PMN substance was between ▮▮▮▮▮▮ and 1-methylnaphthalene [for three cases, range in constituent content was between ▮▮▮▮▮▮▮ For the other three cases analogous mixture PODs were used.

Cancer risk estimates above 1 in a million were identified among six (P-21-0147, 148, 150, 152, 154, 158) of the 18 cases. The highest cancer risks identified were from P-21-0152 and P-21-0158, and were as high as an extra cancer risk 1 in 4. For the hazard inhalation unit risk values, three used an analogous mixture (Stoddard solvent, PMN substance assumed to be 100%

Stoddard solvent), and the other three used either benzene (one PMN case, less than 1% constituent content in the PMN substance) or benzo(a)pyrene (constituent content – either less than 5% or about half). Due to the limitations noted above, the modeled scenario is not an exposure scenario that would ever actually occur and the calculated cancer risks are expected to significantly overestimate actual exposures and risks.

## 5.5  Consumer Risk Summary

Risks to consumers were identified for the dermal pathway for P-21-0155. The hazard POD value was based on an analogous mixture (Tier 2).  EPA modeled exposure to consumers using the P_DER2a model within CEM. This model estimates dermal exposure based on the absorbed dose of a chemical from a thin film applied onto the skin. EPA used high-end estimates for exposure duration and mass of product used in the acute scenario. For the chronic scenario, EPA assumed the same consumers would be continuously exposed to the PMN substance for 57 years.

## 5.6  Risk to the Environment

EPA integrated available environmental hazard data with relevant pathways of environmental exposure to estimate risk to ecological receptors. Risks to the environment were evaluated by comparing estimated surface water concentrations (SWCs) with the acute and chronic concentrations of concern (COCs). When evaluating risks from chronic exposures, the number of the days of exceedance (SWC > chronic COC) is also considered in the risk assessment.

Acute environmental risk was identified for 12 of the 18 cases (See Section 7.1 of the Integrated Risk Assessment). These risks are associated with potential water releases from the processing and end use lifecycle stages downstream from the Chevron refinery. EPA conservatively assessed some potential releases to water from cleaning of tank trucks and bulk tanks used to transport or store the fuel products containing the PMN substances, and modeled the resulting surface water concentration using the 7Q10 flow rate (i.e., the lowest 7-day average flow that occurs [on average] once every 10 years). EPA predicted these surface water concentrations at the point of release and did not incorporate downstream environmental fate and transport of the chemical.

Chronic environmental risk was not identified for any of the 18 cases due to the expected low frequency (days per year) of potential water release.

# 6  Summary

In 2022, EPA performed a TSCA new chemical risk assessment on 18 separate premanufacture notices (PMNs) for chemical substances intended to be used as alternative fuel sources. This

document provides additional information to further describe the risk assessment approach and risk estimates presented in EPA's 2022 integrated risk assessment[14].

Each of these 18 PMN substances is a complex mixture comprised of different ratios of paraffinic, isoparaffinic, naphthenic, olefinic, and aromatic (PIONA) molecules. The new chemical submissions provided the EPA with measured PIONA profile information for each new chemical substance. There were no toxicity (hazard) information submitted with the new chemical submissions. The measured PIONA profiles do not show significant variation from that of a traditional petroleum fuel stream. EPA used the PIONA profile in its human health and environmental hazard assessment using a tiered approach for identifying the appropriate hazard value(s) for use in the risk assessment. This tiered approach is a screening-level method and uses assumptions that are conservative (i.e., health protective).

In evaluating exposure, EPA determined that the 18 PMN substances are expected to follow the typical lifecycle of petroleum-based fuels. EPA uses a suite of models[15] and conservative assumptions to estimate environmental release and exposure to ensure the assessment is protective of human health and the environment.

When coupled together, the conservative assumptions for both the hazard and exposure assessments for the 2022 integrated risk assessment for the 18 PMN substances led to an overestimate of risk. For example, as described in Section 5.4 of the 2022 integrated risk assessment, the assessment resulted in an estimated extra cancer risk of 1 in 4 for people exposed 100 meters ("fenceline") from the end-use (combustion) of one of the PMN substances (a jet fuel).  However, this exposure scenario, as described in Section 5.4 in this document, is not one that would realistically ever be expected to occur.

Given the short time-frame for new chemical reviews and the similarities in the PIONA profiles to traditional fuels, instead of using additional resources to develop a refined and more accurate estimate of the human health risks posed by these 18 PMN substances, EPA determined that the similarities in the PIONA profiles supported the assumption that worker and fenceline community risk from these PMN substances are similar to those of existing petroleum fuels and applied appropriate risk mitigation measures to protect both human health and the environment. Specifically, EPA's consent order required the company to comply with existing regulations under the Clean Air Act, OSHA, DOT, and Coast Guards as well as anything else that was applicable to the manufacture, transportation, storage, dispensing, use and disposal of these new fuels (see Docket # EPA-HQ-OPPT-2023-0245 in regulations.gov for copies of the final consent order for these 18 PMNs).

---

[14] U.S. EPA. 2022. *Integrated Risk Assessment for Chevron Waste Plastic Fuels*
*(P-21-0144, 145, 146, 147, 148, 149, 150, 152, 153, 154, 155, 156, 157, 158, 160, 161, 162, and 163)*
[15] https://www.epa.gov/tsca-screening-tools/using-predictive-methods-assess-exposure-and-fate-under-tsca