IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CHEROKEE CONCERNED CITIZENS,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and MICHAEL
REGAN, Administrator, United States
Environmental Protection Agency,

*Respondents*.

No. 23-1096

**PETITIONER'S CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to this Court's order of April 11, 2023, Petitioner Cherokee Concerned Citizens submits the following Certificate as to Parties, Rulings, and Related Cases.

**A.  Parties**

Petitioner in this proceeding is Cherokee Concerned Citizens.  Cherokee Concerned Citizens filed its Rule 26.1 disclosure with its petition for review.

Respondents in this proceeding are the United States Environmental Protection Agency ("EPA") and its Administrator, Michael Regan.

1

B.  **Ruling Under Review**

Cherokee Concerned Citizens petitions for review of the TSCA Section 5 Order for a New Chemical Substance signed by Respondent EPA on August 11, 2022, authorizing Chevron U.S.A. Inc. to manufacture, process, distribute in commerce, use, and dispose of new chemical substances associated with Premanufacture Notice ("PMN") Numbers P-21-0144-0147, P-21-0148-0150, P-21-0152-0154, P-21-155-0158, and P-21-0160-0163.

C.  **Related Cases**

This case has not previously been before this or any other court.  Counsel for Petitioner is not aware of any related cases.

DATED:  May 11, 2023                    Respectfully submitted,

/s/Katherine K. O'Brien
KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

TOSH SAGAR
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
(202) 667-4500
tsagar@earthjustice.org

JONATHAN KALMUSS-KATZ
Earthjustice
48 Wall St., 19th Floor

>New York, NY 10005
>(212) 823-4989
>jkalmusskatz@earthjustice.org
>
>*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document on this date with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit using the Appellate Electronic Filing system.

DATED: May 11, 2023　　　　　　　/s/Katherine K. O'Brien
　　　　　　　　　　　　　　　　　KATHERINE K. O'BRIEN
　　　　　　　　　　　　　　　　　Earthjustice
　　　　　　　　　　　　　　　　　P.O. Box 2297
　　　　　　　　　　　　　　　　　South Portland, ME 04116
　　　　　　　　　　　　　　　　　(212) 284-8036
　　　　　　　　　　　　　　　　　kobrien@earthjustice.org