# United States Court of Appeals
### For The District Of Columbia Circuit
_____

**No. 23-1096**                          **September Term, 2022**

EPA-08/11/2022 Order

**Filed On: May 26, 2023** [2001082]

Cherokee Concerned Citizens,

      Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

## **O R D E R**

Upon consideration of the joint motion to extend deadlines and set dispositive motion briefing schedule, it is

**ORDERED** that the motion for extension of time be granted. The following deadlines are now established:

| | |
|---|---|
| Certified Index to the Record and Production of the Record to Petitioner | August 15, 2023 |
| Dispositive Motions, if any | September 15, 2023 |
| Responses to Dispositive Motions | October 16, 2023 |
| Replies to Responses | November 6, 2023 |

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                     BY:     /s/
                              Catherine J. Lavender
                              Deputy Clerk